IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division: Montgomery County)

|  |  |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN RIGHTS, INC. d/b/a GLMA: HEALTH PROFESSIONALS ADVANCING LGBTQ+ EQUALITY; *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH; *et al.*,<br><br>*Defendants*. | Civil Action No. 8:25-cv-01620-LKG |

**PLAINTIFFS' MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM, TO WAIVE REQUIREMENT UNDER LOCAL RULE 102.2(a) TO PROVIDE ADDRESSES IN COMPLAINT CAPTION, AND FOR A PROTECTIVE ORDER**

Plaintiffs, by and through their undersigned counsel, pursuant to Federal Rules of Civil Procedure 5.2 and 26(c), respectfully move this Court for an order granting Plaintiffs Phoebe Poe, Rachel Roe, and Susana Soe ("Pseudonymous Plaintiffs") leave to proceed under pseudonym; permitting non-party declarant members of Plaintiff GLMA to proceed under pseudonym; waiving the requirement under Local Rule 102.2(a) to provide addresses in the caption of the Complaint for all Plaintiffs; and for a protective order limiting disclosure of the identities of the Pseudonymous Plaintiffs and non-party declarant members of Plaintiff GLMA. The grounds for this motion are set forth in the attached memorandum of law.

WHEREFORE, Plaintiffs respectfully request that their motion for leave allowing Pseudonymous Plaintiffs and forthcoming declarants to proceed under pseudonyms be granted and that the Court enter the enclosed protective order limiting disclosure of their identities. Plaintiffs

further request that the requirement under Local Rule 102.2(a) to provide Plaintiffs' addresses in the caption of the Complaint be waived.

Dated: May 21, 2025

Respectfully submitted,

_____*/s/*_____
Ruben F. Reyna

| | |
|---|---|
| Justin D. Kingsolver* | Omar Gonzalez-Pagan*** |
| **Bryan Cave Leighton Paisner LLP** | **Lambda Legal Defense** |
| 1155 F St. NW, Suite 700 | **  and Education Fund, Inc.** |
| Washington, DC 20004 | 120 Wall Street, 19th Floor |
| Telephone: (202) 508-6000 | New York, NY 10005 |
| Facsimile: (202) 508-6200 | Telephone: (212) 809-8585 |
| justin.kingsolver@bclplaw.com | Facsimile: (855) 535-2236 |
| | ogonzalez-pagan@lambdalegal.org |
| Elizabeth P. Hecker* | |
| Anuj Vohra* | Karen L. Loewy** |
| Ruben F. Reyna (D. Md. Bar 14949) | **Lambda Legal Defense** |
| Heather Sanborn* | **  and Education Fund, Inc.** |
| Tai Williams* | 815 16th Street NW, Suite 4140 |
| **Crowell & Moring LLP** | Washington, DC 20006 |
| 1001 Pennsylvania Ave. NW | Telephone: (202) 804-6245 |
| Washington, DC 20004 | Facsimile: (855) 535-2236 |
| Telephone: (202) 624-2500 | kloewy@lambdalegal.org |
| Facsimile: (202) 628-5116 | |
| ehecker@crowell.com | Nathan Maxwell** |
| avohra@crowell.com | **Lambda Legal Defense** |
| rreyna@crowell.com | **  and Education Fund, Inc.** |
| hsanborn@crowell.com | 65 E. Wacker Pl., Suite 2000 |
| taiwilliams@crowell.com | Chicago, IL 60601 |
| | Telephone: (312) 663-4413 |
| Alexis Ward* | Facsimile: (855) 535-2236 |
| **Crowell & Moring LLP** | nmaxwell@lambdalegal.org |
| 515 South Flower Street, 41st Floor | |
| Los Angeles, CA 90071 | Pelecanos** |
| Telephone: (213) 622-4750 | **Lambda Legal Defense** |
| Facsimile: (213) 622-2690 | **  and Education Fund, Inc.** |
| award@crowell.com | 800 South Figueroa Street, Suite 1260 |
| | Los Angeles, CA 90017 |
| Michael Vine* | Telephone: (213) 351-6051 |
| **Crowell & Moring LLP** | Facsimile: (855) 535-2236 |

3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone: (949) 263-8400
Facsimile: (949) 263-8414
mvine@crowell.com

Alexander Rosen*
Jacob Zucker*
**Crowell & Moring LLP**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 223-4000
Facsimile: (212) 223-4134
arosen@crowell.com
jzucker@crowell.com

pelecanos@lambdalegal.org

K. Lee Marshall*
Carlie Tenenbaum*
**Bryan Cave Leighton Paisner LLP**
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
lee.marshall@bclplaw.com
carlie.tenenbaum@bclplaw.com

\* *Pro hac vice* applications pending.

\*\* *Pro hac vice* applications forthcoming.

\*\*\* Application for admission to D. Md. Bar approved; swearing in pending.
.

3

## CERTIFICATE OF SERVICE

I hereby certify that this motion, the attached memorandum of law, and proposed order will be served concurrently with the service of the Summonses and Complaint in this matter upon the following defendants by certified mail, return receipt requested:

NATIONAL INSTITUTES OF HEALTH,
9000 Rockville Pike
Bethesda, MD 20892 (Montgomery County)

JAY BHATTACHARYA, in his official capacity as Director of the National Institutes of Health,
9000 Rockville Pike
Bethesda, MD 20892 (Montgomery County)

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,
200 Independence Avenue SW
Washington, DC 20201; and

ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the U.S. Department of Health and Human Services,
200 Independence Avenue SW
Washington, DC 20201

                                                      /s/
                                          Ruben F. Reyna