IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN RIGHTS, INC. *et al*.<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH *et al*.,<br>    Defendants. | Civil Action No. 8:25-cv-01620-LKG<br><br>Dated: May 22, 2025 |

# **ORDER**

The parties shall participate in a telephonic status conference on **Thursday, May 22, 2025, at 4:00 p.m. Eastern Time**.

The telephonic status conference will be held *via* WebEx Teleconferencing.  The Court will provide the parties *via* email with a call-in number and an access code.   Participating on the call will be counsel of record for each party.

    For Plaintiffs:    **Ruben Francisco Reyna**
                                Crowell and Moring LLP
                                1001 Pennsylvania Ave. NW
                                Washington, DC 20004
                                202-624-2500
                                Email: rreyna@crowell.com

                                **Karen Loewy**
                                Lambda Legal Defense & Education Fund, Inc.
                                815 16th Street NW, Suite 4140
                                Washington, DC 20006
                                202-804-6245
                                Email: kloewy@lambdalegal.org

                                **Nathan Maxwell**
                                Lambda Legal Defense and Education Fund, Inc.
                                3656 N. Halsted Street
                                Chicago, IL 60613
                                3128475629
                                Email: nmaxwell@lambdalegal.org

|  | **Sophia Pelecanos**<br>Lambda Legal Defense and Education Fund<br>800 S. Figueroa Street Ste 1260<br>Los Angeles, CA 90017<br>2133516051<br>Fax: 8555352236<br>Email: pelecanos@lambdalegal.org |
|---|---|
| For Defendants: | **Melissa E Goldmeier**<br>DOJ-USAO<br>36 S Charles, Ste 4th Floor<br>Baltimore, MD 21201<br>410-209-4855<br>Email: melissa.goldmeier@usdoj.gov |
|  | **Rebecca Ann Koch**<br>US Attorney's Office<br>District of Maryland<br>36 S Charles St, 4th Fl<br>Baltimore, MD 21201<br>4102094800<br>Email: rebecca.koch@usdoj.gov |
|  | **Molissa Heather Farber**<br>US Attorney's Office<br>36 S Charles St, 4th Fl<br>Baltimore, MD 21201<br>4102094862<br>Email: molissa.farber@usdoj.gov |

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge
