IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN RIGHTS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL INSTITUTES OF HEALTH, *et al.*, <br><br> Defendants. | ) ) ) ) ) Civil Action No. 8:25-cv-01620-LKG ) ) Dated: May 22, 2025 ) ) ) ) ) ) ) |

**SCHEDULING ORDER**

On May 20, 2025, the Plaintiffs filed a complaint for declaratory and injunctive relief in the above-captioned civil action. ECF No. 1. On May 21, 2025, the Plaintiffs filed a motion for leave to allow for certain Plaintiffs to proceed under pseudonym, to waive the requirement under Local Rule 102.2(a) to provide addresses in the complaint caption and for a protective order. ECF No. 17.

On May 22, 2025, the parties participated in a telephonic status conference, during which the Plaintiffs advised that they intend to file a motion for a preliminary injunction. ECF No. 58. In light of the foregoing, and with the assistance of the parties, the Court establishes the following schedule for the briefing of the Plaintiffs' motions:

| | |
|---|---|
| Plaintiffs' motion for a preliminary injunction. | **May 28, 2025** |
| Defendants' response in opposition to Plaintiffs' motion for a preliminary injunction and to Plaintiffs' motion to proceed under pseudonym. | **June 11, 2025** |
| Plaintiffs' reply briefs. | **June 20, 2025** |

The hearing of the Plaintiffs' motion for a preliminary injunction will be on **July 2, 2025, at 1:30 p.m.**, in Courtroom 4B, United States District Court for the District of Maryland, Southern Division, 6500 Cherrywood Lane, Greenbelt, Maryland 20770.

In addition, the parties may exceed the page limit, as set forth in Local Rule 105.3, up to and including a limit of 40 pages.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge
