IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN RIGHTS, INC. d/b/a GLMA: HEALTH PROFESSIONALS ADVANCING LGBTQ+ EQUALITY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL INSTITUTES OF HEALTH, *et al.*, <br><br> Defendants. | Civ. A. No. 25-cv-1620-LKG |

## NOTICE OF APPEARANCE

Please **ENTER** the appearance of Assistant United States Attorney Michael J. Wilson as counsel for the Defendants.

Respectfully submitted,

KELLY O. HAYES
United States Attorney

_____/s/_____
Michael J. Wilson (Bar No: 18970)
Assistant United States Attorney
U.S. Attorney's Office
District of Maryland
36 S. Charles Street, 4th Floor
Baltimore, Maryland 21201
(410) 209-4941
Michael.Wilson4@usdoj.gov

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 23, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all counsel.

/s/
Michael J. Wilson