IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division: Montgomery County)

| | |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN RIGHTS, INC. d/b/a GLMA: HEALTH PROFESSIONALS ADVANCING LGBTQ+ EQUALITY; *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH; *et al.*,<br><br>*Defendants*. | Civil Action No. 8:25-cv-01620-LKG |

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
& STAY PENDING JUDICIAL REVIEW PURSUANT TO 5 U.S.C. § 705**

Plaintiffs GLMA: Health Professionals Advancing LGBTQ+ Equality ("GLMA"); Dr. Carl Streed, Jr.; Dr. Sean Arayasirikul; Dr. Michelle Birkett; Dr. Gregory Phillips II; Dr. Kurt Ribisl; Dr. Noel Brewer; Dr. Seth Noar; Dr. Kristen Hassmiller; Dr. Laura Graham Holmes; Dr. Heather Littleton; Dr. Gabriel Murchison; Dr. Sarah Peitzmeier; Dr. Debra Umberson; Dr. Phoebe Poe; Dr. Rachel Roe; and Dr. Susana Soe hereby move the Court, pursuant to Federal Rule of Civil Procedure 65, for the issuance of an order preliminarily enjoining Defendants U.S. Department of Health and Human Services ("HHS"); Robert F. Kennedy, Jr., in his official capacity as Secretary of HHS; the National Institutes of Health ("NIH"); and any subagencies of Defendant HHS, their officers, agents, successors, servants, employees, and attorneys, and any other persons who are in active concert or participation with them, from:

(1) implementing, enforcing, or effecting the directives and guidance found in Exhibits B-

1

E of Plaintiffs' Complaint ("Agency Directives") or any other agency guidance setting forth "agency priorities" prohibiting federal funding; or

(2) terminating, suspending, or withholding grants and/or related funding, and/or denying, delaying, refusing to consider, or withholding from review applications or renewal of applications for grants and/or related funding ("Challenged Agency Actions")

based on the research's (or proposed research's) purported connection with "gender identity," "transgender issues," "diversity," "equity," "equity objectives," "inclusion," "accessibility," "DEI," "LGBTQI+ health," "sexual orientation," and "gender ideology."

As Plaintiffs discuss in greater detail in their Memorandum in Support of Plaintiffs' Motion for a Preliminary Injunction, these Agency Directives and Challenged Agency Actions are unconstitutional and unlawful.

The grounds for this motion are set forth in the attached memorandum of law and accompanying exhibits. A proposed order is enclosed.

Dated: May 28, 2025

Respectfully submitted,

*/s/ Elizabeth P. Hecker*

Justin D. Kingsolver*  
**Bryan Cave Leighton Paisner LLP**  
1155 F St. NW, Suite 700  
Washington, DC 20004  
Telephone: (202) 508-6000  
Facsimile: (202) 508-6200  
justin.kingsolver@bclplaw.com  

Elizabeth P. Hecker*  
Anuj Vohra*  
Ruben F. Reyna (D. Md. Bar 14949)  
Heather Sanborn*  
Tai Williams*  

Omar Gonzalez-Pagan**  
**Lambda Legal Defense**  
 **and Education Fund, Inc.**  
120 Wall Street, 19th Floor  
New York, NY 10005  
Telephone: (212) 809-8585  
Facsimile: (855) 535-2236  
ogonzalez-pagan@lambdalegal.org  

Karen L. Loewy*  
**Lambda Legal Defense**  
 **and Education Fund, Inc.**  
815 16th Street NW, Suite 4140  

2

**Crowell & Moring LLP**
1001 Pennsylvania Ave. NW
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
ehecker@crowell.com
avohra@crowell.com
rreyna@crowell.com
hsanborn@crowell.com
taiwilliams@crowell.com

Alexis Ward*
**Crowell & Moring LLP**
515 South Flower Street, 41st Floor
Los Angeles, CA 90071
Telephone: (213) 622-4750
Facsimile: (213) 622-2690
award@crowell.com

Michael Vine*
**Crowell & Moring LLP**
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone: (949) 263-8400
Facsimile: (949) 263-8414
mvine@crowell.com

Alexander Rosen*
Jacob Zucker*
**Crowell & Moring LLP**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 223-4000
Facsimile: (212) 223-4134
arosen@crowell.com
jzucker@crowell.com

* Admitted *pro hac vice*.

** Application for admission to D. Md. Bar approved; swearing in pending.

† Mailing Address Only

Washington, DC 20006
Telephone: (202) 804-6245
Facsimile: (855) 535-2236
kloewy@lambdalegal.org

Nathan Maxwell*
**Lambda Legal Defense
  and Education Fund, Inc.**
65 E. Wacker Pl., Suite 2000
Chicago, IL 60601
Telephone: (312) 663-4413
Facsimile: (855) 535-2236
nmaxwell@lambdalegal.org

Pelecanos*†
**Lambda Legal Defense
  and Education Fund, Inc.**
800 South Figueroa Street, Suite 1260
Los Angeles, CA 90017
Telephone: (213) 351-6051
Facsimile: (855) 535-2236
pelecanos@lambdalegal.org

K. Lee Marshall*
Carlie Tenenbaum*
**Bryan Cave Leighton Paisner LLP**
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
lee.marshall@bclplaw.com
carlie.tenenbaum@bclplaw.com

Matthew Stanford*
**Bryan Cave Leighton Paisner LLP**
Two North Central Avenue, Suite 2100
Phoenix, AZ 85004-4406
Telephone: (602) 364-7068
Facsimile: (602) 364-7070
matt.stanford@bclplaw.com

## **CERTIFICATE OF SERVICE**

I certify that on this 28th day of May, 2025, I filed the foregoing motion for preliminary injunction, proposed order, and memorandum in support of motion for preliminary injunction electronically with the Clerk of the Court using the CM/ECF system, which will send notice of such filing on the following counsel of record:

Michael Jackman Wilson
Assistant United States Attorney
U.S. Attorney's Office
District of Maryland
36 S. Charles Street, 4th Floor
Baltimore, MD  21201
Michael.Wilson4@usdoj.gov

*Counsel for Defendants*

                                                                                          /s/
                                                                               Elizabeth P. Hecker