IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN RIGHTS, INC. d/b/a GLMA: HEALTH PROFESSIONALS ADVANCING LGBTQ+ EQUALITY; *et al.*, <br><br>         *Plaintiffs*, <br><br>    v. <br><br> NATIONAL INSTITUTES OF HEALTH; *et al.*, <br><br>         *Defendants*. | Civil Action No. 8:25-cv-01620-LKG |

**DECLARATION OF ALEX SHELDON**

I, Alex Sheldon, hereby declare and state and follows:

1.      I am over 18 years of age, of sound mind, and in all respects competent to testify.

2.      I go by they/them pronouns.

3.      I have personal knowledge of the facts set forth in this declaration and would testify competently to those facts if called to do so.

4.      I am the Executive Director of American Association of Physicians for Human Rights, Inc., d/b/a GLMA: Health Professionals Advancing LGBTQ+ Equality ("GLMA"), which is an organizational plaintiff in this case bringing claims on behalf of its members and the LGBTQI+ patients of its healthcare provider members.

5.      I am a professional researcher, strategist, and advocate with over 15 years of experience in the field of human rights, with a particular emphasis on LGBTQI+ rights. Prior to joining GLMA, I was the Head of Research & Social Impact at an LGBTQI+ start-up company, where I specialized in economic inclusion for LGBTQI+ people. Previously, I served as the

1

Deputy Director of the Clinton Global Initiative (CGI) at the Clinton Foundation, and I held roles at Everytown for Gun Safety, the Movement Advancement Project (MAP), and several international nonprofits.

6.  GLMA is a 501(c)(3) national membership nonprofit organization based in Washington D.C. and incorporated in California. Founded in 1981, GLMA is the world's largest and oldest association of LGBTQI+ healthcare professionals. Our mission is to ensure health equity for lesbian, gay, bisexual, transgender, and queer (LGBTQ+) individuals, and equality for LGBTQI+ health professionals in their work and learning environments. To achieve this mission, GLMA utilizes the scientific expertise of its diverse multidisciplinary membership to inform and drive advocacy, education, and research.

7.  GLMA was originally founded as the American Association of Physicians for Human Rights (AAPHR) and was an offshoot of the Bay Area Physicians for Human Rights (BAPHR), a San Francisco-based physician organization founded to fight discrimination faced by gay and lesbian physicians in the workplace based upon their sexual orientation. AAPHR was founded to take this mission to a national level. Its initial mission focused on responding with policy advocacy and public health research to the growing medical crisis that would become the HIV/AIDS epidemic.

8.  Since being founded, GLMA's mission has broadened to address the full range of health concerns and issues affecting LGBTQI+ people, including ensuring that sound science and research inform health policy and practices regarding the LGBTQI+ community.

9.  GLMA represents the interests of tens of thousands of LGBTQI+ and allied health professionals, as well as millions of LGBTQI+ patients and families. GLMA's membership includes approximately 1,000 member physicians, nurses, advanced practice nurses, physician

assistants, researchers and academics, behavioral health specialists, health profession students, and other health professionals. GLMA's members reside and work across the United States and in several other countries. Their practices represent the major healthcare disciplines and a wide range of health specialties, including endocrinology, internal medicine, family practice, psychiatry, obstetrics/gynecology, emergency medicine, neurology, and infectious diseases.

10. Different healthcare professionals can become and are members of GLMA. General membership in GLMA is open to health professionals and health professionals in training, as defined by GLMA's Board of Directors. These different memberships account for practicing health professionals of all disciplines and specialties, with various years of experience, as well as those who are retired and are students. Members who are health professionals or health professionals in training can serve as committee members and have the right to cast an advisory vote.

11. In addition to general members, GLMA has a "friend" membership for those individuals who are invested in LGBTQI+ health equity but are not directly involved in health professions. Unlike general members, these "health equity supporters" do not have the right to cast an advisory vote.

12. In addition to our formal members, GLMA serves thousands of people in the community through our programs, events, and services every year.

13. GLMA's members include health professionals who conduct federally funded research, including clinical trials, longitudinal studies, behavioral health research, public health evaluations, and community-based participatory research focused on LGBTQI+ populations and people living with HIV. These projects span crucial areas such as HIV prevention and treatment, mental health outcomes, access to care, cancer treatment, and the health impacts of discrimination,

among many other fields of study. The termination of these grants has halted not only individual studies, but also the broader advancement of evidence-based strategies to improve health outcomes for LGBTQI+ communities.

14. As part of its mission to ensure health care equity for the LGBTQI+ community as well as equity for LGBTQI+ healthcare professionals, GLMA is committed to breaking down barriers to comprehensive care for the LGBTQI+ community.

15. Accordingly, GLMA seeks to promote education and encourages research surrounding LGBTQI+ health issues.

16. Our Annual Conference on LGBTQI+ Health regularly includes numerous scientific abstracts and poster presentations relating to LGBTQI+ health issues. Some of this research relates gender-affirming care and the treatment of transgender patients; some of it does not. Since its inception in 1981, GLMA's Annual Conference on LGBTQI+ Health has served as the premier scientific conference for LGBTQI+ and allied health professionals to share innovative health care breakthroughs and interventions, as well as the latest research on LGBTQI+ health. The conference is open to health care providers of all disciplines, researchers, academics, health administrators, policy experts, and others interested LGBTQI+ health.

17. Because health care equity for the LGBTQI+ community as well as equality for LGBTQI+ healthcare professionals is our mission, we heard an immediate outcry from members and supporters following the issuance of Executive Order 14168, titled "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government," on January 20, 2025 (the "Gender EO"), the executive orders targeting diversity, equity, inclusion, and accessibility practices, as well as the hundreds of terminations of research grants and other related funding by NIH because the research relates to "gender identity," "transgender issues,"

"diversity," "equity," "equity objectives," "inclusion," "accessibility," "DEI," LGBTQI+ health, and what the Gender EO considers "gender ideology".

18. As Executive Director of GLMA, I have witnessed firsthand the serious and lasting consequences of NIH's rescindment of research grants related to LGBTQI+ health. GLMA exists to advance LGBTQI+ health equity and to support the health professionals working to achieve it and the abrupt cancellation of these grants undermines our members' ability to generate and sustain the evidence base needed to create effective, evidence-informed solutions for LGBTQI+ communities. Without longitudinal data and ongoing inquiry, we are left with gaps that not only impede health innovation but also reinforce stigma by suggesting that LGBTQI+ lives and experiences are not worthy of study.

19. In recent weeks, I have spoken directly with GLMA members who were part of these projects. I spoke to many researchers who suddenly found their work halted midstream and their stories underscore the chaos and confusion these actions by HHS and NIH have created, and the profound sense of abandonment they have left in their wake. The long-term impact is not just a loss of knowledge, it is a loss of dignity and recognition.

20. The mass termination of NIH-funded research grants, as well as refusal to consider applications for the same, because the research pertains to "gender identity," "transgender issues," "diversity," "equity," "equity objectives," "inclusion," "accessibility," "DEI," LGBTQI+ health, and what the Gender EO considers "gender ideology" has also had a devastating impact on our members who are established researchers. For those further into their careers, this decision dismantles decades of scholarly work and now investigators are unable to meet academic obligations, entire research teams have been dissolved, and in many cases, the infrastructure built over years to support LGBTQI+ research has crumbled overnight. These researchers have built

their careers on understanding and improving LGBTQI+ health, and NIH's decision effectively discards that expertise, jeopardizing their livelihoods and the future of their work.

21. Perhaps most troubling is the toll on early-career researchers. These scholars, many of whom are LGBTQI+ themselves, have had their jobs eliminated, their projects ended, and their career paths in LGBTQI+ health research abruptly cut off. Many are being forced to leave the field entirely, changing careers and learning entirely new skill sets. This means not only the loss of a generation of researchers, but also the loss of digital-native scholars who bring unique skills and fresh, urgently needed perspectives on queer and trans life in the current era. Once this generation leaves, they will not simply return later - this moment threatens to permanently fracture the pipeline for LGBTQI+ health researchers.

22. The impact extends beyond researchers to the LGBTQI+ individuals who participated in these studies. Many received benefits through their involvement that have now disappeared, including health screenings, medical treatment, or stipends. Participants who were relying on this engagement for critical health care access or income have been left in limbo, and in many cases, with disrupted treatment or without resources they were counting on. The decision to rescind funding without a transition plan has created real harm in the lives of those who trusted the research process and whose health and humanity deserve far better.

23. The termination of these research grants sends a chilling and stigmatizing message to LGBTQI+ communities and undermines efforts to address persistent health disparities. Federally funded research is essential for identifying and addressing the root causes of inequity in health care, and when LGBTQI+ health is excluded from inquiry, the consequences reverberate across clinical practice, policy, and public understanding. Patients whose experiences are already poorly understood or misrepresented in medical settings are further marginalized when federal

institutions suggest that their lives and needs are unworthy of rigorous study. Without inclusive research, clinicians are left without the tools they need to deliver affirming, evidence-based care, putting LGBTQI+ people at even greater risk for delayed diagnoses, inappropriate treatment, and poorer health outcomes.

24. If not enjoined and rescinded, the actions of NIH and HHS will harm GLMA's health professional members and the LGBTQI+ patients who GLMA's health professional members research, study, and care for. We have heard reports from members of mass confusion and fear across a multitude of medical institutions across the country.

25. GLMA exists to foster a world where health care professionals can make decisions to best care for LGBTQI+ individuals. This is dependent on being able to study and learn about the specific health needs of and the health disparities affecting members of the LGBTQI+ community, including based on intersectional aspects of their identities such as race, ethnicity, ability status, age, and HIV status, among other facets. To prevent our members from obtaining the federal funding necessary to being able to study and research the specific health needs of transgender people, the health disparities affecting LGBTQI+ people, and LGBTQI+ health more broadly would significantly hamper our mission to foster health equity for the LGBTQI+ community, including through the provision of evidence-based medical care.

26. As an organization dedicated to supporting LGBTQI+ medical professionals and advocating for LGBTQI+ health equity, GLMA strongly condemns regressive and discriminatory laws like the Executive Orders and affirms our unwavering commitment to championing equitable and inclusive healthcare for all individuals, without exception.

27. GLMA stands united in its resolve to fight against such laws that undermine the principles of equality, respect, and evidence-based care

I declare under penalty of perjury that the foregoing is true to the best of my knowledge and belief.

Dated this 27th day of May 2025.

_____
Alex Sheldon
Executive Director, GLMA