IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN RIGHTS, INC. d/b/a GLMA: HEALTH PROFESSIONALS ADVANCING LGBTQ+ EQUALITY; *et al*., <br><br> *Plaintiffs*, <br><br> v. <br><br> NATIONAL INSTITUTES OF HEALTH; *et al*., <br><br> *Defendants*. | Civil Action No. 8:25-cv-01620-LKG |

### DECLARATION OF DR. ARIEL BECCIA

I, Dr. Ariel Beccia, hereby state as follows:

1. I am over 18 years of age, of sound mind, and in all respects competent to testify.

2. I have personal knowledge of the facts set forth in this declaration and would testify competently to those facts if called to do so.

3. I am offering this declaration in my individual capacity only as a member of GLMA: Health Professionals Advancing LGBTQ+ Equality. It does not necessarily represent the views, positions, or opinions of my employer. My statements herein are my own and are not made as an employee, representative, or agent of any other entity.

4. I am a Research Scientist in the Division of Adolescent and Young Adult Medicine at Boston Children's Hospital, an Instructor of Pediatrics at Harvard Medical School, and an Instructor of Epidemiology at the Harvard T.H. Chan School of Public Health, all based in Boston, Massachusetts. I began working at Boston Children's Hospital and Harvard Medical School as a Postdoctoral Research Fellow in May 2022 and was recently promoted to Instructor in September

2024. My research focuses on understanding the drivers of eating disorders and other mental health inequities affecting lesbian, gay, bisexual, transgender, and queer (LGBTQ+) youth populations, with an emphasis on identifying the social determinants of these inequities. Most recently, my work has examined the effects that the COVID-19 pandemic and associated economic fallouts have had on the mental health of LGBTQ+ children, adolescents, and young adults.

5. I earned my PhD in epidemiology from the University of Massachusetts Chan Medical School (UMMS) in June 2022. My dissertation research was recognized with awards from organizations such as the Patient-Centered Outcomes Research Institute (PCORI), the Society for Epidemiologic Research (SER), and the Academy for Eating Disorders (AED). I also received a prestigious Ruth L. Kirschstein Predoctoral Individual National Research Service Award from the National Institute on Minority Health and Health Disparities to support this work.

6. I have published 17 peer-reviewed articles on LGBTQ+ mental health and mental health inequities in high-impact scientific journals such as *Social Science & Medicine*, *LGBT Health*, and the *International Journal of Eating Disorders* during my graduate training.

7. Personal experience drove me to this line of work. As a member of the LGBTQ+ community myself, I was already intimately aware of the inequitable mental health outcomes that we face due to systemic stigma and discrimination, and I knew I wanted to dedicate my life to redressing these realities. Following my graduation from college, I spent several years working directly with LGBTQ+ and mental health advocacy groups. This experience solidified my understanding of the challenges on the ground and further inspired my commitment to leveraging research as a tool to systematically understand and address these health disparities. I decided to pursue further education in public health and epidemiology, with a specific focus on LGBTQ+ mental health inequities, so as to acquire the rigorous methodological skills necessary to conduct

impactful research that could inform interventions and advocate for systemic change.

8. My area of research is critically important because LGBTQ+ populations, and particularly youth, continue to experience severe and often worsening mental health inequities. The COVID-19 pandemic exacerbated these concerns, with community and advocacy groups rightly fearing disproportionate impacts, yet there has been a noted lack of rigorous, large-scale data to fully understand these dynamics and inform effective and equity-focused responses. My work directly addresses these gaps by employing one of the first longitudinal, population-based, and geocoded datasets that specifically tracked young LGBTQ+ individuals' experiences prior to and during the pandemic. Such novel data, relatively new in LGBTQ+ health research, offers an unprecedented opportunity to substantially advance our understanding of the specific factors driving the observed mental-health inequities. The kind of detailed, high-quality evidence that can be generated from these data is essential for developing targeted interventions to mitigate harm and support the well-being of LGBTQ+ people, especially youth who are simultaneously facing increasing economic and sociopolitical pressures that further jeopardize their mental health.

9. As an early career researcher, I have applied for and received two grants from NIH a Principal Investigator ("PI") over the course of my career.

10. As mentioned, I received a Ruth L. Kirschstein Predoctoral Individual National Research Service Award to support my dissertation research (Award Number: 5F31MD015203). Additionally, in December 2022, I received a Ruth L. Kirschstein Postdoctoral Individual National Research Service Award (Award Number: 5F32MD017452) as a PI in the amount of $228,402 to support my postdoctoral research, titled, "Sexual Minority Mental Health During the COVID-19 Pandemic: An Intersectional, Social Epidemiologic Investigation." This study's purpose was to examine how mental health inequities affecting LGBTQ+ populations were impacted during the

COVID-19 pandemic and why. The study used the aforementioned longitudinal, population-based, and geocoded dataset to document the extent to which LGBTQ+ mental health inequities had widened since the start of the pandemic and to identify the multilevel factors driving these patterns using advanced epidemiologic methods. A true and correct copy of the notice of award ("NOA") for the grant is attached hereto as **Exhibit A**.

11. I was able to publish initial findings regarding the widening of LGBTQ+ mental health inequities in the *American Journal of Public Health* in May 2024.

12. In March 2025, I received a letter from NIH stating that it had terminated my funding. The letter did not state that I had failed to comply with any terms of my award. Rather, it stated that the grant "no longer effectuates agency priorities." The NIH's termination letter asserted that "[r]esearch programs based on primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness." The letter did not explain how research on the mental health effects of the COVID-19 pandemic for LGBTQ+ communities is unscientific or why it fails to enhance health, lengthen life, or reduce illness. A true and correct copy of the termination notice is attached hereto as **Exhibit B**.

13. When I received the notice of termination, I was in the process of completing the research in preparation of a second paper focused on the multilevel drivers that I intended to submit for publication in July 2025.

14. An F32 grant is meant to pay for my entire salary and all resources to support my research. Luckily, because I was in the final year of the grant, my institution has offered me bridge funding until the end of the year in the amount of the remaining funds due under the grant. This

was only possible because of the promotion to Instructor that I received last year in September 2024. If I were still operating as a Postdoctoral Research Fellow, my institution would not be able to bridge my funding this way.

15. Were it not for Boston Children's Hospital offering to bridge my funding, I would have had to stop my research immediately and entirely, and important conclusions about the effects of the COVID-19 pandemic on LGBTQ+ communities would never be completed or published. Failing to publish this information will hamper future and much-needed health and policy efforts aimed at supporting LGBTQ+ people's mental welling, because those efforts rely on high-quality, rigorous research to inform best practices.

16. Prior to March 2025, NIH had never terminated a grant that supported my research.

17. The F32 grant was designed to support my salary during my Postdoctoral Research Fellowship and my first year as an Instructor, providing me the freedom and protected time needed to perform the research and establish myself as an independent researcher. The F32 grant is a well-established NIH grant mechanism intended to transition early-career researchers, such as myself, towards securing longer-term funding for independent research. Accordingly, in February 2025, I applied for an NIH K01 career development award, a grant specifically designed to support the next phase of my independent research career following the F32 grant period. I was notified that my K01 grant application is scheduled for review on June 17, 2025, by the NIH Study Section "Social Sciences and Population Studies." Under standard NIH procedures, this review would be followed by a Council review, with a final decision anticipated by approximately September 2025.

18. Given the recent termination of my F32 grant, which funded research on LGBTQ+ mental health, I am concerned that my K01 grant application – which proposes research on a virtually identical topic of LGBTQ+ mental health inequities – will either be withheld from review

or will not be funded by NIH due to its subject matter. Indeed, it is difficult to reconcile NIH's recent termination of my F32 with the prospect of them approving new funding for a highly similar line of inquiry.

19. The timeline is critical: my F32 funding is set to expire on November 30, 2025. If my K01 grant application does not proceed through a fair review process and secure funding, I face the imminent loss of my salary and position, thereby jeopardizing my livelihood. This situation would leave me with profoundly limited options to continue my research career. The established career trajectory for academic health researchers, particularly those in early stages like myself, heavily relies on this progression from postdoctoral funding (like an F32) to an initial independent career development award (like a K01). Alternative funding streams for this specific area of research are scarce, especially in the current environment. As an early-career researcher, the failure to secure this K01 funding based on non-scientific and discriminatory reasons would not only halt my current research program but would also create significant, potentially insurmountable, barriers to obtaining a comparable position and continuing my work in the field.

20. The termination letter I received stated I was eligible to appeal the decisions within 30 days of receiving notice but also stated that "no corrective action is possible here."

21. An appeal for the termination of the grant has been submitted by my institution.

22. To date, I have not been provided with any specific, scientific, or programmatic justification for the termination of my F32 grant, nor for the potential adverse actions against my K01 application. This is despite the fact that my research is designed to generate critical data that can inform important health interventions and policy decisions regarding documented mental health inequities. Without any explanation or feedback from NIH regarding perceived deficiencies or changes in scientific direction, I have no basis upon which to address any unstated agency

concerns. Furthermore, I cannot conceive of how my research, which is fundamentally centered on understanding and mitigating the mental health needs of LGBTQ+ youth, could be recharacterized or revised to comply with apparent new agency priorities that seemingly deny or deprioritize the study of these very health needs.

23.     I also do not know whether the appeals have any chance of success, given the language from the termination notice I received: "The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities."

24.     I intended to devote my career to academic research focused on understanding and addressing the substantial mental health inequities affecting LGBTQ+ youth populations. The unexpected termination of my NIH F32 grant, and the resulting uncertainty surrounding my K01 application, has caused profound disruption to both my professional trajectory and personal stability. I now face a deeply uncertain future, a situation made more precarious by my status as an early-career, non-tenured researcher who was reliant on the NIH grant for salary support. Beyond the direct personal and career impact, this termination also prematurely halts research that held potential to contribute evidence towards mitigating inequities and improving LGBTQ+ youth mental health and wellbeing. Such an interruption not only impacts my work but will also deprives the scientific community and, ultimately, the public, of potential advancements, as research is an inherently iterative process where new discoveries build upon prior foundational work.

I declare under penalty of perjury that the foregoing is true and correct that the foregoing is true and correct to the best of my knowledge and belief.

Dated: May 26, 2025

_____
Dr. Ariel Beccia

# Exhibit A

| | |
|---|---|
| **Department of Health and Human Services**<br>National Institutes of Health<br>NATIONAL INSTITUTE ON MINORITY HEALTH AND HEALTH DISPARITIES | **Notice of Award**<br>FAIN# F32MD017452<br>Federal Award Date<br>11/10/2024 |

### Recipient Information
**1. Recipient Name**
CHILDREN'S HOSPITAL CORPORATION, THE
300 LONGWOOD AVE
BOSTON, MA 02115

**2. Congressional District of Recipient**
07

**3. Payment System Identifier (ID)**
1042774441A1

**4. Employer Identification Number (EIN)**
042774441

**5. Data Universal Numbering System (DUNS)**
076593722

**6. Recipient's Unique Entity Identifier**
Z1L9F1MM1RY3

**7. Project Director or Principal Investigator**
Ariel L Beccia, MS

ariel.beccia@childrens.harvard.edu
5089632123

**8. Authorized Official**
Jamie Chan

### Federal Agency Information
**9. Awarding Agency Contact Information**
Chantell Stevenson-Brown
Grants Management Specialist
NATIONAL INSTITUTE ON MINORITY HEALTH AND HEALTH DISPARITIES
Chantell.Stevenson-brown@nih.gov
(301) 402-1366

**10. Program Official Contact Information**
Priscah Mujuru
Program Officer
NATIONAL INSTITUTE ON MINORITY HEALTH AND HEALTH DISPARITIES
priscah.mujuru@nih.gov
301-594-9765

### Federal Award Information
**11. Award Number**
5F32MD017452-03

**12. Unique Federal Award Identification Number (FAIN)**
F32MD017452

**13. Statutory Authority**
42 USC 288  42 CFR 66

**14. Federal Award Project Title**
Sexual Minority Mental Health During the COVID-19 Pandemic: An Intersectional, Social Epidemiologic Investigation

**15. Assistance Listing Number**
93.307

**16. Assistance Listing Program Title**
Minority Health and Health Disparities Research

**17. Award Action Type**
Non-Competing Continuation

**18. Is the Award R&D?**
Yes

#### Summary Federal Award Financial Information
| | |
|---|---:|
| **19. Budget Period Start Date** 12/01/2024 – **End Date** 11/30/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $78,784 |
|     20 a. Direct Cost Amount | $78,784 |
|     20 b. Indirect Cost Amount | $0 |
| **21.** Authorized Carryover | |
| **22.** Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $78,784 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $78,784 |
| **26. Project Period Start Date** 12/01/2022 – **End Date** 11/30/2025 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $228,402 |

**28. Authorized Treatment of Program Income**

**29. Grants Management Officer - Signature**
Priscilla Grant

**30. Remarks**
Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Notice of Research Fellowship Award



*NATIONAL RESEARCH SERVICE AWARD*
Department of Heath and Human Services
National Institutes of Health



NATIONAL INSTITUTE ON MINORITY HEALTH AND HEALTH DISPARITIES

---

**SECTION I – AWARD DATA – 5F32MD017452-03**

**Principal Investigator(s):**
Ariel L Beccia, MS

**Award e-mailed to:** osp@childrens.harvard.edu

**Fellow's e-mail:**
Ariel L Beccia ariel.beccia@childrens.harvard.edu

Dear Authorized Official:

The National Institutes of Health hereby awards a grant in the amount of $78,784 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to BOSTON CHILDREN'S HOSPITAL in support of the above referenced project.  This award is pursuant to the authority of 42 USC 288  42 CFR 66  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute On Minority Health And Health Disparities of the National Institutes of Health under Award Number F32MD017452. The content is solely the responsibility of the authors and does not necessarily represent the official views of   the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website  http://grants.nih.gov/grants/policy/coi/  for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,


Priscilla  Grant
Grants Management Officer
NATIONAL INSTITUTE ON MINORITY HEALTH AND HEALTH DISPARITIES

Additional information follows

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**
| | |
|---|---:|
| **Institutional Allowance** | $12,400 |
| **Other** | $4,500 |

| | |
|---|---:|
| **Stipends** | $61,884 |
| **Federal Direct Costs** | $78,784 |
| **Total Award** | $78,784 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $78,784 |
| **TOTAL FEDERAL AWARD AMOUNT** | $78,784 |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $78,784 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| YR | THIS AWARD | CUMULATIVE TOTALS |
| 3 | $78,784 | $78,784 |

**Fiscal Information:**
**Payment System Identifier:** 1042774441A1
**Document Number:** FMD017452A
**PMS Account Type:** P (Subaccount)
**Fiscal Year:** 2025

| IC | CAN | 2025 |
|---|---|---|
| MD | 8020239 | $78,784 |

**NIH Administrative Data:**
**PCC:** CPS03PM / **OC:** 41013 / **Released:** 2024-11-10
**Award Processed:** 11/11/2024 00:05:28 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 5F32MD017452-03**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm.

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 5F32MD017452-03**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

  a. The grant program legislation and program regulation cited in this Notice of Award.
  b. Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
  c. 45 CFR Part 75.
  d. National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
  e. Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
  f. This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain
references cited above.)

**Research and Development (R&D):** All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2**.** As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that

some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM). Should a consortium/subaward be issued under this award, a UEI requirement must be included.   See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) F32MD017452. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

Fellowships that terminate early and awards in the final year are subject to NIH Closeout requirements. See Sections 8.6 and 11.2.11 of the NIH Grants Policy Statement Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final Federal Financial Report (FFR) (SF 425) on expenditures is not required for fellowships. NIH will close the fellowship using the last recorded cash drawdown level in the Payment Management System (PMS).

A Termination Notice is required in lieu of a final progress report. The termination notice must be submitted within 30 days of the termination date even if the fellow is not available for signature. In all cases, the information on the form must be verified by the sponsor and an institutional business official. The lack of timely and accurate information on this form could adversely affect data collected associated with aggregate NRSA support and the payback process. All Termination Notices for individual fellowships are required to be submitted electronically using the eRA Commons xTrain application.

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's

- expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

An individual's initial 12 months of NRSA postdoctoral support is subject to the payback service requirements of the authorization cited above.

Fellows are required to notify the awarding unit as soon as they are aware of any possible change in plans regarding their fellowship support.

**Childcare Costs**
If this award includes childcare costs of $3,000, the funds are restricted and may not be used for any other purpose without prior approval.

### SECTION IV – MD SPECIFIC AWARD CONDITIONS – 5F32MD017452-03

REQUIREMENT: Use of humans and animals in any new activities must be requested prior to the start of the activity and must be approved in writing in advance by the NIMHD.  See NOT-MD-08-002, "Guidance and Clarification on NCMHD Policy on Prior Approval for Subprojects and Pilot Projects Involving Human Subjects or Vertebrate Animals," NIH Guide to Grants and Contracts, April 29, 2008, which is hereby incorporated by reference as special terms and conditions of this award. See also NOT-OD-15-129, "Prior NIH Approval of Human Subjects Research in Active Awards Initially Submitted without Definitive Plans for Human Subjects Involvement (Delayed Onset Awards): Updated Notice," and NIH-OD-15-128, "Guidance on Changes That Involve Human Subjects in Active Awards and That Will Require Prior NIH Approval: Updated Notice."

Copies of these Notices may be accessed at the following internet address: http://www.nih.gov/grants/guide/index.html

Copies may also be obtained from the Grants Management Contact indicated in the terms of award.

INFORMATION: This award reflects the NIMHD's acceptance of the certification that all key personnel have completed education on the protection of human subjects, in accordance with NIH policy, "Required Education in the Protection of Human Research Participants," as announced in the June 5, 2000 NIH Guide (revised August 25, 2000) (http://grants.nih.gov/grants/guide/notice-files/NOT-OD-00-039.html).

Any individual involved in the design and conduct of the study that is

not included in the certification must satisfy this requirement prior to participating in the project. Failure to comply can result in the suspension and/or termination of this award, withholding of support of the continuation award, audit disallowances, and/or other appropriate action.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 5F32MD017452-03

**INSTITUTION**: BOSTON CHILDREN'S HOSPITAL

| Budget | Year 3 |
|---|---|
| Institutional Allowance | $12,400 |
| Other | $4,500 |
| Stipends | $61,884 |
| TOTAL FEDERAL DC | $78,784 |
| TOTAL FEDERAL F&A | $0 |
| TOTAL COST | $78,784 |

# Exhibit B

**From:** Sponsored Programs, Office of <Officeof.SponsoredPrograms@childrens.harvard.edu>
**Sent:** Friday, March 21, 2025 1:37 PM
**To:** Chan, Jamie <Jamie.Chan@childrens.harvard.edu>
**Cc:** Applegate, Theresa <Theresa.Applegate@childrens.harvard.edu>
**Subject:** FW: Grant Termination Notification [EXTERNAL]

Hi Jamie and Theresa,

OSP inbox just received this termination notice for Dr. Ariel Beccia's 5F32MD017452-03 grant (FP01028541).

Thanks,
Kamei

---

**From:** Bulls, Michelle G. (NIH/OD) [E] <michelle.bulls@nih.gov>
**Sent:** Friday, March 21, 2025 12:35 PM
**To:** Sponsored Programs, Office of <Officeof.SponsoredPrograms@childrens.harvard.edu>
**Subject:** Grant Termination Notification [EXTERNAL]

* External Email - Caution *

 

3/21/2025

Chan, Jamie
Boston Children'S Hospital
osp@childrens.harvard.edu

Dear Chan, Jamie:

Effective with the date of this letter, funding for Project Number 5F32MD017452-03 is hereby terminated pursuant to the Fiscal Year 2025 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2025 Policy Statement applies to your project because NIH approved your grant on 12/1/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2025 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans. Many such studies ignore, rather than seriously examine, biological realities. It is the policy of NIH not to prioritize these research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov*.[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

Sincerely,

Michelle G. Bulls -S
Digitally signed by Michelle G. Bulls -S

Michelle G. Bulls, on behalf of Priscilla Grant, Chief Grants Management Officer, NIMHD
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373

[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).

[4] NIH Grants Policy Statement at IIA-1.

[5] *Id.* at IIA-155.

[6] NIH Grants Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)