**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN RIGHTS, INC. d/b/a GLMA: HEALTH PROFESSIONALS ADVANCING LGBTQ+ EQUALITY; *et al*., | |
| *Plaintiffs*, | Civil Action No. 8:25-cv-01620-LKG |
| v. | |
| NATIONAL INSTITUTES OF HEALTH; *et al*., | |
| *Defendants*. | |

## DECLARATION OF DR. CARL STREED, JR.

I, Dr. Carl Streed, Jr., hereby declare and state as follows:

1.      I am over 18 years of age, of sound mind, and in all respects competent to testify.

2.      I have personal knowledge of the facts set forth in this declaration and would testify competently to those facts if called to do so.

3.      I am a plaintiff in this action. I am asserting claims on behalf of myself and on behalf of my LGBTQI+ patients.

4.      I am offering this declaration in my individual capacity and not on behalf of my employer.

5.      I am a member of GLMA: Health Professionals Advancing LGBTQ+ Equality and have been since 2010.

6.      I am an internal medicine board-certified primary care physician at Boston Medical Center (BMC), an Associate Professor of Medicine in the Section of General Internal Medicine at Boston University Chobanian and Avedisian School of Medicine, and the Research Director for

the GenderCare Center at BMC. I am a clinician-researcher specializing in sexual and gender minority health, focusing on primary care outcomes and chronic conditions for adults, including transgender and gender-diverse people. As the research director for the GenderCare Center at BMC, I collaborate with researchers, clinicians, and communities to assess and address the health and wellbeing of patients and communities, including transgender and gender diverse people.

7.      I earned my M.D. at the Johns Hopkins University School of Medicine in 2013 and completed my residency in internal medicine in 2016 at Johns Hopkins Bayview Medical Center. I chose to enter the field of medicine largely due to my experience as an HIV/STI test counselor for a youth shelter in Chicago, IL; it was my first experience having a direct impact on a stranger's life. While in medical school, I came to realize that medical training was woefully deficient in addressing LGBTQI+ health. As an out gay physician, I feel strongly that LGBTQI+ health needed to be studied more. I became an LGBTQI+ expert and advocate with medical and research training. Throughout my work as a physician and researcher, I have earned recognition from the University of Chicago Alumni Association, the Johns Hopkins University Alumni Association, the American Medical Association Foundation, the World Professional Association for Transgender Health, and the White House.

8.      Throughout my career, I have been very involved in national level organizations and non-profits, including the American Medical Student Association (AMSA), Doctors for America (DFA), American Medical Association (AMA), and GLMA. Within AMSA and DFA, I advocated for LGBTQI+ issues; wrote policy; organized grassroots responses to political challenges to the Affordable Care Act; and spoke with legislators on LGBTQI+ issues. Within the AMA and GLMA, I served on LGBTQI+ specific committees to improve LGBTQI+ health training in medical schools. I am currently a Faculty Advisory Board member of the Medical

Student Pride Alliance and serve as the President of the U.S. Professional Association for Transgender Health.

9.      I have published over 150 research studies and peer-reviewed articles, with an emphasis on LGBTQI+ health and healthcare equity. My work focuses on the importance of inclusive medical practices and policy advocacy to address health disparities faced by sexual and gender minority people and communities. Additionally, I place a strong emphasis on mental health, preventive healthcare, and the role of medical education in improving outcomes for diverse populations. My research also explores the myriad healthcare challenges faced by LGBTQI+ people, highlighting the need for multidisciplinary approaches to address these complex and intersecting issues. I advocate for systemic changes within healthcare institutions to foster environments that are supportive and affirming of all patients.

10.      To achieve equity in health care access, health, and individual and community well-being, I actively incorporate the principles of diversity, equity, inclusion, and accessibility in my work as a clinician-investigator. In health care and public health, these principles ensure that leaders of health care systems value all people equally and that all people can obtain the power, knowledge, resources, conditions, and opportunities that enable them to achieve optimal health. In medical education, these principles address disparities in recruitment and retention of people who have historically been excluded from the profession, as well as directly addressing inequities in patient outcomes. In health care, a diverse workforce including people with a range of racial, ethnic, sexual, and gender identities can serve patients better than a workforce that is far more homogeneous than the population itself. Failure to include the principles of diversity, equity, inclusion, and accessibility will deliberately leave people and communities behind from benefitting from our collective work.

11.     As a clinician-researcher at BMC, I depend on grant funding, including federal grants, to conduct my research. I have applied for and received two grants from NIH to date, for studies in which I have served as the principal investigator (PI). These awards were terminated in March 2025. I have also served as a subcontract PI for various other NIH-funded research studies, including a R01 award (Award Number R01AA029076) in which Dr. Lauren Beach and Dr. Gregory Phillips II are the co-principal investigators (co-PIs).

12.     My NIH-funded research focuses on assessing and addressing preventable health conditions, such as cardiovascular disease and cancer. In order to improve outcomes in these fields, research is needed to accurately describe gaps in receipt of prevention services, diagnoses, outcomes, and subsequent treatments. Specifically, my research attempts to identify additional factors to consider in our tools to identify patients who would benefit from preventive health interventions, like statin medications, to prevent heart attack and stroke. By focusing on transgender adults, my research is able to more accurately characterize the effects of hormones on cardiovascular health and incorporate these factors into existing tools to prevent cardiovascular disease for all people.

13.     The process to receive federal funding to conduct research is long and rigorous. Based on experiences during my internal medicine residency providing cardiology specialty care for transgender older adults, I formulated a research question during my General Internal Medicine fellowship at Brigham and Women's Hospital the Harvard T.H. Chan School of Public Health in 2018 to understand cardiovascular health issues for transgender adults. Upon joining the faculty at Boston University in 2018, I assembled the necessary team of mentors and collaborators with expertise in cardiovascular epidemiology, transgender population health, statistics, and survey design to support writing a grant. My grant proposal was written and re-written over the course of

six months as part of a competitive grant writing program administered through the Boston University Clinical and Translational Science Institute. Following submission to NIH in June 2019, my grant was reviewed by a scientific review committee composed of experts across multiple fields of study. Despite favorable review, my NIH grant was not funded on its first submission. Additional feedback was provided to me by the NIH in December of 2019. After incorporating feedback and updating our application over the course of an additional three months, I resubmitted my grant to the NIH for review in March 2020. It received a favorable review from the scientific review committee and was then reviewed by an additional committee for consideration for funding. NIH approved funding in April 2021. From idea conception to receiving a notice of award, three years had elapsed. In my experience, this represents a typical favorable timeline for grant submission to the NIH and reflects the time and rigor involved in developing a grant application for federal research funding from NIH.

14.    On March 21, 2025, my institution received a letter from NIH terminating the funding for my study, "Assessing and Addressing Inequities in Cardiovascular Health of Transgender and Gender Diverse Persons" (Award Number 5K01HL151902-04) and supplementary project, "Assessing the burden of dementia in transgender populations" (Award Number 3K01HL151902-04S1). For those projects, I had applied for and received grants for a cumulative amount of $696,928, the first for a project period of April 15, 2021 to June 30, 2025, and a second extending the project period to conclude on March 31, 2026. A true and correct copy of the termination letter, which includes the updated Notice of Award (NOA), is attached hereto as **Exhibit A**.

15.    The termination letter from NIH stated that it had terminated my funding because my study related to gender identity.  The letter did not state that I had failed to comply with any

5

terms of my award.  Rather, it stated that "[r]esearch programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans. Many such studies ignore, rather than seriously examine, biological realities. It is the policy of NIH not to prioritize these research programs." The letter did not engage at all with the substance of my research or provide any data- or evidence-based analysis to support the termination.

16.     My institution appealed the termination, but because NIH has discouraged appeals, I do not expect that NIH will agree to reinstate the grant.

17.     Also on March 21, 2025, I received a second letter from NIH in the form of an email, again terminating the funding for my sub-project, "Assessing the burden of dementia in transgender populations." The language in that letter was identical to the language in the first termination letter. A true and correct copy of the email termination letter is attached hereto as **Exhibit B**.

18.     On the same day, the R01 project (Award Number R01AA029076) in which I am a co-investigator (subcontractor) was also terminated using the same language.

19.     I was devastated to learn that my grants had been terminated. We had been finishing secondary data analyses of large claims datasets to improve prediction models of cardiovascular disease, which explicitly accounted for hormone use in transgender people as well as cisgender people. Those analyses remain incomplete due to the funding cut.

20.     We had also planned on using funds from these grants to finish developing a survey and interview guide to hear from transgender adults regarding their knowledge of their own cardiovascular health, where they received health information, and which specific cardiovascular health interventions they would be willing to participate in to improve their health. This would

have informed another grant testing the effectiveness of such interventions. We had plans to recruit for and complete this study in the final year. The survey development and interview guide remain unfinished due to NIH's funding termination. Further, we had been using funding from these terminated grants to employ researchers early in their careers. After losing NIH funding, we sadly could no longer afford to employ those newer researchers, significantly hurting and curtailing the development of their careers.

21.     Before March 2025, NIH had never terminated a grant that supported my research.

22.     The loss of federal support for my previously funded projects will set back research in cardiovascular health for transgender as well as cisgender populations. Understanding the effects of hormones in adults and their relationship to long-term health, especially cardiovascular health, has been an area of research for decades with many advances in care (e.g., timing of statin therapy, use of aspirin, assessing exercise to prevent disease, etc.). Terminating my projects means missing an opportunity to understand the unique health of transgender adults as well as developing tools with a halo effect; by developing a tool for transgender adults, cisgender adults will benefit as well. Termination of my research will delay advances in tools to ensure all Americans are healthy.

23.     Loss of federal support puts the long-term financial security of my staff at risk. I employ a Senior Research Assistant to conduct research, develop surveys, and administer focus groups. Without federal support, I lack funding to keep them employed beyond December 2025.

24.     Personally, the loss of all federal support through grants for research projects for which I am PI and those for which I am a subcontractor has been a significant stressor on my financial, professional, and personal well-being. I have had to change my clinical effort to support my salary through December 2025, resulting in less time to conduct research as contracted.

Additionally, with the loss of grant support, I have had to cancel all work-related travel to conferences I would otherwise typically attend to present research, work with collaborators, and mentor future physician-scientists. I have not had the financial capacity to support medical students, residents, and fellows as I have had in the past to teach them research methods. And personally, the attack on my career has been the source of extreme stress, affecting my health (e.g., elevated resting heart rate, weight gain), as well as threatening the financial security of my household.

25.    I have two additional grant applications that are currently under NIH review. One proposal for which I am PI, "Advancing Methods to Assess Brain Health in Claims Data" (1R03HL183031-01), builds on prior work to characterize risk factors for dementia in transgender and gender diverse (TGD) adults, using a large source of data from insurance and medical records to explore what specific issues may affect the brain health of TGD adults compared to their cisgender peers. Another proposal for which I am a co-PI, "Collection and Assessment of Relevant Patient Demographic Data (CARE)" (1R01NR022059-01), aims to develop a pragmatic guide to collect accurate sexual orientation and gender identity (SOGI) patient demographic data, for use by primary care practices affiliated with an academic medical center. Both studies fill gaps in existing research and are foundational to our understanding of dementia and patient-centered care, respectively. Yet, I fear that NIH will reject and is unduly delaying both of these proposals because they are specific to LGBTQI+ health.

26.    Federal grant funding by NIH is critical to improving our medical and scientific knowledge, training the next generation of physicians, and improving health and wellbeing of marginalized populations and groups, particularly sexual and gender minorities (e.g., LGBTQI+ persons). By prohibiting federal funding for research projects that relate to gender identity or that

address health disparities based on race, ethnicity, age, ability status, or HIV status, among other aspects, of LGBQTI+ people's identities and experiences, the NIH is not only negatively impacting my work which seeks to do address these issues but also endangering the health and wellbeing of the LGBTQI+ people that I care for as a healthcare provider.

27.    A critical first step in improving individual and population health is collecting appropriate and accurate data, which requires substantial human resources and funding. The NIH and similar institutions are the only ones capable of funding large-scale initiatives to support a research infrastructure that adequately assesses and addresses the unique needs of specific populations. If we continue to erase LGBQTI+ people from research, we will remain oblivious to the troubles they face in achieving health and well-being; they will be excluded from the American dream. Further, without ongoing funding to support LGBTQI+ health research, we will lose an entire generation of researchers and health specialists. Only through explicit inclusion in the work of the NIH will the health and well-being of all of us be guaranteed.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: May 24, 2025

_____
Dr. Carl Streed, Jr.

# Exhibit A

**Department of Health and Human Services**
NATIONAL HEART, LUNG, AND BLOOD INSTITUTE

**Notice of Award**
FAIN# K01HL151902
**Federal Award Date**
03/25/2025

## Recipient Information

**1. Recipient Name**
BOSTON MEDICAL CENTER CORPORATION
1 BOSTON MEDICAL CTR PL
BOSTON, MA 02118

**2. Congressional District of Recipient**
07

**3. Payment System Identifier (ID)**
1043314093A1

**4. Employer Identification Number (EIN)**
043314093

**5. Data Universal Numbering System (DUNS)**
005492160

**6. Recipient's Unique Entity Identifier**
JZ8RQC4EMDZ5

**7. Project Director or Principal Investigator**
Carl G Streed, MD

cjstreed@gmail.com
847-702-0570

**8. Authorized Official**
Tina Dasilva@bmc.org
Tina.Dasilva@bmc.org
617-414-2890

## Federal Agency Information

**9. Awarding Agency Contact Information**
SUZANNE Pugliese
Grant Management Specialist
NATIONAL HEART, LUNG, AND BLOOD
INSTITUTE
sue.pugliese@nih.gov
(301) 594-3267

**10. Program Official Contact Information**
Sean  Coady
Program Officer
NATIONAL HEART, LUNG, AND BLOOD
INSTITUTE
coadys@mail.nih.gov
301-453-1289

## Federal Award Information

**11. Award Number**
5K01HL151902-04

**12. Unique Federal Award Identification Number (FAIN)**
K01HL151902

**13. Statutory Authority**
42 USC 241  42 CFR 52

**14. Federal Award Project Title**
Building methods to assess and address cardiovascular health in transgender adults

**15. Assistance Listing Number**
93.837

**16. Assistance Listing Program Title**
Cardiovascular Diseases Research

**17. Award Action Type**
Non-Competing Continuation (REVISED)

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---|
| **19. Budget Period Start Date** 04/01/2024 − **End Date** 03/21/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0 |
| 20 a.  Direct Cost Amount | $0 |
| 20 b.  Indirect Cost Amount | $0 |
| 21. Authorized Carryover | |
| 22. Offset | |
| 23. Total Amount of Federal Funds Obligated this budget period | $166,277 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $166,277 |
| ------------------------------------------------------------------ | |
| **26. Project Period Start Date** 04/15/2021 − **End Date** 03/21/2025 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $696,928 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Anthony  Agresti

**30. Remarks**

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Notice of Award



**RESEARCH SCIENTIST DEVELOPMENT AWARD**
Department of Health and Human Services
National Institutes of Health

NATIONAL HEART, LUNG, AND BLOOD INSTITUTE



---

**SECTION I – AWARD DATA – 5K01HL151902-04 REVISED**

**Principal Investigator(s):**
Carl G Streed, MD

**Award e-mailed to:** grants.admin@bmc.org

Dear Authorized Official:

The National Institutes of Health hereby revises this award  (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to BOSTON MEDICAL CENTER CORPORATION in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241  42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Heart, Lung, And Blood Institute of the National Institutes of Health under Award Number K01HL151902. The content is solely the responsibility of the authors and does not necessarily represent the official views of   the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Anthony  Agresti
Grants Management Officer
NATIONAL HEART, LUNG, AND BLOOD INSTITUTE

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---:|
| **Salaries and Wages** | $100,000 |
| **Fringe Benefits** | $24,000 |
| **Personnel Costs (Subtotal)** | $124,000 |
| **Other** | $29,960 |
| | |
| **Federal Direct Costs** | $153,960 |
| **Federal F&A Costs** | $12,317 |
| **Approved Budget** | $166,277 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $166,277 |
| **TOTAL FEDERAL AWARD AMOUNT** | $166,277 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $0 |

| SUMMARY TOTAL FEDERAL AWARD AMOUNT YEAR ( 4 ) (for this Document Number) | |
|---|---|
| **AWARD NUMBER** | **TOTAL FEDERAL AWARD AMOUNT** |
| 5K01HL151902-04 | $166,277 |
| 3K01HL151902-04S1 | $31,691 |
| **TOTAL** | **$197,968** |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 4 | $166,277 | $197,968 |

**Fiscal Information:**
**Payment System Identifier:**  1043314093A1
**Document Number:**  KHL151902A
**PMS Account Type:**  P (Subaccount)
**Fiscal Year:**  2024

| IC | CAN | 2024 |
|---|---|---|
| HL | 8475183 | $166,277 |

**NIH Administrative Data:**
**PCC**: HHEF N / **OC**: 41035 / **Released**:  03/24/2025
**Award Processed:** 03/25/2025 12:09:04 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 5K01HL151902-04  REVISED**

---

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 5K01HL151902-04  REVISED**

---

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and
is subject to the terms and conditions incorporated either directly or by reference in the following:

  a.  The grant program legislation and program regulation cited in this Notice of Award.
  b.  Conditions on activities and expenditure of funds in other statutory requirements, such as
      those included in appropriations acts.
  c.  45 CFR Part 75.
  d.  National Policy Requirements and all other requirements described in the NIH Grants Policy
      Statement, including addenda in effect as of the beginning date of the budget period.
  e.  Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final
      progress report when applicable.
  f.  This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain
references cited above.)

**Research and Development (R&D):**  All awards issued by the National Institutes of Health (NIH) meet the

definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).


An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.   See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) K01HL151902. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.


 This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section 8.6 Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps

A final expenditure Federal Financial Report (FFR) (SF 425) must be submitted through the Payment Management System (PMS) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section 8.6.1 Financial Reports, http://grants.nih.gov/grants/policy/policy.htm#gps, for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the real-time cash drawdown data in PMS. NIH will close the awards using the last recorded cash drawdown level in PMS for awards that do not require a final FFR on expenditures.  It is important to note that for financial closeout, if a grantee fails to submit a required final expenditure FFR, NIH will close the grant using the last recorded cash drawdown level.

A Final Invention Statement and Certification form (HHS 568), (not applicable to training, construction, conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 568 form may be downloaded at: http://grants.nih.gov/grants/forms.htm.  This paragraph does not apply to Training grants, Fellowships, and certain other programs—i.e., activity codes C06, D42, D43, D71, DP7, G07, G08, G11, K12, K16, K30, P09, P40, P41, P51, R13, R25, R28, R30, R90, RL5, RL9, S10, S14, S15, U13, U14, U41, U42, U45, UC6, UC7, UR2, X01, X02.

Unless an application for competitive renewal is submitted, a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal application is submitted prior to that date, then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at: https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any other specific requirements set forth in the terms and conditions of the award must also be addressed in the Interim or Final RPPR. *Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.*


NIH requires electronic submission of the final invention statement through the Closeout feature in the Commons.

NOTE: If this is the final year of a competitive segment due to the transfer of the grant to another institution, then a Final RPPR is not required. However, a final expenditure FFR is required and must be submitted electronically as noted above. If not already submitted, the Final Invention Statement is required and should be sent directly to the assigned Grants Management Specialist.


Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period. The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.


**Treatment of Program Income:**
Additional Costs

---

**SECTION IV – HL SPECIFIC AWARD CONDITIONS – 5K01HL151902-04 REVISED**


Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

**TERMINATION**
It is the policy of NIH not to prioritize Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans. Many such studies ignore, rather than seriously examine, biological realities. It is the policy of NIH not to prioritize these research programs.

Therefore, this project is terminated. BOSTON MEDICAL CENTER may request funds to support patient safety and orderly closeout of the project. Funds used to support any other research activities will be

disallowed and recovered. Please be advised that your organization, as part of the orderly Closeout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR), as applicable) within 120 days of the end of this grant. NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 8.5.2. This revised award represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be dated no later than 30 days after the date of this notice.

## NHLBI FUNDING GUIDELINES
NIH is currently operating under a Continuing Resolution (See NIH Guide Notice NOT-OD-24- 007) and this award is being issued in accordance with the NHLBI FY 2024 Operating Guidelines which can be found at:
https://www.nhlbi.nih.gov/research/funding/general/current-operating-guidelines.

## MENTORED CAREER DEVELOPMENT AWARD
Mentored CDA recipients are required to devote a minimum commitment equivalent of 9 calendar person months (75% of their full-time appointment at the applicant institution) to the career development and research objectives of the program specified in FOA, the policy and additional details are found here: https://grants.nih.gov/grants/policy/nihgps/HTML5/section_12/12.3.6_level_of_effort.htm.  The recipient may supplement the NHLBI salary contribution with non-federal funds up to a level that is consistent with the institution's salary scale, the policy, including additional details and exceptions are found here:
https://grants.nih.gov/grants/policy/nihgps/HTML5/section_12/12.8.1_salaries_and_fringe_benefits.htm

## MENTOR'S REPORT
Please note that a concise statement from the awardee's mentor must be included in the RPPR.  The statement should address progress and performance, see Section 7.1 of the NIH RPPR Instruction Guide.

## NHLBI ADJUSTMENTS FOR SALARY BASED AWARDS
Salary funds provided on NHLBI research grants will be adjusted if investigators receive career-type salary based awards.  Examples of such awards include the Independent Scientist Award (K02, formerly K04) and other similar awards as described in the November 1993 Circulation article (Vol. 88, No. 5, Part 1).  In the event that such an award is made for an investigator receiving salary support from an NHLBI grant, the Institute must be informed in writing within 30 days from the start date of the award so that any required adjustment can be made.

## CONCURRENT SALARY SUPPORT FOR MENTORED AWARDS
Mentored career award recipients are eligible to receive concurrent support and may request to reduce effort on the K award in the final two years of the award when they have competed successfully as PD/PI for peer-reviewed research awards from NIH or any Federal agency.  Concurrent support must be in accordance with the NIH Guide Notice NOT-HL-22-022 and the NIH Grants Policy Statement (12.3.6.2 Concurrent Support).

## NON-COMPETING RENEWAL (SNAP)
The NIH requires the use of the Research Performance Progress Report (RPPR) for all Type 5 progress reports.  The RPPR and other documents applicable to this SNAP grant are due the 15th of the month preceding the month in which the budget period ends (e.g., if the budget period ends 11/30, the due date is 10/15).  Please see http://grants.nih.gov/grants/rppr/index.htm for additional information on the RPPR.

**PRIOR APPROVAL REQUEST**
It is recommended that applicable prior approval requests be submitted via the eRA Commons Prior Approval Module (link: prior_approval (nih.gov)).  Please refer to Part II Chapter 8 of the NIH Grants Policy Statement for the activities and/or expenditures that require NIH approval at http://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 5K01HL151902-04 REVISED

**INSTITUTION:** BOSTON MEDICAL CENTER CORPORATION

| Budget | Year 4 |
|---|---|
| Salaries and Wages | $100,000 |
| Fringe Benefits | $24,000 |
| Personnel Costs (Subtotal) | $124,000 |
| Other | $29,960 |
| TOTAL FEDERAL DC | $153,960 |
| TOTAL FEDERAL F&A | $12,317 |
| TOTAL COST | $166,277 |

| Facilities and Administrative Costs | Year 4 |
|---|---|
| F&A Cost Rate 1 | 8% |
| F&A Cost Base 1 | $153,960 |
| F&A Costs 1 | $12,317 |

# Exhibit B

| From: | Bulls, Michelle G. (NIH/OD) [E] |
|---|---|
| To: | maria.chitsaz@bmc.org |
| Subject: | Grant Termination Notification |
| Date: | Friday, March 21, 2025 12:34:00 PM |
| Attachments: | image001.jpg |
| | image002.png |

3/21/2025

Maria Chitsaz
Boston Medical Center
maria.chitsaz@bmc.org

Dear Maria Chitsaz:

Effective with the date of this letter, funding for Project Number 3K01HL151902-04S1 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 6/15/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans. Many such studies ignore, rather than seriously examine, biological realities. It is the policy of NIH not to prioritize these research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the

Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.* [8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination. [9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board. [10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time. [11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim. [12]

Sincerely,



Michelle G. Bulls, on behalf of Anthony Agresti, Chief Grants Management Officer, NHLBI Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373

[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).

[4] NIH Grants Policy Statement at IIA-1.

[5] *Id.* at IIA-155.

[6] NIH Grants Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)