## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN RIGHTS, INC. d/b/a GLMA: HEALTH PROFESSIONALS ADVANCING LGBTQ+ EQUALITY; *et al.*,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>NATIONAL INSTITUTES OF HEALTH; *et al.*,<br><br>        *Defendants*. | Civil Action No. 8:25-cv-01620-LKG |

## DECLARATION OF DR. DEBRA UMBERSON, Ph.D.

I, Dr. Debra Umberson, hereby declare and state as follows:

1.      I am over 18 years of age, of sound mind, and in all respects competent to testify.

2.      I have personal knowledge of the facts set forth in this declaration and would testify competently to those facts if called to do so.

3.      I am offering this declaration in my individual capacity and not on behalf of my employer.

4.      I am a professor of sociology and the Director of the Center on Aging and Population Sciences (CAPS) at The University of Texas at Austin.  My research focuses on population health, with an emphasis on aging, marital and family ties, and gender and race-based health disparities.  My current research examines how spouses influence one another's health-related behavior and health care and how those processes vary for same-sex and different-sex couples.

5.      I earned a B.A. in Gerontology and M.S.W. from the University of Arkansas at

Little Rock and earned my M.A. and Ph.D. in Sociology at Vanderbilt University. In 1988 I joined the faculty at the University of Texas at Austin. I chaired the Department of Sociology at the University of Texas from 2000 to 2006 and served as the Director of the Population Research Center from 2015 to 2020. I have been Director of CAPS since 2020. I have published more than 100 articles in academic journals like *The Journal of Health and Social Behavior*, *Society and Mental Health*, *Journal of Marriage and Family*, and *Journal of Behavioral Medicine*. I have also chaired multiple sections of both the Gerontological Society of America (GSA) and the American Sociological Association (ASA). In 2020, I received the Leo G. Reeder Award from the Medical Sociology section of the ASA for my work on Aging and the Life Course and in 2023, I received the Richard Kalish Innovative Publication Article Award for "Gender and Social Isolation Across the Life Course," from the GSA.

6.      I have applied for and received 17 grants from NIH since the late 1980s: 12 as a Principal Investigator, 3 as a Co-Investigator, and 2 as a Sponsor. I have been almost continuously funded by the NIH throughout my career, primarily by the National Institute of Child Health and Human Development and the National Institute on Aging. NIH has funded my research on racial/ethnic disparities in early family member deaths, how marital quality influences the health of men and women, how social relationships and social isolation influence health behaviors and health, how the death of a parent affects adults' health and well-being, and many other studies over the last 30+ years, investing approximately $22,000,000 to support my work.

7.      In 2021, I received a grant from NIH in the amount of $1,914,178.00 (award number 1R01AG076057-01), to support my research titled "How Spouses Influence Each Other's Health in Same- and Different-Sex Marriages: A Dyadic and Longitudinal Assessment from Mid to Later Life." The project was designed to assess how married partners affect one another's health

behaviors, mental health, and physical health and how those processes vary across gay, lesbian, and heterosexual marriages. NIH had invested in the collection of the first wave of data for this project with an R21 award in 2015. The R01 grant was designed to collect two additional waves of data over the course of five years. A true and correct copy of the notice of award ("NOA") for the grant is attached hereto as **Exhibit A**.

8.      In May 2022, I received a letter from the National Institute on Aging (NIA) notifying me that my R01 grant had been selected by the National Advisory Council on Aging (NACA) for the prestigious NIH Method to Extend Research in Time (MERIT) Award. The MERIT Award would allow me to extend this grant for 3 to 5 years beyond the initial four-year award without having to submit the usual renewal application. The letter stated that this grant was chosen for the MERIT award as a recognition of "[my] sustained contribution to aging and [my] leadership and commitment to the field," and as an expression of NIA's "conviction that [I] will continue to make significant advances in aging research for many years to come." A true and correct copy of this letter is attached hereto as **Exhibit B**.

9.      Once I accepted the MERIT Award, the R01 was transitioned to an R37 award (award R37AG076057). I was subsequently granted an additional $100,000 as an administrative supplement to this award for the inclusion of bisexual populations in the study. A true and correct copy of the NOA for the R37 grant is attached hereto as **Exhibit C**.

10.     In March 2025, I received a letter from NIH stating that it had terminated my funding. The letter did not state that I had failed to comply with any terms of my award. Rather, it stated that "[t]his award no longer effectuates agency priorities." The NIH's termination letter asserted that "[r]esearch programs based on primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to

expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness."  The letter did not explain how research on how and why married Americans are healthier and live longer than their unmarried peers is unscientific, how it is "based on . . . amorphous equity objectives," or why it fails to enhance health, lengthen life, or reduce illness.  A true and correct copy of the termination notice is attached hereto as **Exhibit D**.

11.    Prior to March 2025, NIH had never terminated a grant that supported my research.

12.    The termination letter I received stated that I was eligible to appeal the decision within 30 days of receiving the termination notice, but also stated that "no corrective action is possible here."

13.    My institution submitted an appeal for the termination of the grant.  I do not understand why the grant was terminated given the work I did to ensure that the research aligned with the goals of the IC that funded it, and I have no idea how to address any agency concerns or recharacterize or revise my project in a way that would both achieve its goals and comply with agency priorities that exclude the intersectional health needs of LGBTQI+ people.  I also do not know whether the appeal has any chance of success, given the following language from the notice: "The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities."

14.    The termination of this funding in this way devalues and undermines my work in a way that is beyond demoralizing.  I have devoted my entire career to advancing the health of the U.S. population by studying the impact of social relationships and social isolation on physical, mental, and cognitive health.  I am especially well-known for studying family dynamics that influence long-term health and wellbeing and am one of the most highly cited scientists in the

country. Receiving the MERIT award reflected NIH's recognition of my significant impact on the field, making the termination's assertion that this same work is suddenly "antithetical to the scientific inquiry," and does not "enhance health, lengthen life, or reduce illness" all the more arbitrary and perplexing.

15.    In practical terms, the termination of this funding means the end of a longitudinal study with 800 participants. The final wave of data collection cannot be completed. It also meant that four graduate research assistants and one postdoctoral fellow lost their positions. I have collected three waves of data over the course of 10 years, but this loss means that I have no way to analyze or study it. This undermines the entire enterprise, as its value rests on the longitudinal design that includes at least three data collections.

16.    The findings from this study would have benefited married people across the country by informing policymakers and practitioners about the most effective strategies to engage spouses in protecting each other's physical, mental, and cognitive health. It is essential to follow couples over long periods of time to identify the specific biosocial pathways through which the marital dynamics influence health—these are the defining features of longitudinal data. While there is a long history of studying different-sex couples and the benefits of marriage, these studies largely have not extended to or included same-sex couples.

17.    Personally, the loss of this funding affects my summer salary and how much time I will need to devote to teaching in the future rather than research. It will also affect my retirement. After decades of consistent support for my work from NIH, this termination has upended things in a way that I could never have imagined at this stage in my career.

18.    I currently have another grant application under review by NIH as well. This application for a P30 center core grant is to renew our NIH-supported Center on the Demography

and Economics of Aging (D&E Center).  CAPS launched as one of the twelve D&E Centers across the country in 2020 in order to spur research on "how biosocial and environmental factors intersect, compound, and cascade throughout the life course to shape health and well-being at older ages." In this renewal application, we added a core to advance research on aging sexual and gender minority populations.  I worry that this LGBTQ+ aging focus will be used to terminate CAPS's funding as well.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: May 27, 2025

_____    _____    _____
                        Dr. Debra Umberson

# Exhibit A

**Department of Health and Human Services**
National Institutes of Health
NATIONAL INSTITUTE ON AGING

**Notice of Award**
FAIN# R01AG076057
**Federal Award Date**
01/13/2022

## Recipient Information

**1. Recipient Name**
UNIVERSITY OF TEXAS AT AUSTIN
110 INNER CAMPUS DR MN 13

AUSTIN, TX 78712

**2. Congressional District of Recipient**
25

**3. Payment System Identifier (ID)**
1746000203A4

**4. Employer Identification Number (EIN)**
746000203

**5. Data Universal Numbering System (DUNS)**
170230239

**6. Recipient's Unique Entity Identifier**
V6AFQPN18437

**7. Project Director or Principal Investigator**
DEBRA J. UMBERSON, PHD
Professor
umberson@prc.utexas.edu
512-232-6330

**8. Authorized Official**
Angela Adair

## Federal Agency Information

**9. Awarding Agency Contact Information**
Lesa McQueen

NATIONAL INSTITUTE ON AGING
lesa_mcqueen@nih.gov
301-496-1472

**10. Program Official Contact Information**
Melissa S Gerald
Health Science Administrator
NATIONAL INSTITUTE ON AGING
geraldmel@nia.nih.gov
301-402-4156

## Federal Award Information

**11. Award Number**
1R01AG076057-01

**12. Unique Federal Award Identification Number (FAIN)**
R01AG076057

**13. Statutory Authority**
42 USC 241  42 CFR 52

**14. Federal Award Project Title**
How Spouses Influence Each Other's Health in Same- and Different-Sex Marriages: A Dyadic and Longitudinal Assessment from Mid to Later Life

**15. Assistance Listing Number**
93.866

**16. Assistance Listing Program Title**
Aging Research

**17. Award Action Type**
New Competing

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---|
| **19. Budget Period Start Date** 01/15/2022 – **End Date** 12/31/2022 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $579,715 |
| 20 a.  Direct Cost Amount | $377,803 |
| 20 b.  Indirect Cost Amount | $201,912 |
| **21.** Authorized Carryover | $0 |
| **22.** Offset | $0 |
| **23.** Total Amount of Federal Funds Obligated this budget period | $579,715 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $579,715 |
| ---------------------------------------------------------------- | |
| **26. Project Period Start Date** 01/15/2022 – **End Date** 12/31/2026 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $579,715 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Ryan Blakeney

**30. Remarks**

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Version:5 - 12/16/2021 7:39 PM | Generated on: 1/13/2022 12:06 AM

Notice of Award

RESEARCH
Department of Health and Human Services
National Institutes of Health



NATIONAL INSTITUTE ON AGING

---

**SECTION I – AWARD DATA – 1R01AG076057-01**

**Principal Investigator(s):**
DEBRA J. UMBERSON, PHD

**Award e-mailed to:** osp@austin.utexas.edu

Dear Authorized Official:

The National Institutes of Health hereby awards a grant in the amount of $579,715 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to The University of Texas at Austin in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241 42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute On Aging of the National Institutes of Health under Award Number R01AG076057. The content is solely the responsibility of the authors and does not necessarily represent the official views of  the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Ryan  Blakeney
Grants Management Officer
NATIONAL INSTITUTE ON AGING

Additional information follows

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| Salaries and Wages | $171,015 |
| Fringe Benefits | $52,331 |
| **Personnel Costs (Subtotal)** | **$223,346** |
| Consultant Services | $39,360 |
| Materials & Supplies | $9,496 |
| Travel | $5,002 |
| Other | $79,954 |
| Subawards/Consortium/Contractual Costs | $20,645 |
| | |
| Federal Direct Costs | $377,803 |
| Federal F&A Costs | $201,912 |
| Approved Budget | $579,715 |
| Total Amount of Federal Funds Authorized (Federal Share) | $579,715 |
| **TOTAL FEDERAL AWARD AMOUNT** | **$579,715** |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | **$579,715** |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| YR | THIS AWARD | CUMULATIVE TOTALS |
| 1 | $579,715 | $579,715 |
| 2 | $333,279 | $333,279 |
| 3 | $572,082 | $572,082 |
| 4 | $365,668 | $365,668 |
| 5 | $330,731 | $330,731 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**Fiscal Information:**

| | |
|---|---|
| Payment System Identifier: | 1746000203A4 |
| Document Number: | RAG076057A |
| PMS Account Type: | P (Subaccount) |
| Fiscal Year: | 2022 |

| IC | CAN | 2022 | 2023 | 2024 | 2025 | 2026 |
|---|---|---|---|---|---|---|
| OD | 8010134 | $359,119 | | | | |
| AG | 8470694 | $220,596 | $333,279 | $572,082 | $365,668 | $330,731 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**NIH Administrative Data:**
**PCC**: 2BFAMGE / **OC**: 41021 / **Released**: Blakeney, Ryan 01/04/2022
**Award Processed**: 01/13/2022 12:06:38 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 1R01AG076057-01**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 1R01AG076057-01**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

    a.   The grant program legislation and program regulation cited in this Notice of Award.
    b.   Conditions on activities and expenditure of funds in other statutory requirements, such as

those included in appropriations acts.
c.  45 CFR Part 75.

d.  National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.

e.  Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.

f.  This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):**  All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2**.** As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).


This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VII Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to receive a Dun & Bradstreet Universal Numbering System (DUNS) number and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a DUNS requirement must be included.  See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R01AG076057. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.


This award is funded by the following list of institutes.  Any papers published under the auspices of this award must cite the funding support of all institutes.

| |
|---|
| Office Of The Director, National Institutes Of Health (OD) |
| National Institute On Aging (NIA) |

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the

most recent five-year period. The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

---

**SECTION IV – AG SPECIFIC AWARD CONDITIONS – 1R01AG076057-01**

Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

This award is funded in part by The Office of Behavioral and Social Sciences Research (OBSSR). Any papers published under the auspices of this award must cite the funding support of all institutes.

None of the funds in this award shall be used to pay the salary of an individual at a rate in excess of the current salary cap. Therefore, this award and/or future years are adjusted accordingly, if applicable. Current salary cap levels can be found at the following URL: http://grants.nih.gov/grants/policy/salcap_summary.htm.

In order to meet Institute Program objectives, direct costs awarded have been adjusted to a level determined to be compatible with the approved scope of the grant while also meeting NIA cost management objectives.

In accordance with the Notice: NOT-OD-02-017 entitled, "GRADUATE STUDENT COMPENSATION" published on December 10, 2001, in the NIH Guide for Grants and Contracts, total direct costs (salary, fringe benefits and tuition remission) for graduate students are provided at a level not to exceed the NIH maximum allowable amount (zero level of the Ruth L. Kirschstein National Research Service Award stipend in effect at the time of the competing award). Support recommended for future years has been adjusted accordingly, if applicable. The full guide Notice describing the level of compensation allowed for a graduate student can be found at: http://grants.nih.gov/grants/guide/notice-files/NOT-OD-02-017.html

This award includes funds awarded for consortium activity with **Ohio State University** in the amount of $20,645 ($13,108 direct costs + $7,537 facilities and administrative costs). Consortiums are to be established and administered as described in the NIH Grants Policy Statement (NIH GPS). The referenced section of the NIH Grants Policy Statement, 2017 is available at:
http://grants.nih.gov/grants/policy/nihgps/HTML5/section_15/15_consortium_agreements.htm

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 1R01AG076057-01

**INSTITUTION:** The University of Texas at Austin

| Budget | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| Salaries and Wages | $171,015 | $107,060 | $171,015 | $123,937 | $107,060 |
| Fringe Benefits | $52,331 | $32,760 | $52,331 | $37,925 | $32,760 |
| Personnel Costs (Subtotal) | $223,346 | $139,820 | $223,346 | $161,862 | $139,820 |
| Consultant Services | $39,360 | $39,360 | $51,660 | $39,360 | $39,360 |
| Materials & Supplies | $9,496 | | | | |
| Travel | $5,002 | $5,002 | $5,002 | $5,002 | $5,002 |
| Other | $79,954 | $19,491 | $79,954 | $19,491 | $19,491 |
| Subawards/Consortium/Contractual Costs | $20,645 | $20,645 | $20,645 | $20,645 | $20,645 |

| | | | | | |
|---|---|---|---|---|---|
| TOTAL FEDERAL DC | $377,803 | $224,318 | $380,607 | $246,360 | $224,318 |
| TOTAL FEDERAL F&A | $201,912 | $108,961 | $191,475 | $119,308 | $106,413 |
| TOTAL COST | $579,715 | $333,279 | $572,082 | $365,668 | $330,731 |

| Facilities and Administrative Costs | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| F&A Cost Rate 1 | 58.5% | 58.5% | 58.5% | 58.5% | 58.5% |
| F&A Cost Base 1 | $345,148 | $186,258 | $327,307 | $203,945 | $181,903 |
| F&A Costs 1 | $201,912 | $108,961 | $191,475 | $119,308 | $106,413 |

Version: 5 - 12/16/2021 7:39 PM | Generated on: 1/13/2022 12:06 AM

# Exhibit B

DEPARTMENT OF HEALTH & HUMAN SERVICES     Public Health Service

Grants and Contracts Management Office
National Institute on Aging
National Institutes of Health

Bethesda Place Suite 2309
7700 Wisconsin Avenue MSC 9205
Bethesda, MD  20892-9205
301-496-1472

May 11, 2022

Debra Umberson, Ph.D.
The University of Texas at Austin
Department of Sociology
305 E. 23rd Street, G1800
Austin, TX  78712

Our Reference:
1 R01 AG076057-01

Dear Dr. Umberson:

I am pleased to inform you that your recently approved application referenced above has been selected by the National Advisory Council on Aging (NACA) for the National Institutes of Health (NIH) Method to Extend Research in Time (MERIT) Award in recognition of your outstanding record of scientific achievements as a principal investigator on National Institute on Aging (NIA) research projects.  In selecting your application for the MERIT Award, the NIA is recognizing your sustained contribution to aging and your leadership and commitment to the field.  At the same time, the NIA is expressing its conviction that you will continue to make significant advances in aging research for many years to come.

The MERIT Award will provide you with an opportunity to apply for an extension of your grant for an additional 3 to 5 years past the 4 years of support that has been approved by the NACA without having to submit a traditional competing renewal application.  Instead, you will be asked at a later date to submit an abbreviated application in accordance with the enclosed guidelines to extend the MERIT Award.  These documents will be reviewed expeditiously by program staff of the NIA Extramural Program in consultation with non-Federal experts prior to presentation to the NACA for their review and approval.

Another feature of the MERIT Award is that unexpended funds in any budget period will remain available for you in the subsequent budget period, i.e., there will be automatic carryover of unexpended funds throughout the entire period of the award.

We recognize that, for reasons specific to your situation, you or your institution may not wish to accept the MERIT Award.  If, however, you wish to accept the award, please send a letter to that effect to me, countersigned by the institutional official who signed the original application with a copy of the letter to:  Lesa McQueen, Sr. Grants Management Specialist, NIA, NIH, GCMB, Bethesda Place, Suite 2309, 7700 Wisconsin Avenue MSC9205, Bethesda, Maryland 20892 as soon as possible.  If you have any questions regarding your grant, please contact Ms. Traci Lafferty at (301) 496-1472.

Page 2 – Debra Umberson, Ph.D.


On behalf of the Acting Director of the National Institutes of Health and the staff of the NIA, I congratulate you on being selected for the NIH Merit Award.


Sincerely yours,



Richard J. Hodes, M.D.
Director
National Institute on Aging


Enclosure

cc:
Angela Adair

# Exhibit C

| | |
|---|---|
| **Department of Health and Human Services** | **Notice of Award** |
| NATIONAL INSTITUTE ON AGING | FAIN# R37AG076057 |
| | **Federal Award Date** |
| | 05/06/2024 |

## Recipient Information

**1. Recipient Name**
UNIVERSITY OF TEXAS AT AUSTIN
110 INNER CAMPUS DR
AUSTIN, TX 78712

**2. Congressional District of Recipient**
37

**3. Payment System Identifier (ID)**
1746000203A4

**4. Employer Identification Number (EIN)**
746000203

**5. Data Universal Numbering System (DUNS)**
170230239

**6. Recipient's Unique Entity Identifier**
V6AFQPN18437

**7. Project Director or Principal Investigator**
DEBRA J. UMBERSON, PHD
Professor
umberson@prc.utexas.edu
512-762-0113

**8. Authorized Official**
Angela Adair

## Federal Agency Information

**9. Awarding Agency Contact Information**
Lesa McQueen

NATIONAL INSTITUTE ON AGING
lesa_mcqueen@nih.gov
301-496-1472

**10. Program Official Contact Information**
Melissa S Gerald
Health Science Administrator
NATIONAL INSTITUTE ON AGING
geraldmel@nia.nih.gov
301-402-4156

## Federal Award Information

**11. Award Number**
5R37AG076057-03

**12. Unique Federal Award Identification Number (FAIN)**
R37AG076057

**13. Statutory Authority**
42 USC 241  42 CFR 52

**14. Federal Award Project Title**
How Spouses Influence Each Other's Health in Same- and Different-Sex Marriages: A Dyadic and Longitudinal Assessment from Mid to Later Life

**15. Assistance Listing Number**
93.866

**16. Assistance Listing Program Title**
Aging Research

**17. Award Action Type**
Non-Competing Continuation (REVISED)

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---:|
| **19. Budget Period Start Date** 01/01/2024 – **End Date** 12/31/2024 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $57,207 |
|    20 a.  Direct Cost Amount | $38,059 |
|    20 b.  Indirect Cost Amount | $19,148 |
| 21. Authorized Carryover | $0 |
| **22.** Offset | $0 |
| 23. Total Amount of Federal Funds Obligated this budget period | $572,082 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $572,082 |
| -------------------------------------------------------------------------------- | |
| **26. Project Period Start Date** 01/15/2022 – **End Date** 12/31/2026 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $1,585,076 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Robin  Laney

## 30. Remarks

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Notice of Award



*METHOD TO EXTEND RESEARCH IN TIME AWARD*
Department of Health and Human Services
National Institutes of Health

NATIONAL INSTITUTE ON AGING



**SECTION I – AWARD DATA – 5R37AG076057-03 REVISED**

**Principal Investigator(s):**
DEBRA J. UMBERSON, PHD

**Award e-mailed to:** osp@austin.utexas.edu

Dear Authorized Official:

The National Institutes of Health hereby revises this award to reflect an increase in the amount of $57,207 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to The University of Texas at Austin in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241  42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute On Aging of the National Institutes of Health under Award Number R37AG076057. The content is solely the responsibility of the authors and does not necessarily represent the official views of  the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Robin  Laney
Grants Management Officer
NATIONAL INSTITUTE ON AGING

Additional information follows

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**
  **Salaries and Wages**                                                        $171,015

| | |
|---|---|
| **Fringe Benefits** | $52,331 |
| **Personnel Costs (Subtotal)** | $223,346 |
| **Consultant Services** | $51,660 |
| **Travel** | $5,002 |
| **Other** | $79,954 |
| **Subawards/Consortium/Contractual Costs** | $20,645 |

| | |
|---|---|
| **Federal Direct Costs** | $380,607 |
| **Federal F&A Costs** | $191,475 |
| **Approved Budget** | $572,082 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $572,082 |
| **TOTAL FEDERAL AWARD AMOUNT** | $572,082 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $57,207 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 3 | $572,082 | $572,082 |
| 4 | $365,668 | $365,668 |
| 5 | $330,731 | $330,731 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**Fiscal Information:**

| | |
|---|---|
| **Payment System Identifier:** | 1746000203A4 |
| **Document Number:** | RAG076057A |
| **PMS Account Type:** | P (Subaccount) |
| **Fiscal Year:** | 2024 |

| IC | CAN | 2024 | 2025 | 2026 |
|---|---|---|---|---|
| AG | 8470694 | $572,082 | $365,668 | $330,731 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**NIH Administrative Data:**
**PCC**: 2BFAMGE / **OC**: 41025 / **Released**: Laney, Robin 05/03/2024
**Award Processed:** 05/06/2024 12:04:24 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 5R37AG076057-03  REVISED**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 5R37AG076057-03  REVISED**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

    a.  The grant program legislation and program regulation cited in this Notice of Award.
    b.  Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
    c.  45 CFR Part 75.
    d.  National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
    e.  Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
    f.  This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):**  All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2**.** As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VII Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.   See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R37AG076057. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and

https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.
**Treatment of Program Income:**
Additional Costs

---

**SECTION IV – AG SPECIFIC AWARD CONDITIONS – 5R37AG076057-03  REVISED**

Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

This award is revised to restore funding to FY 2024 previously committed levels. See the full Notice of Legislative Mandates in Effect for FY 2024 at NOT-OD-24-110.

**Supersedes Notice of Award issued 12/18/2023. Previous terms and conditions apply:**

This award includes funds awarded for consortium activity with **Ohio State University.**  Consortiums are to be established and administered as described in the NIH Grants Policy Statement (NIH GPS).  The referenced section of the NIH Grants Policy Statement, 2017 is available at:
http://grants.nih.gov/grants/policy/nihgps/HTML5/section_15/15_consortium_agreements.htm.

**SPREADSHEET SUMMARY**
**AWARD NUMBER: 5R37AG076057-03 REVISED**

**INSTITUTION:** The University of Texas at Austin

| Budget | Year 3 | Year 4 | Year 5 |
|---|---|---|---|
| Salaries and Wages | $171,015 | $123,937 | $107,060 |
| Fringe Benefits | $52,331 | $37,925 | $32,760 |
| Personnel Costs (Subtotal) | $223,346 | $161,862 | $139,820 |
| Consultant Services | $51,660 | $39,360 | $39,360 |
| Travel | $5,002 | $5,002 | $5,002 |
| Other | $79,954 | $19,491 | $19,491 |
| Subawards/Consortium/Contractual Costs | $20,645 | $20,645 | $20,645 |
| TOTAL FEDERAL DC | $380,607 | $246,360 | $224,318 |
| TOTAL FEDERAL F&A | $191,475 | $119,308 | $106,413 |
| TOTAL COST | $572,082 | $365,668 | $330,731 |

| Facilities and Administrative Costs | Year 3 | Year 4 | Year 5 |
|---|---|---|---|
| F&A Cost Rate 1 | 58.5% | 58.5% | 58.5% |
| F&A Cost Base 1 | $327,307 | $203,945 | $181,903 |
| F&A Costs 1 | $191,475 | $119,308 | $106,413 |

Version: 25 - 2/16/2024 9:51 AM | Generated on: 5/6/2024 12:04 AM

# Exhibit D

**From:** Bulls, Michelle G. (NIH/OD) [E] <michelle.bulls@nih.gov>
**Sent:** Friday, March 21, 2025 11:28 AM
**To:** Frasch, Alyson <a.frasch@austin.utexas.edu>
**Subject:** Grant Termination Notification



3/21/2025

Alyson Frasch
University Of Texas At Austin
a.gonzales@austin.utexas.edu

Dear Alyson Frasch:

Effective with the date of this letter, funding for Project Number 5R37AG076057-04 is hereby terminated pursuant to the Fiscal Year 2025 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2025 Policy Statement applies to your project because NIH approved your grant on 1/1/2025, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2025 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans. Therefore, it is the policy of NIH not to prioritize such research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with

agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]


Sincerely,

Michelle G. Bulls -S

Digitally signed by Michelle G. Bulls -S

Michelle G. Bulls, on behalf of Jeni Militano (Acting), Chief Grants Management Officer, NIA Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.
[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373
[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).
[4] NIH Grants Policy Statement at IIA-1.

[5] *Id.* at IIA-155.

[6] NIH Grants Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)