IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN RIGHTS, INC. d/b/a GLMA: HEALTH PROFESSIONALS ADVANCING LGBTQ+ EQUALITY; *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> NATIONAL INSTITUTES OF HEALTH; *et al.*, <br><br> *Defendants*. | Civil Action No. 8:25-cv-01620-LKG |

### DECLARATION OF KURT M. RIBISL, Ph.D.

I, Kurt M. Ribisl, Ph.D., hereby state as follows:

1. I am over 18 years of age, of sound mind, and in all respects competent to testify.

2. I have personal knowledge of the facts set forth in this declaration and would testify competently to those facts if called to do so.

3. I am a plaintiff in this action. I am offering this declaration in my individual capacity and not on behalf of my employer.

4. I am a member of GLMA: Health Professionals Advancing LGBTQ+ Equality.

5. I am the Chair and Jo Anne Earp Distinguished Professor in the Department of Health Behavior at the Gillings School of Public Health at the University of North Carolina at Chapel Hill. I am also the Program Leader in Cancer Prevention and Control at the Lineberger Comprehensive Cancer Center at the University of North Carolina School of Medicine, one of the leading cancer centers in the country. I also served as a voting member of the congressionally mandated Tobacco Products Scientific Advisory Committee ("TPSAC") for the United States

Food and Drug Administration ("FDA") Center for Tobacco Products from 2012 to 2016. TPSAC is the external expert advisory committee established by FDA to advise the Center for Tobacco Products ("CTP") on all issues relating to tobacco products, including e-cigarettes.

6. I have over 30 years of experience in tobacco control policy research. My work focuses on evaluating and improving the reach of population-level efforts to reduce tobacco use, with a particular emphasis on policy and information technology, as well as sales and marketing of tobacco products at retail outlets and online sellers.

7. I received my Bachelor of Arts in Psychology at Wake Forest University in 1989. I went on to receive a Master of Arts in Ecological-Community Psychology from Michigan State University in 1992 and PhD in Ecological-Community Psychology from Michigan State University in 1995. I completed a Postdoctoral Fellowship in Cardiovascular Disease Epidemiology and Prevention at the Stanford Center for Research in Disease Prevention at Stanford University in 1997.

8. Over the course of my career, I have published over 250 peer-reviewed scientific articles and over 200 peer-reviewed articles focused on tobacco control. My work has been published in many leading journals such as the *American Journal of Preventive Medicine*, *American Journal of Public Health*, *Journal of the American Medical Association* (JAMA), *Nicotine and Tobacco Research*, and *Tobacco Control*, for which I also serve on the Editorial Advisory Board. My recent work includes a peer-reviewed scientific article entitled *Optimizing Messages and Images for E-Cigarette Warnings*, which aimed to develop new warning messages and images to discourage e-cigarette use. I have been recognized by Clarivate in 2019, 2020, and 2022as one of the most highly cited researchers in the world.

9. I am a contributing author to three United States Surgeon General reports focused on tobacco use, including: *Preventing Tobacco Use Among Youth and Young Adults: A Report of the Surgeon General* (2012), *E-cigarette Use Among Youth and Young Adults: A Report of the Surgeon General* (2016), and *Eliminating Tobacco-Related Disease and Death: Addressing Disparities* (2024). I am also the co-founder of *Counter Tobacco*, a point-of-sale resource (www.countertobacco.org), and of the nonprofit *Counter Tools* (www.countertools.org), which focuses on advancing place-based public health.

10. I have been qualified as an expert witness or expert consultant in litigation against cigarette manufacturers, e-cigarette companies, and websites selling tobacco products. These cases include: *State of North Carolina ex rel. Joshua H. Stein, Attorney General v. JUUL Labs, Inc.*, No. 19 CVS 2885 (Durham Cnty. Super. Ct.); *Juul Labs, Inc. Marketing, Sales Practices & Products Liability Litigation MDL No. 2913*; *Florida Office of the Attorney General v. Creative Vape Labs LLC*, No. 2020-CA-005870-0 (2020-2021); *Florida Office of the Attorney General v. Lizard Juice Inc.*, No. 20-002674-CI (2020-2021); *US Department of Justice vs. Philip Morris*, (2014-2020) and *State of Minnesota, by its Attorney General, Keith Ellison, Plaintiff, vs. JUUL LABS, INC. and Altria Group, Inc.* (Court File No.: 27-CV-19-19888; District Court, Fourth Judicial District). Over the past five years, I have provided expert testimony in *State of North Carolina ex rel. Joshua H. Stein, Attorney General v. JUUL Labs, Inc.*, No. 19 CVS 2885 (Durham Cnty. Super. Ct.), *Juul Labs, Inc. Marketing, Sales Practices & Products Liability Litigation MDL No. 2913*, and *State of Minnesota, by Its Attorney General, Keith Ellison, Plaintiff, vs. JUUL LABS, INC., and Altria Group, Inc.* (Court File No.: 27-CV-19-19888; District Court, Fourth Judicial District).

11. Over the course of my career, I have been the Principal Investigator or Multi-Principal Investigator on multiple grants from National Institutes of Health ("NIH"), Centers for

3

Disease Control and Prevention ("CDC"), and the Robert Wood Johnson Foundation totaling over $60,000,000. Since 2000, I have been the principal investigator on 14 grants related to tobacco control. I have received all but two NIH grants for which I have applied.

12.     In 2023, I received as Principal Investigator a five-year, project-based NIH U54 grant in the amount of $18,642,346 for a research project titled *Advancing Tobacco Regulatory Science to Reduce Health Disparities* (Project Number 1U54DA060049-01). A true and correct copy of the notice of award ("NOA") is attached as **Exhibit A**. This grant was a Specialized Center Cooperative Agreement comprised of four research projects and was also part of the Tobacco Center for Regulatory Science ("TCORS") program. The focus of that project is to understand the impact of regulations and communication campaigns related to tobacco products and e-cigarettes on communities disadvantaged by tobacco use disparities, including lesbian, gay, bisexual, and Black populations. Our goal for the project is to further FDA and NIH efforts to protect public health through regulation of tobacco products and to provide essential evidence to guide the FDA as it implements bans on menthol cigarettes and flavored cigars, develops communication campaigns, and addresses the youth e-cigarette and vaping epidemic.

13.     The U54 had 4 sub-projects: Project 1, *Advancing Communication Science to Reduce Disparities in Young Adult Cigar Use*, Project 2, *Amplifying the menthol cigarette ban's impact in priority populations with a quit smoking campaign*, co-led Dr. Noel T. Brewer, Project 3 "*Modeling the public health impact of a flavored cigar ban*, co-led by Dr. Kristen Hassmiller, and Project 4 "*Understanding the Impact of Vaping Prevention Ads on Adolescents and Young Adults*" co-led by Dr. Seth M. Noar.

14.     On March 21, 2025, NIH sent a letter to the University of North Carolina at Chapel Hill stating that it had terminated the funding for the grant. A true and correct copy of the

4

termination letter is attached as **Exhibit B**. The letter did not state that I had failed to comply with any terms of my award. Nor did the letter provide any evidence- or data-based reasons for the termination. Rather, it stated "[t]his award no longer effectuates agency priorities." The NIH's termination letter asserted that "[r]esearch programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans" The letter did not explain how research on the impact of regulations and communication campaigns related to tobacco products and e-cigarettes on communities disadvantaged by tobacco use is "based on . . . amorphous equity objectives," constitutes "illegal discrimination," or why it fails to enhance health, lengthen life, or reduce illness. On the contrary, enhancing health, lengthening life, and reducing illness is precisely what this research is aimed at accomplishing.

15. The termination letter stated that the termination could be appealed within 30 days of receipt. The University of North Carolina at Chapel Hill did not appeal the termination.

16. Prior to March 2025, NIH had never terminated a grant that supported my research.

17. The career impact of the termination will be significant. I invested substantial time in the preliminary stages of this project including writing the grant and securing a large team of scientists to work on the project. I typically participate in at least a dozen studies leading to publications as part of a large center grant like this U54 grant, and not having these studies will tremendously stifle my ability to publish additional work.

5

18. I am also required to have current NIH funding to be eligible to continue my position as the Co-Leader of the Cancer Prevention and Control Program at the Lineberger Comprehensive Cancer Center. If the University of North Carolina TCORS is not restored or I do not secure a new NIH grant, I will lose my leadership position at the Cancer Center.

19. This funding loss has also impacted me financially as I am required to cover part of my salary through external funding, causing me to lose more than $240,000 in salary support throughout the remaining term of the grant.

20. I am concerned that this termination will harm my ability to secure future funding from NIH. The research that would have been conducted from this grant would have helped to provide preliminary studies to inform the basis for subsequent grant applications. Since this grant was terminated prematurely, my research staff has been decimated, which will hamper my ability to apply for additional grants.

21. This termination has created problems for students who were planning on conducting their dissertation research on the University of North Carolina TCORS grant, caused postdoctoral fellows to lose funding, which required them to leave the University for a postdoctoral fellowship at another institution, and Project managers lost all or part of their salary coverage. Moreover, the lost salary coverage in the Health Behavior department at Gillings was over $600,00 for fiscal year 2026, creating a deficit and planned layoffs and/or FTE reductions.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: May 26, 2025

_____
Dr. Kurt M. Ribisl

# Exhibit A

**Department of Health and Human Services**
National Institutes of Health
NATIONAL INSTITUTE ON DRUG ABUSE

**Notice of Award**
FAIN# U54DA060049
Federal Award Date
09/25/2023

## Recipient Information

1. **Recipient Name**
   UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL
   104 AIRPORT DR STE 2200
   CHAPEL HILL, NC 27599

2. **Congressional District of Recipient**
   04

3. **Payment System Identifier (ID)**
   1566001393A1

4. **Employer Identification Number (EIN)**
   566001393

5. **Data Universal Numbering System (DUNS)**
   608195277

6. **Recipient's Unique Entity Identifier**
   D3LHU66KBLD5

7. **Project Director or Principal Investigator**
   KURT M. RIBISL, PHD
   Professor
   kurt_ribisl@unc.edu
   919-843-8042

8. **Authorized Official**
   Penny Gordon-Larsen
   SponsoredPrograms@unc.edu
   919-966-3411

## Federal Agency Information

9. **Awarding Agency Contact Information**
   Amy M Bucheimer

   NATIONAL INSTITUTE ON DRUG ABUSE
   bucheimera@mail.nih.gov
   301-827-6694

10. **Program Official Contact Information**
    ALEXA RUTH Romberg

    NATIONAL INSTITUTE ON DRUG ABUSE
    alexa.romberg@nih.gov
    301-435-0264

## Federal Award Information

11. **Award Number**
    1U54DA060049-01

12. **Unique Federal Award Identification Number (FAIN)**
    U54DA060049

13. **Statutory Authority**
    42 USC 241  31 USC 6305  42 CFR 52

14. **Federal Award Project Title**
    Advancing Tobacco Regulatory Science to Reduce Health Disparities

15. **Assistance Listing Number**
    93.077

16. **Assistance Listing Program Title**
    Family Smoking Prevention and Tobacco Control Act Regulatory Research

17. **Award Action Type**
    New Competing

18. **Is the Award R&D?**
    Yes

### Summary Federal Award Financial Information

| | |
|---|---|
| 19. **Budget Period Start Date** 09/30/2023 – **End Date** 08/31/2024 | |
| 20. **Total Amount of Federal Funds Obligated by this Action** | $3,920,034 |
|     20 a. Direct Cost Amount | $2,551,557 |
|     20 b. Indirect Cost Amount | $1,368,477 |
| 21. Authorized Carryover | |
| 22. Offset | |
| 23. Total Amount of Federal Funds Obligated this budget period | $3,920,034 |
| 24. Total Approved Cost Sharing or Matching, where applicable | $0 |
| 25. **Total Federal and Non-Federal Approved this Budget Period** | $3,920,034 |
| 26. **Project Period Start Date** 09/30/2023 – **End Date** 08/31/2028 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $3,920,034 |

28. **Authorized Treatment of Program Income**
    Additional Costs

29. **Grants Management Officer - Signature**
    Carol Alderson

30. **Remarks**

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Notice of Award



*SPECIALIZED CENTER COOPERATIVE AGREEMENTS*
Department of Health and Human Services
National Institutes of Health



NATIONAL INSTITUTE ON DRUG ABUSE

### SECTION I – AWARD DATA – 1U54DA060049-01

**Principal Investigator(s):**
KURT M. RIBISL, PHD

**Award e-mailed to:** SponsoredPrograms@unc.edu

Dear Authorized Official:

The National Institutes of Health hereby awards a grant in the amount of $3,920,034 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to UNIV OF NORTH CAROLINA CHAPEL HILL in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241  31 USC 6305  42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute On Drug Abuse of the National Institutes of Health under Award Number U54DA060049. The content is solely the responsibility of the authors and does not necessarily represent the official views of   the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Carol  Alderson
Grants Management Officer
NATIONAL INSTITUTE ON DRUG ABUSE

Additional information follows

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---:|
| Salaries and Wages | $1,604,415 |
| Fringe Benefits | $438,848 |
| **Personnel Costs (Subtotal)** | **$2,043,263** |
| Consultant Services | $37,000 |
| Materials & Supplies | $41,046 |
| Travel | $81,550 |
| Other | $173,992 |
| Subawards/Consortium/Contractual Costs | $89,719 |
| Publication Costs | $11,000 |
| ADP/Computer Services | $3,085 |
| Tuition Remission | $70,902 |
| | |
| **Federal Direct Costs** | **$2,551,557** |
| **Federal F&A Costs** | **$1,368,477** |
| **Approved Budget** | **$3,920,034** |
| **Total Amount of Federal Funds Authorized (Federal Share)** | **$3,920,034** |
| **TOTAL FEDERAL AWARD AMOUNT** | **$3,920,034** |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | **$3,920,034** |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---:|---:|
| YR | THIS AWARD | CUMULATIVE TOTALS |
| 1 | $3,920,034 | $3,920,034 |
| 2 | $3,855,746 | $3,855,746 |
| 3 | $3,755,600 | $3,755,600 |
| 4 | $3,600,726 | $3,600,726 |
| 5 | $3,510,240 | $3,510,240 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**Fiscal Information:**
**Payment System Identifier:**   1566001393A1
**Document Number:**   UDA060049A
**PMS Account Type:**   P (Subaccount)
**Fiscal Year:**   2023

| IC | CAN | 2023 | 2024 | 2025 | 2026 | 2027 |
|---|---|---|---|---|---|---|
| OD | 8060605 | $3,920,034 | $3,855,746 | $3,755,600 | $3,600,726 | $3,510,240 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**NIH Administrative Data:**
**PCC**: CV/ARR / **OC**: 41026 / **Released**: Alderson, Carol 09/10/2023
**Award Processed:** 09/25/2023 12:01:54 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 1U54DA060049-01**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm

**SECTION III – STANDARD TERMS AND CONDITIONS – 1U54DA060049-01**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

  a.  The grant program legislation and program regulation cited in this Notice of Award.
  b.  Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
  c.  45 CFR Part 75.
  d.  National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
  e.  Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
  f.  This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):** All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2**.** As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VII Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

Carry over of an unobligated balance into the next budget period requires Grants Management Officer prior approval.

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.   See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) U54DA060049. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

This award provides support for one or more clinical trials. By law (Title VIII, Section 801 of Public Law 110-85), the "responsible party" must register "applicable clinical trials" on the ClinicalTrials.gov Protocol Registration System Information Website. NIH encourages registration of all trials whether required under the law or not. For more information, see http://grants.nih.gov/ClinicalTrials_fdaaa/

This award is funded by the following list of institutes.  Any papers published under the auspices of this award must cite the funding support of all institutes.

| |
|---|
| Office Of The Director, National Institutes Of Health (OD) |

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

---

**SECTION IV –  DA SPECIFIC AWARD CONDITIONS – 1U54DA060049-01**

Clinical Trial Indicator: Yes
This award supports one or more NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

**This award contains grant-specific restrictions. These restrictions may only be lifted by a revised Notice of Award (NoA).**

**Restricted Carryover**
This grant is excluded from Streamlined Noncompeting Award Procedures (SNAP). Carryover of an unobligated balance into the next budget period requires FDA and NIDA approval. The annual RPPR is due 60 days before the beginning date of the next budget period. The annual FFR is due 90 days after the end of the calendar quarter in which the budget period ends. Please see the following link for information regarding the RPPR, and related resources, definitions, etc.:
https://grants.nih.gov/grants/rppr/index.htm

**PRIOR APPROVAL OF PILOT PROJECTS** All proposed pilot projects must be approved for responsiveness to FDA CTP regulatory authorities by NIH and FDA prior to implementation and any expenditure of funds. Refer to Section VI. Award Administration Information, 1. Award Notices of RFA-OD-17-006 for information on how to request prior approval of pilot projects.

**REMINDER FOR PILOT PROJECTS INVOLVING HUMAN OR ANIMAL SUBJECTS** Under governing regulations, grant funds shall not be expended for research projects or activity involving human subjects or animals without the approval of the Institutional Review Board (IRB) or Institutional Animal Care and Use Committee (IACUC) in accordance with the approved Assurance on file with the Office of Human Research Protection (OHRP) or the Office of Laboratory Animal Welfare (OLAW), respectively.  IT IS THE INSTITUTION'S RESPONSIBILITY TO ENSURE THAT ALL RESEARCH INVOLVING HUMAN SUBJECTS OR ANIMAL SUBJECTS HAVE IRB OR IACUC APPROVAL, OR NOTICE OF EXEMPTION, IN ACCORDANCE WITH THE APPROVED ASSURANCE ON FILE WITH OHRP OR OLAW.

In addition, all research that involve human subjects and meet the definition of an NIH Clinical Trial, must obtain PO approval of a co-signed Data and Safety Monitoring (DSM) plan for any new clinical trial that is to be conducted under this grant (e.g. treatment or intervention research in humans including feasibility trials or patient focus groups.).

**REMINDER FOR ADDITION OF FOREIGN INVOLVEMENT** No funds may be provided for projects involving foreign sites unless specifically indicated on a revised Notice of Award. This includes pilot and rapid response projects that have foreign involvement.  If pilot or rapid response core studies involve international studies, prior approval must be received by NIH Institute Program and Grants Management Staff.

**REMINDER**: In accordance with the limitations detailed in NOT-OD-23-072: Notice of Legislative Mandates in Effect for FY 2023 (nih.gov), https://grants.nih.gov/grants/guide/notice-files/NOT-OD-23-072.html, syringes are not an allowable charge to NIH grants.

**FDA AWARD REQUIREMENTS**
**Use and Reporting of TRSP Funds**
The funds for this award come from the Family Smoking Prevention and Tobacco Control Act (Public Law 111-31).  As such, this award is subject to special terms and conditions unique to these awards.

CTP funds can only be used for CTP-approved research activities that fall within CTP's regulatory authority. Non-CTP funds (e.g., NIH, institutional, or other funds) cannot be used in conjunction with CTP funds to support work on a CTP-approved project/aim. However, non-CTP funds for additional work not commissioned by CTP can be used, as long as the funds are kept separate from CTP funds and tracked separately from CTP funds.

All participants at TRSP grantee meetings will be required to sign a non-disclosure agreement of non-public information presented and discussed. Additionally, all participants will be required to provide financial disclosure that will be included in participant information.

**Publications**

For each publication that results from research supported under this award, the grantee must include an acknowledgement of FDA and NIH grant support and a disclaimer stating the following: "Research reported in this publication was supported by NIDA and FDA Center for Tobacco Products (CTP). The content is solely the responsibility of the authors and does not necessarily represent the official views of the NIH or the Food and Drug Administration." Additionally, prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

**Mid-Period Progress Reports**
A Mid-Period Progress Report will be due every six (6) months following the project start date, as well as the annual progress report. Electronic copies should be sent to the Grants Management Specialist on the Notice of Grant Award. The Mid-Period Progress Report will use the Non-Competing Continuation Progress Report; PHS 2590 form The Mid-Period Progress Report should include: Form Page 1, Form Page 1-Continuation, Project/Performance Site Format Page - use only if additional space is needed; Form Page 5: Progress Report Summary, and Continuation Page as needed. The scientific summary should be a maximum of two (2) pages. Awards deemed out of scope (i.e., straying from original aims responsive to FDA's regulatory authority) upon review of mid-period or annual reports will be terminated.

**Public Availability of Data**
The research findings generated from this NOFO may be used to provide scientific evidence informing the regulation of the manufacture, distribution, and marketing of tobacco products to protect public health. If the research data are cited publicly in support of regulation, institutions of higher education, hospitals, and other non-profit organizations are subject to the Freedom of Information Act (FOIA) as outlined in 2 CFR Part 200 and section 2.3.11.2.3 Access to Research Data of the NIH Grants Policy Statement.

**NIH Salary Cap**
None of the funds in this award shall be used to pay the salary of an individual at a rate in excess of the current salary cap. Therefore, this award and/or future years are adjusted accordingly, if applicable. Current salary cap levels can be found at the following: http://grants2.nih.gov/grants/policy/salcap_summary.htm.

**COOPERATIVE AGREEMENT**
This award is issued as a Cooperative Agreement, a financial assistance mechanism in which substantial NIH scientific and/or programmatic involvement is anticipated in the performance of the activity. This award is subject to the Cooperative Agreement Terms and Conditions of Award as set forth in RFA-OD-22-004, entitled "Tobacco Centers of Regulatory Science (TCORS) for Research Relevant to the Family Smoking Prevention and Tobacco Control Act (U54 Clinical Trial Optional)," posted on March 8, 2022 which are incorporated by reference as special terms and conditions of this award.

This RFA may be accessed at RFA-OD-22-004

The NIH Project Scientist for this Cooperative Agreement is: MeLisa Creamer PhD
Email: melisa.creamer@nih.gov
Phone: 301-402-1933

**FY2023 FUNDING**
The award amount for the current year is based upon IRG/Council recommendations, cost analysis, program priorities and availability of funds.

**DATA AND SAFETY MONITORING PLAN**
This award is subject to the Data and Safety Monitoring Plan (DSMP) submitted electronically and approved by NIDA. Any changes in the DSMP must be reviewed and approved by the NIDA Program Official. If changes are approved, the approval will be reflected on the Notice of Award (NoA) via revision. If changes are not approved, the Principal Investigator must revise the DSMP to the satisfaction of the NIDA Program Official. The Principal Investigator must provide a DSMP for any new trial that is to be conducted under this grant.

**BUDGET PERIOD**
Future year anniversary dates for this grant will be September 1 and the Research Performance Progress Report (RPPR) is due on July 1.

**GRADUATE STUDENT CAP**
The maximum amount NIH will award for the support of a graduate student on a research grant or a cooperative agreement is tied to the National Research Service Award (NRSA) zero-level stipend in effect at the time the grant award is issued on the Federal award date.  The schedule for NRSA stipends can be found at  http://grants.nih.gov/training/nrsa.htm.  Consistent with cost principles for Institutions of Higher Education (IHEs) described in 45 CFR 75.431 and 45 CFR 75.466, the compensation of graduate students supported by research grants must be reasonable.  These operating principles associated with the compensation of students performing necessary work on NIH funded research projects are described in detail in the *NIH Grants Policy Statement* at  http://grants.nih.gov/policy/nihgps/index.htm.  The amount provided for compensation includes salary or wages, fringe benefits, and tuition remission.

**NIDA TERMS**
In conjunction with the Acknowledgment of Federal Funding Requirement (as specified in the NIH Grants Policy Statement, Appropriation Mandates http://grants.nih.gov/policy/nihgps/index.htm), in order to most effectively disseminate research results, advance notice should be given to NIDA that research findings are about to be published so that we may coordinate accurate and timely release to the media. This information will be embargoed until the publication date. Please see the NIDA Special Considerations Page for guidance on coordination with the NIDA Press Office at https://www.drugabuse.gov/funding/special-considerations-for-nida-funding, or contact the NIDA Press Office at media@nida.nih.gov.

Please see Special Considerations for NIDA Funding Opportunities and Awards at https://www.drugabuse.gov/funding/special-considerations-for-nida-funding.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 1U54DA060049-01

**INSTITUTION:** UNIV OF NORTH CAROLINA CHAPEL HILL

| Budget | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
| --- | --- | --- | --- | --- | --- |
| Salaries and Wages | $1,604,415 | $1,535,187 | $1,447,276 | $1,423,820 | $1,419,310 |
| Fringe Benefits | $438,848 | $449,360 | $423,712 | $414,555 | $391,079 |
| Personnel Costs (Subtotal) | $2,043,263 | $1,984,547 | $1,870,988 | $1,838,375 | $1,810,389 |
| Consultant Services | $37,000 | $45,000 | $36,500 | $23,000 | $37,000 |
| Equipment | | | $12,150 | | |
| Materials & Supplies | $41,046 | $10,604 | $26,502 | $14,089 | $9,839 |
| Travel | $81,550 | $72,700 | $68,700 | $72,700 | $72,700 |
| Other | $173,992 | $252,893 | $171,745 | $83,102 | $50,555 |
| Subawards/Consortium/Contractual Costs | $89,719 | $94,720 | $246,614 | $363,266 | $351,047 |
| Publication Costs | $11,000 | $13,500 | $20,500 | $20,500 | $24,500 |
| ADP/Computer Services | $3,085 | $3,085 | $3,085 | $3,085 | $3,085 |
| Equipment or Facility Rental/User Fees | | | $7,200 | $3,600 | |
| Tuition Remission | $70,902 | $56,387 | $39,969 | $36,569 | $36,647 |
| TOTAL FEDERAL DC | $2,551,557 | $2,533,436 | $2,503,953 | $2,458,286 | $2,395,762 |
| TOTAL FEDERAL F&A | $1,368,477 | $1,322,310 | $1,251,647 | $1,142,440 | $1,114,478 |
| TOTAL COST | $3,920,034 | $3,855,746 | $3,755,600 | $3,600,726 | $3,510,240 |

| Facilities and Administrative Costs | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| F&A Cost Rate 1 | 55.5% | 55.5% | 55.5% | 55.5% | 55.5% |
| F&A Cost Base 1 | $2,465,725 | $2,382,540 | $2,255,220 | $2,058,451 | $2,008,068 |
| F&A Costs 1 | $1,368,477 | $1,322,310 | $1,251,647 | $1,142,440 | $1,114,478 |

# Exhibit B

Tuesday, March 25, 2025 at 16:57:28 Eastern Daylight Time

| | |
|---|---|
| **Subject:** | Grant Termination Notification |
| **Date:** | Friday, March 21, 2025 at 12:29:49 PM Eastern Daylight Time |
| **From:** | Bulls, Michelle G. (NIH/OD) [E] |
| **To:** | sponsoredprograms@unc.edu |
| **Attachments:** | image001.jpg, image002.png |

You don't often get email from michelle.bulls@nih.gov. Learn why this is important




3/21/2025

R. David Paul
Univ Of North Carolina Chapel Hill
sponsoredprograms@unc.edu

Dear R. David Paul:

Effective with the date of this letter, funding for Project Number 5U54DA060049-02 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 9/1/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]," According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness.  Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of

Americans. Therefore, it is the policy of NIH not to prioritize such research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov*.[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

Sincerely,

Michelle G. Bulls -S   Digitally signed by Michelle G. Bulls -S

Michelle G. Bulls, on behalf of Pamela Fleming, Chief Grants Management Officer, NIDA
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.
[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373

[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).

[4] NIH Grants Policy Statement at IIA-1.

[5] *Id.* at IIA-155.

[6] NIH Grants Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)