## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN RIGHTS, INC. d/b/a GLMA: HEALTH PROFESSIONALS ADVANCING LGBTQ+ EQUALITY; *et al*., <br><br> *Plaintiffs*, <br><br> v. <br><br> NATIONAL INSTITUTES OF HEALTH; *et al*., <br><br> *Defendants*. | Civil Action No. 8:25-cv-01620-LKG |

### DECLARATION OF LAURA GRAHAM HOLMES, Ph.D

I, Dr. Laura Graham Holmes, hereby state as follows:

1.  I am over 18 years of age, of sound mind, and in all respects competent to testify.

2.  I have personal knowledge of the facts set forth in this declaration and would testify competently to those facts if called to do so.

3.  I am a plaintiff in this action. I am offering this declaration in my individual capacity and not on behalf of my employer.

4.  I am a member of GLMA: Health Professionals Advancing LGBTQ+ Equality

5.  I am an assistant professor at the Silberman School of Social Work at Hunter College at the City University of New York (CUNY).  I hold a B.A. in psychology from Florida State University and an M.S. and Ph.D. in Clinical Psychology from the University of Utah. I completed a clinical pre-doctoral internship on the autism spectrum disorders track at Children's Hospital of Philadelphia, serving as a fellow in the interdisciplinary Leadership in Neurodevelopmental Disabilities (LEND) program. I then completed a postdoctoral fellowship at

1

the Children's Hospital of Philadelphia Center for Autism Research, followed by a postdoctoral position at the A. J. Drexel Autism Institute in the Life Course Outcomes Research Program and a postdoctoral research fellowship at Boston University School of Public Health. I began my tenure-track faculty appointment at Hunter College in January 2021, building a robust platform of teaching, scholarship, and service. To date, I have published 40 manuscripts, have been cited almost 1,000 times, and have translated findings into four interventions, with more planned.

6.    My research focuses on developing psychosocial interventions to improve mental health and quality of life for autistic adults. These interventions address foundational aspects of physical and mental health that are often overlooked for this population, such as substance use disorders, LGBTQ health, and chronic pain, for a population that experiences higher rates of mental health conditions. This is particularly the case for those identifying as sexual or gender minorities (i.e., lesbian, gay, bisexual, transgender, or gender non-conforming). Autistic sexual and gender minority individuals face higher risks of conditions like depression, anxiety, and suicide attempts compared to autistic cisgender heterosexual people, and report more unmet mental health needs. Particularly with demand for adult services for autistic people growing, there is an urgent need to create evidence-based interventions to improve mental health among autistic sexual and gender minority adults.

7.    In July of 2024, the National Institutes of Health ("NIH") awarded me a project grant K23MH137389, in the amount of $211,103 per year for four years, to fund my project, "ALIVE: Development and feasibility of a psychosocial intervention for sexual and gender minority autistic adults."  The funding institute within NIH was the National Institute of Mental Health (NIMH). This mentored 4-year award was intended to support me as I gained new skills in community-engaged intervention development for marginalized populations, clinical trial design

and implementation science, and developing ethical data and safety monitoring plans for groups at heightened risk for suicide. I planned to collaborate with a group of sexual and gender minority autistic people to develop and test an affirming psychosocial intervention for these populations. The intervention was intended to adapt evidence-based principles for addressing minority stress among sexual and gender minorities using my co-designed, co-facilitated, online group psychoeducation intervention approach.

8.      A true and correct copy of the notice of award ("NOA") for the grant is attached hereto as **Exhibit A**.

9.      This Career Development Award was the first NIH grant I applied for as a Principal Investigator. I have previously applied for two NIH grants as a Co-Investigator, with one funded grant focused on improving pregnancy outcomes among women with intellectual and developmental disabilities enrolled in Medicaid.

10.     The planning and development period for this Career Development Award began when I completed my graduate training in 2018. I regularly attended Career Development Award and grant writing workshops at each of my institutions and was chosen to attend a week-long NIH early career development workshop on the topic to enhance my odds of success. A Career Development Award requires both a rigorous research project that aligns with NIH priorities and a comprehensive and cohesive training plan. The training plan involves the combined, complementary expertise of a mentorship team composed of senior scholars who so believe in the merit of both the project and the candidate that they agree to serve as a mentor despite receiving no financial benefit for doing so. Writing this proposal took over a year, with six months of intensive writing that involved early mornings and late nights after my children went to bed. The time I spent developing and writing this proposal was time that I did not spend on developing and

writing other proposals or other manuscripts needed to gain tenure. Fewer than 25% of NIH Career Development applications are funded, usually after multiple rounds of revisions. My Career Development Award was funded on the first submission. This illustrates that the scientists who reviewed my grant—experts in mental health—found that the population need was significant, the project innovative, and the science rigorous.

11.     Career Development Awards cover 75% of a researcher's time, allowing me to pursue a carefully constructed professional development training plan throughout the four-year period, including meeting regularly with a group of eight pre-eminent mentors. These professional development experiences were to include development of syllabi on relevant topics, brief and semester-long courses (e.g., on stigma, longitudinal methods, clinical trial design, and research ethics), attending and presenting at conferences, participating in NIH workshops, and other activities that would have left me well-poised to become an independent investigator. The final year of a Career Development Award includes allocated time, training, and mentorship to write a successful NIH R-series proposal, allowing the trainee to transition to an independent investigator. NIMH R-series awards are highly competitive, with less than 20% of proposals being funded in 2024. Additionally, some funding from the award was allotted toward hiring a research assistant or postdoctoral fellow, providing me with critical mentorship experiences needed to advance my career.

12.     After I received the grant, I hired a research assistant, who took a leave of absence from her graduate program to work with me on this project. I also extended an offer for a postdoctoral position to a graduate student, who turned down other offers to accept my offer and start work with me in Fall of 2025 for a 1-2 year fellowship. I convened a group of autistic sexual and gender minority collaborators who would shape this project for four years; developing these

strong collaborative community relationships can enhance the odds of success for future funding proposals and their potential impact and significance. My research assistant and I planned the full project timeline, developed an institutional review board proposal, and had begun the first phase of the project—interviewing autistic sexual and gender minority adults about aspects of the workshop. I met with my mentors and completed training goals as expected, including attending a Harvard workshop on transgender health.

13.    On March 18, 2025, I received a letter from NIH stating that it had terminated my funding.  The letter did not state that I had failed to comply with any terms of my award.  Rather, it stated that "[t]his award no longer effectuates agency priorities." It further asserted that "[r]esearch programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans." The letter did not explain how my research into psychosocial interventions to support autistic adults' mental health was unscientific or failed to advance health.

14.    A true and correct copy of the termination notice is attached hereto as **Exhibit B**.

15.    Prior to March 2025, neither NIH nor any other funding agency had terminated a grant that supported my research.

16.    I do not understand why this grant was terminated given the work I did to ensure the research aligned with the goals of the NIMH. For example, one of the goals set in the NIMH's current Strategic Plan adopted in 2020, is to "Examine Mental Illness Trajectories Across the Lifespan."[1] This goal includes the "need to identify clinically useful biomarkers, behavioral indicators, and measures of social-environmental exposures with high predictive value to guide the use of preventive interventions across diverse populations, environments, and developmental

---

[1] The NIMH Strategic Plan, as adopted in 2020 and modified in May 2025, is available at: https://www.nimh.nih.gov/about/strategic-planning-reports.

and aging processes," as well as attaining a "greater understanding" of mental illness by examining

exposures such "social factors such as violence, discrimination, or harassment."[2]

17.     , and I have no idea how to address any agency concerns or recharacterize or revise

my project in a way that would achieve its goals and complies with agency priorities that exclude

transgender people and the intersectional health needs of LGBTQ+ people.

18.     The termination letter I received stated I ccould appeal the decision within 30 days

of receiving the termination notice but stated that "no modification of the project could align the

project with agency priorities."

19.     An appeal for the termination of my grant has been submitted. I do not know

whether it has any chance of success, given the following language across the termination notices

I received: "The premise of this award is incompatible with agency priorities, and no modification

of the project could align the project with agency priorities." The letter also did not explain how a

Career Development Award meant to build capacity among the next generation of scientists to

support mental health via rigorous clinical trials with populations at heightened risk for suicide did

not advance agency priorities.

20.     Termination of this award has had significant and pervasive impacts on my life and

career. Once I received notice of my grant termination, my state of stress and extra work tasks only

escalated.  My institution has generously pledged to cover some of the costs of the award, including

my time, but that funding is tenuous and would tie me to my current institution unless I were

willing to give up on completing my project. It is common for faculty to explore job opportunities

when they are up for tenure and transfer NIH grants between institutions, but with my project

reliant on my institution's funding instead of NIH's, I cannot move for either personal or

---

[2] See https://www.nimh.nih.gov/about/strategic-planning-reports/goals/goal-2-examine-mental-illness-trajectories-across-the-lifespan.

professional reasons.

21.    Further, my institution is not covering significant portions of the project, including the payments I had planned for my autistic collaborators for the next three years. I will no longer be able to build their capacity to contribute to future research projects or develop the relationships with them that I had planned. My autistic collaborators have disabilities, and several do not have full-time jobs. The loss of this income and opportunity has affected them greatly both emotionally and financially.

22.    My institution is also not covering fees related to travel for conferences, visits to mentors' labs, or the training fees associated with courses and workshops that my grant had covered. I will not be able to develop professional expertise and leadership in the way that I had hoped due to the loss of funding, permanently harming my career and my ability to support autistic adults. Talking to autistic sexual and gender minority adults and hearing the difficulties they face has only strengthened my resolve to develop the intervention, but my ability to do so and to support my participants and the autistic community I care so much for feels uncertain despite the institutional support I have received. The stress I am experiencing from losing my grant funding has affected me both emotionally and physically, as the consequences of these cuts—impacting my study participants, and the populations our research serves—are a constant burden.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: May 26, 2025

Dr. Laura Graham Holmes

# Exhibit A

**Department of Health and Human Services**
NATIONAL INSTITUTE OF MENTAL HEALTH

**Notice of Award**
FAIN# K23MH137389

**Federal Award Date**
07/22/2024

## Recipient Information

**1. Recipient Name**
RESEARCH FOUNDATION OF THE CITY
UNIVERSITY OF NEW YORK
695 PARK AVE
NEW YORK, NY 10065

**2. Congressional District of Recipient**
12

**3. Payment System Identifier (ID)**
1131988190A1

**4. Employer Identification Number (EIN)**
131988190

**5. Data Universal Numbering System (DUNS)**
620127915

**6. Recipient's Unique Entity Identifier**
EK93EZLLBSC4

**7. Project Director or Principal Investigator**
Laura  Graham Holmes, PHD

laura.f.graham@gmail.com
850-510-2504

**8. Authorized Official**
Mr. Robert J. Buckley
rbuckley@hunter.cuny.edu
212-772-4020

## Federal Agency Information

**9. Awarding Agency Contact Information**
NICHOLAS Dunson

NATIONAL INSTITUTE OF MENTAL
HEALTH
nick.dunson@nih.gov

**10. Program Official Contact Information**
Maggie  Sweeney

NATIONAL INSTITUTE OF MENTAL
HEALTH
maggie.sweeney@nih.gov
301-480-1582

## Federal Award Information

**11. Award Number**
1K23MH137389-01

**12. Unique Federal Award Identification Number (FAIN)**
K23MH137389

**13. Statutory Authority**
42 USC 241   42 CFR 52

**14. Federal Award Project Title**
ALIVE: Development and feasibility of a psychosocial intervention for sexual and
gender minority autistic adults

**15. Assistance Listing Number**
93.242

**16. Assistance Listing Program Title**
Mental Health Research Grants

**17. Award Action Type**
New Competing

**18. Is the Award R&D?**
Yes

### Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 08/01/2024 – **End Date** 07/31/2025 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $211,103 |
| 20 a.  Direct Cost Amount | | $195,466 |
| 20 b.  Indirect Cost Amount | | $15,637 |
| **21.** Authorized Carryover | | |
| **22.** Offset | | |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $211,103 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | | $211,103 |
| **26. Project Period Start Date** 08/01/2024 – **End Date** 07/31/2028 | | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | | $211,103 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Tamara A. Kees

**30. Remarks**

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or
otherwise requested from the grant payment system.

Notice of Award



*MENTORED PATIENT-ORIENTED RESEARCH*
Department of Health and Human Services
National Institutes of Health

NATIONAL INSTITUTE OF MENTAL HEALTH



---

**SECTION I – AWARD DATA – 1K23MH137389-01**

**Principal Investigator(s):**
Laura  Graham Holmes, PHD

**Award e-mailed to:** nih@rfcuny.org

Dear Authorized Official:

The National Institutes of Health hereby awards a grant in the amount of $211,103 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to HUNTER COLLEGE in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241   42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute Of Mental Health of the National Institutes of Health under Award Number K23MH137389. The content is solely the responsibility of the authors and does not necessarily represent the official views of   the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Tamara A. Kees
Grants Management Officer
NATIONAL INSTITUTE OF MENTAL HEALTH

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**
**Salaries and Wages**                                                              $99,532

Version: 25 - 2/15/2024 9:51 AM | Generated on: 7/22/2024 7:17 AM

| | |
|---|---:|
| **Fringe Benefits** | $45,934 |
| **Personnel Costs (Subtotal)** | $145,466 |
| **Other** | $50,000 |
| | |
| **Federal Direct Costs** | $195,466 |
| **Federal F&A Costs** | $15,637 |
| **Approved Budget** | $211,103 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $211,103 |
| **TOTAL FEDERAL AWARD AMOUNT** | $211,103 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $211,103 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 1 | $211,103 | $211,103 |
| 2 | $211,103 | $211,103 |
| 3 | $211,103 | $211,103 |
| 4 | $211,102 | $211,102 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**Fiscal Information:**

| | |
|---|---|
| **Payment System Identifier:** | 1131988190A1 |
| **Document Number:** | KMH137389A |
| **PMS Account Type:** | P (Subaccount) |
| **Fiscal Year:** | 2024 |

| IC | CAN | 2024 | 2025 | 2026 | 2027 |
|---|---|---|---|---|---|
| MH | 8472598 | $211,103 | $211,103 | $211,103 | $211,102 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**NIH Administrative Data:**
**PCC**: 8K-RTTTA / **OC**: 41033 / **Released**: 07/15/2024
**Award Processed:** 07/22/2024 07:17:55 AM

**SECTION II – PAYMENT/HOTLINE INFORMATION – 1K23MH137389-01**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm

**SECTION III – STANDARD TERMS AND CONDITIONS – 1K23MH137389-01**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

a.  The grant program legislation and program regulation cited in this Notice of Award.
b.  Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
c.  45 CFR Part 75.
d.  National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
e.  Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
f.  This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):** All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor

should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.   See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) K23MH137389. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

This award provides support for one or more clinical trials. By law (Title VIII, Section 801 of Public Law 110-85), the "responsible party" must register "applicable clinical trials" on the ClinicalTrials.gov Protocol Registration System Information Website. NIH encourages registration of all trials whether required under the law or not. For more information, see http://grants.nih.gov/ClinicalTrials_fdaaa/

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

---

**SECTION IV –  MH SPECIFIC AWARD CONDITIONS – 1K23MH137389-01**

Clinical Trial Indicator: Yes
This award supports one or more NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

<u>RESTRICTION - HUMAN SUBJECTS:</u>
This award is issued subject to the following special condition:

NOTICE: Under governing regulations, Federal funds administered by the Department of Health and Human Services shall not be expended for and individuals shall not be enrolled in research unless the institution has an approved Assurance of Compliance with 45 CFR 46 on file in the Office for Human Research Protections (OHRP) and the project has been reviewed and approved by the Institutional Review Board (IRB) in accordance with the requirements in 45 CFR 46.

The present award is being made without currently valid certification of IRB approval for the activities proposed with the following restriction: Only activities which do not directly involve human subjects (i.e., are clearly severable and independent from those activities that do involve human subjects) may be conducted pending acceptance by the National Institute of Mental Health (NIMH) of certification of IRB approval. The certification of IRB approval must be received no later than October 10, 2024, via email attachment to: nick.dunson@nih.gov.

Failure to comply can result in suspension and/or termination of this award or withholding of support of the continuation award. No funds may be drawn down from the Payment Management System and no obligations may be made against Federal funds for any research involving human subjects in this project until NIMH has accepted the certification of IRB.

Please note that this restriction remains in effect until the Notice of Grant Award has been revised to remove this restriction.

<u>AWARD NOTICE:</u>
This award has been made in response to the application submitted under the Notice of Funding Opportunity Announcement PA-20-206 which can be referenced at: grants.nih.gov/grants/guide/pa-files/PA-20-206.html

<u>PARTICIPANT RECRUITMENT - MILESTONES:</u>
Future NIMH support for this study is contingent upon adequate participant recruitment based on projected milestones as approved in the Recruitment Milestone Reporting system (RMR) on 06/26/2024. It is expected that 0 of the 52 total projected participants will be recruited by April 1, 2025. This tri-yearly recruitment report should be submitted electronically to NIMH after each milestone period of April 1, August 1 and December 1 at: http://wwwapps.nimh.nih.gov/rmr/displayHome.action. In the event that actual

Version: 25 - 2/15/2024 9:51 AM | Generated on: 7/22/2024 7:17 AM

recruitment falls significantly below projected milestones, NIMH may consider withholding future support and/or negotiating an orderly phase-out of this study. Information regarding the NIMH Policy for the Recruitment of Participants in Clinical Research is available at: https://grants.nih.gov/grants/guide/notice-files/NOT-MH-19-027.html.

HUMAN SUBJECTS RESEARCH:
This award includes human subject research studies and must conform to the DHHS policies for the Protection of Human Subjects research, which are a term and condition of award. Human subjects research is covered by the 2018 Common Rule, and may not be initiated until the associated protocols have received IRB approval as specified in 45 CFR 46. Failure to comply with the terms and conditions of award may result in the disallowance of costs and collected data and/or additional enforcement actions as outlined in Section 8.5 of the NIH Grants Policy Statement.

GCP TRAINING:
NIH expects that all NIH-funded investigators and staff who are involved in the conduct, oversight, or management of clinical trials should be trained in Good Clinical Practice (GCP), consistent with principles of the International Conference on Harmonization (ICH) as stated in NOT-OD-16-148.

CLINICAL TRIAL DISSEMINATION PLAN:
The clinical trial(s) supported by this award is subject to the plan within the competing application dated 10/12/2023 submitted to NIH and the NIH policy on Dissemination of NIH-Funded Clinical Trial Information. It's required that the clinical trial(s) funded by this award will be registered in ClinicalTrials.gov not later than 21 calendar days after enrollment of the first participant and primary summary results reported in ClinicalTrials.gov, not later than one year after the completion date. The reporting of summary results is required by this term of award even if the primary completion date occurs after the period of performance.

CLINICAL TRIAL REQUIREMENTS:
This award is subject to additional certification requirements with each submission of the Annual, Interim, and Final Research Performance Progress Report (RPPR). The recipient must agree to the following annual certification when submitting each RPPR. By submitting the RPPR, the AOR signifies compliance, as follows:
In submitting this RPPR, the SO (or PD/PI with delegated authority), certifies to the best of his/her knowledge that, for all clinical trials funded under this NIH award, the recipient and all investigators conducting NIH-funded clinical trials are in compliance with the recipient's plan addressing compliance with the NIH Policy on Dissemination of NIH-Funded Clinical Trial Information. Any clinical trial funded in whole or in part under this award has been registered in ClinicalTrials.gov or will be registered not later than 21 calendar days after enrollment of the first participant. Summary results have been submitted to ClinicalTrials.gov or will be submitted not later than one year after the completion date, even if the completion date occurs after the period of performance.

DATA AND SAFETY MONITORING:
This grant is subject to the clinical research policies outlined in NOT-MH-19-027. The recipient will adhere to the NIH (NIH GPS 4.1.15) and NIMH policies (NOT-MH-19-027) including appropriately providing adequate data and safety monitoring and timely reporting of key events as defined in the NIMH Reportable Events Policy. The level and frequency of human subject data and safety monitoring should always be commensurate with the risk and nature of the research.

Each RPPR submitted is expected to include, in Section G.1 SPECIAL NOTICE OF AWARD TERMS AND FUNDING OPPORTUNITIES ANNOUNCEMENT REPORTING REQUIREMENTS, a summary of key safety indices (e.g., cumulative rates of AEs/SAEs) during the reporting period and cumulatively over the course of the project; and a

summary of any safety recommendations from the IRB reviews and any actions taken based on the recommendations.

## DIRECT COSTS:

Please note that the direct costs recommended in all years are based on the NIMH Policy for Career (K) Awards as outlined in: http://www.nimh.nih.gov/funding/training/career-development-programs-k-series.shtml.

## REPORTING REQUIREMENT:

Successful completion of instruction in Responsible Conduct of Research is required during Year 01 of this award (see http://www.nimh.nih.gov/funding/training/career-development-programs-k-series.shtml). Instructional details must be reported in the Year 02 Progress Report. Full details about this policy requirement can be found in the NIH Guide Notice NOT-OD-22-055 which can be accessed at: https://grants.nih.gov/grants/guide/notice-files/NOT-OD-22-055.html.

Data Management and Sharing Policy: Applicable

This project is expected to generate scientific data. Therefore, the Final NIH Policy for Data Management and Sharing applies. The approved Data Management and Sharing (DMS) Plan is hereby incorporated as a term and condition of award, and the recipient shall manage and disseminate scientific data in accordance with the approved plan. Any significant changes to the DMS Plan (e.g., new scientific direction, a different data repository, or a timeline revision) require NIH prior approval. Failure to comply with the approved DMS plan may result in suspension and/or termination of this award, withholding of support, audit disallowances, and/or other appropriate action. See NIH Grants Policy Statement Section 8.2.3 for more information on data management and sharing expectations.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 1K23MH137389-01

**INSTITUTION:** HUNTER COLLEGE

| Budget | Year 1 | Year 2 | Year 3 | Year 4 |
|---|---|---|---|---|
| Salaries and Wages | $99,532 | $99,532 | $99,532 | $99,532 |
| Fringe Benefits | $45,934 | $45,934 | $45,934 | $45,934 |
| Personnel Costs (Subtotal) | $145,466 | $145,466 | $145,466 | $145,466 |
| Other | $50,000 | $50,000 | $50,000 | $49,999 |
| TOTAL FEDERAL DC | $195,466 | $195,466 | $195,466 | $195,465 |
| TOTAL FEDERAL F&A | $15,637 | $15,637 | $15,637 | $15,637 |
| TOTAL COST | $211,103 | $211,103 | $211,103 | $211,102 |

| Facilities and Administrative Costs | Year 1 | Year 2 | Year 3 | Year 4 |
|---|---|---|---|---|
| F&A Cost Rate 1 | 8% | 8% | 8% | 8% |
| F&A Cost Base 1 | $195,466 | $195,466 | $195,466 | $195,465 |
| F&A Costs 1 | $15,637 | $15,637 | $15,637 | $15,637 |

# Exhibit B



March 18, 2025

Robert J. Buckley
Research Foundation of the City University of New York
rbuckley@hunter.cuny.edu

Dear Robert J. Buckley:

Effective with the date of this letter, funding for Project Number 1K23 MH137389-01 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on August 1, 2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans.  Many such studies ignore, rather than seriously examine, biological realities.  It is the policy of NIH not to prioritize these research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.
[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373
[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).
[4] 2024 Policy Statement at IIA-1.
[5] *Id.* at IIA-155.
[6] 2024 Policy Statement at IIA-156.

agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]


Sincerely,



Michelle G. Bulls, on behalf Theresa Jarosik, Chief Grants Management Officer, National Institute of Mental Health
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

**Department of Health and Human Services**
NATIONAL INSTITUTE OF MENTAL HEALTH

**Notice of Award**
FAIN# K23MH137389

**Federal Award Date**
03/19/2025

## Recipient Information

**1. Recipient Name**
RESEARCH FOUNDATION OF THE CITY
UNIVERSITY OF NEW YORK
695 PARK AVE
NEW YORK, NY 10065

**2. Congressional District of Recipient**
12

**3. Payment System Identifier (ID)**
1131988190A1

**4. Employer Identification Number (EIN)**
131988190

**5. Data Universal Numbering System (DUNS)**
620127915

**6. Recipient's Unique Entity Identifier**
EK93EZLLBSC4

**7. Project Director or Principal Investigator**
Laura  Graham Holmes, PHD

laura.f.graham@gmail.com
850-510-2504

**8. Authorized Official**
Mr. Robert J. Buckley
rbuckley@hunter.cuny.edu
212-772-4020

## Federal Agency Information

**9. Awarding Agency Contact Information**
Nicholas Dunson

NATIONAL INSTITUTE OF MENTAL
HEALTH
nick.dunson@nih.gov

**10. Program Official Contact Information**
Maggie  Sweeney

NATIONAL INSTITUTE OF MENTAL
HEALTH
maggie.sweeney@nih.gov
301-480-1582

## Federal Award Information

**11. Award Number**
1K23MH137389-01

**12. Unique Federal Award Identification Number (FAIN)**
K23MH137389

**13. Statutory Authority**
42 USC 241   42 CFR 52

**14. Federal Award Project Title**
ALIVE: Development and feasibility of a psychosocial intervention for sexual and
gender minority autistic adults

**15. Assistance Listing Number**
93.242

**16. Assistance Listing Program Title**
Mental Health Research Grants

**17. Award Action Type**
New Competing (REVISED)

**18. Is the Award R&D?**
Yes

### Summary Federal Award Financial Information

| | |
|---|---:|
| **19. Budget Period Start Date** 08/01/2024 – **End Date** 03/18/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0 |
| 20 a.  Direct Cost Amount | $0 |
| 20 b.  Indirect Cost Amount | $0 |
| **21.** Authorized Carryover | |
| **22.** Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $211,103 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $211,103 |
| **26. Project Period Start Date** 08/01/2024 – **End Date** 03/18/2025 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $211,103 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Theresa R. Jarosik

**30. Remarks**
Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or
otherwise requested from the grant payment system.



Notice of Award

*MENTORED PATIENT-ORIENTED RESEARCH*
Department of Health and Human Services
National Institutes of Health

NATIONAL INSTITUTE OF MENTAL HEALTH

---

**SECTION I – AWARD DATA – 1K23MH137389-01 REVISED**

**Principal Investigator(s):**
Laura  Graham Holmes, PHD

**Award e-mailed to:** nih@rfcuny.org

Dear Authorized Official:

The National Institutes of Health hereby revises this award  (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to HUNTER COLLEGE in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241   42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute Of Mental Health of the National Institutes of Health under Award Number K23MH137389. The content is solely the responsibility of the authors and does not necessarily represent the official views of   the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Theresa R. Jarosik
Grants Management Officer
NATIONAL INSTITUTE OF MENTAL HEALTH

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**
| | |
|---|---|
| **Salaries and Wages** | $99,532 |
| **Fringe Benefits** | $45,934 |

| | |
|---|---|
| **Personnel Costs (Subtotal)** | $145,466 |
| **Other** | $50,000 |
| | |
| **Federal Direct Costs** | $195,466 |
| **Federal F&A Costs** | $15,637 |
| **Approved Budget** | $211,103 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $211,103 |
| **TOTAL FEDERAL AWARD AMOUNT** | $211,103 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $0 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 1 | $211,103 | $211,103 |

**Fiscal Information:**

| | |
|---|---|
| Payment System Identifier: | 1131988190A1 |
| Document Number: | KMH137389A |
| PMS Account Type: | P (Subaccount) |
| Fiscal Year: | 2024 |

| IC | CAN | 2024 |
|---|---|---|
| MH | 8472598 | $211,103 |

**NIH Administrative Data:**
**PCC**: 8K-RTTTA / **OC**: 41033 / **Released**: 03/19/2025
**Award Processed:** 03/20/2025 12:06:00 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 1K23MH137389-01  REVISED**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 1K23MH137389-01  REVISED**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

   a.  The grant program legislation and program regulation cited in this Notice of Award.
   b.  Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
   c.  45 CFR Part 75.
   d.  National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
   e.  Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
   f.  This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):**  All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM). Should a consortium/subaward be issued under this award, a UEI requirement must be included. See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) K23MH137389. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

This award provides support for one or more clinical trials. By law (Title VIII, Section 801 of Public Law 110-85), the "responsible party" must register "applicable clinical trials" on the ClinicalTrials.gov Protocol Registration System Information Website. NIH encourages registration of all trials whether required under the law or not. For more information, see http://grants.nih.gov/ClinicalTrials_fdaaa/
 This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section 8.6 Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final expenditure Federal Financial Report (FFR) (SF 425) must be submitted through the Payment Management System (PMS) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section 8.6.1 Financial Reports, http://grants.nih.gov/grants/policy/policy.htm#gps, for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the real-time cash drawdown data in PMS. NIH will close the awards using the last recorded cash drawdown level in PMS for awards that do not require a final FFR on expenditures.  It is important to note that for financial closeout, if a grantee fails to submit a required final expenditure FFR, NIH will close the grant using the last recorded cash drawdown level.

A Final Invention Statement and Certification form (HHS 568), (not applicable to training, construction, conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 568 form may be downloaded at: http://grants.nih.gov/grants/forms.htm.  This paragraph does not apply to Training grants, Fellowships, and certain other programs—i.e., activity codes C06, D42, D43, D71, DP7, G07, G08, G11, K12, K16, K30, P09, P40, P41, P51, R13, R25, R28, R30, R90, RL5, RL9, S10, S14, S15, U13, U14, U41, U42, U45, UC6, UC7, UR2, X01, X02.

Unless an application for competitive renewal is submitted, a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal application is submitted prior to that date, then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at: https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any other specific requirements set forth in the terms and conditions of the award must also be addressed in the Interim or Final RPPR. *Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.*

NIH requires electronic submission of the final invention statement through the Closeout feature in the Commons.

NOTE:  If this is the final year of a competitive segment due to the transfer of the grant to another institution, then a Final RPPR is not required.  However, a final expenditure FFR is required and must be submitted electronically as noted above.  If not already submitted, the Final Invention Statement is required and should be sent directly to the assigned Grants Management Specialist.

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.


**Treatment of Program Income:**
Additional Costs

---

**SECTION IV – MH SPECIFIC AWARD CONDITIONS – 1K23MH137389-01  REVISED**


Clinical Trial Indicator: Yes
This award supports one or more NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.


**REVISION #1**
**TERMINATION**
It is the policy of NIH not to prioritize research activities based on gender identity no longer effectuates agency priorities. Therefore, this project is terminated. Research Foundation of the City University of New York may request funds to support patient safety and orderly closeout of the project. Funds used to support any other research activities will be disallowed and recovered. Please be advised that your organization, as part of the orderly closeout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR), **as applicable**) within 120 days of the end of this grant.

NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 8.5.2. This revised award represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you

mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be dated no later than 30 days after the date of this notice.

SUPERSEDES NOTICE OF AWARD ISSUED 7/22/2024.

**RESTRICTION - HUMAN SUBJECTS:**
This award is issued subject to the following special condition:

NOTICE: Under governing regulations, Federal funds administered by the Department of Health and Human Services shall not be expended for and individuals shall not be enrolled in research unless the institution has an approved Assurance of Compliance with 45 CFR 46 on file in the Office for Human Research Protections (OHRP) and the project has been reviewed and approved by the Institutional Review Board (IRB) in accordance with the requirements in 45 CFR 46.

The present award is being made without currently valid certification of IRB approval for the activities proposed with the following restriction: Only activities which do not directly involve human subjects (i.e., are clearly severable and independent from those activities that do involve human subjects) may be conducted pending acceptance by the National Institute of Mental Health (NIMH) of certification of IRB approval. The certification of IRB approval must be received no later than October 10, 2024, via email attachment to: nick.dunson@nih.gov.

Failure to comply can result in suspension and/or termination of this award or withholding of support of the continuation award. No funds may be drawn down from the Payment Management System and no obligations may be made against Federal funds for any research involving human subjects in this project until NIMH has accepted the certification of IRB.

Please note that this restriction remains in effect until the Notice of Grant Award has been revised to remove this restriction.

**AWARD NOTICE:**
This award has been made in response to the application submitted under the Notice of Funding Opportunity Announcement PA-20-206 which can be referenced at: grants.nih.gov/grants/guide/pa-files/PA-20-206.html

## PARTICIPANT RECRUITMENT - MILESTONES:
Future NIMH support for this study is contingent upon adequate participant recruitment based on projected milestones as approved in the Recruitment Milestone Reporting system (RMR) on 06/26/2024. It is expected that 0 of the 52 total projected participants will be recruited by April 1, 2025. This tri-yearly recruitment report should be submitted electronically to NIMH after each milestone period of April 1, August 1 and December 1 at: http://wwwapps.nimh.nih.gov/rmr/displayHome.action. In the event that actual recruitment falls significantly below projected milestones, NIMH may consider withholding future support and/or negotiating an orderly phase-out of this study. Information regarding the NIMH Policy for the Recruitment of Participants in Clinical Research is available at: https://grants.nih.gov/grants/guide/notice-files/NOT-MH-19-027.html.

**HUMAN SUBJECTS RESEARCH:**
This award includes human subject research studies and must conform to the DHHS policies for the Protection of Human Subjects research, which are a term and condition of award. Human subjects research is covered by the 2018 Common Rule, and may not be initiated until the associated protocols have received IRB approval as specified in 45 CFR 46. Failure to comply with the terms and conditions of award may result in the disallowance of costs and collected data and/or additional enforcement actions as outlined in Section 8.5 of the NIH Grants Policy Statement.

**GCP TRAINING:**
NIH expects that all NIH-funded investigators and staff who are involved in the conduct, oversight, or management of clinical trials should be trained in Good Clinical Practice (GCP), consistent with principles of the International Conference on Harmonization (ICH) as stated in NOT-OD-16-148.

**CLINICAL TRIAL DISSEMINATION PLAN:**

The clinical trial(s) supported by this award is subject to the plan within the competing application dated 10/12/2023 submitted to NIH and the NIH policy on Dissemination of NIH-Funded Clinical Trial Information. It's required that the clinical trial(s) funded by this award will be registered in ClinicalTrials.gov not later than 21 calendar days after enrollment of the first participant and primary summary results reported in ClinicalTrials.gov, not later than one year after the completion date. The reporting of summary results is required by this term of award even if the primary completion date occurs after the period of performance.

**CLINICAL TRIAL REQUIREMENTS:**
This award is subject to additional certification requirements with each submission of the Annual, Interim, and Final Research Performance Progress Report (RPPR). The recipient must agree to the following annual certification when submitting each RPPR. By submitting the RPPR, the AOR signifies compliance, as follows: In submitting this RPPR, the SO (or PD/PI with delegated authority), certifies to the best of his/her knowledge that, for all clinical trials funded under this NIH award, the recipient and all investigators conducting NIH-funded clinical trials are in compliance with the recipient's plan addressing compliance with the NIH Policy on Dissemination of NIH-Funded Clinical Trial Information. Any clinical trial funded in whole or in part under this award has been registered in ClinicalTrials.gov or will be registered not later than 21 calendar days after enrollment of the first participant. Summary results have been submitted to ClinicalTrials.gov or will be submitted not later than one year after the completion date, even if the completion date occurs after the period of performance.

**DATA AND SAFETY MONITORING:**
This grant is subject to the clinical research policies outlined in NOT-MH-19-027. The recipient will adhere to the NIH (NIH GPS 4.1.15) and NIMH policies (NOT-MH-19-027) including appropriately providing adequate data and safety monitoring and timely reporting of key events as defined in the NIMH Reportable Events Policy. The level and frequency of human subject data and safety monitoring should always be commensurate with the risk and nature of the research.

Each RPPR submitted is expected to include, in Section G.1 SPECIAL NOTICE OF AWARD TERMS AND FUNDING OPPORTUNITIES ANNOUNCEMENT REPORTING REQUIREMENTS, a summary of key safety indices (e.g., cumulative rates of AEs/SAEs) during the reporting period and cumulatively over the course of the project; and a summary of any safety recommendations from the IRB reviews and any actions taken based on the recommendations.

**DIRECT COSTS:**
Please note that the direct costs recommended in all years are based on the NIMH Policy for Career (K) Awards as outlined in: http://www.nimh.nih.gov/funding/training/career-development-programs-k-series.shtml.

**REPORTING REQUIREMENT:**
Successful completion of instruction in Responsible Conduct of Research is required during Year 01 of this award (see http://www.nimh.nih.gov/funding/training/career-development-programs-k-series.shtml). Instructional details must be reported in the Year 02 Progress Report. Full details about this policy requirement can be found in the NIH Guide Notice NOT-OD-22-055 which can be accessed at: https://grants.nih.gov/grants/guide/notice-files/NOT-OD-22-055.html.

Data Management and Sharing Policy: Applicable

This project is expected to generate scientific data. Therefore, the Final NIH Policy for Data Management and Sharing applies. The approved Data Management and Sharing (DMS) Plan is hereby incorporated as a term and condition of award, and the recipient shall manage and disseminate scientific data in accordance with the approved plan. Any significant changes to the DMS Plan (e.g., new scientific direction, a different data repository, or a timeline revision) require NIH prior approval. Failure to comply with the approved DMS plan may result in suspension and/or termination of this award, withholding of support, audit disallowances, and/or other appropriate action. See NIH Grants Policy Statement Section 8.2.3 for more information on data management and sharing expectations.

**SPREADSHEET SUMMARY**

**AWARD NUMBER:** 1K23MH137389-01 REVISED

**INSTITUTION:** HUNTER COLLEGE

| Budget | Year 1 |
|---|---|
| Salaries and Wages | $99,532 |
| Fringe Benefits | $45,934 |
| Personnel Costs (Subtotal) | $145,466 |
| Other | $50,000 |
| TOTAL FEDERAL DC | $195,466 |
| TOTAL FEDERAL F&A | $15,637 |
| TOTAL COST | $211,103 |

| Facilities and Administrative Costs | Year 1 |
|---|---|
| F&A Cost Rate 1 | 8% |
| F&A Cost Base 1 | $195,466 |
| F&A Costs 1 | $15,637 |