IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AMERICAN ASSOCIATION OF
PHYSICIANS FOR HUMAN RIGHTS, INC.
d/b/a GLMA: HEALTH PROFESSIONALS
ADVANCING LGBTQ+ EQUALITY; *et al.*,

    *Plaintiffs*,

v.

NATIONAL INSTITUTES OF HEALTH;
*et al.*,

    *Defendants*.

Civil Action No. 8:25-cv-01620-LKG

## DECLARATION OF DR. MATTHEW SPINELLI

I, Dr. Matthew Spinelli, hereby state as follows:

1.    I am over 18 years of age, of sound mind, and in all respects competent to testify.

2.    I have personal knowledge of the facts set forth in this declaration and would testify competently to those facts if called to do so.

3.    I am a member of GLMA: Health Professionals Advancing LGBTQ+ Equality, which I understand is participating in this case on behalf of its members.

4.    I am offering this declaration in my individual capacity and not on behalf of my employer.

5.    I am a clinical researcher, implementation scientist, and infectious disease physician with a focus on HIV and pre-exposure prophylaxis ("PrEP"). I am currently an Assistant Professor of Medicine at University of California, San Francisco ("UCSF"). My research focuses on using techniques from epidemiology, clinical research, and implementation science to better understand ideal strategies for implementing HIV and sexually transmitted infection prevention

1

and treatment.

6. I completed my undergraduate studies at Columbia College and then attended medical school at Mount Sinai School of Medicine. I moved to the San Francisco Bay Area in 2013 for my Residency in Internal Medicine at UCSF and remained for a Fellowship in Infectious Diseases. I became an assistant professor at UCSF in 2020.

7. I previously participated in clinical research that led to the development of a novel point-of-care urine test that assists physicians in evaluating patients' adherence to their PrEP regimen. I am currently working to test a motivational interview-based adherence intervention using the novel point of care test to provide adherence feedback, with the goal of improving PrEP adherence among younger gay men, and antiretroviral therapy adherence among gay men living with HIV.

8. My interest in this work began after PrEP was approved shortly before I began my residency. I was excited to prescribe this transformative HIV prevention strategy to my patients. PrEP has a very low number needed to treat to prevent an HIV infection—which indicates a highly effective prevention medication, meaning fewer patients need to be treated to see a beneficial outcome—and is nearly 100% effective in preventing HIV when taken with adequate adherence. Unfortunately, PrEP was not being used sufficiently to make an impact on the HIV epidemic, which motivated my career in implementation science research. A similar strategy over the last 3 years has been developed to prevent sexually transmitted infections including syphilis and chlamydia by taking two tablets of an antibiotic, doxycycline, after sex. Following it being shown to be effective, we have seen declines in both syphilis and chlamydia for the first time in many years in San Francisco where it has been implemented at scale. I have published 92 peer-reviewed publications which focus on these topics.

9. I have applied for and received 5 grants from NIH over the course of my career.

10. The grant that was terminated is R01AI186641, a 5-year award issued by the NIH for a total amount of $4,026,425, entitled "Randomized Directly Observed Therapy Study to Interpret Clinical Trials of Doxy-PEP." This grant sought to establish adherence measurement approaches for doxy-PEP, relevant to understanding its limited efficacy among women compared to men in clinical trials, as well as work to measure its impact on antimicrobial resistance. This grant was a randomized clinical crossover study which provided doxycycline through directly observed therapy and then collected multiple biological samples of blood, urine, and hair to measure concentrations of the drug during and following dosing. When the grant was abruptly terminated with instructions that we may not use the grant after the cancellation date, we had 6 participants actively receiving our study medication and were left with no resources to monitor their safety or allow them to complete their enrollment in the trial. We are trying to recover these costs from the NIH, but have had to use discretionary funding from my division's budget to cover these essential costs to protect the safety of our research participants.

11. A true and correct copy of the notice of award ("NOA") for the grant is attached hereto as **Exhibit A**.

12. On March 18, 2025, I received a letter from NIH stating that it had terminated my funding for Project Number 1R01 A1186641-01. The letter did not state that I had failed to comply with any terms of my award. Rather, it stated that "[t]his award related to Transgender issues no longer effectuates agency priorities." It further asserted that "[r]esearch programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans" and that "such studies ignore, rather than seriously examine, biological realities." The letter did not explain how my research into how patients can be

supported in adhering to their prescribed treatment was unscientific or failed to advance health.

13. While the original protocol agreement for the project discussed medical and scientific research relating to transgender people as a population that is disproportionately impacted by HIV, contrary to the assertion in the termination letter, my research had nothing to do with gender identity. Instead, my research seeks to study the pharmacokinetics and pharmacodynamics of doxycycline in men and women, using urine, plasma, and hair drug-level measurement, relevant to efforts to counter the worsening syphilis epidemic and address national priorities to address antimicrobial resistance.

14. The clinical trial is currently 13% enrolled, with participants receiving study product. Monitoring during and after dosing is critical to protecting the safety of participants. Doxycycline may cause liver injury and allergic reactions days to weeks after administration of the drug. Abrupt termination of the study would put these participants at risk of harm. Indeed, the Data Safety and Monitoring Board in the study, the independent entity charged with providing oversight for participant safety in the study, has expressed urgent concern about the stop-work order and the termination for the grant supporting the study based on the belief that it is unethical to stop follow-up for participants who have received study product.

15. Prior to March 18, 2025, NIH had never terminated a grant that supported my research.

16. The termination letter I received stated I was eligible to appeal the decision within 30 days of receiving the termination notice. The UCSF submitted an appeal on my behalf on March 21, 2025. We have not yet received a response from the NIH to our appeal.

17. Many of the research participants in this study have expressed dedication to the research, with our first participant telling us that he would do this work even without

reimbursement. Participants who have had to leave the study early have expressed sadness about not being able to finish the study and contribute to the work to fight the syphilis and gonorrhea epidemics. I still receive approximately 3-5 requests weekly to join the study through the study's posting on clinicaltrials.gov. The stress I am experiencing from losing my grant funding has affected me both emotionally and physically, as the consequences of these cuts—impacting my study participants, and the populations our research serves—are a constant burden. Neither my research staff nor I receive hard funding from the University, hence our jobs are imminently at risk.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May _27_, 2025

_____
Dr. Matthew Spinelli

# Exhibit A



| Department of Health and Human Services | Notice of Award |
|---|---|
| National Institutes of Health | FAIN# R01AI186641 |
| NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES | Federal Award Date 09/05/2024 |

| Recipient Information | Federal Award Information |
|---|---|
| **1. Recipient Name**<br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, SAN FRANCISCO, THE<br>1855 FOLSOM ST STE 425<br>SAN FRANCISCO, CA 94103 | **11. Award Number**<br>1R01AI186641-01 |
| **2. Congressional District of Recipient**<br>11 | **12. Unique Federal Award Identification Number (FAIN)**<br>R01AI186641 |
| **3. Payment System Identifier (ID)**<br>1946036493A6 | **13. Statutory Authority**<br>42 USC 241  42 CFR 52 |
| **4. Employer Identification Number (EIN)**<br>946036493 | **14. Federal Award Project Title**<br>Randomized Directly Observed Therapy Study to Interpret Clinical Trials of Doxy-PEP |
| **5. Data Universal Numbering System (DUNS)**<br>094878337 | **15. Assistance Listing Number**<br>93.855 |
| **6. Recipient's Unique Entity Identifier**<br>KMH5K9V7S518 | **16. Assistance Listing Program Title**<br>Allergy and Infectious Diseases Research |
| **7. Project Director or Principal Investigator**<br>Matthew A. Spinelli, MD<br>Assistant Professor<br>Matthew.Spinelli@ucsf.edu<br>162-820-6240 | **17. Award Action Type**<br>New Competing (REVISED) |
| **8. Authorized Official**<br>Ms. Julie C. Tang | **18. Is the Award R&D?**<br>Yes |

| Summary Federal Award Financial Information | |
|---|---:|
| **19. Budget Period Start Date** 08/14/2024 – End Date 06/30/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $76,582 |
|     20 a.  Direct Cost Amount | $48,158 |
|     20 b.  Indirect Cost Amount | $28,424 |
| **21.** Authorized Carryover | |
| **22.** Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $781,821 |
| **24.** Total Approved Cost Sharing or Matching, where applicable | $0 |
| **25.** Total Federal and Non-Federal Approved this Budget Period | $781,821 |
| ------------------------------------------------------------------------------------------------- | |
| **26. Project Period Start Date** 08/14/2024 – End Date 06/30/2029 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $781,821 |

| Federal Agency Information | |
|---|---|
| **9. Awarding Agency Contact Information**<br>MATTHEW WILLIAM Gossart<br>NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES<br>matthew.gossart@nih.gov<br>(240) 627-3046 | **28. Authorized Treatment of Program Income**<br>Additional Costs |
| **10. Program Official Contact Information**<br>ELEANORE JENNIFER Chuang<br>NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES<br>eleanore.chuang@nih.gov<br>(240) 747-7858 | **29. Grants Management Officer - Signature**<br>Chernay L. Rogers |

**30. Remarks**

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Notice of Award


RESEARCH
Department of Health and Human Services
National Institutes of Health



NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES

### SECTION I – AWARD DATA – 1R01AI186641-01 REVISED

**Principal Investigator(s):**
Matthew A. Spinelli, MD

**Award e-mailed to:** cgrasteam@ucsf.edu

Dear Authorized Official:

The National Institutes of Health hereby revises this award to reflect an increase in the amount of $76,582 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to The Regents of the UCSF in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241  42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute Of Allergy And Infectious Diseases of the National Institutes of Health under Award Number R01AI186641. The content is solely the responsibility of the authors and does not necessarily represent the official views of   the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,



Chernay L. Rogers
Grants Management Officer
NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES

Additional information follows

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---:|
| **Salaries and Wages** | $226,393 |
| **Fringe Benefits** | $82,499 |
| **Personnel Costs (Subtotal)** | $308,892 |
| **Materials & Supplies** | $34,197 |
| **Travel** | $10,000 |
| **Other** | $65,000 |
| **Subawards/Consortium/Contractual Costs** | $57,684 |
| **Publication Costs** | $2,000 |
| **ADP/Computer Services** | $3,812 |
| **Federal Direct Costs** | $481,585 |
| **Federal F&A Costs** | $300,236 |
| **Approved Budget** | $781,821 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $781,821 |
| **TOTAL FEDERAL AWARD AMOUNT** | $781,821 |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $76,582 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| YR | THIS AWARD | CUMULATIVE TOTALS |
| 1 | $781,821 | $781,821 |
| 2 | $813,232 | $813,232 |
| 3 | $809,765 | $809,765 |
| 4 | $809,624 | $809,624 |
| 5 | $809,624 | $809,624 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**Fiscal Information:**
**Payment System Identifier:**   1946036493A6
**Document Number:**   RAI186641A
**PMS Account Type:**   P (Subaccount)
**Fiscal Year:**   2024

| IC | CAN | 2024 | 2025 | 2026 | 2027 | 2028 |
|---|---|---|---|---|---|---|
| AI | 8472338 | $781,821 | $813,232 | $809,765 | $809,624 | $809,624 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**NIH Administrative Data:**
**PCC**: M37C A / **OC**: 41021 / **Released**:  09/05/2024
**Award Processed:** 09/06/2024 12:07:51 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 1R01AI186641-01  REVISED**

---

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 1R01AI186641-01  REVISED**

---

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

    a.   The grant program legislation and program regulation cited in this Notice of Award.
    b.   Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
    c.   45 CFR Part 75.
    d.   National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
    e.   Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
    f.   This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):** All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2**.** As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VII Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.   See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R01AI186641. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

This award provides support for one or more clinical trials. By law (Title VIII, Section 801 of Public Law 110-85), the "responsible party" must register "applicable clinical trials" on the ClinicalTrials.gov Protocol Registration System Information Website. NIH encourages registration of all trials whether required under the law or not. For more information, see http://grants.nih.gov/ClinicalTrials_fdaaa/

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html.

> For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
> - For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

---

**SECTION IV – AI SPECIFIC AWARD CONDITIONS – 1R01AI186641-01  REVISED**

Clinical Trial Indicator: Yes
This award supports one or more NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

REVISED AWARD: This award is revised to increase the funding level to 100% of the approved budget for the initial budget period.  Out-year commitments for continuation awards remain unchanged.

Supersedes previous Notice of Award dated **8/14/2024**. All other terms and conditions still apply to this award.

\*\*\*

This award includes human subject research studies and must conform to the DHHS policies for the Protection of Human Subjects research, which are a term and condition of award.  Human subjects research is covered by the 2018 Common Rule, and may not be initiated until the associated protocols have received IRB approval as specified in 45 CFR 46.  Failure to comply with the terms and conditions of award may result in the disallowance of costs and/or additional enforcement actions as outlined in Section 8.5 of the NIH Grants Policy Statement
\*\*\*\*
This Notice of Award (NoA) includes funds for University of Washington

This Notice of Award (NoA) includes funds for Hennepin Healthcare Research Institute
\*\*\*\*

REMINDER: This grant is funded for HIV/AIDS research. Per the NIH Revitalization Act of 1993, funds are restricted for HIV/AIDS research and cannot be re-budgeted for other purposes.

\*\*\*

Commitment overlap is not permitted, and occurs when an individual's time commitment exceeds 100 percent (i.e., 12 person months), whether or not salary support is requested. Therefore, no individual's time commitment may exceed 100 percent (i.e., 12 person months). Reductions in NIH support due to commitment

overlap must be made in accordance with NIH policy as outlined in the NIH Grants Policy Statement.

\*\*\*

This award is subject to the NIAID Clinical Terms of Award incorporated by reference, and can be accessed via the following World Wide Web address: https://www.niaid.nih.gov/grants-contracts/niaid-clinical-terms-award All submissions required by the NIAID Clinical Terms of Award must be forwarded electronically to the NIAID Program Official identified on this Notice of Award.

\*\*\*

The initial budget period has been adjusted to 11 months. See https://www.niaid.nih.gov/grants-contracts/financial-management-plan.

The budget period anniversary start date for future year(s) will be **July 1.**

Data Management and Sharing Policy: Applicable

This project is expected to generate scientific data. Therefore, the [Final NIH Policy for Data Management and Sharing](#) applies. The approved Data Management and Sharing (DMS) Plan is hereby incorporated as a term and condition of award, and the recipient shall manage and disseminate scientific data in accordance with the approved plan. Any significant changes to the DMS Plan (e.g., new scientific direction, a different data repository, or a timeline revision) require NIH prior approval. Failure to comply with the approved DMS plan may result in suspension and/or termination of this award, withholding of support, audit disallowances, and/or other appropriate action. See NIH Grants Policy Statement [Section 8.2.3](#) for more information on data management and sharing expectations.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 1R01AI186641-01 REVISED

**INSTITUTION:** The Regents of the UCSF

| Budget | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
| --- | --- | --- | --- | --- | --- |
| Salaries and Wages | $226,393 | $256,790 | $265,631 | $265,631 | $265,631 |
| Fringe Benefits | $82,499 | $92,862 | $96,451 | $96,451 | $96,451 |
| Personnel Costs (Subtotal) | $308,892 | $349,652 | $362,082 | $362,082 | $362,082 |
| Materials & Supplies | $34,197 | $34,370 | $60,692 | $60,606 | $60,606 |
| Travel | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 |
| Other | $65,000 | $59,000 | $20,000 | $20,000 | $20,000 |
| Subawards/Consortium/Contractual Costs | $57,684 | $57,684 | $57,684 | $57,684 | $57,684 |
| Publication Costs | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 |
| ADP/Computer Services | $3,812 | $3,812 | $3,812 | $3,812 | $3,812 |
| TOTAL FEDERAL DC | $481,585 | $516,518 | $516,270 | $516,184 | $516,184 |
| TOTAL FEDERAL F&A | $300,236 | $296,714 | $293,495 | $293,440 | $293,440 |
| TOTAL COST | $781,821 | $813,232 | $809,765 | $809,624 | $809,624 |

| Facilities and Administrative Costs | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
| --- | --- | --- | --- | --- | --- |
| F&A Cost Rate 1 | 64% | 64% | 64% | 64% | 64% |
| F&A Cost Base 1 | $469,119 | $463,616 | $458,586 | $458,500 | $458,500 |
| F&A Costs 1 | $300,236 | $296,714 | $293,495 | $293,440 | $293,440 |