## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

AMERICAN ASSOCIATION OF
PHYSICIANS FOR HUMAN RIGHTS, INC.
d/b/a GLMA: HEALTH PROFESSIONALS
ADVANCING LGBTQ+ EQUALITY; *et al*.,

         *Plaintiffs*,

        v.

NATIONAL INSTITUTES OF HEALTH;
*et al*.,

        *Defendants*.

Civil Action No. 8:25-cv-01620-LKG

## DECLARATION OF DR. MICHELLE BIRKETT, Ph.D.

I, Dr. Michelle Birkett, hereby state as follows:

1.  I am over 18 years of age, of sound mind, and in all respects competent to testify.

2.  I have personal knowledge of the facts set forth in this declaration and would testify competently to those facts if called to do so.

3.  I am a plaintiff in this action. I am offering this declaration in my individual capacity and not on behalf of my employer.

4.  I am an Associate Professor in the Department of Medical Social Sciences at Northwestern University. My research uses network and quantitative methodologies to understand the social contextual influence of stigma on the health and wellbeing of marginalized populations—in particular, sexual and gender minority youth. I direct the Center for Computational and Social Sciences in Health (COMPASS) within the Institute for Artificial Intelligence in Medicine at Northwestern. I also direct Northwestern's CONNECT Complex Systems and Health Disparities Research Program within the Institute for Sexual and Gender

1

Minority Health and Wellbeing.

5.      I earned my Ph.D. in Counseling Psychology at the University of Illinois at Urbana-Champaign in 2010, specializing in working with children and adolescents.  I followed this up with a Postdoctoral Scholar position with the IMPACT LGBT Health and Development Program at the University of Illinois at Chicago.  I then transitioned to Northwestern University, where I have worked since 2011.  I have published more than 75 articles in academic journals like *The American Journal of Public Health*, *The Journal of Acquired Immune Deficiency Syndrome*, *The Journal of Adolescent Health*, and *Social Networks*; they have been featured in outlets like *The Atlantic*, *Reuters*, and *Wired*, and cited more than 8,500 times.

6.      I have led some of the earliest population-based empirical studies demonstrating the impact of homophobia, social support, and school climate on the health LGBTQI+ youth—my work was cited within key national policy documents authored by the American Psychological Association, the National Academies Press, the Centers for Disease Control and Prevention, and the White House.

7.      In 2015, I was awarded an NIH Career Award for my work on understanding network, multilevel, and contextual influences on racial disparities in HIV within young men who have sex with men.  In 2018, I was selected as an inaugural member of the New Voices in Sciences, Engineering, and Medicine, an initiative of the National Academies of Sciences, Engineering, and Medicine.

8.      I have applied for and received 17 grants from NIH over the course of my career, serving as the Principal Investigator on 9 of these awards, totaling over $18 million.

9.      I received an award (Number 1R01DA061247-01) of nearly $4 million dollars in July 2024 to support my research titled "SILOS: Structural Inequities across Layers Of Social-

Context as Drivers of HIV and Substance Use."  The objective of the study is to understand the drivers of high rates of HIV in the United States.  The study was to receive funding of $777,568 in the first year, $775,430 in the second year, $778,589 in the third year, $772,281 in the fourth year, and $683,520 in the fifth year.

10.    A true and correct copy of the notice of award ("NOA") for the grant is attached hereto as **Exhibit A**.

11.    On March 12, 2025, I received a letter from NIH stating that it had terminated my funding.  The letter did not state that I had failed to comply with any terms of my award.  Rather, it stated that "[t]his award no longer effectuates agency priorities."  The NIH's termination letter asserted that "[r]esearch programs based on primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness.  Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans." The letter did not explain how research on the drivers of high rates of HIV in the United States is unscientific, is "based on. . . amorphous equity objectives," or why it fails to enhance health, lengthen life, or reduce illness.

12.    The SILOS R01 was the culmination of my work throughout my career and truly my dream project.  It was built on the efforts of my prior studies.  It included an ambitious data capture, innovative modeling, and a robust plan for community engagement.  I began drafting the proposal for this project in January 2023; eighteen months before the grant was awarded in July 2024.  When the grant was terminated—just one month before we launched the data capture phase—it did not simply stop the grant.  It invalidated years of preparation, created instability

across my research team, and prevented future grants based on the results of this study that were planned. It is difficult to imagine how a study that was so positively reviewed and strongly supported could be so suddenly abandoned without explanation or recourse.

13. The termination of this grant is a loss for public health. Research suggests that differences in social and contextual factors could account for the wide disparities in HIV infections across racial, ethnic, sexual, and gender minority populations. Without strong empirical studies which investigate the drivers of these disparities, public health is unable to effectively intervene and improve health outcomes.

14. Prior to March 2025, NIH had never terminated a grant that supported my research.

15. The termination letter I received stated I was eligible to appeal the decision within 30 days of receiving the termination notice, but also stated that "no corrective action is possible here." A true and correct copy of the termination notice is attached hereto as **Exhibit B**.

16. An appeal for the termination of the grant that supports my research has been submitted by Northwestern. However, the termination notice I received states that "[t]he premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities."

17. I have no idea why the grant was terminated given the work I did to ensure the research aligned with the goals of the Institute that funded it—National Institute on Drug Abuse ("NIDA"). For example, NIDA's Strategic Plan for Fiscal Years 2022-2026 identifies cross cutting themes that apply across all of its five priority areas.[1] Two of these themes are to "Understand Sex, Sexual Orientation, and Gender Differences" and to "Identify and Develop Approaches to Reduce Health Disparities." Indeed, the National Institute on Minority Health and

---

[1] NIDA's 2022-2026 Strategic Plan is located at: https://perma.cc/P4WF-HCJE.

Health Disparities ("NIMHD") defines "health disparities" as "largely preventable health differences that adversely affect populations who experience greater challenges to optimal health [that] are closely linked with intergenerational social, economic, and/or environmental disadvantages—primarily based on identification as an individual from a racial and/or ethnic minority group and/or by low socioeconomic status (SES) in society." (A true and correct copy of the NIMHD health disparities fact sheet is attached hereto as **Exhibit C**.)  The project was therefore squarely aligned with NIDA's published strategic plan.

18.    I have no idea how to address any agency concerns or recharacterize or revise my project in a way that would achieve its goals and complies with agency priorities that exclude transgender people and the intersectional health needs of LGBTQI+ people.

19.    I rely on grant support to fund not just my scientific investigations and my salary, but also the salary of my staff.  The termination of my grant created immediate and substantial gaps in my salary and in the salaries of nearly a dozen staff and collaborators across the country. I've gone to great lengths to help staff find security, but there have already been at least 15 terminations within my Institute and I anticipate many more in the coming weeks.  As a result, several staff members who still have their jobs have informed me that they are leaving because they cannot deal with the uncertain funding environment of the NIH.  We are all on edge daily.

20.    The termination of these grants stalls important scientific progress that has been made.  When I began in this field almost 20 years ago, there were very few scientists studying LGBTQI+ health.  The handful of studies that existed relied on small and limited datasets, but even these initial studies suggested that LGBTQI+ individuals had worse mental health and exceptionally high rates of suicide.  Building off this initial evidence, the field slowly expanded. In 2011 the Institute of Medicine (IOM) released a landmark consensus report that reviewed the

existing empirical evidence, which demonstrated massive health disparities experienced by LGBTQI+ populations, and outlined the need for a focused research agenda to improve the health of these populations. Since that report, the evidence gathered has shown that LGBTQI+ individuals experience massive population health differences in mental and physical health, and that these health differences are often driven by LGBTQI+ individuals' greater experiences of social isolation, victimization, and stress.

21.     While the field has grown substantially in the last 20 years, the group of public health researchers doing LGBTQI+ health is still small and well-connected. We build off each other's work, we work collaboratively, and we share insight and expertise as we push the science of LGBTQI+ health forward. The termination of these grants does not just stall science: it disproportionately impacts a small group of scientists who have devoted their lives to improving the health and wellbeing of LGBTQI+ individuals. At least two dozen of my personal collaborators have received NIH terminations. These terminations shatter the field and shatter the careers of each of these scientists. Academic promotions and tenure hinge on extramural support, in particular the ability to secure funds from NIH. If researchers are unable to find funding for their work, they will lose their jobs.

22.     These grant cancellations also place a disproportional burden on "early career" individuals. I mentor several early career faculty and postdoctoral scholars, each of whom did everything right: they worked hard throughout their education and have applied for and received career awards, training awards, or grants. This funding provides hard-won security after many years of struggle. But the termination of these grants has destroyed the trajectory of their careers. Many of my mentees and current collaborators are looking for new positions. Some are looking to move outside of the country. Others are looking to leave research entirely, as they see no future

for themselves if NIH is unwilling to support studies on LGBTQI+ health. The uncertainty is simply unbearable for them. I understand they must do what they can to protect themselves, but I mourn the loss of their scientific talent and perspectives on the field. It has already done incalculable harm on the people in this field.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: May 26, 2025

Dr. Michelle Birkett

# Exhibit A

**Department of Health and Human Services**
NATIONAL INSTITUTE ON DRUG ABUSE

**Notice of Award**
FAIN# R01DA061247
**Federal Award Date**
03/13/2025

## Recipient Information

**1. Recipient Name**
NORTHWESTERN UNIVERSITY
633 CLARK ST
EVANSTON, IL 60208

**2. Congressional District of Recipient**
09

**3. Payment System Identifier (ID)**
1362167817A1

**4. Employer Identification Number (EIN)**
362167817

**5. Data Universal Numbering System (DUNS)**
005436803

**6. Recipient's Unique Entity Identifier**
KG76WYENL5K1

**7. Project Director or Principal Investigator**
Michelle  Birkett, PHD
Assistant Professor
birkett@northwestern.edu
312-503-3538

**8. Authorized Official**
Trinity J Adamsel
SponsoredResearch@northwestern.edu
312-503-7955

## Federal Agency Information

**9. Awarding Agency Contact Information**
Pamela G. Fleming
Grants Management Officer
NATIONAL INSTITUTE ON DRUG ABUSE
pfleming@mail.nih.gov
301-480-1159

**10. Program Official Contact Information**
Sheba King Dunston
Scientific Review Officer
NATIONAL INSTITUTE ON DRUG ABUSE
dunstonsk@mail.nih.gov
240-276-6170

## Federal Award Information

**11. Award Number**
1R01DA061247-01

**12. Unique Federal Award Identification Number (FAIN)**
R01DA061247

**13. Statutory Authority**
42 USC 241  42 CFR 52

**14. Federal Award Project Title**
SILOS: Structural Inequities across Layers Of Social-Context as Drivers of HIV and Substance Use

**15. Assistance Listing Number**
93.279

**16. Assistance Listing Program Title**
Drug Abuse and Addiction Research Programs

**17. Award Action Type**
New Competing (REVISED)

**18. Is the Award R&D?**
Yes

### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 08/01/2024 – **End Date** 03/12/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0 |
| 20 a.  Direct Cost Amount | $0 |
| 20 b.  Indirect Cost Amount | $0 |
| **21.** Authorized Carryover | |
| **22.** Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $777,568 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $777,568 |
| **26. Project Period Start Date** 08/01/2024 – **End Date** 03/12/2025 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $777,568 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Pamela G. Fleming

## 30. Remarks

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Notice of Award



*RESEARCH*
Department of Health and Human Services
National Institutes of Health

NATIONAL INSTITUTE ON DRUG ABUSE



**SECTION I – AWARD DATA – 1R01DA061247-01 REVISED**

**Principal Investigator(s):**
Michelle  Birkett, PHD

**Award e-mailed to:** OSR-Awards@northwestern.edu

Dear Authorized Official:

The National Institutes of Health hereby revises this award  (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to NORTHWESTERN UNIVERSITY CHICAGO in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241  42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute On Drug Abuse of the National Institutes of Health under Award Number R01DA061247. The content is solely the responsibility of the authors and does not necessarily represent the official views of   the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Pamela G. Fleming
Grants Management Officer
NATIONAL INSTITUTE ON DRUG ABUSE

Additional information follows

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| **Federal Direct Costs** | $510,743 |
| **Federal F&A Costs** | $266,825 |
| **Approved Budget** | $777,568 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $777,568 |
| **TOTAL FEDERAL AWARD AMOUNT** | $777,568 |

**AMOUNT OF THIS ACTION (FEDERAL SHARE)** $0

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| YR | THIS AWARD | CUMULATIVE TOTALS |
| 1 | $777,568 | $777,568 |

**Fiscal Information:**
| | |
|---|---|
| **Payment System Identifier:** | 1362167817A1 |
| **Document Number:** | RDA061247A |
| **PMS Account Type:** | P (Subaccount) |
| **Fiscal Year:** | 2024 |

| IC | CAN | 2024 |
|---|---|---|
| DA | 8472628 | $777,568 |

**NIH Administrative Data:**
**PCC**: EB/SKD / **OC**: 41021 / **Released**: 03/13/2025
**Award Processed:** 03/14/2025 12:10:28 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 1R01DA061247-01  REVISED**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 1R01DA061247-01  REVISED**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

a. The grant program legislation and program regulation cited in this Notice of Award.
b. Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
c. 45 CFR Part 75.
d. National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
e. Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
f. This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):** All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VII Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.   See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R01DA061247. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.


 This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section 8.6 Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final expenditure Federal Financial Report (FFR) (SF 425) must be submitted through the Payment Management System (PMS) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section 8.6.1 Financial Reports, http://grants.nih.gov/grants/policy/policy.htm#gps, for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the real-time cash drawdown data in PMS. NIH will close the awards using the last recorded cash drawdown level in PMS for awards that do not require a final FFR on expenditures.  It is important to note that for financial closeout, if a grantee fails to submit a required final expenditure FFR, NIH will close the grant using the last recorded cash drawdown level.

A Final Invention Statement and Certification form (HHS 568), (not applicable to training, construction, conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 568 form may be downloaded at: http://grants.nih.gov/grants/forms.htm.  This paragraph does not apply to Training grants, Fellowships, and certain other programs—i.e., activity codes C06, D42, D43, D71, DP7, G07, G08, G11, K12, K16, K30, P09, P40, P41, P51, R13, R25, R28, R30, R90, RL5, RL9, S10, S14, S15, U13, U14, U41, U42, U45, UC6, UC7, UR2, X01, X02.

Unless an application for competitive renewal is submitted, a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal application is submitted prior to that date, then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at: https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any other specific requirements set forth in the terms and conditions of the award must also be addressed in the Interim or Final RPPR. *Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.*

NIH requires electronic submission of the final invention statement through the Closeout feature in the Commons.

NOTE:  If this is the final year of a competitive segment due to the transfer of the grant to another institution, then a Final RPPR is not required.  However, a final expenditure FFR is required and must be submitted electronically as noted above.  If not already submitted, the Final Invention Statement is required and should be sent directly to the assigned Grants Management Specialist.


Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the

basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.


**Treatment of Program Income:**
Additional Costs

---

**SECTION IV – DA SPECIFIC AWARD CONDITIONS – 1R01DA061247-01  REVISED**


Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

**REVISION #1 - TERMINATION**

This award related to diversity, equity, and inclusion ("DEI") no longer effectuates agency priorities.  Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans. Therefore, it is the policy of NIH not to prioritize such research programs. It is the policy of NIH not to further prioritize these research programs.  Therefore, the award is terminated.  Northwestern University at Chicago may request funds to support patient safety and orderly closeout of the project

Please be advised that your organization, as part of the orderly closeout process, will need to submit the necessary closeout documents (i.e. Final Research Performance Program Report (F-RPPR), Final Invention Statement (FIS), and the Final Federal Financial Report (FFR)) within 120 days of the end date of this grant to avoid unilateral closeout.

NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 8.5.2. This revised award represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be dated no later than 30 days after the date of this notice.

This revision supersedes Notice of Award (NoA) issued 10/28/2024.
_____

**REVISION # 2 - HUMAN SUBJECTS RESOLVED**
This revised award reflects NIDA's acceptance of the certification of Institutional Review Board (IRB) approval for the recipient and releases the restriction on the Notice of Award issued on - 07/19/24.  Accordingly, the special condition prohibiting research involving human subjects is removed as of the effective date of the IRB approval. See the NIH Grants Policy Statement, section on Human Subjects Protections http://grants.nih.gov/policy/nihgps/index.htm for specific requirements related to the protection of human subjects, which are applicable to this term and condition of award.

This revision supersedes Notice of Award (NoA) issued on 07/19/24. All other terms below remain applicable.

**REVISION # 1 - OTHER SUPPORT REQUIREMENTS RESOLVED**
This revised award approves the Other Support and removes the restriction which prohibited the drawdown and obligation of funds for Drs. Birkett, Janulis, and Motley submitted on 07/15/2024 through the Just In Time information.

This revision supersedes Notice of Award (NoA) issued 07/19/24.  All other terms below remain applicable.

**FY2024 FUNDING**
The award amount for the current year is based upon IRG/Council recommendations, cost analysis, program priorities and availability of funds.

**NOFO REQUIREMENTS**
This award is subject to the requirements detailed in RFA-DA-23-061, entitled "NIDA REI: Reaching Equity at the Intersection of HIV and Substance Use: Novel Approaches to Address HIV Related Health Disparities in Underserved Racial and/or Ethnic Populations (R01 Clinical Trial Optional)", posted on 10/14/2022, which are incorporated by reference as terms and conditions of this award.

The NOFO is available here: RFA-DA-23-061: NIDA REI: Reaching Equity at the Intersection of HIV and Substance Use: Novel Approaches to Address HIV Related Health Disparities in Underserved Racial and/or Ethnic Populations (R01 Clinical Trial Optional) (nih.gov).

**BUDGET PERIOD**
Future year anniversary dates for this grant will be June 1 and the Research Performance Progress Report (RPPR) is due on March 15.

**CONSORTIUM ACTIVITY**
This award includes funds awarded for consortium activities.  Consortia are to be established and administered as described in the NIH Grants Policy Statement (NIH GPS), Section on Consortium Agreements - http://grants.nih.gov/policy/nihgps/index.htm.

The recipient is reminded of the *NIH Final Updated Policy Guidance for Subaward/Consortium Written Agreements* as published in the NIH Guide notice NOT-OD-23-182 on September 15, 2023 with an effective date of January 1, 2024.  The notice can be found here: https://grants.nih.gov/grants/guide/notice-files/NOT-OD-23-182.html

**NIDA TERMS**

In conjunction with the Acknowledgment of Federal Funding Requirement (as specified in the NIH Grants Policy Statement, Appropriation Mandates http://grants.nih.gov/policy/nihgps/index.htm), in order to most effectively disseminate research results, advance notice should be given to NIDA that research findings are about to be published so that we may coordinate accurate and timely release to the media. This information will be embargoed until the publication date. Please see the NIDA Special Considerations Page for guidance on coordination with the NIDA Press Office at https://www.drugabuse.gov/funding/special-considerations-for-nida-funding, or contact the NIDA Press Office at media@nida.nih.gov.

Please see Special Considerations for NIDA Funding Opportunities and Awards at https://www.drugabuse.gov/funding/special-considerations-for-nida-funding.

Data Management and Sharing Policy: Applicable

This project is expected to generate scientific data. Therefore, the Final NIH Policy for Data Management and Sharing applies. The approved Data Management and Sharing (DMS) Plan is hereby incorporated as a term and condition of award, and the recipient shall manage and disseminate scientific data in accordance with the approved plan. Any significant changes to the DMS Plan (e.g., new scientific direction, a different data repository, or a timeline revision) require NIH prior approval. Failure to comply with the approved DMS plan may result in suspension and/or termination of this award, withholding of support, audit disallowances, and/or other appropriate action. See NIH Grants Policy Statement Section 8.2.3 for more information on data management and sharing expectations.

| Budget | Year 1 |
|---|---|
| DMS Costs | $0 |

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 1R01DA061247-01 REVISED

**INSTITUTION:** NORTHWESTERN UNIVERSITY CHICAGO

| Facilities and Administrative Costs | Year 1 |
|---|---|
| F&A Cost Rate 1 | 60% |
| F&A Cost Base 1 | $444,708 |
| F&A Costs 1 | $266,825 |

# Exhibit B

 

March 12, 2025

Trinity J Adamsel
Northwestern University
SponsoredResearch@northwestern.edu

Dear Trinity Adamsel:

Funding for Project Number 1R01DA061247-01  is hereby terminated pursuant to the 2024
National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2).
This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on August
1,2024, and "obligations generally should be determined by reference to the law in effect when
the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative
agreements and is incorporated by reference in all NIH grant and cooperative agreement
awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in
part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. §
200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to
the greatest extent authorized by law, if an award no longer effectuates the program goals or
agency priorities."

This award no longer effectuates agency priorities. Research programs based primarily on
artificial and non-scientific categories, including amorphous equity objectives, are antithetical to
the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns
on investment, and ultimately do not enhance health, lengthen life, or reduce illness.  Worse, so-
called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful
discrimination on the basis of race and other protected characteristics, which harms the health of
Americans.  Therefore, it is the policy of NIH not to prioritize such research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the
recipient an opportunity to take appropriate corrective action before NIH makes a termination

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.
[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373
[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).
[4] 2024 Policy Statement at IIA-1.
[5] *Id.* at IIA-155.

decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]


Sincerely,



Michelle G. Bulls, on behalf Pam Fleming, Chief Grants Management Officer, NIDA
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[6] 2024 Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

# Exhibit C

# What Are Health Disparities?

Health disparities are largely preventable health differences that adversely affect populations who experience greater challenges to optimal health and are closely linked with intergenerational social, economic, and/or environmental disadvantages—primarily based on identification as an individual from a racial and/or ethnic minority group and/or by low socioeconomic status (SES) in society.

Health disparities may be observed in the risks, prevalence, or problems resulting from specific behaviors, as well as the incidence, prevalence, and mortality from conditions, diseases, and/or disorders. Health disparities also can be observed in health care access, quality, and utilization, and within the delivery of clinical care.

## Understanding and Addressing Health Disparities

Racial and ethnic minority populations and low SES groups, on average, are facing high rates of most chronic diseases, medical comorbidities, and other health problems. These health disparities may be exacerbated by intersecting factors such as living in an underserved rural location, living with a disability, or identification with a sexual minority group. Intergenerational social disadvantages and discrimination are common threads that link all populations that experience health disparities.

Race and ethnicity are social constructs that should not be applied as a proxy for human genetic variation. The use of race and ethnicity as proxies for human genetic similarity can lead to conflation between social groups and genetic heritage.

SES is also a social construct with various indicators, such as educational attainment, employment, and income. There is a need for integrative and holistic research that provides explanations for the mechanisms by which structural, environmental, biological, and other contextual factors interact in additive and nonadditive ways to contribute to disease etiology and health outcomes.

See the NIMHD Research Framework for more information.

Addressing health disparities in a meaningful way requires a comprehensive view of how health is maintained, improved, or worsened via modifiable influences, which include, but are not limited to:

- Factors such as barriers to high-quality health care, and adverse environmental and macro-level exposures (physical, chemical, and/or community-related elements) that may impact individual level factors such as:

1. **Biological factors and reactions**
   *(e.g., age, inherited conditions, stress hormones, metabolic perturbations)*

2. **Gene expression**
   *(e.g., social epigenetics)*

3. **Lifestyle and behavioral factors**
   *(e.g., tobacco use, physical activity, food consumption, decision-making)*




National Institute on Minority Health and Health Disparities

   

## What Are Metrics of Health and Health Care Disparities?

Health disparities can be identified based on *significantly greater* or *disproportionate* morbidity or premature mortality that is preventable on one or more of the following measures:

1. Incidence and/or prevalence, including earlier onset of disease or higher prevalence of preclinical disease/biomarkers.

2. Premature or excessive mortality from specific conditions.

3. Population health disease metrics, such as life expectancy, disability-adjusted life years, or health-related quality of life.

4. Condition-specific symptoms on validated self-reported measures that reflect daily functioning in physical, cognitive, or socio-emotional domains.

5. Prevalence of short-term and/or long-term preventable complications.

6. Prevalence of modifiable risks, health risk behaviors, and adverse clinical outcomes.

7. Inadequate, untimely, or differential access, utilization, or availability of high-quality health care services.

## How Do Scientists Select an Appropriate Reference Population/Group in Racial and Ethnic Health Disparities Research*?

The choice of a reference population is important for benchmarking health outcomes and evaluating health disparities. The reference population in U.S. health disparities research has often utilized the racial majority group (i.e., White persons) as the reference group.

The traditional conceptual and analytic practices of using White persons as the reference, and thus, the standard, may perpetuate stereotypes through deficit-based hypotheses and/or interpretations. Moreover, White persons often do not have significantly better outcomes than all other populations.

The selected reference group in health disparities research must be chiefly guided by the scientific questions and potential for generalizable results. Reference group options include, but may not be limited to:

1. The majority population/group in the geographic context.

2. The population group with the best health outcome, lowest disease incidence/prevalence, lowest prevalence of risk factors, and/or lowest disease prevalence.

3. The population group with largest sample size (in the study), which is also referred to as the majority-referenced approach.

4. Setting absolute targets for outcomes based on societal goals—such as Healthy People 2030 goals—across all demographic groups, rather than focusing on variation across groups.

5. Using a positive deviance approach, which focuses on people within population groups or subgroups who are thriving or showing positive health-related outcomes despite social, economic, and/or environmental disadvantages, rather than those who are not.

*Similar reference group considerations apply to health disparities research focused on low SES groups, underserved rural communities, sexual minority groups, and people with disabilities.




National Institute on Minority Health and Health Disparities

