IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN RIGHTS, INC. d/b/a GLMA: HEALTH PROFESSIONALS ADVANCING LGBTQ+ EQUALITY; *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> NATIONAL INSTITUTES OF HEALTH; *et al.*, <br><br> *Defendants*. | Civil Action No. 8:25-cv-01620-LKG |

### DECLARATION OF DR. MONICA MOE

I, Monica Moe, hereby state as follows:

1. I am over 18 years of age, of sound mind, and in all respects competent to testify.

2. I have personal knowledge of the facts set forth in this declaration and would testify competently to those facts if called to do so.

3. Monica Moe is a pseudonym. I am submitting this declaration under a pseudonym to protect my privacy and to protect my family and me from harassment, violence, and retaliation.

4. I am a member of GLMA: Health Professionals Advancing LGBTQ+ Equality, which I understand is participating in this case on behalf of its members.

5. I am offering this declaration in my individual capacity and not on behalf of my employer.

1

6. I am an Assistant Professor at an R1 intensive research university in the Midwestern United States. My research focuses on understanding and reducing health disparities affecting LGBTQI+ populations.

7. I earned a Doctor of Philosophy in Psychology in 2016 from an R1 research intensive university in the United States. I went on to complete a two-year postdoctoral fellowship.

8. Over the course of my career, I have published numerous peer-reviewed journal articles and received NIH funding for my research, which has focused on identifying risk factors for substance use and mental health problems in sexual and gender minority populations.

9. In 2023, I received a five-year R01 award from the National Institute on Drug Abuse. I received an approximate $1,500,000 in funding, with another $2,000,000 that was promised but not received. The project identified factors associated with an increased risk for substance use among LGBTQI+ individuals, who are significantly more likely than heterosexual and cisgender individuals to have substance use disorder. Our study aimed to identify interventions that could reduce the rates of substance use disorder in this population.

10. In mid-March 2025, NIH sent a letter to the university at which I work stating that it had terminated the funding for my grant. The letter did not state that I had failed to comply with any terms of my award. Nor did the letter provide any evidence- or data-based reasons for the termination or contain any specific information about my project at all. Rather, it stated that "[t]his award no longer effectuates agency priorities." The NIH's termination letter asserted that "[r]esearch programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans." The letter did not explain how research on substance use disorders is unscientific or why it fails to enhance the health

of many Americans. I contest these assertions. I believe my work is scientific and can lead to enhanced health for many Americans, as did the NIH when it funded my grant.

11.     In my grant proposal, I intentionally crafted a project that aligned with the goals of the Notice of Funding Opportunity issued by the National Institute on Drug Abuse ("NIDA"), the NIH institute that funded my project. For example, NIDA's Strategic Plan for Fiscal Years 2022-2026 identifies cross cutting themes that apply across all of its five priority areas.[1] Two of these themes are to "Understand Sex, Sexual Orientation, and Gender Differences" and to "Identify and Develop Approaches to Reduce Health Disparities."

12.     Since receiving the grant funding, I have ensured that the project continues to align with those goals and follows the nondiscrimination laws and regulations that I agreed to follow when I accepted the funding. However, these goals and the nondiscrimination laws seem to be in direct conflict with the language used in this termination letter, which seeks to exclude transgender people and the intersectional health needs of LGBTQI+ people.

13.     The termination letter stated that the university could appeal the termination decision within 30 days of receipt. The university appealed the termination decision.

14.     However, it seems unlikely that the appeal will have any chance of success, given the following language in the termination notice: "[N]o corrective action is possible here. The premise of [my project] is incompatible with agency priorities, and no modification of the project could align the project with agency priorities."

15.     At the time our funding was terminated, the project team had recruited more than 600 participants and completed two out of five waves of our longitudinal study. With the termination, the team is unable to complete the remaining waves of data collection. To test the

---

[1] NIDA's 2022-2026 Strategic Plan is located at: https://perma.cc/S9PV-RTLV.

3

theoretical model proposed in our grant application, the project requires all five waves to be complete. This will significantly limit our understanding of how to prevent and treat substance use disorder in LGBTQI+ individuals, which was the purpose of the grant.

16. Separately, in 2024, I received a different five-year R01 award from the National Institute of Mental Health. To date, we have received approximately $800,000 of the total $3.6 million in funding. This project is an accelerated longitudinal study examining the risk of depression and suicidal ideation from adolescence to young adulthood in LGBTQI+ individuals, who are disproportionately affected by these mental health issues. By examining unique risk and protective factors for depression and suicidal ideation in LGBTQI+ adolescents and young adults, we hoped to develop tailored interventions to reduce negative mental health outcomes in this population.

17. On March 20, 2025, NIH sent a letter to the university at which I work stating that it had terminated the funding for this grant as well. This letter looks nearly identical to the first. It did not state that I had failed to comply with any terms of my award. Nor did the letter provide any evidence- or data-based reasons for the termination or engage with the specifics of my project. Rather, it stated that "[t]his award no longer effectuates agency priorities." The NIH's termination letter asserted that "[r]esearch programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans." The letter did not explain how research interventions to reduce depression and suicidal ideation among at-risk adolescents and young adults is unscientific or why it fails to enhance the health of many Americans. As with the first, I contest these accusations.

18. The termination letter stated that the university could appeal the termination decision within 30 days of receipt. The university appealed the termination decision.

19.     Similarly, I cannot imagine a nondiscriminatory reason for terminating this grant, given that we worked to ensure that our research aligned with the goals of the NIMH, which funded it.

20.     For example, one of the goals set in the NIMH's current Strategic Plan adopted in 2020, is to "Examine Mental Illness Trajectories Across the Lifespan."[2] This goal includes the "need to identify clinically useful biomarkers, behavioral indicators, and measures of social-environmental exposures with high predictive value to guide the use of preventive interventions across diverse populations, environments, and developmental and aging processes," as well as attaining a "greater understanding" of mental illness by examining exposures such "social factors such as violence, discrimination, or harassment."[3]

21.     I have no idea how to address any agency concerns that seek to exclude the populations we study, and I was not given an opportunity to do so. My grant manager did not call me to discuss this grant or any failures of our work before it was terminated.

22.     Similarly, the termination notice included the following language: "The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities."

23.     At the time the funding for this grant was terminated, we had already selected and programmed study surveys, developed study protocols, and were about to begin data collection. If the grant remains terminated, these efforts will have been wasted, and we will be no closer to tailoring interventions to reduce negative mental health outcomes for sexual and gender minorities.

---

[2] The NIMH Strategic Plan, as adopted in 2020 and modified in May 2025, is available at: https://perma.cc/B3UV-FAGM
[3] *See* https://perma.cc/23BU-WY8A

5

It is hard to imagine that it is not an agency priority to reduce negative mental health outcomes when that seems to be an explicit priority of the Make America Healthy Again campaign.

24. The sudden termination of funding for both projects will negatively impact the trajectory of my career. I am not a tenured professor, and the terminations have reduced my likelihood of receiving tenure, a career landmark for research professors. Not knowing whether I have a future in this field has been personally devastating and extremely stressful. In addition, I have been forced to terminate three staff members whose salaries were funded by these grants. Further, the termination of these studies will hinder our ability to reduce health disparities impacting LGBTQI+ individuals. LGBTQI+ individuals face unique health issues; preventing researchers from understanding risk factors and potential treatments for these issues puts these individuals at risk.

25. Prior to March 2025, NIH had never terminated a grant that supported my research. And now it is hard to imagine that they will fund any more of my work in the near future.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 25, 2025

                                                                               *Monica Moe*
                                                                                     Monica Moe