IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN RIGHTS, INC. d/b/a GLMA: HEALTH PROFESSIONALS ADVANCING LGBTQ+ EQUALITY; *et al.*,<br><br>_____*Plaintiffs*,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH; *et al.*,<br><br>_____*Defendants*. | Civil Action No. 8:25-cv-01620-LKG |

## DECLARATION OF DR. ROBERT GAROFALO, M.D.

I, Dr. Robert Garofalo, hereby state as follows:

1.    I am over 18 years of age, of sound mind, and in all respects competent to testify.

2.    I have personal knowledge of the facts set forth in this declaration and would testify competently to those facts if called to do so.

3.    I am offering this declaration only in my individual capacity as a member of GLMA: Health Professionals Advancing LGBTQ+ Equality. It does not necessarily represent the views, positions, or opinions of my employer. My statements herein are my own and not made as an employee, representative or agent of any other entity.

4.    I am a Professor of Pediatrics at the Northwestern University Feinberg School of Medicine and the founding Chief of the Division of Adolescent and Young Adult Medicine at a children's hospital in Illinois. My research focuses on the health of sexual and gender minority populations, adolescent sexuality, and HIV clinical care and prevention.

5.      I earned my medical degree from New York University School of Medicine and a

Masters in Public Health from the Harvard School of Public Health. In 2010, I was appointed to

the National Academy of Science/Institute of Medicine Committee on LGBT Health Issues and

Research Gaps and Opportunities. I joined the faculty at Northwestern in 2001. That same year I

became the Medical Director of Adolescent HIV Services at a children's hospital in Illinois. I

have served as the Chief of the Division of Adolescent and Young Adult Medicine at that hospital

since the Division's founding in 2013.

6.      I have published more than 200 peer-reviewed manuscripts in academic journals. I

am the founding Editor-in-Chief of the journal *Transgender Health*. In 2021, I co-authored the

book *When Dogs Heal: Powerful Stories of People Living with HIV and the Dogs That Saved

Them.*

7.      I came of age academically during the height of the HIV epidemic. While I was

still in medical school, I took a sabbatical and worked as a receptionist at an HIV testing center

and AIDS clinic in Washington, D.C. When I saw the destruction of this disease—the lives it tore

apart and the lives lost—I knew in my soul that I would spend my career working with the

communities impacted by HIV. It is not just my job—it is my calling.

8.      HIV does not affect populations evenly or equally. We have known for more than

four decades that HIV disproportionately impacts sexual and gender minority populations;

understanding those disparities and tailoring interventions to meet the needs of these populations

is of paramount importance to this work and to continued efforts to end the epidemic.

9.      I have applied for and received 20 grants from National Institutes of Health ("NIH")

over the course of my career as Principal Investigator ("PI") or one of Multiple Principal

Investigators ("MPIs") and more than 30 additional grants from NIH as a Co-Investigator ("Co-

2

I"). I have been consistently funded without interruption by NIH grants for over twenty years, supporting approximately 75-90% of my annual salary. My NIH-funded research has spanned diverse sexual and gender minority populations and has included research on outcomes across the HIV care continuum. The NIH has funded my research in both domestic and global settings. I have received funding from multiple NIH Institutes including the National Institute of Child Health and Human Development, the National Institute of Mental Health, the National Institute on Drug Abuse, the National Institute on Minority Health and Health Disparities, the National Institute of Nursing Research, the National Institute of Allergy and Infectious Diseases, and the National Institute on Alcohol Abuse and Alcoholism.

10.     In April 2024, I received a grant (Award Number 5R01MD019181-02) as an MPI in the amount of $2,154,447.00 to support my research, titled "MyPEEPS Mobile Plus: A Multi-Level HIV Prevention Intervention for Young Men Who Have Sex With Men." The study's purpose was to help young sexual minority men from across the U.S. reduce their risk of acquiring HIV. The study used a randomized controlled design to test the efficacy of virtual peer navigation—an evidence-based prevention strategy—in promoting the uptake of PrEP (pre-exposure prophylaxis), a well-established and highly efficacious biomedical HIV prevention strategy. A true and correct copy of the notice of award ("NOA") for the grant is attached hereto as **Exhibit A**.

11.     In March 2025, I received a letter from NIH stating that it had terminated my funding. The letter did not state that I had failed to comply with any terms of my award. Rather, it stated that the grant "no longer effectuates agency priorities." The NIH's termination letter asserted that "[r]esearch programs based on primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to

3

expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness." The letter did not explain how research on HIV prevention and intervention is unscientific or why it fails to enhance health, lengthen life, or reduce illness. A true and correct copy of the termination notice is attached hereto as **Exhibit B**.

12.     The project began the intervention phase of the randomized clinical trial in March of 2025, with less than 10 of the proposed 500 participants actively enrolled. The termination resulted in staff disruption and denied young men at high-risk of acquiring HIV access to an efficacious prevention intervention with potential to connect them to health care services (e.g. PrEP) that would reduce their risk of acquiring HIV.

13.     In August 2024 I received a grant (Award Number 4UH3AI169658-03) as an MPI in the amount of $6,295,813.00 to support my research, titled "MyPEEPS Mobile LITE: Limited Interaction Efficacy Trial of MyPEEPS Mobile to Reduce HIV Incidence and Better Understand the Epidemiology of HIV Among Young Men Who Have Sex With Men." The study was designed to better understand the epidemiology of HIV infection among a national cohort of young sexual minority men 17-29 years of age, and to test the efficacy of an evidence-based mobile Health ("mHealth") sexual risk reduction intervention (MyPEEPS Mobile) developed by our research team on the acquisition of HIV. If effective, the MyPEEPS mobile intervention has the potential to help curb the spread of HIV in demographic groups at elevated risk of acquiring the infection. A true and correct copy of the NOA for the grant is attached hereto as **Exhibit C**.

14.     In March 2025, I received a letter from NIH stating that it had terminated my funding. The letter did not state that I had failed to comply with any terms of my award. Rather, it stated that the grant "no longer effectuates agency priorities." The NIH's termination letter asserted that "[r]esearch programs based on gender identity are often unscientific, have little

4

identifiable return on investment, and do nothing to enhance the health of many Americans. Many such studies ignore, rather than seriously examine, biological realities." The letter did not explain how research on HIV prevention and intervention in young men is unscientific, how it is related to gender identity, or why it fails to enhance health. A true and correct copy of the termination notice is attached hereto as **Exhibit D**.

15.     This project enrolled more than 3000 young men from across the U.S., including men from all 50 states. NIH terminated the award amid enrollment and intervention deployment, which resulted in abrupt and traumatic staff terminations. As a result of the sudden loss of funding, the participants enrolled in the study will be denied access to our sexual risk reduction intervention, as well as to the home-based HIV testing that occurred throughout the duration of the study. By terminating research projects such as this, which sought to test practical and scalable interventions to quicken the pace of HIV elimination through a focus on adolescent and young adult men most at-risk of HIV infection, we backtrack on our progress to meet the 2030 goal. Additionally, given the premature termination of all research activities, much of the data already collected is not sufficient to either disseminate or to test our original proposed aims.

16.     In September 2024 I received a grant (Award Number 5UG1HD113160-02) as a PI in the amount of $2,654,230.00 to support my research with, titled "Intensive Combination Approach to Rollback the HIV Epidemic in Nigerian Youth (iCARE) Plus Effectiveness / Implementation Hybrid Study." The study was designed to implement two different outreach strategies—SMS text messaging and social media—to help HIV-positive adolescents and young adults take their medications and to promote testing and HIV-preventative behaviors in people, specifically young sexual minority men, ages 15-24 across all six of Nigeria's geopolitical zones.

A true and correct copy of the notice of award ("NOA") for the grant is attached hereto as **Exhibit E.**

17.    In March 2025, I received a letter from NIH stating that it had terminated my funding. The letter did not state that I had failed to comply with any terms of my award. Rather, it stated that the grant "no longer effectuates agency priorities." The NIH's termination letter asserted that "[r]esearch programs based on primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness." The letter did not explain how research on HIV prevention and intervention is unscientific or why it fails to enhance health, lengthen life, or reduce illness. A true and correct copy of the termination notice is attached hereto as **Exhibit F.**

18.    This project began enrollment in Nigeria in January 2025. There were more than 350 people enrolled at the time my grant was terminated. The termination is devastating to the staff and research infrastructure we have built in Nigeria since 2017. Dozens of staff in Nigeria will lose their jobs, and the hundreds of enrollees will no longer benefit from their involvement in the research or from its results. In other words, hundreds of HIV+ adolescents will be denied access to an intervention that could help them achieve better HIV health outcomes; and thousands of sexual minority men will be denied access to an intervention that could help them access HIV testing and other preventative health care services. These losses could contribute to the development of advanced HIV disease and lead to increased HIV transmissions which result in the continuation of an uncontrolled HIV epidemic in Nigeria, where interventions for HIV prevention and treatment and treatment are sorely needed.

6

19.     In September 2023, I was a Co-I on a grant issued in the amount of $5,122,427.00. The grant (Award Number 5U01HD108738-03) supported research titled "Harnessing the Power of Text Messaging to Reduce HIV Incidence in Adolescent Males Across the United States." The study was designed as a randomized controlled clinical trial to test the efficacy of an innovative and evidence-informed SMS text messaging prevention and sexual risk reduction intervention with adolescent sexual minority men 14-18 years of age on the acquisition of HIV. If effective, the intervention had promise to curb the spread of HIV infection among adolescent sexual minority men long into adulthood. A true and correct copy of the notice of award ("NOA") for the grant is attached hereto as **Exhibit G**.

20.     In March 2025, the NIH terminated the grant's funding. The termination letter did not state that the researchers had failed to comply with any terms of the award. Rather, it stated that the grant "no longer effectuates agency priorities." The NIH's termination letter asserted that "[r]esearch programs based on primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness." The letter did not explain how research on HIV prevention and intervention is unscientific or why it fails to enhance health, lengthen life, or reduce illness. A true and correct copy of the termination notice is attached hereto as **Exhibit H**.

21.     More than 600 adolescent men were enrolled in this study at the time the grant was terminated. The grant termination results in the loss of staff as well as a sudden and unexpected disruption of all research-related activities including loss of access to the of the intervention's sexual risk reduction content as well as access to the home-based HIV testing that occurred throughout the course of the study.

22.      In July 2024 I was a Co-I on a grant issued in the amount of $1,872,429.00. The grant (Award Number 5R01NR020309-04) supported research titled "Harnessing the Power of Technology to Develop a Population-Based HIV Prevention Program for Trans Girls." The study was designed to develop and then test for efficacy a SMS text messaging intervention to reduce sexual risk among young transgender women as well as to promote HIV testing and the initiation of PrEP. If successful, the intervention had promise to help curb the HIV epidemic among young transgender women at very high risk of infection acquisition long into adulthood. A true and correct copy of the notice of award ("NOA") for the grant is attached hereto as **Exhibit I**.

23.      In March 2025, the NIH terminated the grant's funding. The termination letter did not state that the researchers had failed to comply with any terms of the award. Rather, it stated that the grant "no longer effectuates agency priorities." The NIH's termination letter asserted that "[r]esearch programs based on primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness." The letter did not explain how research on HIV prevention and intervention is unscientific or why it fails to enhance health, lengthen life, or reduce illness. A true and correct copy of the termination notice is attached hereto as **Exhibit J**.

24.      More than 100 young people were actively enrolled in research activities at the time of termination. The grant's termination resulted in staff termination as well as a sudden and unexpected disruption in all research activities, including access to intervention content and HIV testing activities.

25.      Prior to March 2025, NIH had never terminated a grant that supported my research.

8

26.     The termination letters I received stated I could appeal the decisions within 30 days of receiving notice but also stated that "no corrective action is possible here."

27.     Appeals for the termination of the grants that support my research have been submitted.

28.     I have no idea why the grants were terminated given the work I did to ensure the research aligned with the goals of the ICs that funded the grants, and I have no idea how to address any agency concerns or recharacterize or revise my projects in a way that would achieve their goals and comply with agency priorities that exclude transgender people and the intersectional health needs of LGBTQI+ people.

29.     I also do not know whether the appeals have any chance of success, given the following language from each of the termination notices I received: "The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities."

30.     In addition to these grant terminations, I have also had NOAs for pending NIH grant renewals withheld for months. I have heard nothing from the NIH since January 2025 on a grant for a study titled "The Impact of Early Medical Treatment in Transgender Youth," an R01 grant for which I am an MPI. The grant for a study titled "Digital, Limited Interaction Efficacy Trial of LifeSkills Mobile to Reduce HIB Incidence in Young Transgender Women," a U01 grant for which I am a Co-I, expired in February 2025 and has not been renewed. The grant for a study titled "Efficacy of an mHealth + eNavigator Stepped Care Intervention for ART adherence among Latino MSM," an R01 grant for which I am a Co-I, expired in April 2025 and has not been renewed.

9

31.    I have devoted my career to academic research focused on adolescent and young adult HIV and/or sexual and gender minority populations; specifically on the development, implementation, and dissemination of evidence-based prevention or health prompting interventions. Between these and other grant terminations, and the prematurely expired awards, my salary has gone from 90% funded by NIH grants to less than 10%—in the span of just a few weeks. This unexpected disruption has caused me significant distress and confusion as I navigate my career, professional obligations and a now uncertain future. This is especially true as my faculty position is not tenured and therefore reliant on the salary support I had secured though these NIH grant awards. The terminations also have denied thousands of participants access to research which had the reasonable potential to mitigate health disparities, improve health and reduce HIV acquisition.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: May 26, 2025

_____
Dr. Robert Garofalo

# Exhibit A

Department of Health and Human Services
Case 1:25-cv-03612-UA National Institutes of Health Document 64-15 Filed 05/28/25 Page 12 of 83 FAIN # R01MD019181
NATIONAL INSTITUTE ON MINORITY HEALTH AND HEALTH DISPARITIES

Notice of Award
Federal Award Date
03/20/2025

## Recipient Information

**1. Recipient Name**
THE TRUSTEES OF COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK
630 W 168TH ST FL 4
NEW YORK, NY 10032

**2. Congressional District of Recipient**
13

**3. Payment System Identifier (ID)**
1135598093A1

**4. Employer Identification Number (EIN)**
135598093

**5. Data Universal Numbering System (DUNS)**
621889815

**6. Recipient's Unique Entity Identifier**
QHF5ZZ114M72

**7. Project Director or Principal Investigator**
Rebecca  Schnall, PHD (Contact)
Professor
rb897@columbia.edu
212-342-6886

**8. Authorized Official**
William Berger

## Federal Agency Information

**9. Awarding Agency Contact Information**
Sy Shackleford

NATIONAL INSTITUTE ON MINORITY
HEALTH AND HEALTH DISPARITIES
shacklefords@mail.nih.gov
301-402-1366

**10. Program Official Contact Information**
ANGELA R Fernandez
Health Scientist Adminsitrator/program
Official
NATIONAL INSTITUTE ON MINORITY
HEALTH AND HEALTH DISPARITIES
angela.fernandez@nih.gov
(301) 451-6950

## Federal Award Information

**11. Award Number**
5R01MD019181-02

**12. Unique Federal Award Identification Number (FAIN)**
R01MD019181

**13. Statutory Authority**
42 USC 241  42 CFR 52

**14. Federal Award Project Title**
MyPEEPS Mobile Plus: A Multi-Level HIV Prevention Intervention for Young MSM

**15. Assistance Listing Number**
93.307

**16. Assistance Listing Program Title**
Minority Health and Health Disparities Research

**17. Award Action Type**
Non-Competing Continuation (REVISED)

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
| --- | --- |
| **19. Budget Period Start Date** 04/01/2024 – **End Date** 03/20/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0 |
| 20 a.  Direct Cost Amount | $0 |
| 20 b.  Indirect Cost Amount | $0 |
| 21. Authorized Carryover | |
| 22. Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $989,833 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $989,833 |
| ------------------------------------------------------------- | |
| **26. Project Period Start Date** 09/21/2023 – **End Date** 03/20/2025 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $2,154,447 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Priscilla  Grant

## 30. Remarks

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.



Notice of Award

RESEARCH
Department of Health and Human Services
National Institutes of Health



NATIONAL INSTITUTE ON MINORITY HEALTH AND HEALTH DISPARITIES

---

**SECTION I – AWARD DATA – 5R01MD019181-02 REVISED**

**Principal Investigator(s):**
Robert  Garofalo, MD
Rebecca  Schnall (contact), PHD

**Award e-mailed to:** grants-office@columbia.edu

Dear Authorized Official:

The National Institutes of Health hereby revises this award  (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to COLUMBIA UNIVERSITY HEALTH SCIENCES in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241  42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute On Minority Health And Health Disparities of the National Institutes of Health under Award Number R01MD019181. The content is solely the responsibility of the authors and does not necessarily represent the official views of  the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Priscilla  Grant
Grants Management Officer
NATIONAL INSTITUTE ON MINORITY HEALTH AND HEALTH DISPARITIES

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---:|
| **Salaries and Wages** | $168,815 |
| **Fringe Benefits** | $49,463 |
| **Personnel Costs (Subtotal)** | $218,278 |
| **Materials & Supplies** | $2,000 |
| **Travel** | $5,500 |
| **Other** | $119,536 |
| **Subawards/Consortium/Contractual Costs** | $399,993 |
| **Publication Costs** | $3,000 |
| **ADP/Computer Services** | $6,520 |
| | |
| **Federal Direct Costs** | $754,827 |
| **Federal F&A Costs** | $235,006 |
| **Approved Budget** | $989,833 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $989,833 |
| **TOTAL FEDERAL AWARD AMOUNT** | $989,833 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $0 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 2 | $989,833 | $989,833 |

**Fiscal Information:**

| | |
|---|---|
| **Payment System Identifier:** | 1135598093A1 |
| **Document Number:** | RMD019181A |
| **PMS Account Type:** | P (Subaccount) |
| **Fiscal Year:** | 2024 |

| IC | CAN | 2024 |
|---|---|---|
| MD | 8019793 | $989,833 |

**NIH Administrative Data:**
**PCC:** CPS11 / **OC:** 41025 / **Released:** 03/20/2025
**Award Processed:** 03/21/2025 12:08:31 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 5R01MD019181-02  REVISED**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 5R01MD019181-02  REVISED**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

   a.  The grant program legislation and program regulation cited in this Notice of Award.
   b.  Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
   c.  45 CFR Part 75.
   d.  National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
   e.  Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
   f.  This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):** All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH

awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VII Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM). Should a consortium/subaward be issued under this award, a UEI requirement must be included.  See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R01MD019181. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

This award provides support for one or more clinical trials. By law (Title VIII, Section 801 of Public Law 110-85), the "responsible party" must register "applicable clinical trials" on the ClinicalTrials.gov Protocol Registration System Information Website. NIH encourages registration of all trials whether required under the law or not. For more information, see http://grants.nih.gov/ClinicalTrials_fdaaa/

This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section 8.6 Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final expenditure Federal Financial Report (FFR) (SF 425) must be submitted through the Payment Management System (PMS) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section 8.6.1 Financial Reports, http://grants.nih.gov/grants/policy/policy.htm#gps, for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the real-time cash drawdown data in PMS. NIH will close the awards using the last recorded cash drawdown level in PMS for awards that do not require a final FFR on expenditures.  It is important to note that for financial closeout, if a grantee fails to submit a required final expenditure FFR, NIH will close the grant using the last recorded cash drawdown level.

A Final Invention Statement and Certification form (HHS 568), (not applicable to training, construction, conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 568 form may be downloaded at: http://grants.nih.gov/grants/forms.htm.  This paragraph does not apply to Training grants, Fellowships, and certain other programs—i.e., activity codes C06, D42, D43, D71, DP7, G07, G08, G11, K12, K16, K30, P09, P40, P41, P51, R13, R25, R28, R30, R90, RL5, RL9, S10, S14, S15, U13, U14, U41, U42, U45, UC6, UC7, UR2, X01, X02.

Unless an application for competitive renewal is submitted, a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal application is submitted prior to that date, then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at: https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any other specific requirements set forth in the terms and conditions of the award must also be addressed in the Interim or Final RPPR. *Note that data*

*reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.*

NIH requires electronic submission of the final invention statement through the Closeout feature in the Commons.

NOTE: If this is the final year of a competitive segment due to the transfer of the grant to another institution, then a Final RPPR is not required. However, a final expenditure FFR is required and must be submitted electronically as noted above. If not already submitted, the Final Invention Statement is required and should be sent directly to the assigned Grants Management Specialist.

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period. The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

---

**SECTION IV – MD SPECIFIC AWARD CONDITIONS – 5R01MD019181-02 REVISED**

Clinical Trial Indicator: Yes
This award supports one or more NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

**INFORMATION**: It is the policy of NIH not to prioritize research activities that focus on DEI. This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans.  Therefore, this project is terminated. Columbia University may request funds to support patient safety and orderly closeout of the project. Funds used to support any other research activities will be disallowed and recovered. Please be advised that your organization, as part of the orderly closeout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR), **as applicable**) within 120 days of the end of this grant.

NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 8.5.2. This revised award represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be dated no later than 30 days after the date of this notice.

THE FOLLOWING TERMS FROM THE PREVIOUS NOTICE OF AWARD LETTER ISSUED ON 06/12/2024 ALSO APPLY TO THIS AWARD:

**INFORMATION**: This revised award has been issued in accordance with NIMHD's Fiscal Year 2024 funding policy for non-competing awards.


THE FOLLOWING TERMS FROM THE PREVIOUS NOTICE OF AWARD LETTER ISSUED ON 05/30/2024 ALSO APPLY TO THIS AWARD:

**INFORMATION**: This revised award has been issued in accordance with NIMHD's Fiscal Year 2024 funding policy for non-competing awards.


THE FOLLOWING TERMS FROM THE PREVIOUS NOTICE OF AWARD LETTER ISSUED ON 03/26/2024 ALSO APPLY TO THIS AWARD:

**INFORMATIONAL TERM**: Ongoing review of findings in prior single audit report(s) - NIH is conducting a retrospective review of the Columbia University Health Sciences' most recent single audit report based on our identification of findings reported in prior single audits. Based on the outcome of this retrospective review, NIH may unilaterally take administrative action to safeguard NIH funds in accordance with the NIH Grants Policy Statement, Section 8.5.1 "Specific or Special Award Conditions- Modification of the Terms of Award."


**REQUIREMENT**: This award is subject to the conditions set forth in RFA-MD-23-008, Multi-Level HIV Prevention Interventions for Individuals at the Highest Risk of HIV Infection (R01 Clinical Trial Optional), NIH Guide to Grants and Contracts, 02/10/2023, which is hereby incorporated by reference as special terms and conditions of this award.

Copies of this RFA may be accessed at the following internet address: https://grants.nih.gov/grants/guide/rfa-files/RFA-MD-23-008.html

Copies may also be obtained from the Grants Management Contact indicated in the terms of award.


**REQUIREMENT**: The awardee is required to follow the Data Management and Sharing Plan included in the competing application and may not implement any changes in the plan without the written prior approval of the National Institute on Minority Health and Health Disparities.


**REQUIREMENT**: The recipient is required to follow the data and safety monitoring plan included in the application and may not implement any changes in the plan without the written prior approval of the NIMHD.

**RESTRICTION**: The clinical trial(s) supported by this award is subject to the plan dated March 31st, 2023, submitted to NIH and the NIH policy on Dissemination of NIH-Funded Clinical Trial Information. The plan states that the clinical trial(s) funded by this award will be registered in ClinicalTrials.gov not later than 21 calendar days after enrollment of the first participant and primary summary results reported in ClinicalTrials.gov, not later than one year after the completion date. The reporting of summary results is required by this term of award even if the primary completion date occurs after the period of performance.

**RESTRICTION**: This award is subject to additional certification requirements with each submission of the Annual, Interim, and Final Research Performance Progress Report (RPPR). The recipient must agree to the following annual certification when submitting each RPPR. By submitting the RPPR, the AOR signifies compliance, as follows: In submitting this RPPR, the SO (or PD/PI with delegated authority), certifies to the best of his/her knowledge that, for all clinical trials funded under this NIH award, the recipient and all investigators conducting clinical trials are in compliance with the recipient's plan addressing compliance with the NIH Policy on Dissemination of NIH-Funded Clinical Trial Information. Any clinical trial funded in whole or in part under this award has been registered in ClinicalTrials.gov or will be registered not later than 21 calendar days after enrollment of the first participant. Summary results have been submitted to ClinicalTrials.gov or will be submitted not later than one year after the completion date, even if the completion date occurs after the period of performance.

**INFORMATION**: This award reflects the NIMHD's acceptance of the certification that all key personnel have completed education on the protection of human subjects, in accordance with NIH policy, "Required Education in the Protection of Human Research Participants," as announced in the June 5, 2000 NIH Guide (revised August 25, 2000) ([http://grants.nih.gov/grants/guide/notice-files/NOT-OD-00-039.html](http://grants.nih.gov/grants/guide/notice-files/NOT-OD-00-039.html)).

Any individual involved in the design and conduct of the study that is not included in the certification must satisfy this requirement prior to participating in the project. Failure to comply can result in the suspension and/or termination of this award, withholding of support of the continuation award, audit disallowances, and/or other appropriate action.

**INFORMATION**:  Unobligated balances may be used by the NIMHD to reduce or offset funding for a subsequent budget period.

Data Management and Sharing Policy: Applicable

This project is expected to generate scientific data. Therefore, the Final NIH Policy for Data Management and Sharing applies. The approved Data Management and Sharing (DMS) Plan is hereby incorporated as a term and condition of award, and the recipient shall manage and disseminate scientific data in accordance with the approved plan. Any significant changes to the DMS Plan (e.g., new scientific direction, a different data repository, or a timeline revision) require NIH prior approval. Failure to comply with the approved DMS plan may result in suspension and/or termination of this award, withholding of support, audit disallowances, and/or other appropriate action. See NIH Grants Policy Statement Section 8.2.3 for more information on data management and sharing expectations.

| Budget | Year 2 |
|---|---|
| DMS Costs | $87,637 |

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 5R01MD019181-02 REVISED

**INSTITUTION:** COLUMBIA UNIVERSITY HEALTH SCIENCES

| Budget | Year 2 |
|---|---|
| Salaries and Wages | $168,815 |
| Fringe Benefits | $49,463 |

| | |
|---|---|
| Personnel Costs (Subtotal) | $218,278 |
| Materials & Supplies | $2,000 |
| Travel | $5,500 |
| Other | $119,536 |
| Subawards/Consortium/Contractual Costs | $399,993 |
| Publication Costs | $3,000 |
| ADP/Computer Services | $6,520 |
| TOTAL FEDERAL DC | $754,827 |
| TOTAL FEDERAL F&A | $235,006 |
| TOTAL COST | $989,833 |

| Facilities and Administrative Costs | Year 2 |
|---|---|
| F&A Cost Rate 1 | 64.5% |
| F&A Cost Base 1 | $364,351 |
| F&A Costs 1 | $235,006 |

# Exhibit B

**Department of Health and Human Services**

National Institutes of Health
NATIONAL INSTITUTE ON MINORITY HEALTH AND HEALTH
DISPARITIES

**Notice of Award**
FAIN# R01MD019181
**Federal Award Date**
03/20/2025

---

## Recipient Information

**1. Recipient Name**
THE TRUSTEES OF COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK
630 W 168TH ST FL 4
NEW YORK, NY 10032

**2. Congressional District of Recipient**
13

**3. Payment System Identifier (ID)**
1135598093A1

**4. Employer Identification Number (EIN)**
135598093

**5. Data Universal Numbering System (DUNS)**
621889815

**6. Recipient's Unique Entity Identifier**
QHF5ZZ114M72

**7. Project Director or Principal Investigator**
Rebecca  Schnall, PHD (Contact)
Professor
rb897@columbia.edu
212-342-6886

**8. Authorized Official**
William Berger

---

## Federal Agency Information

**9. Awarding Agency Contact Information**
Sy Shackleford

NATIONAL INSTITUTE ON MINORITY
HEALTH AND HEALTH DISPARITIES
shacklefords@mail.nih.gov
301-402-1366

**10. Program Official Contact Information**
ANGELA R Fernandez
Health Scientist Adminsitrator/program
Official
NATIONAL INSTITUTE ON MINORITY
HEALTH AND HEALTH DISPARITIES
angela.fernandez@nih.gov
(301) 451-6950

## Federal Award Information

**11. Award Number**
5R01MD019181-02

**12. Unique Federal Award Identification Number (FAIN)**
R01MD019181

**13. Statutory Authority**
42 USC 241  42 CFR 52

**14. Federal Award Project Title**
MyPEEPS Mobile Plus: A Multi-Level HIV Prevention Intervention for Young MSM

**15. Assistance Listing Number**
93.307

**16. Assistance Listing Program Title**
Minority Health and Health Disparities Research

**17. Award Action Type**
Non-Competing Continuation (REVISED)

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---|
| **19. Budget Period Start Date** 04/01/2024 – **End Date** 03/20/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0 |
| 20 a.  Direct Cost Amount | $0 |
| 20 b.  Indirect Cost Amount | $0 |
| 21. Authorized Carryover | |
| 22. Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $989,833 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $989,833 |
| ------------------------------------------------------------ | |
| **26. Project Period Start Date** 09/21/2023 – **End Date** 03/20/2025 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $2,154,447 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Priscilla  Grant

---

## 30. Remarks

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Notice of Award



*RESEARCH*
Department of Health and Human Services
National Institutes of Health



NATIONAL INSTITUTE ON MINORITY HEALTH AND HEALTH DISPARITIES

---

**SECTION I – AWARD DATA – 5R01MD019181-02 REVISED**

**Principal Investigator(s):**
Robert  Garofalo, MD
Rebecca  Schnall (contact), PHD

**Award e-mailed to:** grants-office@columbia.edu

Dear Authorized Official:

The National Institutes of Health hereby revises this award  (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to COLUMBIA UNIVERSITY HEALTH SCIENCES in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241  42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute On Minority Health And Health Disparities of the National Institutes of Health under Award Number R01MD019181. The content is solely the responsibility of the authors and does not necessarily represent the official views of  the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Priscilla  Grant
Grants Management Officer
NATIONAL INSTITUTE ON MINORITY HEALTH AND HEALTH DISPARITIES

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| **Salaries and Wages** | $168,815 |
| **Fringe Benefits** | $49,463 |
| **Personnel Costs (Subtotal)** | $218,278 |
| **Materials & Supplies** | $2,000 |
| **Travel** | $5,500 |
| **Other** | $119,536 |
| **Subawards/Consortium/Contractual Costs** | $399,993 |
| **Publication Costs** | $3,000 |
| **ADP/Computer Services** | $6,520 |
| | |
| **Federal Direct Costs** | $754,827 |
| **Federal F&A Costs** | $235,006 |
| **Approved Budget** | $989,833 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $989,833 |
| **TOTAL FEDERAL AWARD AMOUNT** | $989,833 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $0 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 2 | $989,833 | $989,833 |

**Fiscal Information:**

| | |
|---|---|
| **Payment System Identifier:** | 1135598093A1 |
| **Document Number:** | RMD019181A |
| **PMS Account Type:** | P (Subaccount) |
| **Fiscal Year:** | 2024 |

| IC | CAN | 2024 |
|---|---|---|
| MD | 8019793 | $989,833 |

**NIH Administrative Data:**
**PCC:** CPS11 / **OC:** 41025 / **Released:** 03/20/2025
**Award Processed:** 03/21/2025 12:08:31 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 5R01MD019181-02  REVISED**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 5R01MD019181-02  REVISED**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

   a.   The grant program legislation and program regulation cited in this Notice of Award.
   b.   Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
   c.   45 CFR Part 75.
   d.   National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
   e.   Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
   f.   This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):** All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH

awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VII Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.  See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R01MD019181. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

This award provides support for one or more clinical trials. By law (Title VIII, Section 801 of Public Law 110-85), the "responsible party" must register "applicable clinical trials" on the ClinicalTrials.gov Protocol Registration System Information Website. NIH encourages registration of all trials whether required under the law or not. For more information, see http://grants.nih.gov/ClinicalTrials_fdaaa/
 This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section 8.6 Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final expenditure Federal Financial Report (FFR) (SF 425) must be submitted through the Payment Management System (PMS) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section 8.6.1 Financial Reports, http://grants.nih.gov/grants/policy/policy.htm#gps, for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the real-time cash drawdown data in PMS. NIH will close the awards using the last recorded cash drawdown level in PMS for awards that do not require a final FFR on expenditures.  It is important to note that for financial closeout, if a grantee fails to submit a required final expenditure FFR, NIH will close the grant using the last recorded cash drawdown level.

A Final Invention Statement and Certification form (HHS 568), (not applicable to training, construction, conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 568 form may be downloaded at: http://grants.nih.gov/grants/forms.htm.  This paragraph does not apply to Training grants, Fellowships, and certain other programs—i.e., activity codes C06, D42, D43, D71, DP7, G07, G08, G11, K12, K16, K30, P09, P40, P41, P51, R13, R25, R28, R30, R90, RL5, RL9, S10, S14, S15, U13, U14, U41, U42, U45, UC6, UC7, UR2, X01, X02.

Unless an application for competitive renewal is submitted, a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal application is submitted prior to that date, then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at: https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any other specific requirements set forth in the terms and conditions of the award must also be addressed in the Interim or Final RPPR. *Note that data*

*reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.*

NIH requires electronic submission of the final invention statement through the Closeout feature in the Commons.

NOTE: If this is the final year of a competitive segment due to the transfer of the grant to another institution, then a Final RPPR is not required. However, a final expenditure FFR is required and must be submitted electronically as noted above. If not already submitted, the Final Invention Statement is required and should be sent directly to the assigned Grants Management Specialist.

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period. The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

---

**SECTION IV – MD SPECIFIC AWARD CONDITIONS – 5R01MD019181-02 REVISED**

Clinical Trial Indicator: Yes
This award supports one or more NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

**INFORMATION**: It is the policy of NIH not to prioritize research activities that focus on DEI. This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans.  Therefore, this project is terminated. Columbia University may request funds to support patient safety and orderly closeout of the project. Funds used to support any other research activities will be disallowed and recovered. Please be advised that your organization, as part of the orderly closeout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR), **as applicable**) within 120 days of the end of this grant.

NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 8.5.2. This revised award represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be dated no later than 30 days after the date of this notice.

THE FOLLOWING TERMS FROM THE PREVIOUS NOTICE OF AWARD LETTER ISSUED ON 06/12/2024 ALSO APPLY TO THIS AWARD:

**INFORMATION**: This revised award has been issued in accordance with NIMHD's Fiscal Year 2024 funding policy for non-competing awards.

THE FOLLOWING TERMS FROM THE PREVIOUS NOTICE OF AWARD LETTER ISSUED ON 05/30/2024 ALSO APPLY TO THIS AWARD:

**INFORMATION**: This revised award has been issued in accordance with NIMHD's Fiscal Year 2024 funding policy for non-competing awards.

THE FOLLOWING TERMS FROM THE PREVIOUS NOTICE OF AWARD LETTER ISSUED ON 03/26/2024 ALSO APPLY TO THIS AWARD:

**INFORMATIONAL TERM**: Ongoing review of findings in prior single audit report(s) - NIH is conducting a retrospective review of the Columbia University Health Sciences' most recent single audit report based on our identification of findings reported in prior single audits. Based on the outcome of this retrospective review, NIH may unilaterally take administrative action to safeguard NIH funds in accordance with the NIH Grants Policy Statement, Section 8.5.1 "Specific or Special Award Conditions- Modification of the Terms of Award."

**REQUIREMENT**: This award is subject to the conditions set forth in RFA-MD-23-008, Multi-Level HIV Prevention Interventions for Individuals at the Highest Risk of HIV Infection (R01 Clinical Trial Optional), NIH Guide to Grants and Contracts, 02/10/2023, which is hereby incorporated by reference as special terms and conditions of this award.

Copies of this RFA may be accessed at the following internet address: https://grants.nih.gov/grants/guide/rfa-files/RFA-MD-23-008.html

Copies may also be obtained from the Grants Management Contact indicated in the terms of award.

**REQUIREMENT**: The awardee is required to follow the Data Management and Sharing Plan included in the competing application and may not implement any changes in the plan without the written prior approval of the National Institute on Minority Health and Health Disparities.

**REQUIREMENT**: The recipient is required to follow the data and safety monitoring plan included in the application and may not implement any changes in the plan without the written prior approval of the NIMHD.

**RESTRICTION**: The clinical trial(s) supported by this award is subject to the plan dated March 31st, 2023, submitted to NIH and the NIH policy on Dissemination of NIH-Funded Clinical Trial Information. The plan states that the clinical trial(s) funded by this award will be registered in ClinicalTrials.gov not later than 21 calendar days after enrollment of the first participant and primary summary results reported in ClinicalTrials.gov, not later than one year after the completion date. The reporting of summary results is required by this term of award even if the primary completion date occurs after the period of performance.

**RESTRICTION**: This award is subject to additional certification requirements with each submission of the Annual, Interim, and Final Research Performance Progress Report (RPPR). The recipient must agree to the following annual certification when submitting each RPPR. By submitting the RPPR, the AOR signifies compliance, as follows: In submitting this RPPR, the SO (or PD/PI with delegated authority), certifies to the best of his/her knowledge that, for all clinical trials funded under this NIH award, the recipient and all investigators conducting NIH-funded clinical trials are in compliance with the recipient's plan addressing compliance with the NIH Policy on Dissemination of NIH-Funded Clinical Trial Information. Any clinical trial funded in whole or in part under this award has been registered in ClinicalTrials.gov or will be registered not later than 21 calendar days after enrollment of the first participant. Summary results have been submitted to ClinicalTrials.gov or will be submitted not later than one year after the completion date, even if the completion date occurs after the period of performance.

**INFORMATION**: This award reflects the NIMHD's acceptance of the certification that all key personnel have completed education on the protection of human subjects, in accordance with NIH policy, "Required Education in the Protection of Human Research Participants," as announced in the June 5, 2000 NIH Guide (revised August 25, 2000) (http://grants.nih.gov/grants/guide/notice-files/NOT-OD-00-039.html).

Any individual involved in the design and conduct of the study that is not included in the certification must satisfy this requirement prior to participating in the project. Failure to comply can result in the suspension and/or termination of this award, withholding of support of the continuation award, audit disallowances, and/or other appropriate action.

**INFORMATION**:  Unobligated balances may be used by the NIMHD to reduce or offset funding for a subsequent budget period.

Data Management and Sharing Policy: Applicable

This project is expected to generate scientific data. Therefore, the Final NIH Policy for Data Management and Sharing applies. The approved Data Management and Sharing (DMS) Plan is hereby incorporated as a term and condition of award, and the recipient shall manage and disseminate scientific data in accordance with the approved plan. Any significant changes to the DMS Plan (e.g., new scientific direction, a different data repository, or a timeline revision) require NIH prior approval. Failure to comply with the approved DMS plan may result in suspension and/or termination of this award, withholding of support, audit disallowances, and/or other appropriate action. See NIH Grants Policy Statement Section 8.2.3 for more information on data management and sharing expectations.

| Budget | Year 2 |
|---|---|
| DMS Costs | $87,637 |

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 5R01MD019181-02 REVISED

**INSTITUTION:** COLUMBIA UNIVERSITY HEALTH SCIENCES

| Budget | Year 2 |
|---|---|
| Salaries and Wages | $168,815 |
| Fringe Benefits | $49,463 |

Version: 25 - 3/15/2024 9:31 AM | Generated on: 3/21/2025 12:08 AM

| | |
|---|---|
| Personnel Costs (Subtotal) | $218,278 |
| Materials & Supplies | $2,000 |
| Travel | $5,500 |
| Other | $119,536 |
| Subawards/Consortium/Contractual Costs | $399,993 |
| Publication Costs | $3,000 |
| ADP/Computer Services | $6,520 |
| TOTAL FEDERAL DC | $754,827 |
| TOTAL FEDERAL F&A | $235,006 |
| TOTAL COST | $989,833 |

| Facilities and Administrative Costs | Year 2 |
|---|---|
| F&A Cost Rate 1 | 64.5% |
| F&A Cost Base 1 | $364,351 |
| F&A Costs 1 | $235,006 |

# Exhibit C

**Department of Health and Human Services**
National Institutes of Health
NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES

**Notice of Award**
FAIN# UH3AI169658
**Federal Award Date**
03/21/2025

## Recipient Information

**1. Recipient Name**
THE TRUSTEES OF COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK
630 W 168TH ST FL 4
NEW YORK, NY 10032

**2. Congressional District of Recipient**
13

**3. Payment System Identifier (ID)**
1135598093A7

**4. Employer Identification Number (EIN)**
135598093

**5. Data Universal Numbering System (DUNS)**
621889815

**6. Recipient's Unique Entity Identifier**
QHF5ZZ114M72

**7. Project Director or Principal Investigator**
Rebecca  Schnall, PHD (Contact)
Mary Dickey Lindsay Professor Of Disease
Prevention And Health Promotion
rb897@columbia.edu
212-342-6886

**8. Authorized Official**
William Berger
grants-office@columbia.edu
212-305-4191

## Federal Agency Information

**9. Awarding Agency Contact Information**
LOGAN COLLINS Baker

NATIONAL INSTITUTE OF ALLERGY AND
INFECTIOUS DISEASES
logan.baker@nih.gov
301-761-7494

**10. Program Official Contact Information**
Lori B. Zimand
Health Specialist
NATIONAL INSTITUTE OF ALLERGY AND
INFECTIOUS DISEASES
lzimand@niaid.nih.gov
240-627-3212

## Federal Award Information

**11. Award Number**
4UH3AI169658-03

**12. Unique Federal Award Identification Number (FAIN)**
UH3AI169658

**13. Statutory Authority**
42 USC 241 31 USC 6305 42 CFR 52

**14. Federal Award Project Title**
MyPEEPS Mobile LITE:  Limited Interaction Efficacy Trial of MyPEEPS Mobile to Reduce HIV Incidence and Better Understand the Epidemiology of HIV among YMSM

**15. Assistance Listing Number**
93.855

**16. Assistance Listing Program Title**
Allergy and Infectious Diseases Research

**17. Award Action Type**
Extension with or without funds (REVISED)

**18. Is the Award R&D?**
Yes

### Summary Federal Award Financial Information

| | |
|---|---:|
| **19. Budget Period Start Date** 08/01/2024 – **End Date** 03/21/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0 |
| 20 a.  Direct Cost Amount | $0 |
| 20 b.  Indirect Cost Amount | $0 |
| **21.** Authorized Carryover | |
| **22.** Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $2,497,744 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $2,497,744 |
| **26. Project Period Start Date** 09/01/2022 – **End Date** 03/21/2025 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $2,497,744 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Emily  Linde

## 30. Remarks

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.



Notice of Award
*EXPLORATORY/DEVELOPMENT COOPERATIVE AGREEMENT PH 2*
Department of Health and Human Services
National Institutes of Health



NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES

---

**SECTION I – AWARD DATA – 4UH3AI169658-03 REVISED**

**Principal Investigator(s):**
Dustin T Duncan, DSC
Robert Garofalo, MD
Rebecca Schnall (contact), PHD

**Award e-mailed to:** grants-office@columbia.edu

Dear Authorized Official:

The National Institutes of Health hereby revises this award  (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to COLUMBIA UNIVERSITY HEALTH SCIENCES in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241 31 USC 6305 42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute Of Allergy And Infectious Diseases of the National Institutes of Health under Award Number UH3AI169658. The content is solely the responsibility of the authors and does not necessarily represent the official views of  the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Emily  Linde
Grants Management Officer
NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---:|
| **Salaries and Wages** | $673,566 |
| **Fringe Benefits** | $182,648 |
| **Personnel Costs (Subtotal)** | $856,214 |
| **Consultant Services** | $2,000 |
| **Materials & Supplies** | $200,968 |
| **Travel** | $10,000 |
| **Other** | $452,142 |
| **Subawards/Consortium/Contractual Costs** | $1,093,450 |
| **ADP/Computer Services** | $290 |
| | |
| **Federal Direct Costs** | $2,615,064 |
| **Federal F&A Costs** | $1,015,363 |
| **Approved Budget** | $3,630,427 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $2,497,744 |
| **Cumulative Authorized Carryover and Offset for this Budget Period** | $1,132,683 |
| **TOTAL FEDERAL AWARD AMOUNT** | $2,497,744 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $0 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 3 | $2,497,744 | $2,497,744 |

**Fiscal Information:**
| | |
|---|---|
| Payment System Identifier: | 1135598093A7 |
| Document Number: | UAI169658B |
| PMS Account Type: | P (Subaccount) |
| Fiscal Year: | 2024 |

| IC | CAN | 2024 |
|---|---|---|
| AI | 8472297 | $2,497,744 |

**NIH Administrative Data:**
**PCC:** A27I / **OC:** 41029 / **Released:** 03/21/2025
**Award Processed:** 03/22/2025 12:11:01 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 4UH3AI169658-03  REVISED**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 4UH3AI169658-03  REVISED**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

a.   The grant program legislation and program regulation cited in this Notice of Award.
b.   Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
c.   45 CFR Part 75.
d.   National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
e.   Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
f.   This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):**  All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VII Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

Carry over of an unobligated balance into the next budget period requires Grants Management Officer prior approval.

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.   See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) UH3AI169658. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

This award provides support for one or more clinical trials. By law (Title VIII, Section 801 of Public Law 110-85), the "responsible party" must register "applicable clinical trials" on the ClinicalTrials.gov Protocol Registration System Information Website. NIH encourages registration of all trials whether required under the law or not. For more information, see http://grants.nih.gov/ClinicalTrials_fdaaa/
This award provides support for one or more NIH defined Phase III Clinical Trials.  The NIH Policy for research supported as an NIH Phase III Clinical Trial has been amended in Section II.B. of the NIH Guidelines on the Inclusion of Women and Minorities as Subjects in Clinical Research – Amended October 2001 (see http://grants.nih.gov/grants/funding/women_min/guidelines_amended_10_2001.htm).

A description of plans to conduct analyses, as appropriate, by sex/gender and racial/ethnic groups must be included in clinical trial protocols.  Cumulative subject accrual and progress in conducting subset analyses must be reported to NIH in the annual Progress Reports.  Final analyses of sex/gender and racial/ethnic differences must be reported in the required Final Progress Report or Competitive Renewal Applications (or Contract Renewals/Extensions) as stated in Section II.B. of the Guidelines. This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section 8.6 Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final expenditure Federal Financial Report (FFR) (SF 425) must be submitted through the Payment Management System (PMS) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section 8.6.1 Financial Reports, http://grants.nih.gov/grants/policy/policy.htm#gps, for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the real-time cash drawdown data in PMS. NIH will close the awards using the last recorded cash drawdown level in PMS for awards that do not require a final FFR on expenditures.  It is important to note that for financial closeout, if a grantee fails to submit a required final expenditure FFR, NIH will close the grant using the last recorded cash drawdown level.

A Final Invention Statement and Certification form (HHS 568), (not applicable to training, construction, conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 568 form may be downloaded at: http://grants.nih.gov/grants/forms.htm.  This paragraph does not apply to Training grants, Fellowships, and certain other programs—i.e., activity codes C06, D42, D43, D71, DP7, G07,

G08, G11, K12, K16, K30, P09, P40, P41, P51, R13, R25, R28, R30, R90, RL5, RL9, S10, S14, S15, U13, U14, U41, U42, U45, UC6, UC7, UR2, X01, X02.

Unless an application for competitive renewal is submitted, a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal application is submitted prior to that date, then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at: https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any other specific requirements set forth in the terms and conditions of the award must also be addressed in the Interim or Final RPPR. *Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.*

NIH requires electronic submission of the final invention statement through the Closeout feature in the Commons.

NOTE:  If this is the final year of a competitive segment due to the transfer of the grant to another institution, then a Final RPPR is not required.  However, a final expenditure FFR is required and must be submitted electronically as noted above.  If not already submitted, the Final Invention Statement is required and should be sent directly to the assigned Grants Management Specialist.

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

·    Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
·    For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
·    HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
·    For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

**SECTION IV – AI SPECIFIC AWARD CONDITIONS – 4UH3AI169658-03  REVISED**

Clinical Trial Indicator: Yes
This award supports one or more NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2
for NIH definition of Clinical Trial.

REVISED AWARD:

This award related to Transgender issues no longer effectuates agency priorities.
It is the policy of NIH not to further prioritize these research programs. Therefore,
the award is terminated. Research programs based on gender identity are often
unscientific, have little identifiable return on investment, and do nothing to
enhance the health of many Americans. Many such studies ignore, rather than
seriously examine, biological realities. It is the policy of NIH not to prioritize these
research programs. Please be advised that your organization, as part of the
orderly closeout process will need to submit the necessary closeout documents
(i.e., Final Research Performance Progress Report, Final Invention Statement,
and the Final Federal Financial Report FFR), as applicable) within 120 days of
the end of this grant.

Columbia University may request funds to support patient safety and orderly closeout of the project. Funds
used to support any other research activities will be disallowed and recovered.

NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS
Section 8.5.2. This revised award represents the final decision of the NIH. It shall be the final decision of the
Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you
mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your
appeal justification, total amount in dispute, and any material or documentation that will support your
position. Finally, the appeal must be signed by the institutional official authorized to sign award applications
and must be dated no later than 30 days after the date of this notice.

Supersedes previous Notice of Award dated **09/07/2024**.  All other terms and conditions still apply to this
award.

*****

This award related to Transgender issues no longer effectuates agency priorities. It is the policy of NIH not
to further prioritize these research programs. Therefore, the award is terminated. Research programs based
on gender identity are often unscientific, have little identifiable return on investment, and do nothing to
enhance the health of many Americans. Many such studies ignore, rather than seriously examine, biological
realities. It is the policy of NIH not to prioritize these research programs. Please be advised that your
organization, as part of the orderly closeout process will need to submit the necessary closeout documents
(i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial
Report FFR), as applicable) within 120 days of the end of this grant.

Supersedes previous Notice of Award dated **09/07/2024**.  All other terms and conditions still apply to this
award.

*****

This award includes a carryover of **$ 1,132,683.** The carryover is approved for the purpose stated
in the request dated **8/29/2024** and will be subject to a downward adjustment should the available
unobligated balance from the **01** year FFR be less than the cumulative carryover amount; no
adjustments will be made to the "TOTAL FEDERAL AWARD AMOUNT" on the Notice of Award.

Supersedes previous Notice of Award dated **8/1/2024**.  All other terms and conditions still apply to
this award.

*****

Version: 35 - 3/15/2024 9:31 AM | Generated on: 3/22/2025 12:11 AM

In accordance with the NIAID Financial Management Plan, NIAID does not provide funds for inflationary increases. Future budget year(s) committed amounts were adjusted accordingly. See https://www.niaid.nih.gov/grants-contracts/financial-management-plan.

******

Commitment overlap is not permitted, and occurs when an individual's time commitment exceeds 100 percent (i.e., 12 person months), whether or not salary support is requested. Therefore, no individual's time commitment may exceed 100 percent (i.e., 12 person months).  Reductions in NIH support due to commitment overlap must be made in accordance with NIH policy as outlined in the NIH Grants Policy Statement.

******

This award is subject to the NIAID Clinical Terms of Award incorporated by reference, and can be accessed via the following World Wide Web address: https://www.niaid.nih.gov/grants-contracts/niaid-clinical-terms-award  All submissions required by the NIAID Clinical Terms of Award must be forwarded electronically to the NIAID Program Official identified on this Notice of Award.

******

REMINDER:  This grant is funded for HIV/AIDS research.  Per the NIH Revitalization Act of 1993, funds are restricted for HIV/AIDS research and cannot be re-budgeted for other purposes.

******

This award includes human subject research studies and must conform to the DHHS policies for the Protection of Human Subjects research, which are a term and condition of award.  Human subjects research is covered by the 2018 Common Rule, and may not be initiated until the associated protocols have received IRB approval as specified in 45 CFR 46.  Failure to comply with the terms and conditions of award may result in the disallowance of costs and/or additional enforcement actions as outlined in Section 8.5 of the NIH Grants Policy Statement.

******

This Notice of Award (NoA) includes funds for **Lurie Children's Hospital of Chicago** in the amount of **$708,731**.
This Notice of Award (NoA) includes funds for **Northwestern University**  in the amount of **$33,142**.

*******

1. The clinical trial(s) supported by this award are subject to the plan dated **02/28/2023** which adheres to the NIH policy on *Dissemination of NIH-Funded Clinical Trial Information. As noted,* the clinical trial(s) funded by this award will be registered in ClinicalTrials.gov not later than 21 calendar days after enrollment of the first participant and primary summary results reported in ClinicalTrials.gov, not later than one year after the completion date. The reporting of summary results is required by this term of award even if the primary completion date occurs after the period of performance.

2. This award is subject to additional certification requirements with each submission of the Annual, Interim, and Final Research Performance Progress Report (RPPR).  The recipient must agree to the following annual certification when submitting each RPPR. By submitting the RPPR, the AOR signifies compliance, as follows:

   In submitting the RPPR, the SO (or PD/PI with delegated authority), certifies to the best of his/her knowledge that, for all clinical trials funded under this NIH award, the recipient and all investigators conducting NIH-funded clinical trials are in compliance with the recipient's plan addressing compliance with the NIH Policy on Dissemination of NIH-Funded Clinical Trial Information. Any clinical trial

funded in whole or in part under this award has been registered in ClinicalTrials.gov or will be registered not later than 21 calendar days after enrollment of the first participant. Summary results have been submitted to ClinicalTrials.gov or will be submitted not later than one year after the completion date, even if the completion date occurs after the period of performance.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 4UH3AI169658-03 REVISED

**INSTITUTION:** COLUMBIA UNIVERSITY HEALTH SCIENCES

| Budget | Year 3 |
|---|---|
| Salaries and Wages | $673,566 |
| Fringe Benefits | $182,648 |
| Personnel Costs (Subtotal) | $856,214 |
| Consultant Services | $2,000 |
| Materials & Supplies | $200,968 |
| Travel | $10,000 |
| Other | $452,142 |
| Subawards/Consortium/Contractual Costs | $1,093,450 |
| ADP/Computer Services | $290 |
| TOTAL FEDERAL DC | $2,615,064 |
| TOTAL FEDERAL F&A | $1,015,363 |
| TOTAL COST | $2,497,744 |

| Facilities and Administrative Costs | Year 3 |
|---|---|
| F&A Cost Rate 1 | 64.5% |
| F&A Cost Base 1 | $1,574,207 |
| F&A Costs 1 | $1,015,363 |

# Exhibit D



**Department of Health and Human Services**

NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES

**Notice of Award**

FAIN# UH3AI169658

**Federal Award Date**
03/21/2025

## Recipient Information

**1. Recipient Name**
THE TRUSTEES OF COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK
630 W 168TH ST FL 4
NEW YORK, NY 10032

**2. Congressional District of Recipient**
13

**3. Payment System Identifier (ID)**
1135598093A7

**4. Employer Identification Number (EIN)**
135598093

**5. Data Universal Numbering System (DUNS)**
621889815

**6. Recipient's Unique Entity Identifier**
QHF5ZZ114M72

**7. Project Director or Principal Investigator**
Rebecca  Schnall, PHD (Contact)
Mary Dickey Lindsay Professor Of Disease
Prevention And Health Promotion
rb897@columbia.edu
212-342-6886

**8. Authorized Official**
William Berger
grants-office@columbia.edu
212-305-4191

## Federal Agency Information

**9. Awarding Agency Contact Information**
LOGAN COLLINS Baker

NATIONAL INSTITUTE OF ALLERGY AND
INFECTIOUS DISEASES
logan.baker@nih.gov
301-761-7494

**10. Program Official Contact Information**
Lori B. Zimand
Health Specialist
NATIONAL INSTITUTE OF ALLERGY AND
INFECTIOUS DISEASES
lzimand@niaid.nih.gov
240-627-3212

## Federal Award Information

**11. Award Number**
4UH3AI169658-03

**12. Unique Federal Award Identification Number (FAIN)**
UH3AI169658

**13. Statutory Authority**
42 USC 241 31 USC 6305 42 CFR 52

**14. Federal Award Project Title**
MyPEEPS Mobile LITE:  Limited Interaction Efficacy Trial of MyPEEPS Mobile to Reduce HIV Incidence and Better Understand the Epidemiology of HIV among YMSM

**15. Assistance Listing Number**
93.855

**16. Assistance Listing Program Title**
Allergy and Infectious Diseases Research

**17. Award Action Type**
Extension with or without funds (REVISED)

**18. Is the Award R&D?**
Yes

### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 08/01/2024 – **End Date** 03/21/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0 |
| 20 a.  Direct Cost Amount | $0 |
| 20 b.  Indirect Cost Amount | $0 |
| **21.** Authorized Carryover | |
| **22.** Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $2,497,744 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $2,497,744 |
| **26. Project Period Start Date** 09/01/2022 – **End Date** 03/21/2025 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $2,497,744 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Emily  Linde

## 30. Remarks

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.



Notice of Award

*EXPLORATORY/DEVELOPMENT COOPERATIVE AGREEMENT PH 2*
Department of Health and Human Services
National Institutes of Health



NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES

---

**SECTION I – AWARD DATA – 4UH3AI169658-03 REVISED**

**Principal Investigator(s):**
Dustin T Duncan, DSC
Robert Garofalo, MD
Rebecca Schnall (contact), PHD

**Award e-mailed to:** grants-office@columbia.edu

Dear Authorized Official:

The National Institutes of Health hereby revises this award (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to COLUMBIA UNIVERSITY HEALTH SCIENCES in support of the above referenced project. This award is pursuant to the authority of 42 USC 241 31 USC 6305 42 CFR 52 and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute Of Allergy And Infectious Diseases of the National Institutes of Health under Award Number UH3AI169658. The content is solely the responsibility of the authors and does not necessarily represent the official views of the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F. The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Emily Linde
Grants Management Officer
NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---:|
| **Salaries and Wages** | $673,566 |
| **Fringe Benefits** | $182,648 |
| **Personnel Costs (Subtotal)** | $856,214 |
| **Consultant Services** | $2,000 |
| **Materials & Supplies** | $200,968 |
| **Travel** | $10,000 |
| **Other** | $452,142 |
| **Subawards/Consortium/Contractual Costs** | $1,093,450 |
| **ADP/Computer Services** | $290 |
| | |
| **Federal Direct Costs** | $2,615,064 |
| **Federal F&A Costs** | $1,015,363 |
| **Approved Budget** | $3,630,427 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $2,497,744 |
| **Cumulative Authorized Carryover and Offset for this Budget Period** | $1,132,683 |
| **TOTAL FEDERAL AWARD AMOUNT** | $2,497,744 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $0 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 3 | $2,497,744 | $2,497,744 |

**Fiscal Information:**
Payment System Identifier:     1135598093A7
Document Number:             UAI169658B
PMS Account Type:            P (Subaccount)
Fiscal Year:                 2024

| IC | CAN | 2024 |
|---|---|---|
| AI | 8472297 | $2,497,744 |

**NIH Administrative Data:**
**PCC**: A27I / **OC**: 41029 / **Released**: 03/21/2025
**Award Processed**: 03/22/2025 12:11:01 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 4UH3AI169658-03  REVISED**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 4UH3AI169658-03  REVISED**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

    a.  The grant program legislation and program regulation cited in this Notice of Award.
    b.  Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
    c.  45 CFR Part 75.
    d.  National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
    e.  Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
    f.  This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):** All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VII Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

Carry over of an unobligated balance into the next budget period requires Grants Management Officer prior approval.

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.  See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) UH3AI169658. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

This award provides support for one or more clinical trials. By law (Title VIII, Section 801 of Public Law 110-85), the "responsible party" must register "applicable clinical trials" on the ClinicalTrials.gov Protocol Registration System Information Website. NIH encourages registration of all trials whether required under the law or not. For more information, see http://grants.nih.gov/ClinicalTrials_fdaaa/
This award provides support for one or more NIH defined Phase III Clinical Trials.  The NIH Policy for research supported as an NIH Phase III Clinical Trial has been amended in Section II.B. of the NIH Guidelines on the Inclusion of Women and Minorities as Subjects in Clinical Research – Amended October 2001 (see http://grants.nih.gov/grants/funding/women_min/guidelines_amended_10_2001.htm).

A description of plans to conduct analyses, as appropriate, by sex/gender and racial/ethnic groups must be included in clinical trial protocols.  Cumulative subject accrual and progress in conducting subset analyses must be reported to NIH in the annual Progress Reports.  Final analyses of sex/gender and racial/ethnic differences must be reported in the required Final Progress Report or Competitive Renewal Applications (or Contract Renewals/Extensions) as stated in Section II.B. of the Guidelines. This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section 8.6 Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final expenditure Federal Financial Report (FFR) (SF 425) must be submitted through the Payment Management System (PMS) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section 8.6.1 Financial Reports, http://grants.nih.gov/grants/policy/policy.htm#gps, for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the real-time cash drawdown data in PMS. NIH will close the awards using the last recorded cash drawdown level in PMS for awards that do not require a final FFR on expenditures.  It is important to note that for financial closeout, if a grantee fails to submit a required final expenditure FFR, NIH will close the grant using the last recorded cash drawdown level.

A Final Invention Statement and Certification form (HHS 568), (not applicable to training, construction, conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 568 form may be downloaded at: http://grants.nih.gov/grants/forms.htm.  This paragraph does not apply to Training grants, Fellowships, and certain other programs—i.e., activity codes C06, D42, D43, D71, DP7, G07,

G08, G11, K12, K16, K30, P09, P40, P41, P51, R13, R25, R28, R30, R90, RL5, RL9, S10, S14, S15, U13, U14, U41, U42, U45, UC6, UC7, UR2, X01, X02.

Unless an application for competitive renewal is submitted, a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal application is submitted prior to that date, then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at: https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any other specific requirements set forth in the terms and conditions of the award must also be addressed in the Interim or Final RPPR. *Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.*

NIH requires electronic submission of the final invention statement through the Closeout feature in the Commons.

NOTE:  If this is the final year of a competitive segment due to the transfer of the grant to another institution, then a Final RPPR is not required.  However, a final expenditure FFR is required and must be submitted electronically as noted above.  If not already submitted, the Final Invention Statement is required and should be sent directly to the assigned Grants Management Specialist.

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

**SECTION IV – AI SPECIFIC AWARD CONDITIONS – 4UH3AI169658-03  REVISED**

Clinical Trial Indicator: Yes
This award supports one or more NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

REVISED AWARD:

This award related to Transgender issues no longer effectuates agency priorities. It is the policy of NIH not to further prioritize these research programs. Therefore, the award is terminated. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans. Many such studies ignore, rather than seriously examine, biological realities. It is the policy of NIH not to prioritize these research programs. Please be advised that your organization, as part of the orderly closeout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report FFR), as applicable) within 120 days of the end of this grant.

Columbia University may request funds to support patient safety and orderly closeout of the project. Funds used to support any other research activities will be disallowed and recovered.

NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 8.5.2. This revised award represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be dated no later than 30 days after the date of this notice.

Supersedes previous Notice of Award dated **09/07/2024**.  All other terms and conditions still apply to this award.

*****

This award related to Transgender issues no longer effectuates agency priorities. It is the policy of NIH not to further prioritize these research programs. Therefore, the award is terminated. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans. Many such studies ignore, rather than seriously examine, biological realities. It is the policy of NIH not to prioritize these research programs. Please be advised that your organization, as part of the orderly closeout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report FFR), as applicable) within 120 days of the end of this grant.

Supersedes previous Notice of Award dated **09/07/2024**.  All other terms and conditions still apply to this award.

*****

This award includes a carryover of **$ 1,132,683.** The carryover is approved for the purpose stated in the request dated **8/29/2024** and will be subject to a downward adjustment should the available unobligated balance from the **01** year FFR be less than the cumulative carryover amount; no adjustments will be made to the "TOTAL FEDERAL AWARD AMOUNT" on the Notice of Award.

Supersedes previous Notice of Award dated **8/1/2024**.  All other terms and conditions still apply to this award.

*****

Version: 35 - 3/15/2024 9:31 AM | Generated on: 3/22/2025 12:11 AM

In accordance with the NIAID Financial Management Plan, NIAID does not provide funds for inflationary increases. Future budget year(s) committed amounts were adjusted accordingly. See https://www.niaid.nih.gov/grants-contracts/financial-management-plan.

******

Commitment overlap is not permitted, and occurs when an individual's time commitment exceeds 100 percent (i.e., 12 person months), whether or not salary support is requested. Therefore, no individual's time commitment may exceed 100 percent (i.e., 12 person months). Reductions in NIH support due to commitment overlap must be made in accordance with NIH policy as outlined in the NIH Grants Policy Statement.

******

This award is subject to the NIAID Clinical Terms of Award incorporated by reference, and can be accessed via the following World Wide Web address: https://www.niaid.nih.gov/grants-contracts/niaid-clinical-terms-award  All submissions required by the NIAID Clinical Terms of Award must be forwarded electronically to the NIAID Program Official identified on this Notice of Award.

******

REMINDER:  This grant is funded for HIV/AIDS research.  Per the NIH Revitalization Act of 1993, funds are restricted for HIV/AIDS research and cannot be re-budgeted for other purposes.

******

This award includes human subject research studies and must conform to the DHHS policies for the Protection of Human Subjects research, which are a term and condition of award.  Human subjects research is covered by the 2018 Common Rule, and may not be initiated until the associated protocols have received IRB approval as specified in 45 CFR 46.  Failure to comply with the terms and conditions of award may result in the disallowance of costs and/or additional enforcement actions as outlined in Section 8.5 of the NIH Grants Policy Statement.

******

This Notice of Award (NoA) includes funds for **Lurie Children's Hospital of Chicago** in the amount of **$708,731**.
This Notice of Award (NoA) includes funds for **Northwestern University**  in the amount of **$33,142**.

*******

1. The clinical trial(s) supported by this award are subject to the plan dated **02/28/2023** which adheres to the NIH policy on *Dissemination of NIH-Funded Clinical Trial Information. As noted,* the clinical trial(s) funded by this award will be registered in ClinicalTrials.gov not later than 21 calendar days after enrollment of the first participant and primary summary results reported in ClinicalTrials.gov, not later than one year after the completion date. The reporting of summary results is required by this term of award even if the primary completion date occurs after the period of performance.

2. This award is subject to additional certification requirements with each submission of the Annual, Interim, and Final Research Performance Progress Report (RPPR).  The recipient must agree to the following annual certification when submitting each RPPR. By submitting the RPPR, the AOR signifies compliance, as follows:

   In submitting the RPPR, the SO (or PD/PI with delegated authority), certifies to the best of his/her knowledge that, for all clinical trials funded under this NIH award, the recipient and all investigators conducting NIH-funded clinical trials are in compliance with the recipient's plan addressing compliance with the NIH Policy on Dissemination of NIH-Funded Clinical Trial Information. Any clinical trial

funded in whole or in part under this award has been registered in ClinicalTrials.gov or will be registered not later than 21 calendar days after enrollment of the first participant. Summary results have been submitted to ClinicalTrials.gov or will be submitted not later than one year after the completion date, even if the completion date occurs after the period of performance.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 4UH3AI169658-03 REVISED

**INSTITUTION:** COLUMBIA UNIVERSITY HEALTH SCIENCES

| Budget | Year 3 |
|---|---|
| Salaries and Wages | $673,566 |
| Fringe Benefits | $182,648 |
| Personnel Costs (Subtotal) | $856,214 |
| Consultant Services | $2,000 |
| Materials & Supplies | $200,968 |
| Travel | $10,000 |
| Other | $452,142 |
| Subawards/Consortium/Contractual Costs | $1,093,450 |
| ADP/Computer Services | $290 |
| TOTAL FEDERAL DC | $2,615,064 |
| TOTAL FEDERAL F&A | $1,015,363 |
| TOTAL COST | $2,497,744 |

| Facilities and Administrative Costs | Year 3 |
|---|---|
| F&A Cost Rate 1 | 64.5% |
| F&A Cost Base 1 | $1,574,207 |
| F&A Costs 1 | $1,015,363 |

# Exhibit E

**Department of Health and Human Services**
National Institutes of Health
EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD
HEALTH & HUMAN DEVELOPMENT

**Notice of Award**
FAIN# UG1HD113160
**Federal Award Date**
08/06/2024

---

### Recipient Information

**1. Recipient Name**
NORTHWESTERN UNIVERSITY
633 CLARK ST
EVANSTON, IL 60208

**2. Congressional District of Recipient**
09

**3. Payment System Identifier (ID)**
1362167817A1

**4. Employer Identification Number (EIN)**
362167817

**5. Data Universal Numbering System (DUNS)**
005436803

**6. Recipient's Unique Entity Identifier**
KG76WYENL5K1

**7. Project Director or Principal Investigator**
Robert  Garofalo, MD
Professor
rgarofalo@luriechildrens.org
773-880-4551

**8. Authorized Official**
Andrea Zakrzewski

### Federal Agency Information

**9. Awarding Agency Contact Information**
Sarah M Lee
Grants Management Specialist
EUNICE KENNEDY SHRIVER NATIONAL
INSTITUTE OF CHILD HEALTH & HUMAN
DEVELOPMENT
SARAH.LEE@NIH.GOV
(240) 276-6280

**10. Program Official Contact Information**
Denise  Russo
Program Officer
EUNICE KENNEDY SHRIVER NATIONAL
INSTITUTE OF CHILD HEALTH & HUMAN
DEVELOPMENT
drusso1@mail.nih.gov
301-435-6871

### Federal Award Information

**11. Award Number**
5UG1HD113160-02

**12. Unique Federal Award Identification Number (FAIN)**
UG1HD113160

**13. Statutory Authority**
42 USC 241 31 USC 6305 42 CFR 52

**14. Federal Award Project Title**
Intensive Combination Approach to Rollback the HIV Epidemic in Nigerian Youth
(iCARE) Plus Effectiveness / Implementation Hybrid Study

**15. Assistance Listing Number**
93.865

**16. Assistance Listing Program Title**
Child Health and Human Development Extramural Research

**17. Award Action Type**
Non-Competing Continuation

**18. Is the Award R&D?**
Yes

#### Summary Federal Award Financial Information

| | |
|---|---:|
| **19. Budget Period Start Date** 09/01/2024 – **End Date** 08/31/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $1,244,010 |
| 20 a.  Direct Cost Amount | $1,073,603 |
| 20 b.  Indirect Cost Amount | $170,407 |
| 21. Authorized Carryover | |
| 22. Offset | |
| 23. Total Amount of Federal Funds Obligated this budget period | $1,244,010 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $1,244,010 |
| **26. Project Period Start Date** 09/08/2023 – **End Date** 08/31/2028 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $2,654,230 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Sarah M Lee

---

**30. Remarks**
Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or
otherwise requested from the grant payment system.



Notice of Award

*Cooperative Agreement*
Department of Health and Human Services
National Institutes of Health



EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD HEALTH & HUMAN DEVELOPMENT

---

**SECTION I – AWARD DATA – 5UG1HD113160-02**

**Principal Investigator(s):**
Robert  Garofalo, MD

**Award e-mailed to:** OSR-Awards@northwestern.edu

Dear Authorized Official:

The National Institutes of Health hereby awards a grant in the amount of $1,244,010 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to NORTHWESTERN UNIVERSITY CHICAGO in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241 31 USC 6305 42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the Eunice Kennedy Shriver National Institute Of Child Health & Human Development of the National Institutes of Health under Award Number UG1HD113160. The content is solely the responsibility of the authors and does not necessarily represent the official views of  the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Sarah M Lee
Grants Management Officer
EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD HEALTH & HUMAN DEVELOPMENT

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| **Salaries and Wages** | $138,732 |
| **Fringe Benefits** | $36,070 |
| **Personnel Costs (Subtotal)** | $174,802 |
| **Consultant Services** | $34,000 |
| **Travel** | $49,738 |
| **Other** | $23,471 |
| **Subawards/Consortium/Contractual Costs** | $789,592 |
| **Publication Costs** | $2,000 |
| | |
| **Federal Direct Costs** | $1,073,603 |
| **Federal F&A Costs** | $170,407 |
| **Approved Budget** | $1,244,010 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $1,244,010 |
| **TOTAL FEDERAL AWARD AMOUNT** | $1,244,010 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $1,244,010 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| YR | THIS AWARD | CUMULATIVE TOTALS |
| 2 | $1,244,010 | $1,244,010 |
| 3 | $1,244,010 | $1,244,010 |
| 4 | $1,244,010 | $1,244,010 |
| 5 | $1,244,010 | $1,244,010 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**Fiscal Information:**

| | |
|---|---|
| **Payment System Identifier:** | 1362167817A1 |
| **Document Number:** | UHD113160A |
| **PMS Account Type:** | P (Subaccount) |
| **Fiscal Year:** | 2024 |

| IC | CAN | 2024 | 2025 | 2026 | 2027 |
|---|---|---|---|---|---|
| HD | 8014714 | $1,044,010 | $1,044,010 | $1,044,010 | $1,044,010 |
| MH | 8472612 | $150,000 | $150,000 | $150,000 | $150,000 |
| TW | 8476359 | $50,000 | $50,000 | $50,000 | $50,000 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**NIH Administrative Data:**
**PCC:** MPIDB-DR / **OC:** 41029 / **Released:** 08/05/2024
**Award Processed:** 08/06/2024 12:22:08 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 5UG1HD113160-02**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 5UG1HD113160-02**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

   a.  The grant program legislation and program regulation cited in this Notice of Award.
   b.  Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
   c.  45 CFR Part 75.
   d.  National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
   e.  Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
   f.  This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):**  All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).


This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VII Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

Carry over of an unobligated balance into the next budget period requires Grants Management Officer prior approval.

This grant is excluded from Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.   See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) UG1HD113160. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

This award provides support for one or more clinical trials. By law (Title VIII, Section 801 of Public Law 110-85), the "responsible party" must register "applicable clinical trials" on the ClinicalTrials.gov Protocol Registration System Information Website. NIH encourages registration of all trials whether required under the law or not. For more information, see http://grants.nih.gov/ClinicalTrials_fdaaa/
This award provides support for one or more NIH defined Phase III Clinical Trials.  The NIH Policy for research supported as an NIH Phase III Clinical Trial has been amended in Section II.B. of the NIH Guidelines on the Inclusion of Women and Minorities as Subjects in Clinical Research – Amended October 2001 (see http://grants.nih.gov/grants/funding/women_min/guidelines_amended_10_2001.htm).

A description of plans to conduct analyses, as appropriate, by sex/gender and racial/ethnic groups must be included in clinical trial protocols.  Cumulative subject accrual and progress in conducting subset analyses must be reported to NIH in the annual Progress Reports.  Final analyses of sex/gender and racial/ethnic differences must be reported in the required Final Progress Report or Competitive Renewal Applications (or Contract Renewals/Extensions) as stated in Section II.B. of the Guidelines.
This award is funded by the following list of institutes.  Any papers published under the auspices of this award must cite the funding support of all institutes.

| |
|---|
| Eunice Kennedy Shriver National Institute Of Child Health & Human Development (NICHD) |
| National Institute Of Mental Health (NIMH) |
| Fogarty International Center (FIC) |

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and

pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

---

**SECTION IV –  HD SPECIFIC AWARD CONDITIONS – 5UG1HD113160-02**

Clinical Trial Indicator: Yes
This award supports one or more NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

## Cooperative Agreement
This award is issued as a cooperative agreement, a financial assistance mechanism in which substantial NIH scientific and/or programmatic involvement is anticipated in the performance of the activity.

This award is subject to the terms and conditions of award as set forth in **RFA-HD-23-013**, **"Prevention and Treatment through a Comprehensive Care Continuum for HIV-affected Adolescents in Resource Constrained Settings Implementation Science Network (PATC H-IN) Clinical Research Centers (UG1 Clinical Trial Optional,"** posted **July 22, 2022**, which are hereby incorporated by reference as special terms and conditions of award.

These special terms and conditions of award are in addition to, and not in lieu of, otherwise applicable OMB administrative guidelines; Federal Regulations including HHS Grant Administration Regulations at 45 CFR Part 75; other HHS regulations; and the NIH Grants Policy Statement (rev. 4/24).

Version: 25 - 2/15/2024 9:51 AM | Generated on: 8/6/2024 12:22 AM

Project Scientist Contact Information:
**Project Scientist**:  Dr. Allanah Esber
**Email**:  allanna.esber@nih.gov
**Phone**: 301.827.4560

**REVISION**:  This revised award reflects NICHD approval of the change to a **single** PD/PI model and designates **Dr. Robert Garofalo** as principal investigator as indicated in the prior approval request dated **7/08/2024**. Per the request, **Dr. Robert Garofalo** has been designated the Contact PI/PD.

**<u>Clinical Trials: Dissemination Policy</u>**
The clinical trial(s) supported by this award are subject to the Dissemination Plan specified in the **application** dated **12/06/2022** and the NIH policy on <u>Dissemination of NIH-Funded Clinical Trial Information</u>. The policy states that the clinical trial(s) funded by this award will be registered in <u>ClinicalTrials.gov</u> not later than 21 calendar days after enrollment of the first participant and that primary summary results will be reported in <u>ClinicalTrials.gov</u> not later than one year after the trial completion date. The reporting of summary results is required even if the primary trial completion date occurs after the period of performance.

This award is subject to additional certification requirements with submission of the Annual, Interim and Final Research Performance Progress Reports (RPPR). The recipient must agree to the following annual certification when submitting each RPPR. By submitting the RPPR, the Signing Official (SO) signifies compliance, as follows:

In submitting this RPPR, the SO (or PD/PI with delegated authority), certifies to the best of their knowledge that, for all clinical trials funded under this NIH award, the recipient and all investigators conducting NIH-funded clinical trials comply with the recipient's plan addressing compliance with the Dissemination of NIH-Funded Clinical Trial Information policy. Any clinical trial funded in whole or in part under this award has been registered in <u>ClinicalTrials.gov</u> or will be registered not later than 21 calendar days after enrollment of the first participant. Summary results have been submitted to <u>ClinicalTrials.gov</u> or will be submitted not later than one year after the trial completion date, even if the trial completion date occurs after the period of performance.

**<u>Clinical Trials: Risk Assessment</u>**
Clinical Trial Study/Studies:
**STUDY NUMBER(S) 444341**

Other reporting expectations:
**Additional reporting (DSMB, adverse events, etc) required by PO not indicated in HSS**

This Clinical Trial Study or Studies listed above have been determined by NICHD to be considered **LOW** risk. Oversight by NICHD will occur in the standard manner through the annual RPPR. An annual update (no additional reports) on the status of the milestones included in Section 6 of the eRA HSS and any additional agreed-upon milestones are due in the RPPR. Information and procedures concerning these requirements are available on the <u>NICHD Policies on Clinical Research</u> site.

**<u>Humans</u>**
For all competing applications or new protocols, the NICHD expects investigators for ALL NICHD Clinical Trials to abide by the requirements stated in NIH Guide Notice <u>NOT-HD-20-036</u> "NICHD Data Safety Monitoring Guidelines for Extramural Clinical Trials and Clinical Research". All NICHD applications which include Clinical Trials must include a Data Safety Monitoring Plan. All NIH-sponsored multi-site clinical trials, NIH-defined Phase III clinical trials and some single site clinical trials that pose potential risk to participants require Data and Safety Monitoring Board (DSMB) oversight. Applicants are expected to establish an independent, external DSMB when required by this policy.

For all competing applications or new protocols, the NICHD expects investigators for ALL human subject research to abide by the requirements stated in NIH Guide Notice NOT-HD-20-035 "NICHD Serious Adverse Event, Unanticipated Problem, and Serious Adverse Event Reporting Guidance".

**Foreign Component**
This award includes foreign component at the following sites: **University of Lagos, Aminu Kano Teaching Hospital, University of Nigeria Teaching Hospital, University of Uyo Teaching Hospital and University of Ibadan** in **Nigeria**

**Non-SNAP**
NIH staff has determined that the submitted Research Performance Progress Report is within the approved scope of work.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 5UG1HD113160-02

**INSTITUTION:** NORTHWESTERN UNIVERSITY CHICAGO

| Budget | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|
| Salaries and Wages | $138,732 | $138,732 | $138,732 | $138,732 |
| Fringe Benefits | $36,070 | $36,070 | $36,070 | $36,070 |
| Personnel Costs (Subtotal) | $174,802 | $174,802 | $174,802 | $174,802 |
| Consultant Services | $34,000 | $34,000 | $34,000 | $34,000 |
| Travel | $49,738 | $49,738 | $49,738 | $49,738 |
| Other | $23,471 | $23,471 | $23,471 | $23,471 |
| Subawards/Consortium/Contractual Costs | $789,592 | $789,592 | $789,592 | $789,592 |
| Publication Costs | $2,000 | $2,000 | $2,000 | $2,000 |
| TOTAL FEDERAL DC | $1,073,603 | $1,073,603 | $1,073,603 | $1,073,603 |
| TOTAL FEDERAL F&A | $170,407 | $170,407 | $170,407 | $170,407 |
| TOTAL COST | $1,244,010 | $1,244,010 | $1,244,010 | $1,244,010 |

| Facilities and Administrative Costs | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|
| F&A Cost Rate 1 | 60% | 60% | 60% | 60% |
| F&A Cost Base 1 | $284,011 | $284,011 | $284,011 | $284,011 |
| F&A Costs 1 | $170,407 | $170,407 | $170,407 | $170,407 |

# Exhibit F

| From: | Garofalo, Robert |
| --- | --- |
| To: | Kuhlmann, Stephanie; Kuhns, Lisa |
| Subject: | Fw: Grant Termination Notification |
| Date: | Thursday, April 3, 2025 11:57:14 AM |
| Attachments: | image002.png |

I think Lisa is work on a revision. Here is termination language...

Rob

Get Outlook for iOS

**From:** Pamela D Hawkins <p-hawkins@northwestern.edu>
**Sent:** Friday, March 21, 2025 11:48:17 AM
**To:** Robert Garofalo <r-garofalo@northwestern.edu>
**Cc:** Anabel Mendez <a-mendez@northwestern.edu>; Helene Marie Biernacki
<helene.biernacki@northwestern.edu>
**Subject:** FW: Grant Termination Notification

> **This Message Is From an External Sender**
> This message came from outside your organization.

**From:** Sponsored Research <SponsoredResearch@northwestern.edu>
**Sent:** Friday, March 21, 2025 11:35 AM
**To:** Pamela D Hawkins <p-hawkins@northwestern.edu>; Andrea Zakrzewski <a-
zakrzewski@northwestern.edu>
**Cc:** Cathy Barrera <c-barrera@northwestern.edu>; Sara L Krentz <s-krentz@northwestern.edu>
**Subject:** FW: Grant Termination Notification

AWD00000612

Robert Garofalo

Infectious Diseases, Feinberg

5UG1HD113160-02

Intensive Combination Approach to Rollback the HIV Epidemic in Nigerian Youth (iCARE) Plus
Effectiveness / Implementation Hybrid Study

**From:** Bulls, Michelle G. (NIH/OD) [E] <michelle.bulls@nih.gov>
**Sent:** Friday, March 21, 2025 11:30 AM
**To:** Sponsored Research <SponsoredResearch@northwestern.edu>
**Subject:** Grant Termination Notification

 

3/21/2025

Zakrzewski, Andrea
Northwestern University At Chicago
SponsoredResearch@northwestern.edu

Dear Zakrzewski, Andrea:

Effective with the date of this letter, funding for Project Number 5UG1HD113160-02 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 9/1/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans.  Therefore, it is the policy of NIH not to prioritize such research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov*.[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]


Sincerely,

Michelle G. Bulls -S   Digitally signed by Michelle G. Bulls -S

Michelle G. Bulls, on behalf of Margaret Young, Chief Grants Management Officer, NICHD Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

---

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373

[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).

[4] NIH Grants Policy Statement at IIA-1.

[5] *Id.* at IIA-155.

[6] NIH Grants Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

# Exhibit G

Department of Health and Human Services     Notice of Award
National Institutes of Health    Document 64-15    Filed 05/28/25    Page 60 of 83   U01HD108738
EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD    **Federal Award Date**
HEALTH & HUMAN DEVELOPMENT    03/27/2025

## Recipient Information

**1. Recipient Name**
CENTER FOR INNOVATIVE PUBLIC
HEALTH RESEARCH
160 AVENIDA VICTORIA
SAN CLEMENTE, CA 92672

**2. Congressional District of Recipient**
49

**3. Payment System Identifier (ID)**
1200165973A1

**4. Employer Identification Number (EIN)**
200165973

**5. Data Universal Numbering System (DUNS)**
137263013

**6. Recipient's Unique Entity Identifier**
HB8HEMLHJUJ4

**7. Project Director or Principal Investigator**
Michele L. Ybarra, PHD
Ceo And Research Director
michele@innovativepublichealth.org
877-302-6858

**8. Authorized Official**
Dr. Michele Ybarra

## Federal Agency Information

**9. Awarding Agency Contact Information**
Melinda Bixby

EUNICE KENNEDY SHRIVER NATIONAL
INSTITUTE OF CHILD HEALTH & HUMAN
DEVELOPMENT
mindy.bixby@nih.gov
(301) 402-3204

**10. Program Official Contact Information**
FRANKLIN WILLEM Yates

EUNICE KENNEDY SHRIVER NATIONAL
INSTITUTE OF CHILD HEALTH & HUMAN
DEVELOPMENT
franklin.yates@nih.gov
240-890-3679

## Federal Award Information

**11. Award Number**
5U01HD108738-03

**12. Unique Federal Award Identification Number (FAIN)**
U01HD108738

**13. Statutory Authority**
42 USC 241  31 USC 6305  42 CFR 52

**14. Federal Award Project Title**
Harnessing the power of text messaging to reduce HIV incidence in adolescent males across the United States

**15. Assistance Listing Number**
93.865

**16. Assistance Listing Program Title**
Child Health and Human Development Extramural Research

**17. Award Action Type**
Non-Competing Continuation (REVISED)

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---|
| **19. Budget Period Start Date** 09/01/2023 – **End Date** 03/21/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0 |
| 20 a.  Direct Cost Amount | $0 |
| 20 b.  Indirect Cost Amount | $0 |
| 21. Authorized Carryover | |
| 22. Offset | |
| 23. Total Amount of Federal Funds Obligated this budget period | $2,154,708 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $2,154,708 |
| **26. Project Period Start Date** 09/23/2021 – **End Date** 03/21/2025 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $5,122,427 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Margaret A. Young

## 30. Remarks

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.



Notice of Award
*RESEARCH PROJECT COOPERATIVE AGREEMENT*
Department of Health and Human Services
National Institutes of Health



EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD HEALTH & HUMAN DEVELOPMENT

---

**SECTION I – AWARD DATA – 5U01HD108738-03 REVISED**

**Principal Investigator(s):**
Michele L. Ybarra, PHD

**Award e-mailed to:** Michele@innovativepublichealth.com

Dear Authorized Official:

The National Institutes of Health hereby revises this award  (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to CENTER FOR INNOVATIVE PUBLIC HEALTH RESEARCH in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241  31 USC 6305  42 CFR 52 and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the Eunice Kennedy Shriver National Institute Of Child Health & Human Development of the National Institutes of Health under Award Number U01HD108738. The content is solely the responsibility of the authors and does not necessarily represent the official views of  the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Margaret A. Young
Grants Management Officer
EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD HEALTH & HUMAN DEVELOPMENT

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| **Salaries and Wages** | $294,690 |
| **Fringe Benefits** | $156,982 |
| **Personnel Costs (Subtotal)** | $451,672 |
| **Consultant Services** | $11,200 |
| **Travel** | $5,000 |
| **Other** | $976,311 |
| **Subawards/Consortium/Contractual Costs** | $111,732 |
| | |
| **Federal Direct Costs** | $1,555,915 |
| **Federal F&A Costs** | $598,793 |
| **Approved Budget** | $2,154,708 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $2,154,708 |
| **TOTAL FEDERAL AWARD AMOUNT** | $2,154,708 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $0 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 3 | $2,154,708 | $2,154,708 |

**Fiscal Information:**
**Payment System Identifier:**   1200165973A1
**Document Number:**   UHD108738A
**PMS Account Type:**   P (Subaccount)
**Fiscal Year:**   2023

| IC | CAN | 2023 |
|---|---|---|
| HD | 8014710 | $2,154,708 |

**NIH Administrative Data:**
**PCC**: MPIDB-FY / **OC**: 41029 / **Released**: 03/27/2025
**Award Processed**: 03/28/2025 12:04:05 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 5U01HD108738-03  REVISED**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 5U01HD108738-03  REVISED**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

  a.  The grant program legislation and program regulation cited in this Notice of Award.
  b.  Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
  c.  45 CFR Part 75.
  d.  National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
  e.  Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
  f.  This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):**  All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to

report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

Carry over of an unobligated balance into the next budget period requires Grants Management Officer prior approval.

This grant is excluded from Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM). Should a consortium/subaward be issued under this award, a UEI requirement must be included. See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) U01HD108738. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

This award provides support for one or more clinical trials. By law (Title VIII, Section 801 of Public Law 110-85), the "responsible party" must register "applicable clinical trials" on the ClinicalTrials.gov Protocol Registration System Information Website. NIH encourages registration of all trials whether required under the law or not. For more information, see http://grants.nih.gov/ClinicalTrials_fdaaa/
 This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section 8.6 Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final expenditure Federal Financial Report (FFR) (SF 425) must be submitted through the Payment Management System (PMS) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section 8.6.1 Financial Reports, http://grants.nih.gov/grants/policy/policy.htm#gps, for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the real-time cash drawdown data in PMS. NIH will close the awards using the last recorded cash drawdown level in PMS for awards that do not require a final FFR on expenditures.  It is important to note that for financial closeout, if a grantee fails to submit a required final expenditure FFR, NIH will close the grant using the last recorded cash drawdown level.

A Final Invention Statement and Certification form (HHS 568), (not applicable to training, construction, conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 568 form may be downloaded at: http://grants.nih.gov/grants/forms.htm.  This paragraph does not apply to Training grants, Fellowships, and certain other programs—i.e., activity codes C06, D42, D43, D71, DP7, G07, G08, G11, K12, K16, K30, P09, P40, P41, P51, R13, R25, R28, R30, R90, RL5, RL9, S10, S14, S15, U13, U14, U41, U42, U45, UC6, UC7, UR2, X01, X02.

Unless an application for competitive renewal is submitted, a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal application is submitted prior to that date, then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at: https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any other specific requirements set forth in the terms and conditions of the award must also be addressed in the Interim or Final RPPR. *Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.*

NIH requires electronic submission of the final invention statement through the Closeout feature in the Commons.

NOTE: If this is the final year of a competitive segment due to the transfer of the grant to another institution, then a Final RPPR is not required. However, a final expenditure FFR is required and must be submitted electronically as noted above. If not already submitted, the Final Invention Statement is required and should be sent directly to the assigned Grants Management Specialist.

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period. The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

---

### SECTION IV – HD SPECIFIC AWARD CONDITIONS – 5U01HD108738-03  REVISED

Clinical Trial Indicator: Yes
This award supports one or more NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

### TERMINATION

This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI")

studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans. Therefore, it is the policy of NIH not to prioritize such research programs.

**CLOSEOUT**

"Recipient Institution" may request funds to support patient safety and orderly closeout of the project. Funds used to support any other research activities will be disallowed and recovered. Please be advised that your organization, as part of the orderly closeout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR), as applicable within 120 days of the end of this grant.

The Closeout procedures should occur as expeditiously as possible while maintaining the safety of human subjects. There must be an orderly process to ensure the safety and welfare of participants. The grant close-out must occur within 120 days.    The closeout will include:

- Informing all enrolled study participants of the study's termination and what study closure means for them:
    - Options pertaining to receiving further intervention, continuing follow-up, if required
    - Recognition of the value of their data and contribution to research
- If there remain participants that are actively participating in the research, the process and responsibilities will differ depending on the nature of the research.
    - If there is a prospect of direct benefit of the intervention and/or the intervention requires ongoing monitoring for safety and welfare there must be a plan to address these needs.
    - If there are no participants actively participating, or there is no need for ongoing monitoring or care, the protocol may be closed.
- Conduct any necessary final study visits or data collection procedures for enrolled participants.
- Notifying the IRB, DSMB, FDA, and/or other monitoring bodies of the study's closure.
- Assure all consent forms, case report forms, and source documentation for the study are completed as necessary and are present in the study files.
- Complete all adverse event reporting and reconciliation as per protocol.
- Perform any appropriate statistical analyses of the study data collected to date.
- Prepare a comprehensive final study report summarizing findings, including any deviations from the protocol and GCP compliance.
- Review and clean collected data for accuracy and completeness resulting in a locked dataset, suitable for sharing, as required.
- Confirm final disposition of investigational product(s)  and devices.  Plan for removal of any implanted devices, if applicable.
- Handle any biospecimens collected and prepare them for sharing, if required.
- Update the study record and status to terminated in ClinicalTrials.gov as appropriate.

**APPEALS**

NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 8.5.2. This revised award represents the final decision of the NIH. It shall be the final decision of the

Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be dated no later than 30 days after the date of this notice.

********

**Mid-Project Extension**

**REVISION**:  Based on the recipient's concurrence with a mid-project extension, this revised award extends the budget and project end dates for 12 months without additional funds. Noncompeting continuation awards will cycle on 9/1. The recipient is responsible for ensuring that all necessary human subjects and/or vertebrate animal reviews are performed as required during the extension period.

Prior to the end of the extension period, an automated notification will be sent through eRA Commons requesting submission of a Research Performance Progress Report (RPPR) See Section 3.1 of the RPPR Instruction Guide for information on reporting due dates.

**The following will be required of the grantee:**

Mid-Project Extension: 12 months

 **Frequency of Reporting**

Reports to NICHD every 6 months

- Statement from grantee detailing the status of project scientific milestones.
- Statement from grantee detailing unobligated balance during Mid-Project Extension, and adherence to spending plans submitted 4/5/2024.

**Expected outcome of MPE:**

Spending down the carryover of $3,250,322 conducting and completing the following activities according to the below timeline set forth and agreed upon by MPIDB program officer and grantee:

**By the beginning of the MPE (9/1/2024)**

- Randomize 250 youth, for a total sample size of 250 youth

**At the end of 6 months of the MPE (02/28/2025)**

- Randomize 500 youth, for a total sample size of 750 youth

**At the end of 12 months of the MPE (8/31/2025)**

- Randomize 750 youth for a total sample size of 1500 youth

Additionally, PI will continue to hold monthly calls with the project officer and project scientist to discuss any ongoing issues with the project or recruiting, as well as initiate ad hoc meetings or send emails if any urgent concerns arise.

The following spending plan will be monitored. An unobligated balance in excess of more than 25 percent in the spending plan will trigger a Corrective and Preventative Action (CAPA) for this project.

The report must be emailed by an institutional Signing Official to the NICHD Grants Management Specialist and Program Official indicated on this Notice of Award via pdf attachment. Based on the project dates, these reports are due on 09/01/2024; 02/28/2025; 08/31/2025.

If this project involves Human Subjects research, updated inclusion data must also be provided through the eRA Human Subjects System (HSS) accessible through the eRA Commons.

Failure to comply with the above requirements can result in suspension and/or termination of this award, withholding of support, audit disallowances, and/or other appropriate action.

The previous terms and conditions of award remain in effect as stated below.

*******************************************************************************************************************

**REPORTING REQUIREMENT**:   NICHD requires biannual reporting for this project. The report should include the following:

- Provide active and pending support information for all individuals serving as senior/key personnel—those devoting measurable effort to a project. Other support includes all financial resources, whether Federal, non-Federal, commercial or institutional, available in direct support of an individual's research endeavors, including but not limited to research grants, cooperative agreements, contracts, and/or institutional awards. Training awards, prizes or gifts are not included. https://grants.nih.gov/grants/forms/othersupport.htm ;
- Provide current estimated unobligated balance detailed by budget category

The report must be submitted by an institutional Signing Official to the NICHD Grants Management Specialist and Program Official indicated on this Notice of Award via pdf attachment. Based on the project dates, these reports are due on March 1.

Failure to comply with the above requirements can result in suspension and/or termination of this award, withholding of support, audit disallowances, and/or other appropriate action.

**CLINICAL TRIALS: DISSEMINATION POLICY**

*The clinical trial(s) supported by this award are subject to the Dissemination Plan specified in the application dated 3/20/2020 and the NIH policy on Dissemination of NIH-Funded Clinical Trial Information. The policy states that the clinical trial(s) funded by this award will be registered in ClinicalTrials.gov not later than 21 calendar days after enrollment of the first participant and that primary summary results will be reported in ClinicalTrials.gov not later than one year after the trial completion date. The reporting of summary results is required even if the primary trial completion date occurs after the period of performance.*

*This award is subject to additional certification requirements with submission of the Annual, Interim and Final Research Performance Progress Reports (RPPR).*

*The recipient must agree to the following annual certification when submitting each RPPR. By submitting the RPPR, the Signing Official (SO) signifies compliance, as follows:*

*In submitting this RPPR, the SO (or PD/PI with delegated authority), certifies to the best of his/her knowledge that, for all clinical trials funded under this NIH award, the recipient and all investigators conducting NIH-funded clinical trials are in compliance with the*

*recipient's plan addressing compliance with the NIH Policy on Dissemination of NIH-Funded Clinical Trial Information. Any clinical trial funded in whole or in part under this award has been registered on ClinicalTrials.gov or will be registered not later than 21 calendar days after enrollment of the first participant. Summary results have been submitted to ClinicalTrials.gov or will be submitted not later than one year after the trial completion date, even if the trial completion date occurs after the period of performance.*

**CLINICAL TRIALS: RISK ASSESSMENT**

*Clinical Trial Study Number: 326207*

The Clinical Trial Study or Studies listed above have been determined by NICHD to be considered MEDIUM risk requiring increased oversight by NICHD.  An update on the status of the milestones included in Section 6 of the eRA Human Subjects System (HSS) and any additional agreed-upon milestones will be due once a year (generally halfway through the budget period) as well as being included in the annual RPPR. The update cycle due date is based on the budget period start date referenced in this Notice of Award. Information and procedures concerning these requirements are available at  https://www.nichd.nih.gov/grants-contracts/process-strategies/policies/clinical-research. Updates must be provided through the eRA HSS accessible through the eRA Commons.

<u>HUMAN SUBJECTS</u>

For all competing applications or new protocols, the NICHD expects investigators for ALL NICHD Clinical Trials to abide by the requirements stated in NIH Guide Notice NOT-HD-20-036 "NICHD Data Safety Monitoring Guidelines for Extramural Clinical Trials and Clinical Research". All NICHD applications which include Clinical Trials must include a Data Safety Monitoring Plan. All NIH-sponsored multi-site clinical trials, NIH-defined Phase III clinical trials and some single site clinical trials that pose potential risk to participants require Data and Safety Monitoring Board (DSMB) oversight. Applicants are expected to establish an independent, external DSMB when required by this policy.

For all competing applications or new protocols, the NICHD expects investigators for ALL human subject research to abide by the requirements stated in NIH Guide Notice NOT-HD-20-035 "NICHD Serious Adverse Event, Unanticipated Problem, and Serious Adverse Event Reporting Guidance".

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 5U01HD108738-03 REVISED

**INSTITUTION:** CENTER FOR INNOVATIVE PUBLIC HEALTH RESEARCH

| Budget | Year 3 |
|---|---|
| Salaries and Wages | $294,690 |
| Fringe Benefits | $156,982 |
| Personnel Costs (Subtotal) | $451,672 |
| Consultant Services | $11,200 |
| Travel | $5,000 |
| Other | $976,311 |
| Subawards/Consortium/Contractual Costs | $111,732 |
| TOTAL FEDERAL DC | $1,555,915 |
| TOTAL FEDERAL F&A | $598,793 |
| TOTAL COST | $2,154,708 |

| Facilities and Administrative Costs | Year 3 |
|---|---|
| F&A Cost Rate 1 | 41.4% |
| F&A Cost Base 1 | $1,446,361 |
| F&A Costs 1 | $598,793 |

# Exhibit H

**Michele Ybarra**

---

| | |
|---|---|
| **From:** | Bulls, Michelle G. (NIH/OD) [E] <michelle.bulls@nih.gov> |
| **Sent:** | Friday, March 21, 2025 9:30 AM |
| **To:** | michele@innovativepublichealth.org |
| **Subject:** | Grant Termination Notification [*External Sender: Use Caution*] |

 

3/21/2025

Dr. Ybarra, Michele
Center For Innovative Public Health Research
michele@innovativepublichealth.org

Dear Dr. Ybarra, Michele:

Effective with the date of this letter, funding for Project Number 5U01HD108738-03 is hereby terminated pursuant to the Fiscal Year 2023 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2023 Policy Statement applies to your project because NIH approved your grant on 9/1/2023, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2023 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness.  Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans.  Therefore, it is the policy of NIH not to prioritize such research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.[8]*

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]


Sincerely,

Michelle G. Bulls -S

Digitally signed by Michelle G. Bulls -S

Michelle G. Bulls, on behalf of Margaret Young, Chief Grants Management Officer, NICHD
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.
[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373
[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).
[4] NIH Grants Policy Statement at IIA-1.
[5] *Id.* at IIA-155.
[6] NIH Grants Policy Statement at IIA-156.
[7] *See* 2 C.F.R. § 200.343 (2024).
[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)
[9] *See* 45 C.F.R. § 75.374.
[10] See 42 C.F.R. Part 50, Subpart D
[11] 11 *Id.* § 50.406(a)
[12] 12 *Id.* § 50.406(b)

# Exhibit I



| | |
|---|---|
| **Department of Health and Human Services**<br>NATIONAL INSTITUTE OF NURSING RESEARCH | **Notice of Award**<br>NoA# R01NR020309<br>**Federal Award Date**<br>03/21/2025 |

**Recipient Information**

**1. Recipient Name**
CENTER FOR INNOVATIVE PUBLIC
HEALTH RESEARCH
160 AVENIDA VICTORIA
SAN CLEMENTE, CA 92672

**2. Congressional District of Recipient**
49

**3. Payment System Identifier (ID)**
1200165973A1

**4. Employer Identification Number (EIN)**
200165973

**5. Data Universal Numbering System (DUNS)**
137263013

**6. Recipient's Unique Entity Identifier**
HB8HEMLHJUJ4

**7. Project Director or Principal Investigator**
Michele L. Ybarra, PHD
Ceo And Research Director
michele@innovativepublichealth.org
877-302-6858

**8. Authorized Official**
Camille Labranche
camille@innovativepublichealth.org
540-359-5470

**Federal Agency Information**

**9. Awarding Agency Contact Information**
Jenna L. Briggs
Grants Management Specialist
NATIONAL INSTITUTE OF NURSING
RESEARCH
jenna.briggs@nih.gov
301-761-5137

**10. Program Official Contact Information**
Leigh Andrew Willis

NATIONAL INSTITUTE OF NURSING
RESEARCH
leigh.willis@nih.gov
(240) 687-1634

**Federal Award Information**

**11. Award Number**
5R01NR020309-04

**12. Unique Federal Award Identification Number (FAIN)**
R01NR020309

**13. Statutory Authority**
42 USC 241  42 CFR 52

**14. Federal Award Project Title**
Harnessing the power of technology to develop a population-based HIV prevention program for trans girls

**15. Assistance Listing Number**
93.361

**16. Assistance Listing Program Title**
Nursing Research

**17. Award Action Type**
Non-Competing Continuation (REVISED)

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---|
| **19. Budget Period Start Date** 07/01/2024 – **End Date** 03/21/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0 |
| 20 a.  Direct Cost Amount | $0 |
| 20 b.  Indirect Cost Amount | $0 |
| **21.** Authorized Carryover | |
| **22.** Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $472,086 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $472,086 |
| **26. Project Period Start Date** 09/08/2021 – **End Date** 03/21/2025 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $1,872,429 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Brian  Albertini

**30. Remarks**

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Notice of Award



RESEARCH
Department of Health and Human Services
National Institutes of Health

NATIONAL INSTITUTE OF NURSING RESEARCH



---

**SECTION I – AWARD DATA – 5R01NR020309-04 REVISED**

**Principal Investigator(s):**
Michele L. Ybarra, PHD

**Award e-mailed to:** Michele@innovativepublichealth.com

Dear Authorized Official:

The National Institutes of Health hereby revises this award (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to CENTER FOR INNOVATIVE PUBLIC HEALTH RESEARCH in support of the above referenced project. This award is pursuant to the authority of 42 USC 241 42 CFR 52 and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute Of Nursing Research of the National Institutes of Health under Award Number R01NR020309. The content is solely the responsibility of the authors and does not necessarily represent the official views of the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F. The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Brian Albertini
Grants Management Officer
NATIONAL INSTITUTE OF NURSING RESEARCH

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| **Salaries and Wages** | $207,681 |
| **Fringe Benefits** | $68,535 |
| **Personnel Costs (Subtotal)** | $276,216 |
| **Consultant Services** | $19,200 |
| **Travel** | $7,500 |
| **Other** | $17,500 |
| **Subawards/Consortium/Contractual Costs** | $19,018 |
| | |
| **Federal Direct Costs** | $339,434 |
| **Federal F&A Costs** | $132,652 |
| **Approved Budget** | $472,086 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $472,086 |
| **TOTAL FEDERAL AWARD AMOUNT** | $472,086 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $0 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 4 | $472,086 | $472,086 |

**Fiscal Information:**

| | |
|---|---|
| **Payment System Identifier:** | 1200165973A1 |
| **Document Number:** | RNR020309A |
| **PMS Account Type:** | P (Subaccount) |
| **Fiscal Year:** | 2024 |

| IC | CAN | 2024 |
|---|---|---|
| NR | 8474438 | $472,086 |

**NIH Administrative Data:**
**PCC**: 1CLW / **OC**: 41025 / **Released**: 03/21/2025
**Award Processed:** 03/22/2025 12:08:29 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 5R01NR020309-04  REVISED**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 5R01NR020309-04  REVISED**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

a. The grant program legislation and program regulation cited in this Notice of Award.
b. Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
c. 45 CFR Part 75.
d. National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
e. Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
f. This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):** All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to

report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM). Should a consortium/subaward be issued under this award, a UEI requirement must be included. See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R01NR020309. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

This award provides support for one or more clinical trials. By law (Title VIII, Section 801 of Public Law 110-85), the "responsible party" must register "applicable clinical trials" on the ClinicalTrials.gov Protocol Registration System Information Website. NIH encourages registration of all trials whether required under the law or not. For more information, see http://grants.nih.gov/ClinicalTrials_fdaaa/
This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section 8.6 Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final expenditure Federal Financial Report (FFR) (SF 425) must be submitted through the Payment Management System (PMS) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section 8.6.1 Financial Reports, http://grants.nih.gov/grants/policy/policy.htm#gps, for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the real-time cash drawdown data in PMS. NIH will close the awards using the last recorded cash drawdown level in PMS for awards that do not require a final FFR on expenditures. It is important to note that for financial closeout, if a grantee fails to submit a required final expenditure FFR, NIH will close the grant using the last recorded cash drawdown level.

A Final Invention Statement and Certification form (HHS 568), (not applicable to training, construction, conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 568 form may be downloaded at: http://grants.nih.gov/grants/forms.htm. This paragraph does not apply to Training grants, Fellowships, and certain other programs—i.e., activity codes C06, D42, D43, D71, DP7, G07, G08, G11, K12, K16, K30, P09, P40, P41, P51, R13, R25, R28, R30, R90, RL5, RL9, S10, S14, S15, U13, U14, U41, U42, U45, UC6, UC7, UR2, X01, X02.

Unless an application for competitive renewal is submitted, a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal application is submitted prior to that date, then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at: https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any other specific requirements set forth in the terms and conditions of the award must also be addressed in the Interim or Final RPPR. *Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.*

NIH requires electronic submission of the final invention statement through the Closeout feature in the Commons.

NOTE:  If this is the final year of a competitive segment due to the transfer of the grant to another institution, then a Final RPPR is not required.  However, a final expenditure FFR is required and must be submitted electronically as noted above.  If not already submitted, the Final Invention Statement is required and should be sent directly to the assigned Grants Management Specialist.


Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

· Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
· For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
· HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
· For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.


**Treatment of Program Income:**
Additional Costs

---

**SECTION IV –  NR SPECIFIC AWARD CONDITIONS – 5R01NR020309-04  REVISED**


Clinical Trial Indicator: Yes
This award supports one or more NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.


**INFORMATION:** It is the policy of NIH not to prioritize Transgender issues: Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans.  Many such studies ignore, rather than seriously examine, biological realities.  It is the policy of NIH not to prioritize these research programs. . Therefore, this project is terminated. Center for Innovative Public Health Research may request funds to support patient safety and orderly closeout of the project. Funds used to support any other research activities will be disallowed and recovered. Please be

advised that your organization, as part of the orderly closeout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR), **as applicable**) within 120 days of the end of this grant.

NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 8.5.2. This revised award represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be dated no later than 30 days after the date of this notice.

**INFORMATION:**  All of the terms and conditions from the Notice of Grant Award issued on 07/01/2024 that still apply are listed below:

## RESTRICTION:

This award includes funds in the amount of $472,086 total costs ($339,434 direct and $132,652 F&A) that are restricted and may not be used for any purpose without the written prior approval of the National Institute of Nursing Research.  An interim progress report including the bulleted items below must be submitted via email to the Grants Management Specialist and Program Official listed in the Notice of Award by 01/01/2025.

- Updated total cumulative counts of Inclusion Enrollment Reports (IERs) in the Human Subjects System (HSS)
- A summary of activities and data collection
- A summary of challenges, delays and actions to resolve them
- Estimated balance of unexpended funds
- Budget justification for the remaining balance of funds

If these funds are needed before the interim progress report is due, the recipient may submit the report early.

**REQUIREMENT:**
This award includes a requirement for recruitment enrollment updates in the HSS on 10/01/2024 and 04/01/2025 with email notification to the Program Director and Grants Management Specialist listed in the Notice of Award that the IER(s) have been updated.

**REQUIREMENT**:  The awardee is required to follow the data and safety monitoring plan included in the JIT dated 07/09/2021 and may not implement any changes in the plan without the written prior approval of the National Institute of Nursing Research.

**REQUIREMENT**:
The clinical trial(s) supported by this award is subject to the plan submitted with the JIT and the NIH policy on Dissemination of NIH-Funded Clinical Trial Information. The plan states that the clinical trial(s) funded by this award will be registered in ClinicalTrials.gov not later than 21 calendar days after enrollment of the first participant and primary summary results reported in ClinicalTrials.gov, not later than one year after the completion date. The reporting of summary results is required by this term of award even if the primary completion date occurs after the period of performance.

This award is subject to additional certification requirements with each submission of the Annual, Interim, and Final Research Performance Progress Report (RPPR).  The recipient must agree to the following annual certification when submitting each RPPR. By submitting the RPPR, the AOR signifies compliance, as follows:

In submitting this RPPR, the SO (or PD/PI with delegated authority), certifies to the best of his/her knowledge that, for all clinical trials funded under this NIH award, the recipient and all investigators conducting NIH-funded clinical trials are in compliance with the recipient's plan addressing compliance with the NIH Policy on Dissemination of NIH-Funded Clinical Trial Information. Any clinical trial funded in whole or in part under this award has been registered in ClinicalTrials.gov or will be registered not later than 21

calendar days after enrollment of the first participant. Summary results have been submitted to ClinicalTrials.gov or will be submitted not later than one year after the completion date, even if the completion date occurs after the period of performance.

## REQUIREMENT: COMMITMENT OVERLAP

A review of Other Support information provided in the 05/14/2024 RPPR indicates that with the award of this project, the effort commitment of Dr. Michele Ybarra may exceed twelve person months of effort. If applicable, the grantee is responsible both for eliminating this over-commitment (and any other over-commitment of effort) and for obtaining appropriate prior approval(s) in accordance with NIH and institutional policy requirements.

**INFORMATION**  As reflected in the 05/25/2022 emails between Joe Schwab, AOR and Kelli Oster, NINR, Dr. Ybarra's (PI) must maintain 3.6 CM effort in yr 4.

**INFORMATION: NINR ADJUSTMENTS FOR SALARY BASED AWARDS:**
Salary funds provided on NINR research grants may be adjusted if investigators receive career-type salary based awards. In the event that such an award is made for an investigator receiving salary support from an NINR grant, the National Institute of Nursing Research must be informed in writing within 30 days from the start date of the award.  The proposed salary compensation will be reviewed and adjusted, if applicable, in accordance with NOT-OD-17-094.

**INFORMATION: HUMAN SUBJECTS EDUCATION CERTIFICATION**
This award reflects the National Institute of Nursing Research acceptance of the certification that all key personnel as defined in the February 29, 2008 NIH Guide announcement (http://grants.nih.gov/grants/guide/notice-files/NOT-OD-08-054.html) have completed education on the protection of human subjects, in accordance with NIH policy requirements.  Any key personnel, as defined in that announcement, must satisfy this requirement prior to participating in the project.  Failure to comply can result in suspension and/or termination of this award or withholding of support of the continuation award.

**INFORMATION: CONSORTIUM/CONTRACTUAL COSTS**
This award includes funds for consortium activity with Ann & Robert H. Lurie Children's Hospital of Chicago.  Each consortium is to be established and administered in accordance with the NIH Grants Policy Statement.  No foreign performance site may be added to this project without the written prior approval of the National Institute of Nursing Research.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 5R01NR020309-04 REVISED

**INSTITUTION:** CENTER FOR INNOVATIVE PUBLIC HEALTH RESEARCH

| Budget | Year 4 |
|---|---|
| Salaries and Wages | $207,681 |
| Fringe Benefits | $68,535 |
| Personnel Costs (Subtotal) | $276,216 |
| Consultant Services | $19,200 |
| Travel | $7,500 |
| Other | $17,500 |
| Subawards/Consortium/Contractual Costs | $19,018 |
| TOTAL FEDERAL DC | $339,434 |
| TOTAL FEDERAL F&A | $132,652 |
| TOTAL COST | $472,086 |

| Facilities and Administrative Costs | Year 4 |
|---|---|
| F&A Cost Rate 1 | 41.4% |
| F&A Cost Base 1 | $320,416 |
| F&A Costs 1 | $132,652 |

# Exhibit J

**Michele Ybarra**

| | |
|---|---|
| **From:** | Bulls, Michelle G. (NIH/OD) [E] <michelle.bulls@nih.gov> |
| **Sent:** | Friday, March 21, 2025 9:35 AM |
| **To:** | Michele@innovativepublichealth.com |
| **Subject:** | Grant Termination Notification [*External Sender: Use Caution*] |

 

3/21/2025

Michele Ybarra
Center For Innovative Public Health Research
Michele@innovativepublichealth.com

Dear Michele Ybarra:

Effective with the date of this letter, funding for Project Number 5R01NR020309-04 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 7/1/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans.  Many such studies ignore, rather than seriously examine, biological realities.  It is the policy of NIH not to prioritize these research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-

75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

Sincerely,

Michelle G. Bulls -S
Digitally signed by Michelle G. Bulls -S

Michelle G. Bulls, on behalf of Brian Albertini, Chief Grants Management Officer, NINR
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.
[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373
[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).
[4] NIH Grants Policy Statement at IIA-1.
[5] *Id.* at IIA-155.
[6] NIH Grants Policy Statement at IIA-156.
[7] *See* 2 C.F.R. § 200.343 (2024).
[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)
[9] *See* 45 C.F.R. § 75.374.
[10] See 42 C.F.R. Part 50, Subpart D
[11] 11 *Id.* § 50.406(a)
[12] 12 *Id.* § 50.406(b)