## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

AMERICAN ASSOCIATION OF
PHYSICIANS FOR HUMAN RIGHTS, INC.
d/b/a GLMA: HEALTH PROFESSIONALS
ADVANCING LGBTQ+ EQUALITY; *et al*.,

      *Plaintiffs*,

      v.

NATIONAL INSTITUTES OF HEALTH;
*et al*.,

      *Defendants.*

Civil Action No. 8:25-cv-01620-LKG

### DECLARATION OF DR. SEAN ARAYASIRIKUL

I, Dr. Sean Arayasirikul, hereby state as follows:

1.      I am over 18 years of age, of sound mind, and in all respects competent to testify.

2.      I have personal knowledge of the facts set forth in this declaration and would testify competently to those facts if called to do so.

3.      I am a plaintiff in this action. I am offering this declaration in my individual capacity and not on behalf of my employer.

4.      I am a Medical Sociologist and an Associate Professor In-Residence in the Department of Health, Society, and Behavior at the University of California, Irvine. I earned my Ph.D. in sociology at the University of California, San Francisco, in 2016. In addition to my research and teaching, I currently serve as Co-Director of the University of California Global Health Institute's Center for Gender and Health Justice, Board Member of the Society for Implementation Research Collaboration, Robert Wood Johnson Foundation Interdisciplinary Research Leaders Fellow, and I am a member of the Orange County HIV Planning Council.

5.      I am also a member of GLMA: Health Professionals Advancing LGBTQ+ Equality.

6.      As a queer and nonbinary health researcher and educator, I explore how oppression, stigma, discrimination and violence impact the health of sexual and gender minoritized (SGM) communities of color. I also examine the role of technology in society, in constructing emerging conceptions of health, illness and identity, and how it might lead to negative health outcomes.

7.      My interest in applied public health began as a genderqueer youth who overcame homelessness and experienced firsthand the shortcomings of our constrained, overburdened social systems meant to promote health and wellbeing. Community-based public health organizations saved my life, blessed me with community, and instilled in me the determination to be part of the solution – to create a public health system that serves all Americans. I started out working with Los Angeles County's STD Program, providing STI testing and health education. I also served as a mobile HIV Case Manager at Children's Hospital Los Angeles, assisting newly diagnosed young people living with HIV, and coordinated cross-training programs at Access to Prevention Advocacy Intervention & Treatment, which advocates for health services for medically underserved communities living with or at risk for HIV/AIDS and other health disparities across Southern California.

8.      In Washington, D.C., I oversaw mobile health and HIV testing initiatives at Whitman-Walker Health. On the federal level, I was a Scholar at the Health Resources and Services Administration and a Health Literacy Fellow at the U.S. Department of Health and Human Services. Further, I have actively engaged in HIV community planning in Los Angeles, Washington, D.C., and San Francisco, representing youth communities.

9.      In building my career, I have earned various fellowships and research positions, including as a National Institute for Alcohol Abuse and Alcoholism T32 (an NIH institutional

training grant) Pre-Doctoral Fellow at the University of California Berkeley's Alcohol Research Group, as an American Sociological Association Minority Fellow (Cohort 38), as a Diversity Scholar of the Adolescent Medicine Trials Network for HIV/AIDS Interventions, and as an Inter-CFAR Implementation Science Fellow at Johns Hopkins University.

10.    I have published over 60 articles focusing primarily on HIV-related health issues among transgender women and men who have sex with men, emphasizing HIV prevalence, prevention, and care engagement in the San Francisco Bay Area and beyond. The publications address transgender health concerns, including mental health and substance use, and explore the impact of socioeconomic factors and discrimination on health outcomes. Further, I develop, implement, and test digital health care navigation interventions and systems to better extend the reach of health care and public health services to hardly reached, minoritized communities in various diverse socio-politico-cultural contexts. By considering intersectional factors such as race, gender identity, and socioeconomic status, I highlight health disparities for SGM communities.

11.    I have applied for and received five grants from NIH to date, for studies in which I've served as the principal investigator (PI). I have served as a co-investigator for five additional NIH-funded studies.

12.    The process of developing competitive and successful NIH grant proposals involves at minimum two years of preparation and work. Successful proposals leverage years of prior experience conducting preliminary, pilot research and a demonstrating a track-record of building meaningful relationships with communities we intend to partner with and serve through the research process. Proposals themselves may take up to a year to develop and may require multiple rounds of submission. Successful proposals must be responsive to national and scientific

and to specific federal agency priorities. The scientific review of proposals requires strict, rigorous assessment by the nation's leading scientists in the specific field of study.

13.     I was motivated to apply for NIH funding following various NIH publications, including a Notice of Special Interest (NOSI) issued by the NIH back in 2019 (NOT-OD-19-139) which revised the definition of SGM populations to be more inclusive, reaffirmed SGM as a health disparity population, and encouraged NIH research funding applications to incorporate SGM populations as appropriate. I was further encouraged to apply for and rely on NIH funding following the "NIH Strategic Plan to Advance Research on the Health and Well-being of Sexual and Gender Minorities" for Fiscal Years 2021-2025.

14.     I closely follow reports published by the National Academies of Science, Engineering, and Medicine that have highlighted the need for more SGM research in 2011, 2020, and 2022, respectively. These reports have only reinforced my belief that my research involving SGM populations is important and has a well-founded scientific basis for funding.

15.     On August 2, 2022, I received an NIH grant funding my project entitled "One Ballroom: Understanding Intersectional Stigma to Optimize the HIV Prevention Continuum among Vulnerable Populations in the United States" (Project No. DP2AI164315).  To effectuate this study, we recruited an online cohort of 900 sexual and gender minorities of color to examine the effect of experiencing more than one axis of stigma, related to intersecting identities of racism, sexism, transphobia and a host of other stigmas that put them at high risk of HIV and create barriers to HIV prevention.  This project had received $847,338 for an intended period of September 24, 2021 to August 31, 2027. A true and correct copy of the notice of award ("NOA") is attached hereto as **Exhibit A**.

16.    On February 28, 2025, I received a letter from NIH terminating the funding for my study. In its letter, NIH stated that it had terminated funding because "[t]his award no longer effectuates agency priorities." A true and correct copy of the termination notice is included in **Exhibit A**.  NIH did not assert that I had failed to comply with any terms of my award. Rather, it claimed that "[r]esearch programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans. Many such studies ignore, rather than seriously examine, biological realities. It is the policy of NIH not to prioritize these research programs." The termination letter did not explain how my research was unscientific, had little return on investment, and did not enhance the health of Americans.

17.    On March 21, 2025, I received a letter from NIH terminating funding for a training grant, "Short Trainings on Methods for Recruiting, Sampling, and Counting Hard-to-Reach Populations: The H2R Training Program" (Project No. 5R25MH129290). The grant funded training designed for graduate students and junior researchers at universities and public health practitioners of health departments in Northern California, taught fundamental skills required to advance multiple lines of research to end health disparities, to be more inclusive of diverse populations in research, and to efficiently obtain samples of hard-to-reach populations in large enough numbers necessary for statistically powerful study designs. NIH had awarded $435,750 for an intended period of August 1, 2022 to May 31, 2026. True and correct copies of the NOA and termination notice for this grant are attached hereto as **Exhibit B**.

18.    Similar to the first letter, NIH did not assert that I had failed to comply with any terms of my award. Rather, NIH stated that it had terminated funding because the grant no longer effectuated agency priorities—but this time because it was associated with "DEI."

19.    Also on March 21, 2025, I received a letter from NIH terminating funding for a second training grant, "SHINE Strong: Building the pipeline of HIV behavioral scientists with expertise in trans population health" (Project No. 5R25MH119858**)**. The funding supported the development of an HIV behavioral research training program for 12 undergraduates from underrepresented populations in the U.S. biomedical, clinical, behavioral, and social sciences research enterprise interested in trans population health. NIH had originally granted $1,333,478 for an intended period of August 17, 2020 to July 31, 2025. True and correct copies of the NOA and termination notice for the grant are attached hereto as **Exhibit C**.

20.    Once again, NIH did not assert that I had failed to comply with any terms of my award. The letter stated that NIH had terminated my funding because my study no longer effectuated agency priorities due to its connection with gender identity. I was again eligible to appeal the decision within 30 days of receiving the termination notice.

21.    None of the three termination letters my grants engaged with the substance of my research or provided any data- or evidence-based analysis to support the termination.

22.    NIH's terminations of these three grants, one after the next, were extremely destructive—not only to my life's work, but most importantly, to sexual and gender minorities of color whom my research benefited.

23.    NIH's termination of the DP2 grant halted research that would have guided our nation's HIV elimination efforts, informing the field on how to make biomedical prevention and treatments more acceptable, feasible, and efficacious for SGM Black, Indigenous, and People of Color, those most vulnerable to HIV. The termination also stopped funding for a post-doctoral scholar, depriving them of the training and employment necessary to strengthen their career

development as a future, leading HIV prevention scientist. The community advisory board developed for this project will no longer be able to convene and contribute to science.

24.    NIH's termination of the two training grants has impeded the training and mentoring of applied public health professionals and early career scientists working in public health departments, universities, and community-based settings, effectively weakening the nation's public health workforce. Without the NIH grant for SHINE Strong, I was forced to cancel the training program, leaving those undergraduate students without the guidance and mentorship they needed to develop potential careers in research.  Without the NIH grant for the H2R Program, I was again forced to cancel the training program, abruptly disrupting support to our current trainees and the many applicants from across the country that had applied for the next year's cohort.  This negatively impacts early career scholars' careers and their ability to improve the population health of their communities.

25.    Prior to March 2025, NIH had never terminated a grant that supported my research. I submitted appeals for all three grants but have not yet received any appeal determinations from NIH.

26.    Another grant on which I am a Co-PI, "Advancing Gender and Health Justice Research and Education" (Project No. R25LM014575), received NIH funding for its first year ending on February 28, 2025, but has not received funding for the second year. A true and correct copy of the NOA for the grant is attached hereto as **Exhibit D**. This is a non-competitive renewal of an award from the first year to the second year, an administrative application which is usually granted quickly. However, NIH has delayed issuing grant renewal and is now unresponsive. As a result, we have been forced to stop all work on this project. NIH's delay in renewing this project has negatively impacted me, my Co-PIs, two research staff, and a cohort of 40 public health

students and trainees who would have enrolled in the courses this summer and fall to receive training in women's health and HIV, which were going to be funded by the NIH grant.

27.     NIH's three grant terminations and its unresponsiveness concerning renewal of a fourth grant have had deleterious effects on me personally and the populations I serve and am part of, materially and psychologically. Because these terminations cite misinformation motivated by discriminatory sentiment rather than scientific evidence, their impact has been extremely distressing, isolating, and fear-inducing. They have threatened my employment, the employment of staff and mentees who contribute to this work, and the overall livelihood of—and  relationships forged with—community leaders and stakeholders. These terminations will negate my nearly two decades of public health and scientific work and obstruct my career growth and stability. The terminations also have created mistrust between communities, academic institutions, federal agencies, and the administration, forever undermining the possibility of continuing this critical work in the future.


I declare under penalty of perjury that the foregoing is true to the best of my knowledge and belief.

Dated: May 24, 2025

_____
Dr. Sean Arayasirikul

# Exhibit A

Department of Health and Human Services

NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES

Case 8:25-cv-03698-JKG    Document 64-16    Filed 05/28/25    Page 10 of 45

Notice of Award

FAIN# DP2AI164315

Federal Award Date
08/06/2024

## Recipient Information

**1. Recipient Name**
UNIVERSITY OF CALIFORNIA IRVINE
160 ALDRICH HALL
IRVINE, CA 92697

**2. Congressional District of Recipient**
47

**3. Payment System Identifier (ID)**
1952226406A1

**4. Employer Identification Number (EIN)**
952226406

**5. Data Universal Numbering System (DUNS)**
046705849

**6. Recipient's Unique Entity Identifier**
MJC5FCYQTPE6

**7. Project Director or Principal Investigator**
Sean  Arayasirikul, PHD
Assistant Professor
sean.arayasirikul@uci.edu
949-824-2358

**8. Authorized Official**
Maria G. Diaz
mspiva@uci.edu
949-824-7688

## Federal Agency Information

**9. Awarding Agency Contact Information**
WINSTON MORGAN Downing
Grants Management Specialist
NATIONAL INSTITUTE OF ALLERGY AND
INFECTIOUS DISEASES
winston.downing@nih.gov
(406) 363-9242

**10. Program Official Contact Information**
Gerald B. Sharp
Program Officer
NATIONAL INSTITUTE OF ALLERGY AND
INFECTIOUS DISEASES
gsharp@niaid.nih.gov
240-627-3217

## Federal Award Information

**11. Award Number**
5DP2AI164315-04

**12. Unique Federal Award Identification Number (FAIN)**
DP2AI164315

**13. Statutory Authority**
42 USC 241 42 CFR 52

**14. Federal Award Project Title**
One Ballroom: Understanding Intersectional Stigma to Optimize the HIV Prevention
Continuum among Vulnerable Populations in the United States

**15. Assistance Listing Number**
93.855

**16. Assistance Listing Program Title**
Allergy and Infectious Diseases Research

**17. Award Action Type**
Non-Competing Continuation (REVISED)

**18. Is the Award R&D?**
Yes

### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 09/01/2023 **– End Date** 08/31/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0 |
| 20 a.  Direct Cost Amount | $0 |
| 20 b.  Indirect Cost Amount | $0 |
| **21.** Authorized Carryover | |
| **22.** Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $426,660 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $426,660 |
| **26. Project Period Start Date** 09/24/2021 **– End Date** 08/31/2027 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $847,338 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Michael W. Fato

## 30. Remarks

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or
otherwise requested from the grant payment system.

Notice of Award



*DIRECTOR'S NEW INNOVATOR AWARD*
Department of Health and Human Services
National Institutes of Health

NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES



---

**SECTION I – AWARD DATA – 5DP2AI164315-04 REVISED**

**Principal Investigator(s):**
Sean  Arayasirikul, PHD

**Award e-mailed to:** awards@research.uci.edu

Dear Authorized Official:

The National Institutes of Health hereby revises this award  (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to UNIVERSITY OF CALIFORNIA-IRVINE in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241 42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute Of Allergy And Infectious Diseases of the National Institutes of Health under Award Number DP2AI164315. The content is solely the responsibility of the authors and does not necessarily represent the official views of  the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Michael W. Fato
Grants Management Officer
NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**
**Salaries and Wages**                                                                            $111,627

| | |
|---|---:|
| **Fringe Benefits** | $38,304 |
| **Personnel Costs (Subtotal)** | $149,931 |
| **Materials & Supplies** | $590 |
| **Travel** | $3,000 |
| **Other** | $60,892 |
| **Subawards/Consortium/Contractual Costs** | $67,625 |
| **Tuition Remission** | $19,628 |
| | |
| **Federal Direct Costs** | $301,666 |
| **Federal F&A Costs** | $124,994 |
| **Approved Budget** | $426,660 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $426,660 |
| **TOTAL FEDERAL AWARD AMOUNT** | $426,660 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $0 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 4 | $426,660 | $426,660 |
| 5 | $428,692 | $428,692 |
| 6 | $405,047 | $405,047 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**Fiscal Information:**

| | |
|---|---|
| **Payment System Identifier:** | 1952226406A1 |
| **Document Number:** | DAI164315B |
| **PMS Account Type:** | P (Subaccount) |
| **Fiscal Year:** | 2023 |

| IC | CAN | 2023 | 2025 | 2026 |
|---|---|---|---|---|
| AI | 8012718 | $426,660 | $428,692 | $405,047 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**NIH Administrative Data:**
**PCC**: A27G / **OC**: 41025 / **Released**: 08/06/2024
**Award Processed:** 08/07/2024 12:02:14 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 5DP2AI164315-04  REVISED**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 5DP2AI164315-04  REVISED**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

a. The grant program legislation and program regulation cited in this Notice of Award.
b. Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
c. 45 CFR Part 75.
d. National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
e. Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
f. This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):**  All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2**.** As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VII Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM). Should a consortium/subaward be issued under this award, a UEI requirement must be included.   See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) DP2AI164315. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and

Version: 25 - 2/16/2024 9:51 AM | Generated on: 8/7/2024 12:02 AM

https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

---

**SECTION IV – AI SPECIFIC AWARD CONDITIONS – 5DP2AI164315-04  REVISED**

Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

REVISED AWARD: This revised Notice of Award (NoA) is issued to extend the **04** year as agreed to in the correspondence dated **07/31/2024**. This is the only mid-project extension that will be allowed for the remainder of the project period.

This award also removes the no-cost extension authority of the NIH Standard Terms and Conditions of Award.  NIAID prior approval is required to extend the project period end date for this award.

The RPPR for this grant must be submitted one month prior to the standard NIH due date. For example, if the RPPR is due by July 15th, NIAID requires submission by June 15th

Supersedes previous Notice of Award dated **07/25/2023**.  All other terms and conditions still apply to this award.

**

REMINDER:  This grant is funded for HIV/AIDS research.  Per the NIH Revitalization Act of 1993, funds are restricted for HIV/AIDS research and cannot be re-budgeted for other purposes.

**

This award includes human subject research studies and must conform to the DHHS policies for the Protection of Human Subjects research, which are a term and condition of award.  Human subjects research is covered by the 2018 Common Rule, and may not be initiated until the associated protocols have received IRB approval as specified in 45 CFR 46.  Failure to comply with the terms and conditions of award may result in the disallowance of costs and/or additional enforcement actions as outlined in Section 8.5 of the NIH Grants Policy Statement.

**

This Notice of Award (NoA) includes funds for **San Francisco Department of Public Health.**

**

This Notice of Award (NoA) includes funds for **Heluna Health dba Public Health Foundation Enterprise**

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 5DP2AI164315-04 REVISED

**INSTITUTION:** UNIVERSITY OF CALIFORNIA-IRVINE

| Budget | Year 4 | Year 5 | Year 6 |
|---|---|---|---|
| Salaries and Wages | $111,627 | $111,627 | $111,627 |
| Fringe Benefits | $38,304 | $38,304 | $38,304 |
| Personnel Costs (Subtotal) | $149,931 | $149,931 | $149,931 |
| Materials & Supplies | $590 | $230 | $26 |
| Travel | $3,000 | $6,000 | $6,000 |
| Other | $60,892 | $52,284 | $30,725 |
| Subawards/Consortium/Contractual Costs | $67,625 | $67,792 | $67,965 |
| Publication Costs | | $6,000 | $12,000 |
| Tuition Remission | $19,628 | $20,806 | $22,054 |
| TOTAL FEDERAL DC | $301,666 | $303,043 | $288,701 |
| TOTAL FEDERAL F&A | $124,994 | $125,649 | $116,346 |
| TOTAL COST | $426,660 | $428,692 | $405,047 |

| Facilities and Administrative Costs | Year 4 | Year 5 | Year 6 |
|---|---|---|---|
| F&A Cost Rate 1 | 57% | 57% | 57% |
| F&A Cost Base 1 | $219,287 | $220,437 | $204,116 |
| F&A Costs 1 | $124,994 | $125,649 | $116,346 |



**DEPARTMENT OF HEALTH & HUMAN SERVICES**                                    Public Health Service

---

National Institutes of Health
National Institute of Allergy
and Infectious Diseases
Bethesda, Maryland 20892

February 28, 2025

Maria G. Diaz
The Regents of the University of California, Irvine
160 Aldrich Hall
Irvine, CA 92697-7600

Dear Ms. Diaz,

Funding for Project Number 5DP2AI164315-04 is hereby terminated pursuant to the 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2) (2024).  This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 08/06/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards."[4]  According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340."[5]  At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities.  NIH is obligated to carefully steward grant awards to ensure taxpayer dollars are used in ways that benefit the American people and improve their quality of life.  Your project does not satisfy these criteria.  Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans.  Many such studies ignore, rather than seriously examine, biological realities.  It is the policy of NIH not to prioritize these research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here.  The premise of Project Number 5DP2AI164315-04 is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7]  Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390.  NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

## Administrative Appeal

You may object and provide information and documentation challenging this termination.[9]  NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.
[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373
[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).
[4] 2024 Policy Statement at IIA-1.
[5] *Id.* at IIA-155.
[6] 2024 Policy Statement at IIA-156.
[7] *See* 2 C.F.R. § 200.343 (2024).
[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)
[9] *See* 45 C.F.R. § 75.374.
[10] See 42 C.F.R. Part 50, Subpart D.

You must submit a request for such review to Dr. Matthew J. Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Matthew J. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position.  In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

Sincerely,


Emily Linde

Director, Grants Management Program
National Institutes of Allergy and Infectious Diseases

---

[11] *Id.* § 50.406(a).
[12] *Id.* § 50.406(b).

# Exhibit B

**Department of Health and Human Services**
National Institutes of Health
NATIONAL INSTITUTE OF MENTAL HEALTH

**Notice of Award**
FAIN# R25MH129290
**Federal Award Date**
06/02/2023

## Recipient Information

**1. Recipient Name**
REGENTS OF THE UNIVERSITY OF
CALIFORNIA, SAN FRANCISCO, THE
1855 FOLSOM ST STE 425

SAN FRANCISCO, CA 94143

**2. Congressional District of Recipient**
11

**3. Payment System Identifier (ID)**
1946036493A6

**4. Employer Identification Number (EIN)**
946036493

**5. Data Universal Numbering System (DUNS)**
094878337

**6. Recipient's Unique Entity Identifier**
KMH5K9V7S518

**7. Project Director or Principal Investigator**
Ali  Mirzazadeh, MD (Contact)

ali.mirzazadeh@ucsf.edu
415-866-4234

**8. Authorized Official**
Bao Sit
bao.sit@ucsf.edu
415-254-7025

## Federal Agency Information

**9. Awarding Agency Contact Information**
Rita Sisco

NATIONAL INSTITUTE OF MENTAL HEALTH
siscor@mail.nih.gov
(301) 443-2805

**10. Program Official Contact Information**
Susannah  Allison

NATIONAL INSTITUTE OF MENTAL HEALTH
allisonsu@mail.nih.gov
240-627-3861

## Federal Award Information

**11. Award Number**
5R25MH129290-02

**12. Unique Federal Award Identification Number (FAIN)**
R25MH129290

**13. Statutory Authority**
42 USC 241   42 CFR 52

**14. Federal Award Project Title**
Short Trainings on Methods for Recruiting, Sampling, and Counting Hard-to-Reach
Populations: The H2R Training Program

**15. Assistance Listing Number**
93.242

**16. Assistance Listing Program Title**
Mental Health Research Grants

**17. Award Action Type**
Non-Competing Continuation

**18. Is the Award R&D?**
Yes

### Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 06/01/2023 – **End Date** 05/31/2024 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $216,876 |
| 20 a.  Direct Cost Amount | | $203,011 |
| 20 b.  Indirect Cost Amount | | $13,865 |
| **21.** Authorized Carryover | | |
| **22.** Offset | | |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $216,876 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | | $216,876 |
| **26. Project Period Start Date** 08/01/2022 – **End Date** 05/31/2026 | | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | | $435,750 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Rita  Sisco

**30. Remarks**
Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise
requested from the grant payment system.

Version:13 - 8/3/2022 12:59 PM | Generated on: 6/2/2023 12:08 AM

Notice of Award



RESEARCH EDUCATION AWARD
Department of Health and Human Services
National Institutes of Health

NATIONAL INSTITUTE OF MENTAL HEALTH



---

**SECTION I – AWARD DATA – 5R25MH129290-02**

**Principal Investigator(s):**
Sean  Arayasirikul, PHD
Thomas  Hoffmann, PHD
William  McFarland, MD
Ali  Mirzazadeh (contact), MD

**Award e-mailed to:** cgrasteam@ucsf.edu

Dear Authorized Official:

The National Institutes of Health hereby awards a grant in the amount of $216,876 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to The Regents of the UCSF in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241  42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute Of Mental Health of the National Institutes of Health under Award Number R25MH129290. The content is solely the responsibility of the authors and does not necessarily represent the official views of   the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Rita  Sisco
Grants Management Officer
NATIONAL INSTITUTE OF MENTAL HEALTH

Additional information follows

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| Salaries and Wages | $59,616 |
| **Fringe Benefits** | $21,675 |
| **Personnel Costs (Subtotal)** | $81,291 |
| **Travel** | $2,000 |
| **Other** | $59,078 |
| **Subawards/Consortium/Contractual Costs** | $40,642 |
| **Participant Other** | $20,000 |

| | |
|---|---|
| **Federal Direct Costs** | $203,011 |
| **Federal F&A Costs** | $13,865 |
| **Approved Budget** | $216,876 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $216,876 |
| **TOTAL FEDERAL AWARD AMOUNT** | $216,876 |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $216,876 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 2 | $216,876 | $216,876 |
| 3 | $216,249 | $216,249 |
| 4 | $216,001 | $216,001 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**Fiscal Information:**

| | |
|---|---|
| **Payment System Identifier:** | 1946036493A6 |
| **Document Number:** | RMH129290A |
| **PMS Account Type:** | P (Subaccount) |
| **Fiscal Year:** | 2023 |

| IC | CAN | 2023 | 2024 | 2025 |
|---|---|---|---|---|
| OD | 8055729 | $216,876 | $216,249 | $216,001 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**NIH Administrative Data:**
**PCC**: 9A-ASH / **OC**: 41032 / **Released**: Sisco, Rita 06/01/2023
**Award Processed**: 06/02/2023 12:08:15 AM

**SECTION II – PAYMENT/HOTLINE INFORMATION – 5R25MH129290-02**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

**SECTION III – STANDARD TERMS AND CONDITIONS – 5R25MH129290-02**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

    a.   The grant program legislation and program regulation cited in this Notice of Award.
    b.   Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
    c.   45 CFR Part 75.
    d.   National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
    e.   Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
    f.   This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):**  All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2**.** As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VII Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.  See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R25MH129290. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

This award is funded by the following list of institutes.  Any papers published under the auspices of this award must cite the funding support of all institutes.

Office Of The Director, National Institutes Of Health (OD)

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

---

**SECTION IV – MH SPECIFIC AWARD CONDITIONS – 5R25MH129290-02**

Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

**<u>AWARD NOTICE</u>:**

This award has been made in response to the application submitted under the Funding Opportunity Announcement OD21-005 which can be referenced at: https://grants.nih.gov/grants/guide/rfa-files/RFA-OD-21-005.html.

**CHANGE OF PRINCIPAL INVESTIGATOR:**
This revised award reflects NIMH approval of the change of Principal Investigator from Dr. David Glidden to Thomas Hoffmann, as requested in the recipient's RPPR dated 04/13/2023.

**CONSORTIUM / CONTRACTUAL COSTS:**
This award includes funds for consortium activity with **San Francisco Department of Public Health** and **Public Health Foundation Enterprises, Inc**. Each consortium is to be established and administered in accordance with the NIH Grants Policy Statement (http://grants.nih.gov/grants/policy/nihgps/index.htm). No foreign performance site may be added to this project without the written prior approval of the National Institute of Mental Health.

**ELECTRONIC FORMS SUBMISSION:**
As outlined in NOT-MH-12-033 (http://grants.nih.gov/grants/guide/notice-files/NOT-MH-12-033.html) and NOT-OD-11-026 (http://grants.nih.gov/grants/guide/notice-files/NOT-OD-11-026.html), the recipient is required to use the xTrain Commons module to electronically prepare and submit the PHS 2271 Statement of Appointment form and the PHS 416-7 Termination Notice for each participant appointed for eight weeks or more on NIMH R25 grants. The recipient organization must electronically submit a completed Statement of Appointment and a completed Termination Notice using the xTrain system.

**REPORTING REQUIREMENT:**
Successful participation and completion of instruction in Responsible Conduct of Research must be documented during the first year for each participant on this award. Full details about this policy requirement can be found in the NIH Guide Notice NOT-OD-22-055 which can be accessed at: https://grants.nih.gov/grants/guide/notice-files/NOT-OD-22-055.html.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 5R25MH129290-02

**INSTITUTION:** The Regents of the UCSF

| Budget | Year 2 | Year 3 | Year 4 |
|---|---|---|---|
| Salaries and Wages | $59,616 | $59,612 | $59,609 |
| Fringe Benefits | $21,675 | $21,673 | $21,672 |
| Personnel Costs (Subtotal) | $81,291 | $81,285 | $81,281 |
| Travel | $2,000 | $2,000 | $2,000 |
| Other | $59,078 | $59,083 | $59,088 |
| Subawards/Consortium/Contractual Costs | $40,642 | $40,642 | $40,642 |
| Participant Other | $20,000 | $20,000 | $20,000 |
| TOTAL FEDERAL DC | $203,011 | $203,010 | $203,011 |
| TOTAL FEDERAL F&A | $13,865 | $13,239 | $12,990 |
| TOTAL COST | $216,876 | $216,249 | $216,001 |

| Facilities and Administrative Costs | Year 2 | Year 3 | Year 4 |
|---|---|---|---|
| F&A Cost Rate 1 | 8% | 8% | 8% |
| F&A Cost Base 1 | $173,307 | $165,492 | $162,369 |
| F&A Costs 1 | $13,865 | $13,239 | $12,990 |

**From:** Bulls, Michelle G. (NIH/OD) [E] <michelle.bulls@nih.gov>
**Sent:** Friday, March 21, 2025 9:31 AM
**To:** Sit, Jimmy <Bao.Sit@ucsf.edu>
**Subject:** Grant Termination Notification

**This Message Is From an External Sender**

This message came from outside your organization.



National Institutes of Health
*Office of Extramural Research*

3/21/2025

Bao Sit
University Of California, San Francisco
bao.sit@ucsf.edu

Dear Bao Sit:

Effective with the date of this letter, funding for Project Number 5R25MH129290-03 is
hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH")
Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of
termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on
6/1/2024, and "obligations generally should be determined by reference to the law in effect

when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative
agreements and is incorporated by reference in all NIH grant and cooperative agreement

awards.[4]" According to the Policy Statement, "NIH may ... terminate the grant in whole or

in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. §
200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity,
to the greatest extent authorized by law, if an award no longer effectuates the program goals or
agency priorities."

This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans.  Therefore, it is the policy of NIH not to prioritize such research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov*.[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

Sincerely,

Michelle G. Bulls -S    Digitally signed by Michelle G. Bulls -S

Michelle G. Bulls, on behalf of Theresa Jarosik, Chief Grants Management Officer, NIMH
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373

[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).

[4] NIH Grants Policy Statement at IIA-1.

[5] *Id.* at IIA-155.

[6] NIH Grants Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

# Exhibit C

Department of Health and Human Services
Case 3:25-cv-03686-RFL · National Institutes of Health · Document 64-16 · Filed 05/28/25 · Page 30 of 45 · FAIN: R25MH119858
NATIONAL INSTITUTE OF MENTAL HEALTH

Notice of Award
FAIN# R25MH119858
Federal Award Date
08/15/2024

## Recipient Information

**1. Recipient Name**
PUBLIC HEALTH FOUNDATION
ENTERPRISES, INC.
13300 CROSSROADS PKWY N
STE 450
CITY OF INDUSTRY, CA 91746

**2. Congressional District of Recipient**
31

**3. Payment System Identifier (ID)**
1952557063A1

**4. Employer Identification Number (EIN)**
952557063

**5. Data Universal Numbering System (DUNS)**
082199324

**6. Recipient's Unique Entity Identifier**
L4EEW9SQX2F6

**7. Project Director or Principal Investigator**
William McFarland, MD (Contact)
Professor
willi_mcfarland@hotmail.com
415-533-9882

**8. Authorized Official**
Peter Dale
pdale@phfe.org
562-222-7886

## Federal Agency Information

**9. Awarding Agency Contact Information**
Joyce Tso
Grants Management Specialist
NATIONAL INSTITUTE OF MENTAL
HEALTH
joyce.tso@nih.gov

**10. Program Official Contact Information**
Susannah Allison

NATIONAL INSTITUTE OF MENTAL
HEALTH
allisonsu@mail.nih.gov
240-627-3861

## Federal Award Information

**11. Award Number**
5R25MH119858-05

**12. Unique Federal Award Identification Number (FAIN)**
R25MH119858

**13. Statutory Authority**
42 USC 241  42 CFR 52

**14. Federal Award Project Title**
SHINE Strong: Building the pipeline of HIV behavioral scientists with expertise in trans population health

**15. Assistance Listing Number**
93.242

**16. Assistance Listing Program Title**
Mental Health Research Grants

**17. Award Action Type**
Non-Competing Continuation

**18. Is the Award R&D?**
Yes

### Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 08/01/2024 – **End Date** 07/31/2025 | | |
| **20.** Total Amount of Federal Funds Obligated by this Action | | $1 |
| 20 a. Direct Cost Amount | | $1 |
| 20 b. Indirect Cost Amount | | $0 |
| **21.** Authorized Carryover | | |
| **22.** Offset | | |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $1 |
| **24.** Total Approved Cost Sharing or Matching, where applicable | | $0 |
| **25.** Total Federal and Non-Federal Approved this Budget Period | | $1 |
| **26. Project Period Start Date** 08/17/2020 – **End Date** 07/31/2025 | | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | | $1,333,478 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Heather Weiss

## 30. Remarks

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Notice of Award



*RESEARCH EDUCATION AWARD*
Department of Health and Human Services
National Institutes of Health

NATIONAL INSTITUTE OF MENTAL HEALTH



---

**SECTION I – AWARD DATA – 5R25MH119858-05**

**Principal Investigator(s):**
Sean  Arayasirikul, PHD
William  McFarland (contact), MD

**Award e-mailed to:** pdale@helunahealth.org

Dear Authorized Official:

The National Institutes of Health hereby awards a grant in the amount of $1 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to PUBLIC HEALTH FOUNDATION ENTERPRISES in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241  42 CFR 52 and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute Of Mental Health of the National Institutes of Health under Award Number R25MH119858. The content is solely the responsibility of the authors and does not necessarily represent the official views of  the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,



Heather  Weiss
Grants Management Officer
NATIONAL INSTITUTE OF MENTAL HEALTH

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| **Federal Direct Costs** | $1 |
| **Approved Budget** | $1 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $1 |
| **TOTAL FEDERAL AWARD AMOUNT** | $1 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $1 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 5 | $1 | $1 |

**Fiscal Information:**
| | |
|---|---|
| **Payment System Identifier:** | 1952557063A1 |
| **Document Number:** | RMH119858A |
| **PMS Account Type:** | P (Subaccount) |
| **Fiscal Year:** | 2024 |

| IC | CAN | 2024 |
|---|---|---|
| MH | 8472616 | $1 |

**NIH Administrative Data:**
**PCC**: 9A-ASH / **OC**: 41032 / **Released**: 08/14/2024
**Award Processed:** 08/15/2024 12:35:36 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 5R25MH119858-05**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 5R25MH119858-05**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

a. The grant program legislation and program regulation cited in this Notice of Award.
b. Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
c. 45 CFR Part 75.
d. National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
e. Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
f. This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):** All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.   See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R25MH119858. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.


 This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section 8.6 Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final expenditure Federal Financial Report (FFR) (SF 425) must be submitted through the Payment Management System (PMS) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section 8.6.1 Financial Reports, http://grants.nih.gov/grants/policy/policy.htm#gps, for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the real-time cash drawdown data in PMS. NIH will close the awards using the last recorded cash drawdown level in PMS for awards that do not require a final FFR on expenditures.  It is important to note that for financial closeout, if a grantee fails to submit a required final expenditure FFR, NIH will close the grant using the last recorded cash drawdown level.

A Final Invention Statement and Certification form (HHS 568), (not applicable to training, construction, conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 568 form may be downloaded at: http://grants.nih.gov/grants/forms.htm.  This paragraph does not apply to Training grants, Fellowships, and certain other programs—i.e., activity codes C06, D42, D43, D71, DP7, G07, G08, G11, K12, K16, K30, P09, P40, P41, P51, R13, R25, R28, R30, R90, RL5, RL9, S10, S14, S15, U13, U14, U41, U42, U45, UC6, UC7, UR2, X01, X02.

Unless an application for competitive renewal is submitted, a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal application is submitted prior to that date, then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at: https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any specific requirements set forth in the terms and conditions of the award must also be addressed in the Interim or Final RPPR. *Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience*.

NIH requires electronic submission of the final invention statement through the Closeout feature in the Commons.

NOTE:  If this is the final year of a competitive segment due to the transfer of the grant to another institution, then a Final RPPR is not required.  However, a final expenditure FFR is required and must be submitted electronically as noted above.  If not already submitted, the Final Invention Statement is required and should be sent directly to the assigned Grants Management Specialist.


Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by

persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

---

**SECTION IV –  MH SPECIFIC AWARD CONDITIONS – 5R25MH119858-05**

Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

**AWARD NOTICE:**
This award has been made in response to the application submitted under the Funding Opportunity Announcement **PAR-17-485** which can be referenced at: https://grants.nih.gov/grants/guide/pa-files/PAR-17-485.html.

**KEY PERSONNEL**
In addition to the PI, any absence, replacement, or substantial reduction in effort of the following individual(s) below, requires the written prior approval of the National Institute of Mental Health.

**Erin Meek Wilson**

**CONSORTIUM/CONTRACTUAL COSTS:**
This award includes funds for consortium activity with **City and County of San Francisco (CCSF).**  Each consortium is to be established and administered in accordance with the NIH Grants Policy Statement dated March 31, 2015. No foreign performance site may be added to this project without the written prior approval of the National Institute of Mental Health.

## RESTRICTION PERSONNEL COSTS:

Consistent with the allowable costs guidelines of PAR-17-485, funds for personnel costs on this grant may not exceed 35% of Total Direct Costs. Any rebudgeting from other categories to increase personnel costs to a level in excess of 35% of Total Direct Costs is not permitted without prior approval from the NIMH.

## REPORTING REQUIREMENT:

Successful participation and completion of instruction in **Responsible Conduct of Research** must be documented during the first year for each participant on this award. Full details about this policy requirement can be found in the NIH Guide Notice NOT-OD-10-019 which can be accessed at:
http://grants.nih.gov/grants/guide/notice-files/NOT-OD-10-019.html.

## DATA AND SAFETY MONITORING:

This grant is subject to the clinical research policies outlined in NOT-MH-19-027. The recipient will adhere to the NIH (NIH GPS 4.1.15) and NIMH policies (NOT-MH-19-027) including appropriately providing adequate data and safety monitoring and timely reporting of key events as defined in the NIMH Reportable Events Policy. The level and frequency of human subject data and safety monitoring should always be commensurate with the risk and nature of the research.

## INVOLVEMENT OF HUMAN SUBJECTS OR VERTEBRATE ANIMALS:

It is understood that no trainee will be permitted to work on any project involving live vertebrate animals or human subjects that has not been approved by the IACUC and/or IRB, as appropriate, and that is not conducted under a valid Federal-wide Assurance approved by OHRP or Animal Welfare Assurance approved by OLAW/NIH, as appropriate. The grantee is responsible for ensuring that all trainees are appropriately trained prior to working with human subjects and/or vertebrate animals. When submitting the progress report the grantee should provide appropriate IRB and/or IACUC approval dates for the relevant individual protocols under which the trainees are working.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 5R25MH119858-05

**INSTITUTION:** PUBLIC HEALTH FOUNDATION ENTERPRISES

| Facilities and Administrative Costs | Year 5 |
|---|---|
| F&A Cost Rate 1 | 0% |
| F&A Cost Base 1 | $0 |
| F&A Costs 1 | $0 |

| From: | Peter Dale |
|---|---|
| To: | Rochelle McLaurin; Adam Abate |
| Subject: | Fw: Grant Termination Notification |
| Date: | Friday, March 21, 2025 10:55:51 AM |
| Attachments: | image002.png |

FYI, not sure if same or new termination notice

**Peter Dale**
Chief Program Officer
Heluna Health
Office: 562-222-7886

---

**From:** Bulls, Michelle G. (NIH/OD) [E] <michelle.bulls@nih.gov>
**Sent:** Friday, March 21, 2025 9:35:03 AM
**To:** Peter Dale <pdale@HelunaHealth.org>
**Subject:** Grant Termination Notification

> WARNING: External Email. Do not click or open attachments if you don't recognize the sender.



3/21/2025

Peter David Dale
Public Health Foundation Enterprises
pdale@phfe.org

Dear Peter David Dale:

Effective with the date of this letter, funding for Project Number 5R25MH119858-05 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 8/1/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or

in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans.  Many such studies ignore, rather than seriously examine, biological realities.  It is the policy of NIH not to prioritize these research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov*.[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]


Sincerely,

Michelle
G. Bulls -S    Digitally signed
by Michelle G.
Bulls -S

Michelle G. Bulls, on behalf of Theresa Jarosik, Chief Grants Management Officer, NIMH Director, Office of Policy for Extramural Research Administration

Office of Extramural Research

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373

[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).

[4] NIH Grants Policy Statement at IIA-1.

[5] *Id.* at IIA-155.

[6] NIH Grants Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

# Exhibit D

**Department of Health and Human Services**
NATIONAL LIBRARY OF MEDICINE

**Notice of Award**
FAIN# R25LM014575
**Federal Award Date**
04/19/2024

## Recipient Information

**1. Recipient Name**
UNIVERSITY OF CALIFORNIA IRVINE
160 ALDRICH HALL
IRVINE, CA 92697

**2. Congressional District of Recipient**
47

**3. Payment System Identifier (ID)**
1952226406A1

**4. Employer Identification Number (EIN)**
952226406

**5. Data Universal Numbering System (DUNS)**
046705849

**6. Recipient's Unique Entity Identifier**
MJC5FCYQTPE6

**7. Project Director or Principal Investigator**
Sean  Arayasirikul, PHD (Contact)
Assistant Professor
sean.arayasirikul@uci.edu
949-824-7095

**8. Authorized Official**
Madison Spiva
mspiva@uci.edu

## Federal Agency Information

**9. Awarding Agency Contact Information**
Amy Keener

NATIONAL LIBRARY OF MEDICINE
akeener@mail.nih.gov
301-496-6131

**10. Program Official Contact Information**
ELIZABETH ANNE Barr

NATIONAL LIBRARY OF MEDICINE

## Federal Award Information

**11. Award Number**
1R25LM014575-01

**12. Unique Federal Award Identification Number (FAIN)**
R25LM014575

**13. Statutory Authority**
42  USC 241   42 CFR 52

**14. Federal Award Project Title**
Advancing Gender and Health Justice Research and Education

**15. Assistance Listing Number**
93.879

**16. Assistance Listing Program Title**
Medical Library Assistance

**17. Award Action Type**
New Competing

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---:|
| **19. Budget Period Start Date** 04/19/2024 – **End Date** 02/28/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $166,418 |
| 20 a.  Direct Cost Amount | $154,302 |
| 20 b.  Indirect Cost Amount | $12,116 |
| 21. Authorized Carryover | |
| 22. Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $166,418 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $166,418 |
| -------------------------------------------------------------- | |
| **26. Project Period Start Date** 04/19/2024 – **End Date** 02/29/2028 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $166,418 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Samantha J. Tempchin

## 30. Remarks

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.



Notice of Award

RESEARCH EDUCATION PROJECT
Department of Health and Human Services
National Institutes of Health

NATIONAL LIBRARY OF MEDICINE



**SECTION I – AWARD DATA – 1R25LM014575-01**

**Principal Investigator(s):**
Sean Arayasirikul (contact), PHD
Melissa Coolidge Smith
Dallas Travis Swendeman, PHD
Ushma Desai Upadhyay, PHD
Jennifer Ann Wagman, PHD

**Award e-mailed to:** awards@research.uci.edu

Dear Authorized Official:

The National Institutes of Health hereby awards a grant in the amount of $166,418 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to UNIVERSITY OF CALIFORNIA-IRVINE in support of the above referenced project. This award is pursuant to the authority of 42 USC 241 42 CFR 52 and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Library Of Medicine of the National Institutes of Health under Award Number R25LM014575. The content is solely the responsibility of the authors and does not necessarily represent the official views of the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F. The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Samantha J. Tempchin
Grants Management Officer
NATIONAL LIBRARY OF MEDICINE

Additional information follows

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| Salaries and Wages | $43,293 |
| **Fringe Benefits** | $21,797 |
| **Personnel Costs (Subtotal)** | $65,090 |
| **Materials & Supplies** | $618 |
| **Travel** | $2,500 |
| **Other** | $28,000 |
| **Subawards/Consortium/Contractual Costs** | $58,094 |

| | |
|---|---|
| **Federal Direct Costs** | $154,302 |
| **Federal F&A Costs** | $12,116 |
| **Approved Budget** | $166,418 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $166,418 |
| **TOTAL FEDERAL AWARD AMOUNT** | $166,418 |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $166,418 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 1 | $166,418 | $166,418 |
| 2 | $161,614 | $161,614 |
| 3 | $155,453 | $155,453 |
| 4 | $152,209 | $152,209 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**Fiscal Information:**

| | |
|---|---|
| **Payment System Identifier:** | 1952226406A1 |
| **Document Number:** | RLM014575A |
| **PMS Account Type:** | P (Subaccount) |
| **Fiscal Year:** | 2024 |

| IC | CAN | 2024 | 2025 | 2026 | 2027 |
|---|---|---|---|---|---|
| LM | 8023863 | $1 | $1 | $1 | $1 |
| OD | 8027143 | $166,416 | $161,612 | $155,451 | $152,207 |
| OD | 8055783 | $1 | $1 | $1 | $1 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**NIH Administrative Data:**
**PCC**: XXXD / **OC**: 41030 / **Released**: Tempchin, Samantha 04/12/2024
**Award Processed:** 04/19/2024 12:16:56 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 1R25LM014575-01**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 1R25LM014575-01**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

    a.   The grant program legislation and program regulation cited in this Notice of Award.
    b.   Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
    c.   45 CFR Part 75.
    d.   National Policy Requirements and all other requirements described in the NIH Grants Policy

Statement, including addenda in effect as of the beginning date of the budget period.
  e.   Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
  f.   This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):** All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VII Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM). Should a consortium/subaward be issued under this award, a UEI requirement must be included. See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R25LM014575. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

This award is funded by the following list of institutes. Any papers published under the auspices of this award must cite the funding support of all institutes.

| |
|---|
| Office Of The Director, National Institutes Of Health (OD)<br>National Library Of Medicine (NLM) |

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

  •   Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals,

see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.

- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period. The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.
**Treatment of Program Income:**
Additional Costs

---

**SECTION IV – LM SPECIFIC AWARD CONDITIONS – 1R25LM014575-01**

Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

**AWARDED AMOUNT**
This award is based on the IRG recommendations as noted in the Summary Statement, with arithmetic errors corrected and NIH grant policies applied (if applicable).

**NOTICE OF FUNDING OPPORTUNITY (NOFO)**
This award is subject to the conditions set forth in NOFO Number RFA-OD-22-015, which are incorporated by reference as special Terms and Conditions of this award. This NOFO may be accessed at: https://grants.nih.gov/grants/guide/rfa-files/RFA-OD-22-015.html.

**INITIAL BUDGET PERIOD**
Although the initial budget period end date is 02/28/2025, this award includes funds for 12 months of support. **All subsequent budget periods will begin on March 1** and will be 12 months in duration.

**CONSORTIUM/CONTRACTUAL COSTS**
This award includes funds for subrecipient activity as follows:

> **University of California, San Francisco - $14,514 Total Costs** ($13,439 Direct Costs + $1,075 Indirect/F&A Costs)
> **University of California, Los Angeles - $27,847 Total Costs** ($25,784 Direct Costs + $2,063 Indirect/F&A Costs)
> **University of California, Santa Barbara - $15,733 Total Costs** ($14,568 Direct Costs + $1,165 Indirect/F&A Costs)

Each consortium is to be established and administered in accordance with the NIH Grants Policy Statement: http://grants.nih.gov/grants/policy/nihgps/consortium_agreements. Although a specific amount has been awarded for each consortium, the recipient retains standard re-budgeting authorities.

No foreign performance site may be added to this project without prior written approval from the National Library of Medicine.

**PRIOR APPROVAL REQUESTS**

All requests for NLM prior approval must be made in writing to the GMO no later than 30 days before the proposed change, and signed by the AOR. Prior approval requests for change of PD/PI, carryover, or no-cost extensions should be submitted electronically via the eRA Commons Prior Approval Module.

Please refer to Part II Chapter 8 of the NIH Grants Policy Statement for the activities and/or expenditures that require NIH prior approval:
https://grants.nih.gov/grants/policy/nihgps/HTML5/section_8/8.1_changes_in_project_and_budget.htm.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 1R25LM014575-01

**INSTITUTION:** UNIVERSITY OF CALIFORNIA-IRVINE

| Budget | Year 1 | Year 2 | Year 3 | Year 4 |
|---|---|---|---|---|
| Salaries and Wages | $43,293 | $43,293 | $43,293 | $43,293 |
| Fringe Benefits | $21,797 | $21,797 | $21,797 | $21,797 |
| Personnel Costs (Subtotal) | $65,090 | $65,090 | $65,090 | $65,090 |
| Materials & Supplies | $618 | $851 | $1,607 | $601 |
| Travel | $2,500 | $2,500 | $2,500 | $2,500 |
| Other | $28,000 | $26,000 | $21,000 | $19,000 |
| Subawards/Consortium/Contractual Costs | $58,094 | $58,037 | $58,040 | $58,043 |
| TOTAL FEDERAL DC | $154,302 | $152,478 | $148,237 | $145,234 |
| TOTAL FEDERAL F&A | $12,116 | $9,136 | $7,216 | $6,975 |
| TOTAL COST | $166,418 | $161,614 | $155,453 | $152,209 |

| Facilities and Administrative Costs | Year 1 | Year 2 | Year 3 | Year 4 |
|---|---|---|---|---|
| F&A Cost Rate 1 | 8% | 8% | 8% | 8% |
| F&A Cost Base 1 | $151,455 | $114,194 | $90,197 | $87,191 |
| F&A Costs 1 | $12,116 | $9,136 | $7,216 | $6,975 |