IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN RIGHTS, INC. d/b/a GLMA: HEALTH PROFESSIONALS ADVANCING LGBTQ+ EQUALITY; *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH; *et al.*,<br><br>*Defendants.* | Civil Action No. 8:25-cv-01620-LKG |

### DECLARATION OF SETH M. NOAR, Ph.D.

I, Dr. Seth M. Noar, Ph.D., hereby state as follows:

1. I am over 18 years of age, of sound mind, and in all respects competent to testify.

2. I have personal knowledge of the facts set forth in this declaration and would testify competently to those facts if called to do so.

3. I am a plaintiff in this action. I am offering this declaration in my individual capacity and not on behalf of my employer.

4. I am the Director of the Communicating for Health Impact (CHI) Lab at the Hussman School of Journalism and Media at the University of North Carolian at Chapel Hill (Hussman). I am also the James Howard and Hallie McLean Parker Distinguished Professor at Hussman, as well as a Member of the Lineberger Comprehensive Cancer Center at the University of North Carolina at Chapel Hill. My research focuses on health communication campaigns and the effects of health-related messaging, including the impact of warning messages. In the past 10 years my research has focused primarily on tobacco use prevention and control and the effects of

communication campaigns to prevent cigarette and e-cigarette use among youth, as well as the effect of cigarette and e-cigarette warning labels,

5. I received my Bachelor of Arts in Education, *summa cum laude*, from the University of Rhode Island in 1995. I went on to receive a Master of Arts in Psychology with a specialization in social and experimental psychology from the University of Rhode Island in 1998, and a PhD in Psychology with a specialization in social and experimental psychology from the University of Rhode Island in 2001.

6. I have published more than 250 research studies, peer-reviewed articles, and educational chapters, which largely deal with the effects of health messaging, with a particular focus on the effects of tobacco prevention and control messaging. My most recent article for the Journal of Adolescent Health entitled *Identifying Promising Message Themes for Youth Who Use Multiple Tobacco Products* examined the effects of different message themes in discouraging tobacco use among adolescents who use multiple tobacco products.

7. A significant amount of disease, suffering, and death in the United States can be prevented through behavioral changes, and my passion is understanding how we can best leverage communication campaigns and health warnings to change addictive behaviors and prevent this overwhelming harm among the American public.

8. Over the course of my career, I have been the Principal Investigator, Co-Principal Investigator, or Co-Investigator on more than $50 million in grant-funded projects from the National Institutes of Health ("NIH") and U.S Food and Drug Administration ("FDA") testing health communication strategies for health promotion and disease prevention. I have personally applied for and received 5 grants from the NIH totaling over $7 million for which I served as the Principal Investigator or Co-Principal Investigator.

9. In 2023, I began working on a five-year, project-based U54 grant in the amount of $18,642,346 obtained by Kurt M. Ribisl as Principal Investigator for a research project titled *Advancing Tobacco Regulatory Science to Reduce Health Disparities* (Project Number 1U54DA060049-01). A true and correct copy of the notice of award ("NOA") is attached as **Exhibit A**. This grant was a Specialized Center Cooperative Agreement comprised of four research projects and was also part of the Tobacco Center for Regulatory Science ("TCORS") program. The focus of that project is to understand the impact of regulations and communication campaigns related to tobacco products and e-cigarettes on communities disadvantaged by tobacco use disparities, including lesbian, gay, or bisexual populations. Our goal for the project is to further FDA and NIH efforts to protect public health through regulation of tobacco products and to provide essential evidence to guide the FDA as it implements bans on menthol cigarettes and flavored cigars, develops communication campaigns, and addresses the youth e-cigarette and vaping epidemic.

10. The overall project had 4 sub-projects. I co-led the project entitled *Understanding the Impact of Vaping Prevention Ads on Adolescents and Young Adults*. The goal of this project was to understand how to design effective video advertisements that prevent e-cigarette use and vaping among youth and young adults generally, with a specific focus on lesbian, gay, and bisexual youth. This involved collecting hundreds of video advertisements from around the country and internationally, conducting a large content analysis of the advertisements, and then conducting a series of experimental studies to understand how to make such advertisements maximally effective in prevention e-cigarette use. This work was intended to provide key findings for FDA, which conducts a national e-cigarette prevention campaign entitled *The Real Cost,* the goal of which is to reduce tobacco use among adolescents.

11. We have already made progress on this grant project. We conducted an extensive six-month search and screening process that resulted in collecting 302 e-cigarette prevention video advertisements from local, state, national, and international sources that met our study criteria. We then spent several months creating a coding form and then coding each of the 302 advertisements, using a large team of students and staff who double-coded each advertisement. We completed this content analysis and began running analyses to look at the results. We then began planning our next study which would have tested these advertisements in a large sample of adolescents and young adults, with an oversampling of lesbian, gay, and bisexual participants. These studies would have greatly advanced the science on what makes an effective e-cigarette prevention advertisement, both generally and specifically among lesbian, gay, and bisexual youth, a crucial priority population given that they use e-cigarettes at a much higher rate than their heterosexual counterparts.

12. On March 21, 2025, NIH sent a letter to the University of North Carolina at Chapel Hill stating that it had terminated the funding for the grant. A true and correct copy of the termination letter is attached as Exhibit B. The letter did not state that I had failed to comply with any terms of my award. Nor did the letter provide any evidence- or data-based reasons for the termination. Rather, it stated "[t]his award no longer effectuates agency priorities." The NIH's termination letter asserted that "[r]esearch programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans" The letter did not

explain how research on the impact of regulations and communication campaigns related to tobacco products and e-cigarettes on communities disadvantaged by tobacco use is "based on . . . amorphous equity objectives," constitutes "illegal discrimination," or why it fails to enhance health, lengthen life, or reduce illness. On the contrary, enhancing health, lengthening life, and reducing illness is precisely what this research is aimed at accomplishing.

13. The termination letter stated that the termination could be appealed within 30 days of receipt. The University of North Carolina at Chapel Hill did not appeal the termination.

14. Prior to March 2025, NIH had never terminated a grant that supported my research.

15. This termination has caused a complete loss of funding for PhD students, post-doctoral researchers, and project managers funded by the grant. We have since had to reassign many staff members and lost one of our post-doctoral researchers, who left for a position at a different university because we no longer had funding for her. Relatedly, the termination has taken much of my time that would have been devoted to research and teaching and instead is now spent scrambling with the University to determine how to budget and navigate the termination. We did not have notice of the coming termination, and the immediate cut-off of funding caused major stress and strain regarding whether students and staff would get paychecks at all at the end of March, and how we would support them financially in the wake of this sudden termination.

16. This career impact of the termination is also significant. Everyone involved in working under the grant invested substantial time in setting ourselves up for success. We spent over a year and a half writing the grant, vetting students and staff for the project, and hiring highly qualified students, post-doctoral researchers and project managers. All this time spent preparing for a successful project was effectively wasted given the sudden termination of the grant.

17. This termination will also prevent us from drawing conclusions and developing recommendations from our study. We have already spent over a year and a half of intense work on the project preparing for clinical trials, all of which will now be discarded. This also harms the population that this grant was designed to help; we anticipated that this project would provide the FDA and NIH with critical data to implement important (and lifesaving) bans on menthol cigarettes and strategies for preventing e-cigarette use among all youth, including lesbian, gay, and bisexual youth.

18. This termination is also significant because only a small percentage (around 10 to 15 percent) of grants in each review cycle are funded by NIH, as it is a highly competitive process. The fact that we received funding to conduct this research was a significant career achievement, which has now been taken away. In fact, it takes a year or more to write a grant and have it reviewed by NIH, and grants are rarely funded on the first submission, often having to be revised and resubmitted before potentially getting funded (if at all). The means that this termination has set me back at least two years in my research and professional career, if not more, and it has hampered my ability to fund students and post-doctoral researchers who were working with me to advance our research together.

19. This funding loss has also had an impact on me financially, causing me to lose more than $200,000 in salary support throughout the remaining term of the grant.

20. I am concerned that this termination will harm my ability to secure future funding from NIH. It is very common for one research grant to lead to another because the completion of one project will inevitably lead to the emergence of new questions and new research hypotheses. This is why successful grants often build off each other. Since this grant was terminated prematurely, I will not have the opportunity to build off the findings from this grant, which has

greatly stifled my work and career trajectory related to research on the impact of regulations and communication campaigns related to tobacco products and e-cigarettes on communities disadvantaged by tobacco use disparities.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: May 26, 2025

_____
Dr. Seth M. Noar

# Exhibit A

| Department of Health and Human Services | Notice of Award |
|---|---|
| National Institutes of Health | FAIN# U54DA060049 |
| NATIONAL INSTITUTE ON DRUG ABUSE | Federal Award Date 03/24/2025 |

### Recipient Information

**1. Recipient Name**
UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL
104 AIRPORT DR STE 2200
CHAPEL HILL, NC 27599

**2. Congressional District of Recipient**
04

**3. Payment System Identifier (ID)**
1566001393A1

**4. Employer Identification Number (EIN)**
566001393

**5. Data Universal Numbering System (DUNS)**
608195277

**6. Recipient's Unique Entity Identifier**
D3LHU66KBLD5

**7. Project Director or Principal Investigator**
KURT M. RIBISL, PHD
Professor
kurt_ribisl@unc.edu
919-843-8042

**8. Authorized Official**
Jack Hartley
grants@unc.edu
919-843-8858

### Federal Agency Information

**9. Awarding Agency Contact Information**
Pamela G. Fleming
Grants Management Officer
NATIONAL INSTITUTE ON DRUG ABUSE
pfleming@mail.nih.gov
301-480-1159

**10. Program Official Contact Information**
ALEXA RUTH Romberg

NATIONAL INSTITUTE ON DRUG ABUSE
alexa.romberg@nih.gov
301-435-0264

### Federal Award Information

**11. Award Number**
5U54DA060049-02

**12. Unique Federal Award Identification Number (FAIN)**
U54DA060049

**13. Statutory Authority**
42 USC 241  31 USC 6305  42 CFR 52

**14. Federal Award Project Title**
Advancing Tobacco Regulatory Science to Reduce Health Disparities

**15. Assistance Listing Number**
93.077

**16. Assistance Listing Program Title**
Family Smoking Prevention and Tobacco Control Act Regulatory Research

**17. Award Action Type**
Non-Competing Continuation (REVISED)

**18. Is the Award R&D?**
Yes

#### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 09/01/2024 – **End Date** 03/21/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0 |
|     20 a. Direct Cost Amount | $0 |
|     20 b. Indirect Cost Amount | $0 |
| **21.** Authorized Carryover | |
| **22.** Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $3,855,746 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $3,855,746 |
| **26. Project Period Start Date** 09/30/2023 – **End Date** 03/21/2025 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $7,775,780 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Pamela G. Fleming

**30. Remarks**

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.




**Notice of Award**

*SPECIALIZED CENTER COOPERATIVE AGREEMENTS*
Department of Health and Human Services
National Institutes of Health

NATIONAL INSTITUTE ON DRUG ABUSE

---

**SECTION I – AWARD DATA – 5U54DA060049-02 REVISED**

**Principal Investigator(s):**
KURT M. RIBISL, PHD

**Award e-mailed to:** SponsoredPrograms@unc.edu

Dear Authorized Official:

The National Institutes of Health hereby revises this award (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to UNIV OF NORTH CAROLINA CHAPEL HILL in support of the above referenced project. This award is pursuant to the authority of 42 USC 241  31 USC 6305  42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute On Drug Abuse of the National Institutes of Health under Award Number U54DA060049. The content is solely the responsibility of the authors and does not necessarily represent the official views of   the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,


Pamela G. Fleming
Grants Management Officer
NATIONAL INSTITUTE ON DRUG ABUSE

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**
**Salaries and Wages**                                                                                                           $1,535,187

| | |
|---|---:|
| **Fringe Benefits** | $449,360 |
| **Personnel Costs (Subtotal)** | $1,984,547 |
| **Consultant Services** | $45,000 |
| **Materials & Supplies** | $10,604 |
| **Travel** | $72,700 |
| **Other** | $252,893 |
| **Subawards/Consortium/Contractual Costs** | $94,720 |
| **Publication Costs** | $13,500 |
| **ADP/Computer Services** | $3,085 |
| **Tuition Remission** | $56,387 |
| | |
| **Federal Direct Costs** | $2,533,436 |
| **Federal F&A Costs** | $1,322,310 |
| **Approved Budget** | $3,855,746 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $3,855,746 |
| **TOTAL FEDERAL AWARD AMOUNT** | $3,855,746 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $0 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| YR | THIS AWARD | CUMULATIVE TOTALS |
| 2 | $3,855,746 | $3,855,746 |

**Fiscal Information:**
**Payment System Identifier:**   1566001393A1
**Document Number:**   UDA060049A
**PMS Account Type:**   P (Subaccount)
**Fiscal Year:**   2024

| IC | CAN | 2024 |
|---|---|---|
| OD | 8066369 | $3,855,746 |

**NIH Administrative Data:**
**PCC**: CV/ARR / **OC**: 41029 / **Released**:  03/24/2025
**Award Processed:** 03/25/2025 12:15:55 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 5U54DA060049-02  REVISED**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 5U54DA060049-02  REVISED**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

a. The grant program legislation and program regulation cited in this Notice of Award.
b. Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
c. 45 CFR Part 75.
d. National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
e. Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
f. This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):**  All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH

awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VII Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

Carry over of an unobligated balance into the next budget period requires Grants Management Officer prior approval.

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM). Should a consortium/subaward be issued under this award, a UEI requirement must be included. See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) U54DA060049. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

This award provides support for one or more clinical trials. By law (Title VIII, Section 801 of Public Law 110-85), the "responsible party" must register "applicable clinical trials" on the ClinicalTrials.gov Protocol Registration System Information Website. NIH encourages registration of all trials whether required under the law or not. For more information, see http://grants.nih.gov/ClinicalTrials_fdaaa/
 This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section 8.6 Closeout for complete closeout requirements at:
http://grants.nih.gov/grants/policy/policy.htm#gps.

A final expenditure Federal Financial Report (FFR) (SF 425) must be submitted through the Payment Management System (PMS) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section 8.6.1 Financial Reports, http://grants.nih.gov/grants/policy/policy.htm#gps, for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the real-time cash drawdown data in PMS. NIH will close the awards using the last recorded cash drawdown level in PMS for awards that do not require a final FFR on expenditures.  It is important to note that for financial closeout, if a grantee fails to submit a required final expenditure FFR, NIH will close the grant using the last recorded cash drawdown level.

A Final Invention Statement and Certification form (HHS 568), (not applicable to training, construction, conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 568 form may be downloaded at: http://grants.nih.gov/grants/forms.htm.  This paragraph does not apply to Training grants, Fellowships, and certain other programs—i.e., activity codes C06, D42, D43, D71, DP7, G07, G08, G11, K12, K16, K30, P09, P40, P41, P51, R13, R25, R28, R30, R90, RL5, RL9, S10, S14, S15, U13, U14, U41, U42, U45, UC6, UC7, UR2, X01, X02.

Unless an application for competitive renewal is submitted, a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal application is submitted prior to that date, then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at:
https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any other specific requirements set forth in the terms and conditions of the award must also be addressed in the Interim or Final RPPR. *Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.*

NIH requires electronic submission of the final invention statement through the Closeout feature in the Commons.

NOTE: If this is the final year of a competitive segment due to the transfer of the grant to another institution, then a Final RPPR is not required. However, a final expenditure FFR is required and must be submitted electronically as noted above. If not already submitted, the Final Invention Statement is required and should be sent directly to the assigned Grants Management Specialist.

This award is funded by the following list of institutes. Any papers published under the auspices of this award must cite the funding support of all institutes.

> Office Of The Director, National Institutes Of Health (OD)

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period. The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

---

**SECTION IV – DA SPECIFIC AWARD CONDITIONS – 5U54DA060049-02  REVISED**

Clinical Trial Indicator: Yes
This award supports one or more NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

**REVISION #2 - TERMINATION**

It is the policy of NIH not to further prioritize research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness.  Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination since race and other protected characteristics, which harms the health of Americans.
Therefore, this project is terminated.

University of North Carolina at Chapel Hill may request funds to support patient safety and orderly closeout of the project. Funds used to support any other research activities will be disallowed and recovered.

Please be advised that your organization, as part of the orderly closeout process, will need to submit the necessary closeout documents (i.e. Final Research Performance Program Report (F-RPPR), Final Invention Statement (FIS), and the Final Federal Financial Report (FFR)) within 120 days of the end date of this grant to avoid unilateral closeout.

NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 8.5.2. This revised award represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be dated no later than 30 days after the date of this notice.

This revision supersedes Notice of Award (NoA) issued 1/15/2025.

_____

**Restricted Carryover**
This grant is excluded from Streamlined Noncompeting Award Procedures (SNAP). Carryover of an unobligated balance into the next budget period requires FDA and NIDA approval. The annual RPPR is due 60 days before the beginning date of the next budget period. The annual FFR is due 90 days after the end of the calendar quarter in which the budget period ends. Please see the following link for information regarding the RPPR, and related resources, definitions, etc.: https://grants.nih.gov/grants/rppr/index.htm

**REVISION #1: TRSP TERMS UPDATE (MID-PERIOD REQUIREMENT REMOVED)**

**FDA AWARD REQUIREMENTS**
**Use and Reporting of TRSP Funds**
The funds for this award come from the Family Smoking Prevention and Tobacco Control Act (Public Law 111-31).  As such, this award is subject to special terms and conditions unique to these awards.

CTP funds can only be used for CTP-approved research activities that fall within CTP's regulatory authority. Non-CTP funds (e.g., NIH, institutional, or other funds) cannot be used in conjunction with CTP funds to support work on a CTP-approved project/aim. However, non-CTP funds for additional work not commissioned by CTP can be used, as long as the funds are kept separate from CTP funds and tracked separately from CTP funds.

All participants at TRSP grantee meetings will be required to sign a non-disclosure agreement of non-public information presented and discussed. Additionally, all participants will be required to provide financial disclosure that will be included in participant information.

**Publications**
For each publication that results from research supported under this award, the grantee must include an acknowledgement of FDA and NIH grant support and a disclaimer stating the following: "Research reported in this publication was supported by NIDA and FDA Center for Tobacco Products (CTP).  The content is solely the responsibility of the authors and does not necessarily represent the official views of the NIH or the Food and Drug Administration."  Additionally, prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

**Public Availability of Data**
The research findings generated from this NOFO may be used to provide scientific evidence informing the regulation of the manufacture, distribution, and marketing of tobacco products to protect public health.  If the research data are cited publicly in support of regulation, institutions of higher education, hospitals, and other

non-profit organizations are subject to the Freedom of Information Act (FOIA) as outlined in 2 CFR Part 200 and section 2.3.11.2.3 Access to Research Data of the NIH Grants Policy Statement.

**NIH Salary Cap**
None of the funds in this award shall be used to pay the salary of an individual at a rate in excess of the current salary cap. Therefore, this award and/or future years are adjusted accordingly, if applicable. Current salary cap levels can be found at the following: http://grants2.nih.gov/grants/policy/salcap_summary.htm.

This revision supersedes Notice of Award (NoA) issued 08/09/2024.  All other terms below remain applicable:


**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**COOPERATIVE AGREEMENT**
This award is issued as a Cooperative Agreement, a financial assistance mechanism in which substantial NIH scientific and/or programmatic involvement is anticipated in the performance of the activity. This award is subject to the Cooperative Agreement Terms and Conditions of Award as set forth in RFA-OD-22-004, entitled "Tobacco Centers of Regulatory Science (TCORS) for Research Relevant to the Family Smoking Prevention and Tobacco Control Act (U54 Clinical Trial Optional)," posted on March 8, 2022 which are incorporated by reference as special terms and conditions of this award.

This RFA may be accessed at RFA-OD-22-004

The NIH Project Scientist for this Cooperative Agreement is: MeLisa Creamer PhD
Email: melisa.creamer@nih.gov
Phone: 301-402-1933

**DATA AND SAFETY MONITORING PLAN**
This award is subject to the current Data and Safety Monitoring Plan (DSMP) submitted and previously approved by NIDA. Any changes in the DSMP must be reviewed and approved by the NIDA Program Official. If changes are approved, the approval will be reflected on the Notice of Award (NoA) via revision. If changes are not approved, the Principal Investigator must revise the DSMP to the satisfaction of the NIDA Program Official. The Principal Investigator must provide a DSMP for any new trial that is to be conducted under this grant.

**GRADUATE STUDENT CAP**
The maximum amount NIH will award for the support of a graduate student on a research grant or a cooperative agreement is tied to the National Research Service Award (NRSA) zero-level stipend in effect at the time the grant award is issued on the Federal award date.  The schedule for NRSA stipends can be found at  http://grants.nih.gov/training/nrsa.htm.  Consistent with cost principles for Institutions of Higher Education (IHEs) described in 45 CFR 75.43145and 45 CFR 75.466, the compensation of graduate students supported by research grants must be reasonable.  These operating principles associated with the compensation of students performing necessary work on NIH funded research projects are described in detail in the *NIH Grants Policy Statement* at   http://grants.nih.gov/policy/nihgps/index.htm.  The amount provided for compensation includes salary or wages, fringe benefits, and tuition remission.

**NIDA TERMS**
In conjunction with the Acknowledgment of Federal Funding Requirement (as specified in the NIH Grants Policy Statement, Appropriation Mandates http://grants.nih.gov/policy/nihgps/index.htm), in order to most effectively disseminate research results, advance notice should be given to NIDA that research findings are about to be published so that we may coordinate accurate and timely release to the media. This information will be embargoed until the publication date. Please see the NIDA Special Considerations Page for guidance on coordination with the NIDA Press Office at https://www.drugabuse.gov/funding/special-considerations-for-nida-funding, or contact the NIDA Press Office at media@nida.nih.gov.

Please see Special Considerations for NIDA Funding Opportunities and Awards at
https://www.drugabuse.gov/funding/special-considerations-for-nida-funding.




**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 5U54DA060049-02 REVISED

**INSTITUTION:** UNIV OF NORTH CAROLINA CHAPEL HILL

| Budget | Year 2 |
|---|---|
| Salaries and Wages | $1,535,187 |
| Fringe Benefits | $449,360 |
| Personnel Costs (Subtotal) | $1,984,547 |
| Consultant Services | $45,000 |
| Materials & Supplies | $10,604 |
| Travel | $72,700 |
| Other | $252,893 |
| Subawards/Consortium/Contractual Costs | $94,720 |
| Publication Costs | $13,500 |
| ADP/Computer Services | $3,085 |
| Tuition Remission | $56,387 |
| TOTAL FEDERAL DC | $2,533,436 |
| TOTAL FEDERAL F&A | $1,322,310 |
| TOTAL COST | $3,855,746 |

| Facilities and Administrative Costs | Year 2 |
|---|---|
| F&A Cost Rate 1 | 55.5% |
| F&A Cost Base 1 | $2,382,540 |
| F&A Costs 1 | $1,322,310 |

# Exhibit B

Tuesday, March 25, 2025 at 16:57:28 Eastern Daylight Time

| | |
|---|---|
| **Subject:** | Grant Termination Notification |
| **Date:** | Friday, March 21, 2025 at 12:29:49 PM Eastern Daylight Time |
| **From:** | Bulls, Michelle G. (NIH/OD) [E] |
| **To:** | sponsoredprograms@unc.edu |
| **Attachments:** | image001.jpg, image002.png |

You don't often get email from michelle.bulls@nih.gov. Learn why this is important

 

3/21/2025

R. David Paul
Univ Of North Carolina Chapel Hill
sponsoredprograms@unc.edu

Dear R. David Paul:

Effective with the date of this letter, funding for Project Number 5U54DA060049-02 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 9/1/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]," According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness.  Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of

Americans. Therefore, it is the policy of NIH not to prioritize such research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

Sincerely,

Michelle G. Bulls -S  Digitally signed by Michelle G. Bulls -S

Michelle G. Bulls, on behalf of Pamela Fleming, Chief Grants Management Officer, NIDA
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.
[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373

[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).

[4] NIH Grants Policy Statement at IIA-1.

[5] *Id.* at IIA-155.

[6] NIH Grants Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)