**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

AMERICAN ASSOCIATION OF
PHYSICIANS FOR HUMAN RIGHTS, INC.
d/b/a GLMA: HEALTH PROFESSIONALS
ADVANCING LGBTQ+ EQUALITY; *et al*.,

        *Plaintiffs*,

    v.

NATIONAL INSTITUTES OF HEALTH;
*et al*.,

        *Defendants.*

Civil Action No. 8:25-cv-01620-LKG

## DECLARATION OF DR. HEATHER LITTLETON, Ph.D.

I, Heather Littleton, PhD, hereby state as follows:

1.      I am over 18 years of age, of sound mind, and in all respects competent to testify.

2.      I have personal knowledge of the facts set forth in this declaration and would testify competently to those facts if called to do so.

3.      I am a plaintiff in this action. I am offering this declaration in my individual capacity and not on behalf of my employer.

4.      I am a Professor of Psychology at the University of Colorado, Colorado Springs (UCCS) and Director of Research Operations at the Lyda Hill Institute for Human Resilience. My research focuses on preventing interpersonal violence and supporting survivors of sexual assault and intimate partner violence among LGBTQI+ individuals.

5.      I earned my Master of Science in Psychology from Virginia Tech in 2001 and went on to earn a Doctor of Philosophy in Psychology from Virginia Tech in 2004. I completed my predoctoral internship at the Boston Consortium in Clinical Psychology and postdoctoral

1

fellowship in Women's Health/Clinical Health Psychology at the University of Texas Medical Branch. Prior to joining UCCS, I was a Professor of Psychology at East Carolina University in North Carolina where I served as a core faculty member in the Clinical Health Psychology doctoral program from 2008 to 2020.

6.      Over the course of my career, I have published over 100 peer-reviewed journal articles and received funding for my research from the National Science Foundation and two subdivisions of the National Institutes of Health (NIH): the National Institute on Alcohol Abuse and Alcoholism (NIAAA) and the National Institute of Mental Health (NIMH). I currently serve as co-editor of the *Journal of Aggression, Maltreatment, and Trauma*, and am on the editorial boards of the *Journal of Traumatic Stress* and *Psychology of Women Quarterly*. My work has been recognized by major psychology institutions, including the American Psychological Association, which named me a Fellow of Division 35 (Psychology of Women) in 2012.

7.      Currently, there is no evidence-based dating violence prevention program for LGBTQI+ youth, who face increased risk of dating violence and the negative outcomes associated with that violence. Based on work and findings by a prior NIH-funded project, my colleagues and I found that an online intervention for LGBTQI+ youth reduced teen dating violence and alcohol use. From there, we thought it would be beneficial to better understand and develop programming that would help not only LGBTQI+ youth but also their caregivers. Research shows that having a supportive caregiver in the home also benefits LGBTQI+ youth tremendously. In response, we developed a project that aimed to facilitate family bonding and communication, in addition to caregiver support and affirmation.

8.      This project took the form of an online program with two groups: an experimental group and a waitlist group. Participants in the experimental group would participate in a weekly

2

online group intervention session for seven weeks, with separate programming for the participants who were sexual and gender minority youth, aged 15 to 18, and for their respective caregivers. Programming for caregivers would focus on increasing parental knowledge, acceptance, and support for their sexual and gender minority youth, as well as providing caregivers with evidence-based strategies focused on reducing risky behaviors among teens. Programming for sexual and gender minority youth would focus on reducing internalized stigma; enhancing social-emotional and communication skills; increasing accurate perceptions of alcohol and dating violence norms; and increasing alcohol refusal skills. During the seven-week period that participants in the experimental group would take part in these sessions, individuals in the waitlist group would receive periodic check-ins but no similar programming. Before and after the seven-week period, we would conduct a survey for both the youth and their caregivers across both the experimental and waitlist groups, to measure outcomes like frequency of dating violence, alcohol use, and perceptions of affirmation in the caregiving relationship. Both groups also completed a third survey three months after completing the second survey to evaluate the durability of any changes. In line with our understanding of our ethical obligations to all participants, at the completion of the final assessment, we would then offer all participants in the waitlist group the opportunity to participate in the same programming in which the experimental group participants took part.

9.      In 2023, I received a three-year project-based R34 grant in the amount of $653,281 to support this research project titled *An Online Family-based Program to Prevent Alcohol Use and Dating and Sexual Violence among Sexual and Gender Minority Youth* (Award Number 1R34AA030662-01A1). The total funding amount was disbursed at the onset of the project in 2023, and my team has spent approximately $275,000 of the award. A true and correct copy of the notice of award ("NOA") is attached as **Exhibit A**.

10.    The project had been going just as we had hoped.  We designed the intervention program, conducted a pilot with a cohort of six families, and initiated the randomized controlled trial portion of the study, which is considered the gold standard for research in intervention science. Our goal was to enroll around 80 families over the course of the study, and we had already begun programming for the first cohort of approximately 22 families—half in the intervention group and half in a waitlist group, who would receive the intervention after data collection was complete.

11.    After the first year, we submitted a project progress report to NIH.  NIH did not provide any feedback, which suggests that NIH was satisfied with our progress and did not see a need for any sort of corrective action.

12.    However, on March 21, 2025, NIH sent a letter to my institution stating that it had terminated the funding for my grant.  A true and correct copy of the termination letter is attached as **Exhibit B**.  The letter did not state that I had failed to comply with any terms of my award. Rather, it stated that "[t]his award no longer effectuates agency priorities." The NIH's termination letter asserted that "[r]esearch programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans."  The letter also articulated that this termination was pursuant to the Fiscal Year 2023 NIH Grants Policy Statement. Prior to March 2025, NIH had never terminated a grant that supported my research.

13.    The letter did not explain how research on violence and alcohol use prevention programs is unscientific or why it fails to enhance the health of many Americans. LGBTQI+ youth make up almost 10% of Americans, and certainly, using evidence-based scientific methods to reduce violence and alcohol use is both scientific and likely to enhance a person's health.  I also do not understand how the project had "little identifiable return on investment."  Nothing indicates that NIH analyzed my project's investment return.

4

14.     Both parents and teens described the program environment as safe, affirming, and supportive. Additionally, both parents and teens stated that participating in the program improved their relationship. One parent noted, "*It's definitely deepened our relationship. I feel like I'm being as supportive as I can be. But I think this really showed them.*" Both parents and teens expressed that the program provided them with a chance to connect with the other group members. One parent described, "*The fact that a lot of the other parents were, or other caregivers were very much like me, going through a lot of the same things I was going through, so I didn't feel completely alone in some of the things that I was dealing with.*" Teens described learning both practical skills to handle risky situations, as well as tools to cope with their emotions. Finally, parents described that participating in the program increased their desire to be a stronger and more visible ally for their teen. As one parent described, "*But it [the program] also did make me even more convinced I'll do whatever I have to do to fight to keep her safe, and you know, let her live her life authentically.*" In addition to this feedback from the open pilot, a teen who recently completed the program stated in their post-program response that they left their abusive partner as a result of being in the program.

15.     It is hard to believe that my grant was terminated for the reasons stated in the termination letter, given the work I did to ensure the research aligned with the goals of the funding IC, NIAAA.   The NIH program announcement sought projects to develop and evaluate theoretically driven pilot evaluation research on programs to prevent or delay substance use.   The primary goal of the project was to encourage sexual and gender minority adolescents to delay initiating alcohol use by delivering evidence-based prevention.   LGBTQI+ youth were our target population because of the unique risks associated with dating violence, and the benefits of having a supportive caregiver in delaying alcohol use.

16.     As for the termination being pursuant to the NIH Grants Policy Statement, it seems to directly contradict the policy statement. The policy statement specifically says that I am required to administer my NIH-funded project *without* discriminating based on gender identity or sexual orientation. But cancelling interventions meant to help LGBTQI+ youth for the sole reason that the research program is "based on gender identity" feels like I'm being forced to discriminate.

17.     And I have no idea how to address any agency concerns by recharacterizing or revising my project in a way that better aligns with agency priorities, priorities that exclude transgender people and the intersectional health needs of LGBTQI+ people.  This project would be unable to adopt NIH's perspective on sex and gender, given that our intervention is built on increasing parental knowledge, acceptance, and support for their sexual and gender minority youth. Not that I was given the option to recharacterize or revise my already funded project.  My termination letter acknowledges this when it states that "no corrective action is possible here."

18.     The termination letter, which was addressed to UCCS, stated that it could appeal the termination decision within 30 days of receipt.  However, the letter also stated that "no modification of the project could align the project with agency priorities."  UCCS did not appeal the termination. Since the termination, I have been unable to secure any additional funding that would allow this project to move forward.

19.     Although the entire award amount was provided to the university at the initiation of the study, I no longer have access to the remaining funds. Once we received the stop work order, the university has been working to close out the project. It will then return the remainder of the funding to NIH after the final outstanding charges have been resolved.

20.     Because of the termination, I could no longer employ program facilitators or a study coordinator for more than a short period of time using my own small, internal funds. Due to my

ethical and professional obligations, I was forced to prematurely initiate the intervention program on the waitlist group.  While this was necessary to abide by our professional and ethical obligations, it renders our data from this phase of the study useless because we were forced to eliminate our control group.  Further, a sample of only 22 families is too small to draw scientific conclusions with any level of confidence about the intervention's promise.  This termination will prevent us from drawing conclusions and developing recommendations from our study. The termination has financially harmed me and others. This grant paid a portion of my salary, the salary of another PI, and the salary of a co-investigator.  It also fully funded a project coordinator and partially funded a graduate student and several part-time program facilitators.

21.     The termination also harms the population that this grant was designed to help. There is very little data on the prevention of teen dating violence and alcohol use among LGBTQ+ youth, who face an increased risk of such violence and who are more vulnerable to negative outcomes, such as harmful patterns of alcohol use, when they experience dating violence.  Further, research supports that LGBTQI+ youth do not benefit from violence prevention programs, which are effective for preventing violence among cisgender and heterosexual youth, supporting a need for tailored programming for this group, which represents approximately 10% of all teens in the United States.

22.     In addition to the above grant termination, I have also had the Notice of Award (NOA) for a pending NIH grant application withheld for months.

23.     In a separate initiative, my colleagues and I applied for an R01 project grant to test a dyadic telehealth intervention to prevent PTSD and promote recovery for sexual and gender minority survivors of bias-related victimization (Grant Application Number 1R01MD019017-01A1).  We submitted the grant application on March 3, 2024. In July 2024, the scientific review

group scored this grant application in the 7th percentile, which is considered excellent. In October of 2024, the advisory council recommended that this application be awarded a grant. All administrative issues were resolved on February 20, 2025. I spoke to the grant manager in February, and she said that I should receive the NOA by March 14, 2025. However, the mass terminations of LGBTQI+ research grants started in March, and I never received my NOA. In the grant application system, the status remains at "pending administrative review." A screenshot of the grant application system notice is attached as **Exhibit C**.

24.     These grant cancellations have been devastating both personally and professionally. Receiving an NIH grant is a multi-year effort. First, it takes months to prepare an application for submission. In most cases, applications are not funded on their first submission. This was the case for both my R34 award and the pending R01 award. Instead, I received extensive feedback on the initial applications from a panel of scientists. I then spent several more months addressing this feedback and resubmitting the application. After receiving reviews from the scientific review panel on these revised grant applications, I waited several more months to find out if the grants would be funded. Of note, the pending R01 with a missing NOA would have been the first R01 awarded to me in my career. Indeed, scientific researchers are on average in their mid-40s when they receive their first R01 award due to the highly competitive nature of these awards.

25.     Personally, these cancellations have been devastating for me as well. I have dedicated my over 20-year career to sexual assault and interpersonal violence research, areas which are historically and currently woefully underfunded. In the past decade, my focus has also been on preventing and responding to these types of violence among LGBTQI+ individuals. Although LGBTQI+ individuals are more likely to experience these types of violence, almost no work in this area has centered on their experiences until recently. I fear that this critical and

emerging area of science will take decades to be rebuilt if these cancellations are allowed to stand. Likewise, rebuilding trust with this vulnerable community will likely take years.  I also worry about the future of young scientists who will struggle to find mentorship and financial support. Personally, I worry that my own research career is likely to be significantly diminished, if not ended.  Frankly, I have spent the last two months in immense mourning, mourning the damage to my career and those of my staff and mentees, the families who will not be able to receive this intervention which was having a real impact on their lives, and  LGBTQI+ youth more broadly who are once again being told that they don't matter.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 25, 2025

_____

Heather Littleton

# Exhibit A



**Department of Health and Human Services**
National Institutes of Health
NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM

**Notice of Award**
FAIN# R34AA030662
**Federal Award Date**
08/30/2023

---

## Recipient Information

**1. Recipient Name**
REGENTS OF THE UNIVERSITY OF
COLORADO
1420 AUSTIN BLUFFS PARKWAY
COLORADO SPRINGS, CO 80918

**2. Congressional District of Recipient**
05

**3. Payment System Identifier (ID)**
1846000555E7

**4. Employer Identification Number (EIN)**
846000555

**5. Data Universal Numbering System (DUNS)**
186192829

**6. Recipient's Unique Entity Identifier**
RH87YDXC1AY5

**7. Project Director or Principal Investigator**
Heather  Littleton, PHD (Contact)

hlittlet@uccs.edu
252-916-2976

**8. Authorized Official**
Gwendolyn A. Logan Gennaro

## Federal Agency Information

**9. Awarding Agency Contact Information**
Deborah A. Hendry

NATIONAL INSTITUTE ON ALCOHOL ABUSE
AND ALCOHOLISM
deborah.hendry@nih.gov
301-827-4477

**10. Program Official Contact Information**
TATIANA NIKOLAYEVNA Balachova

NATIONAL INSTITUTE ON ALCOHOL ABUSE
AND ALCOHOLISM
tatiana.balachova@nih.gov
301-443-5726

## Federal Award Information

**11. Award Number**
1R34AA030662-01A1

**12. Unique Federal Award Identification Number (FAIN)**
R34AA030662

**13. Statutory Authority**
42 USC 241 42 CFR 52

**14. Federal Award Project Title**
An Online Family-based Program to Prevent Alcohol Use and Dating and Sexual
Violence among Sexual and Gender Minority Youth

**15. Assistance Listing Number**
93.273

**16. Assistance Listing Program Title**
Alcohol Research Programs

**17. Award Action Type**
New Competing

**18. Is the Award R&D?**
Yes

### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 09/01/2023 – End Date 08/31/2024 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $653,281 |
| 20 a.  Direct Cost Amount | $486,752 |
| 20 b.  Indirect Cost Amount | $166,529 |
| **21.** Authorized Carryover | |
| **22.** Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $653,281 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $653,281 |
| ---------------------------------------------------------------------- | |
| **26. Project Period Start Date** 09/01/2023 – End Date 08/31/2024 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $653,281 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Judy  Fox

---

**30. Remarks**

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise
requested from the grant payment system.

Version:13 - 8/3/2022 12:59 PM | Generated on: 8/30/2023 12:17 AM

Notice of Award



CLINICAL TRIAL PLANNING GRANT
Department of Health and Human Services
National Institutes of Health

NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM



**SECTION I – AWARD DATA – 1R34AA030662-01A1**

**Principal Investigator(s):**
Katie M Edwards, PHD
Heather  Littleton (contact), PHD

**Award e-mailed to:** osp@uccs.edu

Dear Authorized Official:

The National Institutes of Health hereby awards a grant in the amount of $653,281 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to University of Colorado Colorado Springs in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241 42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute On Alcohol Abuse And Alcoholism of the National Institutes of Health under Award Number R34AA030662. The content is solely the responsibility of the authors and does not necessarily represent the official views of  the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Judy  Fox
Grants Management Officer
NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM

Additional information follows

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| Salaries and Wages | $182,211 |
| Fringe Benefits | $61,770 |
| Personnel Costs (Subtotal) | $243,981 |
| Consultant Services | $12,181 |
| Travel | $3,852 |
| Other | $77,005 |
| Subawards/Consortium/Contractual Costs | $149,733 |
| | |
| Federal Direct Costs | $486,752 |
| Federal F&A Costs | $166,529 |
| Approved Budget | $653,281 |
| Total Amount of Federal Funds Authorized (Federal Share) | $653,281 |
| TOTAL FEDERAL AWARD AMOUNT | $653,281 |
| | |
| AMOUNT OF THIS ACTION (FEDERAL SHARE) | $653,281 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| YR | THIS AWARD | CUMULATIVE TOTALS |
| 1 | $653,281 | $653,281 |

**Fiscal Information:**

| | |
|---|---|
| Payment System Identifier: | 1846000555E7 |
| Document Number: | RAA030662A |
| PMS Account Type: | P (Subaccount) |
| Fiscal Year: | 2023 |

| IC | CAN | 2023 |
|---|---|---|
| AA | 8484370 | $653,281 |

**NIH Administrative Data:**
**PCC**: AP TD / **OC**: 41021 / **Released**: Fox, Judy 08/23/2023
**Award Processed:** 08/30/2023 12:17:01 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 1R34AA030662-01A1**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 1R34AA030662-01A1**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

a. The grant program legislation and program regulation cited in this Notice of Award.
b. Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
c. 45 CFR Part 75.

d. National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
e. Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
f. This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):** All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.**2.** As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

**MULTI-YEAR FUNDED AWARD:** This is a multi-year funded award. A progress report is due annually on or before the anniversary of the budget/project period start date of the award, in accord with the instructions posted at: http://grants.nih.gov/grants/policy/myf.htm.

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM). Should a consortium/subaward be issued under this award, a UEI requirement must be included. See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R34AA030662. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

This award provides support for one or more clinical trials. By law (Title VIII, Section 801 of Public Law 110-85), the "responsible party" must register "applicable clinical trials" on the ClinicalTrials.gov Protocol Registration System Information Website. NIH encourages registration of all trials whether required under the law or not. For more information, see http://grants.nih.gov/ClinicalTrials_fdaaa/
This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section 8.6 Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final expenditure Federal Financial Report (FFR) (SF 425) must be submitted through the eRA Commons (Commons) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section 8.6.1 Financial Reports, http://grants.nih.gov/grants/policy/policy.htm#gps, for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the Payment Management System's (PMS) quarterly cash transaction data. A

final quarterly federal cash transaction report is not required for awards in PMS B subaccounts (i.e., awards to foreign entities and to Federal agencies). NIH will close the awards using the last recorded cash drawdown level in PMS for awards that do not require a final FFR on expenditures or quarterly federal cash transaction reporting.  It is important to note that for financial closeout, if a grantee fails to submit a required final expenditure FFR, NIH will close the grant using the last recorded cash drawdown level. If the grantee submits a final expenditure FFR but does not reconcile any discrepancies between expenditures reported on the final expenditure FFR and the last cash report to PMS, NIH will close the award at the lower amount.  This could be considered a debt or result in disallowed costs.

A Final Invention Statement and Certification form (HHS 568), (not applicable to training, construction, conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 568 form may be downloaded at: http://grants.nih.gov/grants/forms.htm.  This paragraph does not apply to Training grants, Fellowships, and certain other programs—i.e., activity codes C06, D42, D43, D71, DP7, G07, G08, G11, K12, K16, K30, P09, P40, P41, P51, R13, R25, R28, R30, R90, RL5, RL9, S10, S14, S15, U13, U14, U41, U42, U45, UC6, UC7, UR2, X01, X02.

Unless an application for competitive renewal is submitted, a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal application is submitted prior to that date, then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at: https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any other specific requirements set forth in the terms and conditions of the award must also be addressed in the Interim or Final RPPR. *Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.*

NIH strongly encourages electronic submission of the final invention statement through the Closeout feature in the Commons, but will accept an email or hard copy submission as indicated below.

Email: The final invention statement may be e-mailed as PDF attachments to: NIHCloseoutCenter@mail.nih.gov.

Hard copy: Paper submissions of the final invention statement may be faxed to the NIH Division of Central Grants Processing, Grants Closeout Center, at 301-480-2304, or mailed to:

National Institutes of Health
Office of Extramural Research
Division of Central Grants Processing
Grants Closeout Center
6705 Rockledge Drive
Suite 5016, MSC 7986
Bethesda, MD 20892-7986 (for regular or U.S. Postal Service Express mail)
Bethesda, MD 20817 (for other courier/express deliveries only)

NOTE:  If this is the final year of a competitive segment due to the transfer of the grant to another institution, then a Final RPPR is not required.  However, a final expenditure FFR is required and should be submitted electronically as noted above.  If not already submitted, the Final Invention Statement is required and should be sent directly to the assigned Grants Management Specialist.


Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-

Version: 13 - 8/3/2022 12:59 PM | Generated on: 8/30/2023 12:17 AM

obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period. The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

---

**SECTION IV – AA SPECIFIC AWARD CONDITIONS – 1R34AA030662-01A1**

Clinical Trial Indicator: Yes
This award supports one or more NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

Based on a review of your application and the need to effect NIAAA budgetary and programmatic goals, your requested direct cost funding has been adjusted.

**SALARY LIMITATION:** None of the funds in this award shall be used to pay the salary of an individual at a rate in excess of the applicable salary cap. Therefore, this award and/or future years are adjusted accordingly, if applicable. Current salary cap levels can be found at https://grants.nih.gov/grants/policy/salcap_summary.htm.

**PRIOR APPROVALS:** In keeping with NIH Guide Notice NOT-OD-06-054 (http://grants.nih.gov/grants/guide/notice-files/NOT-OD-06-054.html), as this grant has multiple Principal Investigators (PIs), although the signatures of the PIs are not required on prior approval requests submitted to the agency, the grant recipient institution must secure and retain the signatures of all PIs following their own internal processes.

**CONSORTIA**: This award includes funds awarded for consortium activity with **University of Nebraska-Lincoln.** Consortia are to be established and administered as described in the NIH Grants Policy Statement (see http://grants.nih.gov/grants/policy/policy.htm#gps).

**HUMAN SUBJECTS--VULNERABLE POPULATIONS:** The research supported by this award involves a population of human subjects identified as **"vulnerable".** Investigators who conduct research involving vulnerable populations, including pregnant women, human fetuses and neonates, prisoners, or children must follow the provisions of the regulations in Subparts B, C, and D of 45 CFR Part 46, respectively, which describe the additional protections required for these populations (https://grants.nih.gov/policy/humansubjects/policies-and-regulations/vulnerable-populations.htm).

**INFORMATION:** In accordance with the NIH Policy on the Use of a Single Institutional Review Board of Record for Multi-Site Research, it is expected that all sites participating in multi-site studies involving non-exempt human subjects research funded by the National Institutes of Health (NIH) will use a Single Institutional Review Board (sIRB) to conduct the ethical review required by the Department of Health and Human Services regulations for the Protection of Human Subjects. This policy applies to the domestic sites of NIH-funded multi-site studies where each site will conduct the same protocol involving non-exempt human subjects research. This grant is expected to develop and participate in a collaborative, central, or shared IRB that will streamline IRB approval while maintaining appropriate human subjects protections. This award reflects the National Institute on Alcohol Abuse and Alcoholism's (NIAAA's) acceptance of the sIRB plan submitted in the competing application. (See NIH Guide to Grants and Contracts NOT-OD-16-094, https://grants.nih.gov/grants/guide/notice-files/NOT-OD-16-094.html.)

Participating sites are expected to rely on the sIRB to satisfy the regulatory requirements relevant to the ethical review.  Although IRB ethical review at a participating site would be counter to the intent and goal of this policy, the policy does not prohibit any participating site from duplicating the sIRB.  However, NIH funds may not be used to pay for the cost of the duplicate review.

**INFORMATION:** As a reminder, it is the responsibility of the grant recipient to ensure that authorization agreements (also called reliance agreements) are in place and copies of authorization agreements and other necessary documentation are maintained by the awardee in order to document compliance with this policy, as needed.

**DATA AND SAFETY MONITORING:** This grant has been identified as requiring a Data and Safety Monitoring Plan (DSMP) in accordance with the NIAAA Data and Safety Monitoring Guidelines at http://www.niaaa.nih.gov/research/guidelines-and-resources/data-and-safety-monitoring-guidelines. The NIAAA Program Official named below has approved the DSMP as submitted by the grant recipient. Any changes in the DSMP must be reviewed and approved by the NIAAA Program Official.

**DISSEMINATION PLAN:** The clinical trial(s) supported by this award is subject to the plan submitted to NIH **11/14/2022** and the NIH policy on Dissemination of NIH-Funded Clinical Trial Information (see NOT-OD-16-149). The policy states that the clinical trial(s) funded by a NIH award will be registered in ClinicalTrials.gov not later than 21 calendar days after enrollment of the first participant and primary summary results reported in ClinicalTrials.gov, not later than one year after the completion date. The reporting of summary results is required by this term of award even if the primary completion date occurs after the period of performance.

This award is subject to additional certification requirements with each submission of the Annual, Interim, and Final Research Performance Progress Report (RPPR). The recipient must agree to the following annual certification when submitting each RPPR. By submitting the RPPR, the AOR signifies compliance, as follows:

In submitting this RPPR, the AOR (or PD/PI with delegated authority), certifies to the best of his/her knowledge that, for all clinical trials funded under this NIH award, the recipient and all investigators conducting NIH-funded clinical trials are in compliance with the recipient's plan addressing compliance with the NIH Policy on Dissemination of NIH-Funded Clinical Trial Information. Any clinical trial funded in whole or in part under this award has been registered in

ClinicalTrials.gov or will be registered not later than 21 calendar days after enrollment of the first participant. Summary results have been submitted to ClinicalTrials.gov or will be submitted not later than one year after the completion date, even if the completion date occurs after the period of performance

**A bi-annual report** including the elements listed below should be submitted electronically to the NIAAA Program Official (PO) and the NIAAA Grants Management Specialist listed below every 6 months from the date of grant award. If the reporting due date falls within 60 days of the annual RPPR, please use the RPPR to submit the below reporting elements already included in the RPPR and submit all other elements (*) via email from the Institutional AOR to the NIAAA Grants Management Specialist and Program Officer named below.

The following elements should be included in all annual and interim reports:
• Updated "actual" and "target" inclusion table
• Cumulative listing (no PHI)*

- adverse events

- serious adverse events
- protocol deviations since last reporting period

• DSMB meeting updates/minutes (if applicable)*
• Target milestone updates (if applicable)*
• Issues that could impact the study/completion of the grant*
• Proposed resolution of issues*
• Proposed work during next reporting period

The following target milestones have been established and approved by the PO. Any revisions to approved milestones require PO concurrence and approval. Recruitment is anticipated to begin 01/2025 and complete in nine months..

Enrollment Milestones (n=100):
25% (25) = 03/2025
50% (50) = 05/2025
75% (75) = 07/2025
100% (100) =  10/2025
Data lock: 05/2026

**NIAAA DATA ARCHIVE (NIAAADA) DATA SHARING PLAN:** This award is subject to the data sharing guidance outlined in NOT-AA-22-011 (https://grants.nih.gov/grants/guide/notice-files/NOT-AA-22-011.html). The Recipient agrees to adhere to the NIAAADA Data Sharing Plan (DSP) as approved by the NIAAA Program Official assigned to this award. Dissemination of study data will be in accord with the Recipient's approved DSP. Please note that a statement of progress on the DSP must be included in the Research Performance Progress Report (RPPR) under section C.5 "Other Products and Resource Sharing" at https://grants.nih.gov/grants/rppr/index.htm.
☐
Failure to adhere to the DSP as mutually agreed upon by the Recipient and the NIAAA may result in Enforcement Actions as described in the NIH Grants Policy Statement at https://grants.nih.gov/policy/nihgps/index.htm.

Complete NIAAADA Data Sharing Terms and Conditions can be found at☐https://nda.nih.gov/niaaa/data-sharing-expectations.html.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 1R34AA030662-01A1

**INSTITUTION:** University of Colorado Colorado Springs

| Budget | Year 1 |
|---|---|
| Salaries and Wages | $182,211 |
| Fringe Benefits | $61,770 |
| Personnel Costs (Subtotal) | $243,981 |
| Consultant Services | $12,181 |
| Travel | $3,852 |
| Other | $77,005 |
| Subawards/Consortium/Contractual Costs | $149,733 |
| TOTAL FEDERAL DC | $486,752 |
| TOTAL FEDERAL F&A | $166,529 |
| TOTAL COST | $653,281 |

| Facilities and Administrative Costs | Year 1 |
|---|---|
| F&A Cost Rate 1 | 46% |
| F&A Cost Base 1 | $362,019 |
| F&A Costs 1 | $166,529 |

# Exhibit B

You don't often get email from michelle.bulls@nih.gov. Learn why this is important

 

**National Institutes of Health**
*Office of Extramural Research*

3/21/2025

Michael Sanderson

University Of Colorado

msander3@uccs.edu

Dear Michael Sanderson:

Effective with the date of this letter, funding for Project Number 1R34AA030662-01A1 is hereby terminated pursuant to the Fiscal Year 2023 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2023 Policy Statement applies to your project because NIH approved your grant on 9/1/2023, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2023 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may ... terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.
[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373
[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).
[4] NIH Grants Policy Statement at IIA-1.
[5] *Id.* at IIA-155.

through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans.  Many such studies ignore, rather than seriously examine, biological realities.  It is the policy of NIH not to prioritize these research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the

---

[6] NIH Grants Policy Statement at IIA-156.
[7] *See* 2 C.F.R. § 200.343 (2024).
[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)
[9] *See* 45 C.F.R. § 75.374.
[10] See 42 C.F.R. Part 50, Subpart D
[11] 11 *Id.* § 50.406(a)

required written statement, you shall provide copies of any documents supporting your claim.[12]

Sincerely,

Michelle G. Bulls -S    Digitally signed by Michelle G. Bulls -S

Michelle G. Bulls, on behalf of Judy Fox, Chief Grants Management Officer, NIAAA

Director, Office of Policy for Extramural Research Administration

Office of Extramural Research

---

[12] 12 *Id.* § 50.406(b)

# Exhibit C

## 1R01MD019017-01A1

**Status**
Pending administrative review. Refer any questions to Program Official or Grants Management Specialist.

**Project Title**
A dyadic telehealth intervention to prevent PTSD and promote recovery for sexual and gender minority survivors of bias-related victimization

**PI Name**
Dolezal, Michael; Littleton, Heather (Contact)

**NIH Appl. ID**
11048030

**Application ID**
1R01MD019017-01A1

### ∨ Status

**Status**
Pending administrative review. Refer any questions to Program Official or Grants Management Specialist.

**Last Status Update Date**
02/13/2025

**PI Name**
Dolezal, Michael; Littleton, Heather (Contact)

**Institution Name**
UNIVERSITY OF COLORADO COLORADO SPRINGS

**School Name**
COLLEGE OF LETTERS, ARTS AND SCIENCES

**School Category**
SCHOOLS OF ARTS AND SCIENCES

**Division Name**
NONE

**Department Name**
PSYCHOLOGY

**NIH Appl. ID**
11048030

**Proposal Receipt Date**
03/04/2024

**Proposal Title**
A dyadic telehealth intervention to prevent PTSD and promote recovery for sexual and gender minority survivors of bias-related victimization

**Project Period Begin Date**
09/01/2024

**Current Award Notice Date**

**Project Period End Date**
08/31/2028