**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN RIGHTS, INC. d/b/a GLMA: HEALTH PROFESSIONALS ADVANCING LGBTQ+ EQUALITY; *et al*., <br><br>                 *Plaintiffs*, <br><br>      v. <br><br> NATIONAL INSTITUTES OF HEALTH; *et al*., <br><br>                 *Defendants*. | Civil Action No. 8:25-cv-01620-LKG |

## DECLARATION OF DR. SARAH PEITZMEIER, Ph.D.

I, Dr. Sarah Peitzmeier, hereby declare and state as follows:

1.      I am over 18 years of age, of sound mind, and in all respects competent to testify.

2.      I have personal knowledge of the facts set forth in this declaration and would testify competently to those facts if called to do so.

3.      I am offering this declaration in my individual capacity and not on behalf of my employer.

4.      I am a member of GLMA: Health Professionals Advancing LGBTQ+ Equality.

5.      I am a social epidemiologist and an Assistant Professor of Behavioral and Community Health at the University of Maryland School of Public Health.

6.      I earned my Master of Science in Public Health in 2012 and my Ph.D. in 2017, both from the Johns Hopkins Bloomberg School of Public Health. I completed my postdoctoral fellowship and taught and conducted research as an Assistant Professor for seven years at the University of Michigan, before coming to my current position at the University of Maryland.

7.    My research focuses on the epidemiology and prevention of gender-based violence. Further, it investigates how to better understand, screen for, prevent, and respond to sexual and intimate partner violence, particularly in LGBTQI+ communities. My ongoing work includes intervention development studies to prevent sexual assault against transgender individuals and cisgender women. I am deeply committed to community-engaged research that addresses under-researched community priorities.

8.    My interest in researching gender-based violence and LGBTQI+ sexual health began in college when several people in my life disclosed to me that they were survivors of violence. I trained to become a volunteer victim advocate and then realized the field of public health offered tools to study how to prevent violence before it began and not just respond to its aftermath. I devoted years of my life to master's and doctoral training in public health, and as my own research projects consistently uncovered disparities in violence against and sexual health in LGBTQ+ communities, I began to focus much of my research agenda in this population.

9.    I have applied for and received three grants from NIH to date for studies in which I have served as principal investigator (PI): an F31 predoctoral training grant on violence and HIV in sex workers, an R21 to better understand and screen for IPV in trans communities, and a K01 early-career training award to develop skills and research on integrated HIV and violence prevention with trans women of color. I have also served as co-investigator in two NIH-funded R25 training grants.

10.    Each NIH grant application, even prior to a funding decision, represents between dozens and hundreds of hours of work developing an idea, understanding how the study would fit into the broader literature, building a team of collaborators, and writing and revising the application. When these grants are terminated or pulled from review, not only is this work lost, but

the opportunity cost of all of the other papers that could have been written, the students that could have been mentored, or the community partnerships that could have been developed with those hours, are lost. To add insult to injury, that penalty has been felt again in the last few months as I have scrambled to learn about other funders and had to completely rewrite and rework these terminated or dismissed grants to attempt to regain funding for them through other avenues, further robbing me of valuable time. For grants that are terminated partway through the performance period, there is also the sunk cost of all the work that has been completed but cannot be taken to fruition.

11.     On March 21, 2025, NIH terminated funding for an R25 study I worked on as a co-investigator focused on perinatal intimate partner violence. NIH had originally granted hundreds of thousands of dollars in funding for a two-year-long project, from September 2024 to September 2026. By the time NIH terminated funding, NIH had already contributed over $428,000 in the 2024 fiscal year; about $373,000 of the award balance remained unspent.

12.     In its termination letter, NIH stated that it was terminating the grant because it "no longer effectuates agency priorities" and that "[r]esearch programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness." Further, NIH asserted DEI studies "are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans." As it pertains to the study I worked on, I could not disagree more. The letter did not engage at all with the substance of my research or provide any data- or evidence-based analysis to support the termination.

13.    The termination letter claimed that the termination could be appealed within 30 days of receipt. Institutional decisionmakers for the R25 grant did not appeal the termination.

14.    The termination of this grant was particularly disappointing because our research project had been operational for less than a year. We had worked hard to lay the preliminary groundwork for an intensive training program on measuring and addressing intimate partner violence (IPV) through research and practice, which aimed to address maternal morbidity and pregnancy-associated deaths. We had planned to train 12 scientists early in their career around ethical and rigorous measurement of IPV, which would have furthered our goals of improving health equity and reducing preventable causes of maternal morbidity and mortality. NIH's grant termination erased our hard work and put an end to all of this. We simply could not afford to continue the project without NIH's financial support. I personally lost approximately $13,000 in salary, the ability to work with highly qualified mentees to write a research paper together, and the invaluable opportunity to build professional relationships with the other investigators and mentors on the training team, many of whom were senior people in my field.

15.    Further, IPV training is essential to addressing maternal morbidity and pregnancy-associated deaths. IPV is estimated to cost $800 billion annually in the United States—the most dangerous place to give birth among high-income countries, home to the greatest racial inequities in maternal health on record, and among the only places where intimate partner homicide is a leading cause of perinatal death. The twelve clinician-scientist trainees who would have enrolled in our training program would have gone on to conduct twelve careers' worth of research on reducing maternal and infant morbidity and mortality connected to IPV. All of that work is lost with the abrupt grant termination. Contrary to the termination letter stating that this work "do[es]

not enhance health, lengthen life, or reduce illness," terminating this grant impedes national efforts to save and improve the lives of those who give birth in this country and their babies.

16.    I have not only devoted my research career to preventing violence, but I have also volunteered continuously as a victim advocate with survivors of violence since I was 19 years old and have served expecting families as a certified birth doula. My work on this R25 study was in many ways the culmination of my expertise and experience to date, weaving all these strands together. It was infuriating that the NIH terminated our grant under the supposed justification that it was "antithetical to the scientific inquiry"—contrary to the rigorous peer review it had already undergone in order to be awarded—simply because we had the temerity to acknowledge the fact that maternal outcomes in this country are inequitably distributed by race, poverty, disability, socio-economic, and sexual gender minority status and that attention to disproportionately impacted groups is an epidemiological necessity if we are to meaningfully reduce maternal mortality in this country.

17.    Another grant for which I served as PI, "Community-Engaged Structural Approaches to Prevent Violence and Improve HIV Prevention and Care Outcomes Among Trans Women of Color" (Project Number K01MH133504) was awarded in 2023 when I was at the University of Michigan. NIH had granted funds for a four-year intensive training and mentored research program that designed and evaluated structural interventions within a community-based participatory research context for integrated HIV and violence prevention and mental health promotion, in partnership with trans women of color. The project was to last from April 1, 2023 to March 31, 2027 and received a total of $353,288 during fiscal years 2023 and 2024. A true and correct copy of the NOA is attached hereto as **Exhibit A**.

18.     I submitted a transfer application to move the grant to the University of Maryland shortly after I started in September 2024. Transfer applications are generally seen as routine as long as the PI can demonstrate that they have made progress on the grant thus far and that the work is still feasible to complete at their new institution. On February 7, 2025, the NIH confirmed that they had all of the documents needed to process the transfer, and that it was pending a final administrative review. Unfortunately, since then, I have not only received no decision from NIH, but NIH has also stopped responding to any of the multiple emails I have sent them asking for updates on the application. I am almost halfway through this research grant, yet the project is now completely stalled due to NIH's inaction and unresponsiveness. As a result, I have no financial support to continue this research, which is damaging to my career progression and an enormous setback to my development as a researcher. As a community-based researcher who collaborates with community organizations, developing new relationships and projects with local community organizations was a top priority for me after moving to Maryland. Not having these funds available means I have been hamstrung in my ability to start working productively with local organizations, which has made the kind of community-engaged research I do extremely difficult. In addition to losing the funding for the research, the grant also funded 75% of my salary. The loss of such a significant portion of my salary means that I may have to dramatically increase my teaching load to compensate during the school year, taking time away from my intended research agenda, and my yearly salary is reduced by approximately $28,000 unless I can find additional funds to compensate. True and correct copies of my email correspondence with NIH concerning the transfer application are attached hereto as **Exhibit B**.

19.     I am also the PI on an R21 application titled "Adapting a sexual assault prevention intervention for transgender undergraduates" (Project Number R21HD113802). I initially

submitted this grant on February 7, 2023, and the application was ranked in the top 22 percentile of grants received that cycle, but ultimately not funded. I resubmitted the application addressing reviewer feedback on November 11, 2024. Upon follow-up on March 21, 2025, I received a response stating that my application had been removed from consideration "while NIH undertakes a review of its research statutory and regulatory authorities." True and correct copies of my email correspondence with NIH concerning the grant application are attached hereto as **Exhibit C**.

20.     My own research was the first to demonstrate in a systematic review and meta-analysis that transgender students are 2.9 times more likely to experience physical IPV and 3.9 times more likely to experience sexual IPV than cisgender students. My R21 application would have funded me to develop and pilot what I hoped would be the first intervention proven to actually prevent this violence against young trans people. I believe that all young people should have the right to equally access higher education, but when transgender students face such disproportionately high rates of violence on campus, that access is compromised. This research is urgently needed, and I should have been afforded the opportunity to have my grant reviewed on the merits of my ideas by a panel of scientific experts. Instead, I fear that this application was cherrypicked for removal, whereas other grants not focused on transgender populations were allowed to continue through review. In conversations with colleagues, no one I have spoken to has ever heard of a grant application being removed from review in this way prior to February 2025. All complete grant applications are supposed to be reviewed on the science by a panel of experts – there is no step in the process for screening and removing grants that do not meet political directives.

21.     Prior to March 2025, NIH had never terminated a grant that supported my research, refused to issue decisions on long-pending applications, or removed a grant application from review.

22.     NIH's grant termination, inaction to finalize the transfer application for an already-existing project that it previously agreed to fund, and removal of an application for new research from even being eligible for scientific review, is destructive to the LGBTQI+ populations my research serves, as well as to my personal career. I changed positions from the University of Michigan to the University of Maryland in September 2024, yet I find that I am still trying to transition over a project that is key to my research development and that I had planned to devote 75% of my time to. I recently earned tenure at the University of Maryland, effective August 2025, based on the merits of my work completed prior to September 2024 when I started at the institution. Unfortunately, due to the NIH terminating or endlessly delaying two grants and refusing to even review one grant for merit, key pillars of my research agenda have stalled, and thus so has my career progression toward the next milestone of promotion to full Professor.  At the time of this writing, I have not been successful in identifying alternate funders for these proposals and thus am facing a significantly increased teaching burden and a salary reduced by as much as 25% over the next few years.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: May 26, 2025

_____
Dr. Sarah Peitzmeier

8

# Exhibit A

**Department of Health and Human Services**
National Institutes of Health
NATIONAL INSTITUTE OF MENTAL HEALTH

**Notice of Award**
FAIN# K01MH133504
**Federal Award Date**
02/24/2023

## Recipient Information

**1. Recipient Name**
REGENTS OF THE UNIVERSITY OF MICHIGAN
503 THOMPSON STREET

ANN ARBOR, 48109

**2. Congressional District of Recipient**
12

**3. Payment System Identifier (ID)**
1386006309A1

**4. Employer Identification Number (EIN)**
386006309

**5. Data Universal Numbering System (DUNS)**
073133571

**6. Recipient's Unique Entity Identifier**
GNJ7BBP73WE9

**7. Project Director or Principal Investigator**
Sarah Peitzmeier, PHD

speitzme@umich.edu
734-764-4176

**8. Authorized Official**
Lizzie Howard

## Federal Agency Information

**9. Awarding Agency Contact Information**
MATTHEW DAVID Freund

NATIONAL INSTITUTE OF MENTAL HEALTH
matt.freund@nih.gov
(301) 402-4897

**10. Program Official Contact Information**
Theresa Elaine Senn

NATIONAL INSTITUTE OF MENTAL HEALTH
teri.senn@nih.gov
(301) 761-7852

## Federal Award Information

**11. Award Number**
1K01MH133504-01

**12. Unique Federal Award Identification Number (FAIN)**
K01MH133504

**13. Statutory Authority**
42 USC 241 42 CFR 52

**14. Federal Award Project Title**
Community-Engaged Structural Approaches to Prevent Violence and Improve HIV Prevention and Care Outcomes Among Trans Women of Color

**15. Assistance Listing Number**
93.242

**16. Assistance Listing Program Title**
Mental Health Research Grants

**17. Award Action Type**
New Competing

**18. Is the Award R&D?**
Yes

### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 04/01/2023 – **End Date** 03/31/2024 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $179,128 |
| 20 a. Direct Cost Amount | $165,859 |
| 20 b. Indirect Cost Amount | $13,269 |
| 21. Authorized Carryover | |
| 22. Offset | |
| 23. Total Amount of Federal Funds Obligated this budget period | $179,128 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $179,128 |
| **26. Project Period Start Date** 04/01/2023 – **End Date** 03/31/2027 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $179,128 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Rita Sisco

**30. Remarks**

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Notice of Award



*RESEARCH SCIENTIST DEVELOPMENT AWARD*
Department of Health and Human Services
National Institutes of Health

NATIONAL INSTITUTE OF MENTAL HEALTH



---

**SECTION I – AWARD DATA – 1K01MH133504-01**

**Principal Investigator(s):**
Sarah  Peitzmeier, PHD

**Award e-mailed to:** aanderson-gov@umich.edu

Dear Authorized Official:

The National Institutes of Health hereby awards a grant in the amount of $179,128 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to The Regents of the University of Michigan in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241 42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute Of Mental Health of the National Institutes of Health under Award Number K01MH133504. The content is solely the responsibility of the authors and does not necessarily represent the official views of   the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Rita  Sisco
Grants Management Officer
NATIONAL INSTITUTE OF MENTAL HEALTH

---

Additional information follows

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---:|
| Salaries and Wages | $90,000 |
| **Fringe Benefits** | $26,955 |
| **Personnel Costs (Subtotal)** | $116,955 |
| **Other** | $48,904 |

| | |
|---|---:|
| **Federal Direct Costs** | $165,859 |
| **Federal F&A Costs** | $13,269 |
| **Approved Budget** | $179,128 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $179,128 |
| **TOTAL FEDERAL AWARD AMOUNT** | $179,128 |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $179,128 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|:---:|---:|---:|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 1 | $179,128 | $179,128 |
| 2 | $174,160 | $174,160 |
| 3 | $165,534 | $165,534 |
| 4 | $167,586 | $167,586 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**Fiscal Information:**

| | |
|---|---|
| Payment System Identifier: | 1386006309A1 |
| Document Number: | KMH133504A |
| PMS Account Type: | P (Subaccount) |
| Fiscal Year: | 2023 |

| IC | CAN | 2023 | 2024 | 2025 | 2026 |
|---|---|---|---|---|---|
| MH | 8472598 | $179,128 | $174,160 | $165,534 | $167,586 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**NIH Administrative Data:**
**PCC**: 9A-ASGP / **OC**: 41033 / **Released**: Sisco, Rita 02/16/2023
**Award Processed:** 02/24/2023 12:14:08 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 1K01MH133504-01**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 1K01MH133504-01**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

    a.   The grant program legislation and program regulation cited in this Notice of Award.

Version: 13 - 8/3/2022 12:59 PM | Generated on: 2/24/2023 12:14 AM

    b.   Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.

    c.   45 CFR Part 75.

    d.   National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.

    e.   Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.

    f.   This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):**  All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VII Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.   See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) K01MH133504. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights

laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.
**Treatment of Program Income:**
Additional Costs

---

**SECTION IV –  MH SPECIFIC AWARD CONDITIONS – 1K01MH133504-01**


Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

**AWARD NOTICE:**
This award has been made in response to the application submitted under the Funding Opportunity Announcement **PA20-190** which can be referenced at:
https://grants.nih.gov/grants/guide/pa-files/PA-20-190.html.

**HUMAN SUBJECTS RESEARCH:**
This award includes human subject research studies and must conform to the DHHS policies for the Protection of Human Subjects research, which are a term and condition of award. Human subjects research is covered by the 2018 Common Rule, and may not be initiated until the associated protocols have received IRB approval as specified in 45 CFR 46. Failure to comply with the terms and conditions of award may result in the disallowance of costs and collected

data and/or additional enforcement actions as outlined in Section 8.5 of the NIH Grants Policy Statement.

**DIRECT COSTS:**

Please note that the direct costs recommended in all years are based on the NIMH Policy for Career (K) Awards as outlined in: http://www.nimh.nih.gov/funding/training/career-development-programs-k-series.shtml.

**REPORTING REQUIREMENT:**

Successful completion of instruction in Responsible Conduct of Research is required during Year 01 of this award (see http://www.nimh.nih.gov/funding/training/career-development-programs-k-series.shtml). Instructional details must be reported in the Year 02 Progress Report. Full details about this policy requirement can be found in the NIH Guide Notice NOT-OD-22-055 which can be accessed at: https://grants.nih.gov/grants/guide/notice-files/NOT-OD-22-055.html.

**DATA AND SAFETY MONITORING:**

This grant is subject to the clinical research policies outlined in NOT-MH-19-027. The recipient will adhere to the NIH (NIH GPS 4.1.15) and NIMH policies (NOT-MH-19-027) including appropriately providing adequate data and safety monitoring and timely reporting of key events as defined in the NIMH Reportable Events Policy. The level and frequency of human subject data and safety monitoring should always be commensurate with the risk and nature of the research.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 1K01MH133504-01

**INSTITUTION:** The Regents of the University of Michigan

| Budget | Year 1 | Year 2 | Year 3 | Year 4 |
|---|---|---|---|---|
| Salaries and Wages | $90,000 | $90,000 | $90,000 | $90,000 |
| Fringe Benefits | $26,955 | $26,955 | $26,955 | $26,955 |
| Personnel Costs (Subtotal) | $116,955 | $116,955 | $116,955 | $116,955 |
| Other | $48,904 | $44,304 | $36,317 | $38,217 |
| TOTAL FEDERAL DC | $165,859 | $161,259 | $153,272 | $155,172 |
| TOTAL FEDERAL F&A | $13,269 | $12,901 | $12,262 | $12,414 |
| TOTAL COST | $179,128 | $174,160 | $165,534 | $167,586 |

| Facilities and Administrative Costs | Year 1 | Year 2 | Year 3 | Year 4 |
|---|---|---|---|---|
| F&A Cost Rate 1 | 8% | 8% | 8% | 8% |
| F&A Cost Base 1 | $165,859 | $161,259 | $153,272 | $155,172 |
| F&A Costs 1 | $13,269 | $12,901 | $12,262 | $12,414 |

# Exhibit

# B

---------- Forwarded message ---------
From: **Maura Elford Collinge** <mcolling@umd.edu>
Date: Mon, Mar 31, 2025 at 6:00 PM
Subject: University of Maryland Grant Number: 7K01MH133504 - 03 - PI Name: Peitzmeier, Sarah
To: Senn, Teri (NIH/NIMH) [E] <teri.senn@nih.gov>, Dominguez, Marla (NIH/NIMH) [C] <marla.dominguez@nih.gov>
Cc: <Rita.Sisco@nih.gov>, Sarah Melissa Peitzmeier <speitzme@umd.edu>, Dawn R. Schettino <drode@umd.edu>


Dear Marla and colleagues,
Thank you for administering the transfer of this award number 7K01MH133504-03. In the email below, on February 7, it was noted that the anticipated budget period start date of this grant transfer to UMD would be 4/1/2025.

Can you let us know when we should anticipate receiving the notice of award?

Thanks very much,
Maura

UMD internal reference # 25052552 / 87800

---------- Forwarded message ---------
From: **Dawn R. Schettino** <drode@umd.edu>
Date: Tue, Mar 25, 2025 at 6:31 AM
Subject: Fwd: [EXTERNAL] Re: Grant Number: 7K01MH133504 - 03 PI Name: Peitzmeier, Sarah
To: <Rita.Sisco@nih.gov>
Cc: Sarah Melissa Peitzmeier <speitzme@umd.edu>, Maura Elford Collinge <mcolling@umd.edu>, Senn, Teri (NIH/NIMH) [E] <teri.senn@nih.gov>


Good Morning Rita,

I received an out of office from Marla Dominguez and it said to forward any grant inquiries to you. If you could please see the thread below and provide any updates or guidance we would greatly appreciate it.

If you have any questions please let me know.

Thanks!


Sincerely,

Dawn Schettino




-------------------------------------------------------------

Dawn Schettino

Director of Research Administration

University of Maryland

School of Public Health - Dean's Office

School of Public Health (Building #255), Rm. 0230D

4200 Valley Drive

College Park, MD 20742-2611

301-405-2494 (phone)

301-405-8397 (fax)



---------- Forwarded message ---------
From: **Dawn R. Schettino** <drode@umd.edu>
Date: Tue, Mar 25, 2025 at 6:27 AM
Subject: Re: [EXTERNAL] Re: Grant Number: 7K01MH133504 - 03 PI Name: Peitzmeier, Sarah
To: Dominguez, Marla (NIH/NIMH) [C] <marla.dominguez@nih.gov>
Cc: Sarah Melissa Peitzmeier <speitzme@umd.edu>, Maura Elford Collinge <mcolling@umd.edu>,
Senn, Teri (NIH/NIMH) [E] <teri.senn@nih.gov>


Good Morning Marla,

I just wanted to follow up on Dr. Peitzmeier's K01 transfer. Any information would be
greatly appreciated.

Thanks!


Sincerely,

Dawn Schettino




---------------------------------------------------------------

Dawn Schettino

Director of Research Administration

University of Maryland

School of Public Health - Dean's Office

School of Public Health (Building #255), Rm. 0230D

4200 Valley Drive

College Park, MD 20742-2611

301-405-2494 (phone)

301-405-8397 (fax)



On Mon, Mar 3, 2025 at 7:23 AM Dawn R. Schettino <drode@umd.edu> wrote:
Good Morning Marla,

I wanted to follow up about the K01 transfer and the RPPR for Dr. Sarah Peitzmeier. Dr. Peitzmeier has a notification that her RPPR is due so we wanted to confirm no action is needed from her at this time. I know we submitted a brief project update with our transfer application but wasn't sure if that was going to count as her submission of her yearly RPPR. Any information would be greatly appreciated.

Thanks!

Sincerely,

Dawn Schettino


------------------------------------------------------------

Dawn Schettino

Director of Research Administration

University of Maryland

School of Public Health - Dean's Office

School of Public Health (Building #255), Rm. 0230D

4200 Valley Drive

College Park, MD 20742-2611

301-405-2494 (phone)

301-405-8397 (fax)


On Fri, Feb 7, 2025 at 2:17 PM Dominguez, Marla (NIH/NIMH) [C] <marla.dominguez@nih.gov> wrote:

Hi Sarah,


Correct, pending review, the next budget start date would be 4/1/2025. Since this has been converted to an anniversary transfer, you would not have to submit an RPPR at this time. If needed, I will follow-up. Please feel free to reach out with any other questions.


Best,


Marla

--

**Marla Dominguez [C]**

Grants Management Specialist

National Institute of Mental Health

T: (301) - 594 - 9169 | E: marla.dominguez@nih.gov

---

**From:** Sarah Melissa Peitzmeier <speitzme@umd.edu>
**Sent:** Friday, February 7, 2025 12:05 PM
**To:** Dominguez, Marla (NIH/NIMH) [C] <marla.dominguez@nih.gov>
**Cc:** Maura Elford Collinge <mcolling@umd.edu>; Dawn R. Schettino <drode@umd.edu>; Senn, Teri (NIH/NIMH) [E] <teri.senn@nih.gov>
**Subject:** Re: [EXTERNAL] Re: Grant Number: 7K01MH133504 - 03 PI Name: Peitzmeier, Sarah

Hi Marla

Thank you for the update - does this mean the transfer would be in effect 4/1, pending review?

Can you please advise if I should still submit an RPPR on 2/15?

Thank you for all that you do -

Sarah

On Fri, Feb 7, 2025 at 11:43 AM Dominguez, Marla (NIH/NIMH) [C] <marla.dominguez@nih.gov> wrote:

Good afternoon Maura,

Apologies for the delay in response. Due to the timing of the award, this transfer application will be converted to an anniversary transfer. The application is pending administrative review.

Best,

Marla

--

**Marla Dominguez [C]**

Grants Management Specialist

National Institute of Mental Health

T: (301) - 594 - 9169 | E: marla.dominguez@nih.gov

---

**From:** Maura Elford Collinge <mcolling@umd.edu>
**Sent:** Tuesday, February 4, 2025 1:11 PM
**To:** Dominguez, Marla (NIH/NIMH) [C] <marla.dominguez@nih.gov>
**Cc:** Dawn R. Schettino <drode@umd.edu>; Sarah Melissa Peitzmeier <speitzme@umd.edu>; Senn, Teri (NIH/NIMH) [E] <teri.senn@nih.gov>
**Subject:** Re: [EXTERNAL] Re: Grant Number: 7K01MH133504 - 03 PI Name: Peitzmeier, Sarah

Dear Marla,

Could you let us know approximately when University of Maryland should anticipate receiving an award notice related to transfer award 7K01MH133504 - 03 (PI: Sarah Peitzmeier)?

Could you also clarify the due date of the next RPPR for this award?

Many thanks,

Maura

UMD internal reference # 25052552 / 87800

On Fri, Jan 10, 2025 at 3:13 PM Dominguez, Marla (NIH/NIMH) [C] <marla.dominguez@nih.gov> wrote:

  Hi Maura,

Thank you. Confirming receipt of the IRB approval.


Have a great weekend.


Best,


Marla


--

**Marla Dominguez [C]**

Grants Management Specialist

National Institute of Mental Health

T: (301) - 594 - 9169 | E: marla.dominguez@nih.gov

---

**From:** Maura Elford Collinge <mcolling@umd.edu>
**Sent:** Thursday, January 9, 2025 1:06 PM
**To:** Dominguez, Marla (NIH/NIMH) [C] <marla.dominguez@nih.gov>
**Cc:** Dawn R. Schettino <drode@umd.edu>; Sarah Melissa Peitzmeier <speitzme@umd.edu>; Senn, Teri (NIH/NIMH) [E] <teri.senn@nih.gov>
**Subject:** Re: [EXTERNAL] Re: Grant Number: 7K01MH133504 - 03 PI Name: Peitzmeier, Sarah


Dear all,

This email serves as the concurrence of this information by an Authorized Representative of the University of Maryland. The UMD IRB approval for the protocol related to this project (award 7K01MH133504 - 03) is attached here again.


Sincerely,
Maura

UMD internal reference # 25052552 / 87800

On Thu, Jan 9, 2025 at 1:01 PM Sarah Melissa Peitzmeier <speitzme@umd.edu> wrote:

Hi all, happily the IRB approval just came through this morning. Please see attached.

Best

Sarah

On Tue, Jan 7, 2025 at 10:19 PM Sarah Melissa Peitzmeier <speitzme@umd.edu> wrote:

Hi Marla, happy new year. I am just recovered from COVID and am juggling childcare with the snow/school closures this week, so I apologize for the slowness in circling back to you in the new year. I spoke to the IRB chair this week and he said that usually the letter we provided is sufficient for NIH funding, but if it will not work in this case that he agreed I should go ahead with a full application. I submitted one today and asked the chair to expedite review as much as possible. I hope to have an approval to share soon.

Thanks again

Sarah

On Tue, Jan 7, 2025 at 3:24 PM Dominguez, Marla (NIH/NIMH) [C] <marla.dominguez@nih.gov> wrote:

Hi Sarah,

Happy New Year! I wanted to check in to see if there is any update regarding the IRB approval.

Thanks,

Marla

--

**Marla Dominguez [C]**

Grants Management Specialist

National Institute of Mental Health

T: (301) - 594 - 9169 | E: marla.dominguez@nih.gov

---

**From:** Dominguez, Marla (NIH/NIMH) [C]
**Sent:** Friday, December 20, 2024 11:33 AM
**To:** Sarah Melissa Peitzmeier <speitzme@umd.edu>
**Cc:** Maura Elford Collinge <mcolling@umd.edu>; Dawn R. Schettino <drode@umd.edu>; Senn, Teri (NIH/NIMH) [E] <teri.senn@nih.gov>
**Subject:** RE: [EXTERNAL] Re: Grant Number: 7K01MH133504 - 03 PI Name: Peitzmeier, Sarah

Hi Sarah,

Thank you for the status update!  Once you receive approval, please submit route via your AOR to be considered official grant documentation.

Best,

Marla

--

**Marla Dominguez [C]**

Grants Management Specialist

National Institute of Mental Health

T: (301) - 594 - 9169 | E: marla.dominguez@nih.gov

**From:** Sarah Melissa Peitzmeier <speitzme@umd.edu>
**Sent:** Friday, December 20, 2024 11:06 AM
**To:** Dominguez, Marla (NIH/NIMH) [C] <marla.dominguez@nih.gov>
**Cc:** Maura Elford Collinge <mcolling@umd.edu>; Dawn R. Schettino <drode@umd.edu>; Senn, Teri (NIH/NIMH) [E] <teri.senn@nih.gov>
**Subject:** Re: [EXTERNAL] Re: Grant Number: 7K01MH133504 - 03 PI Name: Peitzmeier, Sarah

Hi Marla

Just an update that the IRB application at UMD has been submitted and I will update you when it is approved.

Thank you

Sarah

On Wed, Dec 18, 2024 at 5:17 PM Sarah Melissa Peitzmeier <speitzme@umd.edu> wrote:

Hi Marla

Thanks for explaining that - I will go ahead and apply for IRB approval shortly and get back to you.

Best

Sarah

On Wed, Dec 18, 2024 at 3:38 PM Dominguez, Marla (NIH/NIMH) [C] <marla.dominguez@nih.gov> wrote:

Good afternoon Sarah and Maura,

This grant cannot be awarded without an approved IRB. 6 months is a large span of time. Do you have a timeline that you plan to submit and receive IRB approval?

Best,

Marla

10

--

**Marla Dominguez [C]**

Grants Management Specialist

National Institute of Mental Health

T: (301) - 594 - 9169 | E: marla.dominguez@nih.gov

*All official grant responses must come from an Authorized Organizational Representative (AOR).

---

**From:** Maura Elford Collinge <mcolling@umd.edu>
**Sent:** Monday, December 16, 2024 3:46 PM
**To:** Dominguez, Marla (NIH/NIMH) [C] <marla.dominguez@nih.gov>
**Cc:** Sarah Melissa Peitzmeier <speitzme@umd.edu>; Dawn R. Schettino <drode@umd.edu>; Senn, Teri (NIH/NIMH) [E] <teri.senn@nih.gov>
**Subject:** [EXTERNAL] Re: Grant Number: 7K01MH133504 - 03 PI Name: Peitzmeier, Sarah

Dear Marla Dominguez,

Below are responses to the questions you asked regarding Grant Number: 7K01MH133504 - 03 PI: Sarah Peitzmeier.

**Personnel Fringe:** There is only academic-year effort budgeted for the PI/PD in Period 1, so the University of Maryland federally negotiated faculty academic-year fringe benefit rate of 30.8% is applied to the PI/PD salary in Period 1. In Periods 2 and 3, the PI/PD's budgeted effort includes both academic-year and summer effort, so the faculty academic-year fringe rate of 30.8% is applied to academic-year salary and the faculty summer (limited benefit) fringe rate of 5.9% is applied to summer salary. UMD's current federally negotiated rate agreement is available here: https://ora.umd.edu/sponsored-research-toolbox/um-resources/indirect-costs-information

**Supplies:** Clarification: Funds in the amount of $2,500 are requested to purchase a Laptop for the project coordinator that is capable of running qualitative data analysis software in Period 1 of the project.

**Participant Incentives:** Correction/clarification: Participant incentive costs are budgeted at $2,500 in Period 1 for focus groups, key informant interviews, exit interviews, and mentored research activity key informant interviews; and at $400 in Period 2 for exit interviews (cumulative total of $2,900).

**Travel** costs have been updated in the attached corrected budget and budget justification to reflect costs that were intended to be budgeted for PI domestic conference travel at $3,600 per year in Period 2 and Period 3.

The corrected amounts in each cost category are shown in the attached corrected budget and budget justification.

**Data Management and Sharing:** When the K01 application was originally submitted, the NIH DMS Policy in effect at that time did not specify that data management and sharing costs should be allocated in the budget, so no costs would have been allocated for that purpose. In the transfer application submitted after January 25, 2023, the current NIH Data Management and Sharing Policy (applicable to all NIH-funded research that results in the generation of scientific data) specifies that investigators and institutions must plan and budget for the managing and sharing of data. UMD budgeted for this expense in the transfer application in order to comply with NIH policy.

The PI/PD confirmed that she is working with a local community organization in Maryland and will finalize methods and begin applying for UMD IRB review in approximately 6 months.

This message serves as the concurrence of this information by an Authorized Representative of the University of Maryland, College Park.

Please direct any technical questions to the Principal Investigator. Please direct any administrative questions to my attention.

Sincerely,
Maura

UMD internal reference # 25052552 / 87800

On Wed, Dec 11, 2024 at 10:01 AM ORA Mail (SHARED) <oraa@umd.edu> wrote:

Thank you,

Office of Research Administration

University of Maryland

301-405-6269

---------- Forwarded message ---------
From: **Dominguez, Marla (NIH/NIMH) [C]** <marla.dominguez@nih.gov>
Date: Wed, Dec 11, 2024 at 8:51 AM
Subject: Grant Number: 7K01MH133504 - 03 PI Name: Peitzmeier, Sarah
To: Sarah Melissa Peitzmeier <speitzme@umd.edu>, oraa@umd.edu <oraa@umd.edu>
Cc: Senn, Teri (NIH/NIMH) [E] <teri.senn@nih.gov>

Good morning PI/AOR,

I am reviewing the transfer application. I have a few follow-up questions regarding the budget and the budget justification:

- **Personnel Fringe for Budget Period 2 & 3**: Is there a reason why the fringe rate for personnel changes from the requested amount in budget period 1?
- **Supplies**: A laptop for $2,500 was included in the budget; however, this was also a part of the budget in the competing year for year 1. Was this never purchased in the first year of this grant? If yes, please justify this expense.
- **Participant Incentives**: Can you provide a breakdown by year of the costs. It is not clear how participant incentives costs are justified (Period 1 - $2,500, Period 2 - $4,000, Period 3 – $3,600)
- **Data Management and Sharing**: DMS costs were not requested in the original competing application, can you explain why this new cost was added as part of the transfer application?

The application states that IRB approval is pending. Can you let us know when you expect to receive full IRB approval for this grant?

Please provide a response via AOR to me and the PO by 12/16/24. Feel free to reach out with any questions.

Best,

Marla

--

**Marla Dominguez [C]**

Grants Management Specialist

National Institute of Mental Health

T: (301) - 594 - 9169 | E: marla.dominguez@nih.gov

*All official grant responses must come from an Authorized Organizational Representative (AOR).

--

**Maura E. Collinge** *(she, her, hers)*

**Senior Contract Administrator | Office of Research Administration**

University of Maryland | 7809 Regents Drive, 3112 Lee Bldg. | College Park, MD 20742
P 301-405-9743 | F 301-314-9569 | mcolling@umd.edu | www.ora.umd.edu

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

--

**Maura E. Collinge**  *(she, her, hers)*

**Senior Contract Administrator | Office of Research Administration**

University of Maryland | 7809 Regents Drive, 3112 Lee Bldg. | College Park, MD 20742
P 301-405-9743 | F 301-314-9569 | mcolling@umd.edu | www.ora.umd.edu

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

--

**Maura E. Collinge**  *(she, her, hers)*

**Senior Contract Administrator | Office of Research Administration**

University of Maryland | 7809 Regents Drive, 3112 Lee Bldg. | College Park, MD 20742
P 301-405-9743 | F 301-314-9569 | mcolling@umd.edu | www.ora.umd.edu

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

--

**Maura E. Collinge**  *(she, her, hers)*
**Senior Contract Administrator | Office of Research Administration**
University of Maryland | 7809 Regents Drive, 3112 Lee Bldg. | College Park, MD 20742
P 301-405-9743 | F 301-314-9569 | mcolling@umd.edu | www.ora.umd.edu

--

Sarah Peitzmeier, PhD

Assistant Professor of Behavioral and Community Health

University of Maryland School of Public Health

SPH Building, Room 1234J

(she/her/hers)

Every community owes its existence and strength to the generations before them, around the world, who contributed their hopes, dreams, and energy into making the history that led to this moment. We are on the ancestral lands of the Piscataway People, who are the ancestral stewards of this sacred land. It is their historical responsibility to advocate for the four-legged, the winged, those that crawl, and those that swim. They remind us that clean air and pristine waterways are essential to all life. This Land Acknowledgement is a vocal reminder for each of us to ensure our physical environment is in better condition than what we inherited, for the health and prosperity of future generations.

# Exhibit C

From: **Ortenberg, Elia (NIH/CSR) [E]** <elia.ortenberg@nih.gov>
Date: Fri, Mar 21, 2025 at 10:47 AM
Subject: RE: [EXTERNAL] Application does not have assigned study section
To: Sarah Melissa Peitzmeier <speitzme@umd.edu>
Cc: Maura Elford Collinge <mcolling@umd.edu>, Dawn R. Schettino <drode@umd.edu>


Good morning Sarah,


Thank you for your note. Indeed, your application has been moved out of the ZRG1 SCIL-L (90) meeting while NIH undertakes a review of its research priorities under NIH's statutory and regulatory authorities. As far as next steps, I wish I had more to give you than to recommend patience. When or if the status of your application changes, you will receive additional notifications from eRA Commons.


My best to you,


Elia


**Elia Kwee Ortenberg, Ph.D.**

*Chief, Social & Community Influences across the Lifecourse Review Branch*

National Institutes of Health

Center for Scientific Review

**From:** Sarah Melissa Peitzmeier <speitzme@umd.edu>
**Sent:** Friday, March 21, 2025 10:12 AM
**To:** Ortenberg, Elia (NIH/CSR) [E] <elia.ortenberg@nih.gov>
**Cc:** Maura Elford Collinge <mcolling@umd.edu>; Dawn R. Schettino <drode@umd.edu>
**Subject:** Re: [EXTERNAL] Application does not have assigned study section


Dear Dr. Ortenberg

I hope this finds you well. I submitted an R21 resubmission application in November that had been assigned to a special emphasis panel, but which now has no study section assigned in eRA Commons (please see below). Can you please advise next steps?

Thank you

Sarah



On Thu, Mar 20, 2025 at 3:27 PM CSR Division of Receipt and Referral <csrdrr@mail.nih.gov> wrote:

> Hello Sarah:
>
>
> Thank you for your email.  DRR is responsible for the referral of applications to a review branch.  Once it is in a review branch, responsibility for assignment to a study section falls to the Chief of the Review Branch.  Your application is in the Social and Community Influences Across the Lifecourse Review Branch (SCIL).  Dr. Elia Ortenberg is the chief of that branch.  I would encourage you to contact her regarding the status of your application.
>
>
>
> Sincerely
>
> Marc
>
>
>
>
> **Marc Boulay, Ph.D.**
>
> Assistant Director
>
> Division of Receipt and Referral
>
> **Center for Scientific Review**

National Institutes of Health

Marc.Boulay@nih.gov

---

**From:** Sarah Melissa Peitzmeier <speitzme@umd.edu>
**Sent:** Thursday, March 20, 2025 2:40 PM
**To:** CSR Division of Receipt and Referral <csrdrr@mail.nih.gov>
**Cc:** Maura Elford Collinge <mcolling@umd.edu>; Dawn R. Schettino <drode@umd.edu>
**Subject:** [EXTERNAL] Application does not have assigned study section

Dear Colleague,

I submitted 1R21HD113802-01A1 in November 2024. It was initially assigned to a special emphasis panel slated to meet 2/20/25. The panel was postponed and the date was updated in era commons to 4/29/25. Now I see that I no longer have any study section assigned to the proposal. According to NIH guidance, I am reaching out to you as I do not have a study section assigned and it has been more than 3 months since submission.

Thank you for your assistance.

Sarah

--

Sarah Peitzmeier, PhD

Assistant Professor of Behavioral and Community Health

University of Maryland School of Public Health

SPH Building, Room 1234J

(she/her/hers)

Every community owes its existence and strength to the generations before them, around the world, who contributed their hopes, dreams, and energy into making the history that led to this moment. We are on the ancestral lands of the Piscataway People, who are the ancestral stewards of this sacred land. It is their historical responsibility to advocate for the four-legged, the winged, those that crawl, and those that swim. They remind us that clean air and pristine waterways are essential to all life. This Land Acknowledgement is a vocal reminder for each of us to ensure our physical environment is in better condition than what we inherited, for the health and prosperity of future generations.

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

--

Sarah Peitzmeier, PhD

Assistant Professor of Behavioral and Community Health

University of Maryland School of Public Health

SPH Building, Room 1234J

(she/her/hers)

Every community owes its existence and strength to the generations before them, around the world, who contributed their hopes, dreams, and energy into making the history that led to this moment. We are on the ancestral lands of the Piscataway People, who are the ancestral stewards of this sacred land. It is their historical responsibility to advocate for the four-legged, the winged, those that crawl, and those that swim. They remind us that clean air and pristine waterways are essential to all life. This Land Acknowledgement is a vocal reminder for each of us to ensure our physical environment is in better condition than what we inherited, for the health and prosperity of future generations.

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

--

Sarah Peitzmeier, PhD
Assistant Professor of Behavioral and Community Health
University of Maryland School of Public Health
SPH Building, Room 1234J
(she/her/hers)

Every community owes its existence and strength to the generations before them, around the world, who contributed their hopes, dreams, and energy into making the history that led to this moment. We are on the ancestral lands of the Piscataway People, who are the ancestral stewards of this sacred land. It is their historical responsibility to advocate for the four-legged, the winged, those that crawl, and those that swim. They remind us that clean air and pristine waterways are essential to all life. This Land Acknowledgement is a vocal reminder for each of us to ensure our physical environment is in better condition than what we inherited, for the health and prosperity of future generations.