## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN RIGHTS, INC. d/b/a GLMA: HEALTH PROFESSIONALS ADVANCING LGBTQ+ EQUALITY; *et al*., <br><br> *Plaintiffs*, <br><br> v. <br><br> NATIONAL INSTITUTES OF HEALTH; *et al*., <br><br> *Defendants*. | Civil Action No. 8:25-cv-01620-LKG |

## <u>DECLARATION OF DR. SUSANA SOE, Psy.D.</u>

I, Dr. Susana Soe, hereby state as follows:

1.      I am over 18 years of age, of sound mind, and in all respects competent to testify.

2.      I have personal knowledge of the facts set forth in this declaration and would testify competently to those facts if called to do so.

3.      I am offering this declaration in my individual capacity and not on behalf of my employer.

4.      I am a member of GLMA: Health Professionals Advancing LGBTQ+ Equality.

5.      Susana Soe is a pseudonym.  I am submitting this declaration under a pseudonym to protect my privacy and to protect my family and me from harassment, violence, and retaliation.

6.      I am a psychologist and the CEO and Executive Director of a nonprofit in Southern Florida. I earned a Psy.D. in Clinical Psychology, and I use my degree to support individual, organizational, and community change while conducting psychological research that helps build culturally informed policies, programs, and interventions.

1

7.    My interest in clinical and community psychology research stemmed from a deep desire to help others and to address community factors that could improve health and wellbeing for everyone, no matter their background or life experience. In hearing from thousands of individuals through my clinical work, it became clear to me that providing psychological and medical treatment alone is not sufficient to accomplish this. It would require systemic changes to ensure equitable access to health, economic mobility, and opportunity for everyone, especially those who have historically experienced the most barriers. This understanding has informed my work and professional trajectory. I have dedicated myself to community-led and engaged research that can have a longstanding impact. After working in college counseling centers for more than seven years, I shifted to leadership in a public health nonprofit where I could work directly with community members, government, and other key institutions to make meaningful change. This work has been deeply personal to me as a Latina woman who has experienced and witnessed discrimination and barriers. This has been especially true since surviving a post-partum widow-maker heart attack at a young age with no previous history of heart disease. I know my survival and recovery can be largely attributed to having access to the best care, resources, and support despite the many disparities women of color typically experience when it comes to cardiovascular health. I believe everyone has the right to receive the type of care that I received. And this medical emergency reaffirmed my commitment to that mission.

8.    While I am committed to improving the health and wellbeing of those who experience the most health, social, and economic disparities, such as those with a low-income, communities of color, and the LGBTQI+ community, the research and interventions I conduct help to uplift everyone's health and the community as a whole.

2

9.      I depend heavily on federal grants to conduct my research. Before applying for my own federal grant, my organization was a sub-awardee or contracted partner on several federal grants from the Centers for Disease Control and Prevention (CDC), and the U.S. Department of Transportation (DOT).

10.      Under these grants, I have led various health initiatives focused on social and built environments, systems, and policy changes to improve physical, mental, and social health. I have provided oversight for more than 65 health equity projects. Through my organization's work, I have engaged in research, assessment, and community interventions that support community-driven leadership. This work has improved transportation access, increased access to food and nutrition, created quality parks and public places, addressed how to design communities where everyone can age in place with health and dignity, improved access to quality healthcare, and increased health literacy amongst many other areas. In the last three years, I had a particular focus on improving health outcomes for the LGBTQI+ community because of the growing challenges in accessing quality health care, social services, and the negative impacts of discrimination.

11.      There is a growing concern in the LGBTQI+ community around healthcare access and social connectedness. With CDC funding, I conducted an assessment with a local municipality that reflected this growing concern. We learned how little data measuring health outcomes experienced by the LGBTQI+ community was available locally. The lack of local data makes it very challenging to understand the full scale of disparities and issues, and it makes it even harder to address them via effective policy or programs. Our assessment affirmed the high prevalence of significant health disparities and challenges faced by sexual and gender minorities, including less access to health care, higher risk of certain conditions, worse health outcomes, stigma and

discrimination, lack of culturally competent healthcare, and other disparities within social determinants of health.

12.    These findings drove our decision to apply for an NIH program launched with the specific intent of addressing health disparities and advancing health equity research. We responded to NIH's request for applications, hoping to address the challenges experienced by the LGBTQI+ community in Southern Florida through structural factors. The NIH application progress was rigorous. We submitted a comprehensive approach to addressing structural factors utilizing research-based frameworks and interventions, and our application underwent a robust review. This review included an Objective Review process, which involved submitting written critiques by subject matter experts against the review criteria and a follow-up review meeting. The project received very high ratings by reviewers, with an Average Overall Potential Impact Score of 1.7 (1=excellent, 9=poor).

13.    On September 21, 2023, pursuant to its Other Transactions Authority (OTA), NIH awarded funding for our study which addressed the impact of social determinants of health on structural inequities among our local intergenerational LGBTQI+ community. For this project, we received an OTA award in the amount of $6,000,000 over five years: $1,125,000 for the first year, $375,000 for the second year, and $1,500,000 each year for the third, fourth, and fifth years. NIH funded the award through its program for health equity research. The study was intended to be a ten-year project (with the second five-year project period to be awarded later) totaling $12,000,000 in funding. True and correct redacted copies of the Notices of Award (NOAs) for Year One and Year Two are attached as **Exhibit A**.

14.    Our study used NIH funding to explore how social determinants of health, such as improving the quality and access of healthcare and social services, impact the sexual and gender

4

minority (SGM) community in Southern Florida, FL. We started collecting data and completed a preliminary community needs assessment. We planned to collect longitudinal data to develop a shared data system of SGM demographic indicators. This effort would have improved existing data collection and dissemination tools and helped us evaluate the effectiveness of our interventions aimed at improving health outcomes. My hope was that the project would encourage positive health outcomes, improve social determinants of health, and support more data-informed, effective policies and practices, developing a model that could be used for vulnerable populations beyond Southern Florida's SGM community.

    15.    As described in our Year 1 Final and Year 2 Quarterly reports to the NIH, the study had made significant progress. We conducted a scan of LGBTQI+ stakeholders and service providers, identifying over 400 potential partners. We recruited and hired four Community Liaisons from across Southern Florida. With the leadership and support of Community Liaisons, we connected with 1,040 community members across 38 outreach activities over the course of less than 1 year. We developed an advisory committee with a roster of 18 entities representing healthcare, municipal and county government, philanthropy, national and statewide organizations, and diverse LGBTQI+ grassroots organizations. We also established three Action Committees comprised of six to eight academic, community, government, and healthcare partners for three focus areas: healthcare access and quality, social and community context, and data infrastructure. Further, we accepted applications for stipends to support local partners and selected nine grassroots LGBTQI+ organizations to work with on outreach, cultural competency, and participatory research practices. The study team developed and executed a comprehensive community needs assessment plan. Through a mixed-methods approach, quantitative and qualitative measures were developed, including surveys, focus groups, individual interviews, and field notes. We identified

five target groups: community members, caretakers of LGBTQI+ individuals, government agencies, healthcare providers, and community-based organizations. We received Institutional Review Board (IRB) approval. All members of the study team, including relevant subrecipient PIs and staff, completed Human Subject Protection and Good Clinical Practice trainings. We also developed and executed data use agreements with research partners and a comprehensive recruitment plan.

16.    As part of the community needs assessment, we partnered with a contractor to develop GIS maps of baseline conditions for the LGBTQI+ community in Southern Florida. The maps served to help quantify socioeconomic factors that influence health disparities, such as income, education, and Medicaid enrollment. This countywide map informed other aspects of the assessment, including the focus of the policy scan and strategic community survey outreach and recruitment. We also developed a framework for an LGBTQI+ policy scan and conducted a county and municipal level policy review. Individual interviews, focus groups, and community conversations gathered qualitative data from LGBTQI+ community members, community-based organizations, caregivers of LGBTQI+ persons, health care providers, and LGBTQI+ government liaisons. Data analysis was conducted including identifying common themes across quantitative and qualitative data. The advisory committee, Action Committees, and project team convened on a regular basis to review the Community Needs Assessment (CNA) findings, engage in community action planning and determine implications of the CNA findings on the development of structural interventions. The CNA report was developed and submitted by the NIH deadline. Based on the CNA, we developed a draft research strategy and plan that included an overview of the structural interventions identified, a pilot study, and a methodology section. We submitted this report by the milestone deadline on February 28, 2025. All Year 1 and Year 2 milestones had been completed

on time, and the project team had built a strong foundation for the expected eight and a half years remaining in the study.

17.    Less than three hours after submitting this milestone report, on February 28, 2025, I received a letter from NIH terminating the funding.

18.    I also received a revised NOA dated February 28, 2025, stating that the project was suspended.

19.    The termination letter from NIH did not state that I had failed to comply with any terms of my award, and it did not engage at all with the substance of my research or provide any data- or evidence-based analysis to support the termination. Rather, it stated that the award "*no longer effectuates agency priorities.*"  It stated that "*[r]esearch programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans. Many such studies ignore, rather than seriously examine, biological realities. It is the policy of NIH not to prioritize these research programs.*" The letter specified that I had no right of appeal and that "*no corrective action is possible here.*" Further, the letter stated that "*[c]osts resulting from financial obligations incurred after termination are not allowable.*" However, the revised NOA did not include any of the language from the termination letter; instead, it stated that the project was suspended, no research activities could be carried out, and no funds may be obligated or charged. True and correct redacted copies of the February 28th termination letter and revised NOA are attached as **Exhibit B**.

20.    This termination came with no prior warning or indication from NIH staff. It was surprising to receive a letter that deemed my research "unscientific" or without value when our study, our methodology, and our findings had consistently received high praise from NIH program officers, our project scientist, and from the coordinating center and research hub associated with

the NIH program under which our funding was granted. In fact, I was corresponding via email with our NIH Project Scientist about presenting our findings in a conference and upcoming opportunities for her to participate in study activities less than an hour before I received the termination letter. She offered her praise for our progress.

21.    I was surprised to receive a second revised NOA on March 12, 2025, purporting to terminate funding for the same project. Confusingly, that notice incorrectly linked my project's funding termination to vaccine hesitancy, stating that "*[i]t is the policy of NIH not to prioritize research activities that focuses gaining scientific knowledge on why individuals are hesitant to be vaccinated and/or explore ways to improve vaccine interest and commitment.*" My study had nothing to do with vaccines or vaccine hesitancy. A true and correct redacted copy of the second termination notice is attached as **Exhibit C**.

22.    Also on March 12, 2025 at 10:03 AM, I received an email from an NIH program officer requesting information for the "*amount of funds needed to ensure patient safety as you close out your award.*" The request provided a deadline of 11:00 AM that same day—less than an hour for me and my team to calculate and submit the dollar amount required for the project's proper closeout.  We rushed to meet the deadline and submitted a closeout amount of $125,000 before 11:00 AM that day. This was the first time anyone had made such a request and we had not been previously informed that we should be preparing such a budget by a specific day. A true and correct redacted copy of the email request and our response is attached hereto as **Exhibit D**.

23.    I received a third revised NOA on March 18, 2025. Like the February 28th termination notice, this third revised NOA stated that my grant was terminated because it was "*related to Transgender issues*." Like the March 12th NOA, this third revised NOA allowed me to

request closeout funds and to submit an appeal. A true and correct redacted copy of the third termination notice is attached hereto as **Exhibit E**.

24.     On March 28, 2025, I submitted an appeal for NIH's termination of the two project awards connected to my study. As of the date of this declaration, I have not yet received a decision from NIH on my appeal. A true and correct redacted copy of the appeal is attached hereto as **Exhibit F**.

25.     Despite the language in the termination letter, which declared NIH could unilaterally terminate my OT award if it decided to do so, the Article II terms referenced by the termination letter only apply if I had failed to materially comply with the terms and conditions of the award or if I had decided to terminate a portion of the award. I have done neither. If either scenario did apply, NIH is still supposed to consult with me before it could give written notice of termination. This termination feels unjust because it goes against the very rules that NIH created.

26.     Before March 2025, the federal government had never terminated a grant that supported my research or that my organization was involved with. In fact, NIH had explicitly supported my research, funding it through NIH's own program that aimed to advance health equity research. It was very disappointing, concerning, and confusing to have my award terminated and to further receive four separate, duplicative *and* conflicting notices for the same award over the course of three weeks. It was also distressing that there was little to no guidance offered in understanding and navigating the termination. I requested meetings with my NIH program officer and NIH Lead Other Transactions Agreements Officer to discuss the termination on at least three separate occasions via email: on March 1, 2025, on March 3, 2025, and on March 21, 2025. I also left voicemails and attempted to reach out to additional individuals listed in my notice of award. While NIH acknowledged receipt of some of my emails, NIH did not follow-up to schedule a

meeting or provide additional information or resources. NIH did not consult with me before or after the award was terminated to discuss concerns or potential actions that could be taken to preserve the award as is outlined in the terms and agreements of our OTA award. Additionally, several individuals involved directly with my award, such as my NIH Project Scientist and the NIH health equity program coordinating center and research hub, had no knowledge of the intent or execution of this termination. I was the person who informed them that our study had been terminated.

27.    NIH's termination of this award has had a devastating impact on my career, my organization, my research participants, organizational partners, and my community. On a personal level, being granted an NIH award and serving as the PI was the biggest accomplishment of my professional career thus far. NIH awards often come with prestige, increased credibility, opportunities for additional funding, career advancement, speaking opportunities, and the consistent resources to conduct meaningful research. The sudden termination of my study, despite conducting excellent work, deprived me of these opportunities for professional advancement. Having an NIH grant terminated also hurts my reputation in the scientific community because, historically, it has been an indication of wrongdoing and carries significant stigma. The termination of the study is also affecting my ability to conduct public health, place-based research that brings significant value to the field and the people that I serve. Additionally, this study was not just a professional endeavor, it allowed me to engage in research that is aligned with the reason I became a psychologist in the first place—to help others.

28.    As the CEO and Executive Director of the awarded agency for this NIH award, I have also experienced significant challenges in my role. When we received this NIH award, it was transformational for the organization. It is a major accomplishment for a small nonprofit to receive

an NIH award, and it was a source of great pride, as well as a reflection of the organization's success and impact. Administering this NIH award effectively, responsibly, and with meaningful results helped the organization build a high level of credibility in public health, research, and community-based work. The organization was also benefiting from new research partnerships, opportunities for funding, building a stronger community network, and strengthening our already strong reputation in the community.

29.    Due to the unexpected nature of the NIH award termination, the loss of the funding, which accounted for almost half of the organization's current operating budget, devastated the organization's financial stability, both in the short and long term. Losing over $4,000,000 in funding for the next three years and the additional $6,000,000 expected between 2028 and 2033 was particularly significant for us as a small nonprofit whose operating budget was just over $1,000,000 prior to the NIH award.  We had assigned current staff and hired several staff members and Community Liaisons for the study due to the large-scale nature of the project. However, without the NIH funding, we could no longer sustain our full staffing. This has led to one lay-off, three individuals being moved from salaried to hourly with no or very limited hours of work available, and a 25% reduction in salary for all remaining staff members starting on March 15, 2025. The 25% reduction applies to me as well, signifying a difference of over $33,000 in my annual base salary.  Additionally, the consistent funding expected and planned for employee hours and salary over the next three to eight years also disappeared. The sudden change in my pay has created financial challenges for my family and I, making it difficult to pay on my mortgage or child's preschool costs without drawing from my limited savings. Other staff members are facing similar or more significant challenges, including needing to leave their home, taking a second job, or struggling to pay bills, especially in a county with such a high cost of living.

30.     This financial instability has brought much uncertainty and stress to the organization and my life. Unfortunately, the organization has continued to review our financials to determine what additional layoffs and reductions in hours or pay we may need to execute to sustain the organization, knowing that it will be inevitable without quick relief. The NIH award provided significant indirect costs to our organization, which allowed us to secure fractional support in HR, finance, and administrative support—critical areas that were otherwise difficult for a small non-profit to afford. We have had to institute significant reductions in those services and are unsure if we can retain them moving forward, negatively affecting the organization's operations. The reduced staffing and loss of basic infrastructure resources has led to feelings of burn-out, and it has negatively impacted the mental health of myself and other team members. We are facing these challenges with decreased personal and professional capacity as the need in the community has only increased. This has led to reduced capacity to meet the needs of our communities.

31.     The NIH award termination has also affected research participants, partner organizations, and local government. Research participants and partner organizations are suffering because of lost wages and stipends. Partner organizations are also feeling the loss of community leadership, education, and support as our outreach has been discontinued and our community-building collaborations have halted. Our participants and partner organizations are worse off because of the termination of research that would have promoted better access to health and social services. Even local government agencies are suffering because the support we provided in assessment, program design, and cross-sector collaborations have ended.

32.     Of highest importance is the impact on our community. This study addressed several critical areas affecting public health. We were working to build data infrastructure for the LGBTQI+ community locally, which has been non-existent. We were addressing pressing

concerns voiced by healthcare providers, residents, and other community-based organizations around the longstanding lack of effective coordination between health and social services. The project brought together a multi-sector group of leaders who were otherwise not working in tandem. We were prioritizing community-engaged research and action, building the capacity of community members to drive change and have more ownership over their health and their lives. We were working to increase access to quality healthcare, studying barriers in transportation, competencies, bias, and affordability. Year 3 of the project starting in September 2025 would have focused on the actual pilot of these critical interventions. This termination devastated our ability to utilize the knowledge gained from the first 1.5 years to directly address the urgent needs we identified.

33.     The project took the approach of improving health and social systems for every resident, while ensuring those who are most vulnerable and experiencing the most hardships would be supported. Without this funding, we cannot continue any of this work, further delaying the care and assistance needed by community members and discontinuing work applicable to larger populations.


I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 24, 2025

*Susana Soe*
_____
Dr. Susana Soe

# Exhibit A



**OTHER TRANSACTIONS**
Department of Health and Human Services
National Institutes of Health

Notice of Award
**Federal Award Date:** ███/2023



OFFICE OF THE DIRECTOR, NATIONAL INSTITUTES OF HEALTH

**Award Number:** ████████████
**FAIN:** ███████

**Principal Investigator(s):**
██████████

**Project Title:** ████████████████████████████████
████████████████████████████████

██████████████
███████
████████

**Award e-mailed to:** ███████████

**Period Of Performance:**
**Budget Period:** ███/2023 – ███/2024
**Project Period:** ███/2023 – ███/2028

Dear Business Official:

The National Institutes of Health hereby awards an Other Transactions award in the amount of
$1██████ (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to ████████
███████ in support of the above referenced project. This award is pursuant to the
authority cited in the agreement and is subject to the requirements of this statute and regulation and of
other referenced, incorporated or attached terms and conditions.

This is an Other Transactions (OTs) award, which is a unique type of legal awarding instrument that used
by the NIH and is not subject to the Federal Acquisition Regulations (FAR) nor the Uniform Grant
Regulations (2 CFR 200) unless otherwise noted for certain provisions within the terms and conditions of
award. OTs are subject to the authority that governs the initiative, applicable legislative mandates, and
the terms and conditions in the OT agreement.

Acceptance of this award is acknowledged by the award recipient when an OT agreement is signed or
when funds are drawn down or otherwise obtained from the Payment Management System.

If you have any questions about this award, please contact the NIH contacts referenced in the Other
Transactions agreement.

Sincerely yours,

Esther Young
Other Transactions Agreements Officer
OFFICE OF THE DIRECTOR, NATIONAL INSTITUTES OF HEALTH

NIH NGA R | Version  81 - 4/14/2023 5 34 00 PM | Generated on: 9/22/2023 12 07.28 AM

Additional information follows

**SECTION I – AWARD DATA –** ▮▮▮▮▮▮▮▮▮▮▮▮

**Award Calculation (U.S. Dollars)**

| | |
|---|---|
| Federal Direct Costs | $ ▮▮▮ |
| Federal F&A Costs | $ ▮ |
| Approved Budget | $ ▮▮▮ |
| Total Amount of Federal Funds Obligated (Federal Share) | $ ▮▮▮ |
| TOTAL FEDERAL AWARD AMOUNT | $ ▮▮▮ |
| | |
| AMOUNT OF THIS ACTION (FEDERAL SHARE) | $ ▮▮▮ |

| SUMMARY TOTALS FOR ALL YEARS | | |
|---|---|---|
| YR | THIS AWARD | CUMULATIVE TOTALS |
| 1 | $ ▮▮▮ | $ ▮▮▮ |

**Fiscal Information:**

| | |
|---|---|
| EIN: | ▮▮▮▮▮▮ |
| Document Number: | ▮▮▮▮▮▮ |
| PMS Account Type: | P (Subaccount) |
| Fiscal Year: | 2023 |

| IC | CAN | 2023 |
|---|---|---|
| OD | ▮▮▮▮ | $ ▮▮▮ |

**NIH Administrative Data:**
PCC:  / **OC**: 41062 / **Released**: Young, Esther 09/21/2023
**Award Processed:** ▮▮▮▮/2023 12:07:28 AM

**SECTION II – PAYMENT/HOTLINE INFORMATION –** ▮▮▮▮▮▮▮▮▮▮

For payment and HHS Office of Inspector General Hotline information:

**Payment Information:**
Payments will be made available through the DHHS Payment Management System (PMS). PMS is administered by the Division of Payment Management, Program Support Center (PSC), DHHS, Office of the Deputy Assistant Secretary, Finance, which will forward instructions for obtaining payments. Requests for downloadable forms and inquiries regarding payment should be directed to:

Regular Mailing Address                    Overnight Mailing Address

Division of Payment Management         U.S. Department of Health and Human Services
P.O. Box 6021                                         Division of Payment Management
Rockville, MD 20852                                7700 Wisconsin Avenue, Suite 920
                                                             Bethesda, MD 20814
Telephone: (301) 443-1660

**OIG Hotline Information:**

Office of Inspector General
Department of Health and Human Services

Attn: HOTLINE
PO Box 23489
Washington, DC 20026
Telephone Number: 1-800-447-8477 (1-800-HHS-TIPS)
E-mail: HHSTips@oig.hhs.gov
Web Address: http://oig.hhs.gov/fraud/hotline/

**SECTION III – TERMS AND CONDITIONS –** ███████████

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

a. The award legislation.
b. Terms of the OT agreement.
c. Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
d. The following public policy requirements apply. See the terms of the OT agreement for full details:
   - Debarment and Suspension
   - Federal Information Security Management Act (FISMA)
   - Fly America Act
   - Human Embryo Research and Cloning Ban
   - Human Fetal Tissue Research
   - Human Stem Cell Research
   - Lobbying Prohibition
   - National Environmental Policy Act
   - Salary Limitation/Cap
   - Research Involving Recombinant or Synthetic Nucleic Acid Molecules
   - Research Misconduct
   - Restriction on Abortions & Exceptions
   - Research Subjects Protections and Requirements
   - Pro-Children Act of 1994
   - Promotion or Legalization of Controlled Substances
   - Restriction of Pornography on Computer Networks
   - Restriction on Distribution of Sterile Needles
   - Select Agents
   - USA Patriot Act
e. The recipient hereby agrees that it will comply with:
   1. Title VI of the Civil Rights Act of 1964 (Pub. L. 88-352), as amended, and all requirements imposed by or pursuant to the Regulation of the Department of Health and Human Services (45 C.F.R. Part 80), to the end that, in accordance with Title VI of that Act and the Regulation, no person in the United States shall, on the ground of race, color, or national origin, be excluded from participation in, be denied the benefits of, or be otherwise subjected to discrimination under any program or activity for which the Applicant receives Federal funding from the Department.
   2. Section 504 of the Rehabilitation Act of 1973 (Pub. L. 93-112), as amended, and all requirements imposed by or pursuant to the Regulation of the Department of Health and Human Services (45 C.F.R. Part 84), to the end that, in accordance with Section 504 of that Act and the Regulation, no otherwise qualified individual with a disability in the United States shall, solely by reason of her or his disability, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity for which the Applicant receives Federal funding from the Department.
   3. Title IX of the Education Amendments of 1972 (Pub. L. 92-318), as amended, and all requirements imposed by or pursuant to the Regulation of the Department of Health and Human Services (45 C.F.R. Part 86), to the end that, in accordance with Title IX and the Regulation, no person in the United States shall, on the basis of sex, be excluded from

participation in, be denied the benefits of, or be otherwise subjected to discrimination under any education program or activity for which the Applicant receives Federal funding from the Department.

4. The Age Discrimination Act of 1975 (Pub. L. 94-135), as amended, and all requirements imposed by or pursuant to the Regulation of the Department of Health and Human Services (45 C.F.R. Part 91), to the end that, in accordance with the Act and the Regulation, no person in the United States shall, on the basis of age, be denied the benefits of, be excluded from participation in, or be subjected to discrimination under any program or activity for which the Applicant receives Federal funding from the Department.

5. Section 1557 of the Affordable Care Act (Pub. L. 111-148), as amended, and all requirements imposed by or pursuant to the Regulation of the Department of Health and Human Services (45 CFR Part 92), to the end that, in accordance with Section 1557 and the Regulation, no person in the United States shall, on the ground of race, color, national origin, sex, age, or disability be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any health program or activity for which the Applicant receives Federal funding from the Department.

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM). Should a consortium/subaward be issued under this award, a UEI requirement must be included.

This award has been assigned the Federal Award Identification Number (FAIN) ████████. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

**SECTION IV – OD Special Terms and Conditions –** ████████

**OTHER TRANSACTIONS AGREEMENT**

BETWEEN



AND

NATIONAL INSTITUTES OF HEALTH (NIH)
**Office of Strategic Coordination (OSC)**
**The Common Fund**
Office of the Director (OD)
9000 Rockville Pike
Bethesda, MD 20892

CONCERNING



WITH

This Agreement is entered into between the National Institutes of Health (NIH), an agency of the United States Government, and ▮▮▮▮▮▮▮▮ pursuant to and under UnitedStates Federal law, as applied by the federal courts in the District of Columbia.

NIH NGA R | Version: 81 - 4/14/2023 5:34:00 PM | Generated on: 9/22/2023 12:07:28 AM

## Table of Contents

**ARTICLE I.  SCOPE OF THE AGREEMENT**................................................................................11

    *A.*      *Background*................................................................................11

    *B.*      *Definitions*................................................................................11

    *C.*      *Award Notice*................................................................................14

    *D.*      *Authorization*................................................................................14

    *E.*      *Program Goals*................................................................................14

    *F.*      *Scope*................................................................................15

**ARTICLE II. TERM**................................................................................16

    *A.*      *Term of this Agreement*................................................................................16

    *B.*      *Enforcement, Termination*................................................................................16

    *C.*      *Termination Provisions*................................................................................16

    *D.*      *Flow Down*................................................................................17

    *E.*      *Extending the Term*................................................................................17

    *F.*      *No Cost Extension*................................................................................17

    *G.*      *Changing the Award Terms*................................................................................17

    *H.*      *Unilateral Changes*................................................................................17

    *I.*      *Prior Approval*................................................................................18

    *J.*      *eRA Commons Registration for the Principal Investigator (PI)*................................18

    *K.*      *The System for Award Management (SAM)*................................................................................19

    *L.*      *Research Integrity Procedures and Plans*................................................................................19

    *M.*      *The Notice of Award (NoA)*................................................................................19

    *N.*      *Reporting*................................................................................19

**ARTICLE III. MANAGEMENT OF THE PROJECT**................................................................................23

    *A.*      *Modifications*................................................................................23

    *B.*      *Monitoring*................................................................................23

    *C.*      *Management Systems and Procedures*................................................................................23

**ARTICLE IV: AGREEMENT ADMINISTRATION**................................................................................24

    *A.*      *NIH Points of Contact*................................................................................24

    *B.*      *Recipient Points of Contact*................................................................................24

**ARTICLE V: OBLIGATION AND PAYMENT**................................................................................26

    *A.*      *Obligation*................................................................................26

    *B.*      *Payment*................................................................................26

    *C.*      *Interest Earned on Advances*................................................................................26

    *D.*      *Limitation of Funds*................................................................................27

    *E.*      *Appropriation Mandates*................................................................................27

| F. | Close out of Fixed Year Appropriations Amounts | 27 |
| G. | Financial Records and Reports | 27 |
| H. | Unobligated Balances and Actual Expenditures | 27 |
| I. | Audit | 27 |
| J. | Financial Management System Standards | 28 |
| K. | Procurement System Standards and Requirements | 28 |
| L. | Cost Principles | 28 |
| M. | Human Subjects Research | 28 |
| N. | Salary Cap | 29 |
| O. | Other Support | 29 |
| P. | Recovery of Funds | 29 |
| Q. | Debt Collection | 29 |

**ARTICLE VI: DISPUTES** ........................................................................ 30

| A. | General | 30 |
| B. | Dispute Resolution Procedures | 30 |
| C. | Limitation of Damages | 30 |

**ARTICLE VII: INTELLECTUAL PROPERTY RIGHTS** ........................... 31

| A. | General | 31 |
| B. | Joint Development | 31 |
| C. | Freedom of Action | 31 |

**ARTICLE VIII: PATENT RIGHTS** .............................................................. 32

| A. | Allocation of Principal Rights | 32 |
| B. | Invention Disclosure, Election of Title, and Filing of Patent Application | 32 |
| C. | Conditions When the NIH May Obtain Title | 33 |
| D. | Minimum Rights to the Recipient and Protection of the Recipient's Right to File | 33 |
| E. | Recipient Action to Protect the NIH's Interest | 33 |
| F. | Reporting on Utilization of Subject Inventions | 34 |
| G. | Preference for American Industry | 34 |
| H. | March-in Rights | 34 |

**ARTICLE IX: SOFTWARE AND DATA RIGHTS** .................................... 36

| A. | Principal Rights | 36 |
| B. | Derivative Works | 36 |
| C. | March-In Rights | 36 |
| D. | Marking of Data | 36 |
| E. | Open Source | 36 |
| F. | Rights in Data (Publication and Copyrighting) | 37 |
| G. | NIH Public Access Policy | 37 |
| H. | Sharing Research Resources | 38 |

NIH NGA R | Version: 81 - 4/14/2023 5:34:00 PM | Generated on: 9/22/2023 12:07:28 AM

I.       Data Management and Sharing Policy ................................................................38

ARTICLE X: TITLE TO AND DISPOSITION OF PROPERTY ................................................40

A.       Title to Property ....................................................................................................40

B.       Disposition of Property .........................................................................................40

C.       Property Management System Standards ............................................................40

ARTICLE XI: INFORMATION SHARING ...........................................................................41

A.       Public Release or Dissemination of Information .................................................41

B.       Publications and Presentations ...........................................................................41

C.       Prohibition from Confidential Information Release ...........................................41

ARTICLE XII: FOREIGN ACCESS TO TECHNOLOGY ........................................................43

A.       General .................................................................................................................43

B.       Restrictions on Sale or Transfer of Technology to Foreign Firms or Institutions .....43

C.       Prohibition On Certain Telecommunications and Video Surveillance Services or
Equipment ........................................................................................................................44

ARTICLE XIII: INFORMATION SECURITY ........................................................................45

ARTICLE XIV: LOWER TIER AGREEMENTS .....................................................................46

A.       Definitions ............................................................................................................46

B.       Authorization .......................................................................................................46

C.       Authorization Process ..........................................................................................46

D.       General .................................................................................................................46

ARTICLE XV: HUMAN SUBJECTS RESEARCH (if applicable) ..........................................47

A.       Human Subjects Protections ...............................................................................47

B.       Institutional Review Board Review ......................................................................47

C.       U.S. Food and Drug Administration Investigational New Drug (IND) and
Investigational Device Exemption (IDE) Requirements ....................................................47

D.       ClinicalTrials.gov Requirements and Food and Drug Administration Amendments
Act      47

E.       Reporting of Events and Study Problems .............................................................48

F.       Good Clinical Practice Training ............................................................................48

G.       Certificates of Confidentiality .............................................................................48

H.       Secondary Use of Data Generated by ████████ ..............................................48

I.       Data and Safety Monitoring ................................................................................48

ARTICLE XVI: ANIMAL WELFARE ..................................................................................50

ARTICLE XVII: ADDITIONAL ADMINISTRATIVE REQUIREMENTS ..................................51

A.       Financial Conflict of Interest ...............................................................................51

B.       Organizational Conflicts of Interest (OCI) ...........................................................51

C.       Organizational Responsibility Regarding Investigator Financial Conflicts-Of-
Interest ............................................................................................................................51

D.       Management Systems and Procedures ...............................................................51

    E.     Closeout ........................................................................................................51

**ARTICLE XVIII: APPLICABLE STATUTES AND REGULATIONS** ...........................................53

    *A.*     *Civil Rights Act* ..........................................................................................53

    *B.*     *Federal Information Security Management Act* .......................................53

    *C.*     *Harassment and Discrimination Protections* .........................................53

    *D.*     *No Individuals or Entities on OT Award Debarred or Suspended from Receiving Federal Funds* ......................................................................................................53

    *E.*     *Lobbying Prohibition* ..............................................................................53

    *F.*     *Additional Public Policy Requirements* ...................................................54

**ARTICLE XIX: ORDER OF PRECEDENCE** ......................................................................55

**ARTICLE XX: EXECUTION** .........................................................................................56

**ATTACHMENT # 1 Statement of Milestones** ............................................................57

**ATTACHMENT # 2 Statement of Budgetary Projections** ............................................63

**ATTACHMENT # 3 Financial Reporting Requirements** ...............................................64

**ATTACHMENT # 4 Data Management and Sharing Plan** ............................................66

**ATTACHMENT # 5 Plan for Enhancing Diverse Perspectives (PEDP)** ...........................68

**ATTACHMENT # 6 Multiple Principal Investigator Leadership Plan** ...........................70

**ATTACHMENT # 7 Human Subject Delayed Onset Study** ...........................................71

**ATTACHMENT # 8 Steering Committee Requirements and Consortium Governance** ................72

NIH NGA R | Version: 81 - 4/14/2023 5:34:00 PM | Generated on: 9/22/2023 12:07:28 AM

## ARTICLE I.  SCOPE OF THE AGREEMENT

### A.  Background

Consistent with the proposal submitted by the Recipient on 02/06/2023 and subsequent updates, the NIH and the Recipient set forth this Agreement to define the scope of a partnership for the █████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

The ████████████████████████████████████████ Program is intended to make greater advances in promoting health and preventing disease among disproportionately impacted populations. The impetus for ██████████ is the increasing recognition that advancing health equity is a complex challenge that extends beyond the reach of traditional health care settings, organizations, or research agendas. Rather than tackling health disparities by disease and condition or in a single population group, an NIH-wide strategy has been created within ██████████ to foster efforts to address structural causes of differential health outcomes, which will impact multiple diseases and conditions through several pathways.

Three initiatives will be used to achieve the ██████████ Program goals:

- ████████████████████████████████████████ will develop, implement, assess, and disseminate co-created community-led, health equity structural interventions in partnership with research organizations, by intervening upon structural factors that produce and perpetuate health disparities. This ROA (██████████) addresses the ██████ initiative.
- The ████████████████████ Center (████) will lead overall program management and coordination of administrative, data, capacity-building, partnership, training, and the ████████████████████████████████ activities.
- The ████████████████████████████ will provide localized technical assistance and scientific support, as well as partnership support and research capacity-building and training previously designed in collaboration with the ████ Five ██████ will be awarded.

The 10-year program occurs over three phases. Phase I is a two-year intervention planning, development, piloting (as appropriate) and partnership building phase. Phase II is a six-year intervention implementation phase. Phase III is a two-year intervention assessment, dissemination, and sustainability phase. Completion of Phase I does not guarantee a recipient's transition to the intervention implementation Phase II.

### B.  Definitions

In this Agreement, the following definitions apply:

**Agreement:** This Agreement and any Attachments or other documents that are expressly incorporated in and made a part of the Agreement, including but not limited to Attachments 1-8.

**Award:**  The provision of funds by NIH, based on an approved application and budget or progress report, to an organizational entity to carry out a project or activity.

**Community Engaged Research:** Research that requires working collaboratively with and through those who share similar situations, concerns, or challenges in the research process (NAM, 2022).

Approaches to community engagement include participatory action research, community-based participatory research, team science, empowerment evaluation approaches, community asset mapping, and citizen science.

**Community Organization:** A non-Federal, non-academic, non-research organization, that provides goods, services, support, resources, or advocacy to members of a defined community. Examples include community or faith-based organizations, local businesses, neighborhood authorities and associations, labor unions, patient or consumer advocacy groups, public health departments, regional/local and public healthcare systems, school districts, law enforcement or criminal/juvenile justice agencies, social service agencies, or departments of commerce, labor, transportation, housing, recreation. Governmental organizations at the local, regional, tribal, or state level fall within this definition. It is important to note that academic research centers, academic healthcare organizations, and private healthcare organizations do not fall within this definition and would not be eligible for this opportunity.

**Data:** Recorded information, regardless of form or method of recording, which includes but is not limited to, technical data, software, mask works and trade secrets, text, sound, images, metadata, video files, drawings, designs, forms, diagrams, data files, statistical records, and other research data.

**Deliverables:** Any tangible or intangible work product (including third party materials) provided by Recipient to NIH because of the performance of work under the Statement of Milestones (SOM) and identified as a deliverable in the SOM or the Reporting Requirements.

**Government:** The United States of America, as represented by the Office of the Director (OD) / National Institutes of Health (NIH).

**Intellectual Property:** All copyrights and copyrightable subject matter, including any and all worldwide applications, registrations, renewals, and extensions thereof and all rights of reproduction and publication, rights to create derivative works and all of the rights incident to copyright ownership; all trade secrets, defined as any and all confidential information, technology, ideas, know-how, and proprietary processes and formulae; all inventions, designs, models, mask works, patents, and pending patent applications; all trademarks, tradenames, service marks, logos, and other commercial symbols, whether registered or unregistered, and pending trademark applications.

**Invention:** Any invention or discovery which is or may be patentable or otherwise protectable under Title 35 of the United States Code.

**Key Personnel:** The Program Director/Principal Investigator (PD/PI) and other individuals who contribute to the scientific development or execution of a project in a substantive, measurable way, whether or not they receive salaries or compensation under this agreement. "Zero percent" effort or "as needed" are not acceptable levels of involvement for those designated as Key Personnel.

**Know-How:** All information including, but not limited to discoveries, formulas, materials, inventions, processes, ideas, approaches, concepts, techniques, methods, software, programs, documentation, procedures, firmware, hardware, technical data, specifications, devices, apparatus, and machines.

**Made:** Relates to any invention and means the conception or first actual reduction to practice of such invention.

**Milestones**: Milestones are objective measures of progress toward program goals.

**Other Transactions Agreements (OT):** OT awards are not grants, cooperative agreements, or contracts. They are used by the NIH, including the Office of Strategic Coordination, which have been authorized by Congress to use them. They provide considerable flexibility to the government to establish policies for the awards, so policies and terms for individual OT awards may vary between awards. Each award is therefore issued with a specific Agreement, which is negotiated with the Recipient and details specific terms and conditions for that award. Program and administrative policies and the terms and conditions of individual awards are intended to supplement, rather than substitute for, governing statutory and regulatory requirements. Awards or a specified subset of awards also may be subject to additional requirements, such as those included in executive orders and appropriations acts (including the other transaction legislation cited in the Notice of Award (NoA)), as well as all terms and conditions cited in the NoA and its attachments, conditions on activities and expenditure of funds in other statutory or regulatory requirements, including any revisions in effect as of the beginning date of the next funding segment. The terms and conditions of the resulting OT awards are intended to be compliant with governing statutes.

**Other Transactions Agreements Officer (OTAO):** Individual responsible for legally committing the government to an OT award and to the Agreement through which terms and conditions are established, and for the administrative and financial aspects of the award.

**Other Transactions Agreements Specialist (OTAS):** A designee of the OTAO for administrative and financial aspects of the award.

**Other Transactions Program Official (OTPO):** The NIH official responsible for programmatic oversight and direction of the work performed under the Statement of Milestones (SOM).

**Other Transaction Project Scientist (OTPS):** An official designated and authorized by the OTPO to provide scientific, technical, and programmatic direction to the Recipient on behalf of the government.

**Party:** Includes the NIH, or the Recipient, or both.

**Practical Application:** To manufacture, in the case of a composition of product; to practice, in the case of a process or method, or to operate, in the case of a machine or system; and, in each case, under such conditions as to establish that the invention is capable of being utilized and that its benefits are, to the extent permitted by law or Federal regulations, available to the public on reasonable terms.

**Principal Investigator/Program Director (PI/PD):** Individual designated by the Recipient to have the appropriate level of authority and responsibility to direct the project or program supported by the other transactions agreement award.

**Project:** Research and development being conducted by the Recipient, as set forth in Article I, Section E: Program Goals and Objectives.

**Recipient:** The entity responsible for performing the administrative and programmatic activities described in this Agreement.

**Recipient Business Official (RBO):** Individual responsible for the legal commitment by the Recipient and for the administrative and financial reporting compliance with terms and conditions of the Agreement. In signing the Other Transaction (OT) Agreement, this individual

certifies that the Recipient will comply with all applicable assurances and certifications referenced in the Agreement. This individual's signature further certifies that the Recipient will be accountable both for the appropriate use of funds awarded and for the performance of the OT supported project or activities. This individual is responsible for ensuring that the Recipient complies with applicable Federal laws and regulations, including required certifications and assurances, its application and terms and conditions of this OT award. All official correspondence must be submitted by the RBO.

**Structural Interventions:** Interventions that attempt to change the social, physical, economic, or political environments that may shape or constrain health behaviors and outcomes, altering the larger social context by which health disparities emerge and persist (Structural Interventions to Reduce and Eliminate Health Disparities).

**Sub-recipient:** A non-Federal third party that receives a subaward from a pass-through from an OT Recipient to carry out part of the OT Statement of Milestones (SOM).

**Subject Invention:** Any invention conceived or first actually reduced to practice in the performance of work under this Agreement.

**Technology:** Discoveries, innovations, Know-How, and inventions, whether patentable or not, including computer software, recognized under U.S. law as intellectual creations to which rights of ownership accrue, including, but not limited to, patents, trade secrets, mask works, and copyrights developed under this Agreement.

**Unlimited Rights:** The rights to use, disclose, reproduce, prepare derivative works, distribute copies to the public, and perform publicly and display publicly, in any manner and for any purpose, and to have or permit others to do so.

#### C.    Award Notice

This award is supported by the NIH Office of Strategic Coordination (OSC) – The Common Fund / Office of the NIH Director pursuant to Research opportunity Announcement █████████, "████████████████████████████████████████████████ Future award segment costs and duration are dependent on scientific advancements, programmatic needs, and availability of funds.

#### D.    Authorization

This award is an "other transactions" agreement made under the Other Transaction Authority (OTA) as authorized by section 402(n) of the Public Health Service Act as amended [42 USC 282(n)]. This agreement is not governed by the Federal Acquisition Regulation or administrative regulations governing grants.

#### E.    Program Goals

The goal of this Agreement is to meaningfully contribute to the NIH ████ program goals.



**Goal:** ████████████████████████████████████. To develop, implement, assess, and disseminate co-created community-led, health equity structural interventions, in partnership with research organizations, by intervening upon structural factors that produce and perpetuate health disparities.

1. **Sub Goal 1-1: Phase I Intervention Planning, Development, and Partnership** – To plan, build partnerships, develop and pilot, as appropriate, community-led, health equity structural intervention research strategies that will intervene upon structural factors that produce and perpetuate health inequities and disparities.

2. **Sub Goal 1-2: Phase II Intervention Implementation** - To implement community-led, health equity structural interventions, as appropriate, that intervene upon structural factors that produce and perpetuate health inequities and disparities.

3. **Sub Goal 1-3:  Phase III Intervention Assessment, Dissemination and Sustainability** - To assess proximal health outcomes, disseminate study results and promising approaches, as well as implement sustainability activity plans for community-led health equity structural intervention research strategies that intervene upon structural factors that produce and perpetuate health inequities and disparities.

Transitioning from Phase I to Phase II requires an NIH administrative review of the recipient's submitted draft structural intervention research strategy developed during Phase I. The Phases and sub-goals shall be accomplished over a 10-year period. However, the terms of this Agreement span 5-years, including Phase I and the first three years of Phase II.

The NIH will have continuous involvement with the Recipient. The NIH will obtain access to program results and certain rights in patents and data pursuant to the Terms and Conditions herein. NIH and the Recipient are bound to each other by a duty of good faith in achieving the Program objectives.

*F.   Scope*

The recipient shall perform a coordinated research and development project (hereafter referred to as "Project") for the ████ Program. The research shall be carried out in accordance with the Research Opportunity Announcement ███████████████████████████████

████████████████   which is incorporated in its entirety by reference in the Statement of Milestones: (SOM) incorporated into this Agreement as Attachment 1.

Subject to the availability of funds, the Recipient shall be paid for meeting its Statement of Milestones incorporated in this Agreement as Attachment 1.

# ARTICLE II. TERM

### A.  Term of this Agreement

The Program commences upon the DATE of the release of the Notice of Award (NOA), or for other such period as mutually agreed to by the Parties, subject to the availability of funds. Provisions of this Agreement, which, by their express terms or by necessary implication, apply for the periods of time other than specified herein, shall be given effect, notwithstanding this Article. If all funds are expended prior to the project end date, the Parties have no obligation to continue performance and may elect to end this Agreement at that point.

### B.  Enforcement, Termination

If Recipient has failed to materially comply with the terms and conditions of award, NIH may take one or more enforcement actions, which include disallowing costs, withholding of further awards, or wholly or partly suspending the OT award, pending corrective action. NIH also reserves the right to terminate the OT award.

NIH may suspend, partially or totally, rather than immediately terminate, the OT award and allow the Recipient an opportunity to take appropriate corrective action before NIH makes a termination decision; however, NIH may decide to terminate, partially or totally, the award if the Recipient does not take appropriate corrective action during the period of suspension NIH may immediately terminate an OT award when necessary, such as to protect the public health and welfare from the effects of a serious deficiency.

An NIH OT award also may be terminated, partially or totally, by the Recipient. If the Recipient decides to terminate a portion of an OT award, NIH may determine that the remaining portion of the award will not accomplish the purposes for which the award was originally made. In any such case, NIH will advise the Recipient of the possibility of termination of the entire OT award and allow the recipient to withdraw its termination request. If the Recipient does not withdraw its request for partial termination, NIH may initiate procedures to terminate the entire award for cause. The Recipient may terminate this Agreement by giving the NIH Ninety (90) calendar days written notification of its intent to do so, provided that such written notice is preceded by consultation between the Parties.

If the NIH decides to terminate an OT award, the termination of the award will be considered a unilateral change and the Recipient **will not have the right to appeal.** Although a decision is made to terminate an award, the Recipient must continue to comply with the Record Retention and Access requirements.

### C.  Termination Provisions

1. The NIH may terminate this Agreement by written notice to the Recipient, provided that such written notice is preceded by consultation between the Parties. The Recipient may terminate this Agreement by giving the NIH Other Transactions Agreements Officer (OTAO) ninety (90) calendar days written notification of its intent to do so, provided that such written notice is preceded by consultation between the Parties.

2. The NIH and the Recipient shall negotiate in good faith a reasonable and timely adjustment of all outstanding issues including amounts due between the Parties as a result of termination, which may include non-cancelable commitments.

3. The Recipient will develop a termination transition plan to be approved by NIH, which is

determined by project period and milestone progress. See "Statement of Milestones" attachment. The termination transition plan must include transition of any products produced by the project, including, but not limited to: data, survey instruments, protocols, tools, conceptual models, manuscripts and any other terms deemed necessary by NIH.

4.   In the event that this Agreement is terminated, the NIH shall have paid-up rights in Data intended for public release as described in Article IX, Software and Data Rights.

5.   Failure of the Parties to agree to an equitable adjustment shall be resolved pursuant to Article VI, Disputes. The NIH has no obligation to pay the Recipient beyond the last completed milestone, subject to availability of funds.

### D.   Flow Down

Unless modified by the Other Transactions Agreements Officer (OTAO) in writing, the terms of Agreement flow down to sub-recipients. If the Recipient enters into an agreement with a subrecipient that was not included in the application budget, the NIH requires the Recipient to obtain prior written approval from the OTAO before the Recipient enters into an agreement. Recipient is responsible for ensuring the Sub-OT Recipient is compliant with the flow down terms.

### E.   Extending the Term

The Parties may extend by mutual written agreement the term of this Agreement if research opportunities within the scope set forth in Article I reasonably warrant. Any extension shall be formalized through revision of the Agreement by the OTAO, in consultation with the NIH OTPO, and the Recipient Business Official (RBO) and shall be subject to the availability of funds.

### F.   No Cost Extension

For other transaction awards, any project period extension beyond the initial project period requires NIH prior approval. The request should include a description of the project activities that require support during the extension and a statement about the unspent funds available to support the extension.

All Federal agencies are required by 31 U.S.C. 1552(a) to close fixed year appropriation accounts and cancel any remaining balances by September 30th of the fifth fiscal year after the year of availability. In order for the NIH to meet its obligation to close these accounts and cancel any remaining balances by September 30th, the Recipient must report disbursement on the quarterly cash transaction report using the Federal Financial Report (FFR) no later than June 30th of the fifth fiscal year after the year of availability. At the end of the five years, the funds are cancelled and returned to the Treasury. This provision may limit NIH's ability to further extend the final budget period.

### G.   Changing the Award Terms

Post-award changes to the terms and conditions are negotiated between the OTAO, in consultation with the NIH OTPO, and the RBO.

### H.   Unilateral Changes

The OT award mechanism allows significant ongoing involvement from NIH OTPO and provides the NIH the flexibility to alter the course of the project in real-time to meet the overarching goals. This may mean an awarded activity could be expanded, modified, partnered, not

supported, or discontinued based on program needs, emerging methods or approaches, performance, or availability of funds. Performance during the award period will be reviewed on an ongoing basis and course corrections will be made as necessary. As a result, the NIH reserves the right to:

- Fund projects in increments and/or with options for continued work at the end of one or more stages;

- Fund projects of two or more entities (potentially across different applications) as part of a reorganized collaboration, teaming arrangement, or other means acceptable to the government;

- Request additional documentation (certifications, etc.);

- Remove participants from award consideration should the parties fail to reach a finalized, fully- executed agreement prior to a date determined by the NIH, or the recipient fails to provide requested additional information in a timely manner; and

- Make post award changes authorized by the OTAO that do not impact the Statement of the Milestones.


I.    *Prior Approval*

Any prior approval request must be submitted by the RBO to the OTAO (or designated OTAS) and OTPO. Examples of prior approval include but not limited to:

1.  Change of Principal Investigator (PI)
    The Recipient via the RBO must notify the OTAO in writing of a change in PI listed in the Terms and Conditions of the Agreement. Any change in PI requires the written approval of the OTAO in consultation with the NIH OTPO, and upon approval a notice or revision to the Agreement will be provided to the Recipient.

2.  Milestone Activities
    The Recipient will adhere to the Statement of Milestones (SOM) in Attachment 1. Updates, additions, and adjustments to milestones are coordinated with the NIH OTPO and OTAO on an as needed basis.

3.  Site Changes
    Changes to site(s) performing the activities under this Agreement or effort required to achieve stated milestones and objectives need prior approval from the OTAO, in consultation with the NIH OTPO.


J.    *eRA Commons Registration for the Principal Investigator (PI)*

The individual(s) designated as the PI(s) on the proposal must be registered in eRA Commons. The PI must hold a Project Director (PD) eRA Commons role and be affiliated with the applicant organization. The initial registration must be done by a Recipient Business Official (RBO), who has the Signing Official (SO) role in eRA Commons or other authorized accounts administrators at the organization.

Designating the PI/PD role in the eRA Commons provides the individual with the administrative authority needed to see pertinent information regarding an application

(e.g., electronic submission status, review assignment, etc.). The PI/PD role within the eRA Commons is necessary to complete the other transaction application process, and if an award is made, to complete required post-award actions (such as the submission of a progress report).

### K. The System for Award Management (SAM)

Recipient must register in the System for Award Management (SAM) and maintain an active registration with current information at all times during which it has an award with NIH. SAM is the primary registrant database for the federal government and is the repository into which an entity must provide information required for the conduct of business.

### L. Research Integrity Procedures and Plans

The Recipient, in compliance with **Public Health Service (PHS) Title 42 CFR 93, PHS Policies on Research Misconduct, Subpart C, "Responsibilities of Institutions"** must develop and file an Assurance of Compliance with the U.S. Department of Health and Human Services (HHS) Office of Research Integrity (ORI). The assurance must specify the written policies and procedures for addressing allegations of research misconduct in PHS-supported research. The specific filing requirements can be found at https://ori.hhs.gov.

### M. The Notice of Award (NoA)

NIH notifies the Recipient via E-mail when an award has been issued. In order to receive an E-mail notification of the Notice of Award (NoA), the Recipient must register a valid E-mail address in the NoA E-mail field in the eRA Commons Institutional Profile once the initial eRA Commons registration process is complete. Organizations are encouraged to use a unique E-mail address that is not specific to an individual to avoid communication problems during personnel change. It is the responsibility of the Recipient to maintain a current and accurate E-mail address for NoAs. NIH will not distribute NoAs other than through this system-generated E-mail notification process. Recipient that do not maintain a current NoA notification E-mail address will be responsible for accessing NoAs via the eRA Commons.

### N. Reporting

**Reporting**
Reports should be submitted via Add Additional Materials Tabs in eRA Commons Status from the Recipient Business Official (RBO) to the assigned Other Transaction Agreement Officer (OTAO), Other Transaction Agreement Specialist (OTAS), and the Other Transaction Program Officer (OTPO). Interim and annual progress reports are required as outlined below. In addition, all reports are due by the 15th of the applicable month.

- Year 1, Quarter 1 (Y1Q1) interim progress report – 3 months after the start of award and as indicated on the Statement of Milestones (Attachment 1)

- Year 1, Quarter 2 (Y1Q2) interim progress report – 6 months after the start of award and as indicated on the Statement of Milestones (Attachment 1)

- Year 1, Quarter 3 (Y1Q3) interim progress report – 9 months after the start of award and as indicated on the Statement of Milestones (Attachment 1)

- Year 1 annual progress report – Annual Report is due instead of Quarter 4 interim progress report and or as indicated on the Statement of Milestones (Attachment 1)

***Guidance for interim progress reports***: Interim Progress Reports should be approximately 2-3 pages text, plus Gantt Chart progress updates. Images or additional relevant content that succinctly shows progress and accomplishments may be added as an appendix or in a separate attachment, as appropriate. Information provided should only reflect activity occurring during the performance report period.

Report should consist of financial and technical information, that provides the government with sufficient detail to monitor schedule, risk, budgetary spending, and overall progress of each milestone appearing in this SOM.

**Required Scientific Information**

1. High level summary of progress and accomplishments made during this reporting period.

2. Progress related to individual milestones and the Plan for Enhancing Diverse Perspectives (PEDP) during this reporting period.

3. Indicate Milestone progress in Gantt Chart (e.g., color coded, % complete, or other notation to indicate progress).

4. For each milestone that is delayed or at risk of being delayed, provide a written description explaining the delay and what will be done to address the problem.

5. Challenges encountered (beyond those described in #4 above).

6. Update the Inclusion Enrollment Tables in HSS with Cumulative Actual Enrollment for every study record as appropriate for your ▮▮▮▮ Project.

7. Requested changes from the original plans (e.g., key personnel, partnerships, fiscal agent, resources, intervention strategies).

**Required Financial Information**

Financial Reporting Requirements, See attachment #3.

**Additional Information**

1. Dissemination activities related to this award (e.g., on-line and other media, data releases, publications, presentations, relevant materials for submission to the ▮▮▮▮ Structural Intervention Repository).

2. Activities or accomplishments that you will propose or have proposed to highlight publicly on the ▮▮▮▮ Consortium's website or by the ▮▮▮▮ Program website and other media.

***Guidance for year-end Annual progress reports:*** Year-end Annual Progress Reports should be approximately 4-6 pages in length. Images or additional scientific content that succinctly shows progress and accomplishments may be added as an appendix or a separate attachment. Reports should be submitted via Add Additional Materials Tabs in eRA Commons Status from the Recipient Business Official (RBO).

**For the following, please provide cumulative information to date for the 12-month project period:**

1. High level summary the benefits of using the Other Transactions agreement funding mechanism if the recipient and subrecipient have prior history of receiving federal funding.

2. High level summary of accomplishments made to date towards major milestones and deliverables.

3. High level summary of challenges encountered to date and overall impact on timeline and ability to complete major milestones and deliverables.

4. High level updates on human subjects and clinical trials reporting.

**For the following, please provide an update on activity since the last progress report was submitted:**

1. High level summary of progress and accomplishments made during this reporting period.

2. Progress related to individual milestones.

3. Progress related to the PEDP during this reporting period.

4. Indicate Milestone progress in Gantt Chart (e.g., color coded, % complete, or other notation to indicate progress).

5. For each milestone that is delayed or at risk of being delayed, provide a written description explaining the delay and what will be done to address the problem.

6. Challenges encountered (beyond those described in the high-level summary of challenges).

7. Update the Inclusion Enrollment Tables in HSS with Cumulative Actual Enrollment for every study record as appropriate for your ▮▮▮ Project.

8. Requested changes from the original plans (e.g., key personnel, milestone activities, site changes, contractual costs, sub-recipients, fiscal agent/fiscal sponsor).

9. Anticipated funds (total costs) remaining at the end of this reporting period.

**Additional Information**

1. Dissemination activities related to this award (e.g., on-line and other media, data releases, publications, presentations, relevant materials for submission to the ▮▮▮ Structural Intervention Repository).

2. Activities or accomplishments that you will propose or have proposed to highlight publicly on the ▮▮▮ Consortium's website or by the ▮▮▮ Program website and other media.

**Final Reporting**: Within 120 days of the end or termination of this Agreement, the Recipient shall provide to the NIH the following final reports:

1. **Final Research Performance Progress Report (FRPPR):** Final progress report that includes a general synopsis of the research activity and any noteworthy accomplishments, including results disseminated to the community. At the request of the Government, this may include a summary of lessons learned.

2. **Final Financial Report:** Final Federal Financial Report (FFR), SF-425, for the entire award period. The SF-425 can be accessed at https://www.grants.gov/forms/post-award-reporting-

forms.html . The FFR must be uploaded via eRA. Instructions for submitting the FFR can be accessed at https://era.nih.gov/erahelp/commons/FFR/Archive_FFR/ffr_submittingForm.htm.

3. **Final Invention Statement:** Final Invention Statement and Certification (Form HHS 568). The HHS 568 form can be located at https://grants.nih.gov/grants/hhs568.pdf. Form HHS 568 should be submitted via eRA. Instructions for submitting the HHS 568 can be accessed at https://era.nih.gov/grantees/submit-final-invention-statement.htm.  A negative report is required at the completion of the Agreement, if there are no Subject Inventions. If there were no inventions, the form must indicate "None."

# ARTICLE III. MANAGEMENT OF THE PROJECT

The Recipient shall be responsible for the overall technical and program management of the project and planning and implementation shall remain with the Recipient. The NIH OTAO, in consultation with the NIH OTPO, shall provide recommendations for Program developments and collaboration and be responsible for the review and verification of the milestone's objectives and deliverables.

## A.  Modifications

1.  As a result of interactions with the Recipient or at any time during the term of the Agreement, progress or results may indicate that a change in the SOM would be beneficial to program objectives. Recommendations to modify the SOM may be initiated by either Party. The initiating Party will document in writing and submit its recommendations for modifying the SOM to the other Party, including justifications to support the change. The NIH OTAO, in consultation with the NIH OTPO and the RBO shall approve any Agreement modification.

2.  The NIH is not obligated to pay for additional or revised future work to be performed until the SOM is formally revised by the NIH OTAO and made part of this Agreement.

3.  The NIH OTPO shall be responsible for the review and verification of any recommendations to revise or otherwise modify the SOM, prospective work, or other proposed changes to the terms and conditions of this Agreement.

4.  The NIH OTAO will be responsible for documenting, communicating, and securing any necessary NIH approvals related to modifications to this Agreement.

## B.  Monitoring

The Recipient is responsible for managing the day-to-day operations of Agreement activities using their established controls and policies. The NIH OTPO will monitor and identify potential problems and areas where technical assistance might be necessary. This monitoring is accomplished through review of reports provided pursuant to the SOM.

## C.  Management Systems and Procedures

The Recipient is expected to have clearly delineated roles and responsibilities for its organization's staff, both programmatic and administrative; written policies and procedures; training; management controls and other internal controls; performance assessment; administrative simplifications; and information sharing. The Recipient may use its existing systems to manage Agreement funds and activities, provided that policies and procedures are consistently applied across its business functions. Recipient must notify the Government within 5 business days when problems in financial management are identified.

## ARTICLE IV: AGREEMENT ADMINISTRATION

The NIH will actively engage with Recipient to establish a vision and capabilities for the ███████ program and to oversee the effort of individual Recipient to achieve the vision. NIH may change its representatives named in this Article by written notification to the Recipient. Recipient may change its Recipient Business Official named in this Article by written notification to NIH.  Recipient may change its Principal Investigator (PI)/Program Director (PD) only with prior approval as described in Article II(I) (Prior Approval). The NIH will affect the change as stated in this Agreement.

Unless otherwise provided in this Agreement, approvals permitted or required to be made by NIH may be made only by the NIH OTAO. Administrative and programmatic matters under this Agreement shall be referred to the following representatives of the Parties:

*A.   NIH Points of Contact*

>    Other Transactions Agreements Officer (OTAO)
>    Name: Esther Young
>    Phone: 301-827-9301
>    Email: esther.young@nih.gov

>    Other Transactions Agreements Specialist (OTAS)
>    Name: Yuping Burr
>    Phone: 301-480-7622
>    Email: Yuping.burr@nih.gov

>    Other Transactions Program Official (OTPO)
>    Name: Yvonne Ferguson
>    Phone: 301-827-7136
>    Email: yvonne.ferguson@nih.gov

>    Other Transactions Project Scientist (OTPS)
>    Name: Madelyn Reyes
>    Phone: 240-292-4662
>    Email address: madelyn.reyes@nih.gov

*B.   Recipient Points of Contact*

>    Recipient Business Official (RBO):
>    Name: ███████
>    Phone: ███████
>    Email address: ███████

>    Principal Investigator (PI)/Program Director (PD):
>    Name: ███████
>    Phone: ███████
>    Email address: ███████

NIH NGA R | Version: 81 - 4/14/2023 5:34:00 PM | Generated on: 9/22/2023 12:07:28 AM

# ARTICLE V: OBLIGATION AND PAYMENT

### A.  Obligation

The NoA provides funds for the budget period as appropriate for the negotiated and agreed upon work. Subsequent funding periods represent projections of future funding levels contingent on the availability of funds, achievement of agreed-upon activities, and continued alignment with programmatic goals. The NIH's liability to make payments to the Recipient is limited to only those funds obligated under the Agreement or by modification to the Agreement and is subject to availability of funds. NIH may obligate funds to the Agreement incrementally. If modification becomes necessary in performance of this Agreement, the NIH OTAO, in consultation with the OTPO, and the RBO shall execute a revised SOM.

### B.  Payment

The Payment Management System (PMS) is a centralized payment and cash management system, operated by the Department of Health and human Services (DHHS) Program Support Center (PSC). Agreement payments by the PMS may be made by one of several advance payment methods, including SMARTLINK II/SCH, cash request, or by cash request on a reimbursement basis. Payments under this program generally are made upon completion of approved project milestones. These requirements are intended to minimize the time elapsing between the transfer of funds from the Federal Government and disbursement to the Recipient.

Advances made by Recipients to third parties under the Agreement must conform to substantially the same standards of timing and amount that govern advances to the Recipient. Operational guidance for the Recipient is provided through training from the DHHS PSC. Inquiries regarding drawdown request, cash management rules, and the disbursement of funds through the Federal Financial Report (FFR) SF 425 should be directed to the DHHS PSC (https://pms.psc.gov/grant-recipients/ffr-updates.html).

1.  **SMARTLINK II/ACH**

    The SMARTLINK II/ACH method of advance payment makes direct deposit of funds to a Recipient's bank account and requires Recipients to have Internet access to submit a request for funds to PMS. SMARTLINK II/ACH provides funds the next business day following the request with direct deposit using the Federal Reserve Bank's (Richmond, Virginia) ACH process.

2.  **Cash Request**

    Recipient not eligible for an unrestricted advance of funds by SMARTLINK II/ACH must submit a cash request, usually monthly. The cash request may be on either an advance or reimbursement basis. If the cash request is for an advance payment, the Recipient may request funds from PMS monthly on the basis of expected disbursements during the succeeding month and the amount of federal funds already on hand. A request for reimbursement may be submitted more often, if authorized. For timely receipt of cash, the Recipient must submit the request through the OTAO early enough for it to be forwarded to PMS at least two weeks before the cash is needed. The PMS makes payment to the Recipient electronically through the ACH process upon receipt of the approved payment request.

### C.  Interest Earned on Advances

Recipient receiving advance payments is expected to maintain those advanced funds in an

interest- bearing account and promptly return any funds not spent within three (3) business days. Interest earned on federal advance payments deposited in interest-bearing accounts must be remitted annually to the Department of Health and Human Services, Payment Management System, Rockville, MD 20852. Interest amounts up to $500 per year may be retained by the Recipient for administrative expenses.

### D.   Limitation of Funds

In no case shall the NIH's financial liability exceed the amount obligated under this Agreement.

### E.   Appropriation Mandates

This award must comply with NIH fiscal appropriation mandates.

### F.   Close out of Fixed Year Appropriations Amounts

Fixed year appropriation accounts have a five (5)-year availability span. Recipient must draw down all appropriated fiscal year award funds no later than June 30th of the fifth year after the year of availability. At the end of five years, the funds are cancelled and returned to the Treasury. This provision may limit the NIH's ability to further extend the final budget period.

### G.   Financial Records and Reports

The Recipient shall maintain adequate records to account for all funding under this Agreement. Upon completion or termination of this Agreement, whichever occurs earlier, the Recipient shall furnish to the OTAO a copy of any final reports specified in the SOM. The OTAO or designee shall have direct access to sufficient records and information of the Recipient, to ensure full accountability for all funding under this Agreement. Such audit, examination, or access shall be performed during business hours on business days upon prior written notice and shall be subject to the security requirements of the audited party.

The Recipient's relevant financial records are subject to examination or audit on behalf of the NIH or by the NIH for a period not to exceed three (3) years. For OT awards, the 3-year record retention period will be calculated from the date that the Federal Financial Report (FFR) for the entire competitive segment is submitted. If any litigation, claim, financial management review, or audit is started before the expiration of the 3-year period, the records must be retained until all litigation, claims, or audit findings involving the records have been resolved and final action taken. These record retention policies apply to both paper and electronic storage of applicable information, including electronic storage of faxes, copies of paper documents, images, and other electronic media.

### H.   Unobligated Balances and Actual Expenditures

Using the principle of "first-in, first-out," unobligated funds carried over are expected to be used before newly awarded funds.

### I.   Audit

For purposes of this Agreement, the Recipient is deemed subject to the audit requirements of the OMB 2 CFR 200, Subpart F-Audit Requirements, as implemented by DHHS 45 CFR Subpart F.

For-profit organizations have two options regarding the type of audit that will satisfy the audit

requirements. The recipient either may have (1) a financial-related audit (as defined in, and in accordance with, the Government Auditing Standards (commonly known as the "Yellow Book"), GPO stock 020-000-00-265-4, of a particular award in accordance with Government Auditing Standards, in those cases where the recipient receives awards under only one DHHS program, or (2) an audit that meets the requirements of 45 CFR 75, Subpart F-Audit Requirements.

### J.    Financial Management System Standards

The Recipient must have in place accounting and internal control systems that provide for appropriate monitoring of award accounts to ensure that obligations and expenditures are reasonable, allocable, and allowable. In addition, the systems must be able to identify unobligated balances, accelerated expenditures, inappropriate cost transfers, and other inappropriate obligation and expenditure of funds, and Recipient must notify the NIH OTAO when problems are identified. The Recipient's failure to establish adequate control systems constitutes a material breach of this Agreement and may result in exercise of available enforcement remedies. Recipient must notify the Government within 5 business days when problems in financial management are identified.

### K.    Procurement System Standards and Requirements

Recipient may acquire a variety of goods or services in connection with an OT award-supported project, ranging from those that are routinely purchased goods or services to those that involve substantive programmatic work. Recipient must acquire goods and services under OT awards in compliance with the organization's established policies and procedures and for the negotiated purposes outlined in the SOM.

### L.    Cost Principles

This Agreement is subject to reimbursement of actual, allowable costs incurred and must align with generally accepted and established federal cost principles for the entity receiving funding (academic, non-profit, for-profit, etc.).

Recipient must exercise proper stewardship over Federal funds and ensure that costs charged to awards are allowable, allocable, reasonable, necessary, and consistently applied.

The fact that a proposed cost is awarded as requested by an applicant does not indicate a determination of allowability.

### M.    Human Subjects Research

The recipient cannot draw down funds from the payment system, and no obligations may be made against Federal funds, for research involving human subjects (as defined by 45 CFR Part 46) supported by this Agreement for any period not covered by both an Office for Human Research Protections (OHRP) approved Federal Wide Assurance (FWA) and, as required by 45 CFR Part 46, approval from an Institutional Review Board (IRB), consistent with 45 CFR Part 46. This Agreement requires the institution to ensure that all personnel and partners who engage in human subjects research have completed education on the protection of human subjects as described in https://grants.nih.gov/policy/humansubjets/training-and-resources.htm#Education%20Requirement. Any individual involved in the design or conduct of the study must satisfy this requirement prior to participating in human subjects research. Failure to comply will result in the immediate suspension and/or termination of this Agreement.

### N. Salary Cap

None of the funds in this award shall be used to pay the salary of an individual at a rate more than the current salary cap. See current salary cap levels at the following URL: http://grants.nih.gov/grants/policy/salcap_summary.htm.

### O. Other Support

Recipient shall submit information in accordance with NIH policy on "other support," which includes all resources made available to all individuals who will make a scientific contribution to the project. These reportable resources include support of and/or related to all of their research endeavors, regardless of whether or not they have monetary value and regardless of whether they are based at the organization the researcher identifies for the current Agreement. This includes resource and/or financial support from all foreign and domestic entities, including but not limited to, financial support for laboratory personnel, positions and scientific appointments both domestic and foreign held by senior/key personnel that are relevant to an application including affiliations with foreign entities or governments, domestic research collaborations that directly benefit the researcher's research endeavors, and provision of high-value materials that are not freely available. NIH policy can be found at https://grants.nih.gov/grants/guide/notice-files/NOT-OD-19-114.html

Commitment overlap occurs when any project-supported personnel (including support staff and key personnel) have time commitments exceeding 100 percent, regardless of how the effort/salary is being supported or funded. Therefore, no individual may reflect over 100 percent in the total effort he/she spends on research and other organizational responsibilities. An investigator may be affiliated with several organizations; however, the combination of appointments cannot exceed 100 percent. (Reporting zero percent of effort is not acceptable.) The award organization is responsible for ensuring no individual supported by this award exceeds 100 percent committed effort.

### P. Recovery of Funds

NIH may identify and administratively recover funds paid to a Recipient at any time during the life cycle of an OT award. Debts may result from cost disallowances, unobligated balances, unpaid share of any required matching or cost-sharing, funds in the account that exceed the final amount determined to be allowable, or other circumstances. NIH is required to collect debts due to the Federal Government and, except where prohibited by law, to charge interest on all delinquent debts owed to the Government by the Recipient.

### Q. Debt Collection

The debt collection process is governed by the Federal Claims Collection Act, as amended (Public Law [P.L.] 89-508, 80 Stat. 308, July 19, 1966); the Federal Debt Collection Act of 1982 (P.L. 97-365, 96 Stat. 1749, October 25, 1982); the Debt Collection Improvement Act (P. L. 104-134, 110 Stat. 1321, April 26, 1996); and the Federal Claims Collection Standards (31 CFR Parts 900-904), which are implemented for DHHS in 45 CFR 30. NIH is required to collect debts due to the Federal Government and, except where prohibited by law, to charge interest on all delinquent debts owed to NIH by Recipient.

## ARTICLE VI: DISPUTES

### A.  General

The Parties shall communicate with one another in good faith and in a timely and cooperative manner when raising issues under this Article.

### B.  Dispute Resolution Procedures

Any disagreement, claim or dispute between NIH and the Recipient concerning questions of fact or law arising from or in connection with this Agreement, and whether or not, involving an alleged breach of this Agreement, may be raised only under this Article. Whenever disputes, disagreements, or misunderstandings arise, the Partiers shall attempt to resolve the issue(s) involved by discussion and mutual agreement as soon as practicable.

Recipient is responsible for managing its relationship and agreements with sub-recipients and other partners. NIH will not intervene or otherwise be involved in any disagreement, claim, dispute, misunderstanding or other conflict the Recipient has with their sub-recipients or other partners. Resolution of any disagreement, claim, dispute, misunderstanding or other conflict the Recipient has with their sub-recipients or other partners must be resolved by following the Recipient's grievance, mediation or conflict resolution policies and procedures.

### C.  Limitation of Damages

Claims for damages of any nature whatsoever pursued under this Agreement shall be limited to direct damages only up to the aggregate amount of NIH funding disbursed as of the time the dispute arises. SUBJECT TO APPLICABLE LAW IN NO EVENT SHALL EITHER PARTY BE LIABLE FOR CLAIMS FOR CONSEQUENTIAL, PUNITIVE, SPECIAL, OR INCIDENTAL DAMAGES, CLAIMS- FOR LOST PROFITS, OR OTHER INDIRECT DAMAGES, IN NO EVENT SHALL A PARTY BE LIABLE FOR THE OTHER PARTY'S OWN GROSS NEGLIGENCE, FRAUD, OR WILLFULL MISCONDUCT. The amount of any loss for which NIH is responsible shall be reduced by any amounts actually and irrevocably recovered by the Recipient including insurance proceeds.

NIH NGA R | Version: 81 - 4/14/2023 5:34:00 PM | Generated on: 9/22/2023 12:07:28 AM

## ARTICLE VII: INTELLECTUAL PROPERTY RIGHTS

### A.  General

Each Party owns and retains all right, title and interest in and to its intellectual property rights, including all derivative and enhancements thereof, and this Agreement does not grant, by implication, estoppel or otherwise, either Party any right, title, interest, or license in or to the other Party's intellectual property rights except as expressly provided herein.

### B.  Joint Development

The Parties do not intend to jointly conceive or reduce to practice any technology or Intellectual Property rights under this Agreement ("Joint IP"). Notwithstanding the above, in the event Joint IP is created by operation of law, the Parties will own the IP in accordance with the provisions of U.S. patent and copyright law unless alternative terms are mutually agreed to in a separate agreement pertaining thereto.

### C.  Freedom of Action

This Agreement is non-exclusive, and the relationship established by its terms is intended to be non-exclusive. Subject to its obligations of confidentiality and to each Party's Intellectual Property Rights, as described in the Agreement, in no event shall either party be:

- precluded from developing or providing for itself, or for others, materials that are competitive with the products and services of the other Party, irrespective of their similarity to any products or services offered by the other Party in connection with this Agreement; or
- precluded from entering into similar agreements with others or from developing, selling, or licensing products and services competitive with the products and services of the other Party, except as may be otherwise set forth in a separate agreement between the Parties.

NIH NGA R | Version: 81 - 4/14/2023 5:34:00 PM | Generated on: 9/22/2023 12:07:28 AM

## ARTICLE VIII: PATENT RIGHTS

### A.  *Allocation of Principal Rights*

Unless the recipient shall have notified NIH that the Recipient does not intend to retain title, the Recipient shall retain the entire right, title, and interest throughout the world to each Subject Invention consistent with the provisions of this Article.

With respect to any Subject Invention in which the Recipient retains title, the Government shall have a nonexclusive, nontransferable, irrevocable, royalty-free, paid-up license to practice or have practiced on behalf of the United States the Subject Invention throughout the world.

### B.  *Invention Disclosure, Election of Title, and Filing of Patent Application*

The Recipient shall disclose each Subject Invention to NIH within four (4) months after the inventor discloses it in writing to the Recipient personnel responsible for patent matters. The disclosure to NIH shall be in the form of a written report and shall identify the Agreement and circumstances under which the Invention was made and the identity of the inventor(s). It shall be sufficiently complete in technical detail to convey a clear understanding, to the extent known at the time of the disclosure, of the nature, purpose, operation, and the physical, chemical, biological, or electrical characteristics of the Invention. The disclosure shall also identify any publication, sale, or public use of the invention and whether a manuscript describing the Invention has been submitted and/or accepted for publication at the time of disclosure.

The Recipient will elect whether or not to retain title to any such Invention by notifying the NIH, in writing within two years of disclosure to NIH. However, in any case where publication, sale, or public use has initiated the one-year statutory period wherein valid patent protection can still be obtained in the United States, the period for such notice may be shortened by NIH to a date that is no more than ninety (90) calendar days prior to the end of the statutory period.

The Recipient shall file its initial application on a Subject Invention to which it elects to retain title within one (1) year after election of title or, if earlier, prior to the end of the statutory period wherein valid patent protection can be obtained in the United States after a publication, or sale, or public use.

The Recipient may elect to file patent applications in additional countries, including the European Patent Office and the Patent Cooperation Treaty, within either ten (10) months of the corresponding initial patent application or six (6) months from the date permission is granted by the Commissioner for Patents to file foreign patent applications, where such filing has been prohibited by a Secrecy Order.

The Recipient shall notify NIH of any decisions no to continue the prosecution of a patent application, pay maintenance fees, or defend in a reexamination or opposition proceedings on a patent, in any country, not less than thirty (30) calendar days before the expiration of the response period required by the relevance patent office.

Requests for extension of the time for disclosure election, and filing under Article VII, may be granted at NIH's discretion after considering the circumstances of the Recipient and the overall effect of the extension.
The recipient shall submit to NIH annual listings of Subject Inventions (Negative annual reports are not required). At the completion of the Agreement, the Recipient shall submit a

NIH NGA R | Version: 81 - 4/14/2023 5:34:00 PM | Generated on: 9/22/2023 12:07:28 AM

comprehensive listing of all Subject Inventions identified during the course of the Agreement and the current status of each. A negative report is required at the completion of the Agreement, if there are no Subject Inventions. If there were no inventions, the form must indicate "None."

### C.  Conditions When the NIH May Obtain Title

Upon NIH's written request, the Recipient shall convey title to any Subject Invention to NIH under any of the following conditions:

If the Recipient fails to disclose or elects not to retain title to the Subject Invention within the times specified in this Article:

In those countries in which the Recipient fails to file patent applications within the times specified in this Article; however, if the Recipient has filed a patent application in a country after the times specified in this Article, but prior to its receipt of the written request by NIH, the Recipient shall continue to retain title in that country; or

In any country in which the Recipient decides not to continue the prosecution of any application for, to pay the maintenance fees on, or defend in reexamination or opposition proceedings on, a patent on a Subject Invention.

### D.  Minimum Rights to the Recipient and Protection of the Recipient's Right to File

The Recipient shall retain a nonexclusive, royalty-free, commercial license throughout the world in each Subject invention to which the NIH obtains title, except if the Recipient fails to disclose the Subject Invention within the times specified in this Article. The Recipient's license extends to its domestic subsidiaries and affiliates, if any, and includes the right to grant licenses of the same scope to the extent that the Recipient was legally obligated to do so at the time the Agreement was awarded. Any extension of the Recipient's license to its subsidiaries and affiliates that are based outside the United States must comply with all export control laws and other federal laws that may apply. The license is transferrable only with the approval of NIH, except when transferred to the successor of that part of the business to which the Subject Invention pertains. NIH approval for license transfer shall not be unreasonably withheld.

The Recipient's domestic license may be revoked or modified by NIH to the extent necessary to achieve expeditious practical application of the Subject Invention pursuant to an application for an exclusive license submitted consistent with appropriate provisions at 37 C.F.R. Part 404.

This license shall not be revoked in that field of use or the geographical areas in which the Recipient has achieved practical application and continues to make the benefits of the Subject Invention reasonably accessible to the public. The license in any foreign country may be revoked or modified at the discretion of NIH to the extent the Recipient, its licensees, or the subsidiaries or affiliates have failed to achieve practical application in that foreign country.

Before revocation or modification of the license, NIH shall furnish the Recipient a written notice of its intention to revoke or modify the license, and the Recipient shall be allowed thirty (30) calendar days (or such other time as may be authorized for good cause shown) after the notice to show cause why the license should not be revoked or modified.

### E.  Recipient Action to Protect the NIH's Interest

NIH NGA R | Version: 81 - 4/14/2023 5:34:00 PM | Generated on: 9/22/2023 12:07:28 AM

The Recipient agrees to execute or to have executed and promptly deliver to NIH all instruments necessary to (i) establish or confirm the rights the NIH has throughout the world in those Subject Inventions to which the Recipient elects to retain title, and (ii) convey title to NIH when requested under this Article and to enable the NIH to obtain patent protection throughout the world in that Subject Invention.

The Recipient agrees to require by written agreement with its employees, other than clerical and non- technical employees, to disclose promptly in writing to personnel identified as responsible for the administration of patent matters and in a format suggested by the Recipient each Subject Invention made under this Agreement in order that the Recipient can comply with the disclosure provisions of this Article. The Recipient shall instruct employees, through employee agreements or other suitable educational programs, on the importance of reporting inventions in sufficient time to permit the filing of patent applications prior to United States or foreign statutory bars.

The Recipient shall include, within the specification of any United States patent application and any patent issuing thereon covering a subject invention, the following statement: "This invention was made with government support under Agreement No. ▮▮▮▮▮▮▮ awarded by the National Institutes of Health. The government has certain rights in the invention."

### F.  Reporting on Utilization of Subject Inventions

The Recipient agrees to submit, during and after the term of the Agreement, an annual report on the utilization of a Subject Invention or on efforts at obtaining such utilization that are being made by the Recipient or its licensees or assignees. Such reports shall include information regarding the status of development, date of first commercial sale or use, and gross royalties received by the Recipient. The Recipient also agrees to provide additional reports as may be requested by NIH in connection with any march-in proceedings undertaken by NIH in accordance with this Article. NIH agrees it shall not disclose such information to persons outside the NIH without permission of the Recipient, unless required by law.

All required reporting shall be accomplished, to the extent possible, using the i-Edison reporting website: https://www.nist.gov/iedison. To the extent any such reporting cannot be carried out by use of i-Edison, reports and communications shall be submitted to the OTAO and OTPO by Additions Tabs in eRA system.

### G.  Preference for American Industry

Notwithstanding any other provision of this clause, the Recipient agrees that it shall not grant to any person the exclusive right to use or sell any Subject Invention in the United States unless such person agrees that any product embodying the Subject Invention or produced through the use of the subject invention shall be manufactured substantially in the United States. However, in individual cases, the requirements for such an agreement may be waived by NIH upon a showing by the Recipient that reasonable but unsuccessful efforts have been made to grant licenses on similar terms to potential licensees that would be likely to manufacture substantially in the United States or that, under the circumstances, domestic manufacture is not commercially feasible.

### H.  March-in Rights

The Recipient agrees that, with respect to any Subject Invention in which it has retained title,

NIH NGA R | Version: 81 - 4/14/2023 5:34:00 PM | Generated on: 9/22/2023 12:07:28 AM

NIH has the right to require the Recipient, an assignee, or exclusive licensee of a Subject Invention to grant a non-exclusive license to a responsible applicant or applicants, upon terms that are reasonable under the circumstances, and if the Recipient, assignee, or exclusive licensee refuses such a request, NIH has the right to grant such a license itself if NIH determines that:

- Such action is necessary because the Recipient or assignee has not taken effective steps, consistent with the intent of this Agreement, to achieve practical application of the Subject Invention;

- Such action is necessary to alleviate health or safety needs which are not reasonably satisfied by the Recipient, assignee, or their licensees;

- Such action is necessary to meet requirements for public use and such requirements are not reasonably satisfied by the Recipient, assignee, or licensees; or

- Such action is necessary because the agreement required by this Article has not been obtained or waived or because a licensee of the exclusive right to use or sell any Subject Invention in the United States is in breach of such Agreement.

# ARTICLE IX: SOFTWARE AND DATA RIGHTS

The NIH will emphasize creating and using available open-source technology and architecture to when available and to the extent practicable and justify when this is not practicable. Intellectual property rights asserted by proposers must be aligned with the open-source regime used to distribute software made under the award. Exceptions to open-source technology will be considered only in compelling cases. For the avoidance of doubt, software includes all data, algorithms, and source code necessary to utilize the software.

## A. Principal Rights

The Parties agree that in consideration for NIH funding, the Recipient intends to reduce to practical application terms, components and processes developed under this Agreement.

The Recipient warrants that Recipient or Sub-recipient are sole author or owner of, or have the right to use and license, any Data, Software, and Data that comprises the Software developed under this Agreement and that any Data or Software provided or developed under this Agreement does not infringe any rights, including Intellectual Property rights of any third party of which the Recipient is aware. With respect to any Data or Software provided or developed under this Agreement, the Recipient will own the Data and Software provided or developed under this award, subject to a royalty-free, nonexclusive, irrevocable license to the Government to use, disclose, reproduce, post, link to, prepare Data and Software, distribute copies to the public, and perform publicly and display publicly, in any manner and for any purpose, and to have or permit others to do so on the Government's behalf anywhere in the world.

## B. Derivative Works

The Recipient grants to the Government a royalty-free, nonexclusive, irrevocable right to use, disclose, reproduce, post, link to, prepare derivative works, distribute copies to the public, and perform publicly and display publicly, in any manner and for any purpose, and to have or permit others to do so on the Government's behalf anywhere in the world, any derivative works of the Data or Software provided or developed by Recipient under this Agreement.

## C. March-In Rights

In the event the NIH chooses to exercise its March-in Rights under Article VIII, the Recipient agrees, upon written request from the NIH, to deliver at no additional cost to the NIH, all Data necessary to achieve practical application within ninety (90) calendar days from the date of the written request. The NIH shall retain Unlimited Rights to this delivered Data. To facilitate any potential deliveries, the Recipient agrees to retain and maintain in good condition until three years after completion or termination of this Agreement, all Data necessary to achieve practical application of any Subject Invention.

## D. Marking of Data

███████████ elects to align with the NIH Data Management and Sharing Policy regarding government use of data generated and delivered under this Agreement, and data must be marked accordingly.

## E. Open Source

Upon publication resulting from this Award or prior to the termination of the award, whichever comes first, the Recipient shall make all Data, Software, tools, resources, training materials, technical solutions, and methods provided or developed under this Agreement available to the public under a Creative Commons By (CCBY) or comparable license, or at minimum controlled-access repository.  It is the Recipient's responsibility to ensure that any PII or PHI in any Data, Software, tools, resources, training materials, technical solutions, or methods provided or developed under this Agreement be deidentified prior to availability to the public.  A suitable repository or repositories selected in concurrence with NIH maybe used to facilitate making Data, Software, tools, resources, training materials, technical solutions, and methods available to the public. Repositories selected should have a sustainability plan reviewed by NIH.

### F.   *Rights in Data (Publication and Copyrighting)*

Any publications, data, or other copyrightable works developed under a ▇▇▇▇ OT award may be copyrighted without NIH approval. For this purpose, "data" means recorded information, regardless of the form or media on which it may be recorded, and includes writings, films, sound recordings, pictorial reproductions, drawings, designs, or other graphic representations, procedural manuals, forms, diagrams, work-flow charts, equipment descriptions, data files, data processing or computer programs (software), statistical records, and other research data. Rights in data also extend to students, fellows, or trainees under awards whose primary purpose is educational, with the authors free to copyright works without NIH approval.

In all cases, NIH must be given a royalty-free, nonexclusive, and irrevocable license for the Federal government to reproduce, publish, or otherwise use the material and to authorize others to do so for Federal purposes. Data developed by a Recipient participant also is subject to this policy. As a means of sharing knowledge, NIH encourages recipient to arrange for publication of NIH-supported original research in primary scientific journals. Recipient also should assert copyright in scientific and technical articles based on data produced under the OT award where necessary to effect journal publication or inclusion in proceedings associated with professional activities. Journal or other copyright practices are acceptable unless the copyright policy prevents the recipient from making copies for its own use or from complying with the NIH Public Access Policy (https://publicaccess.nih.gov/) Recipient must acknowledge Federal funding when issuing statements, press releases, requests for proposals, bid invitations, and other documents describing projects or programs funded in whole or in part with Federal money. Each publication, press release, or other document about research supported by an NIH OT award must include:

- An acknowledgment of NIH OT award support such as: "Research reported in this [publication, release] was supported by the Office of the Director, National Institutes of Health under OT award number [specific NIH OT award number in this format: xxxxxx]. The content is solely the responsibility of the authors and does not necessarily represent the official views of the National Institutes of Health."

- If the Recipient plans to issue a press release about research supported by a ▇▇▇▇ OT award, it should notify the NIH OTAO, OTPO and OTAS at least 3 business days in advance to allow for coordination. Publications resulting from work performed under a ▇▇▇▇ OT award-supported project must be included as part of the interim, annual, or final progress report submitted to the NIH OTAO, OTPO and OTAS.

### G.   *NIH Public Access Policy*

Recipient must comply with the NIH Public Access Policy. The NIH Public Access Policy implements Division F, Section 217 of PL 111-8 (Omnibus Appropriations Act, 2009). The policy ensures that the public has access to the published results of NIH-funded research at the NIH National Library of Medicine PubMed Central (NLM PMC), a free digital archive of full-text biomedical and life sciences journal literature (http://www.pubmedcentral.nih.gov/). Under the policy NIH-funded investigators must submit (or have submitted for them) to PMC (https://publicaccess.nih.gov/) an electronic version of the final, peer-reviewed manuscript upon acceptance for publication, to be made publicly available no later than 12 months after the official date of publication. The author's final peer-reviewed manuscript is defined as the final version accepted for journal publication and includes all modifications from the publishing peer review process, and all graphics and supplemental material associated with the article. Institutions and investigators are responsible for ensuring that any publishing or copyright agreements concerning submitted articles reserve adequate right to fully comply with this policy.

### H.  Sharing Research Resources

NIH considers the sharing of research resources (also called research tools) an important means to enhance the value of NIH-sponsored research. Restricting the availability of unique resources can impede the advancement of further research. Therefore, when these resources are developed with NIH funds and the associated research findings have been accepted for publication, or after they have been provided to NIH, it is important that they be made readily available for research purposes to qualified individuals within the scientific community and the public. Program staff are responsible for overseeing resource sharing policies and for assessing the appropriateness and adequacy of any proposed resource sharing plans. To provide further clarification of the NIH policy on disseminating unique research resources, NIH published Principles and Guidelines for Awardees of NIH Research Grants and Contracts on Obtaining and Disseminating Biomedical Research Resources (64 FR 72090, December 23, 1999; https://grants.nih.gov/grants/policy/nihgps/html5/section_8/8.2.3_sharing_research_resources.htm) and Best Practices for the Licensing of Genomic Inventions (70 FR 18413, April 11, 2005). These policy documents will assist recipient in determining reasonable terms and conditions for disseminating and acquiring research tools.

### I.  Data Management and Sharing Policy

The National Institutes of Health (NIH) Policy for Data Management and Sharing (herein referred to as the DMS Policy) reinforces NIH's longstanding commitment to making the results and outputs of NIH-funded research available to the public through effective and efficient data management and data sharing practices. Data sharing enables researchers to rigorously test the validity of research findings, strengthen analyses through combined datasets, reuse hard-to-generate data, and explore new frontiers of discovery. In addition, NIH emphasizes the importance of good data management practices, which provide the foundation for effective data sharing and improve the reproducibility and reliability of research findings. NIH encourages data management and data sharing practices consistent with the FAIR data principles.

Under the DMS Policy, NIH requires researchers to prospectively plan for how scientific data will be preserved and shared through submission of a Data Management and Sharing Plan (Plan). Upon NIH approval of a Plan, NIH expects researchers and institutions to implement data management and sharing practices as described. The DMS Policy is intended to establish expectations for Data Management and Sharing Plans, which applicable NIH Institutes, Centers and Offices (ICO) may supplement as appropriate. See Final NIH Policy for Data Management

and Sharing NOT-OD-21-013 for details: https://grants.nih.gov/grants/guide/notice-files/NOT-OD-21-013.html

Human Subject Data Sharing: NIH recognizes that data sharing may be complicated or limited, in some cases, by organizational policies, and local, state, and federal laws and regulations, including the HIPAA Privacy Rule. The rights and privacy of individuals who participate in NIH-sponsored research must be protected at all times. Thus, data intended for broader use should be free of identifiers that would permit linkages to individual research participants and variables that could lead to deductive disclosure of the identity of individual subjects. When data-sharing is limited, applicants should explain such limitations in their data-sharing plans. Recipient must exercise great care to ensure that resources involving human cells or tissues do not identify original donors or subjects, directly or through identifiers such as codes linked to the donors or subjects. Organizations that believe they will be unable to meet these data sharing expectations should promptly contact the OTAO and OTPO to discuss the circumstances, obtain information that might enable them to share data, and reach an understanding in advance of an award.

Recipient must comply with the Data Management and Sharing Plan in Attachment # 4.

# ARTICLE X: TITLE TO AND DISPOSITION OF PROPERTY

### A.  Title to Property

No significant items of property are expected to be acquired under this Agreement. Title to each item of property acquired under this Agreement with an acquisition value of $5,000 or less shall vest in the Recipient upon acquisition with no further obligation of the Parties unless otherwise determined by the OTAO. Should any item of property with an acquisition value greater than $5,000 be required, the Recipient shall obtain prior written approval of the OTAO. All items of property, including equipment, in the approved proposal budget shall be considered pre-approved for the purposes of this clause. Title to this property shall also vest in the Recipient upon acquisition. The Recipient shall be responsible for the maintenance, repair, protection, and preservation of all property at its own expense. The Recipient's deliverable shall not be classified as property. The Government does not accept responsibility for loss or damage to any property or work it has not accepted.

### B.  Disposition of Property

At the completion of the term of this Agreement, items of property acquired with NIH funds with a value greater than $5,000 shall be disposed of in the following manner:

- Retained by Recipient for the use in another ongoing NIH research; or
- Purchased by the Recipient at an agreed-upon price, the price to represent fair market value, with the proceeds of the sale being returned to NIH; or
- Transferred to an NIH research facility with title and ownership being transferred to the NIH; or
- Donated to a mutually agreed upon university or technical learning center for research purposes; or
- Any other NIH-approved disposition procedure.

### C.  Property Management System Standards

Recipient may use their own property management policies and procedures for property purchased, constructed, or fabricated as a direct cost using NIH OT award funds.

NIH NGA R | Version: 81 - 4/14/2023 5:34:00 PM | Generated on: 9/22/2023 12:07:28 AM

## ARTICLE XI: INFORMATION SHARING

### A.  *Public Release or Dissemination of Information*

A Recipient planning to issue communications such as a press release concerning the outcome of supported research under this Agreement must notify the NIH Office of the Director, Office of Strategic Coordination (OSC) Communications Team at CFComms@od.nih.gov and at least 7-10 business days in advance to allow for coordination.

### B.  *Publications and Presentations*

Publications derived from this research should acknowledge support by the Community Partnerships to Advance Science for Society ███████████████████ ██████████████████████████████████ and the award number ███████████████. In addition, articles for publication or presentation will contain a statement on the title page worded substantially as follows:

This research was, in part, funded by the National Institutes of Health (NIH) under other transactions number ███████████. The views and conclusions contained in this document are those of the authors and should not be interpreted as representing official policies, either expressed or implied, of the NIH.

Recipient is required to fully comply with the NIH Public Access Policy, which ensures that the public has access to the published results of NIH-funded research at the NIH National Library of Medicine PubMed Central (PMC) (www.pubmedcentral.nih.gov). The NIH Public Access Policy isolated at https://publicaccess.nih.gov/policy.htm

### C.  *Prohibition from Confidential Information Release*

The Recipient agrees to exclude any and all confidential information prior to public release of the material. The Parties agree that they shall take appropriate measures to protect Confidential Information received under this Agreement. Confidential Information shall mean information, any form, disclosed by one Party (Disclosing Party) to the other Party (Receiving Party) and marked as confidential or proprietary at the time of disclosure. Receiving Party agrees not to disclose Confidential Information to anyone, other than its employees' performing services under this Agreement, or to use Confidential Information for any purpose other than to carry out its role pursuant to this Agreement, except as required by law or a court of competent jurisdiction.

This restriction on disclosure and use of Confidential Information survives the Recipient Party's withdrawal or termination from this Agreement for five (5) years, unless required by law to be protected for a longer period. The previously stated obligations of confidentiality do not apply to any information that:

- Becomes a matter of public knowledge by means other than a wrongful act, omission or fault of the Recipient Party, its employees, or agents;
- Is rightfully received from a third party without restriction;
- Is approved for release by the submitting Party; or
- Can be demonstrably shown to have been independently developed by the Receiving

Party without use of the Confidential Information; or

- Is disclosed pursuant to a court order or as required by law.

## ARTICLE XII: FOREIGN ACCESS TO TECHNOLOGY

### A.  *General*

Recipient will take no possession of any International Traffic in Arms Regulations (ITAR) controlled information or materials in performance of this agreement. At no time, is any Recipient information technology product, as shipped from Recipient, subject to ITAR, and no information technology products are being provided in performance of this agreement (i.e., no Recipient products are on the United States Munitions List).

### B.  *Restrictions on Sale or Transfer of Technology to Foreign Firms or Institutions*

1. In order to promote the national security interests of the United States and to effectuate the policies that underlie the export and ITAR regulations, the procedures stated in subparagraphs B.2, B.3, and B.4 below shall apply to any transfer of Technology under this Agreement. For purposes of this paragraph, a transfer includes a sale of the company, and sales or licensing of Technology. Transfers do not include:

   - Information made publicly available or open source under Article IX, Section E-H, or Article XI, Section B, or

   - Sales of products or components, or

   - Licenses of software or documentation related to sales of products or components, or

   - Transfer to foreign subsidiaries of the Recipient for purposes related to this Agreement, or

   - Transfer which provides access to Technology to a Foreign Firm or Institution which is an approved source of supply or source for the performance of work under this Agreement provided that such transfer shall be limited to that necessary to allow the firm or institution toperform its approved role under this Agreement.

2. The Recipient shall provide timely notice to NIH of any proposed transfers from the Recipient of Technology developed under this Agreement to Foreign Firms or Institutions. If NIH determines that the transfer may have adverse consequences to the national security interests of the United States, the Recipient, its vendors, and NIH shall jointly endeavor to find alternatives to the proposed transfer which obviate or mitigate potential adverse consequences of the transfer, but which provide substantially equivalent benefits to the Recipient.

3. In any event, the Recipient shall provide written notice to the NIH OTAO and OTPO of any proposed transfer to a Foreign Firm or Institution at least ninety (90) calendar days prior to the proposed date of transfer. Such notice shall cite this Article and shall state specifically what is to be transferred and the general terms of the transfer. Within thirty (30) calendar days of receipt of the Recipient's written notification, the NIH OTAO shall advise the Recipient whether it consents to the proposed transfer. In cases where NIH does not concur or ninety (90) calendar days after receipt and NIH provides no decision, the Recipient may utilize the procedures under Article VI, Disputes. No transfer shall take place until Parties come to an agreement.

4. In the event a transfer of Technology to Foreign Firms or Institutions which is NOT approved by NIH takes place, the Recipient shall (a) refund to NIH funds paid for the development of the Technology and (b) the Government shall have a non-exclusive, nontransferable, irrevocable, royalty-free, paid-up license to practice or have practiced on behalf of the United States the Technology throughout the world for Government and any and all other

NIH NGA R | Version: 81 - 4/14/2023 5:34:00 PM | Generated on: 9/22/2023 12:07:28 AM

purposes, particularly to effectuate the intent of this Agreement. Upon request of the Government, the Recipient shall provide written confirmation of such licenses.

### C. Prohibition On Certain Telecommunications and Video Surveillance Services or Equipment

OT recipient and subrecipient are prohibited from expending OT funds to:

1. Procure or obtain;
2. Extend or renew an existing OT award; or
3. Enter into a contract (or extend or renew a contract) to procure or obtain equipment, services, or systems that use covered telecommunications equipment or services as a substantial or essential component of any system, or as critical technology as part of any system. As described in Public Law 115-232, section 889, covered telecommunications equipment is telecommunications equipment produced by Huawei Technologies Company or ZTE Corporation (or any subsidiary or affiliate of such entities).
     i. For the purpose of public safety, security of government facilities, physical security surveillance of critical infrastructure, and other national security purposes, video surveillance and telecommunications equipment produced by Hytera Communications Corporation, Hangzhou Hikvision Digital Technology Company, or Dahua Technology Company (or any subsidiary or affiliate of such entities).
     ii. Telecommunications or video surveillance services provided by such entities or using such equipment.
     iii. Telecommunications or video surveillance equipment or services produced or provided by an entity that the Secretary of Defense, in consultation with the Director of the National Intelligence or the Director of the Federal Bureau of Investigation, reasonably believes to be an entity owned or controlled by, or otherwise connected to, the government of a covered foreign country (i.e., the People's Republic of China).

NIH NGA R | Version: 81 - 4/14/2023 5:34:00 PM | Generated on: 9/22/2023 12:07:28 AM

## ARTICLE XIII: INFORMATION SECURITY

The Parties agree that maintaining the integrity, confidentiality, availability, and security of data is of critical importance. For purposes of this Article, "Data" means all data, including all text, sound, software, image, metadata, or video files that are generated under this Agreement. For Data stored under this Agreement:

Recipients must implement information security protocols and standards that are appropriate to the sensitivity level and risk associated with unauthorized disclosure, modification, or loss of the Data.

   a.  NIH anticipates that all Data will be stored within the Continental United States.

   b.  Recipient must comply with all applicable laws regarding information security including, if applicable, the Health Insurance Portability and Accountability Act (HIPAA)

   c.  Recipient must comply with the Certificate of Confidentiality issued under Section 301(d) of the Public Health Service Act, 42 U.S.C. 241(d).

The Recipient's administrative role is to ensure that data and information systems pertinent to this award are maintained in a manner equivalent to appropriate federal standards such as NIST SP 800-53, and that documented procedures and evidence of administrative processes can be made available to NIH upon request.

The Parties also acknowledge that information security protocols and standards are likely to evolve over time. Therefore, the systems and processes made accessible to the NIH by the Recipient under this Agreement may need to be revisited and/or adapted to ensure the continued integrity, confidentiality, and security of data.

The Recipient is responsible for the information security of data generated under this Agreement. All information systems, electronic or hard copy which contain Federal data need to be protected from unauthorized access.

NIH NGA R | Version: 81 - 4/14/2023 5:34:00 PM | Generated on: 9/22/2023 12:07:28 AM

# ARTICLE XIV: LOWER TIER AGREEMENTS

### A.   Definitions

1.   "Lower Tier Agreement" means a written agreement between the Recipient and an OT award Sub-Recipient.

2.   "Sub-Recipient" means any legal entity that, pursuant to a Lower Tier Agreement, uses Federal funds to carry out a public purpose consistent with NIH's statutory authorities, has its performance measured in relation to whether the objectives of the NIH program were met, or has responsibility for programmatic decision making. A Sub-Recipient is distinguished from a contractor providing goods and services within normal business operations for the Recipient's own use or that are ancillary to conducting/completing activities under this Agreement, provides similar goods or services to many different purchasers, and normally operates in a competitive environment. The Recipient is responsible for determining whether a legal entity is a Sub-Recipient on a case-by-case basis, consistent with any additional guidance supplied by the NIH to support these determinations.

### B.   Authorization

The Recipient is authorized to enter into Lower Tier Agreements with Sub-Recipients provided Recipient complies with the authorization process described in Paragraph C of this Article. The Recipient is responsible for ensuring the Sub-OT Recipient is compliant with the flow down terms.

### C.   Authorization Process

1.   Either party may recommend to the other the need for a Lower Tier Agreement. This recommendation should include a written justification describing the need for a Lower Tier Agreement and may also include, if feasible, the proposed scope of work, the identity of the suitably qualified Sub-Recipient(s), and the anticipated cost.

2.   Lower Tier Agreements are subject to the review of the OTAO, in consultation with the OTPO, and may not be executed or modified by the Recipient until the Recipient has received the written approval of the OTAO.

### D.   General

1.   The Recipient shall give the OTAO immediate written notice of any action or suit filed and prompt notice of any claim made against the Recipient by any Sub-Recipient that, in the opinion of the Recipient, may result in litigation related in any way to this Agreement.

2.   No funds awarded under this Agreement may be used by the Recipient to pay for costs associated with the management or administration of Lower Tier Agreements unless the Recipient has received the prior written approval of the OTAO.

## ARTICLE XV: HUMAN SUBJECTS RESEARCH (if applicable)

### A. Human Subjects Protections

The Recipient must obtain approval of a Federal Wide Assurance (FWA) from the DHHS Office for Human Research Protections (OHRP) (https://www.hhs.gov/ohrp/register-irbs-and-obtain-fwas/fwas/fwa-protection-of-human-subjecct/index.html), and comply with applicable requirements of 45 CFR 46 (https://www.hhs.gov/ohrp/regulations-and-policy/regulations/45-cfr-46/index.html),  The Recipient shall provide the OTAO with evidence of an approved FWA prior to the commencement of any human subject research activities contemplated under this Agreement. Further, the Recipient must comply with all applicable laws and regulations relating to the privacy and confidentiality of those participating in the research as human subjects.

### B. Institutional Review Board Review

The Recipient agrees to provide a certification to the OTAO and OTPO that the human subjects research protocol has been approved, as applicable, by an appropriate Institutional Review Board (IRB) consistent with 45 CFR 46and single IRB requirements when applicable (Frequently Asked Questions (FAQs) | grants.nih.gov). . This must occur prior to the commencement of any human subject research activities contemplated under this Agreement.

Note: The NIH requires the date of final IRB approval. Conditional IRB approval is not sufficient.

### C. U.S. Food and Drug Administration Investigational New Drug (IND) and Investigational Device Exemption (IDE) Requirements

The Recipient shall not engage in any human subjects research under this Agreement that is subject to the Food and Drug Administration oversight regarding 21 CFR 11, 50, 54, 56, 312, and 812). For example, there is no anticipated research under this Agreement that regards investigational new drugs and/or devices.

### D. ClinicalTrials.gov Requirements and Food and Drug Administration Amendments Act

The Recipient shall ensure that any clinical trial funded under this Agreement is registered at, and that summary results information is submitted to, ClinicalTrials.gov for public posting (https://clinicaltrials.gov/). The Recipient should familiarize itself with the requirements regarding ClinicalTrials.gov, including:
1. The authorizing statute, as amended (42 U.S.C. 282(j), also known as Sec. 801 of Public Law 110-85 (the FDA Amendments Act of 2007 or FDAAA)),
2. The implementing regulations (42 CFR Part 11), and
3. The NIH Policy on the Dissemination of the NIH-Funded Clinical Trial Information.

In particular, the Recipient should be aware that if an applicable clinical trial is funded in whole or in part pursuant to this Agreement, any progress report shall include a certification that the Responsible Party has made all required submissions to ClinicalTrials.gov. Additionally, in general, results of applicable clinical trials are due not later than 12 months after the primary completion date. If this date occurs after the completion or termination of this Agreement, results reporting is still required in accordance with FDAAA and 42 CFR Part 11

(https://www.ecfr.gov/cgi-bin/text-dx?SID=e617ec4da22678f934787ed565bbaa5a&mc=true&node=pt42.1.11&rgn=div5).

### E.  Reporting of Events and Study Problems

The Recipient agrees to have written procedures for ensuring prompt reporting to the NIH Program Official and the OT Agreements Officer, as the funding agency, of unanticipated problems involving risks to subjects or others or any serious or continuing noncompliance with 45 CFR 46 or IRB requirements or determinations.

Further, any IRB suspension or termination of approval must include a statement of the reasons for the IRB's action and must be reported promptly to the NIH.

### F.  Good Clinical Practice Training

Recipient employees or agents who are involved in the conduct, oversight, or management of clinical trials must be trained in Good Clinical Practice, consistent with principles of the International Conference on Harmonisation E6 (R2) (https://www.fda.gov/regulatory-information/search-fda-guidance-documents/e6r2-good-clinical-practice-integrated-addendum-ich-e6r1 ).

### G.  Certificates of Confidentiality

Section 301(d) of the PHS Act, as amended by Section 2012 of the 21st Century Cures Act, P.L. 114-255, states that the Secretary shall issue Certificates of Confidentiality (Certificates) to NIH funded investigators or institutions engaged in biomedical, behavioral, clinical, or other research activities in which identifiable, sensitive information is collected. Recipient that conducts biomedical, behavioral, clinical, or other research that collects or uses identifiable, sensitive information are deemed to be issued a Certificate. The Recipient is therefore required to protect the privacy of individuals who are subjects of such research in accordance with subsection 301(d) of the Public Health Service Act. Certificates issued in this manner will not be issued as a separate document (https://grants.nih.gov/policy/humansubjects/coc.htm).

### H.  Secondary Use of Data Generated by ▮▮▮▮▮

Data generated by ▮▮▮▮  may be made available for secondary use. Such data, either alone or in concert with any other information, may not be used to identify individuals or families, and may not be used to generate information (e.g., facial images, voice data or comparable representations) that could allow the identities of research participants to be readily ascertained. ▮▮▮▮ data made available for secondary use may not be used to assess variables or proxies that could be considered as harmful to an individual or a group.

### I.  Data and Safety Monitoring

The Recipient agrees to comply with the NIH Policy for Data and Safety Monitoring (https://grants.nih.gov/grants/guide/notice-files/not98-084.html), which requires oversight and monitoring of all NIH--supported clinical trials to ensure the safety of participants and the validity and integrity of the data. NIH defines a clinical trial as "a research study in which one or more human subjects are prospectively assigned to one or more interventions (which may include placebo or other control) to evaluate the effects of those interventions on health-related biomedical or behavioral outcomes (NOT-OD-15-015)  trials) All Recipient human subjects research funded by this Agreement that are clinical trials  must have a Data and Safety Monitoring Plan and, within that plan, monitoring must be commensurate with the size and

complexity of the trial, the level of risk to study participants and phase of trial. . The Data and Safety Monitoring Plan will include a description of the entity that will be responsible for monitoring adverse events, including the timing of when adverse events are reported to the reviewing IRB and the NIH Program Official. Data and Safety Monitoring Boards (DSMBs) are specifically required for multi-site clinical trials involving interventions that entail potentially risk to participants. DSMBs are generally required for Phase III clinical trials. A DSMB will be established if the recipient or the NIH Program Official deems it necessary.

## ARTICLE XVI: ANIMAL WELFARE

The Recipient shall not engage in animal subjects research under this Agreement.

NIH NGA R | Version: 81 - 4/14/2023 5:34:00 PM | Generated on: 9/22/2023 12:07:28 AM

## ARTICLE XVII: ADDITIONAL ADMINISTRATIVE REQUIREMENTS

### A.  Financial Conflict of Interest

The NIH is committed to preserving the public's trust that the research we support is conducted without bias and with the highest scientific and ethical standards. The Recipient shall submit their publicly accessible Financial Conflict of Interest policy to NIH via the eRA Commons Institution Profile (IPF) Module. For information about the NIH FCOI policy, refer to https://grants.nih.gov/grants/policy/coi/index.htm.

### B.  Organizational Conflicts of Interest (OCI)

Recipient is required to identify and disclose all facts relevant to potential OCIs involving sub-recipients, consultants, etc. Under this section, the Recipient is responsible for providing this disclosure   as appropriate when it occurs. The disclosure must include the PI/Collaborators', and as applicable, proposed member's OCI mitigation plan. The OCI mitigation plan must include a description of the actions the proposer has taken, or intends to take, to prevent the existence of conflicting roles that might bias the proposer's judgment and to prevent the proposer from having an unfair competitive advantage.

The government will evaluate OCI mitigation plans to avoid, neutralize, or mitigate potential OCI issues before award issuance and to determine whether it is in the government's interest to grant a waiver. The government may require proposers to provide additional information to assist the government in evaluating the proposer's OCI mitigation plan. If the government determines that a proposer failed to fully disclose an OCI or failed to reasonably provide additional information requested by the government to assist in evaluating the proposer's OCI mitigation plan, the government may reject the Detailed Plan and withdraw it from consideration for award.

### C.  Organizational Responsibility Regarding Investigator Financial Conflicts-Of-Interest

The Recipient shall be deemed responsible for compliance with the requirements of 45 CFR Part 94, Responsible Prospective Contractors, which promotes objectivity in research by establishing standards to ensure that Principal Investigators and any other person, regardless of title or position, who is responsible for the design, conduct, or reporting of research funded under this Agreements or proposed for such funding (which may include, for example, collaborators or consultants) will not be biased by any Investigator financial conflicts-of-interest. Further information is available at: 45 CFR Part 94—Responsible Prospective Contractors: https://www.ecfr.gov/current/title-45/subtitle-A/subchapter-A/part-94

### D.  Management Systems and Procedures

Recipient is expected to have systems, policies, and procedures in place by which they manage funds and activities. Recipient may use their existing systems to manage OT award funds and activities if they are consistently applied across their business functions regardless of the source of funds. To ensure that an organization is committed to compliance, Recipient is expected to have in use clearly delineated roles and responsibilities for their organization's staff, both programmatic and administrative; written policies and procedures; training; management controls and other internal controls; performance assessment; administrative simplifications; and information-sharing.

### E.  Closeout

The requirement for timely closeout the Recipient's responsibility. Closeout includes ensuring timely and accurate submission of all required reports and adjustments for amounts due to the Recipient or NIH. The Statement of Milestones (SOM) will outline the specific timeline requirements for submission of the Final Financial Report, the Final Progress Report, and Final Invention Statement and Certification.

# ARTICLE XVIII: APPLICABLE STATUTES AND REGULATIONS

NIH intends to uphold high ethical, health, and safety standards in both the conduct of the research it funds and the expenditure of public funds by its Recipient. The signature of the RBO on the application certifies that the organization complies, or intends to comply, with all laws, regulations, and NIH policies applicable to the Recipient and the performance of work outlined in the SOM. These include, but are not limited to, the following:

### A.  Civil Rights Act

This Agreement is subject to the compliance requirements of Title VI of the Civil Rights Act of 1964 as amended (42 U.S.C. § 2000d) relating to nondiscrimination in Federally assisted programs. The Recipient represents that it has signed an Assurance of Compliance with the nondiscriminatory provisions of the Act and has submitted it to the HHS Office for Civil Rights (https://www.hhs.gov/civil-rights/index.html).

### B.  Federal Information Security Management Act

The Recipient's information systems, electronic or hard copy, which contain data funded under this award need to be protected from unauthorized access. The applicability of FISMA to NIH recipient applies only when recipient collects, stores, processes, transmits, or uses information on behalf of HHS or any of its component organizations. For details on FISMA, refer https://www.cisa.gov/federal-information-security-modernization-act.

### C.  Harassment and Discrimination Protections

The Recipient certifies the commitment to:
1. Ensuring that proper policies, procedures, and oversight are in place to prevent discriminatory harassment and other discriminatory practices;
2. Responding appropriately to allegations of discriminatory practices; and
3. Adopting and following institutional procedure for requesting NIH prior approval of a change in the status of the Program Director/Principal Investigator (PI/PD) or other senior/key personnel if administrative or disciplinary action is taken that impacts the ability of the PI/PD or other key personnel to continue his/her role on the NIH award (https://www.nih.gov/anti-sexual-harassment/nih-recipient-organizations-those-who-work-there).

### D.  No Individuals or Entities on OT Award Debarred or Suspended from Receiving Federal Funds

The Recipient certifies that no individuals or entities on this OT Award are debarred or suspended from receiving Federal funds (https://www.gsa.gov/policy-regulations/policy/acquisition-policy/office-of-acquisition-policy/gsa-acq-policy-integrity-workforce/suspension-debarment-and-agency-protests/frequently-asked-questions-suspension-debarment & https://grants.nih.gov/grants/policy/nihgps/html5/section_4/4.1.6_debarment_and_suspension.htm).

### E.  Lobbying Prohibition

(a) No part of any appropriation contained in the Consolidated and Further Continuing Appropriations Act, 2015, or transferred pursuant to Section 4002 of Public Law 111–148 shall be used, other than for normal and recognized executive-legislative relationships, for publicity

or propaganda purposes, for the preparation, distribution, or use of any kit, pamphlet, booklet, publication, electronic communication, radio, television, or video presentation designed to support or defeat the enactment of legislation before the Congress or any State or local legislature or legislative body, except in presentation to the Congress or any State or local legislature itself, or designed to support or defeat any proposed or pending regulation, administrative action, or order issued by the executive branch of any State or local government, except in presentation to the executive branch of any State or local government itself.

(b) No part of any appropriation contained in this Act or transferred pursuant to Section 4002 of Public Law 111–148 shall be used to pay the salary or expenses of any grant or contract recipient, or agent acting for such recipient, related to any activity designed to influence the enactment of legislation, appropriations, regulation, administrative action, or Executive order proposed or pending before the Congress or any State government, State legislature or local legislature or legislative body, other than for normal and recognized executive-legislative relationships or participation by an agency or officer of a State, local or tribal government in policymaking and administrative processes within the executive branch of that government.

(c) The prohibitions in subsections (a) and (b) shall include any activity to advocate or promote any proposed, pending or future Federal, State or local tax increase, or any proposed, pending, or future requirement or restriction on any legal consumer product, including its sale or marketing, including but not limited to the advocacy or promotion of gun control.

### F.   Additional Public Policy Requirements

Recipient must comply with the public policy requirements for Common Fund OT Agreements listed at: https://commonfund.nih.gov/dotm/publicpolicy.

## ARTICLE XIX: ORDER OF PRECEDENCE

In the event of any inconsistency between the terms of this Agreement and language set forth in the Attachments, the inconsistency shall be resolved by giving precedence in the following order: (1) The Agreement, and then (2) all Attachments to the Agreement.

## ARTICLE XX: EXECUTION

This Agreement constitutes the entire agreement of the Parties and supersedes all prior and contemporaneous agreements, understandings, negotiations, and discussions among the Parties, whether oral or written, with respect to the subject matter hereof. This Agreement may be revised only by written consent of the Recipient and the NIH OTAO, in consultation with the OTPO. This Agreement, or modifications thereto, may be executed in counterparts each of which shall be deemed as original, but all of which taken together shall constitute one and the same instrument.

NIH NGA R | Version: 81 - 4/14/2023 5:34:00 PM | Generated on: 9/22/2023 12:07:28 AM

## ATTACHMENT # 1 Statement of Milestones

### 5 YEAR PROJECT PERIOD

| FY 2024 | Title: Establish their local ███ | | |
|---|---|---|---|
| Description | All project sites invite multisectoral partners and establish their local ███ with technical assistance from the CCC, as needed | | |
| Due Date | Y1Q2 | Product/Output | Incorporate a description from invited multisectoral partners of the acceptance and/or MOU to serve on the local HERA and describe the local ███ governing structure. |
| Delivery Method | Quarterly report(s) | | |
| Ownership | ███ recipient | | |
| Dependencies | None | | |
| Assumptions | Consultation with ███ /National ███ | | |
| Risks | ███ recipient complete during negotiations. [What (if any) objects, ideas, projects, circumstances are currently known as potential problems. This is not meant to be exhaustive but instead to highlight critical risks] | | |
| Mitigations | ███ recipient complete during negotiations. [What can be done to move a milestone forward if there are delays within participating ███ or with an external group. Mitigations should move beyond working on another milestone, especially if there are dependencies on this milestone within the participating ███ or other partners.] | | |
| Work Breakdown Structure | ███ recipient complete during negotiations. [Describe who will carry out the activities and how will they be carried out to meet the milestone/deliverable.] | | |

| FY 2024 | Title: Submit and receive approval from local IRB for community assessment (if applicable) | | |
|---|---|---|---|
| Description | All project sites submit and receive approval from local IRB for community assessment (if applicable) | | |
| Due Date | Y1Q2 | Product/Output | Documentation of IRB approval letter from local IRB. |
| Delivery Method | Uploaded to eRA Commons/send to NIH OTPO | | |
| Ownership | ███ recipient | | |
| Dependencies | None | | |
| Assumptions | Consultation with ███ | | |
| Risks | ███ recipient complete during negotiations. [What (if any) objects, ideas, projects, circumstances are currently known as potential problems. This is not meant to be exhaustive but instead to highlight critical risks] | | |
| Mitigations | ███ recipient complete during negotiations. [What can be done to move a milestone forward if there are delays within participating ███ or with an external group. Mitigations should move beyond working on another milestone, especially if there are dependencies on this milestone within the participating ███ or other partners.] | | |
| Work Breakdown Structure | ███ recipient complete during negotiations. [Describe who will carry out the activities and how will they be carried out to meet the milestone/deliverable.] | | |

| FY 2024 | Title: Complete structural intervention-related epidemiological, behavioral, community and environmental/structural assessment | | |
|---|---|---|---|
| Description | All project sites complete their structural intervention-related epidemiological, behavioral, community and environmental/structural assessment to understand the multi-level domains that influence the health outcomes and, as appropriate, identify structural intervention targets. | | |
| Due Date | Y1Q4 | Product/Output | Submit complete report of community assessment to ▮ Provide executive summary of community assessment findings to NIH. |
| Delivery Method | Quarterly report(s) for executive summary | | |
| Ownership | ▮ recipient | | |
| Dependencies | None | | |
| Assumptions | Consultation with ▮ | | |
| Risks | ▮ recipient complete during negotiations. [What (if any) objects, ideas, projects, circumstances are currently known as potential problems. This is not meant to be exhaustive but instead to highlight critical risks] | | |
| Mitigations | ▮ recipient complete during negotiations. [What can be done to move a milestone forward if there are delays within participating CCC or with an external group. Mitigations should move beyond working on another milestone, especially if there are dependencies on this milestone within the participating ▮ or other partners.] | | |
| Work Breakdown Structure | ▮ recipient complete during negotiations. [Describe who will carry out the activities and how will they be carried out to meet the milestone/deliverable.] | | |

| FY 2024 | Title: Submit and receive approval from local IRB for structural intervention | | |
|---|---|---|---|
| Description | All project sites submit and receive approval from local IRB for structural intervention | | |
| Due Date | Y1Q4 | Product/Output | Documentation of IRB approval letter from local IRB. |
| Delivery Method | Uploaded to eRA Commons/send to NIH OTPO | | |
| Ownership | ▮ recipient | | |
| Dependencies | None | | |
| Assumptions | Consultation with ▮ | | |
| Risks | ▮ recipient complete during negotiations. [What (if any) objects, ideas, projects, circumstances are currently known as potential problems. This is not meant to be exhaustive but instead to highlight critical risks] | | |
| Mitigations | ▮ recipient complete during negotiations. [What can be done to move a milestone forward if there are delays within participating ▮ or with an external group. Mitigations should move beyond working on another milestone, especially if there are dependencies on this milestone within the participating ▮ or other partners.] | | |
| Work Breakdown Structure | ▮ recipient complete during negotiations. [Describe who will carry out the activities and how will they be carried out to meet the milestone/deliverable.] | | |

| FY 2025 | Title: Complete and submit their draft structural intervention research strategy |
|---|---|

| Description | All project sites complete and submit their draft structural intervention research strategy | | |
|---|---|---|---|
| Due Date | Y2Q2 | Product/Output | Submit complete draft structural intervention research strategy to NIH, ████ and ████ for administrative review. |
| Delivery Method | Sent by Signing Official to NIH OT Staff | | |
| Ownership | ████ recipient | | |
| Dependencies | None | | |
| Assumptions | Consultation with ████ and ████ | | |
| Risks | ████ recipient complete during negotiations. [What (if any) objects, ideas, projects, circumstances are currently known as potential problems. This is not meant to be exhaustive but instead to highlight critical risks] | | |
| Mitigations | ████ recipient complete during negotiations. [What can be done to move a milestone forward if there are delays within participating ████ or with an external group. Mitigations should move beyond working on another milestone, especially if there are dependencies on this milestone within the participating ████ or other partners.] | | |
| Work Breakdown Structure | ████ recipient complete during negotiations. [Describe who will carry out the activities and how will they be carried out to meet the milestone/deliverable.] | | |

| FY 2025 | Title: Pilot initial research activities and strategies | | |
|---|---|---|---|
| Description | Project sites pilot initial research activities and strategies, as appropriate. | | |
| Due Date | Y2Q4 | Product/Output | Documentation of initiation of pilot activities |
| Delivery Method | TBD | | |
| Ownership | ████ recipient | | |
| Dependencies | None | | |
| Assumptions | Consultation with ████ and ████ | | |
| Risks | ████ recipient complete during negotiations. [What (if any) objects, ideas, projects, circumstances are currently known as potential problems. This is not meant to be exhaustive but instead to highlight critical risks] | | |
| Mitigations | ████ recipient complete during negotiations. [What can be done to move a milestone forward if there are delays within participating ████ or with an external group. Mitigations should move beyond working on another milestone, especially if there are dependencies on this milestone within the participating ████ or other partners.] | | |
| Work Breakdown Structure | ████ recipient complete during negotiations. [Describe who will carry out the activities and how will they be carried out to meet the milestone/deliverable.] | | |

| FY 2025 – FY 2027 | Title: Coordinate and share with ████ any ████-related data to facilitate ████-wide data activities. | | |
|---|---|---|---|
| Description | Project sites collects, manages, and shares Common Data Elements (CDEs) and other relevant data with the ████ that aligns with the ████ data collection and sharing protocol, as appropriate | | |
| Due Date | Y2Q4 – Y4Q4 | Product/Output | Data management, collection and sharing with ████ |
| Delivery Method | TBD | | |
| Ownership | ████ recipient | | |

| Dependencies | None |
|---|---|
| Assumptions | Consultation with ▮ and ▮ |
| Risks | ▮ recipient complete during negotiations. [What (if any) objects, ideas, projects, circumstances are currently known as potential problems. This is not meant to be exhaustive but instead to highlight critical risks] |
| Mitigations | ▮ recipient complete during negotiations. [What can be done to move a milestone forward if there are delays within participating ▮ or with an external group. Mitigations should move beyond working on another milestone, especially if there are dependencies on this milestone within the participating ▮ or other partners.] |
| Work Breakdown Structure | ▮ recipient complete during negotiations. [Describe who will carry out the activities and how will they be carried out to meet the milestone/deliverable.] |

| FY 2026 | Title: Complete general and Hub-focused research and capacity building trainings | | |
|---|---|---|---|
| Description | All project sites complete general and Hub-focused research and capacity building trainings | | |
| Due Date | Y3Q4 | Product/Output | Certificate documenting training completion. |
| Delivery Method | TBD | | |
| Ownership | ▮ recipient | | |
| Dependencies | None | | |
| Assumptions | Consultation with ▮ and ▮ | | |
| Risks | ▮ recipient complete during negotiations. [What (if any) objects, ideas, projects, circumstances are currently known as potential problems. This is not meant to be exhaustive but instead to highlight critical risks] | | |
| Mitigations | ▮ recipient complete during negotiations. [What can be done to move a milestone forward if there are delays within participating ▮ or with an external group. Mitigations should move beyond working on another milestone, especially if there are dependencies on this milestone within the participating ▮ or other partners.] | | |
| Work Breakdown Structure | ▮ recipient complete during negotiations. [Describe who will carry out the activities and how will they be carried out to meet the milestone/deliverable.] | | |

| FY 2026 | Title: Pilot of research strategies | | |
|---|---|---|---|
| Description | All project sites pilot of research strategies, as appropriate, with technical assistance from the Hubs. | | |
| Due Date | Y3Q4 | Product/Output | Documentation of pilot activities |
| Delivery Method | Quarterly report(s) for executive summary | | |
| Ownership | ▮ recipient | | |
| Dependencies | None | | |
| Assumptions | Consultation with ▮ and ▮ | | |
| Risks | ▮ recipient complete during negotiations. [What (if any) objects, ideas, projects, circumstances are currently known as potential problems. This is not meant to be exhaustive but instead to highlight critical risks] | | |
| Mitigations | ▮ recipient complete during negotiations. | | |

|  | [What can be done to move a milestone forward if there are delays within participating CCC or with an external group. Mitigations should move beyond working on another milestone, especially if there are dependencies on this milestone within the participating CCC or other partners.] |
|---|---|
| Work Breakdown Structure | ▮ recipient complete during negotiations.<br>[Describe who will carry out the activities and how will they be carried out to meet the milestone/deliverable.] |

| FY 2027 | Title: Complete and submit their final structural intervention research strategy | | |
|---|---|---|---|
| Description | All project sites complete and submit their final structural intervention research strategy to NIH and EPCs for critique/evaluation participate in ad hoc communications with the ▮ | | |
| Due Date | Y4Q4 | Product/Output | Administrative review by NIH Staff and External Program Consultants (EPCs) for critique/evaluation. |
| Delivery Method | TBD | | |
| Ownership | ▮ recipient | | |
| Dependencies | None | | |
| Assumptions | Consultation with ▮ and ▮ | | |
| Risks | ▮ recipient complete during negotiations.<br>[What (if any) objects, ideas, projects, circumstances are currently known as potential problems. This is not meant to be exhaustive but instead to highlight critical risks] | | |
| Mitigations | ▮ recipient complete during negotiations.<br>[What can be done to move a milestone forward if there are delays within participating ▮ or with an external group. Mitigations should move beyond working on another milestone, especially if there are dependencies on this milestone within the participating ▮ or other partners.] | | |
| Work Breakdown Structure | ▮ recipient complete during negotiations.<br>[Describe who will carry out the activities and how will they be carried out to meet the milestone/deliverable.] | | |

| FY 2027 | Title: Initiate implementation of structural interventions | | |
|---|---|---|---|
| Description | Project sites initiate implementation of structural interventions, as appropriate, with technical assistance from Hubs | | |
| Due Date | Y4Q4 | Product/Output | Documentation of initiation of intervention implementation |
| Delivery Method | Quarterly report(s) for executive summary | | |
| Ownership | ▮ recipient | | |
| Dependencies | None | | |
| Assumptions | Consultation with ▮ and ▮ | | |
| Risks | ▮ recipient complete during negotiations.<br>[What (if any) objects, ideas, projects, circumstances are currently known as potential problems. This is not meant to be exhaustive but instead to highlight critical risks] | | |
| Mitigations | ▮ recipient complete during negotiations.<br>[What can be done to move a milestone forward if there are delays within participating ▮ or with an external group. Mitigations should move beyond working on another milestone, especially if there are dependencies on this milestone within the participating ▮ or other partners.] | | |

| Work Breakdown Structure | ▮▮▮ recipient complete during negotiations. [Describe who will carry out the activities and how will they be carried out to meet the milestone/deliverable.] |
|---|---|

NIH NGA R | Version: 81 - 4/14/2023 5:34:00 PM | Generated on: 9/22/2023 12:07:28 AM

## ATTACHMENT # 2 Statement of Budgetary Projections

The Recipient is authorized to expend funds up to the amounts reflected in the "Federal Funds Authorized" section. This SBP is based on the recipient's approved budget. It is the responsibility of the recipient to manage within this level of obligated resources consistent with the SOM (Attachment 1).

| OT Award/Modification | Date | Authorization Description | Period of Performance | Federal Funds Authorized | Restricted Funds | Unrestricted Funds | Budget Period |
|---|---|---|---|---|---|---|---|
| Initial Award | See NoA Page 1 | Notice of Award (NoA) | See NoA Page 1 | See NoA Page 1 | See below | See below | See NoA Page 1 |
| Total | | | | | | | |

**RESTRICTION:**

The list of items below requires NIH's prior approval. The recipient must submit the prior approval request with the justification (and supporting documents, i.e. vendor quote) at least 30 days in advance explaining the need in purchasing the items and benefits to the research under the Other Transactions Award. The documentation must be submitted via Add Additional Materials through the Status tab of the eRA Commons.

1. All Information Technology (IT) Devices and Systems (laptops, desktops, software subscriptions)
2. All Mobile Devices (tablets, iPads, mobile phones, digital media players, netbooks)
3. Internet services (broadband, hotspots, high-speed options, mobile service plans, video conferencing, fiber-optic, cable, satellite)
4. Participants/Trainee Support Costs
5. Equipment
6. Travel

No funds may be drawn down from the payment system and no obligations may be made against Federal funds for any of the above-mentioned items prior to the NIH's approval and issuance of the NoA modification specifying the removal of the restriction(s).

NIH NGA R | Version: 81 - 4/14/2023 5:34:00 PM | Generated on: 9/22/2023 12:07:28 AM

## ATTACHMENT # 3 Financial Reporting Requirements

The financial status report schedule is the same as the technical progress report with a due date as by the 15th of the applicable month. It should be no more than one (1) page, named as Financial Status Report and submitted via **Add Additional Materials** through the Status tab of the eRA Commons.

- Year 1, Quarter 1 (Y1Q1) interim financial status report – 3 months after the start of award

- Year 1, Quarter 2 (Y1Q2) interim financial status report – 6 months after the start of award

- Year 1, Quarter 3 (Y1Q3) interim financial status report – 9 months after the start of award

The recipient shall provide summarized details on the expenditure for each major cost category: personnel (salary and fringe benefit), equipment, travel, other direct cost (may list major items if necessary), each subrecipient by subtotal only, indirect costs (F & A) costs, total costs. The report will also include an accounting of any Interest Earned on Advances if applicable.  **Example of quarterly reporting format may be as below:**

| Category | Authorization Amount | Quarterly Expenditures | Quarterly Disbursements (Drawdowns) | Cumulative Disbursements (Drawdowns) | Unliquidated Obligations | Comments |
|---|---|---|---|---|---|---|
| Total Personnel &Benefits | | | | | | |
| Equipment | | | | | | |
| Travel | | | | | | |
| Other Direct Cost (Specify) | | | | | | |
| Other Direct Cost (Specify) | | | | | | |
| Subaward 1 | | | | | | |
| Subaward 2 | | | | | | |
| Indirect (F &A )Costs (Prime only) | | | | | | |
| Total Costs | | | | | | |

Report amounts from the beginning of award, see below.

| | |
|---|---|
| Total Authorization Amount | $ |
| Quarterly Expenditures | $ |
| Cumulative Disbursements | $ |
| Remaining Balance | $ |
| Projected Burn Rate | *(SPECIFY)* |
| Actual Burn Rate | *(SPECIFY)* |

Year 1 Annual Financial Federal Report (SF425):– 12 months after the start date of award and instead of Quarter 4 interim report through the method as below. The SF-425 can be accessed at https://www.grants.gov/forms/post-award-reporting-forms.html. The FFR must be uploaded via eRA Commons. Instructions for submitting the FFR can be accessed at: https://era.nih.gov/erahelp/commons/FFR/Archive_FFR/ffr_submittingForm.htm

**Definitions**

**Authorization Amount**

The total amount awarded to the non-Federal entity since the start of the award.

**Cumulative Disbursements**
The cumulative total of the Federal share of disbursements made against award authorizations from the beginning of the award through the reporting period end date.

**Disbursement**
Amounts paid for goods and services. Normally, NIH federal funds are considered disbursed when funds have been withdrawn from the Payment Management System (PMS).

**Expenditures**
Charges made by a non-Federal entity to a project or program for which a Federal award was received.

**Unliquidated Obligations**
For financial reports prepared on a cash basis, obligations incurred by the non-Federal entity that have not been paid (liquidated). For reports prepared on an accrual expenditure basis, these are obligations incurred by the non-Federal entity for which an expenditure has not been recorded.

NIH NGA R | Version: 81 - 4/14/2023 5:34:00 PM | Generated on: 9/22/2023 12:07:28 AM

## ATTACHMENT # 4 Data Management and Sharing Plan

A.        DATA TYPE

A1. Types and amount of scientific data expected to be generated in the project. This project will generate qualitative data and quantitative data. All data will be specific participant experiences with the structural interventions being evaluated and self-report health behaviors, psychosocial factors (e.g., gender affirmation, affect), and demographics (e.g., age, race/ethnicity). Quantitative data will be collected via electronic surveys. In addition, data will also be collected and publicly available on the data dashboard in aggregate form. Qualitative data will include audio recordings and written matrices of results (themes and quotes).

A2. Scientific data that will be preserved and shared, and the rationale for doing so. All data will be deidentified and preserved for at least 3 years (per NIH guidelines). Qualitative data (audio files or transcripts) will not be shared, given the sensitive nature of having individual voices on tape and quotes documented. In other words, to protect confidentiality, especially in this marginalized group, qualitative data will not be shared. For the quantitative data, all deidentified data will be shared including the original individual survey responses (vs. summary variables/calculations). This allows for others to check variable calculations made by the study team for replication and conduct further analyses.

A3. Metadata, other relevant data, and associated documentation. A study protocol, assessment battery, and data code book will be made available to facilitate interpretation of scientific data. However, any assessment that is not freely available (i.e., requires purchase/licenses) will not be published in the battery, but information regarding how to obtain measure will be provided instead.

B.        RELATED TOOLS, SOFTWARE AND/OR CODE

Data will be provided CSV (comma-separated values) format, a generic format to allow for import into various statistical software programs and computer operating systems.

C.        STANDARDS

Common data standards applied to scientific data and associated documentation will include reporting of variable names and response values. Also, variable and response labels will be created which mitigate misinterpretation and use of data.

D.        DATA PRESERVATION, ACCESS, AND ASSOCIATED TIMELINES

D1. Repository where scientific data and metadata will be archived. Data will be stored in the Inter-university Consortium for Political and Social Research (ICPSR), openICPSR is a self-publishing repository for social, behavioral, and health sciences research data.

D2. How scientific data will be findable and identifiable. Data will be identified via a unique Digital Object Identifier (DOI) and accessible via the openICPSR website.

D3. When and how long the scientific data will be made available. Data will be made available no later than at the time of the primary outcome manuscript is published. Data will be made available for at least 3 years, as per NIH guidelines.

E.        ACCESS, DISTRIBUTION, OR REUSE CONSIDERATIONS

NIH NGA R | Version: 81 - 4/14/2023 5:34:00 PM | Generated on: 9/22/2023 12:07:28 AM

E1. Factors affecting subsequent access, distribution, or reuse of scientific data. The sole data sharing limitation is that qualitative data will not be shared. As described above, we believe sharing audio files of interviews and focus groups, or all written quotes could compromise the privacy and safety of participants. LGBTQIA+ individuals are a marginalized community and may experience discrimination. Audio files that include voices of participants and written documents that include all quotes could put participants at greater risk of re-identification which could subsequently lead to unintended harm.

E2. Whether access to scientific data will be controlled. Deidentified quantitative data will be made available as public use data to the research community via ICPSR. Users of the public use data must register with ICPSR and in doing so, agree to the Terms of Use that protect study participants. Access to the data will require limiting data use to scientific research and reporting of data in aggregate form. Moreover, any attempts to identify individual survey participants will be strictly prohibited and the sharing of any data will be strictly prohibited.

In addition, the general public will have access to summary data made available through the data dashboard. Trainings and resources on how to access and use this resource will be developed and evaluated as part of this intervention.

E3. Protections for privacy, rights, and confidentiality of human research participants. All data will be deidentified and a Certificate of Confidentiality obtained. As discussed above, to protect privacy and confidentiality, we have opted not to share qualitative data, and to protect participant rights, we are opting for a controlled sharing of data.

## D. OVERSIGHT OF DATA MANAGEMENT AND SHARING

Drs. ███████████████████████████████ will have shared responsibility of plan compliance. All materials to be deposited into openICPSR will be reviewed by all parties and all requests for data use will have to be approved by all parties. Further, no one else will have access to depositing materials in the repository aside from Drs. █████ ██████████████.

## ATTACHMENT # 5 Plan for Enhancing Diverse Perspectives (PEDP)

███████████████████████ centers health equity in internal and external practices, processes, and outcomes through a B-JEDI (Belonging, Justice, Equity, Diversity, and Inclusion) approach. We have developed a B-JEDI checklist to identify potential biases, challenges, and barriers to implementing equitable and inclusive projects/processes. The B-JEDI Checklist helps us in identifying target populations and opportunities toward equitable and inclusive processes/practices in planning and implementing our projects with the long-term goal of reducing disparities. We plan on utilizing this and other organizational tools to ensure that inclusivity is embedded across every aspect of this project.

Through this project, UHP will ensure that the focus of the work prioritizes the sexual and gender minority (SGM) community and other social identities that have been historically disenfranchised and are experiencing high levels of health disparities by:

- Working with the academic partners (█████████████████████████████ ), ███████ and █████████████████████ to build a consortium of community stakeholders of the SGM community, government affiliates, including the school board, and community-based organizations (focused on education, housing, health care and/or access to care) that will speak to the various social determinants of health (SDoH) impacting the health and social outcomes of SGM in ████████████████████. Many of these have already provided letters of support.
- Working closely with partners to identify additional stakeholders that serve or represent the target population to join our group of SDoH experts/consultants and our group of LGBTQIA+ experts/consultants. This includes a disability consultant to ensure ability status and inclusion of people with disabilities is taken into consideration throughout planning.
- Providing financial incentives (as reflected in our budget) to engage our LGBTQIA+ partners, especially grassroots community-based organizations who would otherwise be unable to (and should not be expected) volunteer their time and expertise.
- Engaging, hiring, and working with community members who identify as member of the LGBTQIA+ community or an ally of the community to understand needs, priorities, strengths, and desired community services and support through our Community Liaison Framework which is a community power and capacity-building model. Community Liaisons will be integrated throughout the course of the project to ensure community representation and voice, and authentic, effective community engagement.
- Ensuring there is representation from and targeted engagement of community members and community agencies that belong to the LGBTQIA+ community and other groups such as persons with disabilities, lower-income individuals, older adults, youth, indigenous communities, those with low access to technology or digital literacy, and others that have been historically disenfranchised.
- Grounding the project and the ███████ committee and subcommittees on a central goal of health equity that all members will commit to and receive training on.
- Identifying priority communities and geographical locations based on equity factors such as health disparities experienced, income-level, levels of houselessness and unemployment, immigration and documentation status, youth and older adults, and those with low digital literacy/technology access.
- Advocating for services provided by partners including ████████████████ to be prioritized for the SGM community.
- Working to have public-facing outreach and informational materials be available in Spanish and Haitian Creole.
- Advocating for services that are provided to be translated into multiple languages.
- Employing a culturally responsive communications campaign that accounts for generational differences and access to technology to build engagement, calls to action, and for dissemination.

- Utilizing ███████████████████████████████ which ensures that the strategies identified are based on community needs and cultural and social context through a co- design model.

## ATTACHMENT # 6 Multiple Principal Investigator Leadership Plan

All multiple PD/PI applications are required to include a Leadership Plan. The purpose of the Leadership Plan is to facilitate and enhance scientific productivity and establish a decision-making process. The Plan must describe a rationale for choosing the multiple PD/PI approach. The governance and organizational structure of the leadership team and the research project should be described, including communication plans, process for making decisions on scientific direction, and procedures for resolving conflicts. The roles and administrative, technical, and scientific responsibilities for the project or program should be delineated for the PD/PIs, including responsibilities for human subject studies or studies with vertebrate animals as appropriate.

**Not Applicable.**

## ATTACHMENT # 7 Human Subject Delayed Onset Study

The specifics for the research study and community structural interventions will be determined during the first two years of the project, as is outlined in the Research Strategy and the RFP. During this period we will engage with our academic and community partners to determine the best approaches to address the social determinants of health impacting the health of the LGBTQIA+ community in ███████████████ .  Once the study protocol is developed and all other study documents have been developed, the study team will submit all materials to the ████████████████ IRB for review.  The team will not engage with human subjects until IRB approval is obtained.

## ATTACHMENT # 8 Steering Committee Requirements and Consortium Governance

The ███████ Steering Committee will govern the activities of the ███████ program recipients and will be comprised of the following participants:

- Principal Investigators (PIs) of the ███████ Community-led, Health Equity Structural Intervention (███████),
- The ███████ Center (███ award(s),
- The ███████████ (beginning in Year 2),
- NIH staff acting as Program Officials (POs) and Project Scientists (PSs), and
- The NIH OSC/Common Fund Program Leader.

While governance of the ███████ consortium rests with the Steering Committee (SC), the SC is subject to oversight by the NIH Common Fund. The SC will be coordinated and administrated by the ███ The SC will work cooperatively and interactively, during all phases of the ███████ program to promote collaboration, and information and resource sharing across the ███████ Program.

The SC co-chairs will be independently appointed by the NIH in collaboration with the ███████ SC. The SC co-chairs will preside at all SC meetings. Scientific direction will be in compliance with NIH research policies and procedures. The governance structure will be cocreated by SC members and NIH staff. For votes, the ███ award will have one vote, the ███████████ ███ collectively will have one vote and each ███ award will have one vote. All Federal staff together will have one vote. The SC will review and approve policies and procedures developed by the SC. The SC decisions will be made by a majority vote.

Specific activities during the two-year intervention planning, development, piloting (as appropriate) and partnership phase (Phase I) that the community organization and their research partner are required to participate in will include, but are not limited to:

- Participating as voting member(s) of the SC,
- Assigning project staff to serve as a member of the SC committees and working groups, ███ committees and working groups, and ███████████ committees and working groups,
- Attending monthly SC meetings, one of which is an annual in-person meeting, travel conditions permitting, in Bethesda, MD or surrounding areas,
- Working with the ███ and SC to identify and employ Common Data Elements (CDEs), including health outcomes, that will be used across different sites,
- Collecting and submitting to the ███ the SC's agreed-upon CDEs and health outcome data, as appropriate,
- Implementing guidelines and procedures developed by the SC,
- Participating in the development of consortium-wide policies and abide by all policies developed by the SC and approved by NIH staff, and
- Participating in and abiding by the decisions of the SC's Dispute Resolution Panel, which is composed of two SC members (a SC designee and a NIH SC designee) and one subject matter expert with expertise in the relevant area (selected by SC designees or by the relevant ███████ recipient).

Within the context of the SC, the following Conflict/Dispute Resolution procedures apply:  Any disagreements that may arise in scientific or programmatic matters (within the scope of the award) between recipients and the NIH may be brought to Dispute Resolution.  This special dispute resolution procedure for SC does not alter the recipients' right to appeal an adverse action that is otherwise appealable in accordance with the terms and conditions of award herein.

**STAFF CONTACTS**

**Agreements Officer:** Esther  Young
**Email:** youngel@mail.nih.gov  **Phone:** (301) 827-9301

**Program Official:** Yvonne Owens Ferguson
**Email:** yvonne.ferguson@nih.gov  **Phone:** (301) 827-7136

**Agreements Specialist:** Yuping Li Burr
**Email:** yuping.burr@nih.gov  **Phone:** (301) 480-7622

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** ███████████

**INSTITUTION:** ████████████████

| Budget | Year 1 |
|---|---|
| TOTAL FEDERAL DC | $████ |
| TOTAL FEDERAL F&A | $████ |
| TOTAL COST | $████ |

Notice of Award



OTHER TRANSACTIONS
Department of Health and Human Services
National Institutes of Health

Federal Award Date: ████/2024



OFFICE OF THE DIRECTOR, NATIONAL INSTITUTES OF HEALTH

**Award Number:** ███████████
**FAIN:** ██████████

**Principal Investigator(s):**
███████████

**Project Title:** ████████████████████████████

Andrea Iglesias
████████████████
█████████

**Award e-mailed to:** ██████████

**Period Of Performance:**
**Budget Period:** ████/2024 – ████/2025
**Project Period:** ████/2023 – ████/2028

Dear Business Official:

The National Institutes of Health hereby awards an Other Transactions award in the amount of $█████
(see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to ████████████
████████ in support of the above referenced project. This award is pursuant to the authority cited in
the agreement and is subject to the requirements of this statute and regulation and of other referenced,
incorporated or attached terms and conditions.

This is an Other Transactions (OTs) award, which is a unique type of legal awarding instrument that used by
the NIH and is not subject to the Federal Acquisition Regulations (FAR) nor the Uniform Grant Regulations (2
CFR 200) unless otherwise noted for certain provisions within the terms and conditions of award. OTs are
subject to the authority that governs the initiative, applicable legislative mandates, and the terms and
conditions in the OT agreement.

Acceptance of this award is acknowledged by the award recipient when an OT agreement is signed or when
funds are drawn down or otherwise obtained from the Payment Management System.

If you have any questions about this award, please contact the NIH contacts referenced in the Other
Transactions agreement.

Sincerely yours,

Esther  Young
Other Transactions Agreements Officer
OFFICE OF THE DIRECTOR, NATIONAL INSTITUTES OF HEALTH

Additional information follows

**SECTION I – AWARD DATA –** ████████████████

<u>Award Calculation (U.S. Dollars)</u>

| | |
|---|---|
| **Federal Direct Costs** | $ █ |
| **Federal F&A Costs** | $ █ |
| **Approved Budget** | $ █ |
| **Total Amount of Federal Funds Obligated (Federal Share)** | $ █ |
| **TOTAL FEDERAL AWARD AMOUNT** | $ █ |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $ █ |



| SUMMARY TOTAL FEDERAL AWARD AMOUNT YEAR ( 1 ) | |
|---|---|
| **GRANT NUMBER** | **TOTAL FEDERAL AWARD AMOUNT** |
| ██████████████ | $ █ |
| | $ █ |
| **TOTAL** | $ █ |

| SUMMARY TOTALS FOR ALL YEARS | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 1 | $ █ | $ █ |

<u>Fiscal Information:</u>
**EIN:**
**Document Number:** ███████████
**PMS Account Type:** P (Subaccount)
**Fiscal Year:** 2024

| IC | CAN | 2024 |
|---|---|---|
| OD | ████████ | $ ███ |

**NIH Administrative Data:**
**PCC:** / **OC:** 41062 / **Released:** ████ /2024
**Award Processed:** ████ /2024 12:06:24 AM

**SECTION II – PAYMENT/HOTLINE INFORMATION –** ██████████████

For payment and HHS Office of Inspector General Hotline information:

**Payment Information:**
Payments will be made available through <u>the DHHS Payment Management System (PMS)</u>. PMS is administered by the Division of Payment Management, Program Support Center (PSC), DHHS, Office of the Deputy Assistant Secretary, Finance, which will forward instructions for obtaining payments. Requests for downloadable forms and inquiries regarding payment should be directed to:

Regular Mailing Address

Division of Payment Management
P.O. Box 6021
Rockville, MD 20852

Telephone: (301) 443-1660

Overnight Mailing Address

U.S. Department of Health and Human Services
    Division of Payment Management
    7700 Wisconsin Avenue, Suite 920
    Bethesda, MD 20814

**OIG Hotline Information:**

<u>Office of Inspector General</u>
Department of Health and Human Services
Attn: HOTLINE
PO Box 23489

Washington, DC 20026
Telephone Number: 1-800-447-8477 (1-800-HHS-TIPS)
E-mail: HHSTips@oig.hhs.gov
Web Address: http://oig.hhs.gov/fraud/hotline/

**SECTION III – TERMS AND CONDITIONS –** ████████████

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

a. The award legislation.
b. Terms of the OT agreement.
c. Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
d. The following public policy requirements apply. See the terms of the OT agreement for full details:
   - Debarment and Suspension
   - Federal Information Security Management Act (FISMA)
   - Fly America Act
   - Human Embryo Research and Cloning Ban
   - Human Fetal Tissue Research
   - Human Stem Cell Research
   - Lobbying Prohibition
   - National Environmental Policy Act
   - Salary Limitation/Cap
   - Research Involving Recombinant or Synthetic Nucleic Acid Molecules
   - Research Misconduct
   - Restriction on Abortions & Exceptions
   - Research Subjects Protections and Requirements
   - Pro-Children Act of 1994
   - Promotion or Legalization of Controlled Substances
   - Restriction of Pornography on Computer Networks
   - Restriction on Distribution of Sterile Needles
   - Select Agents
   - USA Patriot Act
e. The recipient hereby agrees that it will comply with:
   1. Title VI of the Civil Rights Act of 1964 (Pub. L. 88-352), as amended, and all requirements imposed by or pursuant to the Regulation of the Department of Health and Human Services (45 C.F.R. Part 80), to the end that, in accordance with Title VI of that Act and the Regulation, no person in the United States shall, on the ground of race, color, or national origin, be excluded from participation in, be denied the benefits of, or be otherwise subjected to discrimination under any program or activity for which the Applicant receives Federal funding from the Department.
   2. Section 504 of the Rehabilitation Act of 1973 (Pub. L. 93-112), as amended, and all requirements imposed by or pursuant to the Regulation of the Department of Health and Human Services (45 C.F.R. Part 84), to the end that, in accordance with Section 504 of that Act and the Regulation, no otherwise qualified individual with a disability in the United States shall, solely by reason of her or his disability, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity for which the Applicant receives Federal funding from the Department.
   3. Title IX of the Education Amendments of 1972 (Pub. L. 92-318), as amended, and all requirements imposed by or pursuant to the Regulation of the Department of Health and Human Services (45 C.F.R. Part 86), to the end that, in accordance with Title IX and the Regulation, no person in the United States shall, on the basis of sex, be excluded from participation in, be denied the benefits of, or be otherwise subjected to discrimination under any education program or activity for which the Applicant receives Federal funding from the Department.
   4. The Age Discrimination Act of 1975 (Pub. L. 94-135), as amended, and all requirements imposed by or pursuant to the Regulation of the Department of Health and Human Services (45 C.F.R. Part 91), to the end that, in accordance with the Act and the Regulation, no person in the United States shall, on the basis of age, be denied the benefits of, be excluded from participation in, or be subjected to discrimination under any program or activity for which the Applicant receives Federal funding from the Department.
   5. Section 1557 of the Affordable Care Act (Pub. L. 111-148), as amended, and all requirements imposed by or pursuant to the Regulation of the Department of Health and Human Services (45

NIH NGA R | Version: 91 - 6/18/2024 1:59:00 PM | Generated on: 9/21/2024 12:06:24 AM

CFR Part 92), to the end that, in accordance with Section 1557 and the Regulation, no person in the United States shall, on the ground of race, color, national origin, sex, age, or disability be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any health program or activity for which the Applicant receives Federal funding from the Department.

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM). Should a consortium/subaward be issued under this award, a UEI requirement must be included.

This award has been assigned the Federal Award Identification Number (FAIN) ▮▮▮▮▮▮▮▮. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

**SECTION IV – OD Special Terms and Conditions –** ▮▮▮▮▮▮▮▮▮▮▮▮

**REVISION 2 – NOTICE OF AWARD (NoA)**

**NEW SEGMENT**– This supplemental award segment is provided in response to the documentation submitted on ████, 2024. This award represents a new funding segment to the Notice of Award. ***All funds remaining from the previous award are available for use during this award segment.***

**ARTICLE V: OBLIGATION AND PAYMENT- SECTION M (HUMAN SUBJECTS RESEARCH)** ...................................................................................................6
**ATTACHMENT 1:  STATEMENT OF MILESTONES -** ......................................................7
**ATTACHMENT 2: STATEMENT OF BUDGETARY PROJECTIONS** .............................9
**ATTACHMENT 3: FINANCIAL REPORTING REQUIREMENTS** ...................................10
**ATTACHMENT 4: DATA SHARING AND MANAGEMENT PLAN** ...............................11
**ATTACHMENT 5: PLAN FOR ENHANCING DIVERSE PERSPECTIVES** ....................12
**ATTACHMENT 6: MULTIPLE PRINCIPAL INVESTIGATOR PLAN** .............................13
**ATTACHMENT 7: HUMAN SUBJECT DELAYED ONSET STUDY** ..............................14

**ARTICLE V: OBLIGATION AND PAYMENT- SECTION M (HUMAN SUBJECTS RESEARCH)**

**Previous terms and conditions remain.**

## ATTACHMENT 1: STATEMENT OF MILESTONES -

## 2nd YEAR PROJECT PERIOD

| FY 2025 | Title: Submit complete structural intervention-related epidemiological, behavioral, community and environmental assessment report | | |
|---|---|---|---|
| Description | All project sites complete their structural intervention-related epidemiological, behavioral, community and environmental/structural assessment to understand the multi-level domains that influence the health outcomes and, as appropriate, identify structural intervention targets. | | |
| Due Date | January 15, 2025 | Product/Output | Submit final report and executive summary of community assessment to NIH and ▉ This deliverable will be considered as your quarterly report, include Year 2 budget expenditures with this deliverable. |
| Delivery Method | Sent by Signing Official to eRA commons and to ▉ | | |
| Ownership | ▉ recipient | | |

| FY 2025 | Title: Submit initial draft structural intervention research strategy to be reviewed by NIH, ▉ and ▉ | | |
|---|---|---|---|
| Description | All project sites submit their initial draft of structural intervention research strategy that includes plans for budget, research methods, feasibility and/or usability plans and/or report. | | |
| Due Date | April 15, 2025 | Product/Output | Submit draft documentation of structural intervention research strategy to NIH and ▉ This deliverable will be considered as your quarterly report, include Year 2 budget expenditures with this deliverable. |
| Delivery Method | Sent by Signing Official to eRA commons and to ▉ | | |
| Ownership | ▉ recipient | | |

| FY 2025 | Title: Submit revised year 3 budget expenditures and justification after receiving feedback from scientific and programmatic review of the initial draft structural intervention research strategy. | | |
|---|---|---|---|
| Description | All project sites complete and submit their year 3 budget. | | |
| Due Date | June 15, 2025 | Product/Output | Submit revised year 3 budget to NIH. |
| Delivery Method | Sent by Signing Official to eRA commons. | | |
| Ownership | ███ recipient | | |

| FY 2025 | Title: Submit final structural intervention research strategy after receiving input from NIH, ███ and ███ | | |
|---|---|---|---|
| Description | All project sites complete and submit their draft structural intervention research strategy. | | |
| Due Date | July 15, 2025 | Product/Output | Submit revised structural intervention research strategy to NIH and ███ This deliverable will be considered as your quarterly report, include Year 2 budget expenditures with this deliverable. |
| Delivery Method | Sent by Signing Official to eRA commons and to ███ | | |
| Ownership | ███ recipient | | |

| FY 2026 | Title: Submit final or annual progress report | | |
|---|---|---|---|
| Description | All project sites must either complete a final or annual progress report for the end of the year project activities. | | |
| Due Date | October 15, 2025 | Product/Output | Submit documentation of final or annual progress report. This deliverable will be considered as your quarterly report, include Year 2 budget expenditures with this deliverable. |
| Delivery Method | Sent by Signing Official to eRA commons | | |
| Ownership | ███ recipient | | |

**ATTACHMENT 2: STATEMENT OF BUDGETARY PROJECTIONS**

**Refer to the latest Notice of Award (NoA) that updated this attachment and follow the prior approval submission process for any remaining changes and restrictions.**

## ATTACHMENT 3: FINANCIAL REPORTING REQUIREMENTS

**Quarterly Reporting Requirements:**
Year 2 Quarter 1 Reporting Period: ███/2024 to 12/31/2024 (Due by January 15, 2025)
Year 2 Quarter 2 Reporting Period: 01/01/2025 to 03/31/2025 (Due by April 15, 2025)
Year 2 Quarter 3 Reporting Period: 04/01/2025 to 06/30/2025 (Due by July 15, 2025)
**Year 2 Annual Reporting Period: 09/21/2024 to 09/20/2025 (Due by October 15, 2025)**

NIH NGA R | Version: 91 - 6/18/2024 1:59:00 PM| Generated on: 9/21/2024 12:06:24 AM

## ATTACHMENT 4: DATA SHARING AND MANAGEMENT PLAN

**Previous terms and conditions remain.**

### ATTACHMENT 5: PLAN FOR ENHANCING DIVERSE PERSPECTIVES

**Previous terms and conditions remain.**

NIH NGA R | Version: 91 - 6/18/2024 1:59:00 PM| Generated on: 9/21/2024 12:06:24 AM

**ATTACHMENT 6: MULTIPLE PRINCIPAL INVESTIGATOR PLAN**

**Previous terms and conditions remain.**

## ATTACHMENT 7: HUMAN SUBJECT DELAYED ONSET STUDY

**Previous terms and conditions remain.**

**ALL PREVIOUS TERMS AND CONDITIONS REMAIN UNCHANGED AND IN EFFECT.**

**STAFF CONTACTS**

**Agreements Officer:** Esther  Young
**Email:** youngel@mail.nih.gov  **Phone:** (301) 827-9301

**Program Official:** Susan  Shero
**Email:** susan.shero@nih.gov

**Agreements Specialist:** Elfreda Regina Nymn
**Email:** elfreda.nymn@nih.gov  **Phone:** (301) 451-7092

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** ██████████████

**INSTITUTION:** ████████████████████

# Exhibit B



**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Public Health Service

National Institutes of Health
Bethesda, Maryland 20892
www.nih.gov

February 28, 2025

████████████████████

Dear Dr. ████

Funding for Project Number OT2 OD 035935 is hereby terminated pursuant to Article II of the agreement. This letter constitutes a notice of termination.

According to the Article II: Term, "If the NIH decides to terminate an OT award, the termination of the award will be considered a unilateral change and the Recipient will not have the right to appeal. Although a decision is made to terminate an award, the Recipient must continue to comply with the Record Retention and Access requirements."

This award no longer effectuates agency priorities. NIH is obligated to carefully steward other transaction awards to ensure taxpayer dollars are used in ways that benefit the American people and improve their quality of life. Your project does not satisfy these criteria. Transgender issues: Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans. Many such studies ignore, rather than seriously examine, biological realities. It is the policy of NIH not to prioritize these research programs.

Although "NIH generally will suspend (rather than immediately terminate) an other transaction and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision, no corrective action is possible here. The premise of Project Number OT2 OD35935 is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable. Nothing in this notice excuses either NIH or you from complying with the closeout obligations. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov*.

Sincerely,


Esther Young
OT Agreement Officer
Division of Other Transactions Management
Office of Strategic Coordination – The Common Fund
Division of Program Coordination, Planning, and Strategic Initiatives
Office of the Director, NIH
6001 Executive Blvd, Room 8190
Rockville, MD 20852



*OTHER TRANSACTIONS*
Department of Health and Human Services
National Institutes of Health

Notice of Award

**Federal Award Date:**  02/28/2025



OFFICE OF THE DIRECTOR, NATIONAL INSTITUTES OF HEALTH

**Award Number:**  3OT2OD035935-01S1 REVISED
**FAIN:** OT2OD035935

**Principal Investigator(s):**

**Project Title:** Leveraging a community-driven approach to address the impact of social determinants of health on structural inequities among Miami-Dade County's intergenerational LGBTQ+ Community



**Award e-mailed to:** andrea@urbanhp.org

**Period Of Performance:**
**Budget Period:**  09/21/2024 – 09/20/2025
**Project Period:**  09/21/2023 – 09/20/2028

Dear Business Official:

The National Institutes of Health hereby revises this award  (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to ▓▓▓▓▓▓▓▓▓▓▓ in support of the above referenced project.  This award is pursuant to the authority cited in the agreement and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

This is an Other Transactions (OTs) award, which is a unique type of legal awarding instrument that used by the NIH and is not subject to the Federal Acquisition Regulations (FAR) nor the Uniform Grant Regulations (2 CFR 200) unless otherwise noted for certain provisions within the terms and conditions of award. OTs are subject to the authority that governs the initiative, applicable legislative mandates, and the terms and conditions in the OT agreement.

Acceptance of this award is acknowledged by the award recipient when an OT agreement is signed or when funds are drawn down orotherwise obtained from the PaymentManagement System.

If you have any questions about this award, please contact the NIH contacts referenced in the Other Transactions agreement.

Sincerely yours,

LINDA HEATON Shariati
Other Transactions Agreements Officer
OFFICE OF THE DIRECTOR, NATIONAL INSTITUTES OF HEALTH

Additional information follows

NIH NGA R | Version: 91 - 6/18/2024 1:59:00 PM) Generated on: 3/1/2025 12:03:49 AM

**SECTION I – AWARD DATA – 3OT2OD035935-01S1 REVISED**

**Award Calculation (U.S. Dollars)**

| | |
|---|---|
| **Federal Direct Costs** | $344,969 |
| **Federal F&A Costs** | $30,031 |
| **Approved Budget** | $375,000 |
| **Total Amount of Federal Funds Obligated (Federal Share)** | $375,000 |
| **TOTAL FEDERAL AWARD AMOUNT** | $375,000 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $0 |

| SUMMARY TOTAL FEDERAL AWARD AMOUNT YEAR ( 1 ) | |
|---|---|
| **GRANT NUMBER** | **TOTAL FEDERAL AWARD AMOUNT** |
| 3OT2OD035935-01S1 | $375,000 |
| 1OT2OD035935-01 | $1,125,000 |
| **TOTAL** | **$1,500,000** |

| SUMMARY TOTALS FOR ALL YEARS | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 1 | $375,000 | $1,500,000 |

**Fiscal Information:**
**EIN:** 1453332540A1
**Document Number:** OOD035935A
**PMS Account Type:** P (Subaccount)
**Fiscal Year:** 2024

| IC | CAN | 2024 |
|---|---|---|
| OD | 8018985 | $375,000 |

**NIH Administrative Data:**
**PCC**: / **OC**: 41062 / **Released**: 02/28/2025
**Award Processed:** 03/01/2025 12:03:49 AM

**SECTION II – PAYMENT/HOTLINE INFORMATION – 3OT2OD035935-01S1  REVISED**

For payment and HHS Office of Inspector General Hotline information:

**Payment Information:**
Payments will be made available through the DHHS Payment Management System (PMS). PMS is administered by the Division of Payment Management, Program Support Center (PSC), DHHS, Office of the Deputy Assistant Secretary, Finance, which will forward instructions for obtaining payments. Requests for downloadable forms and inquiries regarding payment should be directed to:

Regular Mailing Address                    Overnight Mailing Address

Division of Payment Management        U.S. Department of Health and Human Services
P.O. Box 6021                                      Division of Payment Management
Rockville, MD 20852                            7700 Wisconsin Avenue, Suite 920
                                                             Bethesda, MD 20814

Telephone: (301) 443-1660

**OIG Hotline Information:**

Office of Inspector General
Department of Health and Human Services
Attn: HOTLINE
PO Box 23489

NIH NGA R | Version: 91 - 6/18/2024 1:59:00 PM) Generated on: 3/1/2025 12:03:49 AM

Washington, DC 20026
Telephone Number: 1-800-447-8477 (1-800-HHS-TIPS)
E-mail: HHSTips@oig.hhs.gov
Web Address: http://oig.hhs.gov/fraud/hotline/

---

**SECTION III – TERMS AND CONDITIONS – 3OT2OD035935-01S1  REVISED**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

a.  The award legislation.
b.  Terms of the OT agreement.
c.  Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
d.  The following public policy requirements apply. See the terms of the OT agreement for full details:
   ·   Debarment and Suspension
   ·   Federal Information Security Management Act (FISMA)
   ·   Fly America Act
   ·   Human Embryo Research and Cloning Ban
   ·   Human Fetal Tissue Research
   ·   Human Stem Cell Research
   ·   Lobbying Prohibition
   ·   National Environmental Policy Act
   ·   Salary Limitation/Cap
   ·   Research Involving Recombinant or Synthetic Nucleic Acid Molecules
   ·   Research Misconduct
   ·   Restriction on Abortions & Exceptions
   ·   Research Subjects Protections and Requirements
   ·   Pro-Children Act of 1994
   ·   Promotion or Legalization of Controlled Substances
   ·   Restriction of Pornography on Computer Networks
   ·   Restriction on Distribution of Sterile Needles
   ·   Select Agents
   ·   USA Patriot Act
e.  The recipient hereby agrees that it will comply with:
   1.  Title VI of the Civil Rights Act of 1964 (Pub. L. 88-352), as amended, and all requirements imposed by or pursuant to the Regulation of the Department of Health and Human Services (45 C.F.R. Part 80), to the end that, in accordance with Title VI of that Act and the Regulation, no person in the United States shall, on the ground of race, color, or national origin, be excluded from participation in, be denied the benefits of, or be otherwise subjected to discrimination under any program or activity for which the Applicant receives Federal  funding from the Department.
   2.  Section 504 of the Rehabilitation Act of 1973 (Pub. L. 93-112), as amended, and all requirements imposed by or pursuant to the Regulation of the Department of Health and Human Services (45 C.F.R. Part 84), to the end that, in accordance with Section 504 of that Act and the Regulation, no otherwise qualified individual with a disability in the United States shall, solely by reason of her or his disability, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity for which the Applicant receives Federal funding from the Department.
   3.  Title IX of the Education Amendments of 1972 (Pub. L. 92-318), as amended, and all requirements imposed by or pursuant to the Regulation of the Department of Health and Human Services (45 C.F.R. Part 86), to the end that, in accordance with Title IX and the Regulation, no person in the United States shall, on the basis of sex, be excluded from participation in, be denied the benefits of, or be otherwise subjected to discrimination under any education program or activity for which the Applicant receives Federal funding from the Department.
   4.  The Age Discrimination Act of 1975 (Pub. L. 94-135), as amended, and all requirements imposed by or pursuant to the Regulation of the Department of Health and Human Services (45 C.F.R. Part 91), to the end that, in accordance with the Act and the Regulation, no person in the United States shall, on the basis of age, be denied the benefits of, be excluded from participation in, or be subjected to discrimination under any program or activity for which the Applicant receives Federal funding from the Department.
   5.  Section 1557 of the Affordable Care Act (Pub. L. 111-148), as amended, and all requirements imposed by or pursuant to the Regulation of the Department of Health and Human Services (45

CFR Part 92), to the end that, in accordance with Section 1557 and the Regulation, no person in the United States shall, on the ground of race, color, national origin, sex, age, or disability be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any health program or activity for which the Applicant receives Federal funding from the Department.

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM). Should a consortium/subaward be issued under this award, a UEI requirement must be included.

This award has been assigned the Federal Award Identification Number (FAIN) OT2OD035935. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

**SECTION IV – OD Special Terms and Conditions – 3OT2OD035935-01S1 REVISED**

**REVISION – NOTICE OF AWARD:**

**This project is suspended and therefore, no research activities may be carried out under this award and no funds may be obligated nor charged for any reason under this project. NIH is carrying out the suspension under NIH's independent authority under the Public Health Service Act to determine research priorities and ensure program integrity and is not being carried out under any of the Executive Orders.**

**STAFF CONTACTS**

**Agreements Officer:** Linda Heaton Shariati
**Email:** linda.shariati@nih.gov

**Program Official:** Ebony B Madden
**Email:** ebony.madden@nih.gov **Phone:** 301-503-5620

**Agreements Specialist:** Wilma Michelle Bonilla-oliver
**Email:** wilma.bonilla-oliver@nih.gov

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 3OT2OD035935-01S1 REVISED

**INSTITUTION:** ███████████████████

| Budget | Year 1 |
|---|---|
| TOTAL FEDERAL DC | $344,969 |
| TOTAL FEDERAL F&A | $30,031 |
| TOTAL COST | $375,000 |

# Exhibit C



**Notice of Award**

*OTHER TRANSACTIONS*
Department of Health and Human Services
National Institutes of Health

**Federal Award Date:** ▮▮/2025




OFFICE OF THE DIRECTOR, NATIONAL INSTITUTES OF HEALTH

---

**Award Number:** ▮▮▮▮▮▮
**FAIN:** ▮▮▮▮

**Principal Investigator(s):**
▮▮▮▮▮

**Project Title:**
▮▮▮▮▮▮▮▮▮▮▮

**Award e-mailed to:** ▮▮▮▮▮

**Period Of Performance:**
Budget Period:  ▮▮/2024 – ▮▮/2025
Project Period:  ▮▮/2023 – ▮▮/2025

Dear Business Official:

The National Institutes of Health hereby revises this award (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to ▮▮▮▮▮ in support of the above referenced project. This award is pursuant to the authority cited in the agreement and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

This is an Other Transactions (OTs) award, which is a unique type of legal awarding instrument that used by the NIH and is not subject to the Federal Acquisition Regulations (FAR) nor the Uniform Grant Regulations (2 CFR 200) unless otherwise noted for certain provisions within the terms and conditions of award. OTs are subject to the authority that governs the initiative, applicable legislative mandates, and the terms and conditions in the OT agreement.

Acceptance of this award is acknowledged by the award recipient when an OT agreement is signed or when funds are drawn down or otherwise obtained from the Payment Management System.

If you have any questions about this award, please contact the NIH contacts referenced in the Other Transactions agreement.

Sincerely yours,

LINDA HEATON Shariati
Other Transactions Agreements Officer
OFFICE OF THE DIRECTOR, NATIONAL INSTITUTES OF HEALTH

Additional information follows

**SECTION I – AWARD DATA –** ███████████████

Award Calculation (U.S. Dollars)

| | |
|---|---|
| **Federal Direct Costs** | $ █████ |
| **Federal F&A Costs** | $ █████ |
| **Approved Budget** | $ █████ |
| **Total Amount of Federal Funds Obligated (Federal Share)** | $ █████ |
| **TOTAL FEDERAL AWARD AMOUNT** | $ █████ |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $0 |



| SUMMARY TOTAL FEDERAL AWARD AMOUNT YEAR ( 1 ) | |
|---|---|
| **GRANT NUMBER** | **TOTAL FEDERAL AWARD AMOUNT** |
| ████████████ | $ █████ |
| | $ █████ |
| **TOTAL** | $ █████ |

| SUMMARY TOTALS FOR ALL YEARS | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 1 | $ █████ | $ █████ |

**Fiscal Information:**
**EIN:**
**Document Number:**       ████████
**PMS Account Type:**     P (Subaccount)
**Fiscal Year:**              2024

| IC | CAN | 2024 |
|---|---|---|
| OD | ████████ | $ █████ |

**NIH Administrative Data:**
**PCC:**  / **OC:** 41062 / **Released:** ████ /2025
**Award Processed:** ████ /2025 12:15:13 AM

**SECTION II – PAYMENT/HOTLINE INFORMATION –** ███████████

For payment and HHS Office of Inspector General Hotline information:

**Payment Information:**
Payments will be made available through the DHHS Payment Management System (PMS). PMS is administered by the Division of Payment Management, Program Support Center (PSC), DHHS, Office of the Deputy Assistant Secretary, Finance, which will forward instructions for obtaining payments. Requests for downloadable forms and inquiries regarding payment should be directed to:

Regular Mailing Address                Overnight Mailing Address

Division of Payment Management        U.S. Department of Health and Human Services
P.O. Box 6021                                  Division of Payment Management
Rockville, MD 20852                          7700 Wisconsin Avenue, Suite 920
                                                       Bethesda, MD 20814
Telephone: (301) 443-1660

**OIG Hotline Information:**

Office of Inspector General
Department of Health and Human Services
Attn: HOTLINE
PO Box 23489

NIH NGA R | Version  91 - 6/18/2024 1:59:00 PM| Generated on: 3/12/2025 12:15:13 AM

Washington, DC 20026
Telephone Number: 1-800-447-8477 (1-800-HHS-TIPS)
E-mail: HHSTips@oig.hhs.gov
Web Address: http://oig.hhs.gov/fraud/hotline/

**SECTION III – TERMS AND CONDITIONS –** ███████████████

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

a.  The award legislation.
b.  Terms of the OT agreement.
c.  Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
d.  The following public policy requirements apply. See the terms of the OT agreement for full details:
    ·   Debarment and Suspension
    ·   Federal Information Security Management Act (FISMA)
    ·   Fly America Act
    ·   Human Embryo Research and Cloning Ban
    ·   Human Fetal Tissue Research
    ·   Human Stem Cell Research
    ·   Lobbying Prohibition
    ·   National Environmental Policy Act
    ·   Salary Limitation/Cap
    ·   Research Involving Recombinant or Synthetic Nucleic Acid Molecules
    ·   Research Misconduct
    ·   Restriction on Abortions & Exceptions
    ·   Research Subjects Protections and Requirements
    ·   Pro-Children Act of 1994
    ·   Promotion or Legalization of Controlled Substances
    ·   Restriction of Pornography on Computer Networks
    ·   Restriction on Distribution of Sterile Needles
    ·   Select Agents
    ·   USA Patriot Act
e.  The recipient hereby agrees that it will comply with:
    1.  Title VI of the Civil Rights Act of 1964 (Pub. L. 88-352), as amended, and all requirements imposed by or pursuant to the Regulation of the Department of Health and Human Services (45 C.F.R. Part 80), to the end that, in accordance with Title VI of that Act and the Regulation, no person in the United States shall, on the ground of race, color, or national origin, be excluded from participation in, be denied the benefits of, or be otherwise subjected to discrimination under any program or activity for which the Applicant receives Federal funding from the Department.
    2.  Section 504 of the Rehabilitation Act of 1973 (Pub. L. 93-112), as amended, and all requirements imposed by or pursuant to the Regulation of the Department of Health and Human Services (45 C.F.R. Part 84), to the end that, in accordance with Section 504 of that Act and the Regulation, no otherwise qualified individual with a disability in the United States shall, solely by reason of her or his disability, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity for which the Applicant receives Federal funding from the Department.
    3.  Title IX of the Education Amendments of 1972 (Pub. L. 92-318), as amended, and all requirements imposed by or pursuant to the Regulation of the Department of Health and Human Services (45 C.F.R. Part 86), to the end that, in accordance with Title IX and the Regulation, no person in the United States shall, on the basis of sex, be excluded from participation in, be denied the benefits of, or be otherwise subjected to discrimination under any education program or activity for which the Applicant receives Federal funding from the Department.
    4.  The Age Discrimination Act of 1975 (Pub. L. 94-135), as amended, and all requirements imposed by or pursuant to the Regulation of the Department of Health and Human Services (45 C.F.R. Part 91), to the end that, in accordance with the Act and the Regulation, no person in the United States shall, on the basis of age, be denied the benefits of, be excluded from participation in, or be subjected to discrimination under any program or activity for which the Applicant receives Federal funding from the Department.
    5.  Section 1557 of the Affordable Care Act (Pub. L. 111-148), as amended, and all requirements imposed by or pursuant to the Regulation of the Department of Health and Human Services (45

CFR Part 92), to the end that, in accordance with Section 1557 and the Regulation, no person in the United States shall, on the ground of race, color, national origin, sex, age, or disability be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any health program or activity for which the Applicant receives Federal funding from the Department.

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM). Should a consortium/subaward be issued under this award, a UEI requirement must be included.

This award has been assigned the Federal Award Identification Number (FAIN) ▇▇▇▇▇▇. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

**SECTION IV – OD Special Terms and Conditions – ▇▇▇▇▇▇▇▇▇**

**REVISION – NOTICE OF AWARD (NoA)**

**Termination Term of Award:**

·   This revision changes the budget and project period end date to ███/2025.

·   It is the policy of NIH not to prioritize research activities that focuses gaining scientific knowledge on why individuals are hesitant to be vaccinated and/or explore ways to improve vaccine interest and commitment. no longer effectuates agency priorities. Therefore, this project is terminated. ███████████ may request funds to support patient safety and orderly closeout of the project. Funds used to support any other research activities will be disallowed and recovered. Please be advised that your organization, as part of the orderly closeout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR), **as applicable**) within 120 days of the end of this award.

·   **Final Reporting**:  Within 120 days of the termination of this Agreement, the Recipient shall provide to the NIH the following final reports:

   1. **Final Research Performance Progress Report (FRPPR)**: Final progress report that includes a general synopsis of the research activity and any noteworthy accomplishments, including results disseminated to the community. At the request of the Government, this may include a summary of lessons learned. Research Performance Progress Report (RPPR) - Annual, Interim, and Final | Grants & Funding (nih.gov)

   2. **Final Financial Report: Final Federal Financial Report (FFR), SF-425**, for the entire award period. The SF-425 can be accessed at https://grants.nih.gov/grants-process/write-application/forms-directory/federal-financial-report-ffr

   3. **Final Invention Statement**: Final Invention Statement and Certification (Form HHS 568). The HHS 568 form can be located at https://grants.nih.gov/grants/hhs568.pdf. Form HHS 568 should be submitted via eRA. Instructions for submitting the HHS 568 can be accessed at https://era.nih.gov/grantees/submit-final-invention-statement.htm.   A negative report is required at the completion of the Agreement, if there are no Subject Inventions. If there were no inventions, the form must indicate "None."

·   This revised award represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be dated no later than 30 days after the date of this notice.

**ARTICLE IV: AGREEMENT ADMINISTRATION (Updated)**

A. NIH Points of Contact
Other Transactions Agreement Specialist (OTAS)
Name: Wilma Bonilla-Oliver
Phone: 301-402-3133
Email: wilma.bonilla-oliver@nih.gov  and DOTM@nih.gov

Other Transactions Program Official (OTPO)
Name: Ebony Madden
Phone: 919-622-5545
Email: ebony.madden@nih.gov

Other Transactions Project Scientist (OTPS)
Name: Carmen Moten
Phone: 240-236-9333
Email: cmoten@mail.nih.gov

**STAFF CONTACTS**

**Agreements Officer:** Linda Heaton Shariati
**Email:** linda.shariati@nih.gov

**Program Official:** Ebony B Madden
**Email:** ebony.madden@nih.gov  **Phone:** 301-503-5620

**Agreements Specialist:** Wilma Michelle Bonilla-oliver
**Email:** wilma.bonilla-oliver@nih.gov

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** ███████████████

**INSTITUTION:** █████████████

| Budget | Year 1 | | |
|---|---|---|---|
| TOTAL FEDERAL DC | $ ██ | | |
| TOTAL FEDERAL F&A | $ ██ | | |
| TOTAL COST | $ ██ | | |

# Exhibit D

## Award Number:     PI Name:     (NIH SUSPENSION-TERMINATION)

**Madden, Ebony (NIH/OD) [E]** <ebony.madden@nih.gov>      Wed, Mar 12, 2025 at 10:02 AM
To:
Cc: "Moten, Carmen (NIH/NIAID) [E]" <cmoten@mail.nih.gov>,
        "Young, Esther (NIH/OD) [E]" <esther.young@nih.gov>

Good morning, Dr. [        ]:

Please respond by 11 am today with the amount of funds needed to ensure patient safety as you close out your award.

Thank you for your help in this matter,

Ebony

Ebony B. Madden, Ph.D., M.S.

Program Leader

Office of Strategic Coordination – The Common Fund
Division of Program Coordination, Planning, and Strategic Initiatives
Office of the Director, NIH

Email: ebony.madden@nih.gov

Phone: 301-480-5502

[Quoted text hidden]

## Award Number: ████████ PI Name: ████████ (NIH SUSPENSION-TERMINATION)

████████████                                                    Wed, Mar 12, 2025 at 11:00 AM

To: "Madden, Ebony (NIH/OD) [E]" <ebony.madden@nih.gov>
Cc: "Moten, Carmen (NIH/NIAID) [E]" <cmoten@mail.nih.gov>, ████████████, "Young, Esther (NIH/OD)
[E]" <esther.young@nih.gov>

Good morning Ebony,

The amount needed to ensure patient safety as we close out our award is $████████

Please advise on next steps.

Thank you,

████████

[Quoted text hidden]

## Award Number: ████ PI Name: ████ (NIH SUSPENSION-TERMINATION)

**Madden, Ebony (NIH/OD) [E]** <ebony.madden@nih.gov>                    Wed, Mar 12, 2025 at 11:20 AM
To: ████
Cc: "Moten, Carmen (NIH/NIAID) [E]" <cmoten@mail.nih.gov>, ████, "Young, Esther (NIH/OD)
[E]" <esther.young@nih.gov>

Thank you for the quick response. Our Awards office will be in touch with you for anything else that is
needed.


Warm regards,


Ebony Madden

[Quoted text hidden]

## Close Out- NIH OTA Awards ███████████████

Tue, Apr 8, 2025 at 5:19 PM

To: "Madden, Ebony (NIH/OD) [E]" <ebony.madden@nih.gov>, "Young, Esther (NIH/OD) [E]" <esther.young@nih.gov>, "Bonilla-Oliver, Wilma (NIH/OD) [E]" <wilma.bonilla-oliver@nih.gov>
Cc: "Moten, Carmen (NIH/NIAID) [E]" <cmoten@mail.nih.gov>, ████████████████████████ DOTM <dotm@nih.gov>, alan.whatley@nih.gov, ████████████████

Good afternoon,

A few weeks ago on March 12th, we received a request from Ebony asking us to submit an amount for needed close out funds. She noted that someone from the Awards office would reach out to us about anything else that was needed, but we have not yet heard from anyone.

Could you please provide information on how to request a draw down for the costs incurred before the date of termination? We submitted a drawdown request soon after our termination for those costs but they've been in transit now for over a month.

Could you please also provide direction and information for requesting close out funds associated with patient safety and appropriate closing of the project?

I've included Mr. Whatley here since we've been told that he may be the right contact. Mr. Whatley, nice to e-meet you and looking forward to coordinating any details from here.

Best,

--
████████ Psy.D.
CEO/Executive Director
*She/Her/Hers*



O:
C:
E:
W:

Follow us!

------------
Click here to sign up to receive our newsletters

--

## Close Out- NIH OTA Awards

**Bonilla-Oliver, Wilma (NIH/OD) [E]** <wilma.bonilla-oliver@nih.gov>          Wed, Apr 9, 2025 at 10:50 AM
To:
Cc: "Madden, Ebony (NIH/OD) [E]" <ebony.madden@nih.gov>, "Young, Esther (NIH/OD) [E]" <esther.young@nih.gov>

Good Morning,

Per latest guidance, you can also try:

*"Request to draw down funds must be submitted to OPERAFFRInquiries@od.nih.gov for prior approval, before submitting in the HHS Payment Management System. The request must include the drawdown amount, justification, and appropriate supporting documentation. Approval will only be provided for costs incurred prior to the date of termination (with proof of the date), or costs for patient safety or animal welfare, in support of an orderly phaseout of the project. Funds used to support any other research activities will be disallowed and recovered. "*

Hope this helps.

If you need something else, please let us know.

Wilma

[Quoted text hidden]

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

## Close Out Funds Request- NIH OTA Awards

Thu, Apr 17, 2025 at 6:29 PM

To: OPERAFFRInquiries@od.nih.gov
Cc: "Young, Esther (NIH/OD) [E]" <esther.young@nih.gov>, "Madden, Ebony (NIH/OD) [E]" <ebony.madden@nih.gov>,
"Bonilla-Oliver, Wilma (NIH/OD) [E]" <wilma.bonilla-oliver@nih.gov>, "Moten, Carmen (NIH/NIAID) [E]"
<cmoten@mail.nih.gov>,                                    DOTM <dotm@nih.gov>, alan.whatley@nih.gov,

Good afternoon,

Please find attached our budget and budget justification for the orderly close out of our project that takes into account
patient safety needs (award numbers:                                    .

This document will also be submitted on eRA Commons and on the PMS system.

Please advise if there's additional information needed and what the timeline for disbursement will be.

Thank you,



Psy.D.
CEO/Executive Director
*She/Her/Hers*

O:
C:
E:
W:

Follow us!

------------
Click here to sign up to receive our newsletters
---

On Tue, Apr 8, 2025 at 5:19 PM                                    wrote:
Good afternoon,

A few weeks ago on March 12th, we received a request from Ebony asking us to submit an amount for needed close
out funds. She noted that someone from the Awards office would reach out to us about anything else that was needed,
but we have not yet heard from anyone.

Could you please provide information on how to request a draw down for the costs incurred before the date of
termination? We submitted a drawdown request soon after our termination for those costs but they've been in transit
now for over a month.

Case 8:25-cv-01620-LKG    Document 64-22    Filed 05/28/25    Page 123 of 138

Could you please also provide direction and information for requesting close out funds associated with patient safety and appropriate closing of the project?

I've included Mr. Whatley here since we've been told that he may be the right contact. Mr. Whatley, nice to e-meet you and looking forward to coordinating any details from here.

Best,

██████

--
████████ Psy.D.
CEO/Executive Director
*She/Her/Hers*

O:
C:
E:
W:

Follow us!
██████

------------
Click here to sign up to receive our newsletters
---

📄 ████████████ **CloseOut__Budget Justification__04-17-2025.pdf**
253K

## Close Out Funds Request- NIH OTA Awards

**OPERA FFR Inquiries** <OPERAFFRInquiries@od.nih.gov>                    Fri, Apr 18, 2025 at 7:42 AM
To: ████████████
Cc: "Young, Esther (NIH/OD) [E]" <esther.young@nih.gov>, "Madden, Ebony (NIH/OD) [E]" <ebony.madden@nih.gov>,
"Bonilla-Oliver, Wilma (NIH/OD) [E]" <wilma.bonilla-oliver@nih.gov>, "Moten, Carmen (NIH/NIAID) [E]"
<cmoten@mail.nih.gov>, ███████████████████    DOTM <DOTM@nih.gov>, "Whatley, Alan (NIH/OD)
[E]" <whatleya@od.nih.gov>, ████████████

Hello ████████

Please cancel the previous draw request and submit a new request for ████████ only.  We will approve payment
in the amount of $███████.


Alan Whatley

Lead Grants Financial Analyst

Office of Policy for Extramural Research Administration (OPERA)

FFR Reconciliation and Financial Closeout Support Center

National Institutes of Health

6705 Rockledge Drive, Room 807-G

301-451-5083

whatleya@od.nih.gov

[Quoted text hidden]

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize
> the sender and are confident the content is safe.

## Close Out Funds Request- NIH OTA Awards

Tue, May 6, 2025 at 1:37 PM

To: OPERA FFR Inquiries <OPERAFFRInquiries@od.nih.gov>
Cc: "Young, Esther (NIH/OD) [E]" <esther.young@nih.gov>, "Madden, Ebony (NIH/OD) [E]" <ebony.madden@nih.gov>,
"Bonilla-Oliver, Wilma (NIH/OD) [E]" <wilma.bonilla-oliver@nih.gov>, "Moten, Carmen (NIH/NIAID) [E]"
<cmoten@mail.nih.gov>,                                              DOTM <DOTM@nih.gov>, "Whatley, Alan (NIH/OD)
[E]" <whatleya@od.nih.gov>,

Good afternoon,

I wanted to check in on the progress of the disbursement of the close out funds. There are time sensitive items that we
need to address.

Thank you,

(PI/SO)
[Quoted text hidden]

## Close Out Funds Request- NIH OTA Awards

**OPERA FFR Inquiries** <OPERAFFRInquiries@od.nih.gov>                     Wed, May 7, 2025 at 9:36 AM
To:
Cc: "Young, Esther (NIH/OD) [E]" <esther.young@nih.gov>, "Madden, Ebony (NIH/OD) [E]" <ebony.madden@nih.gov>,
"Bonilla-Oliver, Wilma (NIH/OD) [E]" <wilma.bonilla-oliver@nih.gov>, "Moten, Carmen (NIH/NIAID) [E]"
<cmoten@mail.nih.gov>,                                    DOTM <DOTM@nih.gov>,

Hello,

We received the request from PMS yesterday and it was approved this morning.

[Quoted text hidden]

## Close Out Funds Request- NIH OTA Awards

Wed, May 7, 2025 at 9:44 AM

To: OPERA FFR Inquiries <OPERAFFRInquiries@od.nih.gov>
Cc: "Young, Esther (NIH/OD) [E]" <esther.young@nih.gov>, "Madden, Ebony (NIH/OD) [E]" <ebony.madden@nih.gov>,
"Bonilla-Oliver, Wilma (NIH/OD) [E]" <wilma.bonilla-oliver@nih.gov>, "Moten, Carmen (NIH/NIAID) [E]"
<cmoten@mail.nih.gov>,                                      , DOTM <DOTM@nih.gov>,

Thank you so much for the update. We will confirm receipt.

Please also let us know if there is any guidance around processes associated with the close out funds including if we just
report on them in our close out forms (due 120 days from termination) and if they all need to be expended within the 120
days.

Thank you,

[Quoted text hidden]

Case 8:25-cv-01620-LKG    Document 64-22    Filed 05/28/25    Page 128 of 138

## Close Out Funds Request- NIH OTA Awards

**OPERA FFR Inquiries** <OPERAFFRInquiries@od.nih.gov>                    Thu, May 8, 2025 at 8:45 AM
To:
Cc: "Young, Esther (NIH/OD) [E]" <esther.young@nih.gov>, "Madden, Ebony (NIH/OD) [E]" <ebony.madden@nih.gov>,
"Bonilla-Oliver, Wilma (NIH/OD) [E]" <wilma.bonilla-oliver@nih.gov>, "Moten, Carmen (NIH/NIAID) [E]"
<cmoten@mail.nih.gov>,                                          , DOTM <DOTM@nih.gov>,

The closeout guidance is cited in the revised NoA.

[Quoted text hidden]

# Exhibit E



**Notice of Award**

OTHER TRANSACTIONS
Department of Health and Human Services
National Institutes of Health

Federal Award Date: ████/2025



OFFICE OF THE DIRECTOR, NATIONAL INSTITUTES OF HEALTH

---

**Award Number:** ██████████████
**FAIN:** ████████████

**Principal Investigator(s):**
████████████████

**Project Title:**
████████████████████████████████

**Award e-mailed to:** █████████████

**Period Of Performance:**
Budget Period: ████/2024 – ████/2025
Project Period: ████/2023 – ████/2025

Dear Business Official:

The National Institutes of Health hereby revises this award (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to ████████████████ in support of the above referenced project. This award is pursuant to the authority cited in the agreement and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

This is an Other Transactions (OTs) award, which is a unique type of legal awarding instrument that used by the NIH and is not subject to the Federal Acquisition Regulations (FAR) nor the Uniform Grant Regulations (2 CFR 200) unless otherwise noted for certain provisions within the terms and conditions of award. OTs are subject to the authority that governs the initiative, applicable legislative mandates, and the terms and conditions in the OT agreement.

Acceptance of this award is acknowledged by the award recipient when an OT agreement is signed or when funds are drawn down or otherwise obtained from the Payment Management System.

If you have any questions about this award, please contact the NIH contacts referenced in the Other Transactions agreement.

Sincerely yours,

LINDA HEATON Shariati
Other Transactions Agreements Officer
OFFICE OF THE DIRECTOR, NATIONAL INSTITUTES OF HEALTH

Additional information follows

NIH NGA R | Version: 91 - 6/18/2024 1:59:00 PM| Generated on: 3/18/2025 12:07:46 AM

**SECTION I – AWARD DATA –** ▮▮▮▮▮▮▮▮▮

Award Calculation (U.S. Dollars)

Federal Direct Costs                                                           $ ▮
Federal F&A Costs                                                             $ ▮
Approved Budget                                                              ▮
Total Amount of Federal Funds Obligated (Federal Share)          $ ▮
TOTAL FEDERAL AWARD AMOUNT                                     $ ▮

AMOUNT OF THIS ACTION (FEDERAL SHARE)                          $0



| SUMMARY TOTAL FEDERAL AWARD AMOUNT YEAR ( 1 ) | |
|---|---|
| GRANT NUMBER | TOTAL FEDERAL AWARD AMOUNT |
| ▮▮▮▮▮▮ | $ ▮ |
| | $ ▮ |
| TOTAL | $ ▮ |

| SUMMARY TOTALS FOR ALL YEARS | | |
|---|---|---|
| YR | THIS AWARD | CUMULATIVE TOTALS |
| 1 | $ ▮ | $ ▮ |

**Fiscal Information:**
EIN:
Document Number:        ▮▮▮▮▮
PMS Account Type:        P (Subaccount)
Fiscal Year:                 2024

| IC | CAN | | 2024 |
|---|---|---|---|
| OD | ▮▮▮ | | $ ▮ |

**NIH Administrative Data:**
PCC: ▮ / OC: 41062 / Released: ▮ /2025
Award Processed: ▮ 2025 12:07:46 AM

**SECTION II – PAYMENT/HOTLINE INFORMATION –** ▮▮▮▮▮▮▮

For payment and HHS Office of Inspector General Hotline information:

**Payment Information:**
Payments will be made available through the DHHS Payment Management System (PMS). PMS is administered by the Division of Payment Management, Program Support Center (PSC), DHHS, Office of the Deputy Assistant Secretary, Finance, which will forward instructions for obtaining payments. Requests for downloadable forms and inquiries regarding payment should be directed to:

Regular Mailing Address                    Overnight Mailing Address

Division of Payment Management          U.S. Department of Health and Human Services
P.O. Box 6021                                    Division of Payment Management
Rockville, MD 20852                           7700 Wisconsin Avenue, Suite 920
                                                       Bethesda, MD 20814

Telephone: (301) 443-1660

**OIG Hotline Information:**

Office of Inspector General
Department of Health and Human Services
Attn: HOTLINE
PO Box 23489

NIH NGA R ( Version: 91 - 6/18/2024 1:59:00 PM) Generated on: 3/18/2025 12:07:46 AM

Washington, DC 20026
Telephone Number: 1-800-447-8477 (1-800-HHS-TIPS)
E-mail: HHSTips@oig.hhs.gov
Web Address: http://oig.hhs.gov/fraud/hotline/

**SECTION III – TERMS AND CONDITIONS –** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

a. The award legislation.
b. Terms of the OT agreement.
c. Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
d. The following public policy requirements apply. See the terms of the OT agreement for full details:
   · Debarment and Suspension
   · Federal Information Security Management Act (FISMA)
   · Fly America Act
   · Human Embryo Research and Cloning Ban
   · Human Fetal Tissue Research
   · Human Stem Cell Research
   · Lobbying Prohibition
   · National Environmental Policy Act
   · Salary Limitation/Cap
   · Research Involving Recombinant or Synthetic Nucleic Acid Molecules
   · Research Misconduct
   · Restriction on Abortions & Exceptions
   · Research Subjects Protections and Requirements
   · Pro-Children Act of 1994
   · Promotion or Legalization of Controlled Substances
   · Restriction of Pornography on Computer Networks
   · Restriction on Distribution of Sterile Needles
   · Select Agents
   · USA Patriot Act
e. The recipient hereby agrees that it will comply with:
   1. Title VI of the Civil Rights Act of 1964 (Pub. L. 88-352), as amended, and all requirements imposed by or pursuant to the Regulation of the Department of Health and Human Services (45 C.F.R. Part 80), to the end that, in accordance with Title VI of that Act and the Regulation, no person in the United States shall, on the ground of race, color, or national origin, be excluded from participation in, be denied the benefits of, or be otherwise subjected to discrimination under any program or activity for which the Applicant receives Federal funding from the Department.
   2. Section 504 of the Rehabilitation Act of 1973 (Pub. L. 93-112), as amended, and all requirements imposed by or pursuant to the Regulation of the Department of Health and Human Services (45 C.F.R. Part 84), to the end that, in accordance with Section 504 of that Act and the Regulation, no otherwise qualified individual with a disability in the United States shall, solely by reason of her or his disability, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity for which the Applicant receives Federal funding from the Department.
   3. Title IX of the Education Amendments of 1972 (Pub. L. 92-318), as amended, and all requirements imposed by or pursuant to the Regulation of the Department of Health and Human Services (45 C.F.R. Part 86), to the end that, in accordance with Title IX and the Regulation, no person in the United States shall, on the basis of sex, be excluded from participation in, be denied the benefits of, or be otherwise subjected to discrimination under any education program or activity for which the Applicant receives Federal funding from the Department.
   4. The Age Discrimination Act of 1975 (Pub. L. 94-135), as amended, and all requirements imposed by or pursuant to the Regulation of the Department of Health and Human Services (45 C.F.R. Part 91), to the end that, in accordance with the Act and the Regulation, no person in the United States shall, on the basis of age, be denied the benefits of, be excluded from participation in, or be subjected to discrimination under any program or activity for which the Applicant receives Federal funding from the Department.
   5. Section 1557 of the Affordable Care Act (Pub. L. 111-148), as amended, and all requirements imposed by or pursuant to the Regulation of the Department of Health and Human Services (45

NIH NGA R ( Version: 91 - 6/18/2024 1:59:00 PM) Generated on: 3/18/2025 12:07:46 AM

CFR Part 92), to the end that, in accordance with Section 1557 and the Regulation, no person in the United States shall, on the ground of race, color, national origin, sex, age, or disability be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any health program or activity for which the Applicant receives Federal funding from the Department.

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM). Should a consortium/subaward be issued under this award, a UEI requirement must be included.

This award has been assigned the Federal Award Identification Number (FAIN) ████████. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

**SECTION IV –  OD Special Terms and Conditions –** ████████████████

**REVISION – NOTICE OF AWARD (NoA)**

**Termination Term of Award  - Updated**

·   This revision changes the budget and project period end date to ███/2025.

·   This award related to Transgender issues no longer effectuates agency priorities. It is the policy of NIH not to further prioritize these research programs. Transgender issues: Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans. Many such studies ignore, rather than seriously examine, biological realities. Therefore, the award is terminated. ████████████████████ may request funds to support patient safety and orderly closeout of the project. Funds used to support any other research activities will be disallowed and recovered. Please be advised that your organization, as part of the orderly closeout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR)) within 120 days of the end of this agreement.

·   **Final Reporting**:  Within 120 days of the termination of this Agreement, the Recipient shall provide to the NIH the following final reports:

1. **Final Research Performance Progress Report (FRPPR)**: Final progress report that includes a general synopsis of the research activity and any noteworthy accomplishments, including results disseminated to the community. At the request of the Government, this may include a summary of lessons learned. Research Performance Progress Report (RPPR) - Annual, Interim, and Final | Grants & Funding (nih.gov)

2. **Final Financial Report: Final Federal Financial Report (FFR), SF-425**, for the entire award period. The SF-425 can be accessed at https://grants.nih.gov/grants-process/write-application/forms-directory/federal-financial-report-ffr

3. **Final Invention Statement**: Final Invention Statement and Certification (Form HHS 568). The HHS 568 form can be located at https://grants.nih.gov/grants/hhs568.pdf. Form HHS 568 should be submitted via eRA. Instructions for submitting the HHS 568 can be accessed at https://era.nih.gov/grantees/submit-final-invention-statement.htm. A negative report is required at the completion of the Agreement, if there are no Subject Inventions. If there were no inventions, the form must indicate "None."

·   This revised award represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be dated no later than 30 days after the date of this notice.

**ARTICLE IV: AGREEMENT ADMINISTRATION (Updated)**

A. NIH Points of Contact
Other Transactions Agreement Specialist (OTAS)
Name: Wilma Bonilla-Oliver
Phone: 301-402-3133
Email: wilma.bonilla-oliver@nih.gov  and DOTM@nih.gov

Other Transactions Program Official (OTPO)
Name: Ebony Madden
Phone: 919-622-5545
Email: ebony.madden@nih.gov

Other Transactions Project Scientist (OTPS)
Name: Carmen Moten
Phone: 240-236-9333
Email: cmoten@mail.nih.gov


**STAFF CONTACTS**

**Agreements Officer:** Linda Heaton Shariati
**Email:** linda.shariati@nih.gov

**Program Official:** Ebony B Madden
**Email:** ebony.madden@nih.gov  **Phone:** 301-503-5620

**Agreements Specialist:** Wilma Michelle Bonilla-oliver
**Email:** wilma.bonilla-oliver@nih.gov

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** ██████████████████

**INSTITUTION:** ██████████████

| Budget | Year 1 | | |
|---|---|---|---|
| TOTAL FEDERAL DC | $ ██ | | |
| TOTAL FEDERAL F&A | $ ██ | | |
| TOTAL COST | $ ██ | | |

# Exhibit F



PI/Signing Official

███████████████

March 28, 2025

National Institutes of Health
Dr. Matthew Memoli
Acting Director

**Subject:** Formal Appeal of Termination – NIH OTA Awards ███████████████
███████████████

Dear Dr. Memoli,

I am writing to formally appeal the termination of NIH OTA Awards ███████████████ and
███████████████ and request reconsideration of this decision. The termination
notice states that NIH no longer prioritizes research on transgender issues, asserting that such
research is "unscientific" and "does nothing to enhance the health of many Americans." However,
this decision directly contradicts NIH's prior approval of this project, which was selected based on
its scientific merit and alignment with NIH's research priorities at the time of award. Since its
initiation, the project has met all milestones, undergone rigorous oversight, and received positive
evaluations from NIH program officers and scientific staff. At no point has NIH indicated concerns
regarding the project's scientific validity, compliance, or impact, making this termination both
unjustified and inconsistent with NIH's stated commitments to scientific integrity. This decision
does not align with NIH's obligations under **42 U.S.C. § 283**, which requires research funding
decisions to be based on scientific peer review and programmatic justification.

Article II, Section B of our OTA agreement, which is referenced in the letter of termination, states
that if a recipient is found to be noncompliant, NIH "may suspend, partially or totally, rather than
immediately terminate, the OT award and allow the Recipient an opportunity to take appropriate
corrective action before NIH makes a termination decision." We were not given any such
opportunity, nor were any deficiencies cited that would warrant suspension or termination. Section
C further specifies that termination should be "preceded by consultation between the Parties." No
such consultation occurred. NIH's decision to terminate the award without following these
procedural safeguards raises concerns about whether this action was arbitrary and in violation of
the terms of the agreement.

In particular, the Administrative Procedure Act (5 U.S.C. § 706), prohibits federal agencies from
making arbitrary and capricious decisions. NIH has provided no new scientific evidence or
programmatic justification to support this reversal, despite previously approving and funding the
project under established review processes. The justification for termination also used ambiguous
language and claims. For example, NIH's claim that transgender-related research is inherently
unscientific contradicts both its prior determinations and the ongoing body of peer-reviewed

scientific work in this field. The focus on transgender-related research in the termination also misrepresents the goals and impacts of this study. While focusing on the broader LGBTQ+ community, the study was looking at improved coordination of health and social services across various sectors and stakeholders, a commonly cited issue in access and quality of care across many subpopulations in the United States. The cross-sectoral improvements were intended to improve access for all people, directly contradicting the assertion that it would do "nothing to enhance the health of many Americans." Additionally, this project is aligned with the goals of the ██████████████████████ program under which it was funded including implementing community-led research projects, building capacity in structural intervention research, and studying the fundamental causes of poor health and chronic diseases in American communities. The emphasis was on impacting multiple dimensions of health rather than tackling poor health in silos, a stated interest of the NIH. A sudden shift in agency priorities, absent a clear and evidence-based rationale, combined with a misrepresentation of the study does not provide a lawful basis for termination.

While OTAs provide NIH with flexibility in funding decisions, they do not exempt the agency from principles of good faith and fairness in administering research agreements. The termination of this award despite full compliance with all terms and milestones raises serious concerns about the misuse of OTA discretion. NIH has a responsibility to ensure that scientific merit, rather than shifting political considerations, determines the continuation of federally funded research.

Respectfully, I request that NIH provide a clear scientific and programmatic rationale for this termination and conduct a formal reevaluation of the decision in light of NIH's prior approvals, ongoing compliance with all award requirements, and applicable legal standards. Given the concerns outlined in this appeal, we also request the restoration of the full remaining obligated funding for our Year 2 Notice of Award totaling $███████ and the ability to continue into Year 3 beginning in ██████ 2025 with an expected $███████ obligated budget, provided all project milestones continue to be met. This would allow us to continue this important study and to be in compliance with Human Subjects Protection guidelines, doing our due diligence to prevent harm to those that participated in the study. Participants have already been affected via loss of wages or stipend, loss of community leadership, education, and support, and a sudden stop to health and social service improvements. If given the opportunity, we are also prepared to make changes to our study objectives to ensure that the research positively impacts health outcomes for all residents.

Given the significant impact this termination has on ongoing research, affected personnel, and the communities we serve, I request a meeting to discuss this matter further. Please advise on any additional steps we should take. We appreciate NIH's commitment to scientific integrity and look forward to working collaboratively to resolve this issue.

PI/Signing Official
CEO/Executive Director