## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN RIGHTS, INC. d/b/a GLMA: HEALTH PROFESSIONALS ADVANCING LGBTQ+ EQUALITY; *et al*., | |
| *Plaintiffs*, | Civil Action No. 8:25-cv-01620-LKG |
| v. | |
| NATIONAL INSTITUTES OF HEALTH; *et al*., | |
| *Defendants*. | |

### DECLARATION OF DR. GREGORY PHILLIPS II, PHD

I, Dr. Gregory Phillips II, hereby state as follows:

1.     I am over 18 years of age, of sound mind, and in all respects competent to testify.

2.     I have personal knowledge of the facts set forth in this declaration and would testify competently to those facts if called to do so.

3.     I am a plaintiff in this action. I am offering this declaration in my individual capacity and not on behalf of my employer.

4.     I am an Associate Professor of Medical Social Sciences at the Feinberg School of Medicine at Northwestern University and Founder and Director of the Evaluation, Data Integration, and Technical Assistance ("EDIT") Program at Institute for Sexual and Gender Minority Health and Wellbeing ("ISGMH"). In addition, I serve as the Director of the Master of Science in Epidemiology program and the Co-Director of the Master of Public Health Community Health Research and Evaluation Concentration program at Northwestern University.

5.     I am an epidemiologist by training. I earned my Master of Science and Doctor of

Philosophy degrees in Epidemiology from The George Washington University in 2007 and 2012, respectively. In 2013, I joined Northwestern University as a Postdoctoral Scholar, and I have served as on the faculty at Northwestern since 2014.

6.      I am a member of several professional societies and associations, including the American Statistical Association, American Evaluation Association, International Network for Social Network Analysis, International AIDS Society, and GLMA.

7.      I have served as an editor in several peer-reviewed academic journals, including the American Journal of Evaluation, New Directions for Evaluation, and International Journal of Environmental Research and Public Health.

8.      I began my research career working at an evaluation center for a multisite study of young men of color who have sex with men ("MSM") with HIV. My mentor's passion about HIV research and working with communities disproportionately impacted by HIV drove my desire to work in the field. This, compounded with my own identity as a gay man, and my years working in the field testing for HIV, counseling people about their risk, and interviewing them, made me want to pursue a career in community-focused research and evaluation with LGBTQI+ communities. Currently, I am one of the few people using the LGBTQI+ Evaluation framework (which my team developed) to ensure work with LGBTQI+ populations is culturally appropriate, reflexive, and leverages the strength of the community. I am also one of the few researchers who takes a community-first perspective to my work, seeking to pursue funding and dissemination products with community partners as equals.

9.      I have published more than 150 peer-reviewed journal articles. Much of this work has been funded by the National Institutes of Health ("NIH").

10.     Over the course of my career, I have served in multiple leadership roles in both the

program evaluation (e.g., member of the Evaluation Policy Task Force within the American Evaluation Association, Chair of the Social Network Analysis Topical Interest Group) and HIV research spaces (e.g., Co-Director of the Ending the HIV Epidemic Scientific Working Group within the Third Coast Center for AIDS Research). I have also been invited to give talks and participate in workshops led by Institutes within NIH (e.g., "Lessons Not Learned from the HIV Pandemic: Disproportionate Impacts of COVID-19 and mpox on Sexual and Gender Minorities ("SGM") Populations" delivered at the Health Disparities Among Sexual and Gender Minorities Workshop hosted by the National Institute on Minority Health and Health Disparities ("NIMHD") in March 2023). I was also named Teacher of the Year in 2024 for my work in the Program in Public Health at Northwestern University.

11.     My first two R01 grants allowed me to successfully compete for a tenure-track Assistant Professor position within the Department of Medical Social Sciences. They also established me as an expert in leveraging secondary data for understanding health disparities among youth and in developing and implementing network surveys for diverse populations impacted by HIV. These grants, and subsequent publications and partnerships, led to the funding of two new R01 grants, one of which built on the secondary data grant and one which built on longstanding community partnerships I developed during my time as faculty at Northwestern University. These new R01 grants, plus additional supplemental funding, were fundamental for my promotion to Associate Professor and for the award of tenure.

12.     My research focuses on understanding social-, sexual-, and network-level factors that drive the HIV epidemic among MSM and transgender women, particularly among youth and racial/ethnic minority populations. Through my research, I collect and use complex epidemiological data and community-based evaluations to identify, describe, and address health

disparities in marginalized minority populations. This includes using national surveillance data to pinpoint patterns of health risk and substance use behaviors among LGBTQI+ youth and supporting local community organizations working to reduce the burden of HIV among historically underserved populations.

13.     I have applied for and received 10 grants from NIH as Principal Investigator ("PI") or co-PI over the course of my career. I have also served as a co-Investigator in over 15 NIH-funded research projects.

14.     In September 2021, NIH awarded project grant 5R01AA029044, in the amount of $2,720,803 to fund my research project, "Intersectional Approaches to Population-Level Health Research: Role of HIV Risk and Mental Health in Alcohol Use Disparities Among Diverse Sexual Minority Youth." (A true and correct copy of the notice of award ("NOA") for Award R01AA029044 is attached hereto as **Exhibit A**.) I was the PI in this project. This project applied an array of complex epidemiologic approaches to assess the impact of alcohol use on the sexual, mental, and physical health of high-school age sexual minority youth ("SMY") in the United States. The project filled an important gap in research, as the majority of previous alcohol-related research that focused on sexual minorities had studied college-aged populations. This research is particularly important because alcohol use and abuse during adolescence can lead to negative health consequences in adulthood.

15.     The study also uses data Youth Risk Behavior Survey ("YRBS") by the Centers for Disease Control and Prevention ("CDC"). The YRBS is the largest public health surveillance system in the United States, monitoring multiple health-related behaviors, including substance use and diet, among high school students. The YRBS leveraged by the project collects demographic data, including information on age, sex, race, ethnicity, and sexual orientation. These data are

inherent to the dataset as a whole, rather than a result of "artificial and non-scientific categories, including amorphous equity objectives," as stated in the termination notice.

16.    In addition, the project funded by grant 5R01AA029044 is aligned with the established and published strategic priorities of the National Institute on Alcohol Abuse and Alcoholism ("NIAAA"). NIAAA's current strategic priorities are described in its published 2024-2028 Strategic Plan.[1] The Strategic Plan includes descriptions of several Cross-Cutting Research Programs, including an objective titled "Prevent Alcohol Misuse and Treat Alcohol Use Disorder Among People Living With HIV or at High Risk of Acquiring HIV."[2]  This objective states that "[s]trategies to identify and address alcohol misuse among people with HIV or at high risk for HIV can contribute to improved health and a reduced incidence of HIV."  These priorities align with the following specific aims of the project, which include: 1) determining the magnitude of alcohol use disparities between SMY and heterosexual youth, both cross-sectionally and over time, using an intersectional lens (e.g., sex, race/ethnicity); 2) applying complex statistical methodologies to investigate associations between alcohol use classes and HIV vulnerability at the intersections of sex, sexual orientation, and race/ethnicity; and 3) identifying the impact of regional, school-based, and structural-level factors on alcohol use and HIV vulnerability between SMY and their heterosexual peers, employing an intersectional lens. A true and correct copy of the aims of the project, as submitted with the grant application, is attached hereto as **Exhibit B**.

17.    On March 21, 2025, my institution received a letter from NIH terminating funding

---

[1] A true and correct copy of NIAAA's 2024-2028 Strategic Plan as previously available is located at https://www.niaaa.nih.gov/about-niaaa/strategic-plan-fiscal-years2024-2028. A true and accurate copy of the NIAAA Strategic Plan for Fiscal Years 2024-2028 as previously available on NIAAA's website is attached hereto as **Exhibit H**.

[2] NIAAA's Cross-Cutting Research Programs described in its published 2024-2028 Strategic Plan located at https://perma.cc/2DGS-U84J. (A true and accurate copy of the NIAAA Strategic Plan's "Cross Cutting Research Programs" previously available on NIAAA's website is attached hereto as **Exhibit I**.

for grant 5R01AA029044. (A true and correct copy of the termination notice is attached hereto as **Exhibit C**.) The letter did not state that we had failed to comply with the terms of the award. Rather, it stated that the award "no longer effectuates agency priorities."  More specifically, the termination notice claimed that "[r]esearch programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness."

18.     At the time of NIH's termination of grant 5R01AA029044 in March 2025, we were halfway through the fourth year of a five-year project. We had completed a series of four youth research workshops designed to train LGBTQI+ youth on the basics of research and to provide guidance to our team on the highest priority research questions. In year five of the grant, we had planned to conduct another round of youth research workshops to share the results from the prior four years and to discuss ways they could continue to collaborate with us in addressing research priorities. In addition to multiple peer-reviewed publications, the grant also provided data and infrastructure that supported Master of Public Health ("MPH") students (at Northwestern University, University of Illinois, Chicago, and Dartmouth University) in completing both their applied practice experiences and their culminating experiences. The grant also supported the development of manuscripts led by postdoctoral scholars, and a Diversity Supplement awarded to this grant facilitated the promotion of a postdoctoral scholar to the position of Research Assistant Professor at Northwestern University.

19.     In September 2021, NIH also awarded project grant 5R01AA029076 to fund my research project, "Project Recognize: Improving Measurement of Alcohol Use and Other Disparities by Sex, Sexual Orientation, and Gender Identity through Community Engagement."

(A true and correct copy of the notice of award ("NOA") for 5R01AA029076 is attached hereto as **Exhibit D**.) The project also included a supplemental award, grant 3R01AA029076-04S1, specifically designed to address research gaps pertaining to people who are intersex or have variations of Sex Development. (A true and correct copy of the notice of award ("NOA") for 3R01AA029076-04S1 is attached hereto as **Exhibit E**.) I was the co-PI and Contact PI in this project.  This project aimed to develop standardized measures to describe sex, sexual orientation, and gender identity ("SSOGI") through iterative, community-based engagement in order to address methodological challenges to identify and track sexual and gender minority (SGM) populations.  The research also assessed the effectiveness of such measures against prior measures to more accurately identify disparities in alcohol use, substance use, and mental health among sexual minorities. This research is important because historically, surveys did not account for the multidimensional nature of sexual identity, behavior, and attraction – potentially causing researchers to miss key findings due to inaccurate data descriptors. Surveys also historically failed to account for emerging orientations or changes in identity over time. Comprehensive, validated measures to assess sexual and gender minorities would allow researchers to understand the magnitude of health disparities and how to intervene to promote health equity.

20.     The project funded by grant 5R01AA029076 and its supplement 3R01AA029076-04S1 is aligned with the established and published strategic priorities of NIAAA and NIMHD. NIAAA's Cross-Cutting Research Themes described in its published 2024-2028 Strategic Plan includes a research theme titled "Advancing Research on Women's Health."[3]  This theme states "[a]lcohol use is increasing among women older than age 26. For the first time, adolescent and

---

[3] NIAAA's Cross-Cutting Research Theme titled "Advancing Research on Women's Health" described in its published 2024-2028 Strategic Plan located at https://www.niaaa.nih.gov/about-niaaa/strategic-plan-fiscal-years2024-2028/cross-cutting-research-themes/advancing-research-womens-health.

young women (ages 12-20) are drinking—and binge drinking—more than men." Further, it states "NIAAA will continue to support biological and behavioral research to more fully understand how alcohol use and misuse impact women and to develop interventions tailored to the unique needs of women…" and "[r]esearch is needed to elucidate sex differences in the mechanisms contributing to alcohol's adverse effects." The project directly addresses this research theme by seeking to improve and refine the measurement of women in research, federal surveillance, and health system data. By improving our understanding of how accurately and inaccurately women are identified in these systems, we will be better equipped to understand the impact of alcohol use and women and improve our ability to target interventions.

21.    NIAAA's Cross-Cutting Research Themes described in its published 2024-2028 Strategic Plan also includes a research theme titled "Encouraging a Whole Person, Integrated Approach to Health."[4] As defined by the National Center for Complementary and Integrative Health ("NCCIH"), whole person health "involves looking at the whole person—not just separate organs or body systems—and considering multiple factors that promote either health or disease."[5] The project funded under the award directly addresses this by seeking to improve the social health of all Americans by ensuring the conditions in which they are born, grow, live, work, and age accurately reflect their lived realities. NCCIH highlights that "chronic diseases, such as diabetes, cardiovascular disease, obesity, and degenerative joint disease, can also occur with chronic pain, depression, and opioid misuse—all conditions exacerbated by chronic stress." It is well and widely documented that identity-based stress can result in chronic stress, which leads to many long-term

---

[4] NIAAA's Cross-Cutting Research Theme titled "Encouraging a Whole Person, Integrated Approach to Health" described in its published 2024-2028 Strategic Plan located at https://www.niaaa.nih.gov/about-niaaa/strategic-planfiscal-years-2024-2028/cross-cutting-research-themes/encouraging-whole-person-integrated-approach-health.

[5] See https://perma.cc/AJD9-HEEF.

health impacts. By minimizing this identity-based stress, we are able to address the call for improvements in whole person health.

22.     In addition, according to NIMHD's Strategic Plan 2021-2025, "[i]n October 2016, SGMs were formally designated as a health disparity population for research purposes."[6] Further, the NIMHD Strategic Plan 2021-2025 states that "NIH defines health disparity populations as racial and ethnic minority populations (see above OMB directive), less privileged socioeconomic status (SES) populations, underserved rural populations, sexual and gender minorities (SGM), and any subpopulations that can be characterized by two or more of these descriptions." The project funded under the award, with its focus on improving the measurement of SSOGI to better understand the impact of alcohol use and other health conditions on SGM persons is aligned with the definition of health disparity set forth in NIMHD's established and published Strategic Plan 2021-2025.

23.     On March 21, 2025, my institution received notices from NIH terminating funding for both award 5R01AA029076 and supplemental award 3R01AA029076-04S1. True and correct copies of these termination notices are attached hereto as **Exhibit F** and **Exhibit G**, respectively. Neither notice stated that we had failed to comply with the terms of the awards. Rather, both letters stated that the award "no longer effectuates agency priorities."

24.     The termination letters for 5R01AA029076 and 3R01AA029076-04S1 claimed that "[r]esearch programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans" and that "such studies ignore, rather than seriously examine, biological realities." The letter did not explain how the NIH

---

[6] The NIMHD Strategic Plan 2021-2025 located at https://www.nimhd.nih.gov/docs/strategic-plan/NIHWide_MHHD_Strategic_Plan_2021-2025_508.pdf.

concluded that any aspect of my specific research, was "unscientific."

25.    Each of the termination letters we have received stated that my institution was eligible to appeal the decision within 30 days of receiving the termination notice but also stated that "no corrective action is possible here" and "no modification of the project could align the project with agency priorities."

26.    The termination of these grants has significantly impacted my life, both professionally and personally.  Professionally, the terminations have caused significant disruption to me and my research program. As a result of the terminations, two full-time employees were laid off, and three more were reassigned to other faculty due to lack of funds to support their effort. I also had to lay off five temporary employees – one high school student, two undergraduate students, one recent MPH graduate, and one recent PhD graduate – who were working on manuscripts to build their CVs. The loss of these grants also caused me to lose nearly 50% of my own funding, forcing me to spend significant time looking for short-term funding solutions including potentially working in other faculty's labs while pursuing longer term funding. These terminations have also impacted teams who were supported on these projects through subcontracts. These teams represent historically understudied populations within the LGBTQ+ community (e.g., asexual/aromantic, intersex), and the terminations have disrupted the trust and relationships we have established with community members over the past several years.

27.    Personally, the termination has substantially impacted the future on my career. Without funding, staff, and hope for future funding in the area of LGBTQI+ health – in which I have built my career over the last 15 years – I fear I will need to rebuild my entire career. Future grants are built on the success of current grants, as well as one's reputation in the field.  Having limited remaining funding and few publications that do not center LGBTQI+ populations means I

will not be able to continue pursuing NIH grants to sustain my career and set me up for promotion to full Professor. The terminations have also been emotionally challenging – not only has my research been indicated as no longer a priority, but my personal identity as a gay man has been attacked.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 25, 2025

Gregory Phillips II

Digitally signed by Gregory Phillips II
Date: 2025.05.26 17:05:55 -05'00'

Dr. Gregory Phillips II

# Exhibit A



**Department of Health and Human Services**
NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM

**Notice of Award**

Award# R01AA029044
**Federal Award Date**
03/24/2025

---

## Recipient Information

**1. Recipient Name**
NORTHWESTERN UNIVERSITY
633 CLARK ST
EVANSTON, IL 60208

**2. Congressional District of Recipient**
09

**3. Payment System Identifier (ID)**
1362167817A1

**4. Employer Identification Number (EIN)**
362167817

**5. Data Universal Numbering System (DUNS)**
005436803

**6. Recipient's Unique Entity Identifier**
KG76WYENL5K1

**7. Project Director or Principal Investigator**
Gregory L Phillips II, PHD
Assistant Professor
glp2@northwestern.edu
312-503-3447

**8. Authorized Official**
ADRIENNE SIMMS
adrienne.simms@northwestern.edu
312-503-7159

## Federal Agency Information

**9. Awarding Agency Contact Information**
Caleb Daniel Waller
Grants Management Specialist
NATIONAL INSTITUTE ON ALCOHOL
ABUSE AND ALCOHOLISM
caleb.waller@nih.gov
(301) 443-5173

**10. Program Official Contact Information**
Robert  Freeman
Health Scientist Administrator
NATIONAL INSTITUTE ON ALCOHOL
ABUSE AND ALCOHOLISM
rfreeman@mail.nih.gov
301443-8820

## Federal Award Information

**11. Award Number**
5R01AA029044-04

**12. Unique Federal Award Identification Number (FAIN)**
R01AA029044

**13. Statutory Authority**
42 USC 241 42 CFR 52

**14. Federal Award Project Title**
Intersectional Approaches to Population-Level Health Research: Role of HIV Risk and Mental Health in Alcohol Use Disparities among Diverse Sexual Minority Youth

**15. Assistance Listing Number**
93.273

**16. Assistance Listing Program Title**
Alcohol Research Programs

**17. Award Action Type**
Non-Competing Continuation (REVISED)

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---|
| **19. Budget Period Start Date** 09/01/2024 – **End Date** 03/21/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0 |
| 20 a.  Direct Cost Amount | $0 |
| 20 b.  Indirect Cost Amount | $0 |
| **21.** Authorized Carryover | |
| **22.** Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $530,894 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $530,894 |
| **26. Project Period Start Date** 09/01/2021 – **End Date** 03/21/2025 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $2,483,960 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Judy  Fox

## 30. Remarks

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.



Notice of Award

*RESEARCH*
Department of Health and Human Services
National Institutes of Health



NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM

---

**SECTION I – AWARD DATA – 5R01AA029044-04 REVISED**

**Principal Investigator(s):**
Gregory L Phillips II, PHD

**Award e-mailed to:** OSR-Awards@northwestern.edu

Dear Authorized Official:

The National Institutes of Health hereby revises this award  (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to NORTHWESTERN UNIVERSITY CHICAGO in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241 42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute On Alcohol Abuse And Alcoholism of the National Institutes of Health under Award Number R01AA029044. The content is solely the responsibility of the authors and does not necessarily represent the official views of  the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Judy  Fox
Grants Management Officer
NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

Version: 25 - 3/15/2024 9:31 AM | Generated on: 3/25/2025 10:05 AM

| | |
|---|---|
| **Salaries and Wages** | $231,185 |
| **Fringe Benefits** | $58,258 |
| **Personnel Costs (Subtotal)** | $289,443 |
| **Consultant Services** | $4,500 |
| **Travel** | $5,400 |
| **Subawards/Consortium/Contractual Costs** | $51,945 |
| | |
| **Federal Direct Costs** | $351,288 |
| **Federal F&A Costs** | $179,606 |
| **Approved Budget** | $530,894 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $530,894 |
| **TOTAL FEDERAL AWARD AMOUNT** | $530,894 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $0 |

| SUMMARY TOTAL FEDERAL AWARD AMOUNT YEAR ( 4 ) (for this Document Number) | |
|---|---|
| **AWARD NUMBER** | **TOTAL FEDERAL AWARD AMOUNT** |
| 5R01AA029044-04 | $530,894 |
| 3R01AA029044-04S1 | $151,504 |
| **TOTAL** | **$682,398** |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 4 | $530,894 | $682,398 |

**Fiscal Information:**
**Payment System Identifier:**   1362167817A1
**Document Number:**             RAA029044A
**PMS Account Type:**            P (Subaccount)
**Fiscal Year:**                 2024

| IC | CAN | 2024 |
|---|---|---|
| AA | 8470427 | $530,894 |

**NIH Administrative Data:**
**PCC**: APAFD / **OC**: 41025 / **Released**: 03/24/2025
**Award Processed:** 03/25/2025 12:05:18 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 5R01AA029044-04  REVISED**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 5R01AA029044-04  REVISED**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

a.  The grant program legislation and program regulation cited in this Notice of Award.
b.  Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
c.  45 CFR Part 75.
d.  National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
e.  Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
f.  This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):**  All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VII Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.   See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R01AA029044. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

 This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section 8.6 Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final expenditure Federal Financial Report (FFR) (SF 425) must be submitted through the Payment Management System (PMS) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section 8.6.1 Financial Reports, http://grants.nih.gov/grants/policy/policy.htm#gps, for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the real-time cash drawdown data in PMS. NIH will close the awards using the last recorded cash drawdown level in PMS for awards that do not require a final FFR on expenditures.  It is important to note that for financial closeout, if a grantee fails to submit a required final expenditure FFR, NIH will close the grant using the last recorded cash drawdown level.

A Final Invention Statement and Certification form (HHS 568), (not applicable to training, construction, conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 568 form may be downloaded at: http://grants.nih.gov/grants/forms.htm.  This paragraph does not apply to Training grants, Fellowships, and certain other programs—i.e., activity codes C06, D42, D43, D71, DP7, G07, G08, G11, K12, K16, K30, P09, P40, P41, P51, R13, R25, R28, R30, R90, RL5, RL9, S10, S14, S15, U13, U14, U41, U42, U45, UC6, UC7, UR2, X01, X02.

Unless an application for competitive renewal is submitted, a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal application is submitted prior to that date, then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at: https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any other specific requirements set forth in the terms and conditions of the award must also be addressed in the Interim or Final RPPR. *Note that data*

*reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.*

NIH requires electronic submission of the final invention statement through the Closeout feature in the Commons.

NOTE: If this is the final year of a competitive segment due to the transfer of the grant to another institution, then a Final RPPR is not required. However, a final expenditure FFR is required and must be submitted electronically as noted above. If not already submitted, the Final Invention Statement is required and should be sent directly to the assigned Grants Management Specialist.

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period. The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

**SECTION IV – AA SPECIFIC AWARD CONDITIONS – 5R01AA029044-04 REVISED**

Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

**REVISION:** It is the policy of NIH not to prioritize research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness.  Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans.  Therefore, this project is terminated. Northwestern University at Chicago may request funds to support patient safety and orderly closeout of the project. Funds used to support any other research activities will be disallowed and recovered. Please be advised that your organization, as part of the orderly closeout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR), **as applicable**) within 120 days of the end of this grant. As stated in Section III of the NoA, a termination notice must be submitted within 30 days of the termination date.

NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 8.5.2. This revised award represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be dated no later than 30 days after the date of this notice.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This award is issued in accordance with NIH FY24 Fiscal Policies (see NIH Guide Notice NOT-OD-24-109 at (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-24-109.html), including salary limitations as indicated below.

**SALARY LIMITATION:**  None of the funds in this award shall be used to pay the salary of an individual at a rate in excess of the applicable salary cap. Current salary cap levels can be found at https://grants.nih.gov/grants/policy/salcap_summary.htm.

**INFORMATION:**  This award includes funds awarded for consortium activity.  Consortia are to be established and administered as described in the NIH Grants Policy Statement (see http://grants.nih.gov/grants/policy/policy.htm#gps).

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 5R01AA029044-04 REVISED

**INSTITUTION:** NORTHWESTERN UNIVERSITY CHICAGO

| Budget | Year 4 |
|---|---|
| Salaries and Wages | $231,185 |
| Fringe Benefits | $58,258 |
| Personnel Costs (Subtotal) | $289,443 |
| Consultant Services | $4,500 |
| Travel | $5,400 |
| Subawards/Consortium/Contractual Costs | $51,945 |
| TOTAL FEDERAL DC | $351,288 |
| TOTAL FEDERAL F&A | $179,606 |
| TOTAL COST | $530,894 |

| Facilities and Administrative Costs | Year 4 |
|---|---|
| F&A Cost Rate 1 | 60% |
| F&A Cost Base 1 | $299,343 |
| F&A Costs 1 | $179,606 |

# Exhibit B

_Alcohol is the most commonly used and abused drug among youth ages 12-20 in the United States (US)_[1] and is responsible for over 119,000 annual emergency department visits for youth under 21.[2] Sexual minority youth (SMY) report lifetime alcohol use rates that are two to four times higher than their heterosexual peers.[3-7] SMY also experience disparities in binge drinking: in 2019, 15.6% of SMY vs. 13.4% of heterosexual youth reported binge drinking.[8] These sexual orientation-based disparities in alcohol use have severe physical and mental health consequences for all youth, and particularly for SMY.[9-11] Alcohol use, especially binge drinking, is associated with behaviors that increase HIV vulnerability, such as engagement in condomless sex, particularly among young men who have sex with men.[12-15] Mental health consequences of alcohol use include anxiety,[16] depression,[17] non-suicidal self-injury,[18] and suicide,[19] particularly among SMY.

_Researchers have used minority stress theory (MST) as a causal pathway_ to explain health disparities that impact SMY. MST posits that multilevel stigmatization (e.g., at the individual, interpersonal, and structural levels) contributes to poorer mental and physical health outcomes among SMY compared to their heterosexual peers.[20,21] The negative health impacts of individual and interpersonal stigma on alcohol-related outcomes among SMY are well documented.[22-27] However, comparatively little research has characterized associations between minority stress at the structural level and alcohol outcomes among SMY, or how these may vary by race/ethnicity: _Such studies are imperative to identify multilevel avenues for intervention among diverse SMY._

Our team is uniquely positioned to address these needs: in our NIAAA-funded R01 (R01 AA024409), we pooled jurisdictional (city, state, and county) data from the Youth Risk Behavior Survey (YRBS). Our current sample includes all jurisdictions that assessed sexual identity or behavior among high school aged youth from 2005-2019 (253 jurisdiction-years) – _a total of 950,295 participants, including 93,641 SMY_. The initial YRBS data pooling R01 generated 22 publications in high-impact journals describing sexual orientation disparities and trends over time across a range of issues including alcohol, drug, and tobacco use and HIV-related outcomes.[5,6,28-32] However, despite this progress, we lacked the sample size, and number of states that asked about sexual orientation, to take a more nuanced look at alcohol disparities that impact multiply marginalized SMY, with a focus on sex and race/ethnicity (e.g., American Indian/Alaska Native bisexual males). This proposal expands our prior investigation of alcohol disparities by focusing on outcomes among multiply marginalized SMY, particularly those related to HIV acquisition. Specifically, we propose to 1) add jurisdictional YRBS data from 2021 to 2025 to facilitate intersectional analyses; 2) apply advanced statistical methods to categorize alcohol classes; and 3) assess multilevel drivers of alcohol and HIV vulnerabilities.

To do so, we propose to assess multilevel alcohol use disparities that impact SMY at the intersections of sex, sexual orientation, and race/ethnicity, and to describe how such disparities impact HIV vulnerabilities. We will use pooled Local YRBS data (2005-2025) to investigate trends in alcohol use and structural-level associations with alcohol use. We will use complex statistical methods (e.g., latent class analysis [LCA], multilevel analysis of individual heterogeneity and discriminatory accuracy [MAIHDA]) to uncover underlying multilevel constructs that research suggests impact SMY's developmental trajectories in a time of social change (e.g., legalization of same-sex marriage). We plan to achieve these goals with the following aims:

**Aim 1: Determine the magnitude of alcohol use disparities between SMY and heterosexual youth, both cross-sectionally and over time, using an intersectional lens (e.g., sex, race/ethnicity).**

_Hypothesis: Disparities will be greater in certain subpopulations, including racial/ethnic minority SMY, and across jurisdictions, and will decrease over time._

**Aim 2: Apply complex statistical methodologies (e.g., LCA, MAIHDA) to investigate associations between alcohol use classes and HIV vulnerability at the intersections of sex, sexual orientation, and race/ethnicity.**

_Hypothesis: Alcohol consumption profiles will differ among multiply marginalized SMY, compared to non-marginalized youth, and will be significantly associated with HIV vulnerabilities (e.g., condomless sex)._

**Aim 3: Identify the impact of regional, school-based, and structural-level factors on alcohol use and HIV vulnerability between SMY and their heterosexual peers, employing an intersectional lens.**

_Hypothesis 1: Using multilevel modeling techniques, inclusive state policy climates will be associated with attenuated disparities in alcohol use and HIV vulnerability for SMY, cross-sectionally._

_Hypothesis 2: Policies will have differential impacts on those holding multiple marginalized identities._

_Hypothesis 3: Youth living in regions with a greater number of stigmatizing policies (i.e., an exclusionary climate) will be at greater risk for alcohol use, which will be associated with HIV vulnerabilities._

This proposal addresses an NIH and Office of AIDS Research's top HIV research priority: to advance cross-cutting research within epidemiology, behavioral and social sciences research and health disparities. Our findings can help inform the development of multilevel, evidence-informed interventions to reduce alcohol and HIV-related disparities that impact diverse SMY sub-populations at the intersections of sex and race/ethnicity.

# Exhibit C

 

3/21/2025

Nino N Campos
Northwestern University At Chicago
SponsoredResearch@northwestern.edu


Dear Nino N Campos:

Effective with the date of this letter, funding for Project Number 5R01AA029044-04 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 9/1/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness.  Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans.  Therefore, it is the policy of NIH not to prioritize such research programs.

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.
[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373
[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).
[4] NIH Grants Policy Statement at IIA-1.
[5] *Id.* at IIA-155.

1

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]


Sincerely,

Michelle G. Bulls -S          Digitally signed by Michelle G. Bulls -S


Michelle G. Bulls, on behalf of Judy Fox, Chief Grants Management Officer, NIAAA

---

[6] NIH Grants Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

# Exhibit D



**Department of Health and Human Services**
NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM

**Notice of Award**
FAIN# R01AA0290WW
**Federal Award Date**
03/25/2025

## Recipient Information

**1. Recipient Name**
NORTH6 ESTERN UNIVERSITK
Y33 CLAR, ST
EVANSTON8IL Y0207

**2. Congressional District of Recipient**
09

**3. Payment System Identifier (ID)**
13Y21YWW1WA1

**4. Employer Identification Number (EIN)**
3Y21YWW1W

**5. Data Universal Numbering System (DUNS)**
00543Y703

**6. Recipient's Unique Entity Identifier**
, GWW6 KENL5, 1

**7. Project Director or Principal Investigator**
Gregory L Phillips II8PHD @Contawt.
Assistant Professor
glp2mnorthb esternœdu
312-503-344W

**8. Authorized Official**
Trinity Adav sel
SponsoredResearwhmnorthb esternœdu
312-503-WW55

## Federal Agency Information

**9. Awarding Agency Contact Information**
Cale( Daniel 6 aller
Grants Managev ent Spewialist
NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM
wale( db allermnihœgo)
@301. 443-51W8

**10. Program Official Contact Information**
Ro( ert Freev an
Health Swientist Adv inistrator
NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM
rfreev anmv ailœnihœgo)
301443-7720

## Federal Award Information

**11. Award Number**
5R01AA0290WW-04

**12. Unique Federal Award Identification Number (FAIN)**
R01AA0290WW

**13. Statutory Authority**
42 USC 241 42 CFR 52

**14. Federal Award Project Title**
Prolewt Rewognixe: lv pro)ing Measurev ent of Alwohol Use and Other Disparities ( y Se$8Se$ual Orientation8and Gender Identity through Cov v unity Engagev ent

**15. Assistance Listing Number**
93c2W8

**16. Assistance Listing Program Title**
Alwohol Researwh Prograv s

**17. Award Action Type**
Non-Cov peting Continuation @REVISED.

**18. Is the Award R&D?**
Kes

### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 09/01/2024 – **End Date** 03/21/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | z0 |
| 20 ac Direwt Cost Av ount | z0 |
| 20 ( c Indirewt Cost Av ount | z0 |
| **21.** Authorixed Carryo er | |
| **22.** Offset | |
| **23. Total Av ount of Federal Funds O( ligated this ( udget period** | zY048WW0 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | z0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | zY048WW0 |
| **26. Project Period Start Date** 09/21/2021 – **End Date** 03/21/2025 | |
| **27.** Total Av ount of the Federal Ab ard inwluding Appro) ed Cost Sharing or Matwhing this Prolewt Period | z2W8W2W0W |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
j udy Fo$

## 30. Remarks

Awweptanwe of this ab ard8inwluding the JTerv s and Conditions8is awW nob ledged ( y the rewipient b hen funds are drab n dob n or otherb ise requested frov the grant payv ent systev c

Notiwe of Ab ard

 *RESEARCH*
Departv ent of Health and Huv an Ser) iwes
National Institutes of Health

NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM



**SECTION I – AWARD DATA – 5R01AA029076-04 REVISED**

**Principal Investigator(s):**
Lauren Brittany Beawh8PHD
Gregory L Phillips II @ontawt.8PHD

**Award e-mailed to:** OSR-Ab ardsmnorthb esternœdu

Dear Authorixed Offiwial:

The National Institutes of Health here( y re) ises this ab ard @ee "Ab ard Calwulation" in Sewtion I and "Terv s and Conditions" in Sewtion III. to NORTH6 ESTERN UNIVERSITK CHICAGO in support of the a( o) e referenwed prolewtc This ab ard is pursuant to the authority of 42 USC 241 42 CFR 52  and is su( lewt to the requirev ents of this statute and regulation and of other referenwed8inworporated or attawhed terv s and wonditionsc

Awweptanwe of this ab ard8inwluding the JTerv s and Conditions8lis aw nob ledged ( y the rewipient b hen funds are drab n dob n or otherb ise requested frov  the grant payv ent systev c

Eawh pu( liwation8press release8or other dowuv ent a( out researwh supported ( y an NIH ab ard  v ust inwlude an aw nob ledgv ent of NIH ab ard support and a diswlaiv er suwh as "Researwh reported in this pu( liwation b as supported ( y the National Institute On Alwohol A( use And Alwoholisv  of the National Institutes of Health under Ab ard Nuv  ( er R01AA0290WVc The wontent is solely the responsi( ility of the authors and does not newessarily represent the offiwial ) iewb s of  the National Institutes of Healthc" Prior to issuing a press release wonwerning the outwov e of this researwh8please notify the NIH ab arding IC in ad) anwe to allob  for woordinationc

Ab ard rewipients v ust prov ote o( lewti) ity in researwh ( y esta( lishing standards that pro) ide a reasona( le e$pewtation that the design8wonduwt and reporting of researwh funded under NIH ab ards b ill ( e free frov  ( ias resulting frov  an In) estigator's Finanwial Confliwt of Interest @FCOI.8in awwordanwe b ith the 2011 re) ised regulation at 42 CFR Part 50 Su( part Fc  The Institution shall su( v it all FCOI reports to the NIH through the eRA Cov v ons FCOI ModulecThe regulation does not apply to Phase I Sv all Business Inno) ati) e Researwh @BIR. and Sv all Business Tewhnology Transfer @TTR. ab ardscConsult the NIH b e( site http://grantscnihcgo) /grants/poliwy/woi/ for a lin" to the regulation and additional iv portant inforv ationc

If you ha) e any questions a( out this ab ard8please direwt questions to the Federal Agenwy wontawtsc

Sinwerely yours8

j udy  Fo$
Grants Managev ent Offiwer
NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM

Additional inforv ation follob s

Cumulative Award Calculations for this Budget Period (U.S. Dollars)

| | |
|---|---|
| Salaries and Wages | z2028Y47 |
| Fringe Benefits | z548310 |
| Personnel Costs (Subtotal) | z25Y857 |
| Consultant Services | z4250 |
| Travel | z5800 |
| Other | z248Y3 |
| Subawards/Consortium/Contractual Costs | z137877Y |
| | |
| Federal Direct Costs | z43085W |
| Federal F&A Costs | z1W4803 |
| Approved Budget | zY048W0 |
| Total Amount of Federal Funds Authorized (Federal Share) | zY048W0 |
| TOTAL FEDERAL AWARD AMOUNT | zY048W0 |
| | |
| AMOUNT OF THIS ACTION (FEDERAL SHARE) | z0 |

| SUMMARY TOTAL FEDERAL AWARD AMOUNT YEAR ( 4 ) for this Docuient Nuv( er. | |
|---|---|
| AWARD NUMBER | TOTAL FEDERAL AWARD AMOUNT |
| 5R01AA0290W-04 | zY048W0 |
| 3R01AA0290W-04S1 | z99873 |
| TOTAL | $703,843 |

| SUMMARY TOTALS FOR ALL YEARS for this Docuient Nuv( er. | | |
|---|---|---|
| YR | THIS AWARD | CUMULATIVE TOTALS |
| 4 | zY048W0 | zW03843 |

Fiscal Information:

| | |
|---|---|
| Payment System Identifier: | 13Y21YW71WA1 |
| Document Number: | RAA0290WA |
| PMS Account Type: | P @Su( awwount. |
| Fiscal Year: | 2024 |

| IC | CAN | 2024 |
|---|---|---|
| AA | 74W0415 | zY048W0 |

NIH Administrative Data:
PCC: AE FD / OC: 41025 / Released: 03/24/2025
Award Processed: 03/25/2025 12:14:23 AM

**SECTION II – PAYMENT/HOTLINE INFORMATION – 5R01AA029076-04  REVISED**

For payvent and HHS Offiwe of Inspewtor General Hotline inforvation8see the NIH Hovie Page at
http://grantsonihogo)/grants/poliwy/abardwonditionsohtv

**SECTION III – STANDARD TERMS AND CONDITIONS – 5R01AA029076-04  REVISED**

This abard is ( ased on the appliwation su( vitted to8and as appro)ed  y8NIH on the a( o) e-titled prolewt and is su(lewt to the terv s and wonditions inworporated either direwtly or ( y referenwe in the follob ing:

ac   The grant progravi legislation and prograv regulation wited in this Notiwe of Abardc
(c   Conditions on awti)ities and e$penditure of funds in other statutory requirev ents8suwh as those inwluded in appropriations awtsc
wc   45 CFR Part W5c
dc   National Poliwy Requirev ents and all other requirev ents deswri( ed in the NIH Grants Poliwy Statev ent8inwluding addenda in effewt as of the ( eginning date of the ( udget periodc
ec   Federal Abard Perforv anwe Goals: As required ( y the periodiwreport in the RPPR or in the final progress report b hen appliva( lec
fc   This abard notiwe8INCLUDING THE TERMS AND CONDITIONS CITED BELO6 c

ₐSee NIH Hovₑe Page at http://grants₋nih₋goₒ/grants/poliₘy/ab₋ardₒonditionsₐhtv  for ₒertain
referenₒes ₒited aₐoₒec

**Research and Development (R&D):**  All ab₋ards issued ₍y the National Institutes of Health ₍NIH₋ vₑet the
definition of "Researₘh and Deₒelopvₑent" at 45 CFR Part§ W₅2₋ As suₘh₈auditees should identify NIH
ab₋ards as part of the R&D ₒluster on the Sₘhedule of E§penditures of Federal Ab₋ards ₍SEFA₋ₐThe auditor
should test NIH ab₋ards for ₒovₑplianₒe as instruₘted in Part V₈Clusters of ProgravₒscNIH reₒognixes that
sovₑe ab₋ards vₐay ha₎e another ₒlassifiₒation for purposes of indireₒt ₒostscThe auditor is not required to
report the disₒonneₒt ₍ad₋the ab₋ard is ₒlassified as R&D for Federal Audit Requirevₑent purposes ₍ut non-
researₘh for indireₒt ₒost rate purposes₋₈unless the auditee is ₘharging indireₒt ₒosts at a rate other than
the rate₍₎₋₎ speₘified in the ab₋ard doₒuvₑent₍₎₋c


This institution is a signatory to the Federal Devₒonstration Partnership ₍FDP₋ Phase VII Agreevₑent b₋hiₘh
requires aₒti₎e institutional partiₒipation in neb₋ or ongoing FDP devₒonstrations and pilotsc


An uno₍ligated ₍ alanₒe vₐay ₍e ₒarried o₎₎er into the ne§t ₍udget period b₋ithout Grants Managevₑent Offiₒer
prior appro₎alc


This grant is su₍ₑₒt to Streavₒlined Nonₒovₒpeting Ab₋ard Proₒedures ₍SNAP₋c


This ab₋ard is su₍ₑₒt to the requirevₑents of 2 CFR Part 25 for institutions to o₍tain a unique entity identifier
₍UEI₋ and vₐaintain an aₒti₎e registration in the Systev₋ for Ab₋ard Managevₑent ₍SAM₋c Should a
ₒonsortiuv/su₍ab₋ard ₍e issued under this ab₋ard₈a UEI requirevₑent vₐust ₍e inₒludedc  See
http://grants₋nih₋goₒ/grants/poliₘy/ab₋ardₒonditionsₐhtv  for the full NIH ab₋ard tervₒiv₎plevₑenting this
requirevₑent and other additional inforvₒationc


This ab₋ard has ₍een assigned the Federal Ab₋ard Identifiₒation Nuvₒ₍er ₍FAIN₋ R01AA0290W₎cReₒipients
vₐust doₒuvₑent the assigned FAIN on eaₘh ₒonsortiuvₒ/su₍ab₋ard issued under this ab₋ardc


Based on the proₑₒt period start date of this proₑₒt₈this ab₋ard is li₋ely su₍ₑₒt to the Transparenₒy Aₘt
su₍ab₋ard and e§eₒuti₎e ₒovₒpensation reporting requirevₑent of 2 CFR Part 1W₋₎cThere are ₒonditions that
vₐay e§ₒlude this ab₋ard; see http://grants₋nih₋goₒ/grants/poliₘy/ab₋ardₒonditionsₐhtv  for additional ab₋ard
appliₘa₍ility inforvₒationc


In aₒₒordanₒe b₋ith PₐLₐc110-1Y18₎ₒovₑplianₒe b₋ith the NIH Pu₍liₘAₘₒess Poliₘy is nob₋vₐandatorycFor vₒore
inforvₒation₈see NOT-OD-07-033 and the Pu₍liₘAₘₒess b₋e₍site: http://pu₍liₘaₘₒess₋nih₋goₒ/c


 This ab₋ard represents the final year of the ₒovₒpetiti₎e segvₑent for this grantcSee the NIH Grants Poliₘy
Statevₑent Seₒtion 7₎ₐY Closeout for ₒovₒplete ₒloseout requirevₑents at:
http://grants₋nih₋goₒ/grants/poliₘy/poliₘyₐhtvₐ#gpsc


A final e§penditure Federal Finanₘial Report ₍FFR₋ ₍SF 425₋vₒust ₍e su₍vₒitted through the Payvₑent
Managevₑent Systevₒ ₍PMS₋ b₋ithin 120 days of the period of perforvₒanₒe end date; see the NIH Grants
Poliₘy Statevₑent Seₒtion 7₎ₐY Finanₘial Reports₍http://grants₋nih₋goₒ/grants/poliₘy/poliₘyₐhtvₐ#gps₈for
additional inforvₒation on this su₍vₒission requirevₑntcThe final FFR vₐust indiₒate the e§aₘt ₍alanₒe of
uno₍ligated funds and vₐay not refleₘt any unliquidated o₍ligationscThere vₐust ₍e no disₒrepanₒies
₍etb₋een the final FFR e§penditure data and the real-ti₎e ₒash drab₋dob₋n data in PMScNIH b₋ill ₒlose the
ab₋ards using the last reₒorded ₒash drab₋dob₋n le₎el in PMS for ab₋ards that do not require a final FFR on
e§penditurescIt is ivₒportant to note that for finanₘial ₒloseout₈if a grantee fails to su₍vₒit a required final
e§penditure FFR₈NIH b₋ill ₒlose the grant using the last reₒorded ₒash drab₋dob₋n le₎elc


A Final In₎ention Statevₑent and Certifiₘation forvₒ ₍HHS 5Y7₋8₎₎not appliₘa₍le to training₈ₒonstruₘtion₈
ₒonferenₒe or ₒanₒer eduₒation grants₋ vₒust ₍e su₍vₒitted b₋ithin 120 days of the e§piration datecThe HHS
5Y7 forvₒvₐay ₍e dob₋nloaded at: http://grants₋nih₋goₒ/grants/forvₒs₋htvₐc This paragraph does not apply to
Training grants₈Fellob₋ships₈and ₒertain other progravₒ s—ied₋aₘti₎ity ₒodes C0Y8D428D438DWI8DPWₒ₎G0Wₒ8
G078G118, 128, 1Y8, 308P098P408P418P518R138R258R278R308R908RL58RL98S108S148S158U138U148U418
U428U458UCY8UCWₒ₍UR28X018X02c


Unless an appliₘation for ₒovₒpetiti₎e reneb₋al is su₍vₒitted₈a Final Researₘh Perforvₒanₒe Progress Report
₍Final RPPR₋ vₒust also ₍e su₍vₒitted b₋ithin 120 days of the period of perforvₒanₒe end datecIf a ₒovₒpetiti₎e
reneb₋al appliₘation is su₍vₒitted prior to that date₈then an Interivₒ RPPR vₐust ₍e su₍vₒitted ₍y that date as
b₋ellcInstruₘtions for preparing an Interivₒ or Final RPPR are at:
https://grants₋nih₋goₒ/grants/rppr/rppr_instruₘtion_guide₋pdfcAny other speₘifiₒrequirevₑents set forth in

the terv s and wonditions of the ab ard v ust also ( e addressed in the Interiv  or Final RPPRc *Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audiencec*

NIH requires elewtroniwsu( v ission of the final in) ention statev ent through the Closeout feature in the Cov v onsc

NOTE:  If this is the final year of a wov petiti) e segv ent due to the transfer of the grant to another institution8 then a Final RPPR is not requiredc Hob e) er8 a final e\$penditure FFR is required and v ust ( e su( v itted elewtroniwally as noted a( o) ec If not already su( v itted8 the Final In) ention Statev ent is required and should ( e sent direwtly to the assigned Grants Managev ent Spewialistc


Rewipients v ust adv inister the prolewt in wov pliance b ith federal wi) il rights lab s that prohi( it diswriv ination on the ( asis of rawe8 wolor8 national origin8 disa( ility8 age8 and wov ply b ith appliwa( le wonswienwe protewtionscThe rewipient b ill wov ply b ith appliwa( le lab s that prohi( it diswriv ination on the ( asis of se\$8 b hiwh inwludes diswriv ination on the ( asis of gender identity8 se\$ual orientation8 and pregnanwycCov pliance b ith these lab s requires ta" ing reasona( le steps to pro) ide v eaningful awwess to persons b ith liv ited English profiwienwy and pro) iding prograv s that are awwessi( le to and usa( le ( y persons b ith disa( ilitiescThe HHS Offiwe for Ci) il Rights pro) ides guidanwe on wov plying b ith wi) il rights lab s enforwed ( y HHScSee https://b b b dhhsdgo) /wi) il-rights/for-pro) iders/pro) ider-o( ligations/inde\$ chtv l and https://b b b dhhsdgo) /c

· Rewipients of FFA v ust ensure that their prograv s are awwessi( le to persons b ith liv ited English profiwienwycFor guidanwe on v eeting the legal o( ligation to ta" e reasona( le steps to ensure v eaningful awwess to prograv s or awti) ities ( y liv ited English profiwient indi) iduals8 see https://b b b dhhsdgo) /wi) il-rights/for-indi) iduals/spewial-topiws/liv ited-english-profiwienwy/fawt-sheet-guidanwe/inde\$ chtv l and https://b b b depdgo) /c
· For inforv ation on an institution's spewifiwlegal o( ligations for ser) ing qualified indi) iduals b ith disa( ilities8 inwluding pro) iding prograv  awwess8 reasona( le v odifiwations8 and to pro) ide effewti) e wov v uniwation8 see http://b b b dhhsdgo) /owr/wi) ilrights/understanding/disa( ility/inde\$ chtv lc
· HHS funded health and eduwation prograv s v ust ( e adv inistered in an en) ironv ent free of se\$ual harassv ent; see https://b b b dhhsdgo) /wi) il-rights/for-indi) iduals/se\$-diswriv ination/inde\$ chtv lc For inforv ation a( out NIH's wov v itv ent to supporting a safe and respewtful b or" en) ironv ent8 b ho to wontawt b ith questions or wonwerns8 and b hat NIH's e\$pewtations are for institutions and the indi) iduals supported on NIH-funded ab ards8 please see https://grantsdnihdgo) /grants/poliwy/harassv entdhtv c
· For guidanwe on adv inistering prograv s in wov pliance b ith appliwa( le federal religious nondiswriv ination lab s and appliwa( le federal wonswienwe protewtion and assowiated anti-diswriv ination lab s8 see https://b b b dhhsdgo) /wonswienwe/wonswienwe-protewtions/inde\$ chtv l and https://b b b dhhsdgo) /wonswienwe/religious-freedov /inde\$ chtv lc

In awwordanwe b ith the regulatory requirev ents pro) ided at 45 CFR W5 c1 13 and Appendi\$ XII to 45 CFR Part W58 rewipients that ha) e wurrently awti) e Federal grants8 wooperati) e agreev ents8 and prowurev ent wontrawts b ith wuv ulati) e total ) alue greater than z10℀00000 v ust report and v aintain inforv ation in the Systev  for Ab ard Managev ent @SAM. a( out wi) il8 wriv inal8 and adv inistrati) e proweedings in wonnewtion b ith the ab ard or perforv anwe of a Federal ab ard that reawhed final disposition b ithin the v ost rewent fi) e-year periodc The rewipient v ust also v a" e sev iannual diswlosures regarding suwh prowedingscProwedings inforv ation b ill ( e v ade pu( liwly a) aila( le in the designated integrity and perforv anwe systev  @wurrently the Federal Ab ardee Perforv anwe and Integrity Inforv ation Systev  @FAPIIS..cFull reporting requirev ents and prowedures are found in Appendi\$ XII to 45 CFR Part W5cThis terv  does not apply to NIH fellob shipsc


**Treatment of Program Income:**
Additional Costs

---

SECTION IV –  AA SPECIFIC AWARD CONDITIONS – 5R01AA029076-04  REVISED


Cliniwal Trial Indiwator: No
This ab ard does not support any NIH-defined Cliniwal TrialscSee the NIH Grants Poliwy Statev ent Sewtion 1 c2 for NIH definition of Cliniwal Trialc

**REVISION:** It is the policy of NIH not to prioritize gender identity. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans. Many such studies ignore, rather than seriously examine, biological realities. Therefore, this project is terminated. The University of Northwestern at Chicago may request funds to support patient safety and orderly closeout of the project. Funds used to support any other research activities will be disallowed and recovered. Please be advised that your organization, as part of the orderly closeout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR), as applicable) within 120 days of the end of this grant.

NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 8.5.2. This revised award represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be dated no later than 30 days after the date of this notice.

***********************************************************************

This award is issued in accordance with NIH FK24 Fiscal Policies (see NIH Guide Notice NOT-OD-24-109 at (https://grants.nih.gov)/grants/guide/notice-files/NOT-OD-24-109.html.8 including salary livitations as indicated (elob c

**SALARY LIMITATION:** None of the funds in this award shall (e used to pay the salary of an individual at a rate in e$vess of the applicable salary capcCurrent salary wap le)els wan (e found at https://grants.nih.gov)/grants/policy/salwap_suv v arych.tv c

**INFORMATION:** This award inwludes funds awarded for wonsortiuv awti)ityc Consortia are to (e esta(lished and adv inistered as deswri(ed in the NIH Grants Poliwy Statev ent (see http://grants.nih.gov)/grants/policy/poliwy.htv #gps.c

**PRIOR APPROVALS:** In "eeping b ith NIH Guide Notice NOT-OD-0Y-054 (@http://grants.nih.gov)/grants/guide/notice-files/NOT-OD-0Y-054.htv l.8 as this grant has v ultiple Prinwipal In)estigators (PIs.8 although the signatures of the PIs are not required on prior appro)al requests su(v itted to the agenwy8the grant rewipient institution v ust sewure and retain the signatures of all PIs follob ing their ob n internal prowessesc

**NIAAA DATA ARCHIVE (NIAAADA) DATA SHARING REQUIREMENT:** This award is su(lewt to the data sharing guidanwe outlined in NOT-AA-23-002 (@https://grants.nih.gov)/grants/guide/notice-files/NOT-AA-23-002.htv l.c

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 5R01AA0290WY-04 REVISED

**INSTITUTION:** NORTH6 ESTERN UNIVERSITK CHICAGO

| Budget | Kear 4 |
|---|---|
| Salaries and 6 ages | z2029Y47 |
| Fringe Benefits | z548310 |
| Personnel Costs (Su(total. | z25Y857 |
| Consultant Ser)ives | z42250 |
| Tra)el | z5800 |
| Other | z248YY3 |
| Su(awards/Consortiuv /Contrawtual Costs | z137877Y |
| TOTAL FEDERAL DC | z43085W |
| TOTAL FEDERAL F&A | z1W4803 |
| TOTAL COST | zY048W0 |

| Fawilities and Adv inistrati)e Costs | Kear 4 |
|---|---|
| F&A Cost Rate 1 | Y0% |

| F&A Cost Base 1 | z2918 WI |
| F&A Costs 1 | z1W48W03 |

# Exhibit E



**Department of Health and Human Services**

NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM

**Notice of Award**

**Federal Award Date**
03/25/2025

## Recipient Information

**1. Recipient Name**
NORTH6 ESTERN UNIVERSITK
Y33 CLAR, ST
EVANSTON8IL Y0207

**2. Congressional District of Recipient**
09

**3. Payment System Identifier (ID)**
13Y21YW71WA1

**4. Employer Identification Number (EIN)**
3Y21YW71W

**5. Data Universal Numbering System (DUNS)**
00543Y703

**'. Recipients Uni7ue Entity Identifier**
, GW46 KENL5, 1

**6. Project Director or Principal Investigator**
Gregory LpPhilli@s8PHD vConta. tm
Tenured Asso. iate Professor
GI@2b northc esternpedu
312-503-344W

**8. Authorized Official**
Trinity Adav sel
S@onsoredResear. hb northc esternpedu
312-503-W955

## Federal Agency Information

**9. Awarding Agency Contact Information**
Cale( Daniel 6 aller
Grants Managev ent S@e. ialist
NATIONAL INSTITUTE ON ALCOHOL
ABUSE AND ALCOHOLISM
. ale(pc allerb nih@go)
v301m443-51W8

**10. Program Official Contact Information**
Ro( ert Freev an
Health S. ientist Adv inistrator
NATIONAL INSTITUTE ON ALCOHOL
ABUSE AND ALCOHOLISM
rfreev anb v ailpnih@go)
301443-7720

## Federal Award Information

**11. Award Number**
3R01AA0290WW-04S1

**12. Uni7ue Federal Award Identification Number (FAIN)**
R01AA0290WW

**13. Statutory Authority**
42 USC 241 42 CFR 52

**14. Federal Award Project Title**
Iv @ro)ing Measurev ent of Al. ohol Use and Other Dis@arities ( y Sek8Sekual
Orientation8and Gender Identity through Cov v unity Engagev ent

**15. Assistance Listing Number**
93p2W8

**1'. Assistance Listing Program Title**
Al. ohol Resear. h Prograv s

**16. Award Action Type**
Su@@lev ent wREVISEDm

**18. Is the Award R&D?**
Kes

### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 09/01/2024 – **End Date** 03/21/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | x0 |
| 20 ap Dire. t Cost Av ount | x0 |
| 20 ( p Indire. t Cost Av ount | x0 |
| **21.** Authori$ed Carryo) er | |
| **22.** Offset | |
| **23.** Total Av ount of Federal Funds O( ligated this ( udget @eriod | x998073 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | x0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | x998073 |
| **2'. Project Period Start Date** 09/21/2021 – **End Date** 03/21/2025 | |
| **26.** Total Av ount of the Federal Ac ard in. luding A@@ro)ed Cost Sharing or Mat. hing this Pro)e. t Period | x27W2800W |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
j udy Fok

## 30. Remarks

A. . e@tan. e of this ac ard8in. luding the JTerv s and Conditions8Jis a. " noc ledged ( y the re. i@ent c hen funds are drac n doc n or otherc ise requested frov the grant @ayv ent systev p

Version:55 - 3/15/2024 9:51 AM / Generated on: 3/25/2025 12:23 AM



Noti. e of Ac ard

RESEARCH
De@artv ent of Health and Huv an Ser) i. es
National Institutes of Health



NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM

### SECTION I – AWARD DATA – 3R01AA02906' -04S1 REVISED

**Principal Investigator(s):**
Lauren Brittany Bea. h8j D
Gregory LpPhilli@s w onta. tr8PHD

**Award e-mailed to:** OSR-Ac ardsb northc esternpedu

Dear Authori$ed Offi. ial:

The National Institutes of Health here( y re)ises this ac ard wee "Ac ard Cal. ulation" in Se. tion I and "Terv s and Conditions" in Se. tion IIIm to NORTH6 ESTERN UNIVERSITK CHICAGO in su@@ort of the a( o) e referen. ed @ro@e. tp This ac ard is @ursuant to the authority of 42 USC 241 42 CFR 52 and is su( @e. t to the requirev ents of this statute and regulation and of other referen. ed8in. or@orated or atta. hed terv s and . onditionsp

A. . e@@an. e of this ac ard8in. luding the JTerv s and Conditions8lis a. " noc ledged ( y the re. i@ent c hen funds are drac n doc n or otherc ise requested frov the grant @ayv ent systev p

Ea. h @u( li. ation8@ress release8or other do. uv ent a( out resear. h su@@orted ( y an NIH ac ard v ust in. lude an a. " noc ledgv ent of NIH ac ard su@@ort and a dis. laiv er su. h as "Resear. h re@orted in this @u( li. ation c as su@@orted ( y the National Institute On Al. ohol A( use And Al. oholisv ( er And Al. oholisv ( er of the National Institutes of Health under Ac ard Nuv ( er R01AA0290WYpThe . ontent is solely the res@onsi( ility of the authors and does not ne. essarily re@@esent the offi. ial )iec s of the National Institutes of Health@ Prior to issuing a @ress release : on. erning the out. ov e of this resear. h8@lease notify the NIH ac arding IC in ad)an. e to alloc for . oordinationp

Ac ard re. i@ents v ust @rov ote o( @e. ti)ity in resear. h ( y esta( lishing standards that @ro)ide a reasona( le ek@e. tation that the design8. ondu. t and re@orting of resear. h funded under NIH ac ards c ill ( e free frov ( ias resulting frov an In)estigator's Finan. ial Confli. t of Interest vFCOIn8in a. . ordan. e c ith the 2011 re)ised regulation at 42 CFR Part 50 Su( @art Fp The Institution shall su( v it all FCOI re@orts to the NIH through the eRA Cov v ons FCOI ModulepThe regulation does not a@@ly to Phase I Sv all Business Inno)ati)e Resear. h v8BIRmand Sv all Business Te. hnology Transfer v8TTRmac ardspConsult the NIH c e( site htt@//grantspnih@go) /grants/@oli. y/. oi/ for a lin" to the regulation and additional iv @ortant inforv ationp

If you ha)e any questions a( out this ac ard8@lease dire. t questions to the Federal Agen. y . onta. tsp

Sin. erely yours8

j udy Fok
Grants Managev ent Offi. er
NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM

Additional inforv ation folloc s

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| Salaries and Wages | x2025Y |
| Fringe Benefits | x55VM |
| Personnel Costs (Subtotal) | x2572W |
| Consultant Services | x248Y00 |
| Travel | x2500 |
| Other | x9800 |
| | |
| Federal Direct Costs | xY192W |
| Federal F&A Costs | x3W65Y |
| Approved Budget | x99873 |
| Total Amount of Federal Funds Authorized (Federal Share) | x99873 |
| **TOTAL FEDERAL AWARD AMOUNT** | x99873 |

AMOUNT OF THIS ACTION (FEDERAL SHARE)                                    x0

| SUMMAR/ TOTAL FEDERAL AWARD AMOUNT / EAR ( 4 ) vfor this Do. uv ent Nuv ( erm | |
|---|---|
| AWARD NUMBER | TOTAL FEDERAL AWARD AMOUNT |
| 3R01AA0290WW-04S1 | x99873 |
| 5R01AA0290WW-04 | xY048W0 |
| **TOTAL** | **Y603,843** |

| SUMMAR/ TOTALS FOR ALL / EARS vfor this Do. uv ent Nuv ( erm | | |
|---|---|---|
| / R | THIS AWARD | CUMULATIVE TOTALS |
| 4 | x99873 | xW03843 |

**Fiscal Information:**

| | |
|---|---|
| Payment System Identifier: | 13Y21YW71WA1 |
| Document Number: | RAA0290WWA |
| PMS Account Type: | P vSu( a. . ountm |
| Fiscal / ear: | 2024 |

| IC | CAN | 2024 |
|---|---|---|
| OD | 7055W29 | x99873 |

**NIH Administrative Data:**
**PCC**: AE FD / **OC**: 41023 / **Released**: 03/24/2025
**Award Processed**: 03/25/2025 12:23:13 AM

**SECTION II – PA/ MENTSHOTLINE INFORMATION – 3R01AA02906' -04S1  REVISED**

For @ayv ent and HHS Offi. e of Ins@e. tor General Hotline inforv ation8see the NIH Hov e Page at
htt@//grantspnih go) /grants/@oli. y/ac ard. onditionsphtv

**SECTION III – STANDARD TERMS AND CONDITIONS – 3R01AA02906' -04S1  REVISED**

This ac ard is ( ased on the a@@di. ation su( v itted to8and as a@@ro ed ( y8NIH on the a( o) e-titled @roe. t and
is su( e. t to the terv s and . onditions in. or@rated either dire. tly or ( y referen. e in the folloc ing:

ap    The grant @ograv  legislation and @ograv  regulation . ited in this Noti. e of Ac ardp
( p    Conditions on a. ti) ities and ek@enditure of funds in other statutory requirev ents8su. h as
         those in. luded in a@@ro@iations a. tsp
. p    45 CFR Part W5p
dp    National Poli. y Requirev ents and all other requirev ents des. ri( ed in the NIH Grants Poli. y
         Statev ent8in. luding addenda in effe. t as of the ( eginning date of the ( udget @eriodp
ep    Federal Ac ard Perforv an. e Goals: As required ( y the @eriodi. re@ort in the RPPR or in the final
         @ogress re@ort c hen a@@li. a( lep
fp    This ac ard noti. e8INCLUDING THE TERMS AND CONDITIONS CITED BELO6 p

vSee NIH Hov e Page at htt@//grantspnih go) /grants/@oli. y/ac ard. onditionsphtv  for . ertain

referen. es . ited a(o) epm

**Research and Development (R&D):**  All ac ards issued (y the National Institutes of Health wNIHmv eet the definition of "Resear. h and De)elo@v ent" at 45 CFR Part§ W5p2. As su. h8auditees should identify NIH ac ards as @art of the R&D . luster on the S. hedule of Ek@enditures of Federal Ac ards vsEFAmpThe auditor should test NIH ac ards for . ov @lian. e as instru. ted in Part V8Clusters of ProgravspNIH re. ogni$es that sov e ac ards v ay ha)e another . lassifi. ation for @ur@oses of indire. t . ostspThe auditor is not required to re@ort the dis. onne. t w@@8the ac ard is . lassified as R&D for Federal Audit Requirev ent @ur@oses (ut non-resear. h for indire. t . ost rate @ur@osesr8unless the auditee is . harging indire. t . osts at a rate other than the ratevsms@e. ified in the ac ard do. uv entwsrp

This institution is a signatory to the Federal Dev onstration Partnershi@vrFDPmrPhase VII Agreev ent c hi. h requires a. ti)e institutional @arti. i@ation in nec or ongoing FDP dev onstrations and @llotsp

An uno(ligated (alan. e v ay (e . arried o)er into the nekt (udget @eriod c ithout Grants Managev ent Offi. er @rior a@@ro)alp

This grant is su(je. t to Streav lined Non. ov @eting Ac ard Pro. edures vsNAPrp

This ac ard is su(je. t to the requirev ents of 2 CFR Part 25 for institutions to o(tain a unique entity identifier wUEImand v aintain an a. ti)e registration in the Systev for Ac ard Managev ent vsSAMrp Should a . onsortiuv /su(ac ard (e issued under this ac ard8a UEI requirev ent v ust (e in. ludedp See htt@//grantspnih@go)/grants/@oli. y/ac ard. onditionsphtv for the full NIH ac ard terv iv @lev enting this requirev ent and other additional inforv ationp

This ac ard has (een assigned the Federal Ac ard Identifi. ation Nuv (er vFAINmrR01AA0290WYpRe. i@ents v ust do. uv ent the @ssigned FAIN on ea. h . onsortiuv /su(ac ard issued under this ac ardp

Based on the @roje. t @eriod start date of this @roje. t8this ac ard is li" ely su(je. t to the Trans@aren. y A. t su(ac ard and eke. uti)e . ov @ensation re@orting requirev ent of 2 CFR Part 1W0pThere are . onditions that v ay ek. lude this ac ard; see htt@//grantspnih@go)/grants/@oli. y/ac ard. onditionsphtv for additional ac ard a@@li. a(ility inforv ationp

In a. . ordan. e c ith P@L@110-1Y18. ov @lian. e c ith the NIH Pu(li. A. . ess Poli. y is noc v andatorypFor v ore inforv ation8see NOT-OD-07-033 and the Pu(li. A. . ess c e(site: htt@//@u(li. a. . esspnih@go)/p

 This ac ard re@resents the final year of the . ov @etiti)e segv ent for this grantpSee the NIH Grants Poli. y Statev ent Se. tion 7@Y Closeout for . ov @lete . loseout requirev ents at: htt@//grantspnih@go)/grants/@oli. y/@oli. y@ntv _#g@sp

A final ek@enditure Federal Finan. ial Re@ort vrFFRmrSF 425mv ust (e su(v itted through the Payv ent Managev ent Systev vPMSmc ithin 120 days of the @eriod of @erforv an. e end date; see the NIH Grants Poli. y Statev ent Se. tion 7@Yp1 Finan. ial Re@ortspThe FFR8htt@//grantspnih@go)/grants/@oli. y/@oli. y@ntv _#g@s8for additional inforv ation on this su(v ission requirev entpThe final FFR v ust indi. ate the eka. t (alan. e of uno(ligated funds and v ay not refle. t any unliquidated o(ligationspThere v ust (e no dis. re@an. ies (etc een the final FFR ek@enditure data and the real-tiv e . ash drac doc n data in PMS8pNIH c ill . lose the ac ards using the last re. orded . ash drac doc n le)el in PMS for ac ards that do not require a final FFR on ek@enditurespIt is iv @ortant to note that for finan. ial . loseout8if a grantee fails to su(v it a required final ek@enditure FFR8NIH c ill . lose the grant using the last re. orded . ash drac doc n le)elp

A Final In)ention Statev ent and Certifi. ation forv wHHS 5Y7mrc not a@@li. a(le to training8. onstru. tion8 . onferen. e or . an. er edu. ation grantsmv ust (e su(v itted c ithin 120 days of the ek@iration datepThe HHS 5Y7 forv v ay (e e do. nloaded at: htt@//grantspnih@go)/grants/forv s@htv p This @aragra@h does not a@@ly to Training grants8Felloc shi@s8and . ertain other @rograv s—ip@8a. ti)ity . odes C0Y8D428D438DWI8DPW8G0W8 G078G118, 128, 1Y8, 308P098P408P418P518R138R258R278R308R908RL58RL98S108S148S158U138U148U418 U428U458UCY8UCW8UR28X018X02p

Unless an a@@li. ation for . ov @etiti)e renec al is su(v itted8a Final Resear. h Perforv an. e Progress Re@ort vrFinal RPPRmrv ust also (e su(v itted c ithin 120 days of the @eriod of @erforv an. e end datep1f a . ov @etiti)e renec al a@@li. ation is su(v itted @rior to that date8then an Interiv RPPR v ust (e su(v itted (y that date as c ellpInstru. tions for @re@aring an Interiv or Final RPPR are at: htt@s://grantspnih@go)/grants/r@@r/r@@r_instru. tion_guidep@dfpAny other s@e. ifi. requirev ents set forth in the terv s and . onditions of the ac ard v ust also (e addressed in the Interiv or Final RPPRp*Note that data*

reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.

NIH requires ele. troni. su( v ission of the final in)ention statev ent through the Closeout feature in the Cov v onsp

NOTE: If this is the final year of a . ov @etiti)e segv ent due to the transfer of the grant to another institution8 then a Final RPPR is not requiredp Hoc e)er8a final ek@enditure FFR is required and v ust ( e su( v itted ele. troni. ally as noted a( o)ep If not already su( v itted8the Final In)ention Statev ent is required and should ( e sent dire. tly to the assigned Grants Managev ent S@e. ialistp

This ac ard is funded ( y the folloc ing list of institutep Any a@@ers @u( lished under the aus@i. es of this ac ard v ust . ite the funding su@@ort of all institutesp

| Offi. e Of The Dire. tor8National Institutes Of Health v0Dm |
| --- |

Re. i@ents v ust adv inister the @roe. t in . ov @lian. e c ith federal . i)il rights lac s that @rohi( it dis. riv ination on the ( asis of ra. e8. olor8national origin8disa( ility8age8and . ov @ly c ith a@@li. a( le . ons. ien. e @rote. tionspThe re. i@ent c ill . ov @ly c ith a@@li. a( le lac s that @rohi( it dis. riv ination on the ( asis of sek8c hi. h in. ludes dis. riv ination on the ( asis of gender identity8sekual orientation8and @regnan. ypCov @lian. e c ith these lac s requires ta" ing reasona( le ste@s to @ro)ide v eaningful a. . ess to @ersons c ith liv ited English @rofi. ien. y and @ro)iding @rogra) s that are a. . essi( le to and usa( le ( y @ersons c ith disa( ilitiespThe HHS Offi. e for Ci)il Rights @ro)ides guidan. e on . ov @lying c ith . i)il rights lac s enfor. ed ( y HHSpSee https://c c c .hhspgo)/. i)il-rights/for-@ro)iders/@ro)ider-o( ligations/indexphtv l and https://c c c .hhspgo)/p

- Re. i@ents of FFA v ust ensure that their @rogra) s are a. . essi( le to @ersons c ith liv ited English @rofi. ien. ypFor guidan. e on v eeting the legal o( ligation to ta" e reasona( le ste@s to ensure v eaningful a. . ess to @rogra) s or a. ti)ities ( y liv ited English @rofi. ient indi)iduals8 see https://c c c .hhspgo)/. i)il-rights/for-indi)iduals/s@e. ial-to@i. s/liv ited-english-@rofi. ien. y/fa. t-sheet-guidan. e/indexphtv l and https://c c c .hhspgo)/. i)il-rights/for-indi)iduals/s@e. ial-to@i. s/liv ited-english-@rofi. ien. y/fa. t-sheet-guidan. e/indexphtv l and https://c c c .hhspgo)/le@go)/p
- For inforv ation on an institution's s@e. ifi. legal o( ligations for ser)ing qualified indi)iduals c ith disa( ilities8in. luding @ro)iding @rogra) a. . ess8reasona( le v odifi. ations8and to @ro)ide effe. ti)e . ov v uni. ation8see https://c c c .hhspgo)/. o. r/. i)ilrights/understanding/disa( ility/indexphtv lp
- HHS funded health and edu. ation @rogra) s v ust ( e adv inistered in an en)ironv ent free of sekual harassv ent; see https://c c c .hhspgo)/. i)il-rights/for-indi)iduals/sek-dis. riv ination/indexphtv lp For inforv ation a( out NIH's . ov v itv ent to su@@orting a safe and res@e. tful c or" en)ironv ent8 c ho to . onta. t c ith questions or . on. erns8and c hat NIH's ek@e. tations are for institutions and the indi)iduals su@@orted on NIH-funded ac ards8@lease see https://grantspnihpgo)/grants/@oli. y/harassv entphtv p
- For guidan. e on adv inistering @rogra) s in . ov @lian. e c ith a@@li. a( le federal religious nondis. riv ination lac s and a@@li. a( le federal . ons. ien. e @rote. tion and asso. iated anti-dis. riv ination lac s8see https://c c c .hhspgo)/. ons. ien. e/. ons. ien. e-@rote. tions/indexphtv l and https://c c c .hhspgo)/. ons. ien. e/religious-freedov /indexphtv lp

In a. . ordan. e c ith the regulatory requirev ents @ro)ided at 45 CFR V5p113 and A@@endik XII to 45 CFR Part V58re. i@ents that ha)e . urrently a. ti)e Federal grants8. oo@erati)e agreev ents8and @ro. urev ent . ontra. ts c ith . uv ulati)e total )alue greater than x10800080000 v ust re@ort and v aintain inforv ation in the Systev for Ac ard Managev ent v8AMma( out . i)il8. riv inal8and adv inistrati)e @ro. eedings in . onne. tion c ith the ac ard or @erforv an. e of a Federal ac ard that rea. hed final dis@osition c ithin the v ost re. ent fi)e-year @eriodp The re. i@ient v ust also v a" e se)en annual dis. losures regarding su. h @ro. eedingspPro. eedings inforv ation c ill ( e v ade @u( li. ly a)aila( le in the designated integrity and @erforv an. e systev w urrently the Federal Ac ardee Perforv an. e and Integrity Inforv ation Systev vFAPIISmpFull re@orting requirev ents and @ro. edures are found in A@@endik XII to 45 CFR Part V5pThis terv does not a@@ly to NIH felloc shi@sp

**Treatment of Program Income:**
Additional Costs

---

**SECTION IV −  AA SPECIFIC AWARD CONDITIONS – 3R01AA02906'-04S1  REVISED**

Clini. al Trial Indi. ator: No
This ac ard does not su@@ort any NIH-defined Clini. al TrialspSee the NIH Grants Poli. y Statev ent Se. tion 1p2

for NIH definition of Clini. al Trialp

**REVISION:** It is the policy of NIH not to prioritize gender identity.  Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans.  Many such studies ignore, rather than seriously examine, biological realities.  Therefore, this project is terminated. The University of Northwestern at Chicago may request funds to support patient safety and orderly closeout of the project. Funds used to support any other research activities will be disallowed and recovered. Please be advised that your organization, as part of the orderly closeout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR), as applicable) within 120 days of the end of this grant.

NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 8.5.2. This revised award represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be dated no later than 30 days after the date of this notice.

*******************************************************************

This ac ard @ro)ides su@dev ental funds in the av ount of **Y'99,083 Total Costs (Y' 1,926 Direct Costs and Y36,15' F&A Costs)** for addressing ga@s in Intersek and Variations of Sek De)elo@v ent w/VSCv health ( y in) esting dire. tly in Intersek-led8grassroots resear. h efforts as requested in the adv inistrati) e su@dev ent a@di. ation su( v itted **01$30$2024**p These funds are restri. ted for the stated @ur@ose and v ay not ( e used for any other @ur@ose c ithout Grants Managev ent Bran. h8 NIAAA a@@ro) alp

The terv s and . onditions of the @arent ac ard also a@@ly to this adv inistrati) e su@@dev entp

**PRIOR APPROVALS:**  In " ee@ng c ith NIH Guide Noti. e NOT-OD-0Y-054 v htt@://grants.nih.go)/grants/guide/noti. e-files/NOT-OD-0Y-054phtv l8 as this grant has v ulti@le Prin. i@al In) estigators v PIsr8 although the signatures of the PIs are not required on @ior a @@ro) al requests su( v itted to the agen. y8 the grant re. i@ient institution v ust se. ure and retain the signatures of all PIs folloc ing their oc n internal @ro. essesp

Su@@ort is @ro) ided ( y NIAAA and the Offi. e of Beha) ioral and So. ial S. ien. es Resear. h v OBSSRmp 6 hen a. " noc ledging su@@ort all sour. es should ( e . itedp

**SPREADSHEET SUMMAR/**
**AWARD NUMBER:** 3R01AA0290W-04S1 REVISED

**INSTITUTION:** NORTH6 ESTERN UNIVERSITK CHICAGO

| Budget | Kear 4 |
|---|---|
| Salaries and 6 ages | x20825Y |
| Fringe Benefits | x555W |
| Personnel Costs v Su( totalm | x2557 2W |
| Consultant Ser) i. es | x2480 00 |
| Tra) el | x25 00 |
| Other | x98 00 |
| TOTAL FEDERAL DC | xY1892W |
| TOTAL FEDERAL F&A | x3W8 5Y |
| TOTAL COST | x998 73 |

| Fa. ilities and Adv inistrati) e Costs | Kear 4 |
|---|---|
| F&A Cost Rate 1 | Y0% |
| F&A Cost Base 1 | xY1892W |
| F&A Costs 1 | x3W8 5Y |

# Exhibit F

**From:** Bulls, Michelle G. (NIH/OD) [E] <michelle.bulls@nih.gov>
**Sent:** Friday, March 21, 2025 11:34 AM
**To:** Sponsored Research <SponsoredResearch@northwestern.edu>
**Subject:** Grant Termination Notification

 

3/21/2025

Andrea Zakrzewski
Northwestern University At Chicago
SponsoredResearch@northwestern.edu

Dear Andrea Zakrzewski:

Effective with the date of this letter, funding for Project Number 5R01AA029076-04 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 9/1/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans.  Many such studies ignore, rather than seriously examine, biological realities.  It is the policy of NIH not to prioritize these research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

Sincerely,

Michelle G. Bulls -S  Digitally signed by Michelle G. Bulls -S

Michelle G. Bulls, on behalf of Judy Fox, Chief Grants Management Officer, NIAAA
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

_____

_____

_____

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373

[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).

[4] NIH Grants Policy Statement at IIA-1.

[5] *Id.* at IIA-155.

[6] NIH Grants Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

# Exhibit G

3/21/2025

Andrea Zakrzewski
Northwestern University At Chicago
SponsoredResearch@northwestern.edu

Dear Andrea Zakrzewski:

Effective with the date of this letter, funding for Project Number 3R01AA029076-04S1 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 9/1/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans.  Many such studies ignore, rather than seriously examine, biological realities.  It is the policy of NIH not to prioritize these research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations in *USAspending.gov.*[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the

required written statement, you shall provide copies of any documents supporting your claim.[12]

Sincerely,

Michelle G. Bulls -S    Digitally signed by Michelle G. Bulls -S

Michelle G. Bulls, on behalf of Judy Fox, Chief Grants Management Officer, NIAAA Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373

[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).

[4] NIH Grants Policy Statement at IIA-1.

[5] *Id.* at IIA-155.

[6] NIH Grants Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

# Exhibit

.
.


**National Institute on Alcohol Abuse and Alcoholism**

**Advancing Alcohol Research to Promote Health and Well-Being**

[ Read the NIAAA Director's Message ]

## Cross-Cutting Research Themes

The cross-cutting research themes provide a lens for examining high-priority topics that span two or more of the research goals and other areas of the strategic plan.



### Advancing Research on Women's Health

Understanding how alcohol use and misuse impact women and developing interventions tailored to the unique needs of women



### Applying a Life Course Approach to Alcohol Research

Addressing critical knowledge gaps about the impact of alcohol misuse unique to each life stage



### Encouraging a Whole Person, Integrated Approach to Health

Enhancing the understanding of whole person health and facilitating integrated care to improve health outcomes and reduce health care costs



### Innovating Alcohol Research and Care Through Data Science

Encouraging data science and multi-omic approaches to predict vulnerability to alcohol misuse, individualize AUD treatment, and guide recovery

Cross-Cutting Research Programs

Cross-cutting research programs are NIAAA-managed research portfolios that include topics spanning multiple research goals outlined in this strategic plan.

- FASD Research Program
- Alcohol and HIV Research Program

## Research Goals

The strategic plan's four major research goals cover the depth and breadth of research necessary to improve the understanding of and to address the effects of alcohol misuse on individuals and society.



### Goal 1: Elucidate the Biological Mechanisms and Consequences of Alcohol Misuse

NIAAA aims to advance research on the brain cells and circuits that underlie and are altered by alcohol misuse, and the complex relationships between alcohol misuse and physiological effects throughout the body.



### Goal 2: Identify Patterns, Trends, and Public Health Impact of Alcohol Misuse

NIAAA will continue to support epidemiological research to identify and track patterns of alcohol use and misuse, drinking-related outcomes and disparities, and individual and environmental variables that confer risk or resilience.



### Goal 3: Prevent and Reduce Alcohol Misuse, Alcohol Use Disorder, and Associated Consequences

NIAAA encourages the development, evaluation, and implementation of individual, family, school, community, and policy-based strategies to prevent alcohol misuse, alcohol use disorder, and related consequences.



### Goal 4: Improve Diagnosis and Expand Treatment of Alcohol Use Disorder and Alcohol-Related Conditions

NIAAA encourages research to refine diagnosis, enhance treatment, sustain recovery, and ultimately, to reduce the treatment gap for alcohol use disorder and other alcohol-related health conditions.

## Supporting the Mission

These goals aim to maintain and build a talented scientific and administrative workforce and to uphold optimal management and accountability, strategic collaboration, and communication of research results.





## Goal 1: Building a Robust Research Capacity

At the core of NIAAA's efforts are cultivating a talented scientific and administrative workforce to advance research to the next frontier and maximizing NIAAA research resources and infrastructure to promote discovery.

## Goal 2: Serving as a Responsible Steward of the Public's Investment

NIAAA upholds the values of responsible stewardship, research integrity, and public trust. These values are reinforced by NIAAA's commitment to optimal management and accountability, strategic collaboration, and communication of research results.



### Download the NIAAA Strategic Plan, Fiscal Years 2024-2028

To download and review a full copy of the current NIAAA Strategic plan, click the link below.

Download PDF (926 KB)



National Institute on Alcohol
Abuse and Alcoholism

## Director's Message



Alcohol-related problems exact an immense toll on individuals, families, and communities. In the United States, more than 178,000 people die per year from alcohol misuse, making alcohol a leading preventable cause of death.[1] From the first year of the COVID-19 pandemic in 2019 through 2021, alcohol-related deaths increased approximately 38%, far outpacing previous increases of around 2% per year.[2] Alcohol-related traffic fatalities increased by 14% from 2020 to 2021, their highest level since 2009.[3]

Alcohol misuse is linked to more than 200 diseases and injury-related conditions—including approximately 50% of liver disease deaths, 5% to 6% of cancer cases, and 4% of cancer deaths—and contributes substantially to health care costs and lost productivity.[4,5]The adverse effects of alcohol are extensive and impact health in ways that many people may not realize. In addition, nearly 30 million people in the United States have alcohol use disorder (AUD), and less than 10% of them receive treatment or help.[6,7]

The mission of the National Institute on Alcohol Abuse and Alcoholism (NIAAA) is to generate and disseminate fundamental knowledge about the adverse effects of alcohol on health and well-being and to apply that knowledge to improve the diagnosis, prevention, and treatment of alcohol-related problems, including AUD, across the life course. For more than 50 years, NIAAA has been at the forefront of cutting-edge alcohol research that has significantly expanded our understanding of the factors that contribute to alcohol-related problems and the mechanisms through which they develop.

Thanks to NIAAA-supported research, AUD is widely regarded as a treatable chronic disorder stemming from various genetic and environmental factors, like many other common chronic health conditions. Accumulating evidence demonstrating the health risks of alcohol at all levels, along with the recent cultural shift around sober curiosity in the United States, have provided NIAAA new opportunities to lead the changing conversation around alcohol.

We have developed and promoted materials which help individuals and communities reevaluate their relationship with alcohol, and change how alcohol-related health issues are perceived and addressed in health care. These efforts, supported by advances in basic, translational, and clinical research, are leading to more effective prevention, diagnosis, and treatment of alcohol misuse and are helping to reduce stigma associated with alcohol-related problems as well as the stigma associated with choosing not to drink.

NIAAA's strategic plan charts a course for the next five years as we seek to address alcohol research challenges while maintaining flexibility to address emerging research opportunities and urgent public health needs. Preventing alcohol misuse at all ages, enhancing the diagnosis of AUD, fetal alcohol spectrum disorders (FASD), and other alcohol-associated pathologies, improving treatment for these conditions, and addressing health disparities in alcohol misuse and related consequences are just some of NIAAA's most salient goals. I am optimistic that NIAAA-supported research will pave the way for future breakthroughs that will help more Americans live healthier, more productive lives.

**George F. Koob, Ph.D.**
Director
National Institute on Alcohol Abuse and Alcoholism

---

[1]Centers for Disease Control and Prevention (CDC). Alcohol and Public Health: Alcohol-Related Disease Impact. [Table], Annual average for United States 2020–2021 alcohol-attributable deaths due to excessive alcohol use, all ages. [cited 2024 Mar 15]. Available from: https://nccd.cdc.gov/DPH_ARDI/Default/Report.aspx?T=AAM&P=F1F85724-AEC5-4421-BC88-3E8899866842&R=EACE3036-77C9-4893-9F93-17A5E1FEBE01&M=7F40785C-D481-440A-970F-50EFBD21B35B&F=&D=

[2]National Center for Health Statistics Mortality Data on CDC WONDER. Current final multiple cause of death data, 2018–2021. [Internet]. U.S. Department of Health and Human Services; 2023 Sept [cited 2023 Feb 9]. Available from: https://wonder.cdc.gov/mcd.html

[3]National Center for Statistics and Analysis, National Highway Traffic Safety Administration. Overview of motor vehicle crashes in 2021 [Internet]. Washington: U.S. Department of Transportation; 2023 Apr [cited 2023 Apr 12]. 50 p. Available from: https://crashstats.nhtsa.dot.gov/Api/Public/ViewPublication/813435

[4]Estimated liver disease deaths include deaths with underlying causes coded as alcoholic liver disease (K70); liver cirrhosis, unspecified (K74.0–K74.2, K74.6, K76.0, K76.7, and K76.9); chronic hepatitis (K73); portal hypertension (K76.6); liver cancer (C22); or other liver diseases (K71, K72, K74.3–K74.5, K75, K76.1–K76.5, and K76.8). Number of deaths from Multiple Causes of Deaths Public-Use Data File, 2022 (https://wonder.cdc.gov/mcd.html). Alcohol-attributable fractions (AAFs) from CDC Alcohol-Related Disease Impact (http://nccd.cdc.gov/DPH_ARDI/Default/Default.aspx), accessed January 12, 2024. Prevalence of alcohol consumption from the National Survey on Drug Use and Health, 2022, for estimating indirect AAFs for chronic hepatitis and liver cancer.

[5]Islami F, Sauer AG, Miller KD, Siegel RL, Fedewa SA, Jacobs EJ, McCullough ML, Patel AV, Ma J, Soerjomataram I, Flanders WD, Brawley OW, Gapstur SM, Jemal A. Proportion and number of cancer cases and deaths attributable to potentially modifiable risk factors in the United States. CA Cancer J Clin. 2018 Jan;68(1):31-54. doi:10.3322/caac.21440. Epub 2017 Nov 21. PubMed PMID: 29160902

[6]Substance Abuse and Mental Health Services Administration (SAMHSA), Center for Behavioral Health Statistics and Quality. 2022 National Survey on Drug Use and Health. Table 5.9A—Alcohol use disorder in past year: among people aged 12 or older; by age group and demographic characteristics, numbers in thousands, 2021 and 2022. [cited 2023 Dec 8]. Available from: https://www.samhsa.gov/data/sites/default/files/reports/rpt42728/NSDUHDetailedTabs2022/NSDUHDetailedTabs2022/NSDUHDetTabsSect5pe2022.htm#tab5.9

[7]SAMHSA, Center for Behavioral Health Statistics and Quality. 2022 National Survey on Drug Use and Health. Table 5.32B—Received substance use treatment in past year: among people aged 12 or older; by age group and past year drug use disorder, past year alcohol use disorder, past year drug and alcohol use disorder, and past year substance use disorder, percentages, 2021 and 2022. [cited 2023 Dec 13]. Available from: https://samhsa.gov/data/sites/default/files/reports/rpt42728/NSDUHDetailedTabs2022/NSDUHDetailedTabs2022/NSDUHDetTabsSect5pe2022.htm?s=5.32&#tab5.32b



## Cross-Cutting Research Themes

NIAAA has identified cross-cutting research themes, which provide a lens for examining high-priority topics that span two or more of the research goals outlined in this strategic plan. The following themes complement the Cross-Cutting Research Programs and Supporting the Mission sections of this strategic plan.



### Advancing Research on Women's Health

NIAAA will continue to support biological and behavioral research to more fully understand how alcohol use and misuse impact women and to develop interventions tailored to the unique needs of women.



### Applying a Life Course Approach to Alcohol Research

NIAAA encourages research to address critical knowledge gaps about the impact of alcohol misuse unique to each life stage.



### Encouraging a Whole Person, Integrated Approach to Health

NIAAA encourages innovative research that enhances the understanding of whole person health and facilitates integrated care to improve health outcomes and reduce health care costs.



### Innovating Alcohol Research and Care Through Data Science

NIAAA will facilitate research by encouraging data science and multi-omic approaches to predict vulnerability to alcohol misuse, individualize AUD treatment, and guide recovery.

 **National Institute on Alcohol Abuse and Alcoholism**

## Advancing Research on Women's Health



Alcohol use among women is a growing public health concern. Alcohol use is increasing among women older than age 26. For the first time, adolescent and young women (ages 12–20) are drinking—and binge drinking—more than men. A substantial body of evidence suggests that women who drink are at a higher risk of adverse alcohol-related pathology and consequences than men who drink. These include faster progression of alcohol use disorder (AUD), blackouts, liver disease, heart disease, cognitive deficits, and certain cancers, among other effects.

Research also suggests that pathways to alcohol misuse may differ between women and men. Women experience stress and trauma more frequently than men, and alcohol is often used to cope with psychological distress. Unfortunately, health care providers are less likely to screen for alcohol misuse and provide interventions to women compared to men.

To improve the health of women, NIAAA will continue to support biological and behavioral research to more fully understand how alcohol use and misuse impact women and to develop interventions tailored to the unique needs of women. This includes studies on health issues that affect young women, including the etiology, prevention, and treatment of alcohol misuse. Research is needed to elucidate sex differences in the mechanisms contributing to alcohol's adverse effects on the brain, other organs, and body systems, and how these mechanistic differences can reveal novel targets for prevention and treatment of alcohol-related harms. More research is also needed to identify the risk and protective factors that contribute to alcohol-associated health outcomes among women to inform the development of prevention and treatment interventions.

Given the contribution of alcohol to many health conditions, NIAAA will encourage innovative studies to enhance understanding of the relationships between alcohol misuse and common comorbidities, such as mental health conditions and other acute and chronic health conditions. New research to improve implementation and coordination of evidence-based care for alcohol problems across settings, including prenatal care, and across components of health systems will be essential for improving the health and well-being of women. NIAAA will pursue collaboration with the NIH Office of Research on Women's Health and partners across NIH to advance integrated research in women's health.



## Applying a Life Course Approach to Alcohol Research



Biological, behavioral, social, and environmental changes that occur throughout life influence the emergence and progression of alcohol misuse and its associated health consequences. A life course approach that takes these changes into account can inform research on the development of interventions and resources tailored to the specific needs of individuals and populations.

NIAAA encourages research to address critical knowledge gaps about the impact of alcohol misuse unique to each life stage to facilitate improved prevention, identification, and treatment of alcohol-related problems.


**National Institute on Alcohol Abuse and Alcoholism**

## Encouraging a Whole Person, Integrated Approach to Health



Alcohol misuse contributes to many acute and chronic health conditions, and impacts health in ways that individuals and health care providers may not realize. The relationship between alcohol and so many elements of health underscores the importance of addressing alcohol misuse in the context of <u>whole person health</u>. Whole person health looks at the connections across biological, behavioral, social, and environmental domains of health to address disease, and is supported by integrated approaches to care. For example, integrating alcohol screening, brief intervention, and referral to treatment in routine health care can increase the chances that an alcohol-related problem is identified and addressed, and can help clinicians identify other physical and mental health-related issues affected by alcohol misuse.

Integrating treatment for <u>alcohol use disorder (AUD)</u> and <u>alcohol-associated liver disease (ALD)</u> holds promise for promoting recovery from both conditions and for contributing to the long-term survival of patients. Using the integration of care between AUD and ALD as an example, future work should emphasize opportunities to integrate care for alcohol misuse and other pathophysiologies exacerbated or caused by alcohol, such as sleep disorders, pain, and stress- and mood-related disorders.

A better understanding of the mechanistic and clinical relationships between alcohol misuse and commonly co-occurring mental and physiological conditions could lead to novel, integrated strategies that improve the prevention of, early diagnosis of, treatment of, and long-term recovery from these conditions. Delving into the health determinants that influence these relationships will also provide valuable insights towards these goals. NIAAA encourages innovative basic, translational, and clinical research that enhances the understanding of whole person health and facilitates integrated care to improve health outcomes and reduce health care costs.



## Innovating Alcohol Research and Care Through Data Science



In 2019, prior to the mandatory NIH Data Management and Sharing Policy, NIAAA established a new repository for data generated by NIAAA-funded studies in humans, the NIAAA Data Archive, housed within the National Institute of Mental Health (NIMH) Data Archive. This growing archive will eventually contain data from thousands of NIAAA-funded studies, which will be made available to the research community. In addition to facilitating rigor and reproducibility of research, the NIAAA Data Archive will provide a rich resource for secondary analyses—a strategy that supports the optimal use of research resources.

Artificial intelligence (AI) will be critical for developing new statistical and analytical models for alcohol research. Such new models will be important for real-time data analysis, prediction, automated tools for data harmonization and management, and the generation of interactive tools for the prevention of alcohol misuse, individualized alcohol use disorder (AUD) treatment, and guidance of recovery. In particular, multi-omic approaches combined with data science approaches also hold promise for identifying biomarkers or algorithms of biomarkers that could help predict vulnerability to alcohol misuse, individualize AUD treatment, and guide recovery.



**National Institute on Alcohol
Abuse and Alcoholism**

# Cross-Cutting Research Programs

Cross-cutting research programs are NIAAA-managed research portfolios that include topics spanning multiple <u>research goals</u> outlined in this strategic plan. These programs complement the <u>Cross-Cutting Research Themes</u> and <u>Supporting the Mission</u> sections of this strategic plan.

## Fetal Alcohol Spectrum Disorders

<u>Fetal alcohol spectrum disorders (FASD)</u> represent the broad range of neurodevelopmental impairments and other physical effects that result from prenatal exposure to alcohol. NIAAA supports a robust <u>FASD research program</u> to advance study of the causes, mechanisms, diagnosis, prevention, and treatment of FASD.

Research to reduce stigma around prenatal alcohol exposure, to increase education and awareness of FASD, and to develop prevention strategies are important components of FASD prevention. Basic research on the biological mechanisms that underlie prenatal alcohol exposure and contribute to FASD can lead to the identification of diagnostic biomarkers as well as potential treatment targets, paving the way for earlier diagnosis and treatment. NIAAA is also facilitating efforts to reach consensus on a single research classification system for FASD to harmonize research efforts across the globe and accelerate scientific progress

### Objective 1: Advance the Prevention of Prenatal Alcohol Exposure



Preventing and reducing alcohol use during pregnancy is essential to preventing prenatal alcohol exposure and related consequences, including FASD. Studies have shown that alcohol screening, brief intervention, and referral to treatment (SBIRT) approaches are an effective tool for addressing alcohol and other substance use in primary and prenatal care settings.

NIAAA encourages research and other activities to prevent and reduce prenatal alcohol exposure and the prevalence of FASD—for example:

- Designing and evaluating cost-effective models to help women at high risk of having a child with FASD (i.e., who misuse alcohol, have <u>alcohol use disorder (AUD)</u>, or already have another child with FASD) to reduce or abstain from drinking during pregnancy and, consequently, reduce the incidence of FASD
- Developing interventions to prevent alcohol-exposed pregnancies
- Improving implementation and enhancing scalability of effective preventive interventions (e.g., alcohol SBIRT) for alcohol misuse and its negative consequences in women
- Identifying the causes of FASD-related stigma and exploring strategies to reduce it in order to improve prevention efforts
- Promoting collaboration with federal and nonfederal organizations to raise public awareness about FASD and advance implementation of prevention interventions in various clinical and nonclinical settings

### Objective 2: Improve Early Identification and Treatment Interventions for Fetal Alcohol Spectrum Disorders

Improved diagnostic techniques for FASD could enable more accurate diagnosis, expand access to assessment for FASD, allow for earlier intervention, and likely reduce costs and overall burden of FASD across the life span. Early identification holds promise for better outcomes, but limited availability of FASD diagnostic services remains a barrier to care.

NIAAA encourages research to enhance FASD screening, diagnosis, and treatment—for example:

- Improving implementation of existing evidence-based FASD diagnostic approaches across the life span as well as early intervention and care for individuals with FASD across a range of populations and settings, such as for children and parents in the child welfare system and individuals in the juvenile justice system

- Developing novel technologies and methods to facilitate earlier identification of children affected by prenatal alcohol exposure, as early as the fetal and newborn periods
- Assessing combinations of evidence-based therapeutic approaches for individuals with FASD
- Understanding and addressing health disparities concerning prenatal alcohol exposure in different populations
- Developing and evaluating novel prenatal and postnatal therapeutic approaches, medications, and dietary supplements to combat prenatal alcohol exposure and FASD
- Pursuing various interventions to mitigate the neurocognitive and behavioral deficits associated with FASD across the life span

Objective 3: Identify Mechanisms, Diagnostic Biomarkers, and Potential Treatment Targets for Fetal Alcohol Spectrum Disorders

Alcohol can disrupt prenatal development through a variety of mechanisms. Understanding the biological effects of prenatal alcohol exposure that emerge across the life span, from prenatal development to adulthood, can inform preventive and therapeutic strategies to mitigate the consequences of prenatal alcohol exposure.

NIAAA encourages research to advance foundational knowledge of the mechanisms mediating FASD—for example:

- Identifying and characterizing the biological mechanisms underlying the harmful effects of prenatal alcohol exposure across the life span, including health consequences that persist or emerge in adults with FASD
- Further defining periods of susceptibility to alcohol exposure (e.g., periconception, specific months or trimester, entire pregnancy, or time points during postnatal development)
- Elucidating the potential paternal contribution to the etiology of FASD
- Refining and advancing biomarkers of prenatal alcohol exposure
- Defining the long-term health impacts of prenatal alcohol exposure in later adulthood

# Alcohol and HIV

Alcohol is an important contributor to the HIV pandemic. In the United States, many people with HIV engage in alcohol misuse or have AUD. Alcohol can affect behaviors that increase the likelihood of acquiring or transmitting HIV to others. Alcohol may also speed HIV progression in people living with the disease, influence their engagement and retention in HIV treatment, and increase their susceptibility to organ damage and coinfections. These effects may shift across the life span, particularly as people living with HIV enter midlife and older adulthood.

In coordination with the NIH Office of AIDS Research and the NIH Strategic Plan for HIV and HIV-Related Research, NIAAA continues to advance basic, translational, and clinical research to improve health outcomes among people living with HIV, including those who experience health disparities. NIAAA will enhance collaboration with partners within and outside NIH to translate and disseminate research findings to maximize the public health impact of NIAAA-supported HIV research, and to strengthen the research and workforce capacity to sustain alcohol-HIV research.

Objective 1: Understand the Biological and Behavioral Mechanisms of Alcohol Misuse and HIV

The mechanisms through which alcohol misuse interacts with HIV to increase morbidity and mortality are not well understood. While HIV can be treated effectively with antiretroviral medications, alcohol misuse contributes to or exacerbates adverse medication interactions, chronic inflammation, liver and other organ injury, cardiovascular and neurological problems, and other pathologies.

Several biological or behavioral phenotypes of HIV and alcohol have been identified that may have markedly different disease courses, biological underpinnings, and treatment responses. Collaborative, multidisciplinary research will be key to better understanding the interactions between alcohol misuse and HIV.

NIAAA encourages research to better understand the relationship between alcohol misuse and HIV to inform the development of effective interventions—for example:

- Determining how alcohol misuse confers a biological risk for HIV infection
- Determining how current and past alcohol misuse in the context of HIV infection and the use of antiretroviral medications affect HIV disease progression and the development of organ and tissue injury (e.g., gut, liver, lung, and brain)
- Improving the understanding of the biological, clinical, and socio-behavioral aspects of aging through the lens of HIV infection and alcohol misuse

Objective 2: Prevent Alcohol Misuse and Treat Alcohol Use Disorder Among People Living With HIV or at High Risk of Acquiring HIV

As noted above, alcohol misuse contributes to poor health outcomes among people living with HIV and reduces the effectiveness of strategies designed to prevent new HIV infections. For example, the use of pre-exposure prophylaxis (PrEP) is highly effective in preventing HIV among those at high risk. However, alcohol misuse may reduce a person's likelihood of following PrEP medication regimens.

Alcohol misuse may also affect an individual's adherence to antiretroviral therapy and contribute to HIV transmission. Evidence-based approaches, such as brief interventions, contingency management, risk and harm reduction interventions, and stepped care approaches, have been demonstrated to prevent and reduce alcohol misuse among people living with HIV. Stepped care approaches that integrate treatment for alcohol misuse and HIV have also been shown to improve HIV-related outcomes. Strategies to identify and address alcohol misuse among people with HIV or at high risk for HIV can contribute to improved health and a reduced incidence of HIV.

NIAAA encourages alcohol-related research to prevent and reduce HIV infection, progression, and transmission—for example:

- Enhancing routine alcohol SBIRT to reduce HIV transmission and disease progression
- Developing strategies that address alcohol-related barriers to effective use of PrEP, especially among women and other populations with historically low usage rates
- Developing novel interventions and enhancing implementation of existing evidence-based prevention and treatment interventions that address both alcohol misuse and HIV
- Expanding access to and options for AUD treatment for people living with HIV

## Objective 3: Address Alcohol-Related Comorbidities Among People Living With HIV

Many comorbidities, coinfections, and medical complications are associated with chronic alcohol misuse and HIV disease progression. These factors combine with the natural processes of aging to increase frailty and present challenges for medical management. Addressing comorbid medical complications is critical for improving quality of life and longevity.

NIAAA encourages research to address alcohol-related comorbidity among individuals with HIV—for example:

- Promoting the integration of care for HIV, alcohol misuse or AUD, and co-occurring health conditions and medical complications in different settings
- Developing a comprehensive model for alcohol misuse or AUD and disease outcomes among older adults with HIV, including expanded biomarker assays
- Evaluating the efficacy and effectiveness of interventions for reducing alcohol misuse in improving co-occurring pain, stress, and other mental health concerns among people living with HIV

On this page

**Fetal Alcohol Spectrum Disorders**

**Alcohol and HIV**



**National Institute on Alcohol Abuse and Alcoholism**

## Research Goals

This strategic plan includes four major goals, which cover the depth and breadth of research necessary to improve the understanding of and to address the effects of alcohol misuse on individuals and society. These goals complement the Cross-Cutting Research Themes, Cross-Cutting Research Programs, and Supporting the Mission sections of this strategic plan.



### Goal 1: Elucidate the Biological Mechanisms and Consequences of Alcohol Misuse

NIAAA aims to advance research on the brain cells and circuits that underlie and are altered by alcohol misuse, and the complex relationships between alcohol misuse and physiological effects throughout the body.



### Goal 2: Identify Patterns, Trends, and Public Health Impact of Alcohol Misuse

NIAAA will continue to support epidemiological research to identify and track patterns of alcohol use and misuse, drinking-related outcomes and disparities, and individual and environmental variables that confer risk or resilience.



### Goal 3: Prevent and Reduce Alcohol Misuse, Alcohol Use Disorder, and Associated Consequences

NIAAA encourages the development, evaluation, and implementation of individual, family, school, community, and policy-based strategies to prevent alcohol misuse, alcohol use disorder, and related consequences.



### Goal 4: Improve Diagnosis and Expand Treatment of Alcohol Use Disorder and Alcohol-Related Conditions

NIAAA encourages research to refine diagnosis, enhance treatment, sustain recovery, and ultimately, to reduce the treatment gap for alcohol use disorder and other alcohol-related health conditions.



National Institute on Alcohol
Abuse and Alcoholism

# Goal 1: Elucidate the Biological Mechanisms and Consequences of Alcohol Misuse

> NIAAA aims to advance research on the effects of alcohol on the brain and other organs, organ systems, and tissues. This research includes an integrative approach to understand the brain cells and circuits that underlie and are altered by alcohol misuse, and the complex relationships between alcohol misuse and physiological effects throughout the body, ranging from liver disease to cancer.

**NIAAA's Long-Term Vision**

**To comprehensively understand the biological processes affected by alcohol misuse to inform the prevention, diagnosis, and treatment of alcohol-related problems.**

Alcohol misuse has powerful effects on the brain and behavior. Neuroscience research has characterized the short-term impact of alcohol on brain activity and the adaptations in brain structure and function that occur as individuals progress from occasional, controlled alcohol use to alcohol misuse and alcohol use disorder (AUD). This work has made major strides in shedding light on the neurotransmitter systems and neurobiological mechanisms that are altered by alcohol and that contribute to the development of alcohol misuse and AUD. Equally important, neuroscience advances are laying the foundation for understanding the individual differences that drive alcohol misuse across the life span. Innovative research to elucidate the biological mechanisms of alcohol-associated pathology and recovery within a neurobiological framework can reveal novel opportunities for more effective prevention, diagnosis, and treatment of alcohol misuse and AUD.

Alcohol misuse also has powerful effects beyond the brain and can damage nearly every organ system in the human body. While the liver is the primary site of alcohol metabolism and is susceptible to alcohol-associated injury and disease, alcohol misuse is a significant contributor to pancreatitis, cardiovascular disease, cancer, and other health conditions. Additionally, alcohol misuse can negatively impact the complex interactions between organ systems. For example, research demonstrates that alcohol-related neurobiological changes may not be due entirely to the direct actions of alcohol on the brain but may be mediated partially through interactions with the gastrointestinal tract, liver, and endocrine system. Basic, translational, and clinical research is needed to better characterize the mechanisms through which alcohol misuse damages the body's organ systems and leads to, and exacerbates, chronic disease.

Additionally, understanding the biological mechanisms underlying the effects of prenatal alcohol exposure, from prenatal development to adulthood, and understanding other medical challenges, such as HIV/AIDS, can inform preventive, diagnostic, and therapeutic strategies to improve health outcomes. See the Fetal Alcohol Spectrum Disorders and Alcohol and HIV discussions within the Cross-Cutting Research Programs section for more information on these specific research areas.

Goal 1 research topics are integrally linked to the Cross-Cutting Research Themes. Examples of NIAAA research priorities in this area include the following objectives.

Objective 1: Explore the Neurobiological Mechanisms of Alcohol Misuse and Alcohol Use Disorder



The addiction cycle is a validated heuristic framework for understanding the development, progression, and heterogeneity of AUD. The framework is based on dysregulation in three functional and neurocircuitry domains: incentive salience (reward drinking), negative emotional states (relief drinking), and executive function (loss of control). Drinking to cope with stress has received renewed attention as a major driver of alcohol misuse and AUD, and has emphasized the role of negative emotionality (also known as hyperkatifeia) as a target for treatment.

The COVID-19 pandemic further exacerbated the role of stress in alcohol misuse. NIAAA-supported research on the relationships between alcohol misuse and stress has yielded new insights into the neurotransmitter and neurocircuit dynamics that underlie excessive alcohol use and relapse, as well as the negative emotional states and executive function deficits associated with the addiction cycle. These studies have also shed light on the role of neuroinflammation and sex differences in mediating AUD and stress-related behaviors, as well as the bidirectional relationship between alcohol misuse and other co-occurring behavioral health disorders.



Life stage is a key factor that influences how alcohol impacts brain function. For example, research has demonstrated that alcohol misuse can impact the delicate balance of brain development that occurs during adolescence and continues into a person's mid-20s. Additionally, with the rapid increase of the older adult population, the impact of alcohol misuse on the aging brain has come into the spotlight. Not only is the prevalence of alcohol misuse and AUD increasing among older adults, but alcohol misuse has been associated with a faster cognitive decline and other aging-related effects. Research to better understand the neurobiological links between alcohol and age-related effects on brain health could reveal novel targets for prevention and treatment.

NIAAA encourages innovative research and integrated approaches to build on existing knowledge of the biological mechanisms that mediate alcohol misuse across the life span and at all levels of the addiction cycle. Some specific examples of high-priority research gaps include:

- Identifying molecular, cellular, and functional brain connectivity that underlies the development of, maintenance of, return to, and recovery from alcohol misuse and AUD, using animal models, human imaging studies, and multilevel translational approaches—such multilevel analyses may include modern neurobiological techniques from single-cell physiology to computational neuroscience and artificial intelligence (AI) approaches across species
- Characterizing the dynamic interactions of extraneuronal contributors to alcohol misuse and AUD, including the extracellular matrix, neuroimmune cells, perineuronal cells, and peripheral neuromodulatory targets
- Identifying the roles of interoceptive cues, including autonomic, neuroimmune, and gut microbiome cues, in alcohol misuse and AUD
- Understanding how factors such as childhood trauma, psychiatric comorbidity, social isolation, socioeconomic challenges, and health care availability) interact with neurobiological mechanisms to mediate alcohol misuse and AUD
- Elucidating the neurobiological mechanisms that mediate the interactions between alcohol misuse and cognitive decline, including cognitive decline related to Alzheimer's disease and other dementias, in the context of aging
- Examining the mechanisms by which sex differences influence individual differences in the brain's response to alcohol as individuals progress from alcohol use to misuse to AUD

- Exploring neuroadaptations as well as other biological measures and/or -omic signatures in combination with data science approaches to develop diagnostic biomarkers for the prevention, diagnosis, and treatment of alcohol misuse and AUD

Close ⬆

## Objective 2: Elucidate the Underlying Mechanisms of Alcohol-Induced Tissue and Organ Damage

Alcohol misuse has devastating effects on organs, systemic health, and life expectancy. Alcohol affects many organs and tissues in the body. Alcohol misuse is associated with increased liver disease, pancreatitis, cardiomyopathy, lung pathologies, skeletal muscle myopathy, diminished bone strength and impaired recovery from trauma, infectious diseases, and several types of cancers (including head and neck, esophageal, liver, breast, and colorectal cancers). Alcohol consumption also disrupts body-wide systems, specifically the immune system, the endocrine system, and the lymphatic system.



Research suggests alcohol damage occurs through both shared and tissue- and organ-specific mechanisms. For example, alcohol-related dysfunction of the immune system and associated inflammation contributes to some, but not all, mechanisms of alcohol-associated organ damage. Understanding features of alcohol damage that are unique to specific tissues or organs will inform focused prevention and treatment approaches. Identifying specific risk and protective factors could also reveal individual differences in targets for prevention and treatment.

NIAAA encourages research to further characterize the biological factors that contribute to alcohol-associated damage to the body's tissues, organs, and organ systems, with an emphasis on research that will identify targets for development of effective therapies to prevent and treat these devastating conditions. Currently, there are no U.S. Food and Drug Administration (FDA)-approved medications for the treatment of alcohol-associated damage to any organ. Examples of NIAAA research priorities in this area include:

- Investigating mechanisms mediating the susceptibility and development of the following clinically significant alcohol-associated conditions with the goal of better prevention and treatment of alcohol-associated conditions: liver disease, pancreatitis, cardiomyopathy, lung disease, skeletal muscle myopathy, disrupted bone homeostasis, infectious diseases, and cancers
- Exploring tissue-specific molecular, cellular, and systemic responses to alcohol misuse and AUD on metabolism, inflammation, tissue repair, regeneration, and homeostasis and their contribution to alcohol-related tissue and organ damage across ages and biological sex
- Characterizing the effects of alcohol's disruption of components of the immune system on the body's defense against infection and related comorbidities
- Exploring alcohol's effects on organ-organ interactions, such as interactions among gut-liver-brain, gut-brain axis, gut-lung, and other organ interactions that are still unexplored but clinically relevant

Close ⬆

Objective 3: Enhance Translation of Basic Research Findings to Clinical Practice

A mechanistic understanding of the conditions that give rise to alcohol misuse and AUD requires work in model systems where invasive techniques can be used. Major goals are to translate physiological findings derived from preclinical studies into clinical applications for AUD as well as to back translate human findings to validate preclinical models for further research.

Barriers to translation and back translation include different data collection methods, different temporal scales, species-specific approaches to behavioral regulation, and lack of biological homology across species. Predictions derived from computational modeling approaches can be examined through conventional laboratory approaches and provide the basis for developing and testing novel treatment strategies. Identifying similar computations employed across species provides a basis for predictive models that capture pathologies that underlie alcohol misuse and AUD.

NIAAA also supports the development and application of complementary methods, models, and technologies, along with the integration and translation of data across multiple species and levels of analyses, to understand the causes and improve the treatment of AUD and other alcohol-related health conditions. The effects of alcohol on tissue can be investigated with defined cellular systems of stem cells, induced pluripotent cells, and organoids.

Examples of research that NIAAA encourages to advance translation include:

- Developing high-throughput screening models to identify compounds having potential to treat alcohol misuse, AUD, and alcohol-related organ damage
- Expanding the validation of candidate biomarkers in the discovery phase to improve prevention, diagnosis, and treatment of alcohol-associated conditions
- Identifying phenotype-specific multi-omic profiles of AUD in the context of alcohol-associated organ damage that include genomics, proteomics, transcriptomics, metabolomics, and epigenomics to inform cross-organ analyses in understanding alcohol misuse and AUD
- Conducting back translation studies on mechanisms using molecular genetic approaches, such as gene editing and stem cell studies, to understand mechanisms for alcohol misuse or organ injury based on human data for alcohol research
- Expanding computational modeling approaches to provide a basis for predictive models that capture pathologies that underlie alcohol misuse and AUD

Close ↑



**National Institute on Alcohol Abuse and Alcoholism**

## Goal 2: Identify Patterns, Trends, and Public Health Impact of Alcohol Misuse

> NIAAA will continue to support epidemiological research to identify and track patterns of alcohol use and misuse, drinking-related outcomes and disparities, and individual and environmental variables that confer risk or resilience.

**NIAAA's Long-Term Vision**

**To gain a complete understanding of the patterns and trends of the burden and likelihood of alcohol misuse to inform the diagnosis, prevention, and treatment of alcohol-related problems.**

Epidemiological research is key to addressing the public health impact of <u>alcohol misuse</u>. Identifying and tracking patterns and trends in alcohol use and related harms convey the scale and burden of alcohol misuse in the nation. Although significant changes in patterns of drinking behavior and consequences have occurred over time, it is important to acknowledge that population-level averages may not reflect the public health impact of alcohol misuse among various sociodemographic groups. It is important for epidemiology research to focus on alcohol misuse and related consequences among populations that experience health disparities, as well as the general population.

Epidemiological research also plays a critical role in identifying factors that influence the initiation of alcohol use and the progression to alcohol misuse, including <u>heavy drinking</u> and <u>alcohol use disorder (AUD)</u>. Knowledge of risk factors associated with alcohol misuse can inform prevention and intervention efforts. Similarly, epidemiological studies can reveal factors that protect against alcohol misuse and consequences. This information can be used to develop prevention strategies that focus on health promotion.

Goal 2 research topics are integrally linked to the <u>Cross-Cutting Research Themes</u>. Examples of NIAAA research priorities in this area include the following objectives.

### Objective 1: Identify and Track Trends in Alcohol Misuse and Related Consequences

Collection and analysis of national data on alcohol use are essential for surveilling the patterns and impact of alcohol misuse on public health. For example, recent data have revealed some successes, such as declining alcohol use among youth. These studies also indicate, however, that the recent decrease has been slower among females than males. Among adults, however, alcohol use is increasing, with larger increases found among women, Black men, and older adults.



Each year, approximately 5 million people visit emergency departments for alcohol-related reasons, from injuries to diseases.[1] The rate of alcohol-related deaths in the United States more than doubled between 1999 and 2021. Additional epidemiological reports also indicate that alcohol-associated liver diseases (ALD), such as cirrhosis, are increasing, particularly among women and young adults, and alcohol now accounts for almost half of liver disease deaths in the United States.[2] Research tracking the patterns and correlates of alcohol involvement in morbidity and mortality can inform decisions about where to direct prevention and treatment efforts.

NIAAA encourages research to understand the scope and scale of alcohol misuse—for example:

- Identifying patterns, trends, and disparities in alcohol misuse, AUD, alcohol-related consequences, as well as treatment access and utilization across demographic groups
- Characterizing patterns and trends in co-use of alcohol, cannabis, opioids, and other substances and their contributions to adverse health and social outcomes
- Identifying and characterizing secondhand effects of alcohol misuse (e.g., interpersonal violence, assault, homicide, child maltreatment, and motor vehicle crashes)
- Improving assay methodologies for validated biomarkers of alcohol consumption considering cost, timeliness, and accessibility in clinical settings
- Applying innovative data measurement technologies and approaches for more accurate and/or real-time assessment of alcohol use, related behaviors, and associated changes over time (e.g., ecological momentary assessment, biomarkers, and biosensors)
- Utilizing cutting-edge data collection and analytic approaches, such as artificial intelligence, social network analyses, and data analytics to study and predict patterns and trends in alcohol misuse to facilitate timely intervention
- Examining the long-term health and societal effects of the increase in alcohol misuse and alcohol-related consequences due to the COVID-19 pandemic, particularly due to coping with stress

---

[1] White AM, Slater ME, Ng G, Hingson R, Breslow R. Trends in alcohol-related emergency department visits in the United States: results from the Nationwide Emergency Department Sample, 2006 to 2014. Alcohol Clin Exp Res. 2018 Feb;42(2):352-9. doi: 10.1111/acer.13559. Epub 2018 Jan 2. PubMed PMID: 29293274

[2] Estimated liver disease deaths include deaths with underlying causes coded as alcoholic liver disease (K70); liver cirrhosis, unspecified (K74.0–K74.2, K74.6, K76.0, K76.7, and K76.9); chronic hepatitis (K73); portal hypertension (K76.6); liver cancer (C22); or other liver diseases (K71, K72, K74.3–K74.5, K75, K76.1–K76.5, and K76.8). Number of deaths from Multiple Causes of Deaths Public-Use Data File, 2022 (https://wonder.cdc.gov/mcd.html). Alcohol-attributable fractions (AAFs) from CDC Alcohol-Related Disease Impact (http://nccd.cdc.gov/DPH_ARDI/Default/Default.aspx), accessed March 13, 2024. Prevalence of alcohol consumption from the National Survey on Drug Use and Health, 2022, for estimating indirect AAFs for chronic hepatitis and liver cancer.

Close ↑



# Goal 3: Prevent and Reduce Alcohol Misuse, Alcohol Use Disorder, and Associated Consequences

NIAAA encourages the development, evaluation, and implementation of individual, family, school, community, and policy-based strategies to prevent alcohol misuse, alcohol use disorder, and related consequences.

**NIAAA's Long-Term Vision**

**Develop and implement effective and targeted prevention strategies to prevent all alcohol-related problems.**

Evidence-based strategies to prevent and reduce alcohol misuse and the associated consequences are critical for lessening the resulting individual, social, and public health impact. Research is revealing opportunities for developing novel prevention interventions and improving the effectiveness of existing ones.

Alcohol use commonly begins during adolescence, and the earlier a person starts to drink the more likely they are to escalate to alcohol misuse, develop <u>alcohol use disorder (AUD)</u>, harm themselves and others while intoxicated, and misuse other substances. As such, prevention strategies that seek to delay and prevent alcohol use among adolescents are a major focus of the NIAAA research portfolio.

Similarly, integration of prevention across a variety of health, community, justice, and social service settings can increase the reach among underserved populations. These interventions typically occur at the individual, family, school, community, and policy levels, and focus on preventing or delaying the initiation of alcohol use or preventing escalation to more serious problems.

Additionally, promoting awareness of <u>fetal alcohol spectrum disorders (FASD)</u>, adopting prevention strategies, and evaluating policies that also reduce stigma around seeking treatment can support efforts to prevent alcohol use and reduce consequences among women who are or may become pregnant. The <u>Cross-Cutting Research Program</u> on FASD explores this research area.

Goal 3 research topics are integrally linked to the <u>Cross-Cutting Research Themes</u>. Examples of NIAAA research priorities in this area include the following objectives.

## Objective 1: Increase Utilization of Alcohol Screening and Brief Intervention in Different Settings

The U.S. Preventive Services Task Force recommends alcohol screening and brief intervention (SBI) in primary care settings for adults ages 18 and older. A data analysis from the National Survey on Drug Use and Health showed that although alcohol screening often occurs among people with AUD who have utilized health care in the last year, there is still insufficient use of brief intervention or referral to alcohol treatment. Research also indicates that not all groups of people are equally likely to be screened or receive advice about risks associated with drinking, a practice that may contribute to health disparities.

Barriers to SBI are significant but surmountable. The barriers include lack of health care provider time to ask questions and respond to harmful drinking behaviors, need for health care provider training for efficient and effective alcohol SBI, lack of treatment resources for referral (especially among adolescent and minority populations), and impediments to reimbursement of alcohol SBI and referral to treatment.

For both adolescents and adults, there are relationships between patterns of alcohol use and other risk factors for health. Evidence-based screening tools can uncover these risks. For instance, among adolescents, certain drinking behaviors are related to the likelihood of

having depression and misusing opioid pain medications. Thus, in addition to identifying alcohol misuse, alcohol SBI can also help health care providers uncover other issues that impact health and well-being. Studies have also suggested that training health care providers to conduct SBI reduces stigma toward patients with AUD.

NIAAA encourages research to promote improvements in alcohol SBI, including increased utilization and a better understanding of outcomes—for example:

- Collecting additional evidence of the effectiveness of SBI for alcohol misuse among adolescents and older adults
- Assessing the effectiveness of SBI for prevention of alcohol and co-occurring cannabis and other drug use, liver disease, atrial fibrillation, and other conditions caused or exacerbated by alcohol misuse
- Continuing to investigate digital technologies for SBI, evaluate their effectiveness, and assess their impact on uptake of alcohol SBI in various settings
- Identifying barriers and effective strategies for increasing real-world adoption (scaling up) of alcohol SBI and evidence-based preventive interventions among all populations
- Measuring the long-term health care cost savings based on the utilization of SBI in the prevention or exacerbation of alcohol-related conditions

Close ↑

## Objective 2: Develop and Improve Targeted Interventions to Prevent and Reduce Alcohol Misuse Across the Life Course and in Different Settings

Patterns of alcohol use and misuse vary over the life course. Typically, alcohol use is initiated in adolescence, peaks in young adulthood, and then gradually declines over the course of adulthood. Binge drinking (for a typical adult, this corresponds to consuming five or more drinks for men and four or more drinks for women in about two hours) and high-intensity drinking (defined as alcohol intake at levels twice or more the sex-specific threshold for binge drinking) often begins or escalates in late adolescence or early adulthood.



The earlier in life a person begins to use and misuse alcohol, the greater the likelihood they will go on to develop significant problems with alcohol. Furthermore, early alcohol use has the potential to negatively impact brain development and increases the likelihood of cognitive impairments and AUD. For these reasons, adolescents and young adults remain a central focus of prevention research.

Social and environmental factors contribute to decisions about alcohol use throughout life and offer opportunities for prevention. As young people progress through adolescence and into adulthood, there is considerable variation in life experiences that can increase or decrease the likelihood of alcohol misuse. Examples are related to factors such as home and school environment, social experiences (online and in person), and opportunities and choices related to education and career.

Each of these factors provides opportunities for prevention efforts tailored to connect in meaningful ways with young people who have varied experiences, beliefs, and access to resources.

Examples of research in this area that NIAAA encourages include:

- Creating and tailoring interventions for alcohol misuse for life stage and environment
- Improving prevention and early intervention through the use of validated biosensors and biomarkers, including risk predictions of alcohol-associated disease development and progression using biomarker signatures
- Developing or modifying underage drinking prevention strategies to integrate prevention of combined use of other substances
- Evaluating strategies to prevent and reduce high-intensity drinking
- Evaluating the impact of social media on alcohol use and associated behaviors as well as the use of social media and other digital technologies in the development of "in-the-moment" and other innovative prevention interventions
- Using social media to provide evidence-based information for prevention

- Developing prevention models to reduce family and cross-generational effects of alcohol misuse, such as violence, child maltreatment, and other harms
- Designing and evaluating interventions to mitigate the effects of trauma and childhood adversity on alcohol misuse and alcohol-related conditions, such as AUD
- Evaluating the impact of general health promotion strategies (whole person health, including effective stress management and coping strategies) on alcohol misuse and AUD
- Creating interventions to reduce adverse alcohol-related outcomes among different populations
- Creating interventions for people in specific work environments who are at higher risk for alcohol misuse due to work-related stress and trauma, such as first responders and health care providers

Close ⬆

---

## Objective 3: Determine the Impacts of Policies on Alcohol Misuse, Health Effects, and Acute Harms

Alcohol-related policies represent a population-level strategy that can affect all individuals within a jurisdiction (e.g., federal, state, local, or institutional). A well-known example of an impactful alcohol policy is the 1984 U.S. National Minimum Drinking Age Act, which led to the adoption of 21 as the legal age to purchase or publicly possess alcohol in all states in the United States. The change in drinking age was associated with reductions in underage alcohol use and related traffic fatalities among young people. Policy research has revealed several other effective environmental-level interventions that reduce alcohol-related harms (see box).

---

**Environmental-level interventions include**:

- Administrative license suspension
- 0.08% blood alcohol concentration law, with zero tolerance for youth
- "Use and lose" laws to suspend or revoke driver licenses for alcohol violations
- Restriction of adult provision of alcohol to underage individuals
- Mandatory assessment for drivers with alcohol-related traffic citations
- Dram shop and social host laws
- Increased alcohol taxes
- Reduced alcohol outlet density
- Responsible beverage service laws
- Laws restricting hours and days of alcohol sales

---

NIAAA encourages ongoing and new efforts to determine the impact of policies on alcohol misuse and harms, such as:

- Examining effects of alcohol policies on alcohol-related morbidity, mortality, and risk behaviors, including but not limited to intentional and unintentional injuries, child and maternal health outcomes, and chronic conditions
- Determining the differential effects of alcohol policies, including across population subgroups
- Characterizing the effects of cannabis legalization on alcohol misuse, co-use with other substances, and related risk behaviors
- Evaluating the impact of new policies related to alcohol on alcohol-related behaviors or outcomes—these include additional labeling of alcohol containing products and other policies adopted during the COVID-19 pandemic
- Evaluating the effects of social media marketing on underage drinking and related consequences, such as motor vehicle crashes, intentional and unintentional injuries, and other alcohol-related consequences (e.g., poor academic and work performance among youth)

Close ⬆



# Goal 4: Improve Diagnosis and Expand Treatment of Alcohol Use Disorder and Alcohol-Related Conditions

To advance the treatment of alcohol-related conditions, NIAAA encourages research to refine diagnosis, enhance treatment, sustain recovery, and ultimately, to reduce the treatment gap.

**NIAAA's Long-Term Vision**

**To develop effective treatments that are accessible to every person with an alcohol-related health problem.**

Alcohol-related health conditions are currently underdiagnosed and undertreated. Less than 10% of people with alcohol use disorder (AUD) receive any help despite the availability of evidence-based pharmacological and behavioral treatments.[1] In addition, there are no U.S. Food and Drug Administration (FDA)-approved medications for alcohol-associated liver disease (ALD), and evidence-based treatment strategies are also needed for other alcohol-associated conditions, such as fetal alcohol spectrum disorders (FASD). Developing, optimizing, and implementing evidence-based treatment strategies for AUD and alcohol-related conditions remain high priorities for NIAAA. Likewise, research to improve the early identification and diagnosis of alcohol-related health issues to enhance treatment effectiveness are also important NIAAA priorities.

As described under the Cross-Cutting Theme on Integrating care for alcohol-related problems, AUD commonly co-occurs with other health conditions, including organ and tissue damage and mental health conditions. Integrating treatment for AUD with treatment of co-occurring conditions related directly or indirectly to alcohol use is an important step toward improving alcohol-related outcomes and overall health.

Moreover, improved diagnostic techniques for FASD would enable more accurate diagnosis and earlier intervention, offering a better chance for improved outcomes. The Cross-Cutting Research Program on Fetal Alcohol Spectrum Disorders explores this research area.

Goal 4 research topics are integrally linked to the Cross-Cutting Research Themes. Examples of NIAAA research priorities in this area include the following objectives.

---

[1]SAMHSA, Center for Behavioral Health Statistics and Quality. 2022 National Survey on Drug Use and Health. Table 5.32B— Received substance use treatment in past year: among people aged 12 or older; by age group and past year drug use disorder, past year alcohol use disorder, past year drug and alcohol use disorder, and past year substance use disorder, percentages, 2021 and 2022. [cited 2023 Dec 13]. Available from:

https://www.samhsa.gov/data/sites/default/files/reports/rpt42728/NSDUHDetailedTabs2022/NSDUHDetailedTabs2022/NSDUHDetTabsSect5pe2022.htm?s=5.32&#tab5.32b

## Objective 1: Enhance Treatment Options for Alcohol Use Disorder and Related Conditions

Currently, there are three medications for AUD approved by the FDA, and they are effective and important treatment aids. Still, given the multiple biological processes that contribute to AUD, new medications are needed to provide a broader spectrum of treatment options.

Pharmacotherapy, especially when combined with behavioral interventions, is an effective, evidence-based component of AUD treatment. NIAAA encourages research to develop a larger number of pharmaceutical treatments for AUD, because people deserve to choose from a range of evidence-based treatment options that can be tailored to their individual needs. In addition, improving the precision of diagnosis could improve patient outcomes. Because AUD is a complex, highly heterogeneous condition, some individuals may, for example, respond best to a medication that helps with craving and relieves impulsivity, whereas others may respond best to a medication that reverses the negative emotional state of withdrawal or protracted withdrawal symptoms.

ALD, a spectrum of liver diseases caused by <u>alcohol misuse</u>, is the most common alcohol-related cause of death. There are no FDA-approved medications for ALD, and current standard medical treatment, such as steroids, may have significant side effects. Through the NIAAA-supported <u>Alcohol-associated Hepatitis Network</u>, researchers can use and contribute to ALD research and gain insights into the causes and treatments of ALD and integrated treatment of ALD and AUD. Development of drugs that act on multiple molecular targets to reverse and prevent progression of liver damage and to reduce alcohol intake can open new opportunities. Research may identify similar strategies for other alcohol-associated organ damage.

AUD also frequently co-occurs with sleep, pain, and mental health disorders, such as anxiety disorders. Medications to address these co-occurring conditions, in coordination with AUD, could vastly improve health outcomes.

Developing effective pharmacotherapies to address AUD, ALD, and other co-occurring conditions and increasing their uptake continue to be major priorities for NIAAA. NIAAA encourages research to support these priorities, for example:

- Harnessing computational and data science approaches to identify and evaluate biological, cognitive, and behavioral markers, endophenotypes, and clinical characteristics that can be used to predict an individual's response to specific treatments or treatment combinations
- Developing biomarker and biomarker signatures to serve as surrogate endpoints for intervention clinical trials and to improve clinical management of alcohol-associated health conditions
- Validating alternative outcome measures for alcohol pharmacotherapy trials that will be accepted by the FDA for phase II and III trials
- Developing new or repurposing existing medications to treat AUD, ALD, and other alcohol-associated organ dysfunction such as alcohol-associated pancreatitis and acute respiratory distress syndrome
- Using pharmacoepidemiological approaches to identify potential medication targets to either co-opt existing medications for use in alcohol-related conditions or facilitating the development of new medications, if necessary
- Leveraging high-throughput multi-omics, artificial intelligence (AI), machine learning, and other statistical approaches to identify molecular signatures and other potential targets linked to pharmacotherapy for AUD
- Developing high-throughput screening platforms for discovery of medications to treat AUD
- Exploring new human laboratory paradigms that will help predict efficacy in clinical trials for AUD/ALD medications development
- Assessing the impact of concurrent use of medications for AUD and other co-occurring disorders on, for example, drug interactions and altered drug pharmacokinetics
- Exploring strategies to design innovative clinical trials to study one or more specific phenotype-targeted therapies in the context of co-occurring disorders in AUD patients

Close ↑

## Objective 2: Improve and Expand Behavioral Health Strategies for Alcohol Use Disorder

NIAAA-supported research has generated an extensive evidence base supporting the effectiveness of AUD behavioral health strategies that are commonly used today. This evidence has also informed the treatment of other substance use disorders. However, at present, little is known about the effectiveness, uptake, and implementation of evidence-based behavioral health strategies for AUD.

Incorporating new scientific discoveries and digital technologies can improve AUD behavioral health strategies, contributing to more widespread use in clinical practice and greater acceptability and accessibility for all patients. An increased focus on whole person health and treatment approaches provides opportunities to enhance health and increase the reach of evidence-based therapies. Translating research on the mechanisms and processes through which evidence-based behavioral treatments work for individuals can inform the refinement of current therapies to be more effective as well as inform the development of new behavioral treatments.

NIAAA encourages research to improve and expand behavioral health strategies for AUD—for example:

- Disseminating and implementing evidence-based behavioral health strategies in real-world treatment and clinical practice settings
- Utilizing technologies (e.g., mobile devices, computers, and web-based applications) to enhance the dissemination of evidence-based behavioral treatments
- Exploring how health care professionals' attention to patients' religious and spiritual beliefs and practices impact treatment and recovery from alcohol-related problems
- Conducting pragmatic and/or hybrid effectiveness clinical trials that evaluate evidence-based behavioral health treatments in various real-world settings

Close ↑

## Objective 3: Advance Research on Recovery From Alcohol Use Disorder

NIAAA is dedicated to supporting research that explores the complex, individualized nature of recovery from AUD. Just as there are varying manifestations of AUD, there is no single path to recovery. Whereas some people with AUD recover quickly and with minimal intervention, others need longer or more intense treatments and support. Research to identify and characterize the risk, resilience, and other factors that contribute to long-term recovery, including factors that allow some people to recover without formal treatment, can inform interventions to reduce the risk of a return to drinking and facilitate sustained recovery.

To bring clarity to the concept of recovery and to improve consistency across recovery research, NIAAA has developed an operational definition of recovery from AUD. The definition involves remission from AUD and cessation from heavy drinking, which are associated with improvements in dimensions of well-being, quality of life, and biopsychosocial functioning. NIAAA will continue to support research that evaluates the efficacy and effectiveness of treatment strategies that impact long-term recovery, particularly using components outlined in NIAAA's recovery definition. The generation and analysis of large treatment and recovery data sets that track long-term recovery, with follow-up timepoints after treatment, will be crucial in advancing recovery research.

Continuing care models and other comprehensive recovery support systems hold promise for sustaining longer-term recovery. These systems often include community-based services and supports that aim to improve the overall well-being of individuals and build upon critical strengths and resources of individuals, families, and communities.

NIAAA encourages research to enhance knowledge about recovery from AUD and to inform the development and implementation of effective strategies to support sustained recovery—for example:

- Identifying the role of different components of short- and long-term recovery programs (e.g., behavioral treatments, medications, inpatient or outpatient treatment, long-term follow-up) using NIAAA's definition of recovery
- Identifying the potential moderating factors in the trajectories of recovery among sub-populations and individuals with co-occurring health conditions
- Defining and assessing dimensions of functioning, quality of life, and well-being that are integral to sustained recovery, as well as identifying reliable and valid measures of these constructs that can be feasibly adopted in clinical practice
- Exploring the neurobiological, medical, psychological, behavioral (e.g., self-regulation), environmental, social, spiritual, and other quality-of-life mechanisms that influence and enhance recovery
- Evaluating the efficacy and effectiveness of continuing care models and recovery-oriented systems of care in the treatment of and recovery from AUD
- Leveraging digital health technologies to facilitate recovery and monitor long-term changes in outcomes
- Investigating the role of understudied mutual support groups and of spirituality and religion in recovery from AUD
- Investigating the value of AI approaches to developing algorithms for recovery
- Exploring how an individual's engagement in the community (e.g., religious, civic, and occupational activities) supports recovery from alcohol and other substances, and how and when health care practitioners should support community engagement among individuals in recovery

Close ↑

## Objective 4: Reduce Barriers to Effective Treatment

Bridging the gap between individuals who need alcohol treatment and individuals who seek and receive treatment represents a persistent public health challenge. Although evidence-based alcohol treatments exist, there are barriers to effective treatment. These barriers include stigma, reduced access to care, fear of punishment or criminalization, lack of health care coverage/payment options, employment, lack of child care, and lack of awareness of a need for care or of the availability of evidence-based care options, along with the misconception that treatment does not work. Populations such as individuals who are in the criminal justice system, are incarcerated, are unhoused, or have disabilities, face unique and intersecting barriers to treatment. Furthermore, evidence-based treatments are often not disseminated or implemented in real-world settings.



Health care providers are in a prime position to prevent and address alcohol-related health problems, yet many are unfamiliar with the full range of available evidence-based alcohol prevention strategies, diagnostic tools, or treatment interventions or may be uncomfortable using them because of stigma or lack of training. In addition, as alcohol misuse contributes to and exacerbates other mental and physical health issues, addressing alcohol in the context of routine health care provides the opportunity to reach more individuals, prevent alcohol-specific and alcohol-related health problems before they develop, and identify, diagnose, and address alcohol problems before they become severe.

NIAAA supports efforts to improve care for alcohol-related health issues in a broad range of settings and for use by the full range of professionals involved in treatment. For example, NIAAA developed the Healthcare Professional's Core Resource on Alcohol (HPCR) to provide the basics of what every health care professional needs to know about alcohol, including the many ways that alcohol can impact a patient's health, and strategies for prevention and treatment. In the future, NIAAA aims to increase the dissemination of the HPCR to medical and other health care professional schools, health plans, and a broad range of health care professionals in practice.

NIAAA encourages research and other activities to increase the integration of evidence-based interventions for alcohol-related problems in a broad range of health care settings and that improve access to alcohol-related health care services for all—for example:

- Evaluating strategies at various levels (e.g., individual, societal) to increase education about the need for alcohol care and to reduce the stigma of alcohol-associated health problems, with the ultimate goal of encouraging appropriate, evidence-based care
- Enhancing the dissemination, implementation, adoption, adaptation, and sustainment of evidence-based alcohol screening and treatment strategies and longer-term support in real-world treatment settings, including nontraditional settings (e.g., faith-based organizations, shelters for the unstably housed and victims of domestic violence, and agencies for child and family services)
- Identifying and reducing barriers that keep underserved and other populations from seeking and receiving appropriate alcohol-related health care, including challenges with access and affordability
- Understanding the cost and cost-effectiveness of treatment interventions and exploring ways to make treatment more affordable
- Exploring health care models that promote collaboration between primary care and specialty care providers to improve implementation of evidence-based approaches and provide ongoing follow-up services
- Exploring and promoting mechanisms to integrate diagnosis and management of AUD with co-occurring mental health disorders and other health conditions
- Expanding affordable and accessible screening, diagnosis, and treatment options in populations, especially among people at risk for alcohol misuse and AUD such as individuals in the criminal justice system, in the child and family services system, in college, and in certain high stress workplaces

Close ⬆



National Institute on Alcohol
Abuse and Alcoholism

## Supporting the Mission

While funding innovative research is essential to achieving the NIAAA mission, NIAAA recognizes the importance of building a robust research capacity and serving as a responsible steward of public resources. This section is integral to the success of the Research Goals, Cross-Cutting Research Themes, and Cross-Cutting Research Programs sections of this strategic plan.



### Goal 1: Building a Robust Research Capacity

At the core of NIAAA's efforts are cultivating a talented scientific and administrative workforce to advance research to the next frontier and maximizing NIAAA research resources and infrastructure to promote discovery.



### Goal 2: Serving as a Responsible Steward of the Public's Investment

NIAAA upholds the values of responsible stewardship, research integrity, and public trust. These values are reinforced by NIAAA's commitment to optimal management and accountability, strategic collaboration, and communication of research results.



# Goal 1: Building a Robust Research Capacity

NIAAA's ability to pursue its research priorities is supported by the commitment to building and sustaining a robust research capacity. At the core of NIAAA's efforts to build research capacity are cultivating a talented scientific and administrative workforce to advance research to the next frontier and maximizing NIAAA research resources and infrastructure to promote discovery.

## Objective 1: Enhancing and Sustaining the Alcohol Research Workforce

The workforce of the alcohol research enterprise is its greatest asset and the key to its success. Cultivating and sustaining a robust and highly skilled scientific and administrative workforce is a major NIAAA priority. A thriving workforce enables NIAAA and the alcohol research enterprise to effectively adapt to change, tackle complex challenges, and make use of emergent opportunities in a rapidly evolving research landscape.

Sustained scientific progress requires investment in the next generation of researchers. NIAAA will continue to prioritize research training and career development programs that foster a talented biomedical workforce for today and for the future. To strengthen its training programs, NIAAA will focus on:

- Expanding outreach about NIAAA and NIH research training programs and opportunities to communities and early-stage investigators
- Collaborating with NIH partners on training funding opportunities that advance the alcohol research workforce
- Developing and implementing best practices for NIAAA's research training programs
- Identifying strategies to assess training outcomes

NIAAA's intramural research training program will also continue to provide robust training opportunities to emerging scientists.

Internally, NIAAA will continue to maintain a strong leadership team, enhance efforts to effectively leverage the strengths of NIAAA staff, provide training and career development opportunities to develop their skills and talents, and cultivate a positive and collaborative environment.

## Objective 2: Supporting Research Resources and Infrastructure

The scientific workforce's ability to advance biomedical and behavioral research depends on access to state-of-the-art resources and infrastructure that maximize their research potential.

NIAAA supports Alcohol Research Centers across the United States that serve as regional or national research resources and as incubators for collaborative studies that contribute to the development of new research methods, technologies, and approaches that sustain innovative goal-directed research. These centers have historically served as seeds for the development of researchers in the alcohol research field in different geographical regions that have limited ongoing alcohol research. NIAAA also supports research consortia, which conduct collaborative, interdisciplinary research among widely distributed research institutions. NIAAA-supported research centers and consortia serve as models for optimizing research resources and infrastructure, and as resources for data, biospecimens, tools, expertise, and training in the alcohol research field more broadly. NIAAA's Alcohol Research Resource (R24 and R28) Awards program supports investigator-initiated projects that develop research resources for the broader alcohol research community and represent NIAAA efforts to accelerate alcohol-related research in a cost-effective manner.

NIAAA's Intramural Research Program (IRP) provides a unique environment for stimulating cutting-edge, innovative basic, translational, and clinical research on alcohol use disorder (AUD) and other alcohol-related problems. This includes a clinical research facility on the NIH main campus that hosts an outpatient clinic and an inpatient unit for treatment and research. The NIAAA IRP's ability to generate groundbreaking technologies and advances to be shared for use by the alcohol research field is a particular strength of the program.

To promote data sharing and accelerate the pace of discovery, NIAAA established the NIAAA Data Archive, which houses and shares de-identified data from human participants in NIAAA-funded research. The NIAAA Data Archive is maintained within the larger NIMH Data Archive, which comprises a harmonization and sharing infrastructure that facilitates transparency, rigor, and reproducibility of scientific research.



# Goal 2: Serving as a Responsible Steward of the Public's Investment

As a federal agency, NIAAA works continually to uphold the values of responsible stewardship, research integrity, and public trust. These values are reinforced by NIAAA's commitment to optimal management and accountability, strategic collaboration, and communication of research results.

## Objective 1: Ensuring Optimal Management and Accountability

NIAAA strives to continually optimize operations across its administrative and scientific functions through sound, data-driven business practices. NIAAA also engages in risk management to proactively identify and mitigate risks to the institute's research objectives, including risks to patient safety. For example, NIAAA recently developed a serious adverse event (SAE) reporting tool to capture SAEs that occur in NIAAA-funded clinical trials. This tool will allow NIAAA to mitigate future risks in studies with similar parameters, interventions, or study populations.

NIAAA develops research programs and initiatives based on scientific needs and opportunities as well as budget considerations. Concepts for initiatives are presented publicly to the National Advisory Council on Alcohol Abuse and Alcoholism for feedback on the merit of the initiative as well as clearance to move forward. Proceedings of National Advisory Council meetings and concept descriptions are available to the public online. This process not only enhances transparency in NIAAA's operations but also provides the research community and NIAAA's constituents additional insight into the institute's research directions and priorities. Such transparency encourages participation of NIAAA's constituents in shaping the directions and goals of NIAAA's mission.

NIAAA demonstrates effective stewardship by funding research proposals that are deemed highly meritorious through scientific peer review. NIAAA uses a rigorous, two-level scientific peer review process that emphasizes fairness and accountability in funding decisions and prioritizes scientific ideas with the greatest potential to advance the NIAAA mission. The outcomes of peer review inform NIAAA's funding decisions, which also consider portfolio balance, scientific opportunity, public health needs, budget, and other priorities. To promote optimal stewardship in this domain, NIAAA will continue to identify and recruit a pool of scientific peer reviewers based on career stage and geographic region. NIAAA will also continually assess and improve its funding procedures to ensure efficient, seamless awards management.

In support of NIH's focus on improving rigor and reproducibility of research, NIAAA emphasizes the importance of robust and unbiased experimental design, methodology, analysis, interpretation, and reporting of results in NIAAA-supported research. This includes standardization of animal models across NIAAA's Alcohol Research Centers and Consortia, transparency in reporting experimental details so that others can reproduce and extend the findings, and adequate inclusion of females into appropriately powered research designs for both animal and human studies. NIAAA will be focusing on key challenges in data management and sharing, such as developing common data elements for preclinical and clinical research, participating with data repositories and knowledge bases, and facilitating data science tools for analyses and predictions. NIAAA will continue to work with NIH and its partners to identify and implement best practices to enhance rigor and reproducibility in the research it supports.

## Objective 2: Collaborating Across the National Institutes of Health and Beyond to Address Common Challenges

Alcohol misuse affects virtually every tissue and organ in the body and is associated with more than 200 diseases and injury-related conditions. For this reason, coordination of efforts related to shared research interests across NIH and other federal agencies is a key strategy for efficiently responding to complex alcohol-related problems and maximizing research resources. NIAAA coordinates on various research areas, including the following examples.

**Adverse effects of alcohol on health.** NIAAA collaborates with NIH institutes, centers, and offices on a wide range of topics, such as cancer, liver cirrhosis, Alzheimer's disease and related dementias, sex differences and women's health research, maternal health, health disparities research, wearable biosensors, and data sharing and management. In the Intramural Research Program, NIAAA jointly supports the Center on Compulsive Behaviors and will jointly launch the National Taste and Smell Center.

**Fetal alcohol spectrum disorder.** NIAAA sponsors and chairs the Interagency Coordinating Committee on Fetal Alcohol Spectrum Disorders, which coordinates communication and collaboration on issues related to prenatal alcohol exposure across NIH ICs (i.e., Eunice Kennedy Shriver National Institute of Child Health and Human Development, National Institute on Drug Abuse [NIDA]), and National Institute of Mental Health and Health and Human Services agencies.

**Prevention and treatment of substance misuse.** NIAAA partners with NIDA and the National Cancer Institute through the Collaborative Research on Addiction at NIH (CRAN), which integrates resources and expertise to advance research on substance use and related consequences. A major CRAN-led initiative is the Adolescent Brain Cognitive Development$^{SM}$ Study, the largest long-term study of brain development and child health in the United States. NIAAA also participates in advancing the HEALthy Brain and Child Development Study, which aims to better understand brain development during childhood. NIAAA also participates in the Interagency Coordinating Committee on the Prevention of Underage Drinking, led by the Substance Abuse and Mental Health Services Administration, which coordinates federal activities related to the prevention of underage drinking.

**Neuroscience research.** NIAAA participates in the NIH Blueprint for Neuroscience Research, a collaborative framework that confronts neuroscience challenges that are too large for any single NIH institute, center, or office. As part of the Brain Research Through Advancing Innovative Neurotechnologies® Initiative, NIAAA provides support with other NIH Institutes and Centers to develop cutting-edge tools that will contribute to an enhanced understanding of brain disorders.

**Pain research.** Understanding the relationship between alcohol and pain is an important area of research that may have implications for numerous health conditions. NIAAA participates in the Helping to End Addiction Long-term® Initiative, an NIH-wide effort to speed scientific research to address the opioid crisis by better addressing pain, opioid misuse, AUD, and other substance use disorders. NIAAA also participates in the NIH Pain Consortium.

**External partnerships.** In addition to research collaborations, NIAAA leverages partnerships with professional, patient, advocacy, and community organizations, as well as with the research community, to advance its strategic goals and priorities.

## Objective 3: Communicating Research Results and Evidence-Based Information to the Public

To promote responsible stewardship, NIAAA communicates research findings to the public and translates scientific findings into resources that the public can use. These efforts are vital to the NIAAA mission because they raise awareness of alcohol's adverse effects on health and empower individuals, professionals, and communities with evidence-based resources to address alcohol-related challenges. Together, these steps can help to reduce the stigma that often prevents people impacted by alcohol misuse from seeking help and support. Importantly, the communication of research results demonstrates progress in advancing research.

The goals of NIAAA's communications and outreach programs are to develop and evaluate content and activities that disseminate unbiased science information and position NIAAA as an authoritative source of credible health messaging. This work encompasses news media, social media, strategic partnerships, and the creation of educational and information resources for varied audiences. These resources include websites such as the Alcohol Treatment Navigator, which helps individuals identify and find quality AUD treatment for themselves or a loved one, and Rethinking Drinking, which assists people in evaluating their relationship with alcohol. NIAAA also developed the HPCR to assist health care professionals with preventing, identifying, and treating alcohol-related problems, as well as various school-based resources to facilitate the prevention of underage drinking.

NIAAA also prioritizes communicating research results and providing data to stimulate new research. Examples include Alcohol Research: Current Reviews, an open-access, peer-reviewed scientific journal, and the Alcohol Policy Information System, a database of alcohol-related policies at the state and federal levels and policies on the recreational use of cannabis.

Going forward, NIAAA will continue to create and promote educational materials for addressing alcohol misuse and AUD in various settings. NIAAA will also pursue innovative ways to connect with the public so that they have access to research findings to make informed choices about alcohol use. NIAAA will continue to translate its products into multiple languages to increase access to evidence-based information and to engage in strategic partnerships that extend the reach of NIAAA-supported research findings and information resources.

# Exhibit

# ;

Due to HHS and NIH restructuring, as of March 2025, this website will be maintained, but no new content will be added.



**National Institute on Alcohol Abuse and Alcoholism**

# Cross-Cutting Research Programs

Cross-cutting research programs are NIAAA-managed research portfolios that include topics spanning multiple underline research goals outlined in this strategic plan. These programs complement the Cross-Cutting Research Themes and Supporting the Mission sections of this strategic plan.

## Fetal Alcohol Spectrum Disorders

Fetal alcohol spectrum disorders (FASD) represent the broad range of neurodevelopmental impairments and other physical effects that result from prenatal exposure to alcohol. NIAAA supports a robust FASD research program to advance study of the causes, mechanisms, diagnosis, prevention, and treatment of FASD.

Research to reduce stigma around prenatal alcohol exposure, to increase education and awareness of FASD, and to develop prevention strategies are important components of FASD prevention. Basic research on the biological mechanisms that underlie prenatal alcohol exposure and contribute to FASD can lead to the identification of diagnostic biomarkers as well as potential treatment targets, paving the way for earlier diagnosis and treatment. NIAAA is also facilitating efforts to reach consensus on a single research classification system for FASD to harmonize research efforts across the globe and accelerate scientific progress

### Objective 1: Advance the Prevention of Prenatal Alcohol Exposure



Preventing and reducing alcohol use during pregnancy is essential to preventing prenatal alcohol exposure and related consequences, including FASD. Studies have shown that alcohol screening, brief

intervention, and referral to treatment (SBIRT) approaches are an effective tool for addressing alcohol and other substance use in primary and prenatal care settings.

NIAAA encourages research and other activities to prevent and reduce prenatal alcohol exposure and the prevalence of FASD—for example:

- Designing and evaluating cost-effective models to help women at high risk of having a child with FASD (i.e., who misuse alcohol, have alcohol use disorder (AUD), or already have another child with FASD) to reduce or abstain from drinking during pregnancy and, consequently, reduce the incidence of FASD
- Developing interventions to prevent alcohol-exposed pregnancies
- Improving implementation and enhancing scalability of effective preventive interventions (e.g., alcohol SBIRT) for alcohol misuse and its negative consequences in women
- Identifying the causes of FASD-related stigma and exploring strategies to reduce it in order to improve prevention efforts
- Promoting collaboration with federal and nonfederal organizations to raise public awareness about FASD and advance implementation of prevention interventions in various clinical and nonclinical settings

## Objective 2: Improve Early Identification and Treatment Interventions for Fetal Alcohol Spectrum Disorders

Improved diagnostic techniques for FASD could enable more accurate diagnosis, expand access to assessment for FASD, allow for earlier intervention, and likely reduce costs and overall burden of FASD across the life span. Early identification holds promise for better outcomes, but limited availability of FASD diagnostic services remains a barrier to care.

NIAAA encourages research to enhance FASD screening, diagnosis, and treatment—for example:

- Improving implementation of existing evidence-based FASD diagnostic approaches across the life span as well as early intervention and care for individuals with FASD across a range of populations and settings, such as for children and parents in the child welfare system and individuals in the juvenile justice system
- Developing novel technologies and methods to facilitate earlier identification of children affected by prenatal alcohol exposure, as early as the fetal and newborn periods
- Assessing combinations of evidence-based therapeutic approaches for individuals with FASD
- Understanding and addressing health disparities concerning prenatal alcohol exposure in different populations
- Developing and evaluating novel prenatal and postnatal therapeutic approaches, medications, and dietary supplements to combat prenatal alcohol exposure and FASD
- Pursuing various interventions to mitigate the neurocognitive and behavioral deficits associated with FASD across the life span

## Objective 3: Identify Mechanisms, Diagnostic Biomarkers, and Potential Treatment Targets for Fetal Alcohol Spectrum Disorders

Alcohol can disrupt prenatal development through a variety of mechanisms. Understanding the biological effects of prenatal alcohol exposure that emerge across the life span, from prenatal development to

adulthood, can inform preventive and therapeutic strategies to mitigate the consequences of prenatal alcohol exposure.

NIAAA encourages research to advance foundational knowledge of the mechanisms mediating FASD—for example:

- Identifying and characterizing the biological mechanisms underlying the harmful effects of prenatal alcohol exposure across the life span, including health consequences that persist or emerge in adults with FASD
- Further defining periods of susceptibility to alcohol exposure (e.g., periconception, specific months or trimester, entire pregnancy, or time points during postnatal development)
- Elucidating the potential paternal contribution to the etiology of FASD
- Refining and advancing biomarkers of prenatal alcohol exposure
- Defining the long-term health impacts of prenatal alcohol exposure in later adulthood

## Alcohol and HIV

Alcohol is an important contributor to the HIV pandemic. In the United States, many people with HIV engage in alcohol misuse or have AUD. Alcohol can affect behaviors that increase the likelihood of acquiring or transmitting HIV to others. Alcohol may also speed HIV progression in people living with the disease, influence their engagement and retention in HIV treatment, and increase their susceptibility to organ damage and coinfections. These effects may shift across the life span, particularly as people living with HIV enter midlife and older adulthood.

In coordination with the NIH Office of AIDS Research and the NIH Strategic Plan for HIV and HIV-Related Research, NIAAA continues to advance basic, translational, and clinical research to improve health outcomes among people living with HIV, including those who experience health disparities. NIAAA will enhance collaboration with partners within and outside NIH to translate and disseminate research finding to maximize the public health impact of NIAAA-supported HIV research, and to strengthen the research and workforce capacity to sustain alcohol-HIV research.

### Objective 1: Understand the Biological and Behavioral Mechanisms of Alcohol Misuse and HIV

The mechanisms through which alcohol misuse interacts with HIV to increase morbidity and mortality are not well understood. While HIV can be treated effectively with antiretroviral medications, alcohol misuse contributes to or exacerbates adverse medication interactions, chronic inflammation, liver and other organ injury, cardiovascular and neurological problems, and other pathologies.

Several biological or behavioral phenotypes of HIV and alcohol have been identified that may have markedly different disease courses, biological underpinnings, and treatment responses. Collaborative, multidisciplinary research will be key to better understanding the interactions between alcohol misuse and HIV.

NIAAA encourages research to better understand the relationship between alcohol misuse and HIV to inform the development of effective interventions—for example:

- Determining how alcohol misuse confers a biological risk for HIV infection
- Determining how current and past alcohol misuse in the context of HIV infection and the use of antiretroviral medications affect HIV disease progression and the development of organ and tissue injury (e.g., gut, liver, lung, and brain)
- Improving the understanding of the biological, clinical, and socio-behavioral aspects of aging through the lens of HIV infection and alcohol misuse

## Objective 2: Prevent Alcohol Misuse and Treat Alcohol Use Disorder Among People Living With HIV or at High Risk of Acquiring HIV

As noted above, alcohol misuse contributes to poor health outcomes among people living with HIV and reduces the effectiveness of strategies designed to prevent new HIV infections. For example, the use of pre-exposure prophylaxis (PrEP) is highly effective in preventing HIV among those at high risk. However, alcohol misuse may reduce a person's likelihood of following PrEP medication regimens.

Alcohol misuse may also affect an individual's adherence to antiretroviral therapy and contribute to HIV transmission. Evidence-based approaches, such as brief interventions, contingency management, risk and harm reduction interventions, and stepped care approaches, have been demonstrated to prevent and reduce alcohol misuse among people living with HIV. Stepped care approaches that integrate treatment for alcohol misuse and HIV have also been shown to improve HIV-related outcomes. Strategies to identify and address alcohol misuse among people with HIV or at high risk for HIV can contribute to improved health and a reduced incidence of HIV.

NIAAA encourages alcohol-related research to prevent and reduce HIV infection, progression, and transmission—for example:

- Enhancing routine alcohol SBIRT to reduce HIV transmission and disease progression
- Developing strategies that address alcohol-related barriers to effective use of PrEP, especially among women and other populations with historically low usage rates
- Developing novel interventions and enhancing implementation of existing evidence-based prevention and treatment interventions that address both alcohol misuse and HIV
- Expanding access to and options for AUD treatment for people living with HIV

## Objective 3: Address Alcohol-Related Comorbidities Among People Living With HIV

Many comorbidities, coinfections, and medical complications are associated with chronic alcohol misuse and HIV disease progression. These factors combine with the natural processes of aging to increase frailty and present challenges for medical management. Addressing comorbid medical complications is critical for improving quality of life and longevity.

NIAAA encourages research to address alcohol-related comorbidity among individuals with HIV—for example:

- Promoting the integration of care for HIV, alcohol misuse or AUD, and co-occurring health conditions and medical complications in different settings
- Developing a comprehensive model for alcohol misuse or AUD and disease outcomes among older adults with HIV, including expanded biomarker assays

Case 8:25-cv-01620-LKG     Document 64-23     Filed 05/28/25     Page 85 of 85

- Evaluating the efficacy and effectiveness of interventions for reducing alcohol misuse in improving co-occurring pain, stress, and other mental health concerns among people living with HIV

On this page

**Fetal Alcohol Spectrum Disorders**

**Alcohol and HIV**