IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division: Montgomery County)

| | |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN RIGHTS, INC. d/b/a GLMA: HEALTH PROFESSIONALS ADVANCING LGBTQ+ EQUALITY; *et al.*, <br><br>  *Plaintiffs*, <br><br> v. <br><br> NATIONAL INSTITUTES OF HEALTH; *et al.*, <br><br>  *Defendants*. | Civil Action No. 8:25-cv-01620-LKG |

## DECLARATION OF OMAR GONZALEZ-PAGAN

I, Omar Gonzalez-Pagan, hereby declare and state:

1. I am over 18 years of age, of sound mind, and fully capable of making this declaration. I have personal knowledge of the facts set forth in this declaration, they are true and correct, and I would be able to testify about these facts if I were called as a witness at a hearing or trial.

2. I am a licensed attorney in the Commonwealth of Massachusetts and the State of New York. My application to the bar of this Court has been approved and my swearing in ceremony has been scheduled for July 2025.

3. I am Senior Counsel and Health Care Strategist at Lambda Legal, and counsel for Plaintiffs in this action.

4. I submit this declaration in support of Plaintiffs' Motion for a Preliminary Injunction.

1

5. Attached hereto as **Exhibit 1** is a true and correct copy of Executive Order 14168, "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government," issued on January 20, 2025, and available at 90 Fed. Reg. 8615.

6. Attached hereto as **Exhibit 2** is a true and correct copy of Executive Order 14151, "Ending Radical Government DEI Programs and Preferencing," issued on January 20, 2025, and available at 90 Fed. Reg. 8339.

7. Attached hereto as **Exhibit 3** is a true and correct copy of Executive Order 14173, "Ending Illegal Discrimination and Restoring Merit-Based Opportunity," issued on January 21, 2025, and available at 90 Fed. Reg. 8633.

8. Attached hereto as **Exhibit 4** is a true and correct copy of a February 10, 2025 Secretarial Directive on DEI-Related Funding issued by Dorothy A. Fink, Acting Secretary of the Department of Health & Human Services.

9. Attached hereto as **Exhibit 5** is a true and correct copy of a February 21, 2025 Directive on NIH Priorities, titled "Restoring Scientific Integrity and Protecting the Public Investment in NIH Awards," issued by Matthew J. Memoli, Acting Director of NIH.

10. Attached hereto as **Exhibit 6** is a true and correct copy of a February 28, 2025 document titled "Staff Guidance—Award Assessments for Alignment with Agency Priorities – March 2025."

11. Attached hereto as **Exhibit 7** is a true and correct copy of a March 13, 2025 email from Michelle G. Bulls with Subject "Award Revision Guidance and List of Terminated Grants via letter on 3/12."

12. Attached hereto as **Exhibit 8** is an image of March 25, 2025 notice entitled, "NIH Grants Management Staff Guidance – Award Assessments for Alignment with Agency Priorities – March 2025."

13. Attached hereto as **Exhibit 9** is a true and correct copy of the April 2024 NIH Grants Policy Statement issued by the U.S. Department of Health and Human Services and National Institutes of Health.

14. Attached hereto as **Exhibit 10** is a true and correct copy of a document titled "NIH-Wide Strategic Plan for Fiscal Years 2021–2025," issued by the National Institutes of Health.

15. Attached hereto as **Exhibit 11** is a true and correct copy of a document titled "Strategic Plan to Avance Research on the Health and Well-Being of Sexual and Gender Minorities: Fiscal Years 2021 – 2025," issued by the National Institutes of Health's Sexual & Gender Minority Research Office.

16. Attached hereto as **Exhibit 12** is a true and correct copy of a document titled "Minority Health and Health Disparities Strategic Plan 2021–2025, issued by the National Institutes of Health, as of May 28, 2025. Pursuant to the Administration's Gender, DEI-1, and DEI-2 EOs, a disclaimer has been added to the document that states: "Content Disclaimer: This strategic plan was launched in 2021 and is being implemented through December 31, 2025. NIH is currently updating the strategic plan to ensure it is aligned with the current Administration's priorities and complies with this Administration's Executive Orders. The updated version will be posted once available."

17. Attached hereto as **Exhibit 13** is a true and correct copy of a January 27, 2025 document titled "Memorandum for Heads of Executive Departments and Agencies" issued by Matthew J. Vaeth, Acting Director of the Office of Management and Budget.

18. Attached hereto as **Exhibit 14** is a true and correct copy of ECF No. 276-5 from *Washington v. Trump*, No. 2:25-cv-00244-LK (W.D. Wash. 2025), which consists of a March 11, 2025 document with the subject line "Initial Actions Regarding President Trump's Executive Orders – INFORMATION."

19. Attached hereto as **Exhibit 15** is a true and correct copy of the article "NIH killed grants on orders from Elon Musk's DOGE," authored by Max Kozlov and published in *Nature* on May 21, 2025.

20. Attached hereto as **Exhibit 16** is a true and correct copy of the article "Trump Administration Slashes Research Into L.G.B.T.Q. Health," authored by Benjamin Mueller and published in *The New York Times* on May 4, 2025.

21. Attached hereto as **Exhibit 17** is a true and correct copy of the article "These 197 Terms May Trigger Reviews Of Your NIH, NSF Grant Proposals," authored by Bruce Y. Lee and published in *Forbes* on March 15, 2025.

22. Attached hereto as **Exhibit 18** is a true and correct copy of the article "The NIH's Grant Terminations Are 'Utter and Complete Chaos'," authored by Katherine J. Wu and published in *The Atlantic* on March 14, 2025.

23. Attached hereto as **Exhibit 19** is a true and correct copy of the article "Exclusive: NIH to terminate hundreds of active research grants," authored by Max Kozlov and Smriti Mallapaty and published in *Nature* on March 6, 2025.

24. Attached hereto as **Exhibit 20** is a true and correct copy of the article "NIH reels with fear, uncertainty about future of scientific research," authored by Carolyn Y. Johnson and Joel Achenbach and published in *The Washington Post* on March 5, 2025.

25. Attached hereto as **Exhibit 21** is a true and correct copy of the peer-reviewed article "Research Funded by National Institutes of Health Concerning Sexual and Gender Minoritized Populations: A Tracking Update for 2012 to 2022," authored by Ben C.D. Weideman, et al. and published in the peer-reviewed journal *American Journal of Public Health* on February 12, 2025.

26. Attached hereto as **Exhibit 22** is a true and correct copy of the article "NIH Is Again Throttling Research Funding in Defiance of a Federal Court Order," authored by Judd Legum and published in *Mother Jones* on February 24, 2025.

27. Attached hereto as **Exhibit 23** is a true and correct copy of a February 12, 2025 Memorandum authored by Michael S. Lauer titled "NIH Review of Agency Priorities Based on the New Administration's Goals."

28. Attached hereto as **Exhibit 24** is a true and correct copy of a February 13, 2025 document titled "Supplemental Guidance to Memo Entitled- NIH Review of Agency Priorities Based on the New Administration's Goals."

29. Attached hereto as **Exhibit 25** is a true and correct copy of the article "CDC Researchers Ordered to Retract Papers Submitted to All Journals," authored by Jeremy Faust and published in *MedPage Today* on February 1, 2025.

30. Attached hereto as **Exhibit 26** is a true and correct copy of the article "How Trump 2.0 is slashing NIH-backed research — in charts," authored by Max Kozlov and Chris Ryan and published in *Nature* on April 10, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 28th day of May 2025.

*/s/ Omar Gonzalez-Pagan*
Omar Gonzalez-Pagan