IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN RIGHTS, INC. d/b/a GLMA: HEALTH PROFESSIONALS ADVANCING LGBTQ+ EQUALITY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH, *et al.*,<br><br>Defendants. | Civ. A. No. 25-cv-1620-LKG |

**CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND PLAINTIFFS' MOTION TO PROCEED UNDER PSEUDONYM**

Defendants hereby file this Consent Motion for Extension of Time to file their Oppositions to (1) Plaintiffs' Motion for Preliminary Injunction (ECF No. 64, and hereinafter the "PI Motion") and (2) Plaintiffs' Motion to Proceed Under Pseudonym (ECF No. 17, and hereinafter the "Pseudonym Motion" and together with the PI Motion, the "Motions"), and state as follows:

1. On May 22, 2025, the Court entered a Scheduling Order (ECF No. 60) in this case establishing the following briefing schedule for the Motions:

| | |
|---|---|
| Plaintiffs' PI Motion | May 28, 2025 |
| Defendants' responses in opposition to the Motions | June 11, 2025 |
| Plaintiffs' replies to Defendants' oppositions to the Motions | June 20, 2025 |
| Hearing on the Motions | July 2, 2025 |

1

2. Plaintiffs timely filed the PI Motion on May 28, 2025. The memorandum of law in support of the PI Motion (ECF No. 64-1) has twenty-six exhibits (ECF Nos. 65-1–65-26) as well as twenty-one supporting declarations (ECF Nos. 64-3–64-23), many of which themselves have multiple exhibits.

3. Defendants have been and are working in earnest to review these materials and prepare their oppositions to the Motions. Despite these efforts, Defendants require an additional two days to fully prepare their opposition to the Motions. Accordingly, counsel for Defendants requested that Plaintiffs' counsel consent to a two-day extension of the June 11, 2025, deadline to file Defendants' opposition to the Motions, and Plaintiffs' counsel consented to this request, subject to a reciprocal two-day extension for Plaintiffs' reply memoranda. The parties agree that there will be no prejudice to the parties from this short extension.

4. Defendants are cognizant of the concern raised by the Court regarding the need to allow sufficient time for the Court to review the parties' submissions prior to the hearing on July 2, 2025. However, the small extension proposed would still provide the Court with sixteen calendar days (eleven business days) to review Defendants' opposition(s) and eight calendar days (six business days) to review Plaintiffs' reply memoranda(um), which by Local Rule are limited to fifteen pages. Moreover, the parties are hopeful that they can resolve the Pseudonym Motion prior to June 13, 2025, which would obviate the need for the Court to devote time to reviewing those papers in advance of the hearing on July 2, 2025.

5. If this Consent Motion is granted, the modified remaining briefing schedule will be:

| **Filing** | **Old Date** | **New Date** |
| --- | --- | --- |
| Defendants' responses in opposition to the Motions | June 11, 2025 | June 13, 2025 |

| Filing | Old Date | New Date |
|---|---|---|
| Plaintiffs' replies to Defendants' oppositions to the Motions | June 20, 2025 | June 23, 2025 |

WHEREFORE, Defendants respectfully request that the Court enter an Order granting this Consent Motion and modifying the briefing schedule as set forth above.

A proposed order is attached.

    Respectfully submitted,

    KELLY O. HAYES
    United States Attorney

    _____/s/_____
    Michael J. Wilson (Bar No: 18970)
    Assistant United States Attorney
    U.S. Attorney's Office
    District of Maryland
    36 S. Charles Street, 4th Floor
    Baltimore, Maryland 21201
    (410) 209-4941
    Michael.Wilson4@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 5, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all counsel.

    _____/s/_____
    Michael J. Wilson