IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN RIGHTS, INC., *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH, *et al.*,<br><br>  Defendants. | Civil Action No. 8:25-cv-01620-LKG<br><br>Dated: June 6, 2025 |

## SCHEDULING ORDER

On May 22, 2025, the Court entered a Scheduling Order for the briefing of the Plaintiffs' motion for a preliminary injunction and motion to proceed under pseudonym. ECF No. 60. On May 28, 2025, the Plaintiffs filed their motion for a preliminary injunction. ECF No. 64. On June 5, 2025, the Defendants filed a consent motion for an extension of time to file a response to the Plaintiffs' motion and to modify the Court's May 22, 2025, Scheduling Order. ECF No. 66. In light of the foregoing, and for good cause shown, the Court: (1) **GRANTS** the Defendants' consent motion (ECF No. 66) and (2) **MODIFIES** the May 22, 2025, Scheduling Order as follows:

| | |
|---|---|
| Defendants' response in opposition to Plaintiffs' motion for a preliminary injunction and to Plaintiffs' motion to proceed under pseudonym. | **June 13, 2025** |
| Plaintiffs' reply briefs. | **June 23, 2025** |

The hearing of the Plaintiffs' motion for a preliminary injunction will be on **July 2, 2025, at 1:30 p.m.**, in Courtroom 4B, United States District Court for the District of Maryland, Southern Division, 6500 Cherrywood Lane, Greenbelt, Maryland 20770.

In addition, the parties may exceed the page limit, as set forth in Local Rule 105.3, up to and including a limit of 40 pages.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby  
LYDIA KAY GRIGGSBY  
United States District Judge