IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN RIGHTS, INC. d/b/a GLMA: HEALTH PROFESSIONALS ADVANCING LGBTQ+ EQUALITY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL INSTITUTES OF HEALTH, *et al.*, <br><br> Defendants. | Civ. A. No. 25-cv-1620-LKG |

**RESPONSE IN NON-OPPOSITION TO PLAINTIFFS'
MOTION TO PROCEED UNDER PSEUDONYM**

Defendants hereby file this Response in Non-Opposition to Plaintiffs' Motion to Proceed Under Pseudonym (ECF No. 17, and hereinafter the "Motion"), and state as follows:

1. Plaintiffs filed this lawsuit on May 20, 2025. ECF No. 1. The next day, Plaintiffs filed the Motion, seeking leave for several plaintiffs and other individuals to proceed in this case under pseudonyms, as well as leave to omit Plaintiffs' addresses from the Court's docket. ECF No. 17.

2. On May 22, 2025, the Court entered a Scheduling Order requiring, *inter alia*, that Defendants file their response to the Motion on or before June 11, 2025. ECF No. 60. This deadline was subsequently extended to June 13, 2025 by Order dated June 6, 2025.

3. On June 5, 2025, counsel for the parties met and conferred regarding the Motion. Following this discussion, Plaintiffs' counsel prepared a template for Defendants to use when disclosing information that the Motion seeks to protect.

4.  With the benefit of this template, Defendants do not oppose the relief requested in the Motion.

WHEREFORE, Defendants do not oppose the entry of the Proposed Order attached to the Motion.

        Respectfully submitted,

        KELLY O. HAYES
        United States Attorney

        _____/s/_____
        Michael J. Wilson (Bar No: 18970)
        Assistant United States Attorney
        U.S. Attorney's Office
        District of Maryland
        36 S. Charles Street, 4th Floor
        Baltimore, Maryland 21201
        (410) 209-4941
        Michael.Wilson4@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 11, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all counsel.

        _____/s/_____
        Michael J. Wilson