IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN RIGHTS, INC. d/b/a GLMA: HEALTH PROFESSIONALS ADVANCING LGBTQ+ EQUALITY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL INSTITUTES OF HEALTH, *et al.*, <br><br> Defendants. | Civ. A. No. 25-cv-1620-LKG |

**ORDER**

UPON CONSIDERATION of Plaintiffs' Motion for A Preliminary Injunction and Request for A Stay Pursuant to 5 U.S.C. § 705 (ECF No. 64 and hereinafter, the "Motion"), Defendants' Opposition to the Motion, Plaintiffs' Reply to Defendants' Opposition, and the arguments of counsel at the hearing on the Motion held on July 2, 2025, it is this _____ day of July, 2025, by the United States District Court for the District of Maryland, hereby **ORDERED** that the Motion is **DENIED**.

<br>

_____
Lydia K. Griggsby
United States District Judge

1