IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN RIGHTS, INC. d/b/a GLMA: HEALTH PROFESSIONALS ADVANCING LGBTQ+ EQUALITY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL INSTITUTES OF HEALTH, *et al.*, <br><br> Defendants. | Civ. A. No. 25-cv-1620-LKG |

**LINE SUBMITTING CORRECTED SIGNATURE PAGE FOR ECF NO. 70**

TO THE CLERK:

On June 14, 2025, Defendants filed their Memorandum of Law in Opposition to Plaintiffs' Motion for A Preliminary Injunction and Plaintiffs' Request for a Stay Pursuant to 5 U.S.C. § 705 (ECF No. 70 and hereinafter the "Opposition"). A copy of the CM/ECF Notice for the Opposition is attached here as Exhibit A. Due to an oversight, undersigned counsel did not affix a signature to the Opposition. Accordingly, attached to this line is a corrected copy of the Opposition's signature page with a newly affixed signature.

[*signature appears on following page*]

        Respectfully submitted,

        KELLY O. HAYES
        United States Attorney

        _____/s/_____
        Michael J. Wilson (Bar No: 18970)
        Tarra DeShields (Bar No. 07749)
        Assistant United States Attorneys
        U.S. Attorney's Office
        District of Maryland
        36 S. Charles Street, 4th Floor
        Baltimore, Maryland 21201
        (410) 209-4800

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 16, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all counsel.

        _____/s/_____
        Michael J. Wilson