IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division: Montgomery County)

| | |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN RIGHTS, INC. d/b/a GLMA: HEALTH PROFESSIONALS ADVANCING LGBTQ+ EQUALITY; *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> NATIONAL INSTITUTES OF HEALTH; *et al.*, <br><br> *Defendants*. | Civil Action No. 8:25-cv-01620-LKG |

**SUPPLEMENTAL DECLARATION OF DR. SUSANA SOE, Psy.D.**

I, Dr. Susana Soe, hereby state as follows:

1. I am over 18 years of age, of sound mind, and in all respects competent to testify.

2. I have personal knowledge of the facts set forth in this declaration and would testify competently to those facts if called to do so.

3. I submitted a prior declaration on May 28, 2025, in my individual capacity and not on behalf of my employer. I am offering this supplemental declaration in my individual capacity as well.

4. In February 2025, NIH terminated funding for a study I led as principal investigator, which explored how social determinants of health, such as improving the quality and access of healthcare and social services, impact the sexual and gender minority (SGM) community in Southern Florida, FL. On March 28, 2025, I appealed NIH's funding termination for that study on behalf of my organization, which is the awardee of the award.

1

5.      On May 30, 2025, I received a letter signed by Matthew J. Memoli, Principal Deputy Director of NIH, denying my appeal. The one-page letter stated that the NIH program supporting the award "was terminated because it no longer aligned with NIH/HHS priorities. Consequently, awards made through this program can no longer be supported and the request for reinstatement cannot be granted." A true and correct redacted copy of the letter denying my appeal is attached hereto as **Exhibit G**.

6.      NIH's denial of my appeal is discouraging and frustrating. Moreover, NIH's added reasoning for its termination of my award is a thinly veiled attempt to legitimize its termination; NIH reasoned that it could not reinstate my award because it had terminated the underlying program funding it, yet at the time NIH terminated my award, that funding program was still active. Further, I know of at least six other projects funded under that same program, which were terminated but reinstated shortly after. Unlike my project, those six projects did not focus on research related to sexual and gender minorities. This further underscores the point that NIH's true goal is to end research that seeks to improve the health of LGBTQI+ individuals.

7.      NIH's denial of my appeal only intensifies the damage caused by NIH's termination of my award, not only to my nonprofit, which is experiencing significant financial instability and can no longer sustain salaried staffing, but also to the research participants the study served, to partner organizations and the greater research community, and to me and my career.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 22, 2025

*Susana Soe*
_____
Dr. Susana Soe

# Exhibit A

DEPARTMENT OF HEALTH & HUMAN SERVICES                                    Public Health Service

National Institutes of Health
Bethesda, Maryland 20892
www.nih.gov

May 30, 2025

███████████
███████████

Dear Dr. ███████████:

On February 28, 2025, the National Institutes of Health (NIH) terminated your project entitled ███████████████████████████████████████████████████████████████████████████████

NIH terminated the project on the grounds that the research activities do not align with the agency's priorities. You have submitted an appeal requesting NIH to reconsider its award action. As such, NIH has conducted a careful assessment of your request for reconsideration of the determination, and have identified the following:

The program that supported this award ███████ was terminated because it no longer aligned with NIH/HHS priorities. Consequently, awards made through this program can no longer be supported and the request for reinstatement cannot be granted. NIH encourages the awardee to submit a new application that aligns with NIH's priorities under one of NIH's active NOFOs.

We appreciate your patience while we reassessed this matter.

Sincerely,

*[signature]*

Matthew J. Memoli, M.D., M.S.
Principal Deputy Director, NIH