## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Southern Division: Montgomery County)

| | |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN RIGHTS, INC. d/b/a GLMA: HEALTH PROFESSIONALS ADVANCING LGBTQ+ EQUALITY; *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> NATIONAL INSTITUTES OF HEALTH; *et al.*, <br> *Defendants.* | Civil Action No. 8:25-cv-01620-LKG |

### NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION & STAY PENDING JUDICIAL REVIEW PURSUANT TO 5 U.S.C. § 705

Plaintiffs respectfully submit this Notice to inform the Court of two developments:

First, as anticipated in their reply (ECF No. 74 1, n.1), Plaintiffs attach a copy of the June 16 bench trial transcript in *Massachusetts v. Kennedy, Jr.*, No. 1:25-CV-10814-WGY (D. Mass. June 16, 2025) (Dkt. No. 156). Plaintiffs quoted Judge Young's statements in that proceeding to highlight his finding that Defendants' actions are motivated by "discrimination against America's LGBTQ community." ECF No. 74 at 1; *see also* June 16 Tr. at 83, 84.

Second, Monday night, U.S. District Judge Rita F. Lin issued a decision granting a preliminary injunction in *Thakur v. Trump*, No. 3:25-cv-04737-RFL (N.D. Cal. June 23, 2025) (Dkt. No. 54), where several researchers sued after the grants supporting their research were terminated by the National Science Foundation (NSF), Environmental Protection Agency, and National Endowment for the Humanities (NEH) because the research involved blacklisted topics like "diversity" and "equity." The Court held, *inter alia*, that the grant terminations were contrary

1

to congressionally mandated directives to NSF and NEH, and that Defendants' implementation of the Executive Orders was arbitrary and capricious.

The court also rejected the Tucker Act arguments Defendants advance here, noting that: (1) "Plaintiffs do not have the right to sue under the Tucker Act because they are not parties to a government contract," and that "binding precedent in [the Court of Federal Claims (CFC)] would require the suit to be dismissed for lack of jurisdiction and sent back to the district court," Op. at 36; (2) "Plaintiffs' APA and constitutional claims do not satisfy any of the traditional criteria for disguised breach of contract claims under the Tucker Act" because "Plaintiffs do not rely on the terms of the agreements to support their claims," Op. at 38; and (3) "sending Plaintiffs to the [CFC] would deny them access to the principal remedy they seek: emergency injunctive relief to stop the disruption to their research, prevent them from having to lay off team members, and avoid having to call a halt to time-sensitive projects." Op. at 40.

A copy of the decision is attached hereto.

Dated: June 25, 2025                                    Respectfully submitted,

                                                            */s/ Karen L. Loewy*

Justin D. Kingsolver*                            Omar Gonzalez-Pagan**
**Bryan Cave Leighton Paisner LLP**              **Lambda Legal Defense**
1155 F St. NW, Suite 700                          **and Education Fund, Inc.**
Washington, DC 20004                             120 Wall Street, 19th Floor
Telephone: (202) 508-6000                        New York, NY 10005
Facsimile: (202) 508-6200                        Telephone: (212) 809-8585
justin.kingsolver@bclplaw.com                    Facsimile:  (855) 535-2236
                                                 ogonzalez-pagan@lambdalegal.org

Elizabeth P. Hecker*
Anuj Vohra*                                      Karen L. Loewy*
Ruben F. Reyna (D. Md. Bar 14949)                **Lambda Legal Defense**
Heather Sanborn*                                  **and Education Fund, Inc.**
Tai Williams*                                    815 16th Street NW, Suite 4140
**Crowell & Moring LLP**                         Washington, DC 20006
1001 Pennsylvania Ave. NW                        Telephone: (202) 804-6245
Washington, DC 20004                             Facsimile:  (855) 535-2236

2

Telephone: (202) 624-2500
Facsimile: (202) 628-5116
ehecker@crowell.com
avohra@crowell.com
rreyna@crowell.com
hsanborn@crowell.com
taiwilliams@crowell.com

Alexis Ward*
**Crowell & Moring LLP**
515 South Flower Street, 41st Floor
Los Angeles, CA 90071
Telephone: (213) 622-4750
Facsimile: (213) 622-2690
award@crowell.com

Michael Vine*
**Crowell & Moring LLP**
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone: (949) 263-8400
Facsimile: (949) 263-8414
mvine@crowell.com

Alexander Rosen*
Jacob Zucker*
**Crowell & Moring LLP**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 223-4000
Facsimile: (212) 223-4134
arosen@crowell.com
jzucker@crowell.com

* Admitted *pro hac vice*.

** Application for admission to D. Md. Bar
approved; swearing in pending.

† Mailing Address Only

kloewy@lambdalegal.org

Nathan Maxwell*
**Lambda Legal Defense
  and Education Fund, Inc.**
65 E. Wacker Pl., Suite 2000
Chicago, IL 60601
Telephone: (312) 663-4413
Facsimile:  (855) 535-2236
nmaxwell@lambdalegal.org

Pelecanos*†
**Lambda Legal Defense
  and Education Fund, Inc.**
800 South Figueroa Street, Suite 1260
Los Angeles, CA 90017
Telephone: (213) 351-6051
Facsimile:  (855) 535-2236
pelecanos@lambdalegal.org

K. Lee Marshall*
Carlie Tenenbaum*
**Bryan Cave Leighton Paisner LLP**
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
lee.marshall@bclplaw.com
carlie.tenenbaum@bclplaw.com

Matthew Stanford**
**Bryan Cave Leighton Paisner LLP**
Two North Central Avenue, Suite 2100
Phoenix, AZ 85004-4406
Telephone: (602) 364-7068
Facsimile: (602) 364-7070
matt.stanford@bclplaw.com