IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN RIGHTS, INC., *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) Civil Action No. 8:25-cv-01620-LKG ) ) Dated: July 3, 2025 |
| v. | ) ) |
| NATIONAL INSTITUTES OF HEALTH, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

**ORDER ON THE PLAINTIFFS' MOTION FOR A
PRELIMINARY INJUNCTION AND STAY PENDING JUDICIAL REVIEW**

On May 28, 2025, the Plaintiffs in the above-captioned matter filed motion for a preliminary injunction and stay pending judicial review, pursuant to 5 U.S.C. § 705 and Fed. R. Civ. P. 65.  ECF No. 64.  The motion is fully briefed.  ECF Nos. 64, 68 and 79.  The Court held a hearing on the Plaintiffs' motion on July 2, 2025.  ECF No. 82.

For the reasons stated during the hearing, the Court **HOLDS-in-ABEYANCE** the Plaintiffs' motion (ECF No. 64).  The parties shall **FILE** supplemental briefing on the following issues:

> **(1) Equal Protection Claims:** (a) Whether the Plaintiffs have standing to bring Equal Protection claims, (b) what is the appropriate level of scrutiny and (c) what injunctive relief the Plaintiffs may obtain on these claims.

> **(2) Section 1557 Claims:** (a) Whether the Plaintiffs have standing to bring Section 1557 claims and (b) what injunctive relief the Plaintiffs may obtain on these claims.

In consultation with the parties, the Court sets the following schedule for the parties' supplemental briefing on the aforementioned issues:

> Supplemental briefs, not to
> exceed 15 pages in length.                                **July 14, 2025**

| Responsive briefs, not to exceed 5 pages in length. | **July 18, 2025** |

The hearing on the Plaintiffs' motion for a preliminary injunction will be on **August 1, 2025, at 10:00 a.m.**, in Courtroom 4B, United States District Court for the District of Maryland, Southern Division, 6500 Cherrywood Lane, Greenbelt, Maryland 20770.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge