IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN RIGHTS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL INSTITUTES OF HEALTH, *et al.*, <br><br> Defendants. | Civil Action No. 25-cv-01620-LKG <br><br> Dated: September 12, 2025 |

## **ORDER**

The parties shall **FILE** a joint status report, **on or before September 26, 2025**, stating their respective views on further proceedings in the above-captioned matter and, if necessary, proposing a schedule for such proceedings.

**IT IS SO ORDERED.**

                                                                s/ Lydia Kay Griggsby
                                                                LYDIA KAY GRIGGSBY
                                                                United States District Judge