IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division: Montgomery County)

| | |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN RIGHTS, INC. d/b/a GLMA: HEALTH PROFESSIONALS ADVANCING LGBTQ+ EQUALITY; *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> NATIONAL INSTITUTES OF HEALTH; *et al.*, <br><br> *Defendants.* | Civil Action No. 8:25-cv-01620-LKG |

## JOINT STATUS REPORT REGARDING SCHEDULING AND FURTHER PROCEEDINGS

Pursuant to this Court's September 12, 2025 Order (Dkt. 99), Plaintiffs American Association of Physicians for Human Rights, Inc. d/b/a GLMA: Health Professionals Advancing LGBTQ+ Equality, *et al.*, and Defendants National Institutes of Health, *et al.*, have met and conferred regarding any further proceedings and have agreed on a proposed schedule.

The parties respectfully request that the Court enter the attached Proposed Scheduling Order. Consistent with the parties' understanding of local practice, the parties propose to submit a joint status report at the conclusion of discovery to address scheduling and further proceedings with regards to any dispositive motions.

A proposed scheduling order is attached hereto.

Dated: September 26, 2025

1

Respectfully submitted,

| | |
|---|---|
| */s/ Omar Gonzalez-Pagan* | KELLY O. HAYES |
| Omar Gonzalez-Pagan (Bar No. 31739) | United States Attorney |
| **Lambda Legal Defense** | |
| **and Education Fund, Inc.** | */s/ Michael J. Wilson* |
| 120 Wall Street, 19th Floor | (signed with permission of Michael Wilson) |
| New York, NY 10005 | Tarra DeShields (Bar No. 07749) |
| Telephone: (212) 809-8585 | Michael J. Wilson (Bar No. 18970) |
| Facsimile: (855) 535-2236 | Assistant United States Attorneys |
| ogonzalez-pagan@lambdalegal.org | U.S. Attorney's Office |
| | District of Maryland |
| Justin D. Kingsolver* | 36 S. Charles Street, 4th Floor |
| **Bryan Cave Leighton Paisner LLP** | Baltimore, MD 21201 |
| 1155 F St. NW, Suite 700 | (410) 209-4941 |
| Washington, DC 20004 | Tarra.Deshields@usdoj.gov |
| Telephone: (202) 508-6000 | Michael.Wilson4@usdoj.gov |
| Facsimile: (202) 508-6200 | |
| justin.kingsolver@bclplaw.com | *Attorneys for Defendants* |

Elizabeth P. Hecker*
Anuj Vohra*
Ruben F. Reyna (Bar No. 14949)
Heather Sanborn*
Tai Williams*
**Crowell & Moring LLP**
1001 Pennsylvania Ave. NW
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
ehecker@crowell.com
avohra@crowell.com
rreyna@crowell.com
hsanborn@crowell.com
taiwilliams@crowell.com

*Attorneys for Plaintiffs*

* Admitted *pro hac vice*.

2

**Additional Attorneys for Plaintiffs:**

Alexis Ward*
**Crowell & Moring LLP**
515 South Flower Street, 41st Floor
Los Angeles, CA 90071
Telephone: (213) 622-4750
Facsimile: (213) 622-2690
award@crowell.com

Michael Vine*
**Crowell & Moring LLP**
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone: (949) 263-8400
Facsimile: (949) 263-8414
mvine@crowell.com

Alexander Rosen*
Jacob Zucker*
**Crowell & Moring LLP**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 223-4000
Facsimile: (212) 223-4134
arosen@crowell.com
jzucker@crowell.com

K. Lee Marshall*
Carlie Tenenbaum*
**Bryan Cave Leighton Paisner LLP**
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
lee.marshall@bclplaw.com
carlie.tenenbaum@bclplaw.com

Karen L. Loewy*
**Lambda Legal Defense
  and Education Fund, Inc.**
815 16th Street NW, Suite 4140
Washington, DC 20006
Telephone: (202) 804-6245
Facsimile: (855) 535-2236
kloewy@lambdalegal.org

Nathan Maxwell*
**Lambda Legal Defense
  and Education Fund, Inc.**
65 E. Wacker Pl., Suite 2000
Chicago, IL 60601
Telephone: (312) 663-4413
Facsimile: (855) 535-2236
nmaxwell@lambdalegal.org

Pelecanos*
**Lambda Legal Defense
  and Education Fund, Inc.**
800 South Figueroa Street, Suite 1260
Los Angeles, CA 90017
Telephone: (213) 351-6051
Facsimile: (855) 535-2236
pelecanos@lambdalegal.org

Matthew Stanford*
**Bryan Cave Leighton Paisner LLP**
Two North Central Avenue, Suite 2100
Phoenix, AZ 85004-4406
Telephone: (602) 364-7068
Facsimile: (602) 364-7070
matt.stanford@bclplaw.com

* Admitted *pro hac vice*.