### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND
#### (Southern Division: Montgomery County)

| | |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN RIGHTS, INC. d/b/a GLMA: HEALTH PROFESSIONALS ADVANCING LGBTQ+ EQUALITY, *et al.*, | |
| *Plaintiffs*, | Civil Action No. 8:25-cv-01620-LKG |
| v. | |
| NATIONAL INSTITUTES OF HEALTH, *et al.*, | |
| *Defendants.* | |

### [PROPOSED] SCHEDULING ORDER

The Court, with the consent of the Parties, enters the following schedule for pre-trial proceedings:

| | |
|---|---|
| Deadline for Defendants to Answer Complaint | **October 31, 2025** |
| Deadline for Defendants to Submit Administrative Record | **November 14, 2025** |
| Deadline to Exchange Initial Disclosures | **November 14, 2025** |
| Deadline to Amend the Pleadings | **January 15, 2026** |
| Deadline to Join Additional Parties | **January 15, 2026** |
| Plaintiffs' Rule 26(a)(2) Expert Disclosures | **January 21, 2026** |
| Defendants' Rule 26(a)(2) Expert Disclosures | **March 9, 2026** |
| Plaintiffs' Rule 26(a)(2) Expert Rebuttal Disclosures | **March 27, 2026** |
| End of Discovery | **April 30, 2026** |
| Post-Discovery Joint Status Report | **May 5, 2026** |

1.  **Post-Discovery Joint Status Report**

At the close of discovery, the parties shall file a joint status report covering the following the matters: (a) Whether discovery has been completed; (b) Whether any motions are pending; (c) Whether any party intends to file a dispositive pretrial motion; (d) Whether the case is to be a jury trial or a non-jury trial and the anticipated length of trial; and (e) Any other matter that the parties believe should be brought to the Court's attention.

2.  **Discovery Requests and Depositions**

Absent agreement of the parties or Order of the Court to the contrary, the parties shall abide by the limits on the number of Requests for Production, Requests for Admission, Interrogatories, and Depositions set forth in Local Rule 104 and the Federal Rules of Civil Procedure, except that such limitations shall apply per side, rather than per party.

3.  **Confidentiality**

If the parties seek to limit disclosure of confidential information, any proposed protective order must be submitted to the Court for approval and must be consistent with Local Rule 104.13 and Local Rule 105.11. The parties will submit a proposed protective order for the Court's approval.

**IT IS SO ORDERED.**

Date: _____

_____
LYDIA KAY GRIGGSBY
United States District Judge