IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN RIGHTS, INC., *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 25-cv-01620-LKG<br><br>Dated:  October 24, 2025 |

## STAY ORDER

　　On October 14, 2025, the Defendants filed a consent motion to stay proceedings until Congress restores appropriations to the Department of Justice.  ECF No. 101.  In support of its motion, the Defendants state that their counsel is prohibited from working except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property."  *Id*. at 1 (citing 31 U.S.C. § 1342).

　　"The power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."  *Donnelly v. Branch Banking & Tr. Co.*, 971 F. Supp. 2d 495, 501 (D. Md. 2013) (internal citation omitted).  And so, this Court considers the following factors when staying proceedings: (1) "the length of the requested stay[;]" (2) "the hardship that the movant would face if the motion were denied[;]" (3) "the burden a stay would impose on the nonmovant[;]" and (4) "whether the stay would promote judicial economy by avoiding duplicative litigation."  *Id*. at 501-02.

　　The Court is satisfied that judicial economy warrants a stay of proceedings, because the Plaintiff consents to the stay and the Government's Counsel would be likely be prohibited from working on this litigation, during the lapse of federal appropriations.  *See* 31 U.S.C. § 1342.

　　In light of the foregoing, and for good cause shown, the Court:

　　　　(1) **GRANTS** the Government's consent motion to stay (ECF No. 23);

　　　　(2) **STAYS** all deadlines in this matter until appropriations have been restored;

(3) **DIRECTS** the Government to file a status report to the Court within two business days of when appropriations have been restored.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge
