IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN RIGHTS, INC. d/b/a GLMA: HEALTH PROFESSIONALS ADVANCING LGBTQ+ EQUALITY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH, *et al.*,<br><br>Defendants. | Civ. A. No. 25-cv-1620-LKG |

**DEFENDANTS' STATUS REPORT**

Defendants hereby submit this Status Report pursuant to the Court's Stay Order of October 25, 2025 (ECF No. 102) and state as follows:

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. Accordingly, on October 14, 2025, Defendants filed an Unopposed Motion for Stay of All Case Deadlines in Light of Lapse of Appropriations. ECF No. 101.

2. In the Stay Order, the Court granted said motion, stayed all deadlines in this case until appropriations had been restored, and directed Defendants to file a status report within two days of the restoration of appropriations. ECF No. 102.

3. On the evening of November 12, 2025, the President signed a Continuing Resolution that ended the government shutdown. Funding to the Department was restored effective

November 13, 2025, and undersigned counsel have returned to work. Funding has also been restored to the National Institutes of Health ("NIH").

4. However, undersigned counsel requires additional time to consult with the appropriate NIH personnel—who were also furloughed during the shutdown—regarding a reasonable and feasible timeline for Defendant to prepare and file an Answer in this case, and any other adjustments to the proposed Scheduling Order in this case. ECF No. 100.

5. Accordingly, Defendants respectfully request that they be directed to file another Status Report in fourteen days, *i.e.*, on or before November 28, 2025, to allow counsel time to discuss an appropriate schedule with NIH personnel.

6. Counsel for Plaintiffs have indicated that they have no objection to this proposal.

        Respectfully submitted,

        KELLY O. HAYES
        United States Attorney

          /s/
        Michael Wilson (Bar No. 18970)
        Tarra DeShields (Bar No. 07749)
        Assistant United States Attorneys
        36 South Charles Street, 4th Floor
        Baltimore, Maryland 21201
        (410) 209-4800 (direct)
        (410) 962-2310 (fax)

        *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 14, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all parties.

/s/
Michael J. Wilson