IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN RIGHTS, INC. d/b/a GLMA: HEALTH PROFESSIONALS ADVANCING LGBTQ+ EQUALITY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL INSTITUTES OF HEALTH, *et al.*, <br><br> Defendants. | Civ. A. No. 25-cv-1620-LKG |

**JOINT STATUS REPORT**

The Parties hereby submit this Status Report and state as follows:

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. Accordingly, on October 14, 2025, Defendants filed an Unopposed Motion for Stay of All Case Deadlines in Light of Lapse of Appropriations. ECF No. 101.

2. On the evening of November 12, 2025, the President signed a Continuing Resolution that ended the government shutdown. Funding to the Department was restored effective November 13, 2025, and undersigned counsel for the Government have returned to work. Funding has also been restored to the National Institutes of Health ("NIH").

3. The Parties have met and conferred about an appropriate schedule for the case. The Parties respectfully propose the following schedule, as a modification to their previously submitted joint proposed scheduling order (ECF No. 100-1):

| | |
|---|---|
| Deadline for Defendants to Answer Complaint and File Administrative Record and for the Parties' Initial Disclosures | January 9, 2026 |
| Deadline to amend pleadings | March 10, 2026 |
| Deadline to join additional parties | March 10, 2026 |
| Plaintiffs' Rule 26(a)(2) Expert Disclosures | March 17, 2026 |
| Defendants' Rule 26(a)(2) Expert Disclosures | May 15, 2026 |
| Plaintiffs' Rule 26(a)(2) Expert Rebuttal Disclosures | June 12, 2026 |
| End of Discovery/Joint Status Report | July 10, 2026 |
| Notice of Intent to File Dispositive Motion | August 12, 2026 |

4. The Parties have also met and conferred regarding compliance with the Court's preliminary injunction order (ECF Nos. 92, 94) following the government shutdown. A copy of the grants or applications covered by the Court's preliminary injunction order is attached as **Exhibit A**. Counsel for Defendants is conferring with NIH to ascertain the status of the affected grants or applications listed on **Exhibit A** and shall provide Counsel for Plaintiffs with an update on the status of each of these by **Friday, December 5, 2025**.

Respectfully submitted,

KELLY O. HAYES
United States Attorney

*/s/ Omar Gonzalez-Pagan*
Omar Gonzalez-Pagan (Bar No. 31739)
(signed with permission)
**Lambda Legal Defense
   and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY 10005
Telephone: (212) 809-8585
Facsimile:  (855) 535-2236
ogonzalez-pagan@lambdalegal.org

*Attorney for Plaintiffs*

          /s/
Michael Wilson (Bar No. 18970)
Tarra DeShields (Bar No. 07749)
Assistant United States Attorneys
36 South Charles Street, 4th Floor
Baltimore, Maryland 21201
(410) 209-4800 (direct)
(410) 962-2310 (fax)

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 4, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all parties.

/s/
Michael J. Wilson