# Exhibit A to Joint Status Report

| Combined List of Terminated Grants of Individual Plaintiffs and GLMA Members | | |
|---|---|---|
| **Grant Number** | **Project** | **Termination Reason(s)** |
| 5DP2AI164315-04 | One Ballroom: Understanding Intersectional Stigma to Optimize the HIV Prevention Continuum among Vulnerable Populations in the United States | Transgender Issues/ Gender Identity |
| 5R25MH129290-03 | Short Trainings on Methods for Recruiting, Sampling, and Counting Hard-to-Reach Populations: The H2R Training Program | Transgender Issues/ Gender Identity |
| 5R25MH119858-05 | SHINE Strong: Building the pipeline of HIV behavioral scientists with expertise in trans population health | Transgender Issues/ Gender Identity |
| 5F32MD017452 | Sexual Minority Mental Health During the COVID-19 Pandemic: An Intersectional, Social Epidemiologic Investigation | Transgender Issues/ Gender Identity |
| 1R01DA061247-01 | SILOS: Structural Inequities across Layers Of Social-Context as Drivers of HIV and Substance Use | DEI |
| 1U54DA060049-01 | Advancing Tobacco Regulatory Science to Reduce Health Disparities | DEI |
| 5R01MD019181-02 | MyPEEPS Mobile Plus: A Multi-Level HIV Prevention Intervention for Young Men Who Have Sex With Men | DEI (Columbia) |
| 4UH3AI169658-03 | MyPEEPS Mobile LITE: Limited Interaction Efficacy Trial of MyPEEPS Mobile to Reduce HIV Incidence and Better Understand the Epidemiology of HIV Among Young Men Who Have Sex With Men | Transgender Issues/ Gender Identity |
| 5UG1HD113160-02 | Intensive Combination Approach to Rollback the HIV Epidemic in Nigerian Youth (iCARE) Plus Effectiveness / Implementation Hybrid Study | DEI |
| 5U01HD108738-03 | Harnessing the Power of Text Messaging to Reduce HIV Incidence in Adolescent Males Across the United States | DEI |
| 5R01NR020309-04 | Harnessing the Power of Technology to Develop a Population-Based HIV Prevention Program for Trans Girls | DEI |
| 1U54DA060049-01 | Advancing Tobacco Regulatory Science to Reduce Health Disparities | DEI |
| 1K23MH137389-01 | ALIVE: Development and feasibility of a psychosocial intervention for sexual and gender minority autistic adults | Transgender Issues/ Gender Identity |
| 1R34AA030662-01A1 | An Online Family-based Program to Prevent Alcohol Use and Dating and Sexual Violence among Sexual and Gender Minority Youth | Transgender Issues/ Gender Identity |
| 1R01MH138335-01 | Bisexual adolescents' and young adults' risk for depression and suicidal ideation: Developmental trajectories, risk and protective factors, and underlying mechanisms | Transgender Issues/ Gender Identity |
| 5R01DA058642-02 | Testing a multistage model of risk factors for cannabis use utilizing a measurement burst design among sexual minority women, sexual minority gender diverse individuals, and heterosexual women | Transgender Issues/ Gender Identity |
| 4R00AA030601-03 ; 5K99AA030601-02 | Stigma, Romantic Relationships, and Alcohol Use Among Transgender and Nonbinary Young Adults | Transgender Issues/ Gender Identity |
| 5U54DA060049-02 | Advancing Tobacco Regulatory Science to Reduce Health Disparities | DEI |
| 1R25HD116367-01 | Restoring equity to measuring and preventing perinatal intimate partner violence (Remap-IPV) | DEI |
| 5R01AA029076-04 ; 3R01AA029076-04S1 | Project Recognize: Improving Measurement of Alcohol Use and Other Disparities by Sex, Sexual Orientation, and Gender Identity through Community Engagement | Transgender Issues/ Gender Identity |
| 5R01AA029044-04 | Intersectional Approaches to Population-Level Health Research: Role of HIV Risk and Mental Health in Alcohol Use Disparities among Diverse Sexual Minority Youth | DEI |
| 5R01AG063771-05 | Effects of Social Networks and Policy Context on Health among Older Sexual and Gender Minorities in the US South | Transgender Issues/ Gender Identity |
| 3R01AG063771-05S2 | Supplement of above award, extending to cognitive functioning | Transgender Issues/ Gender Identity |
| 1R01MH140023-01 | Mental Health Effects of Marriage Policy: Evidence from Linked Administrative Data in New Zealand | DEI |
| 5R36AG083386-02 | Multi-Level Determinants of Sexual and Gender Minority Aging | DEI |
| 1F31NR021239-01 | Personal Healthcare Networks of Transgender and Gender-Diverse Adults After Gender-Affirming Surgery | |
| 5U54DA060049-02 | Advancing Tobacco Regulatory Science to Reduce Health Disparities | DEI |
| 1K23MH134111-01 | Using youth-engaged methods to develop and evaluate a measure for disordered eating behaviors in transgender and gender-diverse youth | Transgender Issues/ Gender Identity |
| 3OT2OD035935-01S1 | Leveraging a community-driven approach to address the impact of social determinants of health on structural inequities among Miami-Dade County's intergenerational LGBTQ+ Community | Transgender Issues/ Gender Identity |
| 1R01AI186641-01 | Randomized Directly Observed Therapy Study to Interpret Clinical Trials of Doxy-PEP | Transgender Issues/ Gender Identity |

| Grant Number | Title | Category |
|---|---|---|
| 5K01HL151902-04; 3K01HL151902-04S1 | Assessing and Addressing Inequities in Cardiovascular Health of Transgender and Gender Diverse Persons Sub-Study: Assessing the burden of dementia in transgender populations | Transgender Issues/ Gender Identity |
| 5R37AG076057-04 (former number 1R01AG076057-01) | How Spouses Influence Each Other's Health in Same- and Different-Sex Marriages: A Dyadic and Longitudinal Assessment from Mid to Later Life | DEI |
| R01MD020284 | Measures of structural stigmatization and discrimination for HIV research with Latine sexual and gender minorities | DEI |
| R01DA058642 | Testing a multistage model of risk factors for cannabis use utilizing a measurement burst design among sexual minority women, sexual minority gender diverse individuals, and heterosexual women | Transgender Issues/ Gender Identity |
| R01MH138335 | Bisexual adolescents' and young adults' risk for depression and suicidal ideation: Developmental trajectories, risk and protective factors, and underlying mechanisms | Transgender Issues/ Gender Identity |
| OT2OD035883-01 | Addressing Food Insecurity in Underserved Communities | DEI |
| 1F31DA062473-01 | Social safety as a novel mechanism of risk for problematic substance use among sexual and gender minority youth | Transgender Issues/ Gender Identity |
| R01MD018582-01A1 | Psychosocial Predictors of Risk for Suicidal Behavior Among Gender Minority Adolescents | Transgender Issues/ Gender Identity |
| R01MD016384 | An Innovative, Prospective Model to Understand Risk and Protective Factors for Sexual Assault Experiences and Outcomes Among Men Who Have Sex with Men | Transgender Issues/ Gender Identity |
| R21MD018509 | Development and Pilot Evaluation of an Online Mentoring Program to Prevent Adversities Among Trans and Other Gender Minority Youth | Transgender Issues/ Gender Identity |
| R34MH134937 | Development and Evaluation of an Indigenized Family Acceptance Project for Lakota LGBTQ2S+ Youth | Transgender Issues/ Gender Identity; and DEI |
| R34MH139782 | Development and Evaluation of a Culturally Grounded, Empowerment Self Defense Program for Adult Women Survivors of Sexual Violence | DEI |
| 5R01MH133543-03 | Implementing sustainable evidence-based mental healthcare in low-resource community settings nationwide to advance mental health equity for sexual and gender minority individuals | Transgender Issues/ Gender Identity |
| 5R01MH118245-05 | Biopsychosocial mechanisms underlying internalizing psychopathology in a prospective, population-based cohort of sexual minority young adults | DEI |
| 1R21HD110617-01A1 | Development and Initial Trial of Brief Interventions to Help Parents of Stigmatized Youth Reduce Distress and Strengthen Attachment | DEI |
| 5R61MH133710-02 | Targeting Minority Stressors to Improve Eating Disorder Symptoms in Sexual Minority Individuals with Eating Disorders | |
| 1R15AA030898-01A1 | Reconstruction of an SGM-specific sexual violence peer support program (SSS+) | Transgender Issues/ Gender Identity |
| R01MH128049 | Tcher, Take Charge: Increasing PrEP Awareness, Uptake, and Adherence Through Health Care Empowerment and Addressing Social Determinants of Health Among Racially Diverse Trans Women in the Deep South | Transgender Issues/ Gender Identity |
| 5R01HL149778-05 | Cardiovascular Health of Sexual and Gender Minorities in the Hispanic Community Health Study/Study of Latinos (SGM HCHS/SOL) | Transgender Issues/ Gender Identity |
| 5R01AI172092-3 | Enhanced Cohort Methods for HIV Research and Epidemiology (ENCORE) among transgender women in the U.S. | Transgender Issues/ Gender Identity |
| 7R01MH129175-03 | Strategies to Prevent HIV Acquisition among Trans MSM in the US | Transgender Issues/ Gender Identity |
| R01AA029076-04 | Project Recognize: Improving Measurement of Alcohol Use and Other Disparities by Sex, Sexual Orientation, and Gender Identity through Community Engagement | Transgender Issues/ Gender Identity |
| OT2 OD025276 | PRIDEnet for the All of Us Research Program | Transgender Issues/ Gender Identity |
| R01MH132692 | Young Sexual Minority Women's Mental Health: Developmental Trajectories, Mechanisms of Risk, and Protective Factors | Transgender Issues/ Gender Identity; and DEI |
| U01AI156874 | Effectiveness of Relationship Education for Reducing HIV Incidence in Men Who Have Sex with Men | Transgender Issues/ Gender Identity; and DEI |
| R21AA031548 | Daily Impact of Sexual Minority Stress on Alcohol-Related Intimate Partner Violence among Bisexual+ Young Adults: A Couples' Daily Diary Study | Transgender Issues/ Gender Identity |
| 4R00AA030079-03 | Event-level Antecedents of Heavy Drinking Among Bisexual and Heterosexual Women with and without Histories of Sexual Assault | Transgender Issues/ Gender Identity |
| R01DA052016 | Substance use and DNA methylation at the intersection of sex and gender | DEI |
| OT2-OD025276 | PRIDEnet for the All of Us Research Program | |
| 5UG1CA189961-09 | Sexual Orientation and Gender Identity (SOGI) Data Collection in Oncology Practice: Phase 2 Mixed-Methods Analysis of Organizational Factors Relevant to SOGI Data Collection | Transgender Issues/ Gender Identity; and DEI |

| | | |
|---|---|---|
| R01MD017573 | Sexual Assault Recovery Among Sexual Minority Women: A Longitudinal, Multi-Level Study | Transgender Issues/ Gender Identity |
| R01MH132692 | Young Sexual Minority Women's Mental Health: Developmental Trajectories, Mechanisms of Risk, and Protective Factors | DEI |
| 5R01AA031213-03 | The Impact of Minority Stress on Alcohol-Related Sexual Assault among Sexual Minority College Students: An Intersectional, Mixed-Methodological Study | Transgender Issues/ Gender Identity |
| 5R01AA027248-05 | Alcohol, minority stress, and intimate partner violence: Temporal and prospective associations in sexual minority young adults | Transgender Issues/ Gender Identity |
| 5R01MD016384-03 | An Innovative, Prospective Model to Understand Risk and Protective Factors for Sexual Assault Experiences and Outcomes Among Men Who Have Sex with Men | Transgender Issues/ Gender Identity |
| 1R01AI172092-01 | Enhanced Cohort methods for HIV Research and Epidemiology (ENCORE) among transgender women in the United States | Transgender Issues/ Gender Identity |
| 7R21TW012010-03 | Stigma Reduction and Gender Affirmation to Promote HIV Prevention/Testing in Trans Women | Transgender Issues/ Gender Identity |
| 1R01MH140023-01 | Mental Health Effects of Marriage Policy: Evidence from Linked Administrative Data in New Zealand | DEI |
| 5K01MH134764-02 | Intersectional discrimination and linkage to HIV prevention and care in transgender women in Ecuador | Transgender Issues/ Gender Identity |
| U01AI156874 | Effectiveness of Relationship Education for Reducing HIV Incidence in Men Who Have Sex with Men | DEI |
| T32MH130325 | Training Program in Translational Science, HIV, and Sexual and Gender Minority Health | Transgender Issues/ Gender Identity |
| R01MH132692 | Young Sexual Minority Women's Mental Health: Developmental Trajectories, Mechanisms of Risk, and Protective Factors | DEI |
| R21MD018707 | Identifying Community-Informed DoxyPEP Implementation Strategies to Guide Equitable Delivery of Syphilis Prevention | DEI |
| R34MH136018 | Development of a School-Based Prevention Intervention to Promote Adolescent Mental Health Equity | Transgender Issues/ Gender Identity; and DEI |
| R21MH135234 | Design of a Lay Health Worker Training Intervention to Promote Mental Health Care Access for Racially Diverse Transgender Youth | Transgender Issues/ Gender Identity; and DEI |
| 1F31MH139225-01 | Structural Stigma and Mental Health among Transgender and Gender Diverse Adults Living in the Rural United States | Transgender Issues/ Gender Identity |
| K08MD019314 | Predicting acute and dynamic suicide risk in rural sexual minorities | Transgender Issues/ Gender Identity |
| 5R01MH130375-02 | A longitudinal and experience sampling investigation of rejection sensitivity and its role in sexual minority adolescents' mental health | DEI |
| 1R01MH138335-01 | Bisexual adolescents' and young adults' risk for depression and suicidal ideation: Developmental trajectories, risk and protective factors, and underlying mechanisms | Transgender Issues/ Gender Identity |
| 1R21AA031548-01A1 | Daily Impact of Sexual Minority Stress on Alcohol-Related Intimate Partner Violence among Bisexual+ Young Adults: A Couples' Daily Diary Study | Transgender Issues/ Gender Identity |
| 3R01MH134176-02S1 | Effect of Medicaid Accountable Care Organizations on Behavioral Health Care Quality and Outcomes for Children - supplement focused on LGBTQ youth behavioral health | Transgender Issues/ Gender Identity |
| R01AA031213 | The Impact of Minority Stress on Alcohol-Related Sexual Assault among Sexual Minority College Students: An Intersectional, Mixed-Methodological Study | Transgender Issues/ Gender Identity |
| R01AA027248 | Alcohol, minority stress, and intimate partner violence: Temporal and prospective associations in sexual minority young adults | Transgender Issues/ Gender Identity |
| U24TR004432 | Catalyzing and Harmonizing Operational Innovation for Recruitment (CHOIR) | DEI |
| U01AI156874 | Effectiveness of Relationship Education for Reducing HIV Incidence in Men Who Have Sex with Men | DEI |
| 5UM2HD111102 | Adolescent Medicine Trials Network for HIV/AIDS Interventions (ATN) Scientific Leadership Center | Transgender Issues/ Gender Identity; and DEI |
| 1F31MH138212-01 | Exploring Acceptability & Potential Reach of Game-Based & Social Network Strategies for Improving PrEP & HIV Self-Testing Uptake among Latinx Sexual Minority Men Living in an EHE Priority Jurisdiction | DEI |
| 5R01HL149778-05 | Cardiovascular Health of Sexual and Gender Minorities in the Hispanic Community Health Study/Study of Latinos (SGM HCHS/SOL) | Transgender Issues/ Gender Identity; and DEI |
| UM1AI068619 | HPTN Science Review Committee | DEI |
| R01AI174862 | HPHC - Cabotegravir PrEP (CABARET) | Transgender Issues/ Gender Identity; and DEI |
| UM2HD111102 | ATN - Scientific Leadership | Transgender Issues/ Gender Identity; and DEI |
| 1UM2HD111076-01 | Westat - ATN170 | Transgender Issues/ Gender Identity; and DEI |

| | | |
|---|---|---|
| R01MH129175 | HIV Acquisition among Transgender MSM | Transgender Issues/ Gender Identity |
| 1UM2HD111076-01 | Westat - ATN168 | Transgender Issues/ Gender Identity; and DEI |
| P30AI060354 | CFAR Supplement | Transgender Issues/ Gender Identity; and DEI |
| R21AG087792 | NIA - Bridge to Belonging (B2B) | Transgender Issues/ Gender Identity; and DEI |
| 5R01DA061345-02 | People and Place | DEI |
| F31MH135828 | Employment as prevention: Adapting a structural intervention to achieve HIV equity among immigrant Latino MSM. | DEI |
| R01MH131475 | Intervention to Enhance Prep Persistence Among African-American and Latinx Men Who Have Sex With Men | DEI |
| UG3-AI169655 | Multilevel strategies to understand and modify the role of structural and environmental context on HIV inequities for sexual and gender minorities of color | Transgender Issues/ Gender Identity; and DEI |
| R01-MD018679 | Understanding the Role of Structural Oppression for Suicide Risk among Black Sexual and Gender Minority Adolescents and Young Adults | DEI |
| R01MD015722 | Adolescent Health at the Intersections of Sexual, Gender, Racial/ethnic, Immigrant Identities and Native Language | Transgender Issues/ Gender Identity |
| R01MH133821 | The Socioecology of Sexual Minority Stigma: Data Harmonization to Address Confounding Bias and Investigate Cross-Level Mental Health Effects | Transgender Issues/ Gender Identity |
| R33MH120236 | Suicide Prevention for Sexual & Gender Minority Youth | DEI |
| R01DA059310 | Microglial modulation of neurocircuits in HIV/cocaine comorbidity | DEI |
| K99DA060983 | The Impact of Social-Contextual Stressors on Psychopharmacological Mechanisms of Smoking Cessation and Relapse among Socioeconomically Disadvantaged Young Adults Who Smoke Cigarettes. | DEI |
| R25 AI17504801 | INfectious Diseases Summer Program Integrating Research at Emory (INSPIRE) | DEI |
| R01-ES035053 | An assessment of environmental and neighborhood-level risk factors for subfertility among Black women in the U.S. | DEI |
| 7R01AG069003-04 | Looking Back to Look Forward: Social Environment Across the Life Course, Epigenetics, and Birth Outcomes in Black Families | DEI |
| 1R03DA058838-01A1 | Maternal Mentalizing as Protective Factor Against Racism-Related Trauma and Maternal Substance Use | DEI |
| 1R01ES035740-01A1 | Illuminating the role of historical structural racism in the neighborhood exposome and modern-day child mental health | DEI |
| R01ES035740 | Illuminating the role of historical structural racism in the neighborhood exposome and modern-day child mental health | DEI |
| R01AA029076 | Project Recognize: Improving Measurement of Alcohol Use and Other Disparities by Sex, Sexual Orientation, and Gender Identity through Community Engagement | Transgender Issues/ Gender Identity |
| R01AA029044 | Intersectional Approaches to Population-Level Health Research: Role of HIV Risk and Mental Health in Alcohol Use Disparities among Diverse Sexual Minority Youth | DEI |
| 3R01AA029076-04S1 | Improving Measurement of Alcohol Use and Other Disparities by Sex, Sexual Orientation, and Gender Identity through Community Engagement | Transgender Issues/ Gender Identity |
| 5R01DA059240-02 | Characterizing Intersectional Geospatial Stigma and Affirmation Landscapes and Their Influence on Black and Latino Bisexual Men At Risk for Substance Abuse and HIV | DEI |
| 5R01MD015109-04 | Charting Trajectories of Sexual Identity Development and Mental Health Disparities Among Sexual Minority Youth | DEI |
| OT2OD035677-01 | Puerto Rico Collaborative Advancement of Research, Innovations, Best Practices and Equity for Children, Youth and Families (PR-CARIBE) | DEI |
| OT2OD035677-01 | Puerto Rico Collaborative Advancement of Research, Innovations, Best Practices and Equity for Children, Youth and Families (PR-CARIBE) | DEI |
| OT2OD035677-01 | Puerto Rico Collaborative Advancement of Research, Innovations, Best Practices and Equity for Children, Youth and Families (PR-CARIBE) | DEI |
| 5R01MH123746-04 | THE IMPACT OF PUBERTAL SUPPRESSION ON ADOLESCENT NEURAL AND MENTAL HEALTH TRAJECTORIES | Transgender Issues/ Gender Identity |
| 5K23DK139454-02 | Structural Racism as a "Third hit" on kidney outcomes of Black individuals with APOL1 risk alleles | DEI |
| R61HD117134 | Supportive and restrictive factors and mental health in LGBT adolescent and young adult populations | Transgender Issues/ Gender Identity |
| 5R61MH133710 | Targeting Minority Stressors to Improve Eating Disorder Symptoms in Sexual Minority Individuals with Eating Disorders | DEI |
| 5R33MH120236 | Suicide Prevention for Sexual and Gender Minority Youth | DEI |

| | | |
|---|---|---|
| 1R01MD017508-01 | Dismantling Structural Racism Underlying the Organization of Ambulatory PracTices: an observational study of clinical desegregation | DEI |
| 1F31MH139392-01 | HIV risk messaging and medical mistrust in the era of Undetectable=Untransmittable: Psychosocial and Behavioral Implications among Black, Latino/a/e/x, and Multiracial Sexual and Gender Minorities | Transgender Issues/ Gender Identity |
| R01MH138237 | Leveraging a Strategic Alliance of Community-Based Implementers and Researchers to Characterize, Protocolize, and Scale Up Local Implementation Strategies for Ending the HIV Epidemic among Latino MSM | DEI |
| R01MH141165-01 | Correlates of HIV Risk and Mental Health Outcomes among Kink-Identified, Sexual Minority Populations | DEI |

| Combined List of Grants of Individual Plaintiffs and GLMA Members That Have Not Been Renewed ||
|---|---|
| Grant Number | Project |
| R25LM014575 | Advancing Gender and Health Justice Research and Education |
| 1R01DA061247-01 | SILOS: Structural Inequities across Layers Of Social-Context as Drivers of HIV and Substance Use |
| 5U01AI156875-02 | Digital, Limited Interaction Efficacy Trial of LifeSkills Mobile to Reduce H1B Incidence in Young Trandgender Women |
| 5R01MD017205-03 | Efficacy of an mHealth+ eNavigator Stepped Care Intervention for ART Adherence Among Latino MSM |
| 5R01HD082554-09 | The Impact of Early Medical Treatment in Transgender Youth |
| K01MH133504 | Community-Engaged Structural Approaches to Prevent Violence and Improve HIV Prevention and Care Outcomes Among Trans Women of Color |
| R34AA031347 | pilot evaluation of a Lakota-centered lifespan mentoring program to reduce alcohol related problems and promote holistic wellbeing |
| 5R01AA029088-03 | A unified protocol to address sexual minority women's minority stress, mental health and hazardous drinking |
| 5R01MD016755-05 | Creating Access to Resources and Economic Support (CARES) |
| 5R01MH130277-05 | Differentiated HIV Care Models: An Implementation Science Study |
| R21MH141402 | Understanding Mental Health Problems Among Sexual Minority Women by Expanding an Existing Cohort |
| L60DA059117 | Triangulating Mental Health Among Bisexual Individuals by Combining Existing Cohorts |
| K24 DA057874 | Mentoring the next generation of substance use, HIV, and epigenetic researchers in sexual and gender minority health |
| 1K23MH134765-01A1 | A trauma-informed approach to improve engagement in HIV prevention and HIV care among transgender women |
| 1R01MH132488-01 | The Bridge Clinic: Optimizing Injectable PrEP Delivery for Transgender and Non-Binary People |
| P30AI060354 | CFAR |
| 2L60MD015658-03 | Investigating Sexual Identity and Mental Health Trajectories among LGBTQ Youth to Inform Interventions |
| 5R01MD019678-02 | Mental Health Risk and Resilience among Latinx SGM Adolescents and their Parents |
| 5R25LM014536-02 | The IRIS (Interprofessional Research In Sexual & Reproductive Health) Academy: preparing interprofessional graduate students to conduct translational research on reproductive and sexual health |

| Combined List of Grant Applications of Individual Plaintiffs and GLMA Members That Have Been Withheld or Delayed ||
|---|---|
| Grant Number | Project |
| 1R01MD019017-01A1 | A dyadic telehealth intervention to prevent PTSD and promote recovery for sexual and gender minority survivors of bias-related victimization |
| 1R01MH140963-01 | |
| R21HD113802 | Adapting a sexual assault prevention intervention for transgender undergraduates |
| 1R36AG097751-01 | A Multi-Method Study on Sexual Minority Populations' Subjective Age Anxieties and Construction of an Age Identity and Their Impact on Health Behaviors and Outcomes |
| 2RF1AG063771-06 (FKA 2R01AG063771-06) | Effects of Social Networks and Policy Context on Health among Older Sexual and Gender Minorities in the US South |
| 1R03HL183031-01 | Advancing Methods to Assess Brain Health in Claims Data |
| 1R01NR022059-01 | Collection and Assessment of Relevant Patient Demographic Data (CARE) |
| R01MD021004 | Nationwide Prospective Study of Violence and Safety Threats in the United States |
| 1R01TW013178-01 | 876 LINK Project: Longitudinal Investigation of Networks, Key Experiences, and Stigma Among Sexual and Gender Minority (SGM) Youth in Jamaica |
| 1R21HL181701-01 | Assessing and Decomposing Drivers of Disparities in Cardiovascular Health Outcomes in Sexual Minorities |
| R01NR022052 | Policy drivers of health: How social factors shape mental health and epigenetic aging |
| 1R25AI195323-01 | Frontiers in SGM (Sexual and Gender Minorities) Training (FrSGMT) |
| 2R01DA052016-06A1 | Cannabis use, hormonal exposures, and DNA methylation at the intersection of sex and gender |
| F31MH142093 | Elucidating the Impact of Anti-Transgender Policies on Transgender Youth Mental Health |
| 1F31MH137996-01A1 | Development of affective resilience optimized for gender diverse individuals(DAFFODIL) |
| R01MD020034 | Acute suicide risk processes for sexual and gender minority adults at the intersection of identities and geographic location |
| 1F31GM151806-01 | The Genetics and Interrelationship of Mutation Rates and Reproductive Success in Diverse Laboratory Mice |
| 1DP1DA063204 | Adolescent-driven strategies to address multilevel drivers of substance use and HIV/STI transmission |
| R01MD020048-01A1 | Protection at the Intersections for Queer Teens of Color (PIQTOC) 2.0: Expanding our inquiry in four dimensions |