# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN RIGHTS, INC., *et al.*, | |
| Plaintiffs, | Civil Action No. 25-cv-01620-LKG |
| v. | Dated: December 4, 2025 |
| NATIONAL INSTITUTES OF HEALTH, *et al.*, | |
| Defendants. | |

## SCHEDULING ORDER

On December 4, 2025, the parties filed a joint status report, proposing a schedule for discovery in the above-captioned civil matter. ECF No. 105. In light of the foregoing, the Court enters the following deadlines for discovery:

| | |
|---|---|
| Answer to Complaint, Filing of Administrative Record, and the Parties' Initial Disclosures | **January 9, 2026** |
| Motions to amend the pleadings or for joinder of additional parties | **March 10, 2026** |
| Plaintiffs' Rule 26(a)(2) expert disclosures | **March 17, 2026** |
| Defendants' Rule 26(a)(2) expert disclosures | **May 15, 2026** |
| Plaintiffs' rebuttal Rule 26(a)(2) expert disclosures | **June 12, 2026** |
| Completion of Discovery; submission of Post-Discovery Joint Status Report | **July 10, 2026** |

| | |
|---|---|
| Notice of Intent to File Pretrial Dispositive Motion | **August 12, 2026** |

**IT IS SO ORDERED.**

                                                    <u>s/ Lydia Kay Griggsby</u>
                                                    LYDIA KAY GRIGGSBY
                                                    United States District Judge