## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN RIGHTS, INC. d/b/a GLMA: HEALTH PROFESSIONALS ADVANCING LGBTQ+ EQUALITY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL INSTITUTES OF HEALTH, *et al.*, <br><br> Defendants. | Civ. A. No. 25-cv-1620-LKG |

### DEFENDANTS' ANSWER

Defendants, by and through their undersigned counsel, hereby answer the numbered paragraphs in Plaintiffs' Complaint for Declaratory and Injunctive Relief ("Complaint"), as follows:

### INTRODUCTION[1]

1.      Paragraph 1 contains Plaintiffs' characterization of the activities of the National Institutes of Health ("NIH"), to which no response is required.  To the extent a response is deemed necessary, Defendants admit Plaintiffs' description of NIH.

---

[1]      Merely for ease of reference, Defendants replicate the headings and subheadings contained in the Complaint. Although Defendants believe that no response is required to such headings (Fed. R. Civ. P. 10(b)), to the extent a response is deemed required and to the extent those headings could be construed to contain factual allegations, those allegations are denied.

2.      The allegations contained in Paragraph 2 constitute Plaintiffs' characterization of Defendants' actions and the nature of this suit, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the allegations in Paragraph 2.

3.      Defendants deny the allegations contained in Paragraph 3 for lack of knowledge or information sufficient to support a belief as to their truth.

4.      The allegations contained in Paragraph 4 constitute legal conclusions and Plaintiffs' characterization of their case, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the allegations in this Paragraph.

5.      The allegations contained in Paragraph 5 constitute legal conclusions and Plaintiffs' characterization of their case, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the allegations in this Paragraph.

6.      The allegations contained in Paragraph 6 constitute legal conclusions and Plaintiffs' characterization of their case, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the allegations in this Paragraph.

7.      The allegations contained in Paragraph 7 constitute legal conclusions and Plaintiffs' characterization of their case, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the allegations in this Paragraph.

8.      The allegations contained in Paragraph 8 constitute legal conclusions and Plaintiffs' characterization of their case, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the allegations in this Paragraph.

9.      Defendants deny the allegations contained in this Paragraph.

10.     The allegations contained in Paragraph 10 constitute legal conclusions and Plaintiffs' characterization of their case, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the allegations in this Paragraph.

11.     Defendants deny the allegations contained in Paragraph 11 for lack of knowledge or information sufficient to support a belief as to their truth.

12.     The allegations contained in Paragraph 12 constitute Plaintiffs' characterization of their case, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the allegations in this Paragraph.

13.     The allegations contained in Paragraph 13 constitute legal conclusions and Plaintiffs' characterization of their case, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the allegations in this Paragraph.

14.     The allegations contained in Paragraph 14 constitute legal conclusions and Plaintiffs' characterization of their case, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the allegations in this Paragraph.

15.     The allegations contained in Paragraph 15 constitute legal conclusions and Plaintiffs' characterization of their case, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the allegations in this Paragraph.

## JURISDICTION AND VENUE

16.     The allegations contained in paragraph 16 constitute a statement of jurisdiction and a legal conclusion, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the allegations in this Paragraph.

17.     The allegations contained in Paragraph 17 constitute legal conclusions and Plaintiffs' characterization of their case, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the allegations in this Paragraph.

18.     The allegations contained in Paragraph 18 constitute legal conclusions and Plaintiffs' characterization of their case, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the allegations in this Paragraph.

19.     The allegations contained in Paragraph 19 constitute a statement of venue and a legal conclusion, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the allegations in this Paragraph.

<u>**PARTIES**</u>

**A.  Plaintiffs**

20.     Defendants deny the allegations contained in Paragraph 20 for lack of knowledge or information sufficient to support a belief as to their truth.

21.     Defendants deny the allegations contained in Paragraph 21 for lack of knowledge or information sufficient to support a belief as to their truth.

22.     Defendants deny the allegations contained in Paragraph 22 for lack of knowledge or information sufficient to support a belief as to their truth.

23.     Defendants deny the allegations contained in Paragraph 23 for lack of knowledge or information sufficient to support a belief as to their truth.

24.     Defendants deny the allegations contained in Paragraph 24 for lack of knowledge or information sufficient to support a belief as to their truth.

25.     Defendants deny the allegations contained in Paragraph 25 for lack of knowledge or information sufficient to support a belief as to their truth.

26.     Defendants deny the allegations contained in Paragraph 26 for lack of knowledge or information sufficient to support a belief as to their truth.

27.     Defendants deny the allegations contained in Paragraph 27 for lack of knowledge or information sufficient to support a belief as to their truth.

28.     Defendants deny the allegations contained in Paragraph 28 for lack of knowledge or information sufficient to support a belief as to their truth.

29.     Defendants deny the allegations contained in Paragraph 29 for lack of knowledge or information sufficient to support a belief as to their truth.

30.     Defendants deny the allegations contained in Paragraph 30 for lack of knowledge or information sufficient to support a belief as to their truth.

31.     Defendants deny the allegations contained in Paragraph 31 for lack of knowledge or information sufficient to support a belief as to their truth.

32.     Defendants deny the allegations contained in Paragraph 32 for lack of knowledge or information sufficient to support a belief as to their truth.

33.     Defendants deny the allegations contained in Paragraph 33 for lack of knowledge or information sufficient to support a belief as to their truth.

34.     Defendants deny the allegations contained in Paragraph 34 for lack of knowledge or information sufficient to support a belief as to their truth.

35.     Defendants deny the allegations contained in Paragraph 35 for lack of knowledge or information sufficient to support a belief as to their truth.

36.     Defendants deny the allegations contained in Paragraph 36 for lack of knowledge or information sufficient to support a belief as to their truth.

37.    Defendants deny the allegations contained in Paragraph 37 for lack of knowledge or information sufficient to support a belief as to their truth.

38.    Defendants deny the allegations contained in Paragraph 38 for lack of knowledge or information sufficient to support a belief as to their truth.

**B.  Defendants.**

39.    Defendants admit the allegations contained in Paragraph 39.

40.    Defendants admit the allegations contained in the first two sentences of Paragraph 40.  Defendants deny the allegations contained in the third sentence of this Paragraph with respect to the Director of NIH being responsible for "setting policy for NIH" and "planning, managing, and coordinating the programs and activities of all NIH components."

41.    Defendants admit the allegations contained in Paragraph 41.

42.    Defendants admit the allegations contained in the first two sentences of Paragraph 42, but deny the allegations contained in the third sentence of this Paragraph.

<u>FACTUAL ALLEGATIONS</u>

**NIH's Evolving History with the LGBTQI+ Community**

43.    The allegations contained in Paragraph 43 constitute Plaintiffs' characterization of the federal government's historical actions and attitudes, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the allegations contained in this Paragraph.

44.     The allegations contained in Paragraph 44 constitute Plaintiffs' characterization of the federal government's historical actions and attitudes, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the allegations contained in this Paragraph.

45.     The allegations contained in Paragraph 45 consist of legal conclusions and arguments concerning the interpretation of laws, to which no response is required.  To the extent a response is deemed necessary, Defendants aver that the cited actions of Congress speak for themselves.  Defendants deny the remaining allegations in this Paragraph.

46.     The allegations contained in Paragraph 46 consist of legal conclusions and arguments concerning the interpretation of laws, to which no response is required.  To the extent a response is deemed necessary, Defendants aver that the cited statutes speak for themselves.

47.     The allegations contained in Paragraph 47 consist of Plaintiffs' characterization of NIH's activities in 2010 and 2011, to which no response is required.  To the extent a response is deemed necessary, Defendants aver that the cited NIH report speaks for itself and respectfully refer the Court to the report for a true and accurate statement of its contents.

48.     The allegations contained in Paragraph 48 constitute Plaintiffs' characterization of NIH's activities in 2015, authorized pursuant to acts of Congress, legal conclusions, and arguments concerning the interpretation of laws, to which no response is required.  To the extent a response is deemed necessary, Defendants aver that the cited laws and programs speak for themselves and respectfully refer the Court to those laws and programs for a true and accurate statement of its contents.  Defendants deny the remaining allegations in this Paragraph.

49.     Defendants deny the allegations contained in Paragraph 49 for lack of knowledge or information sufficient to support a belief as to their truth.

50.     The allegations contained in Paragraph 50 constitute Plaintiffs' characterization of a 2020 NIH "Strategic Plan," to which no response is required.  To the extent a response is deemed necessary, Defendants aver that the cited plan speaks for itself and respectfully refer the Court to the plan for a true and accurate statement of its contents.

51.     The allegations contained in Paragraph 51 constitute Plaintiffs' characterization of a 2020 NIH "Strategic Plan," to which no response is required.  To the extent a response is deemed necessary, Defendants aver that the cited plan speaks for itself and respectfully refer the Court to the plan for a true and accurate statement of its contents.

52.     Defendants deny the allegations contained in Paragraph 52 for lack of knowledge or information sufficient to support a belief as to their truth.

53.     The allegations contained in Paragraph 53 constitute Plaintiffs' characterization of NIH's funding of "unique awards," to which no response is required.

**NIH's Structure and Its Congressional and Statutory Mandates**

54.     The allegations contained in Paragraph 54 consist of legal conclusions and arguments concerning the interpretation of laws, to which no response is required.  To the extent a response is deemed necessary, Defendants aver that the cited statutes speak for themselves and respectfully refer the Court to the cited statutes for a true and accurate statement of their contents.

55.     The allegations contained in Paragraph 55 consist of legal conclusions and arguments concerning the interpretation of laws, to which no response is required.  To the extent a response is deemed necessary, Defendants aver that the cited statutes speak for themselves and respectfully refer the Court to the cited statutes for a true and accurate statement of their contents.

56.     The allegations contained in Paragraph 56 consist of legal conclusions and arguments concerning the interpretation of laws, to which no response is required.  To the extent a response is deemed necessary, Defendants aver that the cited statutes speak for themselves and

respectfully refer the Court to the cited statutes for a true and accurate statement of their contents.

57.    The allegations contained in Paragraph 57 consist of legal conclusions and arguments concerning the interpretation of laws, to which no response is required.  To the extent a response is deemed necessary, Defendants aver that the cited statutes speak for themselves and respectfully refer the Court to the cited statutes for a true and accurate statement of their contents.

58.    The allegations contained in Paragraph 58 constitute Plaintiffs' characterization of an NIH "Strategic Plan," to which no response is required.  To the extent a response is deemed necessary, Defendants aver that the cited plan speaks for itself and respectfully refer the Court to the plan for a true and accurate statement of its contents.  Defendants deny the remaining allegations in this Paragraph.

59.    The allegations contained in Paragraph 59 constitute Plaintiffs' characterization of an NIH "Strategic Plan," to which no response is required.  To the extent a response is deemed necessary, Defendants aver that the cited plan speaks for itself and respectfully refer the Court to the plan for a true and accurate statement of its contents.  Defendants deny the remaining allegations in this Paragraph.

60.    Defendants deny the allegations contained in Paragraph 60 for lack of knowledge or information sufficient to support a belief as to their truth.

**NIH Grant Classifications**

61.    The allegations contained in Paragraph 61 constitute Plaintiffs' characterization of NIH's grantmaking process, to which no response is required.  To the extent a response is deemed necessary, Defendants deny that they acted inconsistent with the grantmaking process.

62.    The allegations contained in Paragraph 62 constitute Plaintiffs' characterization of NIH's grantmaking process, to which no response is required.  To the extent a response is deemed necessary, Defendants deny that they acted inconsistent with the grantmaking process.

63.    The allegations contained in Paragraph 63 constitute Plaintiffs' characterization of NIH's grantmaking process, to which no response is required.  To the extent a response is deemed necessary, Defendants deny that they acted inconsistent with the grantmaking process.

**NIH Grantmaking Process**

64.    The allegations contained in Paragraph 64 constitute Plaintiffs' characterization of NIH's grantmaking process, to which no response is required.  To the extent a response is deemed necessary, Defendants deny that they acted inconsistent with the grantmaking process.

65.    The allegations contained in Paragraph 65 constitute Plaintiffs' characterization of NIH's grantmaking process, to which no response is required.  To the extent a response is deemed necessary, Defendants deny that they acted inconsistent with the grantmaking process.

66.    The allegations contained in Paragraph 66 constitute Plaintiffs' characterization of NIH's grantmaking process, to which no response is required.  To the extent a response is deemed necessary, Defendants deny that they acted inconsistent with the grantmaking process.

67.    The allegations contained in Paragraph 67 constitute Plaintiffs' characterization of NIH's grantmaking process, to which no response is required.  To the extent a response is deemed necessary, Defendants deny that they acted inconsistent with the grantmaking process.

68.    The allegations contained in Paragraph 68 constitute Plaintiffs' characterization of NIH's grantmaking process, to which no response is required.  To the extent a response is deemed necessary, Defendants deny that they acted inconsistent with the grantmaking process.

69.     The allegations contained in Paragraph 69 constitute Plaintiffs' characterization of NIH's grantmaking process, to which no response is required.  To the extent a response is deemed necessary, Defendants deny that they acted inconsistent with the grantmaking process.

**The Typical NIH Grant Termination Process**

70.     The allegations contained in Paragraph 70 constitute Plaintiffs' characterization of NIH's grant termination process, to which no response is required.  To the extent a response is deemed necessary, Defendants deny that grant terminations are "historically rare" and further deny that the three reasons listed by Plaintiffs are the only bases for NIH to terminate grants.

71.     The allegations contained in Paragraph 71 constitute Plaintiffs' characterization of NIH's grantmaking process and consist of legal conclusions and arguments concerning the interpretation of laws, to which no response is required.  To the extent a response is deemed necessary, Defendants aver that the cited regulations speak for themselves and respectfully refer the Court to those regulations for a true and accurate statement of their contents.  Defendants deny that they acted in contravention of those regulations.

72.     The allegations contained in Paragraph 72 constitute Plaintiffs' characterization of NIH's grantmaking process and consist of legal conclusions and arguments concerning the interpretation of laws, to which no response is required.  To the extent a response is deemed necessary, Defendants aver that the cited regulations speak for themselves and respectfully refer the Court to those regulations for a true and accurate statement of their contents.  Defendants deny that they acted in contravention of those regulations.

**The Attacks Against LGBTQI+ People and Erasure of Transgender People.**

73.     Defendants deny the allegations contained in Paragraph 73.

74.    Defendants admit that President Trump issued Executive Order 14168 but deny the remaining allegations in this Paragraph.

75.    The allegations contained in Paragraph 75 constitute Plaintiffs' characterization of an Executive Order, to which no response is required.  To the extent a response is deemed necessary, Defendants aver that the Executive Order speaks for itself and respectfully refers the Court to the E.O. for a true and accurate statement of its contents.

76.    The allegations contained in Paragraph 76 constitute Plaintiffs' characterization of an Executive Order, to which no response is required.  To the extent a response is deemed necessary, Defendants aver that the Executive Order speaks for itself and respectfully refers the Court to the E.O. for a true and accurate statement of its contents.

77.    The allegations contained in Paragraph 77 constitute Plaintiffs' characterization of an Executive Order, to which no response is required.  To the extent a response is deemed necessary, Defendants aver that the Executive Order speaks for itself and respectfully refers the Court to the E.O. for a true and accurate statement of its contents.

78.    Defendants deny the allegation in the first sentence of Paragraph 78 with respect to the characterization that the Executive Order was designed to "target" LGBTQI+ people.  The second and third sentences contain Plaintiffs' characterizations of Defendants' statements and the "other facets" of LGBTQI+ individuals, to which no response is required.

79.    The allegations contained in Paragraph 79 constitute Plaintiffs' characterization of an Executive Order, to which no response is required.  To the extent a response is deemed necessary, Defendants aver that the Executive Order speaks for itself and respectfully refers the Court to the E.O. for a true and accurate statement of its contents.

80.    The allegations contained in Paragraph 80 constitute Plaintiffs' characterization of an Executive Order, to which no response is required.  To the extent a response is deemed necessary, Defendants aver that the Executive Order speaks for itself and respectfully refers the Court to the E.O. for a true and accurate statement of its contents.

81.    The allegations contained in Paragraph 81 constitute Plaintiffs' characterization of an Office of Management and Budget Memorandum, to which no response is required.  To the extent a response is deemed necessary, Defendants aver that the Memorandum speaks for itself and respectfully refers the Court to the Memorandum for a true and accurate statement of its contents.

82.    Defendants deny the allegations contained in Paragraph 82.

83.    Defendants deny the allegations contained in the first sentence of Paragraph 83. The allegations contained in the second sentence constitute Plaintiffs' characterization of a CDC guidance document, to which no response is required.  Defendants lack knowledge or information to form a belief about the truth of the allegations contained in the third and fourth sentences of this Paragraph, and on that basis deny them.  Defendants deny the allegations contained in the fifth sentence of this Paragraph.

**HHS's and NIH's Unlawful Implementation of Trump's Orders**

84.    Defendants deny the allegations contained in the first sentence of Paragraph 84. Defendants admit the Acting Secretary of HHS issued a directive on February 10, but the remaining allegations of this Paragraph constitute Plaintiffs' characterization of that directive, to which no response is required.  To the extent a response is deemed necessary, Defendants aver that the directive speaks for itself and respectfully refer the Court to the directive for a true and accurate statement of its contents.

85.    Defendants admit the allegations contained in the first sentence of Paragraph 85. The remaining allegations of this Paragraph constitute Plaintiffs' characterization of that directive, to which no response is required.  To the extent a response is deemed necessary, Defendants aver that the directive speaks for itself and respectfully refer the Court to the directive for a true and accurate statement of its contents.

86.    Defendants admit the allegations contained in the first two sentences of Paragraph 86.  The remaining allegations of this Paragraph constitute Plaintiffs' characterization of that directive, to which no response is required.  To the extent a response is deemed necessary, Defendants aver that the directive speaks for itself and respectfully refer the Court to the directive for a true and accurate statement of its contents.

87.    Defendants deny the allegations contained in the first sentence of Paragraph 87 that its actions constituted an "attack." Defendants admit the allegations contained in the second sentence of this Paragraph.  The remaining allegations of this Paragraph constitute Plaintiffs' characterization of the guidance, to which no response is required.  To the extent a response is deemed necessary, Defendants aver that the guidance speaks for itself and respectfully refer the Court to the directive for a true and accurate statement of its contents.

88.    The allegations of this Paragraph constitute Plaintiffs' characterization of the February 28 guidance, to which no response is required.  To the extent a response is deemed necessary, Defendants aver that the guidance speaks for itself and respectfully refer the Court to the guidance for a true and accurate statement of its contents.

89.    The allegations of this Paragraph constitute Plaintiffs' characterization of the February 28 guidance, to which no response is required.  To the extent a response is deemed

necessary, Defendants aver that the guidance speaks for itself and respectfully refer the Court to the guidance for a true and accurate statement of its contents.

90.     Defendants admit issuing revised guidance on March 25.  The remaining allegations of this Paragraph constitute Plaintiffs' characterization of the March 25 guidance, to which no response is required.  To the extent a response is deemed necessary, Defendants aver that the guidance speaks for itself and respectfully refer the Court to the guidance for a true and accurate statement of its contents.

91.     Defendants admit the allegations contained in this Paragraph.

92.     Defendants deny the allegations contained in the first sentence of this Paragraph that the agency directives constituted an "anti LGBTQI+ purge." Defendants deny the allegations in the second sentence of this Paragraph that the termination notices were "identical." Defendants deny the allegations in the third sentence of this Paragraph that all terminated grants related to "people's health and wellbeing."

93.     Defendants deny the allegations in the first sentence of this Paragraph. Defendants admit the allegations in the second sentence that each termination notice stated "This award no longer effectuates agency priorities."  The remaining allegations of this Paragraph constitute Plaintiffs' characterization of the termination notices, to which no response is required. To the extent a response is deemed necessary, Defendants aver that the termination notices speak for themselves and respectfully refer the Court to the notices for a true and accurate statement of their contents.

94.     The allegations of this Paragraph constitute Plaintiffs' characterization of the termination notices, to which no response is required.  To the extent a response is deemed

necessary, Defendants aver that the termination notices speak for themselves and respectfully refer the Court to the notices for a true and accurate statement of their contents.

95.    The allegations of this Paragraph constitute Plaintiffs' characterization of the termination notices, to which no response is required.  To the extent a response is deemed necessary, Defendants aver that the termination notices speak for themselves and respectfully refer the Court to the notices for a true and accurate statement of their contents.

96.    The allegations of this Paragraph constitute Plaintiffs' characterization of the termination notices, to which no response is required.  To the extent a response is deemed necessary, Defendants aver that the termination notices speak for themselves and respectfully refer the Court to the notices for a true and accurate statement of their contents.

97.    The allegations of this Paragraph constitute Plaintiffs' characterization of the termination notices, to which no response is required.  To the extent a response is deemed necessary, Defendants aver that the termination notices speak for themselves and respectfully refer the Court to the notices for a true and accurate statement of their contents.

98.    The allegations of this Paragraph constitute Plaintiffs' characterization of the termination notices, to which no response is required.  To the extent a response is deemed necessary, Defendants aver that the termination notices speak for themselves and respectfully refer the Court to the notices for a true and accurate statement of their contents.

99.    The allegations of this Paragraph constitute Plaintiffs' characterization of the termination notices and agency guidance, to which no response is required.  To the extent a response is deemed necessary, Defendants aver that the termination notices and guidance speak for themselves and respectfully refer the Court to the notices for a true and accurate statement of their contents.

**The Impact of the Agency Directives and Challenged Agency Actions**

100.    The allegations of this Paragraph constitute Plaintiffs' characterization of the impact of Defendants' actions, to which no response is required.  To the extent a response is deemed necessary, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this Paragraph, and on that basis, Defendants deny.

101.    The allegations of this Paragraph constitute Plaintiffs' characterization of the impact of Defendants' actions, to which no response is required.  To the extent a response is deemed necessary, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this Paragraph, and on that basis, Defendants deny.

102.    The allegations of this Paragraph constitute Plaintiffs' characterization of the impact of Defendants' actions, to which no response is required.  To the extent a response is deemed necessary, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this Paragraph, and on that basis, Defendants deny.

103.    The allegations of this Paragraph constitute Plaintiffs' characterization of the impact of Defendants' actions, to which no response is required.  To the extent a response is deemed necessary, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this Paragraph, and on that basis, Defendants deny.

104.    The allegations of this Paragraph constitute Plaintiffs' characterization of the impact of Defendants' actions, to which no response is required.  To the extent a response is deemed necessary, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this Paragraph, and on that basis, Defendants deny.

105.    The allegations of this Paragraph constitute Plaintiffs' characterization of the impact of Defendants' actions, to which no response is required.  To the extent a response is

deemed necessary, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this Paragraph, and on that basis, Defendants deny.

106.    The allegations of this Paragraph constitute Plaintiffs' characterization of the impact of Defendants' actions, to which no response is required.  To the extent a response is deemed necessary, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this Paragraph, and on that basis, Defendants deny.

107.    The allegations of this Paragraph constitute Plaintiffs' characterization of the impact of Defendants' actions, to which no response is required.  To the extent a response is deemed necessary, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this Paragraph, and on that basis, Defendants deny.

108.    The allegations of this Paragraph constitute Plaintiffs' characterization of the impact of Defendants' actions, to which no response is required.  To the extent a response is deemed necessary, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this Paragraph, and on that basis, Defendants deny.

109.    The allegations of this Paragraph constitute Plaintiffs' characterization of the impact of Defendants' actions, to which no response is required.  To the extent a response is deemed necessary, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this Paragraph, and on that basis, Defendants deny.

110.    The allegations of this Paragraph constitute Plaintiffs' characterization of the impact of Defendants' actions, to which no response is required.  To the extent a response is deemed necessary, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this Paragraph, and on that basis, Defendants deny.

111.    The allegations of this Paragraph constitute Plaintiffs' characterization of the impact of Defendants' actions, to which no response is required.  To the extent a response is deemed necessary, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this Paragraph, and on that basis, Defendants deny.

112.    The allegations of this Paragraph constitute Plaintiffs' characterization of the impact of Defendants' actions, to which no response is required.  To the extent a response is deemed necessary, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this Paragraph, and on that basis, Defendants deny.

113.    The allegations of this Paragraph constitute Plaintiffs' characterization of the impact of Defendants' actions, to which no response is required.  To the extent a response is deemed necessary, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this Paragraph, and on that basis, Defendants deny.

114.    The allegations of this Paragraph constitute Plaintiffs' characterization of the impact of Defendants' actions, to which no response is required.  To the extent a response is deemed necessary, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this Paragraph, and on that basis, Defendants deny.

115.    The allegations of this Paragraph constitute Plaintiffs' characterization of the impact of Defendants' actions, to which no response is required.  To the extent a response is deemed necessary, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this Paragraph, and on that basis, Defendants deny.

116.    The allegations of this Paragraph constitute Plaintiffs' characterization of the impact of Defendants' actions, to which no response is required.  To the extent a response is

deemed necessary, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this Paragraph, and on that basis, Defendants deny.

117.    The allegations of this Paragraph constitute Plaintiffs' characterization of the impact of Defendants' actions, to which no response is required.  To the extent a response is deemed necessary, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this Paragraph, and on that basis, Defendants deny.

118.    The allegations contained in this Paragraph constitute Plaintiffs' characterization of the termination notices, to which no response is required.  To the extent a response is deemed necessary, Defendants aver that the termination notices speak for themselves and respectfully refer the Court to the notices for a true and correct statement of their contents.

## CLAIMS FOR RELIEF

### COUNT I: Violation of Equal Protection Component of the Fifth Amendment
### (All Plaintiffs Against All Defendants)

119.    Defendants incorporate their responses to the allegations in the proceeding paragraphs as if fully set forth herein.

120.    The allegations contained in this Paragraph consists of statements concerning the interpretation of laws, to which no response is required.  To the extent a response is deemed necessary, Defendants aver that the constitutional provision speaks for itself and respectfully refers the Court to the provision for a true and accurate statement of its contents.

121.    The allegations contained in this Paragraph constitute Plaintiffs' characterization of the nature of this action and contain legal conclusions, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the characterization and deny that Plaintiffs are entitled to any relief.

122.    The allegations contained in this Paragraph constitute Plaintiffs' characterization of the nature of this action and contain legal conclusions, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the characterization and deny that Plaintiffs are entitled to any relief.

123.    The allegations contained in this Paragraph constitute Plaintiffs' characterization of the nature of this action and contain legal conclusions, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the characterization and deny that Plaintiffs are entitled to any relief.

124.    The allegations contained in this Paragraph constitute Plaintiffs' characterization of the nature of this action and contain legal conclusions, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the characterization and deny that Plaintiffs are entitled to any relief.

125.    The allegations contained in this Paragraph constitute Plaintiffs' characterization of the nature of this action and contain legal conclusions, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the characterization and deny that Plaintiffs are entitled to any relief.

126.    The allegations contained in this Paragraph constitute Plaintiffs' characterization of the nature of this action and contain legal conclusions, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the characterization and deny that Plaintiffs are entitled to any relief.

127.    The allegations contained in this Paragraph constitute Plaintiffs' characterization of the nature of this action and contain legal conclusions, to which no response is required.  To

the extent a response is deemed necessary, Defendants deny the characterization and deny that Plaintiffs are entitled to any relief.

128.    The allegations contained in this Paragraph constitute Plaintiffs' characterization of the nature of this action and contain legal conclusions, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the characterization and deny that Plaintiffs are entitled to any relief.

### COUNT II: Violation of Section 1557 of the Affordable Care Act
### (All Plaintiffs Against Defendants NIH and HHS)

129.    Defendants incorporate their responses to the allegations in the proceeding paragraphs as if fully set forth herein.

130.    The allegations contained in this Paragraph constitute the interpretation of laws, to which no response is required.  To the extent a response is deemed necessary, Defendants aver that the cited statute speaks for itself and respectfully refer the Court to the statute for a full and complete statement of its contents.

131.    The allegations contained in this Paragraph constitute the interpretation of laws, to which no response is required.  To the extent a response is deemed necessary, Defendants aver that the cited statute speaks for itself and respectfully refer the Court to the statute for a full and complete statement of its contents.

132.    The allegations contained in this Paragraph constitute the interpretation of laws, to which no response is required.  To the extent a response is deemed necessary, Defendants aver that the cited statute speaks for itself and respectfully refer the Court to the statute for a full and complete statement of its contents.

133.    The allegations contained in this Paragraph constitute Plaintiffs' characterization of the nature of this action and contain legal conclusions, to which no response is required.  To

the extent a response is deemed necessary, Defendants deny the characterization and deny that Plaintiffs are entitled to any relief.

134.    The allegations contained in this Paragraph constitute Plaintiffs' characterization of the nature of this action and contain legal conclusions, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the characterization and deny that Plaintiffs are entitled to any relief.

135.    The allegations contained in this Paragraph constitute Plaintiffs' characterization of the nature of this action and contain legal conclusions, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the characterization and deny that Plaintiffs are entitled to any relief.

136.    The allegations contained in this Paragraph constitute Plaintiffs' characterization of the nature of this action and contain legal conclusions, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the characterization and deny that Plaintiffs are entitled to any relief.

137.    The allegations contained in this Paragraph constitute Plaintiffs' characterization of the nature of this action and contain legal conclusions, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the characterization and deny that Plaintiffs are entitled to any relief.

### COUNT III: Violation of the Fifth Amendment's Due Process Clause
### Deprivation of Protected Interests Without Required Procedure
### (All Plaintiffs Against All Defendants)

138.    Defendants incorporate their responses to the allegations contained in the previous paragraphs as if fully set forth herein.

139.    The allegations contained in this Paragraph constitute Plaintiffs' characterization of the nature of this action and contain legal conclusions, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the characterization and deny that Plaintiffs are entitled to any relief.

140.    The allegations contained in this Paragraph constitute Plaintiffs' characterization of the nature of this action and contain legal conclusions, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the characterization and deny that Plaintiffs are entitled to any relief.

141.    The allegations contained in this Paragraph constitute Plaintiffs' characterization of the nature of this action and contain legal conclusions, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the characterization and deny that Plaintiffs are entitled to any relief.

142.    The allegations contained in this Paragraph constitute Plaintiffs' characterization of the nature of this action and contain legal conclusions, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the characterization and deny that Plaintiffs are entitled to any relief.

143.    The allegations contained in this Paragraph constitute Plaintiffs' characterization of the nature of this action and contain legal conclusions, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the characterization and deny that Plaintiffs are entitled to any relief.

144.    The allegations contained in this Paragraph constitute Plaintiffs' characterization of the nature of this action and contain legal conclusions, to which no response is required.  To

the extent a response is deemed necessary, Defendants deny the characterization and deny that Plaintiffs are entitled to any relief.

## COUNT IV: Violation of Fifth Amendment's Due Process Clause
## Void for Vagueness
## (All Plaintiffs Against All Defendants)

145.     Defendants incorporate their responses to the allegations contained in the previous paragraphs as if fully set forth herein.

146.     The allegations contained in this Paragraph consists of statements concerning the interpretation of laws, to which no response is required.  To the extent a response is deemed necessary, Defendants aver that the constitutional provision speaks for itself and respectfully refers the Court to the provision for a true and accurate statement of its contents.

147.     The allegations contained in this Paragraph constitute Plaintiffs' characterization of the nature of this action and contain legal conclusions, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the characterization and deny that Plaintiffs are entitled to any relief.

148.     The allegations contained in this Paragraph constitute Plaintiffs' characterization of the nature of this action and contain legal conclusions, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the characterization and deny that Plaintiffs are entitled to any relief.

149.     The allegations contained in this Paragraph constitute Plaintiffs' characterization of the nature of this action and contain legal conclusions, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the characterization and deny that Plaintiffs are entitled to any relief.

150.    The allegations contained in this Paragraph constitute Plaintiffs' characterization of the nature of this action and contain legal conclusions, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the characterization and deny that Plaintiffs are entitled to any relief.

### COUNT V: Violation of the APA – Arbitrary and Capricious Agency Action
### (All Plaintiffs Against All Defendants)

151.    Defendants incorporate their responses to the allegations in the previous paragraphs as if fully set forth herein.

152.    The allegations contained in this Paragraph consists of statements concerning the interpretation of laws, to which no response is required.  To the extent a response is deemed necessary, Defendants aver that the cited statute speaks for itself and respectfully refers the Court to the statute for a true and accurate statement of its contents.

153.    The allegations contained in this Paragraph constitute Plaintiffs' characterization of the nature of this action and contain legal conclusions, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the characterization and deny that Plaintiffs are entitled to any relief.

154.    The allegations contained in this Paragraph constitute Plaintiffs' characterization of the nature of this action and contain legal conclusions, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the characterization and deny that Plaintiffs are entitled to any relief.

155.    The allegations contained in this Paragraph constitute Plaintiffs' characterization of the nature of this action and contain legal conclusions, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the characterization and deny that Plaintiffs are entitled to any relief.

156.    The allegations contained in this Paragraph constitute Plaintiffs' characterization of the nature of this action and contain legal conclusions, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the characterization and deny that Plaintiffs are entitled to any relief.

157.    The allegations contained in this Paragraph constitute Plaintiffs' characterization of the nature of this action and contain legal conclusions, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the characterization and deny that Plaintiffs are entitled to any relief.

158.    The allegations contained in this Paragraph constitute Plaintiffs' characterization of the nature of this action and contain legal conclusions, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the characterization and deny that Plaintiffs are entitled to any relief.

159.    The allegations contained in this Paragraph constitute Plaintiffs' characterization of the nature of this action and contain legal conclusions, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the characterization and deny that Plaintiffs are entitled to any relief.

160.    The allegations contained in this Paragraph constitute Plaintiffs' characterization of the nature of this action and contain legal conclusions, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the characterization and deny that Plaintiffs are entitled to any relief.

## COUNT VI: Violation of the APA – Contrary to Law
### (All Plaintiffs Against All Defendants)

161.    Defendants incorporate their responses to the allegations contained in the proceeding paragraphs as if fully incorporated herein.

162.    The allegations contained in this Paragraph consists of statements concerning the interpretation of laws, to which no response is required.  To the extent a response is deemed necessary, Defendants aver that the cited statute speaks for itself and respectfully refers the Court to the statute for a true and accurate statement of its contents.

163.    The allegations contained in this Paragraph constitute Plaintiffs' characterization of the nature of this action and contain legal conclusions, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the characterization and deny that Plaintiffs are entitled to any relief.

164.    The allegations contained in this Paragraph constitute Plaintiffs' characterization of the nature of this action and contain legal conclusions, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the characterization and deny that Plaintiffs are entitled to any relief.

165.    The allegations contained in this Paragraph constitute Plaintiffs' characterization of the nature of this action and contain legal conclusions, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the characterization and deny that Plaintiffs are entitled to any relief.

166.    The allegations contained in this Paragraph constitute Plaintiffs' characterization of the nature of this action and contain legal conclusions, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the characterization and deny that Plaintiffs are entitled to any relief.

167.    The allegations contained in this Paragraph constitute Plaintiffs' characterization of the nature of this action and contain legal conclusions, to which no response is required.  To

the extent a response is deemed necessary, Defendants deny the characterization and deny that Plaintiffs are entitled to any relief.

168.    The allegations contained in this Paragraph constitute Plaintiffs' characterization of the nature of this action and contain legal conclusions, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the characterization and deny that Plaintiffs are entitled to any relief.

169.    The allegations contained in this Paragraph constitute Plaintiffs' characterization of the nature of this action and contain legal conclusions, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the characterization and deny that Plaintiffs are entitled to any relief.

170.    The allegations contained in this Paragraph constitute Plaintiffs' characterization of the nature of this action and contain legal conclusions, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the characterization and deny that Plaintiffs are entitled to any relief.

**COUNT VII: Violation of the APA – Contrary to Regulation**
**(All Plaintiffs Against All Defendants)**

171.    Defendants incorporate their responses to the allegations contained in the previous paragraphs as if fully set forth herein.

172.    The allegations contained in this Paragraph consists of statements concerning the interpretation of laws, to which no response is required.  To the extent a response is deemed necessary, Defendants aver that the cited statute speaks for itself and respectfully refers the Court to the statute for a true and accurate statement of its contents.

173.    The allegations contained in this Paragraph consists of statements concerning the interpretation of laws, to which no response is required.  To the extent a response is deemed

necessary, Defendants aver that the cited regulations speak for themselves and respectfully refers the Court to the statute for a true and accurate statement of their contents.  The allegations contained in this Paragraph also constitute Plaintiffs' characterization of the nature of this action and contain legal conclusions, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the characterization and deny that Plaintiffs are entitled to any relief.

174.    The allegations contained in this Paragraph constitute Plaintiffs' characterization of the nature of this action and contain legal conclusions, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the characterization and deny that Plaintiffs are entitled to any relief.

**COUNT VIII: Violation of the APA – Unlawfully Withheld or Unreasonable Delay**
**(Applicant Plaintiffs Against All Defendants)**

175.    Defendants incorporate their responses to the proceeding paragraphs as if fully set forth herein.

176.    The allegations contained in this Paragraph consists of statements concerning the interpretation of laws, to which no response is required.  To the extent a response is deemed necessary, Defendants aver that the cited regulations speak for themselves and respectfully refers the Court to the statute for a true and accurate statement of their contents.

177.    The allegations contained in this Paragraph constitute Plaintiffs' characterization of the nature of this action and contain legal conclusions, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the characterization and deny that Plaintiffs are entitled to any relief.

**COUNT IX: Violation of the APA – Contrary to Constitutional Right**
**(All Plaintiffs Against All Defendants)**

178.    Defendants incorporate their responses to the proceeding paragraphs as if fully set forth herein.

179.    The allegations contained in this Paragraph consists of statements concerning the interpretation of laws, to which no response is required.  To the extent a response is deemed necessary, Defendants aver that the cited regulations speak for themselves and respectfully refers the Court to the statute for a true and accurate statement of their contents.

180.    The allegations contained in this Paragraph constitute Plaintiffs' characterization of the nature of this action and contain legal conclusions, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the characterization and deny that Plaintiffs are entitled to any relief.

181.    The allegations contained in this Paragraph constitute Plaintiffs' characterization of the nature of this action and contain legal conclusions, to which no response is required.  To the extent a response is deemed necessary, Defendants deny the characterization and deny that Plaintiffs are entitled to any relief.

**COUNT X: Violation of the Separation of Powers**
**(All Plaintiffs Against All Defendants)**

182.    Defendants incorporate their responses to the allegations contained in the previous paragraphs as if fully set forth herein.

183.    The allegations contained in this Paragraph consists of statements concerning the interpretation of laws, to which no response is required.  To the extent a response is deemed necessary, Defendants aver that the cited constitutional provision speaks for itself and respectfully refers the Court to the provision for a true and accurate statement of its contents.

184.    The allegations contained in this Paragraph constitute Plaintiffs' characterization of the nature of this action and contain legal conclusions, to which no response is required. To the extent a response is deemed necessary, Defendants deny the characterization and deny that Plaintiffs are entitled to any relief.

185.    The allegations contained in this Paragraph constitute Plaintiffs' characterization of the nature of this action and contain legal conclusions, to which no response is required. To the extent a response is deemed necessary, Defendants deny the characterization and deny that Plaintiffs are entitled to any relief.

## PRAYER FOR RELIEF

The remainder of the Complaint consists of Plaintiffs' Prayer for Relief, to which no response is required. To the extent a response is deemed necessary, Defendants deny that Plaintiffs are entitled to any relief. Any allegation in the Complaint that has not been admitted or denied is hereby denied.

## AFFIRMATIVE DEFENSES

In further response to the Complaint, Defendants raise the following defenses. Defendants respectfully reserve the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to the Defendants throughout the course of this litigation.

1.    The Complaint fails to state a claim upon which relief can be granted.

2.    The Court lacks subject-matter jurisdiction over Plaintiffs' claims to the extent they seek monetary relief.

3.    Plaintiffs' claims are barred, in whole or in part, by the applicable statute of limitations.

4.      Plaintiffs are not entitled to recover punitive damages against the United States, its agencies, and officers, including Defendants.

5.      Plaintiffs are not entitled to an award of attorneys' fees against the United States, its agencies, and officers, including Defendants.

6.      Defendants assert that they have, or may have, additional affirmative or other defenses which are not known at this time, but which may be ascertained through discovery. Defendants specifically preserve these and other affirmative or other defenses as they are ascertained through discovery.

Respectfully submitted,

KELLY O. HAYES
United States Attorney

_____/s/_____
Michael J. Wilson (Bar No: 18970)
Tarra DeShields (Bar No. 07749)
Assistant United States Attorneys
U.S. Attorney's Office
District of Maryland
36 S. Charles Street, 4th Floor
Baltimore, Maryland 21201
(410) 209-4800


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 9, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all counsel.


_____/s/_____
Michael J. Wilson