IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN RIGHTS, INC. d/b/a GLMA: HEALTH PROFESSIONALS ADVANCING LGBTQ+ EQUALITY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH, *et al.*,<br><br>Defendants. | Civ. A. No. 25-cv-1620-LKG |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendants, by their counsel, Kelly O. Hayes, United States Attorney for the District of Maryland, and Michael J. Wilson and Tarra DeShields, Assistant United States Attorneys for that district, hereby file a certified copy of the Administrative Record in this case.

Respectfully submitted,

KELLY O. HAYES
United States Attorney

   /s/
Michael J. Wilson (Bar No: 18970)
Tarra DeShields (Bar No. 07749)
Assistant United States Attorneys
U.S. Attorney's Office
District of Maryland
36 S. Charles Street, 4th Floor
Baltimore, Maryland 21201
(410) 209-4800

2

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on January 9, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all counsel.

/s/
Michael J. Wilson
