**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN RIGHTS, INC. d/b/a GLMA: HEALTH PROFESSIONALS ADVANCING LGBTQ+ EQUALITY, *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>NATIONAL INSTITUTES OF HEALTH, *et al.*, <br><br>Defendants. | Civ. A. No. 25-cv-1620-LKG |

**CERTIFICATION OF ADMINISTRATIVE RECORD**
**FOR THE NATIONAL INSTITUTES OF HEALTH**

I, Jon Lorsch, the NIH Deputy Director for Extramural Research, hereby certify that to the best of my knowledge and after careful review, the documents contained in the Administrative Record constitute the record of administrative actions performed by the National Institutes of Health (NIH) as it relates to the NIH's adverse grant actions referenced in the Plaintiffs' Complaint for Declaratory and Injunctive Relief. The documents contained in the administrative record are:

a) True and correct copies of records that were made at or near the time of the occurrence of the matters set forth by, or from the information transmitted by, a person with knowledge of these matters;

b) Were kept in the course of regularly conducted activity; and

c) Were made and kept by the regularly conducted business activity as a regular

   practice.

Additionally, the records have been organized as they are maintained in this agency's files.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 9, 2026, in Bethesda, MD.

JON R.
LORSCH -S

Digitally signed by JON
R. LORSCH -S
Date: 2026.01.09
15:27:05 -05'00'

Jon Lorsch

## ADMINISTRATIVE RECORD INDEX

| Document | Bates Begin | Bates End |
|---|---|---|
| February 10, 2025 Secretary's DEI Directive | 1 | 2 |
| February 12, 2025 OER memo NIH Review of Agency Priorities Based on the New Administration's Goals | 3 | 3 |
| Order Enforcing TRO—NY v. OMB | 4 | 8 |
| February 13, 2025 OER Supplemental Guidance | 9 | 9 |
| TRO—NY v. OMB | 10 | 22 |
| February 21, 2025 NIH Priorities Directive | 23 | 24 |
| March 4, 2025 OPERA email transmitting Staff Guidance | 25 | 25 |
| March 4, 2025 OPERA Staff Guidance | 26 | 32 |
| March 4, 2025 OPERA email transmitting updated Staff Guidance | 33 | 33 |
| March 4, 2025 revised OPERA Staff Guidance | 34 | 41 |
| March 13, 2025 OPERA email transmitting termination Categories | 42 | 43 |
| Termination Categories | 44 | 44 |
| March 25, 2025 OPERA email transmitting updated Staff Guidance | 45 | 45 |
| March 25, 2025 updated OPERA Staff Guidance | 46 | 60 |
| May 7, 2025 email from OPERA transmitting updated Staff Guidance | 61 | 61 |
| May 7, 2025 updated OPERA Staff Guidance | 62 | 91 |
| 1R01AI186641-01 Notice of Award (Original) | 92 | 97 |
| 1R01AI186641-01 Notice of Award (Termination) | 98 | 104 |
| 1R01DA061247-01 Notice of Award (Original) | 105 | 111 |
| 1R01DA061247-01 Notice of Award (Termination) | 112 | 118 |
| 1R01MD019017-01A1 Notice of Award | 119 | 125 |
| 1R21HD113802-01A1 Application | 126 | 218 |
| 1R21HD113802-01A1 Relinquishing Letter | 219 | 219 |

| | | |
|---|---|---|
| 1R21HS113802-01 – Email re: Need Relinquishing Statement from Prior Institution | 220 | 220 |
| 1R25LM014575-01 Notice of Award | 221 | 226 |
| 1R34AA030662-01A1 Notice of Award (Original) | 227 | 235 |
| 1R34AA030662-01A1 Notice of Award (Termination) | 236 | 243 |
| 3K01HL151902-04S1 Notice of Award (Termination) | 244 | 250 |
| 3K01HL151902-04S1 Notice of Award (Original) | 251 | 256 |
| 3R01AA029076-04S1 Notice of Award (Original) | 257 | 262 |
| 3R01AA029076-04S1 Notice of Award (Termination) | 263 | 269 |
| 4K01MH133504-03 Notice of Award (New Institution) | 270 | 276 |
| 4R00AA030601-03 Notice of Award (Original) | 277 | 282 |
| 4R00AA030601-03 Notice of Award (Termination) | 283 | 289 |
| 4UH3AI169658-03 Notice of Award (Original) | 290 | 296 |
| 4UH3AI169658-03 Notice of Award (Termination) | 297 | 304 |
| 5DP2AI164315-04 Notice of Award (Original) | 305 | 310 |
| 5DP2AI164315-04 Notice of Award (Termination) | 311 | 316 |
| 5F31MD015203-02 Notice of Award | 317 | 324 |
| 5F32MD017452-03 Notice of Award (Original) | 325 | 330 |
| 5F32MD017452-03 Notice of Award (Termination) | 331 | 336 |
| 5K01HL151902-04 Notice of Award (Original) | 337 | 342 |
| 5K01HL151902-04 Notice of Award (Termination) | 343 | 349 |
| 5K01MH133504-02 Notice of Award Revised | 350 | 355 |
| 5K01MH133504-02 Notice of Award (Original) | 356 | 361 |
| 5K01MH133504-02 Relinquishing Statement | 362 | 362 |
| 5R01AA029044-04 Notice of Award (Original) | 363 | 367 |
| 5R01AA029044-04 Notice of Award (Termination) | 368 | 373 |
| 5R01AA029076-04 Notice of Award (Original) | 374 | 379 |
| 5R01AA029076-04 Notice of Award (Termination) | 380 | 386 |
| 5R01MD019181-02 Notice of Award (Original) | 387 | 393 |
| 5R01MD019181-02 Notice of Award (Termination) | 394 | 401 |

| | | |
|---|---|---|
| 5R01NR020309-04 Notice of Award (Original) | 402 | 408 |
| 5R01NR020309-04 Notice of Award (Termination) | 409 | 415 |
| 5R25LM014575-02 Notice of Award | 416 | 421 |
| 5R25MH119858-05 Notice of Award (Original) | 422 | 427 |
| 5R25MH119858-05 Notice of Award (Termination) | 428 | 434 |
| 5R25MH129290-03 Notice of Award (Termination) | 435 | 440 |
| 5R37AG076057-04 Notice of Award (Original) | 441 | 446 |
| 5R37AG076057-04 Notice of Award (Termination) | 447 | 452 |
| 5U0IHD108738-03 Notice of Award (Original) | 453 | 460 |
| 5U0IHD108738-03 Notice of Award (Termination) | 461 | 470 |
| 5U54DA060049-02 Notice of Award (Original) | 471 | 477 |
| 5U54DA060049-02 Notice of Award (Termination) | 478 | 485 |
| 5UG1HD113160-02 Notice of Award (Original) | 486 | 492 |
| 5UG1HD113160-02 Notice of Award (Termination) | 493 | 501 |
| K23MH137389-01 Notice of Award (Original) | 502 | 508 |
| K23MH137389-01 Notice of Award (Termination) | 509 | 516 |
| Grant Termination Letters | 517 | 568 |

**DEPARTMENT OF HEALTH & HEALTH SERVICES**                    Office of the Secretary

Washington, D.C. 20201

## SECRETARIAL DIRECTIVE ON DEI-RELATED FUNDING

February 10, 2025

The Department of Health and Human Services has an obligation to ensure that taxpayer dollars are used to advance the best interests of the government. This includes avoiding the expenditure of federal funds on programs, or with contractors or vendors, that promote or take part in diversity, equity, and inclusion ("DEI") initiatives or any other initiatives that discriminate on the basis of race, color, religion, sex, national origin, or another protected characteristic. Contracts and grants that support DEI and similar discriminatory programs can violate Federal civil rights law and are inconsistent with the Department's policy of improving the health and well-being of all Americans.

These contracts and grants can cause serious programmatic failures and yet it is currently impossible to access sufficient information from a centralized source within the Department of Health and Human Services to assess them. Specifically, there is no one method to determine whether payments the agency is making to contractors, vendors, and grantees for functions related to DEI and similar programs are contributing to the serious problems and acute harms DEI initiatives may pose to the Department's compliance with Federal civil rights law as well as the Department's policy of improving the health and well-being of all Americans. It is also currently impossible to assess whether payments the Department is making are free from fraud, abuse, and duplication, as well as to assess whether current contractual arrangements, vendor agreements, and grant awards related to these functions are in the best interests of the United States. *See* FAR 12.403(b), 49.101; 45 C.F.R. § 75.371-372. Finally, it is also impossible to determine with current systems whether current contracts and grant awards are tailored to ameliorate these specific problems and the broader problem of DEI and similar programs rather than exacerbate them. The Department has an obligation to ensure that no taxpayer dollars are lost to abuse or expended on anything other than advancing the best interests of the nation.

For these reasons, pursuant to, among other authorities, FAR 12.403(b) and 49.101 and 45 C.F.R. § 75.371- 372, the Secretary of Health and Human Services hereby DIRECTS as follows:

> **Agency personnel shall briefly pause all payments made to contractors, vendors, and grantees related to DEI and similar programs for internal review for payment integrity. Such review shall include but not be limited to a review for fraud, waste, abuse, and a review of the overall contracts and grants to determine whether those contracts or grants are in the best interest of the government and consistent with current policy priorities. In addition, if after review the Department has determined that a contract is inconsistent with Department priorities and no longer in the interest of the government, such contracts may be terminated pursuant to the Department's authority to terminate for convenience contracts that are not "in the best interests of the Government," see FAR 49.101(b); 12.403(b). Furthermore, grants may be terminated in accordance with federal law.**

1

This Directive shall be implemented through the Department's contracts and payment management systems by personnel with responsibility for such systems who shall, in doing so, comply with all notice and procedural requirements in each affected award, agreement, or other instrument. Whenever a DEI or similar contract or grant is paused for review, Department personnel shall immediately send such payment to Scott Rowell, Deputy Chief of Staff for Operations, for prompt review to determine whether or not the payment is appropriate and should be made. Payments on paused contracts shall remain paused and already terminated contracts shall remain terminated pending completion of that review to the maximum extent permitted by law and all applicable notice and procedural requirements in the affected award, agreement, or other instrument.

I thank you for your attention to this matter, as well as your efforts to ensure that no taxpayer dollars are misspent.

*Dorothy A Fink*

Dorothy A. Fink, M.D., Acting Secretary

2



Date:          February 12, 2025

To:            Institute and Center Chief Grants Management Officers (IC CGMOs)

From:          Michael S. Lauer, MD    Michael S. Lauer -S  Digitally signed by Michael S. Lauer -S
               Date: 2025.02.12 09:26:33 -05'00'
               Deputy Director for Extramural Research, National Institutes of Health (NIH)

               Michelle G. Bulls
               NIH Chief Grants Management Officer

Subject:       NIH Review of Agency Priorities Based on the New Administration's Goals


NIH is in the process of reevaluating the agency's priorities based on the goals of the new administration. NIH will effectuate the administration's goals over time, but given recent court orders, this cannot be a factor in IC funding decisions at this time. In consultation with NIH leadership and with the Office of General Counsel (OGC), we recognize that NIH programs fall under recently issued Temporary Restraining Orders (*New York et al. v. U.S. Office of Management and Budget* and *Commonwealth of Massachusetts et al. v. National Institutes of Health et al* see attached*)*. Therefore, with this memo, IC CGMOs are authorized, along with their respective grants management staff, to proceed with issuing awards for all competing, non-competing continuation, and administrative supplements (previously cleared through Office of Extramural Research) grants. Until further notice, as awards are issued, ICs must follow their existing FY25 IC funding policies and use the previously approved negotiated indirect cost rates. Additional details on future funding actions related to the agency's goals will be provided under a separate memo.

**Attachments**

1. Temporary Restraining Order, *New York et al. v. U.S. Office of Management and Budget* (Jan. 31, 2025)

2. Court Order Questions – HHS OGC Responses (February 4, 2025)

3. Temporary Restraining Order, *Commonwealth of Massachusetts et al. v. National Institutes of Health et al.,* (February 10, 2025)

4. Order Enforcing TRO, *New York et al. v. U.S. Office of Management and Budget* (February 10, 2025)

5. Office of General Counsel Note, *New York et al. v. U.S. Office of Management and Budget* (February 10, 2025)

Case 1:25-cv-00039-JJM-PAS    Document 96    Filed 02/10/25    Page 1 of 5 PageID #:
Case 8:25-cv-01620-LKG    Document 108-1    Filed 01/09/26    Page 9 of 573
0598

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF ILLINOIS; STATE OF RHODE ISLAND; STATE OF NEW JERSEY; COMMONWEALTH OF MASSACHUSETTS; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; THE DISTRICT OF COLUMBIA; STATE OF HAWAI'I; STATE OF MAINE; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NORTH CAROLINA; STATE OF NEW MEXICO; STATE OF OREGON; STATE OF VERMONT; STATE OF WASHINGTON; and STATE OF WISCONSIN, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| DONALD TRUMP, *in his Official Capacity as President of the United States*; U.S. OFFICE OF MANAGEMENT AND BUDGET; MATTHEW J. VAETH, *in his Official Capacity as Acting Director of the U.S. Office of Management and Budget*; U.S. DEPARTMENT OF THE TREASURY; SCOTT BESSENT, *in his Official Capacity as Secretary of the Treasury*; PATRICIA COLLINS, *in her Official Capacity as Treasurer of the U.S*; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; DOROTHY A. FINK, M.D., *in her Official Capacity As Acting Secretary Of Health And Human Services*; U.S. DEPARTMENT OF EDUCATION; DENISE CARTER, *in her Official Capacity as Acting Secretary of Education*; U.S. FEDERAL EMERGENCY MANAGEMENT AGENCY; CAMERON HAMILTON, *in* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

C.A. No. 25-cv-39-JJM-PAS

Case 1:25-cv-00039-JJM-PAS    Document 96    Filed 02/10/25    Page 2 of 5 PageID #:
6599
Case 8:25-cv-01620-LKG    Document 108-1    Filed 01/09/26    Page 10 of 573

|  | ) |
| --- | --- |
| *his Official Capacity as Acting* | ) |
| *Administrator of the U.S. Federal* | ) |
| *Emergency Management Agency*; U.S. | ) |
| DEPARTMENT OF | ) |
| TRANSPORTATION; | ) |
| JUDITH KALETA, *in her Official* | ) |
| *Capacity as Acting Secretary of* | ) |
| *Transportation*; U.S. DEPARTMENT OF | ) |
| LABOR; VINCE MICONE, *in his Official* | ) |
| *Capacity as Acting Secretary of Labor*; | ) |
| U.S. DEPARTMENT OF ENERGY; | ) |
| INGRID KOLB*, in her Official Capacity* | ) |
| *as Acting Secretary of the U.S.* | ) |
| *Department of Energy*; U.S. | ) |
| ENVIRONMENTAL PROTECTION | ) |
| AGENCY; JAMES PAYNE, *in his Official* | ) |
| *Capacity as Acting Administrator of the* | ) |
| *U.S. Environmental Protection Agency*; | ) |
| U.S. DEPARTMENT OF HOMELAND | ) |
| SECURITY; KRISTI NOEM, i*n her* | ) |
| *Capacity as Secretary of the U.S.* | ) |
| *Department of Homeland Security*; U.S. | ) |
| DEPARTMENT OF JUSTICE; JAMES R. | ) |
| McHENRY III, *in his Official Capacity as* | ) |
| *Acting Attorney General of the U.S.* | ) |
| *Department of Justice*; THE NATIONAL | ) |
| SCIENCE FOUNDATION; and DR. | ) |
| SETHURAMAN PANCHANATHAN, *in* | ) |
| *his Capacity as Director of the National* | ) |
| *Science Foundation*, | ) |
|  | ) |
|         Defendants. | ) |
|  | ) |

## ORDER

The Plaintiff States' Motion for Enforcement of the Temporary Restraining

Order ("TRO") (ECF No. 66) is GRANTED.

> [It is a] basic proposition that ***all orders and judgments of courts must be complied with promptly***.    \* \* \*  Persons who make private determinations of the law and refuse to obey an order generally risk criminal contempt even if the order is ultimately ruled incorrect.  The orderly and expeditious administration of justice by the courts requires that an order issued by a court with jurisdiction over the subject matter

Case 1:25-cv-00039-JJM-PAS    Document 96    Filed 02/10/25    Page 3 of 5 PageID #:
6000
Case 8:25-cv-01620-LKG    Document 108-1    Filed 01/09/26    Page 11 of 573

and person must be obeyed by the parties until it is reversed by orderly
and proper proceedings.

*Maness v. Meyers*, 419 U.S. 449, 458–59 (1975) (citations and quotations omitted)
(emphasis added).  The Defendants issued a broad, categorical, all-encompassing
directive freezing federal funding.  The plain language of the TRO entered in this case
prohibits all categorical pauses or freezes in obligations or disbursements based on
the OMB Directive or based on the President's 2025 Executive Orders.[1]  The
Defendants received notice of the TRO, the Order is clear and unambiguous, and
there are no impediments to the Defendants' compliance with the Order.

The States have presented evidence in this motion that the Defendants in some
cases have continued to improperly freeze federal funds and refused to resume
disbursement of appropriated federal funds.  *See* Exhibits A-C of the States' motion,
(ECF Nos. 66-1, 66-2, and 66-3).  The Defendants now plea that they are just trying
to root out fraud.  *See* ECF No. 70.  But the freezes in effect now were a result of the
broad categorical order, not a specific finding of possible fraud.  The broad categorical
and sweeping freeze of federal funds is, as the Court found, likely unconstitutional
and has caused and continues to cause irreparable harm to a vast portion of this
country.  These pauses in funding violate the plain text of the TRO.[2]  In response to

---

[1] The Defendants acknowledged that they understood what the TRO required:
"Federal agencies cannot pause, freeze, impede, block, cancel, or terminate any
awards or obligations on the basis of the OMB Memo, *or on the basis of the President's
recently issued Executive Orders*."  ECF No. 51-1 at 1 (emphasis added).

[2] The Court disagrees with the Defendants' Notice (ECF No. 51), particularly
paragraph 2.  The Court's TRO is clear and unambiguous in its scope and effect, which
is inconsistent with the Defendant's interpretation contained in the Notice.  ECF
No. 51 at 2.

Case 1:25-cv-00039-JJM-PAS    Document 96    Filed 02/10/25    Page 4 of 5 PageID #:
6001
Case 8:25-cv-01620-LKG    Document 108-1    Filed 01/09/26    Page 12 of 573

the Defendants' arguments, they can request targeted relief from the TRO from this Court where they can show a specific instance where they are acting in compliance with this Order but otherwise withholding funds due to specific authority.

Therefore, consistent with the United States Constitution, United States statutes, United States Supreme Court precedent, and the TRO, the Defendants are hereby further **ORDERED** as follows:

1.    The Defendants must immediately restore frozen funding during the pendency of the TRO until the Court hears and decides the Preliminary Injunction request.

2.    The Defendants must immediately end any federal funding pause during the pendency of the TRO.

3.    The Defendants must immediately take every step necessary to effectuate the TRO, including clearing any administrative, operational, or technical hurdles to implementation.

4.    The Defendants must comply with the plain text of the TRO not to pause any funds based on pronouncements pausing funding incorporated into the OMB Directive, like Section 7(a) of the *Unleashing* Executive Order, and the OMB *Unleashing* Guidance.  The TRO requirements include any pause or freeze included in the *Unleashing* Guidance.

5.    The Defendants must immediately restore withheld funds, including those federal funds appropriated in the Inflation Reduction Act and the

Case 1:25-cv-00039-JJM-PAS    Document 96    Filed 02/10/25    Page 5 of 5 PageID #:
6602
Case 8:25-cv-01620-LKG    Document 108-1    Filed 01/09/26    Page 13 of 573

Infrastructure Improvement and Jobs Act.  The directives in OMB M-25-11 are included in the TRO.

6.     The Defendants must resume the funding of institutes and other agencies of the Defendants (for example the National Institute for Health) that are included in the scope of the Court's TRO.

IT IS SO ORDERED.

*/s/John J. McConnell, Jr.*
_____
John J. McConnell, Jr.
Chief Judge
United States District Court for the District of Rhode Island

February 10, 2025



**National Institutes of Health**
Office of Extramural Research

Date:        February 13, 2025

To:         Institute and Center Chief Grants Management Officers (IC CGMOs)

From:      Michael S. Lauer, MD    Michael S. Lauer -S    <span style="font-size:smaller">Digitally signed by Michael S. Lauer -S<br>Date: 2025.02.13 15:06:52 -05'00'</span>
           Deputy Director for Extramural Research, National Institutes of Health (NIH)

           Michelle G. Bulls
           NIH Chief Grants Management Officer

Subject:   Supplemental Guidance to Memo Entitled- NIH Review of Agency Priorities Based on the New Administration's Goals

The Office of Extramural Research is issuing supplemental guidance to the memo, dated February 12, 2025, to Institute and Center (IC) Chief Grants Management Officers (CGMOs) and their respective staff to issue hard funding restrictions on awards and within the Payment Management System (PMS)/Program Support Center (PSC) on awards where the program promotes or takes part in diversity, equity, and includsion ("DEI") initiatives or any other initiatives that discriminate on the basis of race, color, religion, sex, national origin, or any other protected characteristics. The restriction requirement applies to new and continuation awards made on or after February 14, 2025. If the sole purpose of the grant, cooperative agreement, other transaction award (including modifications), or supplement supports DEI activities, then the award must be fully restricted. The restrictions will remain in place until the agency conducts an internal review for payment integrity. Such review shall include, but not be limited to a review for fraud, waste, abuse, of all grants, cooperative agreements, and Other Transactions that determines the funding of the activities/program are in the best interest of the government and consistent with current policy priorities.

**Attachments**

1. Memo NIH Review of Agency Priorities Based on the New Administration's Goals, February 12, 2025

2. UPDATE - Temporary Restraining Order in State of New York et al. v. Trump et al., 1:25-cv-00039 (D.R.I.), February 12, 2025

3. Secretarial Directive on DEI Related Funding, February 10, 2025

Case 1:25-cv-00039-JJM-PAS    Document 50    Filed 01/31/25    Page 1 of 13 PageID #:
Case 8:25-cv-01620-LKG    Document 108-1    Filed 01/09/26    Page 15 of 573
702

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF ILLINOIS; STATE OF RHODE ISLAND; STATE OF NEW JERSEY; COMMONWEALTH OF MASSACHUSETTS; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; THE DISTRICT OF COLUMBIA; STATE OF HAWAI'I; STATE OF MAINE; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NORTH CAROLINA; STATE OF NEW MEXICO; STATE OF OREGON; STATE OF VERMONT; STATE OF WASHINGTON; and STATE OF WISCONSIN, <br><br>　　　　Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, *in his Official Capacity as President of the United States*; U.S. OFFICE OF MANAGEMENT AND BUDGET; MATTHEW J. VAETH, *in his Official Capacity as Acting Director of the U.S. Office of Management and Budget*; U.S. DEPARTMENT OF THE TREASURY; SCOTT BESSENT, *in his Official Capacity as Secretary of the Treasury*; PATRICIA COLLINS, *in her Official Capacity as Treasurer of the U.S*; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; DOROTHY A. FINK, M.D*., in her Official Capacity As Acting Secretary Of Health And Human Services*; U.S. DEPARTMENT OF EDUCATION; DENISE CARTER, *in her Official Capacity as Acting Secretary of Education*; U.S. FEDERAL EMERGENCY MANAGEMENT AGENCY; CAMERON HAMILTON, *in* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br><br><br><br><br> C.A. No. 25-cv-39-JJM-PAS |

Case 1:25-cv-00039-1JM-PAS    Document 50    Filed 01/31/25    Page 2 of 13 PageID #:
Case 8:25-cv-01620-LKG    Document 108-1    Filed 01/09/26    Page 16 of 573
703

|  | ) |
| --- | --- |
| *his Official Capacity as Acting Administrator of the U.S. Federal Emergency Management Agency*; U.S. DEPARTMENT OF TRANSPORTATION; JUDITH KALETA, *in her Official Capacity as Acting Secretary of Transportation*; U.S. DEPARTMENT OF LABOR; VINCE MICONE, *in his Official Capacity as Acting Secretary of Labor*; U.S. DEPARTMENT OF ENERGY; INGRID KOLB, *in her Official Capacity as Acting Secretary of the U.S. Department of Energy*; U.S. ENVIRONMENTAL PROTECTION AGENCY; JAMES PAYNE, *in his Official Capacity as Acting Administrator of the U.S. Environmental Protection Agency*; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, i*n her Capacity as Secretary of the U.S. Department of Homeland Security*; U.S. DEPARTMENT OF JUSTICE; JAMES R. McHENRY III, *in his Official Capacity as Acting Attorney General of the U.S. Department of Justice*; THE NATIONAL SCIENCE FOUNDATION; and DR. SETHURAMAN PANCHANATHAN, *in his Capacity as Director of the National Science Foundation*, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## <u>TEMPORARY RESTRAINING ORDER</u>

The legal standard for a Temporary Restraining Order ("TRO") mirrors that of

a preliminary injunction.  The Plaintiff States must show that weighing these four

factors favors granting a TRO:

1. likelihood of success on the merits;
2. potential for irreparable injury;
3. balance of the relevant equities; and

Case 1:25-cv-00039-JJM-PAS    Document 50    Filed 01/31/25    Page 3 of 13 PageID #:
704
Case 8:25-cv-01620-LKG    Document 108-1    Filed 01/09/26    Page 17 of 573

   4. effect on the public interest if the Court grants or denies
   the TRO.

*Planned Parenthood League v. Bellotti*, 641 F.2d 1006, 1009 (1st Cir. 1981). The

traditional equity doctrine that preliminary injunctive relief is an extraordinary and

drastic remedy that is never awarded as of right guides the Court. *Id.* The Court is

also fully aware of the judiciary's role as one of the three independent branches of

government, and that the doctrine of separation of powers restricts its reach into the

Executive Branch. The Court now turns to the four factors.

## Likelihood of Success on the Merits

   We begin with what courts have called a key factor—a consideration of the

movant's likelihood of success on the merits.

   In **Count I**, the States allege that the Executive's actions by the Office of

Management and Budget ("OMB")[1] violate the Administrative Procedure Act

("APA")[2] because Congress has not delegated any unilateral authority to the

Executive to indefinitely pause all federal financial assistance without considering

the statutory and contractual terms governing these billions of dollars of grants.

   In **Count II**, the States allege that the Executive's actions violate the APA

because the failure to spend funds appropriated by Congress is arbitrary and

capricious in multiple respects.

---

[1] See *supra* for discussion of mootness.
[2] 5 U.S.C. § 551 et seq.

Case 1:25-cv-00039-JJM-PAS   Document 50   Filed 01/31/25   Page 4 of 13 PageID #:
Case 8:25-cv-01620-LKG   Document 108-1   Filed 01/09/26   Page 18 of 573
705

In **Count III**, the States allege that the failure to spend funds appropriated by Congress violates the separation of powers because the Executive has overridden Congress' judgments by refusing to disburse already-allocated funding for many federal grant programs.

In **Count IV**, the States allege a violation of the Spending Clause of the U.S. Constitution.  U.S. Const. art. I, § 8, cl. law 1.

And in **Count V**, the States allege a violation of the presentment (U.S. Const. art. I, § 7, cl. 2), appropriations (U.S. Const. art. I, § 7), and take care clauses (U.S. Const. art. II, § 3, cl. 3) (the Executive must "take care that the laws be faithfully executed . . .").

Because of the breadth and ambiguity of the "pause," the Court must consider the States' TRO motion today based on the effect it will have on many—but perhaps not all—grants and programs it is intended to cover.  Are there some aspects of the pause that might be legal and appropriate constitutionally for the Executive to take? The Court imagines there are, but it is equally sure that there are many instances in the Executive Orders' wide-ranging, all-encompassing, and ambiguous "pause" of critical funding that are not.  The Court must act in these early stages of the litigation under the "worst case scenario" because the breadth and ambiguity of the Executive's action makes it impossible to do otherwise.

The Court finds that, based on the evidence before it now, some of which is set forth below, the States are likely to succeed on the merits of some, if not all, their claims.  The reasons are as follows:

Case 1:25-cv-00039-1JM-PAS    Document 50    Filed 01/31/25    Page 5 of 13 PageID #:
700
Case 8:25-cv-01620-LKG    Document 108-1    Filed 01/09/26    Page 19 of 573

- The Executive's action unilaterally suspends the payment of federal funds to the States and others simply by choosing to do so, no matter the authorizing or appropriating statute, the regulatory regime, or the terms of the grant itself. The Executive cites no legal authority allowing it to do so; indeed, no federal law would authorize the Executive's unilateral action here.

- Congress has instructed the Executive to provide funding to States based on stated statutory factors—for example, population or the expenditure of qualifying State funds. By trying to impose certain conditions on this funding, the Executive has acted contrary to law and in violation of the APA.

- The Executive Orders threaten the States' ability to conduct essential activities and gave the States and others less than 24 hours' notice of this arbitrary pause, preventing them from making other plans or strategizing how they would continue to function without these promised funds.

- Congress appropriated many of these funds, and the Executive's refusal to disburse them is contrary to congressional intent and directive and thus arbitrary and capricious.

- Congress has not given the Executive limitless power to broadly and indefinitely pause all funds that it has expressly directed to specific recipients and purposes and therefore the Executive's actions violate the separation of powers.

Judge Bruce M. Selya of the First Circuit succinctly set out the black letter law about appropriated funds and Executive powers:

Case 1:25-cv-00039-JJM-PAS    Document 50    Filed 01/31/25    Page 6 of 13 PageID #:
Case 8:25-cv-01620-LKG    Document 108-1    Filed 01/09/26    Page 20 of 573
707

> When an executive agency administers a federal statute, the agency's power to act is "authoritatively prescribed by Congress." *City of Arlington v. FCC*, 569 U.S. 290, 297, 133 S. Ct. 1863, 185 L. Ed. 2d 941 (2013). It is no exaggeration to say that "an agency literally has no power to act ... unless and until Congress confers power upon it." *La. Pub. Serv. Comm'n v. FCC*, 476 U.S. 355, 374, 106 S. Ct. 1890, 90 L. Ed. 2d 369 (1986). Any action that an agency takes outside the bounds of its statutory authority is ultra vires, see *City of Arlington*, 569 U.S. at 297, 133 S. Ct. 1863, and violates the Administrative Procedure Act, see 5 U.S.C. § 706(2)(C).

*City of Providence v. Barr*, 954 F.3d 23, 31 (1st Cir. 2020).

The Executive's statement that the Executive Branch has a duty "to align Federal spending and action with the will of the American people *as expressed through Presidential priorities*," (ECF No. 48-1 at 11) (emphasis added) is a constitutionally flawed statement. The Executive Branch has a duty to align federal spending and action with the will of the people as **expressed through congressional appropriations,** not through "Presidential priorities." U.S. Const. art. II, § 3, cl. 3 (establishing that the Executive must "take care that the laws be faithfully executed . . ."). Federal law specifies how the Executive should act if it believes that appropriations are inconsistent with the President's priorities–it must ask Congress, not act unilaterally. The Impoundment Control Act of 1974 specifies that the President may ask that Congress rescind appropriated funds.[3] Here, there is no evidence that the Executive has followed the law by notifying Congress and thereby effectuating a potentially legally permitted so-called "pause."

---

[3] If both the Senate and the House of Representatives have not approved a rescission proposal (by passing legislation) within forty-five days of continuous session, any funds the Executive is withholding must be made available for obligation.

Case 1:25-cv-00039-JJM-PAS    Document 50    Filed 01/31/25    Page 7 of 13 PageID #:
708
Case 8:25-cv-01620-LKG    Document 108-1    Filed 01/09/26    Page 21 of 573

Justice Brett Kavanaugh wrote when he was on the D.C. Circuit:

> Like the Commission here, a President sometimes has policy reasons (as distinct from constitutional reasons, *cf. infra* note 3) for wanting to spend less than the full amount appropriated by Congress for a particular project or program.  But in those circumstances, even the President does not have unilateral authority to refuse to spend the funds.  Instead, the President must propose the rescission of funds, and Congress then may decide whether to approve a rescission bill. *See* 2 U.S.C. § 683; *see also Train v. City of New York,* 420 U.S. 35, 95 S. Ct. 839, 43 L. Ed. 2d 1 (1975); Memorandum from William H. Rehnquist, Assistant Attorney General, Office of Legal Counsel, to Edward L. Morgan, Deputy Counsel to the President (Dec. 1, 1969), *reprinted in Executive Impoundment of Appropriated Funds: Hearings Before the Subcomm. on Separation of Powers of the S. Comm. on the Judiciary,* 92d Cong. 279, 282 (1971) ("With respect to the suggestion that the President has a constitutional power to decline to spend appropriated funds, we must conclude that existence of such a broad power is supported by neither reason nor precedent.")

*In re Aiken Cnty.,* 725 F.3d 255, 261, n.1 (D.C. Cir. 2013).

The Court finds that the record now before it substantiates the likelihood of a successful claim that the Executive's actions violate the Constitution and statutes of the United States.

The Court now moves on to the remaining three injunction considerations.

## Irreparable Harm

The States have put forth sufficient evidence at this stage that they will likely suffer severe and irreparable harm if the Court denies their request to enjoin enforcement of the funding pause.

- All the States rely on federal funds to provide and maintain vital programs and services and have introduced evidence that the withholding of federal funds

Case 1:25-cv-00039-JJM-PAS    Document 50    Filed 01/31/25    Page 8 of 13 PageID #:
Case 8:25-cv-01620-LKG    Document 108-1    Filed 01/09/26    Page 22 of 573
709

will cause severe disruption in their ability to administer such vital services–
even if it is for a brief time.

- The States detail many examples of where the Executive's overarching pause
  on funding that Congress has allocated will harm them and their citizens.
  These programs range from highway planning and construction, childcare,
  veteran nursing care funding, special education grants, and state health
  departments, who receive billions of dollars to run programs that maintain
  functional health systems. *See, e.g.*, ECF No. 3-1 at 56 (highway construction
  programs in Delaware), at 73 (childcare programs in Michigan), at 113
  (veterans nursing care funding in Washington state), at 77 (special education
  programs in Minnesota), and at 100–01 (health care programs in New Mexico).

- The pause in federal funding will also hurt current disaster relief efforts. The
  States assert that the pause applies to federal actions directing federal
  financial assistance to North Carolina to address the damage inflicted by
  Hurricane Helene and to any Federal Emergency Management Agency grant
  money not yet disbursed, including key support for California's ongoing
  response to the fires. ECF No. 1 ¶¶ 80–81.

- A January 28, 2025, email from Shannon Kelly, the Director of the National
  High Intensity Drug Case Trafficking Areas (HIDTA) program, who aids law
  enforcement in high drug-trafficking areas, shows that payments to state-
  based HIDTA programs have been paused, putting the public's safety at risk.
  *Id.* ¶ 83.

Case 1:25-cv-00039-JJM-PAS    Document 50    Filed 01/31/25    Page 9 of 13 PageID #:
Case 8:25-cv-01620-LKG    Document 108-1    Filed 01/09/26    Page 23 of 573
710

The States have set forth facts showing that the Executive's abrupt "pause" in potentially trillions of dollars of federal funding will cause a ripple effect that would directly impact the States and other's ability to provide and administer vital services and relief to their citizens. Thus, the federal grants to States and others that are impounded through the Executive's pause in disbursement will cause irreparable harm.

And it is more than monetary harm that is at stake here. As Justice Anthony Kennedy reminds us, "Liberty is always at stake when one or more of the branches seek to transgress the separation of powers." *Clinton v. City of New York*, 524 U.S. 417, 449–50 (1998) (Kennedy, J. concurring)

### Balance of the Equities and Public Interest

As the Court considers the final two factors, the record shows that the balance of equities weighs heavily in favor of granting the States' TRO.

- If the Defendants are prevented from enforcing the directive contained in the OMB Directive, they merely would have to disburse funds that Congress has appropriated to the States and others.

- On the other hand, if the Court denies the TRO, the funding that the States and others are presumably due under law is in an indefinite limbo—a hardship worsened by the fact that the States had less than 24 hours' notice to act in anticipation of the funding shortfall.

- The fact that the States have shown a likelihood of success on the merits strongly suggests that a TRO would serve the public interest. Moreover, the

Case 1:25-cv-00039-JJM-PAS    Document 50    Filed 01/31/25    Page 10 of 13 PageID #:
Case 8:25-cv-01620-LKG    Document 108-1    Filed 01/09/26    Page 24 of 573
711

public interest further favors a TRO because absent such an order, there is a substantial risk that the States and its citizens will face a significant disruption in health, education, and other public services that are integral to their daily lives due to this pause in federal funding.

The evidence in the record at this point shows that, despite the rescission of the OMB Directive, the Executive's decision to pause appropriated federal funds "remains in full force and effect." ECF No. 44.

### Mootness

The Defendants now claim that this matter is moot because it rescinded the OMB Directive. But the evidence shows that the alleged rescission of the OMB Directive was in name-only and may have been issued simply to defeat the jurisdiction of the courts. The substantive effect of the directive carries on.

Messaging from the White House and agencies proves the point. At 2:04 EST, less than an hour before the Court's hearing on the States' motion on Wednesday, the Defendants filed a Notice saying, "OMB elected to rescind that challenged Memorandum. *See* OMB Mem. M-25-14, *Rescission of M-25-13* (Jan. 28, 2025) ('OMB Memorandum M-25-13 is rescinded.')." ECF No. 43. Yet about twenty minutes before the Defendants filed the Notice, the President's Press Secretary sent a statement via the X platform that said: "The President's [Executive Orders] EO's on federal funding remain in full force and effect and will be rigorously implemented." ECF No. 44. And then the following day (January 30, 2025 at 7:50 MST and again at 5:27 p.m. EST) after the so-called rescission, the Environmental Protection Agency, in an email to

Case 1:25-cv-00039-JJM-PAS    Document 50    Filed 01/31/25    Page 11 of 13 PageID #:
Case 8:25-cv-01620-LKG    Document 108-1    Filed 01/09/26    Page 25 of 573
712

federal grant recipients, said that the awarded money could not be disbursed while it worked "diligently to implement the [OMB] Memorandum, Temporary Pause of Agency Grant, Loan, and Other Financial Assistance Programs, to align Federal spending and action with the will of the American people as expressed through President Trump's priorities. The agency is temporarily pausing all activities related to the obligation or disbursement of EPA Federal financial assistance at this time. EPA is continuing to work with OMB as they review processes, policies, and programs, as required by the memorandum."  ECF No. 48-1 at 6, 11.

Based on the Press Secretary's unequivocal statement and the continued actions of Executive agencies, the Court finds that the policies in the OMB Directive that the States challenge here are still in full force and effect and thus the issues presented in the States' TRO motion are not moot.

<u>Conclusion</u>

Consistent with the findings above, and to keep the status quo, the Court hereby ORDERS that a TEMPORARY RESTRAINING ORDER is entered in this case until this Court rules on the States' forthcoming motion for a preliminary injunction, which the States shall file expeditiously.

During the pendency of the Temporary Restraining Order, Defendants shall not pause, freeze, impede, block, cancel, or terminate Defendants' compliance with awards and obligations to provide federal financial assistance to the States, and Defendants shall not impede the States' access to such awards and obligations, except on the basis of the applicable authorizing statutes, regulations, and terms.

Case 1:25-cv-00039-JJM-PAS    Document 50    Filed 01/31/25    Page 12 of 13 PageID #:
713
Case 8:25-cv-01620-LKG    Document 108-1    Filed 01/09/26    Page 26 of 573

If Defendants engage in the "identif[ication] and review" of federal financial assistance programs, as identified in the OMB Directive, such exercise shall not affect a pause, freeze, impediment, block, cancellation, or termination of Defendants' compliance with such awards and obligations, except on the basis of the applicable authorizing statutes, regulations, and terms.

Defendants shall also be restrained and prohibited from reissuing, adopting, implementing, or otherwise giving effect to the OMB Directive under any other name or title or through any other Defendants (or agency supervised, administered, or controlled by any Defendant), such as the continued implementation identified by the White House Press Secretary's statement of January 29, 2025. ECF No. 44.

Defendants' attorneys shall provide written notice of this Order to all Defendants and agencies and their employees, contractors, and grantees by Monday, February 3, 2025, at 9 a.m. Defendants shall file a copy of the notice on the docket at the same time.

Defendants shall comply with all notice and procedural requirements in the award, agreement, or other instrument relating to decisions to stop, delay, or otherwise withhold federal financial assistance programs.

The TRO shall be in effect until further Order of this Court. A preliminary hearing, at which time the States will have to produce specific evidence in support of a preliminary injunction, will be set shortly at a day and time that is convenient to the parties and the Court.

IT IS SO ORDERED.

*s/John J. McConnell, Jr.*

_____

John J. McConnell, Jr.
Chief Judge
United States District Court for the District of Rhode Island

January 31, 2025

A.R.000022

**Directive on NIH Priorities**

Agency: National Institutes of Health

Office of the Director

Action: Directive

**FOR FURTHER INFORMATION CONTACT:**

National Institutes of Health

Office of the Director

EFFECTIVE DATE: February 21, 2025

**Restoring Scientific Integrity and Protecting the Public Investment in NIH Awards**

The National Institutes of Health (NIH) is the largest public funder of biomedical and behavioral research in the world. The public trusts NIH with substantial funds to foster creative discoveries that will improve health and prevent disease in this Country. Accordingly, NIH is committed to promoting only the highest level of scientific integrity, public accountability, and social responsibility in the programs it funds. And NIH promises to prioritize the funding of projects that will generate a high return on the public's investment, so that taxpayer dollars are not going to waste. Every dollar should be used to make Americans live longer, healthier lives.

This mission requires NIH to ensure that it is not supporting low-value and off-mission research programs, including but not limited to studies based on diversity, equity, and inclusion (DEI) and gender identity. While this description of NIH's mission is consistent with recent Executive Orders issued by the President, I issue this directive based on my expertise and experience; consistent with NIH's own obligation to pursue effective, fiscally prudent research; and pursuant to NIH authorities that exist independently of, and precede, those Executive Orders.

Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, DEI studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans. Therefore, it is the policy of NIH not to prioritize such research programs.

Likewise, research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans. Many such studies ignore, rather than seriously examine, biological realities. It is the policy of NIH not to prioritize these research programs either.

For these reasons and pursuant to, among other authorities, 42 U.S.C. § 282(b) and 45 C.F.R. Part 75 (45 C.F.R. §§ 75.207, 75.210, 75.371–373),[1] the Director of NIH hereby directs:

> NIH personnel shall conduct an internal review of all contract solicitations and notices of funding opportunities; applications pending Type 1 and Type 2 awards; existing awards; cooperative agreements; and other transactions. Such review shall be aimed at ensuring NIH grants, contracts, cooperative agreements, and other transactions do not fund or support low-value and off-mission research activities or projects – including DEI and gender identity research activities and programs. NIH personnel should also ensure grants, contracts, cooperative agreements, and other transactions are free from fraud, abuse, and duplication, and are being implemented consistent with federal law.

This Directive shall be implemented by all relevant NIH personnel, including but not limited to those in the Office of Extramural Research, Office of Intramural Research, and the Division of Program Coordination, Planning, and Strategic Initiatives. Grants, contracts, cooperative agreements, and other transactions deemed inconsistent with NIH's mission may, where permitted by applicable law, be subject to funding restrictions, terminated or partially terminated, paused, and/or not continued or renewed, in compliance with all procedural requirements.

Notwithstanding this Directive, and consistent with any court orders that may apply, no open award disbursements may be paused in reliance upon Office of Management and Budget Memorandum M-25-13 or any Executive Order underlying that Memorandum. Previous instructions ordering the immediate release of such funds remain in effect. Also, consistent with any court orders that may apply, this Directive does not instruct personnel to condition or withhold federal funding pursuant to Section 4 of Executive Order 14,187 (Protecting Children from Chemical and Surgical Mutilation) based on the fact that a healthcare entity or health professional provides care or treatment.

Dated: February 21, 2025

Matthew J. Memoli, M.D.
Acting Director of NIH

---

[1] To be clear, these citations are illustrative, not exhaustive. Further explanation of the range of statutory and regulatory authorities that support actions taken pursuant to this Directive will be issued as appropriate.

| | |
|---|---|
| **From:** | Bulls, Michelle (NIH/OD) [E] |
| **To:** | Chief GMOs |
| **Cc:** | Bulls, Michelle (NIH/OD) [E]; Ta, Kristin (NIH/OD) [E]; Sass-Hurst, Brian (NIH/OD) [E] |
| **Subject:** | DEI Staff Guidance - Final - March 4 2025 |
| **Date:** | Tuesday, March 4, 2025 11:02:00 AM |
| **Attachments:** | DEI Staff Guidance - Final 3.4.25.pdf |

Good morning,

Attached is staff guidance that includes the DEI term along with details on when the term must be applied. Let's plan to talk through this guidance and note Dr. Memoli has **approved** the DEI term for immediate use. I have also added the process for terminating awards based in DEI as provided to us by HHS. I will follow up with a few of you to pull out the details needed to address terminations that were made yesterday—just to pull the information out and to address specific questions. Finishing up meetings and then, I will that information out to all that were impacted by yesterday's termination list provided to us by HHS/ASA.

Thanks,

Michelle

## Staff Guidance –Award Assessments for Alignment with Agency Priorities - March 2025

**Background**

This staff guidance rescinds the guidance provided in the February 13, 2025, memo to IC Chief Grants Management Officers entitled Supplemental Guidance – NIH Review of Agency Priorities Based on the New Administration's Goals. In accordance with the Secretarial Directive on DEI Related Funding (Appendix 1), NIH will no longer prioritize research and research training programs that focus on Diversity, Equity and Inclusion (DEI).  Terminations that result from science that no longer effectuates NIH's priorities must follow the appeals guidance below. All other terminations for noncompliance require, always, appeal language.

Prior to issuing all awards (competing and non-competing) or approving requests for carryover, ICs must review the specific aims assess whether the proposed project contains any DEI research activities or DEI language that give the perception that NIH funds can be used to support these activities. To avoid issuing awards, in error, that support DEI activities ICs must take care to completely excise all DEI activities using the following categories.

> **Category 1:** The sole purpose of the project is DEI related (e.g., diversity supplements or conference grant where the purpose of the meeting is diversity), and/or the application was received in response to a NOFO that was unpublished as outlined above.
>
> o Action: ICs must not issue the award.
>
> **Category 2**: Project partially supports DEI activities (i.e., the project may still be viable if those aims or activities are negotiated out, without significant changes from the original peer-reviewed scope) this means DEI activities are ancillary to the purpose of the project. In some cases, not readily visible. This category requires a scientific assessment and requires the GM to use the DEI Restriction Term of Award in Section IV of the Notice of Award, no exceptions will be allowed without a deviation from the Office of Policy for Extramural Research Administration (OPERA)/Office of Extramural Research (OER).
>
> o Action 1: Funding IC must negotiate with the applicant/recipient to address the activities that are non-compliant, along with the associated funds that support those activities, obtain revised aims and budgets, and document the changes in the grant file.
>
> o Action 2: Once the IC and the applicant/recipient have reached an agreement, issue the award and include the DEI Term and Condition of Award in Section IV of the Notice of Award. Hard funds restrictions are not required.
>
>> ▪ **Note:** If the IC and the applicant/recipient cannot reach an agreement, or the project is no longer viable without the DEI related activities, the IC cannot proceed with the award. For ongoing projects, the IC must work with OPERA to negotiate a bilateral termination of the project. Where bilateral termination cannot be reached, the IC must unilaterally terminate the project. Terminated awards (bilaterally or unilaterally) should follow the process identified in Appendix 2.

**Category 3:** Project does not support DEI activities, but may contain language related to DEI (e.g., statement regarding institutional commitment to diversity in the 'Facilities & Other Resources' attachment and terminology related to structural racism—this is not all-inclusive).

- o   Action 1: Funding IC must request an updated application/RPPR with the DEI language removed.
- o   Action 2: Once the language has been removed, the IC may proceed with issuing the award.

**Category 4:** Project does not support any DEI activities
- o   Action: IC may proceed with issuing the award.



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Office of the Secretary

Washington, D.C. 20201

## SECRETARIAL DIRECTIVE ON DEI-RELATED FUNDING

February 10, 2025

The Department of Health and Human Services has an obligation to ensure that taxpayer dollars are used to advance the best interests of the government. This includes avoiding the expenditure of federal funds on programs, or with contractors or vendors, that promote or take part in diversity, equity, and inclusion ("DEI") initiatives or any other initiatives that discriminate on the basis of race, color, religion, sex, national origin, or another protected characteristic. Contracts and grants that support DEI and similar discriminatory programs can violate Federal civil rights law and are inconsistent with the Department's policy of improving the health and well-being of all Americans.

These contracts and grants can cause serious programmatic failures and yet it is currently impossible to access sufficient information from a centralized source within the Department of Health and Human Services to assess them. Specifically, there is no one method to determine whether payments the agency is making to contractors, vendors, and grantees for functions related to DEI and similar programs are contributing to the serious problems and acute harms DEI initiatives may pose to the Department's compliance with Federal civil rights law as well as the Department's policy of improving the health and well-being of all Americans. It is also currently impossible to assess whether payments the Department is making are free from fraud, abuse, and duplication, as well as to assess whether current contractual arrangements, vendor agreements, and grant awards related to these functions are in the best interests of the United States. *See* FAR 12.403(b), 49.101; 45 C.F.R. § 75.371-372. Finally, it is also impossible to determine with current systems whether current contracts and grant awards are tailored to ameliorate these specific problems and the broader problem of DEI and similar programs rather than exacerbate them. The Department has an obligation to ensure that no taxpayer dollars are lost to abuse or expended on anything other than advancing the best interests of the nation.

For these reasons, pursuant to, among other authorities, FAR 12.403(b) and 49.101 and 45 C.F.R. § 75.371- 372, the Secretary of Health and Human Services hereby DIRECTS as follows:

> **Agency personnel shall briefly pause all payments made to contractors, vendors, and grantees related to DEI and similar programs for internal review for payment integrity. Such review shall include but not be limited to a review for fraud, waste, abuse, and a review of the overall contracts and grants to determine whether those contracts or grants are in the best interest of the government and consistent with current policy priorities. In addition, if after review the Department has determined that a contract is inconsistent with Department priorities and no longer in the interest of the government, such contracts may be terminated pursuant to the Department's authority to terminate for convenience contracts that are not "in the best interests of the Government," see FAR 49.101(b); 12.403(b). Furthermore, grants may be terminated in accordance with federal law.**

1

This Directive shall be implemented through the Department's contracts and payment management systems by personnel with responsibility for such systems who shall, in doing so, comply with all notice and procedural requirements in each affected award, agreement, or other instrument. Whenever a DEI or similar contract or grant is paused for review, Department personnel shall immediately send such payment to Scott Rowell, Deputy Chief of Staff for Operations, for prompt review to determine whether or not the payment is appropriate and should be made. Payments on paused contracts shall remain paused and already terminated contracts shall remain terminated pending completion of that review to the maximum extent permitted by law and all applicable notice and procedural requirements in the affected award, agreement, or other instrument.

I thank you for your attention to this matter, as well as your efforts to ensure that no taxpayer dollars are misspent.

*Dorothy A. Fink*

Dorothy A. Fink, M.D., Acting Secretary

**Appendix 2 – Guidance for staff to use when terminating awards identified by HHS or the IC.**

- Issue a revised NOA.

    - Change the budget and project period end dates to match the date of the termination letter.

    - Check PMS, determine amount of funds remaining, and deobligate the amount reflected in PMS when revising the NOA. Note: This applies to Multi-Year Funded Awards, as well. Work with FFR-C if you have questions regarding deobligating funds to avoid placing the recipient in debt collection.

    - Remove all future years from the project, where applicable. If the grant is in a no cost extension, and the HHS requests a termination, the project must be terminated

    - Use the following termination term: This award related to [select the appropriate example relevant to your project by choosing one of the highlighted examples DEI, China, or Transgender issues] no longer effectuates agency priorities. It is the policy of NIH not to further prioritize these research programs. Therefore, the award is terminated. [Refer to Appendix 3 for language provided to NIH by HHS.] Please be advised that your organization, as part of the orderly closeout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR)) within 120 days of the end of this grant to avoid unilateral closeout.

    - Insert restriction language that allows for the recipients to use a portion of funds to support the health and safety of patients and orderly closeout of the project.

        - Sample language for use: "Funds in the amount of $xxxxxxx [insert $ amount total cost] may be used to support patient safety and orderly closeout of the project. Funds used to support any other research activities will be disallowed and recovered."

- Appeals language must be used (prior to October 1, 2025):
    - NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 8.5.2.   This letter represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you mail or email a written notice of appeal to Dr. Matthew Memoli.

        Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be postmarked no later than 30 days after the postmarked date of this notice.

- Termination actions taken based on agency priorities do not require appeals language because the action was not based on administrative nor programmatic noncompliance

**Appendix 3 – Language provided to NIH by HHS providing examples for research activities that NIH no longer supports.**

- China: Bolstering Chinese universities does not enhance the American people's quality of life or improve America's position in the world.  On the contrary, funding research in China contravenes American national-security interests and hinders America's foreign-policy objectives.

- DEI: Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness.  Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans.  Therefore, it is the policy of NIH not to prioritize such research programs.

- Transgender issues:  Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans.  Many such studies ignore, rather than seriously examine, biological realities.  It is the policy of NIH not to prioritize these research programs.

**Appendix 4 – Approved Term – Use for all Category 2 awards, i.e., renegotiated aims and associated budgets. Approval embedded below. ICs should use this term in the IC specific award conditions**

**Term and Condition of Award**

NIH and the recipient have renegotiated the scope of this award.  Pursuant to the revised scope, NIH funds may only be used to support activities within the revised scope of the award. NIH funds may not be used to support activities that are outside the revised scope of the award, including Diversity Equity and Inclusion (DEI) research or DEI-related research training activities or programs.  Any funds used to support activities outside the scope will result in a disallowance of costs, and funds will be recovered.

This term is consistent with NIH's ongoing internal review of NIH's priorities and the alignment of awards with those priorities as well as a review of program integrity of awards. Such review includes, but is not limited to, a review for fraud, waste and abuse, and a review of the NIH portfolio to determine whether awards are in the best interests of the government and consistent with policy priorities. If recipients are unclear on whether a specific activity constitutes DEI or has questions regarding other activities that could be considered outside the scope of the award, refrain from drawing down funds and consult with the funding IC, particularly where the activity may impact the specific aims, goals, and objectives of the project.

Approval email from Dr. Memoli (Acting Director, NIH) on Friday, February 28, 2025.

| | |
|---|---|
| **From:** | Memoli, Matthew (NIH/OD) [E] |
| **To:** | Bundesen, Liza (NIH/OD) [E] |
| **Cc:** | Bulls, Michelle G. (NIH/OD) [E]; Lankford, David (NIH/OD) [E]; Butler, Benjamin (NIH/OD) [E]; Jacobs, Anna (NIH/OD) [E]; Burklow, John (NIH/OD) [E] |
| **Subject:** | Re: Clean Version of DEI Restriction Term - Final |
| **Date:** | Friday, February 28, 2025 2:54:19 PM |

approved

Matt

Get Outlook for iOS

---

**From:** Bundesen, Liza (NIH/OD) [E] <lbundese@mail.nih.gov>
**Sent:** Friday, February 28, 2025 2:53:21 PM
**To:** Memoli, Matthew (NIH/OD) [E] <matthew.memoli@nih.gov>
**Cc:** Bulls, Michelle G. (NIH/OD) [E] <michelle.bulls@nih.gov>; Lankford, David (NIH/OD) [E] <lankford@od31tm1.od.nih.gov>; Butler, Benjamin (NIH/OD) [E] <butlerben@mail.nih.gov>; Jacobs, Anna (NIH/OD) [E] <anna.jacobs2@nih.gov>; Burklow, John (NIH/OD) [E] <burklowj@od.nih.gov>
**Subject:** Clean Version of DEI Restriction Term - Final

Hi Matt,

Attached is the term and condition of award for your approval.  Please let us know if you approve and we will implement.

Thank you,
Liza

| | |
|---|---|
| **From:** | Bulls, Michelle (NIH/OD) [E] |
| **To:** | Chief GMOs |
| **Cc:** | Bulls, Michelle (NIH/OD) [E]; Ta, Kristin (NIH/OD) [E]; Sass-Hurst, Brian (NIH/OD) [E]; Whatley, Alan (NIH/OD) [E] |
| **Subject:** | RE: DEI Staff Guidance - Final - March 4 2025 |
| **Date:** | Tuesday, March 4, 2025 2:08:00 PM |
| **Attachments:** | DEI Staff Guidance - Final - March 4 2025.pdf |

Hi,

Updated to add watermark, not for distribution label, and to provide clarity on deobligating the funds after termination letters are submitted.

**For CGMOs that issued termination letters yesterday (and Friday, if you still need to revise your awards) – please review Appendix 2 – Guidance for staff to use when terminating awards identified by HHS or the IC related to DEI and let me know if you need any additional information. If not, please proceed with revising the awards that you sent termination letters for using the attached guidance. Please let me know when the awards have been issued.** I appreciate your time and sorry for so many emails on this just trying to make sure we get this right. Let me know if you have any questions and we will discuss tomorrow.

Thanks,

Michelle

**From:** Bulls, Michelle G. (NIH/OD) [E]
**Sent:** Tuesday, March 4, 2025 11:02 AM
**To:** Chief GMOs
**Cc:** Bulls, Michelle G. (NIH/OD) [E] ; Ta, Kristin (NIH/OD) [E] ; Sass-Hurst, Brian (NIH/OD) [E]
**Subject:** DEI Staff Guidance - Final - March 4 2025

Good morning,

Attached is staff guidance that includes the DEI term along with details on when the term must be applied. Let's plan to talk through this guidance and note Dr. Memoli has **approved** the DEI term for immediate use. I have also added the process for terminating awards based in DEI as provided to us by HHS. I will follow up with a few of you to pull out the details needed to address terminations that were made yesterday—just to pull the information out and to address specific questions. Finishing up meetings and then, I will <span style="color:red">send the specific details from the attached document to the ICs</span> that were impacted by yesterday's termination list provided to us by HHS/ASA. <span style="color:red">[my apologies for sending this in the middle of a meeting, and missing words! This email was edited to provide clarity]</span>

Thanks,

Michelle

INTERNAL: NOT FOR DISTRIBUTION OUTSIDE THE GOVERNMENT

## NIH Grants Management Staff Guidance –Award Assessments for Alignment with Agency Priorities - March 2025

**Background**

This staff guidance rescinds the guidance provided in the February 13, 2025, memo to IC Chief Grants Management Officers entitled Supplemental Guidance – NIH Review of Agency Priorities Based on the New Administration's Goals. In accordance with the Secretarial Directive on DEI Related Funding (Appendix 1), NIH will no longer prioritize research and research training programs that focus on Diversity, Equity and Inclusion (DEI).  Terminations that result from science that no longer effectuates NIH's priorities must follow the appeals guidance below. All other terminations for noncompliance require, always, appeal language.

Prior to issuing all awards (competing and non-competing) or approving requests for carryover, ICs must review the specific aims assess whether the proposed project contains any DEI research activities or DEI language that give the perception that NIH funds can be used to support these activities. To avoid issuing awards, in error, that support DEI activities ICs must take care to completely excise all DEI activities using the following categories.

> **Category 1:** The sole purpose of the project is DEI related (e.g., diversity supplements or conference grant where the purpose of the meeting is diversity), and/or the application was received in response to a NOFO that was unpublished as outlined above.
>
> o   Action: ICs must not issue the award.
>
> **Category 2**: Project partially supports DEI activities (i.e., the project may still be viable if those aims or activities are negotiated out, without significant changes from the original peer-reviewed scope) this means DEI activities are ancillary to the purpose of the project. In some cases, not readily visible. This category requires a scientific assessment and requires the GM to use the DEI Restriction Term of Award in Section IV of the Notice of Award, no exceptions will be allowed without a deviation from the Office of Policy for Extramural Research Administration (OPERA)/Office of Extramural Research (OER).
>
> o   Action 1: Funding IC must negotiate with the applicant/recipient to address the activities that are non-compliant, along with the associated funds that support those activities, obtain revised aims and budgets, and document the changes in the grant file.
>
> o   Action 2: Once the IC and the applicant/recipient have reached an agreement, issue the award and include the DEI Term and Condition of Award in Section IV of the Notice of Award. Hard funds restrictions are not required.
>
> > ▪   **Note:** If the IC and the applicant/recipient cannot reach an agreement, or the project is no longer viable without the DEI related activities, the IC cannot proceed with the award. For ongoing projects, the IC must work with OPERA to negotiate a bilateral termination of the project. Where bilateral termination cannot be reached, the IC must unilaterally terminate the project. Terminated awards (bilaterally or unilaterally) should follow the process identified in Appendix 2.

INTERNAL: NOT FOR DISTRIBUTION OUTSIDE THE GOVERNMENT

**Category 3:** Project does not support DEI activities, but may contain language related to DEI (e.g., statement regarding institutional commitment to diversity in the 'Facilities & Other Resources' attachment and terminology related to structural racism—this is not all-inclusive).

- o   Action 1: Funding IC must request an updated application/RPPR with the DEI language removed.
- o   Action 2: Once the language has been removed, the IC may proceed with issuing the award.

**Category 4:** Project does not support any DEI activities
- o   Action: IC may proceed with issuing the award.

**DEPARTMENT OF HEALTH & HUMAN SERVICES**    Office of the Secretary

Washington, D.C. 20201

## SECRETARIAL DIRECTIVE ON DEI-RELATED FUNDING

February 10, 2025

The Department of Health and Human Services has an obligation to ensure that taxpayer dollars are used to advance the best interests of the government. This includes avoiding the expenditure of federal funds on programs, or with contractors or vendors, that promote or take part in diversity, equity, and inclusion ("DEI") initiatives or any other initiatives that discriminate on the basis of race, color, religion, sex, national origin, or another protected characteristic. Contracts and grants that support DEI and similar discriminatory programs can violate Federal civil rights law and are inconsistent with the Department's policy of improving the health and well-being of all Americans.

These contracts and grants can cause serious programmatic failures and yet it is currently impossible to access sufficient information from a centralized source within the Department of Health and Human Services to assess them. Specifically, there is no one method to determine whether payments the agency is making to contractors, vendors, and grantees for functions related to DEI and similar programs are contributing to the serious problems and acute harms DEI initiatives may pose to the Department's compliance with Federal civil rights law as well as the Department's policy of improving the health and well-being of all Americans. It is also currently impossible to assess whether payments the Department is making are free from fraud, abuse, and duplication, as well as to assess whether current contractual arrangements, vendor agreements, and grant awards related to these functions are in the best interests of the United States. *See* FAR 12.403(b), 49.101; 45 C.F.R. § 75.371-372. Finally, it is also impossible to determine with current systems whether current contracts and grant awards are tailored to ameliorate these specific problems and the broader problem of DEI and similar programs rather than exacerbate them. The Department has an obligation to ensure that no taxpayer dollars are lost to abuse or expended on anything other than advancing the best interests of the nation.

For these reasons, pursuant to, among other authorities, FAR 12.403(b) and 49.101 and 45 C.F.R. § 75.371- 372, the Secretary of Health and Human Services hereby DIRECTS as follows:

> **Agency personnel shall briefly pause all payments made to contractors, vendors, and grantees related to DEI and similar programs for internal review for payment integrity. Such review shall include but not be limited to a review for fraud, waste, abuse, and a review of the overall contracts and grants to determine whether those contracts or grants are in the best interest of the government and consistent with current policy priorities. In addition, if after review the Department has determined that a contract is inconsistent with Department priorities and no longer in the interest of the government, such contracts may be terminated pursuant to the Department's authority to terminate for convenience contracts that are not "in the best interests of the Government," see FAR 49.101(b); 12.403(b). Furthermore, grants may be terminated in accordance with federal law.**

1

This Directive shall be implemented through the Department's contracts and payment management systems by personnel with responsibility for such systems who shall, in doing so, comply with all notice and procedural requirements in each affected award, agreement, or other instrument. Whenever a DEI or similar contract or grant is paused for review, Department personnel shall immediately send such payment to Scott Rowell, Deputy Chief of Staff for Operations, for prompt review to determine whether or not the payment is appropriate and should be made. Payments on paused contracts shall remain paused and already terminated contracts shall remain terminated pending completion of that review to the maximum extent permitted by law and all applicable notice and procedural requirements in the affected award, agreement, or other instrument.

I thank you for your attention to this matter, as well as your efforts to ensure that no taxpayer dollars are misspent.

Dorothy A. Fink, M.D., Acting Secretary

**Appendix 2 – Guidance for staff to use when terminating awards identified by HHS or the IC.**

- Issue a revised NOA.

  - Change the budget and project period end dates to match the date of the termination letter.

  - Check PMS, determine amount of funds remaining, and deobligate the amount reflected in PMS. It is very important to notify the FFR-C: OPERAFFRInquiries@od.nih.gov on all IC deoblgiations prior to reducing the award, so the FFR-C can deobligate any remaining 'cents' to avoid challenges with financial closeout.

  - Note: This applies to Multi-Year Funded Awards, as well. Please contact the FFR-C if you have questions regarding deobligating funds to avoid placing the recipient in debt collection.

  - Remove all future years from the project, where applicable. If the grant is in a no cost extension, and the HHS requests a termination, the project must be terminated

  - Use the following termination term: This award related to [select the appropriate example relevant to your project by choosing one of the highlighted examples DEI, China, or Transgender issues] no longer effectuates agency priorities. It is the policy of NIH not to further prioritize these research programs. Therefore, the award is terminated. [Refer to Appendix 3 for language provided to NIH by HHS.] Please be advised that your organization, as part of the orderly closeout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR), **as applicable**) within 120 days of the end of this grant to avoid unilateral closeout.

  - Insert restriction language that allows for the recipients to use a portion of funds to support the health and safety of patients and orderly closeout of the project.

    - Sample language for use: "Funds in the amount of <mark>$xxxxxxx [insert $ amount total cost]</mark> may be used to support patient safety and orderly closeout of the project. Funds used to support any other research activities will be disallowed and recovered."

- Appeals language must be used (prior to October 1, 2025):
  - NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 8.5.2.  This letter represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you mail or email a written notice of appeal to Dr. Matthew Memoli.

    Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally,

INTERNAL: NOT FOR DISTRIBUTION OUTSIDE THE GOVERNMENT

the appeal must be signed by the institutional official authorized to sign award applications and must be postmarked no later than 30 days after the postmarked date of this notice.

- Termination actions taken based on agency priorities do not require appeals language because the action was not based on administrative nor programmatic noncompliance

**Appendix 3 – Language provided to NIH by HHS providing examples for research activities that NIH no longer supports.**

- China: Bolstering Chinese universities does not enhance the American people's quality of life or improve America's position in the world.  On the contrary, funding research in China contravenes American national-security interests and hinders America's foreign-policy objectives.

- DEI: Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness.  Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans.  Therefore, it is the policy of NIH not to prioritize such research programs.

- Transgender issues:  Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans.  Many such studies ignore, rather than seriously examine, biological realities.  It is the policy of NIH not to prioritize these research programs.

**Appendix 4 – Approved Term – Use for all Category 2 awards, i.e., renegotiated aims and associated budgets. Approval embedded below. ICs should use this term in the IC specific award conditions**

**Term and Condition of Award**

NIH and the recipient have renegotiated the scope of this award.  Pursuant to the revised scope, NIH funds may only be used to support activities within the revised scope of the award.  NIH funds may not be used to support activities that are outside the revised scope of the award, including Diversity Equity and Inclusion (DEI) research or DEI-related research training activities or programs.  Any funds used to support activities outside the scope will result in a disallowance of costs, and funds will be recovered.

This term is consistent with NIH's ongoing internal review of NIH's priorities and the alignment of awards with those priorities as well as a review of program integrity of awards. Such review

INTERNAL: NOT FOR DISTRIBUTION OUTSIDE THE GOVERNMENT

includes, but is not limited to, a review for fraud, waste and abuse, and a review of the NIH portfolio to determine whether awards are in the best interests of the government and consistent with policy priorities. If recipients are unclear on whether a specific activity constitutes DEI or has questions regarding other activities that could be considered outside the scope of the award, refrain from drawing down funds and consult with the funding IC, particularly where the activity may impact the specific aims, goals, and objectives of the project.

Approval email from Dr. Memoli (Acting Director, NIH) on Friday, February 28, 2025.

| | |
|---|---|
| **From:** | Memoli, Matthew (NIH/OD) [E] |
| **To:** | Bundesen, Liza (NIH/OD) [E] |
| **Cc:** | Bulls, Michelle G. (NIH/OD) [E]; Lankford, David (NIH/OD) [E]; Butler, Benjamin (NIH/OD) [E]; Jacobs, Anna (NIH/OD) [E]; Burklow, John (NIH/OD) [E] |
| **Subject:** | Re: Clean Version of DEI Restriction Term - Final |
| **Date:** | Friday, February 28, 2025 2:54:19 PM |

approved

Matt

Get Outlook for iOS

---

**From:** Bundesen, Liza (NIH/OD) [E] <lbundese@mail.nih.gov>
**Sent:** Friday, February 28, 2025 2:53:21 PM
**To:** Memoli, Matthew (NIH/OD) [E] <matthew.memoli@nih.gov>
**Cc:** Bulls, Michelle G. (NIH/OD) [E] <michelle.bulls@nih.gov>; Lankford, David (NIH/OD) [E] <lankford@od31tm1.od.nih.gov>; Butler, Benjamin (NIH/OD) [E] <butlerben@mail.nih.gov>; Jacobs, Anna (NIH/OD) [E] <anna.jacobs2@nih.gov>; Burklow, John (NIH/OD) [E] <burklowj@od.nih.gov>
**Subject:** Clean Version of DEI Restriction Term - Final

Hi Matt,

Attached is the term and condition of award for your approval.  Please let us know if you approve and we will implement.

Thank you,
Liza

| From: | Bulls, Michelle (NIH/OD) [E] |
|---|---|
| To: | Chief GMOs |
| Cc: | Bulls, Michelle (NIH/OD) [E]; Ta, Kristin (NIH/OD) [E] |
| Subject: | Award Revision Guidance and List of Terminated Grants via letter on 3/12 |
| Date: | Thursday, March 13, 2025 4:03:00 PM |
| Attachments: | Termination Categories 3.13.25.docx |
| | Terminated Grants 3-12_no subprojects.xlsx |

Chiefs,

Attached are two items: 1) updated categories for you to use when issuing NOAs to officially terminate the awards where letters were issued, and 2) the list of termination letters that were issued yesterday. Please revise your NOAs related to the attached list by next **Wednesday, March 13, 2025, cob**. It is extremely important that issue the revised awards timely. If there are delays, please let me know and we can try to help somehow/some way. I appreciate you all.

**Please save this guidance** until we can clear the updated staff guidance, and you will need this to issue revised awards. Note: If your IC is not listed on the attached spreadsheet – no action is required, at this time.

**Guidance** for IC staff to use when terminating awards identified by HHS or the IC due to DEI or other agency priorities.

- Issue a revised NOA.
    1. Change the budget and project period end dates to match the date of the termination letter.
    2. OPERA will place a hard funds restriction on all documents within the excel spreadsheet. Do not deobigate any funds when you issue the revised award to terminate the projects. If there are no animals and humans, FFR-C will deobligate the awards after the Final FFRs are submitted. No deoblgiation actions required from the ICs.
    3. Remove all future years from the project, where applicable. If the grant is in a no cost extension, and HHS requests a termination, the project must be terminated.
    4. Termination Term to be used **DELETE THE OLD TERM RELATED TO DOLLAR AMOUNTS FOR HARD FUNDS RESTRICTIONS – IT IS NO LONGER APPLICABLE**.

        It is the policy of NIH not to prioritize ==[insert termination category language]==. Therefore, this project is terminated. ==[RECIPIENT NAME]== may request funds to support patient safety and orderly closeout of the project. Funds used to support any other research activities will be disallowed and recovered. Please be advised that your organization, as part of the orderly closeout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR), **as applicable**) within 120 days of the end of this grant.

        NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 8.5.2. This revised award represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a

copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be dated no later than 30 days after the date of this notice.

Thanks,
Michelle

**Termination Categories**

- China: Bolstering Chinese universities does not enhance the American people's quality of life or improve America's position in the world.  On the contrary, funding research in China contravenes American national-security interests and hinders America's foreign-policy objectives.

- DEI: Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness.  Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans.  Therefore, it is the policy of NIH not to prioritize such research programs.

- Gender:  Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans.  Many such studies ignore, rather than seriously examine, biological realities.  It is the policy of NIH not to prioritize these research programs.

- Vaccine Hesitancy: It is the policy of NIH not to prioritize research activities that focuses gaining scientific knowledge on why individuals are hesitant to be vaccinated and/or explore ways to improve vaccine interest and commitment. NIH is obligated to carefully steward grant awards to ensure taxpayer dollars are used in ways that benefit the American people and improve their quality of life.  Your project does not satisfy these criteria.

**From:**        Bulls, Michelle (NIH/OD) [E]
**To:**          Chief GMOs
**Cc:**          Lorsch, Jon (NIH/NIGMS) [E]; EPMC Principals; Bulls, Michelle (NIH/OD) [E]
**Subject:**     Updated Staff Guidance
**Date:**        Tuesday, March 25, 2025 4:44:00 PM
**Attachments:** NIH Grants Management Staff Guidance – Award Assessments for Alignment with Agency Priorities - 3.25.25.pdf

Hi,

A few updates:

- File Name Updated to align with actual document title (instead of DEI staff guidance).
- Appendix 3 language re DEI corrected.
- New Appendix 7 added re: PMS actions.
- Will consult w/OGC tomorrow on Climate Change language and will add it once received.

Reminder – this document is a living and breathing document, we will add to it daily for a while, but at least you have a few more details. Please let me know if you have additional questions.

INTERNAL: NOT FOR DISTRIBUTION OUTSIDE THE GOVERNMENT

## NIH Grants Management Staff Guidance – Award Assessments for Alignment with Agency Priorities- March 2025

## Issue Date: March 25, 2025

**Background**

This staff guidance rescinds the guidance provided in the February 13, 2025, memo to IC Chief Grants Management Officers entitled Supplemental Guidance – NIH Review of Agency Priorities Based on the New Administration's Goals. In accordance with the Secretarial Directive on DEI Related Funding (Appendix 1), NIH will no longer prioritize research and research training programs that focus on Diversity, Equity and Inclusion (DEI).  Terminations that result from science that no longer effectuates NIH's priorities related to DEI, gender identity and other scientific areas must follow the appeals guidance below. All other terminations for noncompliance require, always, appeal language.

Prior to issuing all awards (competing and non-competing) or approving requests for carryover, ICs must review the specific aims/major goals of the project to assess whether the proposed project contains any DEI, gender identity or other research activities that are not an NIH/HHS priority/authority.  To avoid issuing awards, in error, that support these activities ICs must take care to completely excise all non-priority activities using the following categories.

ICs should review the current application/RPPR under consideration, only. ICs should not request retroactive changes to previous RPPRs and competitive applications to modify language related to research that has already been conducted. Categories 1-3 are IC determinations not those ordered by HHS.

**Category 1:** The sole purpose of the project is related to an area that is no longer an NIH/HHS priority/authority (e.g., diversity supplements, diversity fellowships, or conference grant where the purpose of the meeting is diversity), and/or the application was received in response to a NOFO that has been unpublished due to its focus on activities that are no longer an NIH/HHS priority/authority. This applies to all projects, including phased awards, etc.

- o **Action:** ICs must not issue the award (competing or non-competing).
- o For ongoing projects where NIH will not issue the next Type 5 (IC determination not HHS list), the IC must:
  - o Issue a revised award to remove all outyears.
  - o Add the action to the master spreadsheet located at: OD OPERA Grant Action Tracking (access limited to CGMOs).
  - o Include the following term in the revised NOA:

  *Term of Award:*

  It is the policy of NIH not to prioritize research programs related to [insert category from Appendix 3, verbatim]. Therefore, no additional funding will be awarded for this project, and all future years have been removed. [RECIPIENT NAME] may request funds to support patient safety and orderly closeout of the project, and remaining funds will be deobligated. Funds used to support any

INTERNAL: NOT FOR DISTRIBUTION OUTSIDE THE GOVERNMENT

other research activities will be disallowed and recovered. Please be advised that your organization, as part of the orderly closeout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR), **as applicable**) within 120 days of the end of this grant.

NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 8.5.2. This revised award represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be dated no later than 30 days after the date of this notice.

o   Check PMS to determine amount of funds remaining, and if funds are available request a hard funds restriction of all funds except $1 in PMS.

o   **No cost extension requests:** For second and third NCE's, ICs must determine if the sole purpose of the grant was to support research activities that are no longer an NIH/HHS priority/authority and, if so, issue an award to end the grant project (use disapproved extension term below). If the non-NIH/HHS priority/authority research activities are ancillary to the project, approve the extension (use approved extension term below). Reminder – even if a grant project is in an NCE, IC staff must still determine if non-NIH/HHS priority/authority activities are proposed during the extension period. Extensions may only be approved for orderly closeout, and funds may not be used to support any non-NIH/HHS priority/authority research activities.

o   ICs may use the following term of award when approving/disapproving NCEs:
- **Term of Award (approved extension):** The no-cost extension has been approved for this project to support orderly closeout of the project, only. NIH grants funds must not be used to support [insert category – e.g., Diversity, Equity and Inclusion (DEI), gender identity, etc.] research or research training activities or programs. Any funds used to support such activities will result in a disallowance of costs, and funds will be recovered.
- **Term of Award (disapproved extension**): The no cost extension request for this project has been denied. Please proceed with orderly closeout of the project. NIH grant funds must not be used to support [insert category – e.g., Diversity, Equity and Inclusion (DEI), gender identity, etc.] research or research training activities or programs.

**Category 2**: Project partially supports non-NIH/HHS priority/authority activities (i.e., the project may still be viable if those aims or activities are negotiated out, without significant changes from the original peer-reviewed scope). This means the non-NIH/HHS priority/authority activities are

INTERNAL: NOT FOR DISTRIBUTION OUTSIDE THE GOVERNMENT

ancillary to the purpose of the project, in some cases, not readily visible. This category requires a scientific assessment and requires the GM to use the Restriction Term of Award in Section IV of the Notice of Award. No exceptions will be allowed without a deviation from the Office of Policy for Extramural Research Administration (OPERA)/Office of Extramural Research (OER).

- o Note: Activities required to comply with NIH inclusion policies are not considered DEI activities.
- o **Action 1:** Funding IC must negotiate with the applicant/recipient to address the activities that are non-compliant, along with the associated funds that support those activities, obtain revised aims and budgets, and document the changes in the grant file. The recipient/awardee cannot rebudget these funds, they must be recovered by the IC. OPERA is consulting with eRA on options to collect these application updates in a structured format.
  - ▪ Sample language for requesting application updates from the AOR: It is the policy of NIH not to prioritize [select one of the following: diversity, equity and inclusion (DEI) research programs, gender identity, vaccine hesitancy, climate change or countries of concern, e.g., China or South Africa.] [Funding IC] has identified [insert appropriate activity taken from the list above] activities within section [XXXX] of your application. Please work with the PD/PI to update the application sections and adjust the budget as appropriate to remove all [insert appropriate activity] activities and submit these updates to the Program Official and Grants Management Specialist for review and approval.
- o **Action 2:** Once the IC and the applicant/recipient have reached an agreement, issue the award and include the following Term and Condition of Award in Section IV of the Notice of Award. Hard funds restrictions are not required.

  **Term of Award (Approved 2/28/2025 – Refer to Appendix 4 for the approval from Dr. Memoli):**

  NIH and the recipient have renegotiated the scope of this award. Pursuant to the revised scope, NIH funds may only be used to support activities within the revised scope of the award. NIH funds may not be used to support activities that are outside the revised scope of the award, including [select one of the following: diversity, equity and inclusion (DEI) research programs, gender identity, vaccine hesitancy, climate change or countries of concern, e.g., China or South Africa, etc.] research or related research training activities or programs. Any funds used to support activities outside the scope will result in a disallowance of costs, and funds will be recovered.

  This term is consistent with NIH's ongoing internal review of NIH's priorities and the alignment of awards with those priorities as well as a review of program integrity of awards. Such review includes, but is not limited to, a review for fraud, waste and abuse, and a review of the NIH portfolio to determine whether awards are in the best interests of the government and consistent with policy priorities. If recipients are unclear on whether a specific activity constitutes

[select one of the following: diversity, equity and inclusion (DEI) research programs, gender identity, vaccine hesitancy, climate change or countries of concern, e.g., China or South Africa., etc.] or has questions regarding other activities that could be considered outside the scope of the award, refrain from drawing down funds and consult with the funding IC, particularly where the activity may impact the specific aims, goals, and objectives of the project.

- o **Unable to remove activities that are not an NIH/HHS priority/authority:** If the IC and the applicant/recipient cannot reach an agreement, or the project is no longer viable without the non-compliant activities, the IC cannot proceed with the award. For ongoing projects, the IC must work with OPERA to negotiate a bilateral termination of the project. Where bilateral termination cannot be reached, the IC must unilaterally terminate the project. Terminated awards (bilaterally or unilaterally) should follow the process identified in Category 4.

- o **Diversity Supplements:** Type 5 Diversity supplements may no longer be awarded. For ongoing awards, ICs must remove the diversity supplement activities prior to issuing the next Type 5 for the parent award and include the DEI Term and Condition of Award in Section IV of the NOA of the parent grant. The IC must revise the Diversity Supplement award to remove all outyears. If diversity supplement outyears were included in the previous NOA, the IC must revise the prior year award to remove references to those outyear commitments.

- o **Conference Grants:** If a conference supported by an NIH grant focuses on scientific topics that are unrelated to DEI, but the conference itself is targeted at a specific population (e.g., underrepresented groups), the IC must work with the applicant/recipient to open the conference up to all populations. If a negotiation to broaden the target audience is not feasible, or the conference is no longer viable, then the IC must terminate the award following the process in Category 4.

- o **Diversity Reports (e.g., Ts, R25, K12, and any others):** NIH is modifying the application instructions and RPPR instructions to remove requirements for diversity reports (e.g., Trainee Diversity Report). If ICs receive these reports in applications or RPPRs, the IC should not review the report. These reports provide diversity related information, but do not involve specific DEI activities.  ICs must use the following term: "NIH no longer requires the [name of diversity table/plans]. Therefore, NIH did not review the [name of diversity table/plans] provided. NIH funding may not be used to support any diversity, equity or inclusion (DEI) activities". Note: this section applies to diversity related reports, only. Other areas that are no longer NIH/HHS priorities/authority must be addressed under category 2 negotiations.

- o **Administrative Supplement Requests:** Administrative supplement applications should be reviewed for any activities that are no longer NIH/HHS priorities/authority and modified as needed. ICs do not need to retroactively review the competitive parent grant application– only the supplement application requires review.

**Category 2B:**

Prospective reviews by GM where the DEI language in certain sections of the application has to be removed even though the project itself is not focused on DEI but may have language or have been awarded from a DEI NOFO that is expired/taken down for revision to go back up once the language is appropriately excised.

Examples below, and in these cases, IC should consider using the Category 2 term of award but remove the negotiation language from the term:

- Resource Section
- Biosketch
- RPPRs

**Category 2C:**

Subprojects terminated by HHS.

- OPERA will restrict the funds associated with the project. No action required from the IC.

**Category 3:** Project does not support any DEI activities
- Action: IC may proceed with issuing the award.

**Category 4/HHS Departmental Authority Terminations:**

- OPERA receives a list from the Director, NIH or designee.
- OPERA will issue termination letters on behalf of the IC Chief Grants Management Officers. The IC CGMO will be copied on the email with the termination letter.
  - **Supplements – Parent Award Terminated:** If a terminated award has active supplement(s), all supplement awards must be terminated along with the parent.
  - **Supplement Terminated Only**: If a termination letter references a supplement only, and not the parent award, then the supplement alone must be terminated following the instructions below.
  - **Linked (or equivalent) Awards**: If one linked (or equivalent) award is terminated, the IC is only required to terminate the specific award noted in the letter. The IC must conduct a separate review to determine whether terminating that award will have a structural impact on the scientific design along with associated outcomes and act, as appropriate, to early terminate or allow the remaining awards to continue. Feel free to discuss with OPERA, as needed.
- When a termination letter is received, the IC must:

  - Issue a revised NOA within 3 business days of the date the termination letter was issued to the recipient.
    - Change the budget and project period end dates to match the date of the termination letter.

- OPERA will place a hard funds restriction on all PMS subaccounts as termination letters are issued. OPERAs Federal Financial Report Center (FFR-C) will deobligate the remaining funds after the Final FFRs are submitted. There is no deobligation action required from the ICs.
  - Remove all future years from the project, where applicable. If the grant is in a no cost extension, and HHS requests a termination, the project must be terminated even in a no cost extension. If the grant is in a no cost extension, and HHS did not request a termination, follow the NCE guidance above.
  - Include the following Termination Term in the revised NOA:

    It is the policy of NIH not to prioritize [insert termination category language from Appendix 3, verbatim]. Therefore, this project is terminated. [RECIPIENT NAME] may request funds to support patient safety and orderly closeout of the project. Funds used to support any other research activities will be disallowed and recovered. Please be advised that your organization, as part of the orderly closeout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR), **as applicable**) within 120 days of the end of this grant.

    NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 8.5.2. This revised award represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be dated no later than 30 days after the date of this notice.

  - Note: Appeals language must be included **prior to** October 1, 2025. After October 1, 2025, when HHS will fully adopt 2 CFR 200, per 2 CFR 200.340, termination actions taken based on agency priorities are not appealable. This is different from terminations based on noncompliance (administrative and programmatic).
- eRA provides OPERA with daily reports on NOAs issued, so ICs do not need to report to OPERA on each action completed.

**Category 5: Awards to Entities in certain foreign countries**

- Additional guidance on awards to foreign entities is forthcoming. At this time, ICs should hold all awards to entities located in South Africa or countries identified on any of the following lists.
  - State Department Countries of Particular Concern
  - State Sponsors of Terrorism
  - Final Rule Restricting Transfer of Personal U.S. Data to Countries of Concern

6

INTERNAL: NOT FOR DISTRIBUTION OUTSIDE THE GOVERNMENT

- Office of Foreign Assets Control Sanctions List

**Separation of Duties Guidance:**

OPERA has issued a Separation of Duties (SOD) waiver for all CGMOs, specific to the HHS Departmental Authorities termination actions, to allow IC CGMOs to work up and issue termination actions. Copy available in Teams.



A.R.000052

Appendix 1

**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Office of the Secretary

Washington, D.C. 20201

## SECRETARIAL DIRECTIVE ON DEI-RELATED FUNDING

February 10, 2025

The Department of Health and Human Services has an obligation to ensure that taxpayer dollars are used to advance the best interests of the government. This includes avoiding the expenditure of federal funds on programs, or with contractors or vendors, that promote or take part in diversity, equity, and inclusion ("DEI") initiatives or any other initiatives that discriminate on the basis of race, color, religion, sex, national origin, or another protected characteristic. Contracts and grants that support DEI and similar discriminatory programs can violate Federal civil rights law and are inconsistent with the Department's policy of improving the health and well-being of all Americans.

These contracts and grants can cause serious programmatic failures and yet it is currently impossible to access sufficient information from a centralized source within the Department of Health and Human Services to assess them. Specifically, there is no one method to determine whether payments the agency is making to contractors, vendors, and grantees for functions related to DEI and similar programs are contributing to the serious problems and acute harms DEI initiatives may pose to the Department's compliance with Federal civil rights law as well as the Department's policy of improving the health and well-being of all Americans. It is also currently impossible to assess whether payments the Department is making are free from fraud, abuse, and duplication, as well as to assess whether current contractual arrangements, vendor agreements, and grant awards related to these functions are in the best interests of the United States. *See* FAR 12.403(b), 49.101; 45 C.F.R. § 75.371-372. Finally, it is also impossible to determine with current systems whether current contracts and grant awards are tailored to ameliorate these specific problems and the broader problem of DEI and similar programs rather than exacerbate them. The Department has an obligation to ensure that no taxpayer dollars are lost to abuse or expended on anything other than advancing the best interests of the nation.

For these reasons, pursuant to, among other authorities, FAR 12.403(b) and 49.101 and 45 C.F.R. § 75.371- 372, the Secretary of Health and Human Services hereby DIRECTS as follows:

> **Agency personnel shall briefly pause all payments made to contractors, vendors, and grantees related to DEI and similar programs for internal review for payment integrity. Such review shall include but not be limited to a review for fraud, waste, abuse, and a review of the overall contracts and grants to determine whether those contracts or grants are in the best interest of the government and consistent with current policy priorities. In addition, if after review the Department has determined that a contract is inconsistent with Department priorities and no longer in the interest of the government, such contracts may be terminated pursuant to the Department's authority to terminate for convenience contracts that are not "in the best interests of the Government," see FAR 49.101(b); 12.403(b). Furthermore, grants may be terminated in accordance with federal law.**

1

This Directive shall be implemented through the Department's contracts and payment management systems by personnel with responsibility for such systems who shall, in doing so, comply with all notice and procedural requirements in each affected award, agreement, or other instrument. Whenever a DEI or similar contract or grant is paused for review, Department personnel shall immediately send such payment to Scott Rowell, Deputy Chief of Staff for Operations, for prompt review to determine whether or not the payment is appropriate and should be made. Payments on paused contracts shall remain paused and already terminated contracts shall remain terminated pending completion of that review to the maximum extent permitted by law and all applicable notice and procedural requirements in the affected award, agreement, or other instrument.

I thank you for your attention to this matter, as well as your efforts to ensure that no taxpayer dollars are misspent.

Dorothy A. Fink, M.D., Acting Secretary

INTERNAL: NOT FOR DISTRIBUTION OUTSIDE THE GOVERNMENT

**Appendix 2 – Guidance for staff to use on specific programs, awards, supplements.**

- o **Supplements – Parent Award Terminated:** If a terminated award has active supplement(s), all supplement awards must be terminated along with the parent.
- o **Supplement Terminated Only**: If a termination letter references a supplement only, and not the parent award, then the supplement alone must be terminated.
- o **Linked (or equivalent) Awards**: If one linked award is terminated, the IC is only required to terminate the specific award noted in the letter. The is should review and determine whether terminating that ward will have a structural impact on the scientific outcome originally intended by the IC and act as appropriate on the remaining awards.
- o **Diversity Tables** – Ignore and issue the grant using the term provided above.
- o **Diversity Plans** – Ignore and issue the award using the term provided above.

INTERNAL: NOT FOR DISTRIBUTION OUTSIDE THE GOVERNMENT

**Appendix 3 – Language provided to NIH by HHS providing examples for research activities that NIH no longer supports. Use this language for HHS terminations only.**

- China: Bolstering Chinese universities does not enhance the American people's quality of life or improve America's position in the world.  On the contrary, funding research in China contravenes American national-security interests and hinders America's foreign-policy objectives.

- DEI: Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness.  Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans.  Therefore, it is the policy of NIH not to prioritize such research programs.

- Transgender issues:  Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans.  Many such studies ignore, rather than seriously examine, biological realities.  It is the policy of NIH not to prioritize these research programs.

- Vaccine Hesitancy: It is the policy of NIH not to prioritize research activities that focuses gaining scientific knowledge on why individuals are hesitant to be vaccinated and/or explore ways to improve vaccine interest and commitment. NIH is obligated to carefully steward grant awards to ensure taxpayer dollars are used in ways that benefit the American people and improve their quality of life.  Your project does not satisfy these criteria.

- COVID: The end of the pandemic provides cause to terminate COVID-related grant funds. These grant funds were issued for a limited purpose: to ameliorate the effects of the pandemic. Now that the pandemic is over, the grant funds are no longer necessary.

10

Approved – Approval email from Dr. Memoli (Acting Director, NIH) on Friday, February 28, 2025.

| | |
|---|---|
| **From:** | Memoli, Matthew (NIH/OD) [E] |
| **To:** | Bundesen, Liza (NIH/OD) [E] |
| **Cc:** | Bulls, Michelle G. (NIH/OD) [E]; Lankford, David (NIH/OD) [E]; Butler, Benjamin (NIH/OD) [E]; Jacobs, Anna (NIH/OD) [E]; Burklow, John (NIH/OD) [E] |
| **Subject:** | Re: Clean Version of DEI Restriction Term - Final |
| **Date:** | Friday, February 28, 2025 2:54:19 PM |

approved

Matt

Get Outlook for iOS

**From:** Bundesen, Liza (NIH/OD) [E] <lbundese@mail.nih.gov>
**Sent:** Friday, February 28, 2025 2:53:21 PM
**To:** Memoli, Matthew (NIH/OD) [E] <matthew.memoli@nih.gov>
**Cc:** Bulls, Michelle G. (NIH/OD) [E] <michelle.bulls@nih.gov>; Lankford, David (NIH/OD) [E] <lankford@od31tm1.od.nih.gov>; Butler, Benjamin (NIH/OD) [E] <butlerben@mail.nih.gov>; Jacobs, Anna (NIH/OD) [E] <anna.jacobs2@nih.gov>; Burklow, John (NIH/OD) [E] <burklowj@od.nih.gov>
**Subject:** Clean Version of DEI Restriction Term - Final

Hi Matt,

Attached is the term and condition of award for your approval. Please let us know if you approve and we will implement.

Thank you,
Liza

INTERNAL: NOT FOR DISTRIBUTION OUTSIDE THE GOVERNMENT

**Appendix 5 – Notice of Funding Opportunity (NOFO) Guidance**

**[pending]**



A.R.000058

**Appendix 6 – Frequently Asked Questions**

1. **When reviewing applications for activities that are no longer an NIH/HHS priority/authority, should ICs review the content of Other Support submissions?**

   Other Support is used to disclose the PIs ongoing activities and support and should not be modified. ICs do not need to review Other Support for alignment with NIH/HHS priorities/authority.

2. **For phased awards where the second phase (i.e., Type 4) will not be awarded due to NIH/HHS priority/authority, how should the IC notify the recipient that the Type 4 will not be issued?**

   OPERA is following up on this question, and will provide additional guidance, when available.

3. **When revising awards to terminate a project, how should the IC respond to red bars in SEAR?**

   The IC should not contact recipients to request any additional information to address SEAR flags, because the project is being terminated. ICs can clear the SEAR flag with a comment that the project is being terminated.

4. **If a project is terminated on an HHS list or a Type 5 is withheld because the project is no longer an NIH/HHS priority/authority, can the IC issue a subsequent Type 2 award?**

   No. If a project has been terminated due to agency priorities, it is no longer eligible for a renewal award.

5. **For recipients of K awards that are terminated due to NIH/HHS priority/authority, will eligibility requirements be modified to allow the individual to apply for another K award?**

   OER is reviewing this policy and will provide additional guidance, when available.

6. **When ICs issue revised NOAs to terminate awards, do they have to use the exact language provided by HHS in the termination term?**

   Yes, ICs must use the exact language provided in Appendix 3, with no edits.

INTERNAL: NOT FOR DISTRIBUTION OUTSIDE THE GOVERNMENT

**Appendix 7 – Managing PMS Hard Funds Restrictions**

OPERA directs PMS to hard funds restrict awards, when termination letter is issued.

Recipients are required to request approval from OPERA before any draw that occurs after the termination. The request must include details related to human subjects or animal welfare. These are the only approvals that will be issued. OPERA will work with the IC to facilitate approvals and facilitate lifting restrictions in PMS. After approval is issued, the recipient can request the drawdown in PMS.

Recipients are required to request approval from OPERA to lift the restriction for payments of costs incurred on or before the date of the termination. For costs on or before the date of the termination, OPERA will work with PMS to lift the restriction as appropriate.

Note: Balances reported to HHS will change, as drawdowns are approved as outlined above. Reports to HHS will be updated as balances are modified. OPERA is responsible for maintaining up to date information for HHS reporting.

14

**From:**      Bulls, Michelle (NIH/OD) [E]
**To:**         Chief GMOs
**Cc:**         Perry Jones, Aretina (NIH/NIDDK) [E]; Rosenberg, Mary (NIH/NIDDK) [E]; Curling, Mitchell (NIH/NIDDK) [E]
**Subject:**  Staff Guidance - Updates Made during GMAC
**Date:**     Wednesday, May 7, 2025 4:04:00 PM
**Attachments:**  NIH Grants Management Staff Guidance - Alignment with Priorities - Draft - 5.7.2025 Updates.pdf

Updated staff guidance based on discussions...

- Emphasize that whether the NOFO was unpublished or expired naturally, if the sole purpose was DEI or another category that does not effectuate the NIH/HHS priorities, ICO's cannot make the award.
- Updated term language to note that requests for ICO reconsiderations should be sent to the IC Director.
- Updated Category 2 when ICOs are unable to remove activities that are not an NIH/HHS priority. ICOs do not need to work with OPERA on the bilateral termination, rather, OPERA must be notified, for tracking purposes.
- Updated Category 2B. Noted that ICOs should document any changes to the title or abstract in the grant file.
- Category 2:
    - Added term for bilateral terminations.
    - Clarified that for unilateral terminations, the ICO must issue a letter as outlined in Termination Type 3 – ICO determinations
- Category 4: Added a note referencing NOT-oD-25-104. At this time, and until the details of the new foreign collaboration award structure are released, NIH will not issue awards to domestic or foreign entities that include a subaward to a foreign entity.
- Appendix 8: Updated template letter, to be used for ICO determinations, to reflect ICO reconsideration language and IC CGMO as signatory.
- Added FAQ on negotiating with conference grant recipients to remove DEI sessions or activities.

Reminder – we will finalize once we receive the memo from the Director.

INTERNAL: NOT FOR DISTRIBUTION OUTSIDE THE GOVERNMENT

## NIH Grants Management Staff Guidance – Award Assessments for Alignment with Agency Priorities – DRAFT

### Final Issue Date: Pending NIH Director's updated priorities

**Background**

This staff guidance rescinds the guidance provided in the February 13, 2025, memo to IC Chief Grants Management Officers entitled Supplemental Guidance – NIH Review of Agency Priorities Based on the New Administration's Goals. In accordance with the Secretarial Directive on DEI Related Funding (Appendix 1), NIH will no longer prioritize research and research training programs that focus on Diversity, Equity and Inclusion (DEI).  This guidance seeks to expand the scope of the categories within to include other agency priorities that will be defined by the Director, NIH. The Director will issue a guide notice to publicize the agency's updated priorities in an effort to be transparent as research priorities shift.

**NOFO Guidance**

NIH is required to submit forecast reports to HHS prior to issuing new or reissued Notices of Funding Opportunities (NOFO's) within the NIH Guide for Grants and Contracts and Grants.gov. See Appendix 5 for the workflow.

**Award Guidance**

Prior to issuing all awards (competing and non-competing, monetary and non-monetary (e.g., carryover requests, no-cost extensions, etc.)), ICO's must review the specific aims/major goals of the project to assess whether the proposed project contains any DEI and/or other research activities that are not an NIH/HHS priority/authority.  To avoid issuing awards, in error, that support these activities ICO's must take care to completely excise all non-priority activities using the following categories.

ICO's should review the current application/RPPR under consideration, only. ICO's should not request retroactive changes to previous RPPRs and competitive applications to modify language related to research that has already been conducted.

**Category 1:** The sole purpose of the project is related to an area that is no longer an NIH/HHS priority/authority (e.g., diversity supplements, diversity fellowships, or conference grant where the purpose of the meeting is diversity, etc. after the priorities memo is issued), and/or the application was received in response to a NOFO that has been unpublished due to its focus on activities that are no longer an NIH/HHS priority/authority. Whether the NOFO was unpublished or expired naturally, if the sole purpose was DEI or another category that does not effectuate the NIH/HHS priorities, ICO's cannot make the award.

This applies to all projects, including phased awards, etc. Reminder: CGMOs requested access to the NOFO list, and NIH leadership provided the following interim process: CGMOs must consult with their Division of Extramural Activities (DEA) rep to obtain up to date information on NOFOs.

>   o   **Action:** ICO's must not issue the award (competing or non-competing).

A.R.000062

- For ongoing projects where NIH will not issue the next Type 5 (ICO determination not HHS list), the ICO must:
  - Issue a revised award to end the award ==at the end of the current budget period and== remove all outyears. A termination letter is not required.
  - Add the action to the master spreadsheet located at: OD OPERA Grant Action Tracking (Access limited to CGMOs. CGMOs may email OPERA leadership to identify a delegate, if needed).
  - Include the following term in the revised NOA:

    **Term of Award:**

    Effective with this Notice of Award, this project is terminated. [Insert appropriate category from Appendix 3, verbatim]. Therefore, no additional funding will be awarded for this project, and all future years have been removed. If appropriate, [RECIPIENT NAME] may request funds to support patient safety and animal welfare to support an orderly phaseout of the project.

    Requests to draw down funds must be submitted to OPERAFFRInquiries@od.nih.gov for prior approval, before submitting in the HHS Payment Management System. The request must include the drawdown amount, justification, and appropriate supporting documentation. Approval will only be provided for costs incurred prior to the date of termination (with proof of the date), or costs for patient safety or animal welfare, in support of an orderly phaseout of the project. Funds used to support any other research activities will be disallowed and recovered.

    Please be advised that your organization, as part of the orderly phaseout process, will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR), **as applicable**) within **60** days (non-human subjects and animals) **120** days (human subjects and animals) after the end of this project.

    This action aligns with Termination - 2 C.F.R. § 200.340 (a)(4). This is a final determination. If you wish to seek a reconsideration because you object to the ICO's termination, please submit a reconsideration request to ==[IC Director Name], Director, [IC Name].==

- In this instance, ==there is no hard funds restriction required==. The recipient will submit their Final FFR in accordance with the term and conditions, and any remaining funding will be deobligated by the FFR-C upon review and acceptance of the FFR.

- NOTE: OPERA recognizes that the closeout letters will be automatically sent, so we are working internally with the closeout support center staff to manage this process. If you receive inquiries, please point the inquirer to: OPERALeadership@nih.gov

- **No cost extension requests:** For second and third NCE's, ICO's must determine if the sole purpose of the grant was to support research activities that are no longer an NIH/HHS

priority/authority and, if so, issue an award to immediately end the grant project (use disapproved extension term below). If the non-NIH/HHS priority/authority research activities are ancillary to the project, approve the extension (use approved extension term below). Reminder – even if a grant project is in an NCE, ICO staff must still determine if non-NIH/HHS priority/authority activities are proposed during the extension period. Extensions may only be approved for orderly phaseout, and funds may not be used to support any non-NIH/HHS priority/authority research activities.

- ○ ICO's may use the following term of award when approving/disapproving NCEs:
    - ▪ **Term of Award (approved extension):** The no-cost extension has been approved for this project to support an orderly phaseout of the project, no other reasons are allowed. NIH grants funds must not be used to support [insert category – e.g., Diversity, Equity and Inclusion (DEI), COVID 19, etc.] research or research training activities or programs. Any funds used to support such activities will result in a disallowance of costs, and funds will be recovered.
    - ▪ **Term of Award (disapproved extension)**: The no cost extension request for this project has been denied. Please proceed with orderly phaseout of the project. NIH grant funds must not be used to support [insert category – e.g., Diversity, Equity and Inclusion (DEI), gender identity, etc.] research or research training activities or programs.

**Category 2**: Project partially supports non-NIH/HHS priority/authority activities (i.e., the project may still be viable if those aims or activities are negotiated out, without significant changes from the original peer-reviewed scope). This means the non-NIH/HHS priority/authority activities are ancillary to the purpose of the project, in some cases, not readily visible. This category requires a scientific assessment and requires the GM to use the Restriction Term of Award (see Action 2) in Section IV of the Notice of Award. No exceptions will be allowed without a deviation from the Office of Policy for Extramural Research Administration (OPERA)/Office of Extramural Research (OER).

- ○ Note: Activities required to comply with NIH inclusion policies are not considered DEI activities.
- ○ **Action 1:** Funding ICO must negotiate with the applicant/recipient to address the activities that are non-compliant, along with the associated funds that support those activities, obtain revised aims and budgets, and document the changes in the grant file. The recipient/awardee cannot rebudget these funds, they must be recovered by the IC.
    - ▪ After an informal conversation, the ICO must send a written request to the AOR outlining what portion of the aims and budget must be modified to document the renegotiation process:
        - • Sample language for requesting application updates from the AOR: It is the policy of NIH not to prioritize [select one of the following: diversity, equity and inclusion (DEI) research programs, or other non-HHS/NIH priorities, or countries of concern]. [Funding IC] has identified [insert appropriate activity taken from the list above] activities within section

[XXXX] of your application. Please work with the PD/PI to update the application sections and adjust the budget as appropriate to remove all [insert appropriate activity] activities and submit these updates to the Program Official and Grants Management Specialist for review and approval.

- Once the recipient responds and the ICO and the recipient agree to the changes, the ICO must direct the AOR to submit a revised face page, specific aims and budget via the prior approval module 'Other Request' type. See eRA online help for instructions.
- Once the ICO renegotiates the revised specific aims, the ICO must upload into the Additions for GM section of the grant folder the new aims.  These must be uploaded under the file group "Award Documents: Revised Aims and Abstract".
- If the ICO renegotiates a revised budget, the ICO should update the GM workbook, as appropriate.

o **Action 2:** Once the ICO and the applicant/recipient have reached an agreement, and updated documents are received and properly filed as outlined above, issue the award and include the following Term and Condition of Award in Section IV of the Notice of Award. Hard funds restrictions are not required.

**Term of Award (Approved 2/28/2025 – Refer to Appendix 4 for the approval from Dr. Memoli):**

NIH and the recipient have renegotiated the scope of this award.  Pursuant to the revised scope, NIH funds may only be used to support activities within the revised scope of the award. NIH funds may not be used to support activities that are outside the revised scope of the award, including [select one of the following: diversity, equity and inclusion (DEI) research programs, gender identity, vaccine hesitancy, climate change or countries of concern, e.g., China or South Africa, etc.] research or related research training activities or programs. Any funds used to support activities outside the scope will result in a disallowance of costs, and funds will be recovered.

This term is consistent with NIH's ongoing internal review of NIH's priorities and the alignment of awards with those priorities as well as a review of program integrity of awards. Such review includes, but is not limited to, a review for fraud, waste and abuse, and a review of the NIH portfolio to determine whether awards are in the best interests of the government and consistent with policy priorities. If recipients are unclear on whether a specific activity constitutes [select one of the following: diversity, equity and inclusion (DEI) research programs, vaccine hesitancy, climate change, etc.] or has questions regarding other activities that could be considered outside the scope of the award, refrain from drawing down funds and consult with the funding IC, particularly where the activity may impact the specific aims, goals, and objectives of the project.

INTERNAL: NOT FOR DISTRIBUTION OUTSIDE THE GOVERNMENT

- o **Unable to remove activities that are not an NIH/HHS priority:** If the ICO and the applicant/recipient cannot reach an agreement, or the project is no longer viable without the non-compliant activities, the ICO cannot proceed with the award. For ongoing projects, the ICO must notify OPERA (OPERAleadership@nih.gov) and negotiate a bilateral termination of the project. For bilateral terminations, the ICO must Issue a revised award to remove all outyears and include the following term in Section IV of the NOA.

  > NIH is bilaterally terminating this award effective [effective date] in accordance with the request dated [date], because the project does not align with NIH priorities. No additional funding will be awarded for this project, and all future years have been removed. If appropriate, [RECIPIENT NAME] may request funds to support patient safety and animal welfare to support an orderly phaseout of the project.

  > Requests to draw down funds must be submitted to OPERAFFRInquiries@od.nih.gov for prior approval, before submitting in the HHS Payment Management System. The request must include the drawdown amount, justification, and appropriate supporting documentation. Approval will only be provided for costs incurred prior to the date of termination (with proof of the date), or costs for patient safety or animal welfare, in support of an orderly phaseout of the project. Funds used to support any other research activities will be disallowed and recovered.

  > Please be advised that your organization, as part of the orderly phaseout process, will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR), **as applicable**) within **60** days (non-human subjects and animals) **120** days (human subjects and animals) after the end of this project.

Where bilateral termination cannot be reached, the ICO must unilaterally terminate the project. Unilaterally terminated awards should follow the process identified **Termination Type 3: ICO-Terminations** to send the termination letter and revise the award**.**

- o **Diversity Supplements:** Type 5 Diversity supplements may no longer be awarded. For ongoing awards, ICO's must remove the diversity supplement activities prior to issuing the next Type 5 for the parent award and include the following term in Section IV of the NOA of the parent grant. The ICO must revise the Diversity Supplement award to remove all outyears. If diversity supplement outyears were included in the previous NOA, the ICO must revise the prior year award to remove references to those outyear commitments.

  > **Term of Award:** The diversity supplement associate with this project, [insert diversity supplement grant number], is being terminated.  No additional funding will be awarded, and all future years have been removed. Research programs

based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected classes, which harms the health of Americans. Therefore, it is the policy of NIH not to prioritize such research programs.

Funds issued for the Diversity Supplement may no longer be utilized and cannot be rebudgeted nor carried over to future years.

o **Conference Grants:** If a conference supported by an NIH grant focuses on scientific top ICO's that are unrelated to DEI, but the conference itself is targeted at a specific population (e.g., underrepresented groups), the ICO must work with the applicant/recipient to open the conference up to all populations. If a negotiation to broaden the target audience is not feasible, or the conference is no longer viable, then the ICO must terminate the award following the process in **Category 1**.

o **Diversity Reports (e.g., Ts, R25, K12, and any others):** NIH is modifying the application instructions and RPPR instructions to remove requirements for diversity reports (e.g., Trainee Diversity Report). If ICO's receive these reports in applications or RPPRs, the IC should not review the report. These reports provide diversity related information, but do not involve specific DEI activities. ICO's must use the following term: "NIH no longer requires the [name of diversity table/plans]. Therefore, NIH did not review the [name of diversity table/plans] provided. NIH funding may not be used to support any diversity, equity or inclusion (DEI) activities". Note: this section applies to diversity related reports, only. Other areas that are no longer NIH/HHS priorities/authority must be addressed under category 2 negotiations.

o **Administrative Supplement Requests:** Administrative supplement applications should be reviewed for any activities that are no longer NIH/HHS priorities/authority and modified as needed. ICO's do not need to retroactively review the competitive parent grant application– only the supplement application requires review.

**Category 2B:**

Prospective reviews by GM where the DEI and/or language in certain sections of the application has to be removed even though the project itself is not focused on DEI but may have language or have been awarded from a DEI NOFO that is expired/taken down for revision to go back up once the language is appropriately excised.

Examples below, and in these cases, ICO should consider using the Category 2 term of award but remove the negotiation language from the term. ICO's do not need to request revised materials from the recipients. However, the project title and/or abstract may need to be updated to remove any language that does not align with NIH/HHS priorities/authority. The changes must be noted in the grant file. Reminder: ICOs do not need to modify the historical record to modify language.

- Resource Section
- Biosketch
- RPPRs
- Letters of Support

**Category 2C**: Subprojects/cores terminated by HHS.

ICO's do not need to terminate the subprojects/cores. The funds can be restricted and recovered, unless there is a negotiation where a new subproject/core is identified that does not violate the priorities of the agency. The following actions will occur in these cases:

- OPERA will restrict the funds associated with the project and notify the ICO.
- The ICO must revise the award to remove the subproject/core, only and must not issue a termination letter nor termination language within the terms and conditions. ICO
- The revised award must include the following term in Section IV.

  [Insert category from Appendix 3, verbatim]. Therefore, no additional funds may be used to support the activities under [insert subproject or core title], and all activities must cease, effective with the date of this revision. Funds used to support these activities will be disallowed and recovered. Funds issued for this subproject/core may no longer be utilized and cannot be rebudgeted nor carried over to future years.

**Category 3: Project does not support any DEI or other activities that go against the HHS/NIH priorities.**
- Action: ICO may proceed with issuing the award.

**Category 4: Foreign Awards.**

Note: Effective May 1, and until the details of the new foreign collaboration award structure are released, NIH will not issue awards to domestic or foreign entities (new, renewal or non-competing continuation), that include a subaward to a foreign entity. See NOT-OD-25-104.

4A. Agency priorities:

- South Africa: Note: Currently (April/May 2025), continue to hold award actions related to entities in South Africa until final determinations are made by NIH leadership. This applies to both monetary and non-monetary award actions. ICOs may negotiate with recipients to remove activities in South Africa from ongoing awards as long as the project remains viable. **IMPORTANT NOTE:  Funds may only be provided to entities in South Africa to support health and safety of human participants in clinical trials/clinical research.**
- China: Note: Currently (April/May 2025), hold on making awards to entities in China until the final determinations are made by NIH leadership. This applies to both monetary and non-monetary award actions. **IMPORTANT NOTE: ICOs may negotiate with recipients to remove activities in China from ongoing awards as**

**long as the project remains viable, or a suitable domestic replacement is identified. Funds may only be provided to entities in China to support health and safety of human participants in clinical trials.**

4B. Countries of Concern:

- The State Department's countries of concern lists are updated regularly. Therefore, ICOs must check the list annually prior to making new, renewal, and noncompeting continuation awards. Additionally, out of an abundance of caution related to the United States national security threats, if a country is added to either of the two lists below, ICO's must submit a request through FACTs to obtain State Department clearance. If clearance is not received within 14 days, the award cannot be made until it is received (i.e., new, renewal, and noncompeting continuations).
- At this time, ICO's should note in FACTs when awards (new, renewal, non-competing continuation) involve entities on the following State Department lists:
  - Countries in which the government of has engaged in or tolerated "particularly severe violations of religious freedom": State Department Countries of Particular Concern
  - Countries determined by the Secretary of State to have repeatedly provided support for acts of international terrorism: State Sponsors of Terrorism
- Awards may only be issued once State Department clearance is obtained. Do not assume approval unless a response is received from the State Department. The staff guidance on FACTS clearance will be updated to reflect this change. This applies to all direct foreign awards and foreign collaborations (monetary and non-monetary).

OPERA has not included the Final Rule Restricting Transfer of Personal U.S. Data to Countries of Concern (please consider this list related to sensitive or PII data is involved for clinical trials/clinical research) or Office of Foreign Assets Control Sanctions List, as these are not factors in award decisions. In all cases, if there are questions contact the Fogarty International Center for expert assistance.

**Termination Types:**

As NIH implements the Director's agency's priorities, NIH will take various measures to integrate these priorities into the Institutes and Centers across the enterprise there are various types of terminations that may take place where the project cannot be renegotiated. As such, there steps that must be taken once the need for termination has been identified and/or provided.

Terminations that result from science that no longer effectuates NIH's priorities related to DEI, gender identity and other scientific areas do not require a formal appeals process. If a recipient requests an ICO to reconsider a termination action, the ICO can work with the recipient to determine whether the action will stand. All other terminations for noncompliance require the agency to include appeals language within the termination letter and NOA - appeal language.

INTERNAL: NOT FOR DISTRIBUTION OUTSIDE THE GOVERNMENT

**Type 1:  HHS Departmental Authority Terminations.**

- o OPERA receives a list from the Director, NIH or designee.
- o OPERA will issue termination letters on behalf of the IC Chief Grants Management Officers. The IC CGMO will be copied on the email with the termination letter.
    - **Supplements – Parent Award Terminated:** If a terminated award has active supplement(s), all supplement awards must be terminated along with the parent.
    - **Supplement Terminated Only**: If a termination letter references a supplement only, and not the parent award, then the supplement alone must be terminated following the instructions below.
    - **Linked (or equivalent) Awards**: If one linked (or equivalent) award is terminated, the ICO is only required to terminate the specific award noted in the letter. The IC must conduct a separate review to determine whether terminating that award will have a structural impact on the scientific design along with associated outcomes and act, as appropriate, to early terminate or allow the remaining awards to continue. Feel free to discuss with OPERA, as needed.
- o When a termination letter is received, the ICO must:

    - Issue a revised NOA within 3 business days of the date the termination letter was issued to the recipient.
        - Change the budget and project period end dates to match the date of the termination letter.
            - OPERA will place a hard funds restriction on all PMS subaccounts as termination letters are issued. OPERAs Federal Financial Report Center (FFR-C) will deobligate the remaining funds after the Final FFRs are submitted. There is no deobligation action required from the ICO's.
        - Remove all future years from the project, where applicable. If the grant is in a no cost extension, and HHS requests a termination, the project must be terminated even in a no cost extension. If the grant is in a no cost extension, and HHS did not request a termination, follow the NCE guidance above.

        - Include the following Termination Term in the revised NOA:

            This award is terminated effective [effective date]. [Insert category from Appendix 3, verbatim]. If appropriate, [RECIPIENT NAME] may request funds to support patient safety and animal welfare in support of an orderly phaseout of the project.

            Requests to draw down funds must be submitted to OPERAFFRInquiries@od.nih.gov for prior approval, before submitting in the HHS Payment Management System. The request must include the drawdown amount, justification, and appropriate supporting documentation. Approval will only be provided for costs incurred prior to the date of termination, or costs for patient safety or animal welfare, in support of an orderly phaseout of the project. Funds used to support any other research activities will be disallowed and recovered.

Please be advised that your organization, as part of the orderly phaseout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR), **as applicable**) within **60** days (non-human subjects) **120** days (human subjects and animals) after the end of this project.

NIH is taking this action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 8.5.2. This revised award represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be dated no later than 30 days after the date of this notice.

- Note: Appeals language must be included **prior to** October 1, 2025. After October 1, 2025, when HHS will fully adopt 2 CFR 200, per 2 CFR 200.340, termination actions taken based on agency priorities are not appealable. This is different from terminations based on noncompliance (administrative and programmatic).

o  eRA provides OPERA with daily reports on NOAs issued, so ICO's do not need to report to OPERA on each action completed.
o  When a terminated award must be reinstated, OPERA will notify the IC.
o  ICOs must issue a revised award and **replace** the previous termination language with the following term:
- Effective with the date of this revised Notice of Award, funding for Project Number [insert grant number] is hereby fully reinstated; therefore, the termination letter dated [insert date] is rescinded without conditions. Funds made available to [insert institution name] used to support [insert the title of the project] are no longer restricted and are available for use in accordance with the terms and conditions of the award.
- OPERA will coordinate with HHS PMS to lift the hard funds restriction and will copy Alan Whatley on the request to the ICO.

Screenshot: Example of reinstatement. **Note – please make it clear that previous termination term has been deleted or is no longer applicable.**

**2:**
**OD**

**Type**
**NIH**

SECTION IV – AI SPECIFIC AWARD CONDITIONS – ████████████████

Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

REVISED AWARD: Effective with the date of this revised Notice of Award, funding for Project Number 1R21█████████ is hereby fully reinstated; therefore, the termination letter dated 03/21/2025 is rescinded without conditions. Funds made available to UNIVERSITY ████████ used to support "A ██████████ ████████████████ are no longer restricted and are available for use in accordance with the terms and conditions of the award.

Supersedes previous Notice of Award dated 03/22/2025. All other terms and conditions still apply to this award.

****

**Directed Terminations.**

- The Immediate Office of the NIH Director evaluates a program and determines that a program must be terminated due to agency priorities (e.g., COMPASS, FIRST). OPERA receives a list from OD. In such cases, this determination could impact multiple projects and each individual project under the program must be addressed.
- OPERA will issue termination letters on behalf of the IC Chief Grants Management Officers. The IC CGMO will be copied on the email with the termination letter.
  - **Supplements – Parent Award Terminated:** If a terminated award has active supplement(s), all supplement awards must be terminated along with the parent.
  - **Supplement Terminated Only**: If a termination letter references a supplement only, and not the parent award, then the supplement alone must be terminated following the instructions below.
  - **Linked (or equivalent) Awards**: If one linked (or equivalent) award is terminated, the IC is only required to terminate the specific award noted in the letter. The IC must conduct a separate review to determine whether terminating that award will have a structural impact on the scientific design along with associated outcomes and act, as appropriate, to early terminate or allow the remaining awards to continue. Feel free to discuss with OPERA, as needed.
- When a termination letter is received, the ICO must:
  - Issue a revised NOA within 3 business days of the date the termination letter was issued to the recipient.
    - Change the budget and project period end dates to match the date of the termination letter.
      - OPERA will place a hard funds restriction on all PMS subaccounts as termination letters are issued. OPERAs Federal Financial Report Center (FFR-C) will deobligate the remaining funds after the Final FFRs are submitted. There is no deobligation action required from the ICO's.
    - Remove all future years from the project, where applicable. If the grant is in a no cost extension, and HHS requests a termination, the project must be

terminated even in a no cost extension. If the grant is in a no cost extension, and HHS did not request a termination, follow the NCE guidance above.

- Include the following Termination Term in the revised NOA:

  This award is terminated effective [insert effective date]. [Insert category from Appendix 3, verbatim]. If appropriate, [RECIPIENT NAME] may request funds to support patient safety and animal welfare in support of an orderly phaseout of the project.

  Requests to draw down funds must be submitted to OPERAFFRInquiries@od.nih.gov for prior approval, before submitting in the HHS Payment Management System. The request must include the drawdown amount, justification, and appropriate supporting documentation. Approval will only be provided for costs incurred prior to the date of termination, or costs for patient safety or animal welfare, in support of an orderly phaseout of the project. Funds used to support any other research activities will be disallowed and recovered.

  Please be advised that your organization, as part of the orderly phaseout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR), **as applicable**) within **60** days (non-human subjects and animals) **120** days (human subjects and animals) after the end of this project.

  This is a final determination. If you wish to seek a reconsideration because you object to the ICO's termination, please submit a reconsideration request to [IC Director Name], Director, [IC Name].

o When a terminated award must be reinstated, OPERA will notify the ICO.
o Once alerted, ICO's must issue a revised award and **replace** the previous termination language with the following term:
  - Effective with the date of this revised Notice of Award, funding for Project Number [insert grant number] is hereby fully reinstated; therefore, the termination letter dated [insert date] is rescinded without conditions. Funds made available to [insert institution name] used to support [insert the title of the project] are no longer restricted and are available for use in accordance with the terms and conditions of the award.
  - OPERA will coordinate with HHS PMS to lift the hard funds restriction.

**Tracking Note:**  eRA provides OPERA with daily reports on NOAs issued, so ICO's do not need to report to OPERA on each action completed.

**Type 3: ICO- Terminations.**

o **ICO conducts a portfolio analysis and determines that a project no longer effectuates the agencies priorities.**

INTERNAL: NOT FOR DISTRIBUTION OUTSIDE THE GOVERNMENT

- o **Project cannot be renegotiated. The ICO must a letter to the recipient notifying them that the project will be terminated (see Appendix 8 for sample letter).**
  - Issue a revised NOA within 3 business days of the date the termination letter was issued to the recipient.
    - Change the budget and project period end dates to match the date of the termination letter.
      - The **ICO's** will place a hard funds restriction on all PMS subaccounts as termination letters are issued. OPERAs Federal Financial Report Center (FFR-C) will deobligate the remaining funds after the Final FFRs are submitted. There is no deobligation action required from the ICO's.
    - Remove all future years from the project, where applicable.

    - Include the following Termination Term in the revised NOA:

      This award is terminated effective [insert effective date]. [Insert category from Appendix 3, verbatim]. If appropriate, [RECIPIENT NAME] may request funds to support patient safety and animal welfare in support of an orderly phaseout of the project.

      Requests to draw down funds must be submitted to OPERAFFRInquiries@od.nih.gov for prior approval, before submitting in the HHS Payment Management System. The request must include the drawdown amount, justification, and appropriate supporting documentation. Approval will only be provided for costs incurred prior to the date of termination, or costs for patient safety or animal welfare, in support of an orderly phaseout of the project. Funds used to support any other research activities will be disallowed and recovered.

      Please be advised that your organization, as part of the orderly phaseout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR), **as applicable**) within **60** days (non-human subjects and animals) **120** days (human subjects and animals) after the end of this project.

      This is a final determination. If you wish to seek a reconsideration because you object to the ICO's termination, please submit a reconsideration request to [IC Director Name], Director, [IC Name].

**Type 4: Bilateral Terminations.**

The recipient and the ICO agree that the project is no longer viable, and the project cannot be saved upon the removal of the research that no longer aligns with agency's priorities. As such the ICO must:

- o Request a bilateral termination letter from the recipient agreeing to terminate the project on the basis that the project is no longer viable with the aims that need to be negotiated out of the project.

INTERNAL: NOT FOR DISTRIBUTION OUTSIDE THE GOVERNMENT

- Issue a letter responding to the recipient's request notifying them that the ICO has accepted the bilateral termination and will issue a revised award to modify the project period end date to the date requested.
- ICO must issue a NOA to the recipient.
  - Change the budget and project period end dates to match the date of the termination letter.
    - The **ICO** will place a hard funds restriction on all PMS subaccounts as termination letters are issued. OPERAs Federal Financial Report Center (FFR-C) will deobligate the remaining funds after the Final FFRs are submitted. There is no deobligation action required from the ICO's.
  - Remove all future years from the project, where applicable. If the grant is in a no cost extension, and HHS requests a termination, the project must be terminated even in a no cost extension. If the grant is in a no cost extension, and HHS did not request a termination, follow the NCE guidance above.

  - Include the following Termination Term in the revised NOA:

    This award is bilaterally terminated effective [insert effective date]. [Insert category from Appendix 3, verbatim]. If appropriate, [RECIPIENT NAME] may request funds to support patient safety and animal welfare in support of an orderly phaseout of the project.

    Requests to draw down funds must be submitted to OPERAFFRInquiries@od.nih.gov for prior approval, before submitting in the HHS Payment Management System. The request must include the drawdown amount, justification, and appropriate supporting documentation. Approval will only be provided for costs incurred prior to the date of termination, or costs for patient safety or animal welfare, in support of an orderly phaseout of the project. Funds used to support any other research activities will be disallowed and recovered.

    Please be advised that your organization, as part of the orderly phaseout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR), **as applicable**) within **60** days (non-human subjects and animals) **120** days (human subjects and animals) after the end of this project.

**Separation of Duties Guidance:**

OPERA has issued a Separation of Duties (SOD) waiver for all CGMOs, specific to the HHS Departmental Authorities termination actions, to allow IC CGMOs to work up and issue termination actions. Copy available in Teams.

**Impacts on the Biomedical Workforce:**

- **NRSA Payback:** NIH recognizes that award terminations may prematurely end the training period for NRSA fellows and trainees. Fellows and trainees may not have received sufficient training to be qualified to perform the service requirement before the grant terminated or may be unable to find employment opportunities due to the termination. NIH will accept payback waiver requests from trainees and fellows impacted by terminations. See NIH GPS 11.4.3.4 for instructions on submitting waiver requests.

- **Early-Stage Investigators (ESI):**

  o Short Term Extension for ESI investigators: NIH will automatically extend the Early-Stage Investigator (ESI) eligibility period by four (4) months for all investigators whose ESI status was active during the period January 1, 2025, to May 31, 2025. NIH is implementing this short-term extension to assist ESI investigators – who are working under strict eligibility timelines – to remain competitive for NIH support. Updated ESI end dates will appear in eRA commons by June 1, 2025.

  o **Restoring ESI status:** Investigators lose their ESI eligibility when they successfully compete for and receive a substantial independent research award. In the event an investigator's first substantial independent research award is terminated within the first three years of the project period, the investigator can request the reinstatement of ESI status, using the ESI Extensions request tool in eRA commons. To be eligible, an investigator's grant may not have been terminated due to misconduct or ethical violations. See Requesting an Extension for instructions.

- **K award eligibility:** NIH has implemented a temporary exception to the NIH GPS Section 12.3.7, which generally limits eligibility for mentored career development (K) awards to those who have not previously been the recipient of such awards.  NIH will allow individuals whose NIH-funded mentored career development awards were **ended on or after January 1, 2025**, to be eligible to apply for a new mentored career development award, contingent upon all other eligibility requirements being met. Investigators that meet all other NIH eligibility requirements for other mentored career awards may take advantage of applying for such awards to allow for the completion of the years that were remaining at the time the award ended.

**Definition(s):**

- **Gender-affirming care:** An array of services that may include medical, surgical, mental health, and non-medical services for transgender and nonbinary people. This includes, but is not limited to, therapy; mental health care; assistance with elements of a social transition (e.g., new name and pronouns, modification of clothing, voice training); evaluation of persistency of gender dysphoria, emotional and cognitive maturity, and coexisting psychological, medical, or social problems; puberty-suppressing medications; hormone therapy; and surgery.  By way of clarification and not limitation, "gender-affirming care" includes patient care provided as part of research or education grants, including but not limited to routine services, ancillary services, outpatient services, inpatient services, and usual patient care received during the study.

**Health Disparities: Pending.**



**Appendix 1 – HHS's Secretarial Directive on DEI-Related Funding – February 10, 2025.**

 **DEPARTMENT OF HEALTH & HUMAN SERVICES**    Office of the Secretary

Washington, D.C. 20201

## SECRETARIAL DIRECTIVE ON DEI-RELATED FUNDING

February 10, 2025

The Department of Health and Human Services has an obligation to ensure that taxpayer dollars are used to advance the best interests of the government. This includes avoiding the expenditure of federal funds on programs, or with contractors or vendors, that promote or take part in diversity, equity, and inclusion ("DEI") initiatives or any other initiatives that discriminate on the basis of race, color, religion, sex, national origin, or another protected characteristic. Contracts and grants that support DEI and similar discriminatory programs can violate Federal civil rights law and are inconsistent with the Department's policy of improving the health and well-being of all Americans.

These contracts and grants can cause serious programmatic failures and yet it is currently impossible to access sufficient information from a centralized source within the Department of Health and Human Services to assess them. Specifically, there is no one method to determine whether payments the agency is making to contractors, vendors, and grantees for functions related to DEI and similar programs are contributing to the serious problems and acute harms DEI initiatives may pose to the Department's compliance with Federal civil rights law as well as the Department's policy of improving the health and well-being of all Americans. It is also currently impossible to assess whether payments the Department is making are free from fraud, abuse, and duplication, as well as to assess whether current contractual arrangements, vendor agreements, and grant awards related to these functions are in the best interests of the United States. *See* FAR 12.403(b), 49.101; 45 C.F.R. § 75.371-372. Finally, it is also impossible to determine with current systems whether current contracts and grant awards are tailored to ameliorate these specific problems and the broader problem of DEI and similar programs rather than exacerbate them. The Department has an obligation to ensure that no taxpayer dollars are lost to abuse or expended on anything other than advancing the best interests of the nation.

For these reasons, pursuant to, among other authorities, FAR 12.403(b) and 49.101 and 45 C.F.R. § 75.371- 372, the Secretary of Health and Human Services hereby DIRECTS as follows:

> **Agency personnel shall briefly pause all payments made to contractors, vendors, and grantees related to DEI and similar programs for internal review for payment integrity. Such review shall include but not be limited to a review for fraud, waste, abuse, and a review of the overall contracts and grants to determine whether those contracts or grants are in the best interest of the government and consistent with current policy priorities. In addition, if after review the Department has determined that a contract is inconsistent with Department priorities and no longer in the interest of the government, such contracts may be terminated pursuant to the Department's authority to terminate for convenience contracts that are not "in the best interests of the Government," see FAR 49.101(b); 12.403(b). Furthermore, grants may be terminated in accordance with federal law.**

1

INTERNAL: NOT FOR DISTRIBUTION OUTSIDE THE GOVERNMENT

This Directive shall be implemented through the Department's contracts and payment management systems by personnel with responsibility for such systems who shall, in doing so, comply with all notice and procedural requirements in each affected award, agreement, or other instrument. Whenever a DEI or similar contract or grant is paused for review, Department personnel shall immediately send such payment to Scott Rowell, Deputy Chief of Staff for Operations, for prompt review to determine whether or not the payment is appropriate and should be made. Payments on paused contracts shall remain paused and already terminated contracts shall remain terminated pending completion of that review to the maximum extent permitted by law and all applicable notice and procedural requirements in the affected award, agreement, or other instrument.

I thank you for your attention to this matter, as well as your efforts to ensure that no taxpayer dollars are misspent.

*Dorothy A. Fink*

Dorothy A. Fink, M.D., Acting Secretary

**Appendix 2 – Guidance for staff to use on specific programs, awards, supplements.**

- o **Supplements – Parent Award Terminated:** If a terminated award has active supplement(s), all supplement awards must be terminated along with the parent.
- o **Supplement Terminated Only**: If a termination letter references a supplement only, and not the parent award, then the supplement alone must be terminated.
- o **Linked (or equivalent) Awards**: If one linked award is terminated, the ICO is only required to terminate the specific award noted in the letter. The is should review and determine whether terminating that ward will have a structural impact on the scientific outcome originally intended by the ICO and act as appropriate on the remaining awards.
- o **Diversity Tables** – Ignore and issue the grant using the term provided above.
- o **Diversity Plans** – Ignore and issue the award using the term provided above.



INTERNAL: NOT FOR DISTRIBUTION OUTSIDE THE GOVERNMENT

**Appendix 3 – Language provided to NIH by HHS providing examples for research activities that NIH no longer supports.**

- China: "Bolstering Chinese universities does not enhance the American people's quality of life or improve America's position in the world.  On the contrary, funding research in China contravenes American national-security interests and hinders America's foreign-policy objectives."

- DEI: "Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness.  Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics ICO's, which harms the health of Americans.  Therefore, it is the policy of NIH not to prioritize such research programs."

- Gender-Affirming Care: "Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans.  Many such studies ignore, rather than seriously examine, biological realities.  It is the policy of NIH not to prioritize these research programs."  **Reminder: At this time, do not terminate any grants related to gender identify/transgender without clearance from OER.  All such actions must be approved before any terminations.**

- Vaccine Hesitancy: "It is the policy of NIH not to prioritize research activities that focuses gaining scientific knowledge on why individuals are hesitant to be vaccinated and/or explore ways to improve vaccine interest and commitment. NIH is obligated to carefully steward grant awards to ensure taxpayer dollars are used in ways that benefit the American people and improve their quality of life.  Your project does not satisfy these criteria."

- COVID (to be used for HHS/NIH OD directed terminations only): "The end of the pandemic provides cause to terminate COVID-related grant funds. These grant funds were issued for a limited purpose: to ameliorate the effects of the pandemic. Now that the pandemic is over, the grant funds are no longer necessary." **Note: ICO's may continue to support projects that funds general biology of coronavirus not linked to COVID-19. As ICO's conduct in-house analysis of project portfolios related to COVID the term may change. Please work with OPERA to develop standard terms based on the outcome of the analysis.**

- Climate Change: "Not consistent with HHS/NIH priorities particularly in the area of health effects of climate change."

- Influencing Public Opinion: "This project is terminated because it does not effectuate the NIH/HHS' priorities; specifically, research related to attempts to influence the public's opinion."

**Appendix 4 – Approved Term – Use for all Category 2 awards, i.e., renegotiated aims and associated budgets. Approval embedded below. ICO's should use this term in the IC specific award conditions.**

Approval email from Dr. Memoli (Acting Director, NIH) on Friday, February 28, 2025.

| | |
|---|---|
| **From:** | Memoli, Matthew (NIH/OD) [E] |
| **To:** | Bundesen, Liza (NIH/OD) [E] |
| **Cc:** | Bulls, Michelle G. (NIH/OD) [E]; Lankford, David (NIH/OD) [E]; Butler, Benjamin (NIH/OD) [E]; Jacobs, Anna (NIH/OD) [E]; Burklow, John (NIH/OD) [E] |
| **Subject:** | Re: Clean Version of DEI Restriction Term - Final |
| **Date:** | Friday, February 28, 2025 2:54:19 PM |

approved

Matt

Get Outlook for iOS

**From:** Bundesen, Liza (NIH/OD) [E] <lbundese@mail.nih.gov>
**Sent:** Friday, February 28, 2025 2:53:21 PM
**To:** Memoli, Matthew (NIH/OD) [E] <matthew.memoli@nih.gov>
**Cc:** Bulls, Michelle G. (NIH/OD) [E] <michelle.bulls@nih.gov>; Lankford, David (NIH/OD) [E] <lankford@od31tm1.od.nih.gov>; Butler, Benjamin (NIH/OD) [E] <butlerben@mail.nih.gov>; Jacobs, Anna (NIH/OD) [E] <anna.jacobs2@nih.gov>; Burklow, John (NIH/OD) [E] <burklowj@od.nih.gov>
**Subject:** Clean Version of DEI Restriction Term - Final

Hi Matt,

Attached is the term and condition of award for your approval. Please let us know if you approve and we will implement.

Thank you,
Liza

**Appendix 5 – Workflow for NOFO Forecasts and NOFO Approvals**

- **Prioritization of NOFOs**

| Owner | Action |
|-------|--------|
| ICO | - Sends a priority list of upcoming NOFOs in two categories:<br>   **1)** those that already have Concept Clearance (Option A)[1].<br>   **2)** those requiring Concept Clearance (Option B).<br><br>Note: This is a temporary step while process is being refined. |
| Guide | - Maintains the data on ICO records, approvals needed (for example concept clearance), and priorities for publication in ICO Guide priorities spreadsheet. |

- **Creation of Forecast Records**

| Owner | Action |
|-------|--------|
| ICO | - Creates a **forecast** in FOAM for NOFOs prior to concept clearance and at least **6 months** prior to the desired NOFO publication date. Forecast is used for approval of the concept by NIH and HHS. Note: Forecast information will become publicly available in Grants.gov after concept clearance is obtained.<br>   ○ Create a **Forecast** record.<br>   ○ Fill in required fields (red asterisks): NOFO type (PAR, PA, etc.), Title, Contact.<br>   ○ Click "Save".<br>   ○ Click "Create NOITP" button within the NOFO record.<br>   ○ Select most recent *Forecast Template*.<br>   ○ Click "Save".<br>   ○ Go to *Content* and fill in required fields (red asterisks).<br>   ○ Title, estimated date, related information (publication, first application, first awards, project start), eligibility – note, activity code not required.<br>   ○ Note: the forecast *Description* section is what NIH Leadership will be reviewing and requires the appropriate ICO leadership approval.<br>   ○ Save record and notify the Guide when the forecast is ready for leadership approval (see below).<br>- Sends email to the Guide mailbox when ready for leadership approval<br>   ○ NIH Guide (NIH/OD) nihguide@OD.NIH.GOV<br>   ○ Subject: NOITP ###-##-##-###– [IC Name] – [Desired Clearance Date]<br>      ▪ Note: the number is important because of the variety of draft versions in FOAM.<br>      ▪ Plan to implement FOAM task in future to remove dependence on email. |

---

[1] For programmatic concepts that have already undergone concept clearance within the last five years, but the NOFO has not been published (for example, NOFO pending in FOAM or not yet drafted).

INTERNAL: NOT FOR DISTRIBUTION OUTSIDE THE GOVERNMENT

- **Preparing Forecasts for Leadership Approvals**

| Owner | Action |
|---|---|
| Guide | • Indicates that the forecast is ready for review on the tracking spreadsheet (if not done through FOAM task). |
| Leadership Approval Contact | • Places relevant fields on a leadership approval spreadsheet and the Acting DDER is alerted when entries are ready for review. |

- **(Acting) DDER and NIH Director Approvals**

| Owner | Action |
|---|---|
| (Acting) DDER | • Reviews entries on leadership review spreadsheet and updates with approval outcome.<br>• Notifies ICOs regarding the forecasts that are **not approved.** |
| Leadership Approval Contact | • Monitors the review spreadsheet and adds entries and dates on tracking spreadsheet<br>• Notifies ICOs of **approvals** and indicates next steps. |
| ICO | • Archives the FOAM entries for those not approved.<br>• Uploads the approval document into FOAM. |

- **HHS Approval & Concept Clearance (if needed)**

  **Option A: After NIH Approval for NOFOs not requiring Concept Clearance**

| Owner | Action |
|---|---|
| Guide | • Sets NOITP status to "published" in FOAM once the content has been fully approved.<br>• Notifies **OPERA** of the status via email. |
| OPERA | • Sends Forecast report to HHS[2].<br>• Records forecasting information in Grants.gov (forecast is publicly available at Grants.gov, but not NIH Guide). |
| ICO | • Works on NOFO development:<br>   o Convert to the newest template in FOAM.<br>   o Ensure that the NOFO record indicates in Key Attributes that Concept Clearance has been obtained.<br>   o Check that the approval document(s) has been uploaded in FOAM.<br>   o For NOFOs in various stages of development, follow the standard processes for content development and approvals.<br>   o For NOFOs with previous OER approvals, ICO should upload a "compare documents" of the NOFO drafts into FOAM to verify that the ICO did not change any text except to align with current agency priorities. **Note:** FOAM has a compare documents feature. |

---

[2] Until the Grants.gov Forecast functionality has been deployed in FOAM, OPERA will assist with manual updates of all of NIH's NOFOs to Grants.gov monthly (by the 5th of each month—if the 5th falls on a holiday or weekend, we will act by the next business day).

A.R.000084

|  | o Responds to all approval comments and tasks and indicates that the final NOFO draft is ready for NIH leadership approval. |
|---|---|

**Option B: After NIH Approval for NOFOs requiring Concept Clearance**

| Owner | Action |
|---|---|
| ICO | • After receiving NIH leadership approval, proceed with obtaining Concept Clearance.<br>• Enters the Concept Clearance information in the Key Attributes of the FOAM record. |
|  | • If **no changes** to the forecast are required after Concept Clearance, the steps described in Option A should be followed.<br>• If the content of the forecast changes after Concept Clearance, the content must go back through leadership approvals. |

- **NIH Leadership Review of Completed NOFOs**

| Owner | Action |
|---|---|
| Leadership Approval Contact | • Downloads completed NOFOs to a folder (with hyperlinks embedded in the spreadsheet).<br>• Places relevant fields on a NOFO NIH Leadership Approval spreadsheet.<br>• Alerts NIH Leadership when entries are ready for review. |
| (Acting) DDER | • Notifies ICOs regarding the NOFOs that are not approved. |
| Leadership Approval Contact | • Notifies ICO, Guide, OPERA of approvals. |
| Guide | • Enters positive approvals in the FOAM record and publishes the NOFO. |

**Questions:**

Inquiries about the Forecast requirements and processes should be directed to: Division of Grant Systems Integration, Office of Policy for Extramural Research Administration Office of Extramural Research: operasystemspolicy@nih.gov.

Inquiries about FOAM should be directed to the Guide: NIH Guide (NIH/OD) nihguide@OD.NIH.GOV.

**Appendix 6 – Frequently Asked Questions**

1. **When reviewing applications for activities that are no longer an NIH/HHS priority/authority, should ICO's review the content of Other Support submissions?**

   Other Support is used to disclose the PIs ongoing activities and support and should not be modified. ICO's do not need to review Other Support for alignment with NIH/HHS priorities/authority.

2. **For phased awards where the second phase (i.e., Type 4) will not be awarded due to NIH/HHS priority/authority, how should the ICO notify the recipient that the Type 4 will not be issued?**

   In these cases, ICO's must contact OPERA, and OPERA will issue a termination letter. Type 4 awards are subject to the availability of funds and/or agency priorities.

3. **When revising awards to terminate a project, how should the ICO respond to red bars in SEAR?**

   The ICO should not contact recipients to request any additional information to address SEAR flags, because the project is being terminated. ICO's can clear the SEAR flag with a comment that the project is being terminated.

4. **If a project is terminated on an HHS list or a Type 5 is withheld because the project is no longer an NIH/HHS priority/authority, can the ICO issue a subsequent Type 2 award?**

   No. If a project has been terminated due to agency priorities, it is no longer eligible for a renewal award.

5. **For recipients of K awards that are terminated due to NIH/HHS priority/authority, will eligibility requirements be modified to allow the individual to apply for another K award?**

   Yes, NIH will allow recipients of terminated K awards to submit applications for new K awards.

6. **If a PD/PI receives a 'substantial NIH independent research award' and loses ESI status, but the award is terminated, can the PD/PI have their ESI status reinstated?**

   Yes. Investigators can request the reinstatement of ESI status, using the ESI Extensions request tool in eRA commons. See Requesting an Extension for instructions.

7. **When ICO's issue revised NOAs to terminate awards, do they have to use the exact language provided by HHS in the termination term?**

   Yes, ICO's must use the exact language provided in Appendix 3, with no edits.

8. **Can ICO's make awards for applications that came in under a NOFO that has expired (not unpublished) if the NOFO's sole purpose was DEI or another category that does not effectuate the NIH/HHS priorities?**

   No. Whether unpublished or expired, if the sole purpose was DEI or another category that does not effectuate the NIH/HHS priorities, ICO's cannot make the award. For updated information on

NOFOs, CGMOs must contact their DEA rep.

9. **If a NOFO is taken down for modification, and re-posted, can ICO's issue awards in response to that NOFO?**

   Yes. If the NOFO has been modified and reposted, ICO's may proceed with making awards after confirming that the award aligns with agency priorities.

10. **If an ICO is modifying a Type 5 restore full amount, does the ICO need to conduct a review of the project activities as outlined in this guidance?**

    Yes. All monetary revisions are subject to this guidance.

11. **Can ICO's approve requests from recipients to modify the project title?**

    Requests to change project titles must be submitted as a prior approval request. Changes to titles may only be made in the context of negotiations to remove activities/language that do not align with HHS/NIH priorities/authority. Title changes should only be made alongside associated changes to the abstract and specific aims.

12. **When ICO's receive questions from recipients regarding HHS terminations, what should they do?**

    ICO's should not engage in discussions with recipients regarding HHS directed terminations. ICO's must direct recipients to submit any appeals to Dr. Memoli, as outlined in the termination letter.

13. **For terminations where the ICO is making the determination, who is listed as the point of contact for appeals?**

    An ICO determination that an award no longer aligns with agency priorities is not appealable. Therefore, appeals language is not included in the termination term. Recipients may contact the IC Director to request a reconsideration of the ICO determination.

14. **What is the difference between an HHS-directed termination vs. and ICO or OD determination to terminate a project?**

    For HHS directed terminations, the template letter and appeals language were provided by HHS, and must be used as is. When an ICO or the OD determines that an award no longer aligns with agency priorities, the termination is made in accordance with 2 CFR 200.340(a)(4). This is not a termination for material failure to comply with the terms and conditions of award and is not appealable.

15. **When will the Final RPPR become available for recipients to prepare and submit?**

    The F-RPPR link will open once the project period has ended.

**16. Can recipients draw down funds after the stated termination date?**

For activities that were incurred on or before the termination date, with supporting documentation, NIH will approve the payment. For costs after the project period end date, outside of patient safety and animal welfare, costs will not be approved.

**17. When will the Federal Financial Report (FFR) become available in PMS for recipients to submit?**

The FFR will become available once the project period has been updated via a Notice of Award. Recipients should direct any questions to PMS or the OPERA FFRC.

**18. Will recipients have the standard 120-day period following the termination date to submit closeout reports?**

Because there are no new activities after the date of termination, NIH is directing that all closeout reports be submitted within 60 days of the termination unless animals or human subjects are involved.

**19. If an ICO negotiates a change in a foreign site (e.g., South Africa to Nigeria), can the funds be rebudgeted from the original site to a new site?**

Yes. Funds can be rebudgeted to conduct the activities at a new site as long as the site is domestic. All new foreign collaborations will need to follow the new structure once rolled out. If research aims are fully removed from a project, the funds cannot be rebudgeted for another purpose.

**20. For awards that were terminated before the term and condition of award was modified to provide instructions for requesting approval of drawdowns, how should ICO's notify the recipient of the process?**

When ICO's receive questions from recipients about the process for requesting drawdowns, the ICO must notify the recipient that they should contact the OPERA FFRC (OPERAFFRInquiries@od.nih.gov) for prior approval. The request must include details related to human subjects or animal welfare or outline that the costs were incurred prior to the termination date. The recipient must provide supporting documentation.

**21. If a recipient requests prior approval to change a performance site from South Africa to another location, can the ICO approve the change?**

Yes. ICO's may approve change to move activities from South Africa to another site. At this time, awards involving South Africa remain on hold. ICO's should not initiate negotiations or restrict funds.

INTERNAL: NOT FOR DISTRIBUTION OUTSIDE THE GOVERNMENT

22. **Does the COVID category apply to long-COVID and pandemic preparedness research? Or is it focused only on the immediate COVID-19 pandemic response.**

The COVID category relates to awards made to address the immediate COVID-19 pandemic response. Awards to support general biology of coronavirus, long COVID and pandemic preparedness, at this time, may continue.

23. **If a letter of support on a training grant references a university resource for DEI, but the abstract and aims do not include any DEI activities, does the letter of support need to be revised?**

No. Under the concepts outlined in Category 2B, updated documents are not required to modify language when there are no DEI activities under the project.

24. **For diversity fellowships awarded prior to January 20, 2025, are recipients permitted to activate their awards?**

Yes. Recipients may activate the fellowship. ICO's must review these awards in accordance with this staff guidance, and future funds must not be awarded.

25. **For joint NIH-NSF programs, where the initial application came in to NIH via a 'dummy' NOFO, can ICO's negotiate the award to remove any activities that do not align with NIH/HHS priority/authority?**

Yes. These awards must be reviewed, and any unallowable activities must be negotiated out.

26. **If NIH funds were awarded to support conference attendance, and the conference has a session on DEI, can the recipient use the NIH funds to attend?**

No. NIH funds may not be used to pay for participation in a conference that includes DEI sessions or activities.

27. **If a conference proposes a session on DEI (e.g., DEI Power Hour), can the ICO negotiate with the recipient to remove those activities from the conference agenda?**

Yes. The ICO can negotiate with the applicant/recipient to remove the DEI activities.

28. **For programs that have been terminated, in whole (e.g. MOSAIC K99/R00), will there be any central announcement, or should ICO's proceed with revising awards in accordance with the staff guidance.**

In these cases, the NOFO will be unpublished. There will not be any other announcement. ICO's should take action on the awards as outlined in this staff guidance.

INTERNAL: NOT FOR DISTRIBUTION OUTSIDE THE GOVERNMENT

**Appendix 7 – Managing PMS Hard Funds Restrictions**

OPERA directs PMS to hard funds restrict awards terminated as a result of agency priorities and HHS authorities.

Recipients are required to request approval from OPERA (OPERAFFRInquiries@od.nih.gov) before any draw that occurs after the termination. The request must include details related to human subjects or animal welfare and provide supporting documentation. These are the only approvals that will be issued. OPERA will work with the ICO to facilitate approvals and facilitate lifting restrictions in PMS. After approval is issued, the recipient can request the drawdown in PMS. Note: Any other costs that are not related to human subject protection or animal welfare will not be approved. No exceptions.

Recipients are also required to request approval from OPERA to lift the restriction for payments of costs incurred on or before the date of the termination. For costs incurred, with supporting documentation, on or before the date of the termination, OPERA will work with PMS to lift the restriction as appropriate.

Note: Balances reported to HHS will change, as drawdowns are approved as outlined above. Reports to HHS will be updated as balances are modified. OPERA is responsible for maintaining up to date information for HHS reporting.

When recipients draw funds in PMS, they normally request funds from multiple awards within a single draw request.  For awards terminated as a result of agency priorities and HHS authorities, recipients cannot request funds from multiple awards within a single draw request.  Each draw request must contain only one terminated award.  If a recipient combines a draw request for a terminated award with any other award, the request will be rejected.

**Entity Restrictions:**

At times, HHS or NIH may place a hard funds restriction on an entity in PMS, at the entity level, during compliance reviews. When this occurs, OPERA will notify ICO's. During the restriction period, ICO's should hold awards to the institution until the restriction is lifted.

**Appendix 8 – Template ICO Termination letter.**

[Address block & date]

[Authorized Organization Representative]:

Funding for Project Number [INSERT] is hereby terminated pursuant to the 2024 National Institutes of Health ("NIH") Grants Policy Statement, and 2 C.F.R. § 200.340(a)(4). This letter serves as a termination notice.

The 2024 Policy Statement applies to your project because NIH approved your grant on [INSERT DATE], and "obligations for federal grants are generally determined by the laws, regulations, and terms in effect at the time the grant was awarded, as outlined in the Notice of Award (NOA) or grant agreement". This "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards."

According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340." At the time your grant was issued, 2 C.F.R. § 200.340(a)(4) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This project no longer effectuates agency priorities. [insert termination category language (e.g., DEI) verbatim]. Therefore, there is no modification of the project that would align with agency priorities.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision," no corrective action is possible here.

Costs resulting from financial obligations incurred after termination are not allowable. Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §200.344. However, due to the immediate termination of this project, NIH may require a shortened timeframe to submit closeout reports. Details will be provided in the revised NOA issued by the Grants Management Official.

This is a final determination. If you wish to seek a reconsideration because you object to the ICO's termination, please submit a reconsideration request to [IC Director Name], Director, [IC Name].


Sincerely,

IC CGMO

**Department of Health and Human Services**

NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES

**Notice of Award**

FAIN# R01AI186641

**Federal Award Date**
09/05/2024

---

### Recipient Information

**1. Recipient Name**
REGENTS OF THE UNIVERSITY OF
CALIFORNIA, SAN FRANCISCO, THE
1855 FOLSOM ST STE 425
SAN FRANCISCO, CA 94103

**2. Congressional District of Recipient**
11

**3. Payment System Identifier (ID)**
1946036493A6

**4. Employer Identification Number (EIN)**
946036493

**5. Data Universal Numbering System (DUNS)**
094878337

**6. Recipient's Unique Entity Identifier**
KMH5K9V7S518

**7. Project Director or Principal Investigator**
Matthew A. Spinelli, MD
Assistant Professor
Matthew.Spinelli@ucsf.edu
162-820-6240

**8. Authorized Official**
Ms. Julie C. Tang

---

### Federal Agency Information

**9. Awarding Agency Contact Information**
MATTHEW WILLIAM Gossart

NATIONAL INSTITUTE OF ALLERGY AND
INFECTIOUS DISEASES
matthew.gossart@nih.gov
(240) 627-3046

**10. Program Official Contact Information**
ELEANORE JENNIFER Chuang

NATIONAL INSTITUTE OF ALLERGY AND
INFECTIOUS DISEASES
eleanore.chuang@nih.gov
(240) 747-7858

---

### Federal Award Information

**11. Award Number**
1R01AI186641-01

**12. Unique Federal Award Identification Number (FAIN)**
R01AI186641

**13. Statutory Authority**
42 USC 241  42 CFR 52

**14. Federal Award Project Title**
Randomized Directly Observed Therapy Study to Interpret Clinical Trials of Doxy-PEP

**15. Assistance Listing Number**
93.855

**16. Assistance Listing Program Title**
Allergy and Infectious Diseases Research

**17. Award Action Type**
New Competing (REVISED)

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---|
| **19. Budget Period Start Date** 08/14/2024 – **End Date** 06/30/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $76,582 |
| 20 a.  Direct Cost Amount | $48,158 |
| 20 b.  Indirect Cost Amount | $28,424 |
| **21.** Authorized Carryover | |
| **22.** Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $781,821 |
| **24.** Total Approved Cost Sharing or Matching, where applicable | $0 |
| **25.** Total Federal and Non-Federal Approved this Budget Period | $781,821 |
| ----------------------------------------------------------------- | |
| **26. Project Period Start Date** 08/14/2024 – **End Date** 06/30/2029 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $781,821 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Chernay L. Rogers

---

### 30. Remarks

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

A.R.000092

Version 25 - 2/15/2022 | Updated 8/6/2024 12:07 AM

Notice of Award



*RESEARCH*
Department of Health and Human Services
National Institutes of Health



NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES

---

**SECTION I – AWARD DATA – 1R01AI186641-01 REVISED**

**Principal Investigator(s):**
Matthew A. Spinelli, MD

**Award e-mailed to:** cgrasteam@ucsf.edu

Dear Authorized Official:

The National Institutes of Health hereby revises this award to reflect an increase in the amount of $76,582 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to The Regents of the UCSF in support of the above referenced project. This award is pursuant to the authority of 42 USC 241  42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute Of Allergy And Infectious Diseases of the National Institutes of Health under Award Number R01AI186641. The content is solely the responsibility of the authors and does not necessarily represent the official views of  the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Chernay L. Rogers
Grants Management Officer
NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

A.R.000093
Version: 25 - 2/15/2024 9:07 AM    9/6/2024 12:07 AM

| | |
|---|---|
| Salaries and Wages | $226,393 |
| Fringe Benefits | $82,499 |
| Personnel Costs (Subtotal) | $308,892 |
| Materials & Supplies | $34,197 |
| Travel | $10,000 |
| Other | $65,000 |
| Subawards/Consortium/Contractual Costs | $57,684 |
| Publication Costs | $2,000 |
| ADP/Computer Services | $3,812 |
| | |
| Federal Direct Costs | $481,585 |
| Federal F&A Costs | $300,236 |
| Approved Budget | $781,821 |
| Total Amount of Federal Funds Authorized (Federal Share) | $781,821 |
| TOTAL FEDERAL AWARD AMOUNT | $781,821 |
| | |
| AMOUNT OF THIS ACTION (FEDERAL SHARE) | $76,582 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| YR | THIS AWARD | CUMULATIVE TOTALS |
| 1 | $781,821 | $781,821 |
| 2 | $813,232 | $813,232 |
| 3 | $809,765 | $809,765 |
| 4 | $809,624 | $809,624 |
| 5 | $809,624 | $809,624 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**Fiscal Information:**
Payment System Identifier:   1946036493A6
Document Number:         RAI186641A
PMS Account Type:        P (Subaccount)
Fiscal Year:             2024

| IC | CAN | 2024 | 2025 | 2026 | 2027 | 2028 |
|---|---|---|---|---|---|---|
| AI | 8472338 | $781,821 | $813,232 | $809,765 | $809,624 | $809,624 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**NIH Administrative Data:**
**PCC:** M37C A / **OC:** 41021 / **Released**:  09/05/2024
**Award Processed:** 09/06/2024 12:07:51 AM

**SECTION II – PAYMENT/HOTLINE INFORMATION – 1R01AI186641-01  REVISED**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

**SECTION III – STANDARD TERMS AND CONDITIONS – 1R01AI186641-01  REVISED**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

    a.   The grant program legislation and program regulation cited in this Notice of Award.
    b.   Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
    c.   45 CFR Part 75.
    d.   National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
    e.   Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
    f.   This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

A.R.000094
Version: 25 - 2/15/2024 - 2:13:02 AM  9/6/2024 12:07 AM

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):**  All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VII Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.   See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R01AI186641. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

This award provides support for one or more clinical trials. By law (Title VIII, Section 801 of Public Law 110-85), the "responsible party" must register "applicable clinical trials" on the ClinicalTrials.gov Protocol Registration System Information Website. NIH encourages registration of all trials whether required under the law or not. For more information, see http://grants.nih.gov/ClinicalTrials_fdaaa/

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html.

Version: 25 - 2/15/2024 - 05:07 PM    A.R.000095    9/6/2024 12:07 AM

For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.

- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

---

**SECTION IV –  AI SPECIFIC AWARD CONDITIONS – 1R01AI186641-01  REVISED**

Clinical Trial Indicator: Yes
This award supports one or more NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

REVISED AWARD: This award is revised to increase the funding level to 100% of the approved budget for the initial budget period.  Out-year commitments for continuation awards remain unchanged.

Supersedes previous Notice of Award dated 8/14/2024.  All other terms and conditions still apply to this award.

***

This award includes human subject research studies and must conform to the DHHS policies for the Protection of Human Subjects research, which are a term and condition of award.  Human subjects research is covered by the 2018 Common Rule, and may not be initiated until the associated protocols have received IRB approval as specified in 45 CFR 46.  Failure to comply with the terms and conditions of award may result in the disallowance of costs and/or additional enforcement actions as outlined in Section 8.5 of the NIH Grants Policy Statement
****
This Notice of Award (NoA) includes funds for University of Washington

This Notice of Award (NoA) includes funds for Hennepin Healthcare Research Institute
****

REMINDER: This grant is funded for HIV/AIDS research. Per the NIH Revitalization Act of 1993, funds are restricted for HIV/AIDS research and cannot be re-budgeted for other purposes.

***

Commitment overlap is not permitted, and occurs when an individual's time commitment exceeds 100 percent (i.e., 12 person months), whether or not salary support is requested. Therefore, no individual's time commitment may exceed 100 percent (i.e., 12 person months). Reductions in NIH support due to commitment

overlap must be made in accordance with NIH policy as outlined in the NIH Grants Policy Statement.

\*\*\*

This award is subject to the NIAID Clinical Terms of Award incorporated by reference, and can be accessed via the following World Wide Web address: https://www.niaid.nih.gov/grants-contracts/niaid-clinical-terms-award All submissions required by the NIAID Clinical Terms of Award must be forwarded electronically to the NIAID Program Official identified on this Notice of Award.

\*\*\*

The initial budget period has been adjusted to 11 months. See https://www.niaid.nih.gov/grants-contracts/financial-management-plan.

The budget period anniversary start date for future year(s) will be **July 1.**

Data Management and Sharing Policy: Applicable

This project is expected to generate scientific data. Therefore, the Final NIH Policy for Data Management and Sharing applies. The approved Data Management and Sharing (DMS) Plan is hereby incorporated as a term and condition of award, and the recipient shall manage and disseminate scientific data in accordance with the approved plan. Any significant changes to the DMS Plan (e.g., new scientific direction, a different data repository, or a timeline revision) require NIH prior approval. Failure to comply with the approved DMS plan may result in suspension and/or termination of this award, withholding of support, audit disallowances, and/or other appropriate action. See NIH Grants Policy Statement Section 8.2.3 for more information on data management and sharing expectations.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 1R01AI186641-01 REVISED

**INSTITUTION:** The Regents of the UCSF

| Budget | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| Salaries and Wages | $226,393 | $256,790 | $265,631 | $265,631 | $265,631 |
| Fringe Benefits | $82,499 | $92,862 | $96,451 | $96,451 | $96,451 |
| Personnel Costs (Subtotal) | $308,892 | $349,652 | $362,082 | $362,082 | $362,082 |
| Materials & Supplies | $34,197 | $34,370 | $60,692 | $60,606 | $60,606 |
| Travel | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 |
| Other | $65,000 | $59,000 | $20,000 | $20,000 | $20,000 |
| Subawards/Consortium/Contractual Costs | $57,684 | $57,684 | $57,684 | $57,684 | $57,684 |
| Publication Costs | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 |
| ADP/Computer Services | $3,812 | $3,812 | $3,812 | $3,812 | $3,812 |
| TOTAL FEDERAL DC | $481,585 | $516,518 | $516,270 | $516,184 | $516,184 |
| TOTAL FEDERAL F&A | $300,236 | $296,714 | $293,495 | $293,440 | $293,440 |
| TOTAL COST | $781,821 | $813,232 | $809,765 | $809,624 | $809,624 |

| Facilities and Administrative Costs | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| F&A Cost Rate 1 | 64% | 64% | 64% | 64% | 64% |
| F&A Cost Base 1 | $469,119 | $463,616 | $458,586 | $458,500 | $458,500 |
| F&A Costs 1 | $300,236 | $296,714 | $293,495 | $293,440 | $293,440 |

A.R.000097
Version: 25 - 2/15/2024 10:31 AM     Generated on: 9/6/2024 12:07 AM

**Department of Health and Human Services**
Case 3:25-cv-01620-LJC   Document 108-1   Filed 01/09/26   Page 103 of 573

**Notice of Award**
R01AI186641
**Federal Award Date**
03/21/2025

NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES

## Recipient Information

**1. Recipient Name**
REGENTS OF THE UNIVERSITY OF
CALIFORNIA, SAN FRANCISCO, THE
1855 FOLSOM ST STE 425
SAN FRANCISCO, CA 94103

**2. Congressional District of Recipient**
11

**3. Payment System Identifier (ID)**
1946036493A6

**4. Employer Identification Number (EIN)**
946036493

**5. Data Universal Numbering System (DUNS)**
094878337

**6. Recipient's Unique Entity Identifier**
KMH5K9V7S518

**7. Project Director or Principal Investigator**
Matthew A. Spinelli, MD
Assistant Professor
Matthew.Spinelli@ucsf.edu
162-820-6240

**8. Authorized Official**
Ms. Julie C. Tang

## Federal Agency Information

**9. Awarding Agency Contact Information**
MATTHEW WILLIAM Gossart

NATIONAL INSTITUTE OF ALLERGY AND
INFECTIOUS DISEASES
matthew.gossart@nih.gov
(240) 627-3046

**10. Program Official Contact Information**
ELEANORE JENNIFER Chuang

NATIONAL INSTITUTE OF ALLERGY AND
INFECTIOUS DISEASES
eleanore.chuang@nih.gov
(240) 747-7858

## Federal Award Information

**11. Award Number**
1R01AI186641-01

**12. Unique Federal Award Identification Number (FAIN)**
R01AI186641

**13. Statutory Authority**
42 USC 241  42 CFR 52

**14. Federal Award Project Title**
Randomized Directly Observed Therapy Study to Interpret Clinical Trials of Doxy-PEP

**15. Assistance Listing Number**
93.855

**16. Assistance Listing Program Title**
Allergy and Infectious Diseases Research

**17. Award Action Type**
New Competing (REVISED)

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---|
| **19. Budget Period Start Date** 08/14/2024 – **End Date** 03/18/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0 |
| 20 a.  Direct Cost Amount | $0 |
| 20 b.  Indirect Cost Amount | $0 |
| **21.** Authorized Carryover | |
| **22.** Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $781,821 |
| **24.** Total Approved Cost Sharing or Matching, where applicable | $0 |
| **25.** Total Federal and Non-Federal Approved this Budget Period | $781,821 |
| ------------------------------------------------------------------- | |
| **26. Project Period Start Date** 08/14/2024 – **End Date** 03/18/2025 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $781,821 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Emily  Linde

## 30. Remarks

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Version:15 - 3/15/2025                                            (3/22/2025 12:07 AM
A.R.000098

Notice of Award



**RESEARCH**
Department of Health and Human Services
National Institutes of Health



NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES

---

**SECTION I – AWARD DATA – 1R01AI186641-01 REVISED**

**Principal Investigator(s):**
Matthew A. Spinelli, MD

**Award e-mailed to:** cgrasteam@ucsf.edu

Dear Authorized Official:

The National Institutes of Health hereby revises this award  (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to The Regents of the UCSF in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241  42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute Of Allergy And Infectious Diseases of the National Institutes of Health under Award Number R01AI186641. The content is solely the responsibility of the authors and does not necessarily represent the official views of  the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Emily  Linde
Grants Management Officer
NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**
**Salaries and Wages**                                                          $226,393

Version: 35  2/15/2024 10:07 AM    A.R.000099    3/22/2025 12:07 AM

| | |
|---|---|
| **Fringe Benefits** | $82,499 |
| **Personnel Costs (Subtotal)** | $308,892 |
| **Materials & Supplies** | $34,197 |
| **Travel** | $10,000 |
| **Other** | $65,000 |
| **Subawards/Consortium/Contractual Costs** | $57,684 |
| **Publication Costs** | $2,000 |
| **ADP/Computer Services** | $3,812 |
| | |
| **Federal Direct Costs** | $481,585 |
| **Federal F&A Costs** | $300,236 |
| **Approved Budget** | $781,821 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $781,821 |
| **TOTAL FEDERAL AWARD AMOUNT** | $781,821 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $0 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 1 | $781,821 | $781,821 |

**Fiscal Information:**

| | |
|---|---|
| **Payment System Identifier:** | 1946036493A6 |
| **Document Number:** | RAI186641A |
| **PMS Account Type:** | P (Subaccount) |
| **Fiscal Year:** | 2024 |

| IC | CAN | 2024 |
|---|---|---|
| AI | 8472338 | $781,821 |

**NIH Administrative Data:**
**PCC**: M37C A / **OC**: 41021 / **Released**: 03/21/2025
**Award Processed:** 03/22/2025 12:07:45 AM

**SECTION II – PAYMENT/HOTLINE INFORMATION – 1R01AI186641-01  REVISED**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

**SECTION III – STANDARD TERMS AND CONDITIONS – 1R01AI186641-01  REVISED**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

a.  The grant program legislation and program regulation cited in this Notice of Award.
b.  Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
c.  45 CFR Part 75.
d.  National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
e.  Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
f.  This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):**  All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2**.** As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that

some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VII Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM). Should a consortium/subaward be issued under this award, a UEI requirement must be included. See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R01AI186641. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

This award provides support for one or more clinical trials. By law (Title VIII, Section 801 of Public Law 110-85), the "responsible party" must register "applicable clinical trials" on the ClinicalTrials.gov Protocol Registration System Information Website. NIH encourages registration of all trials whether required under the law or not. For more information, see http://grants.nih.gov/ClinicalTrials_fdaaa/
 This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section 8.6 Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final expenditure Federal Financial Report (FFR) (SF 425) must be submitted through the Payment Management System (PMS) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section 8.6.1 Financial Reports, http://grants.nih.gov/grants/policy/policy.htm#gps, for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the real-time cash drawdown data in PMS. NIH will close the awards using the last recorded cash drawdown level in PMS for awards that do not require a final FFR on expenditures. It is important to note that for financial closeout, if a grantee fails to submit a required final expenditure FFR, NIH will close the grant using the last recorded cash drawdown level.

A Final Invention Statement and Certification form (HHS 568), (not applicable to training, construction, conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 568 form may be downloaded at: http://grants.nih.gov/grants/forms.htm. This paragraph does not apply to Training grants, Fellowships, and certain other programs—i.e., activity codes C06, D42, D43, D71, DP7, G07, G08, G11, K12, K16, K30, P09, P40, P41, P51, R13, R25, R28, R30, R90, RL5, RL9, S10, S14, S15, U13, U14, U41, U42, U45, UC6, UC7, UR2, X01, X02.

Unless an application for competitive renewal is submitted, a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal application is submitted prior to that date, then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at: https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any other specific requirements set forth in the terms and conditions of the award must also be addressed in the Interim or Final RPPR. *Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.*

NIH requires electronic submission of the final invention statement through the Closeout feature in the Commons.

NOTE: If this is the final year of a competitive segment due to the transfer of the grant to another institution, then a Final RPPR is not required. However, a final expenditure FFR is required and must be submitted electronically as noted above. If not already submitted, the Final Invention Statement is required and should be sent directly to the assigned Grants Management Specialist.


Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period. The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.


**Treatment of Program Income:**
Additional Costs

---

**SECTION IV –  AI SPECIFIC AWARD CONDITIONS – 1R01AI186641-01  REVISED**


Clinical Trial Indicator: Yes
This award supports one or more NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.


REVISED AWARD: This award related to Transgender issues no longer effectuates agency priorities. It is the policy of NIH not to further prioritize these research programs. Therefore, the award is terminated. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans. Many such studies ignore, rather than seriously examine,

biological realities. It is the policy of NIH not to prioritize these research programs. Please be advised that your organization, as part of the orderly closeout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report FFR), as applicable) within 120 days of the end of this grant.

NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 8.5.2. This revised award represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be dated no later than 30 days after the date of this notice.

Supersedes previous Notice of Award dated **09/06/2024**.  All other terms and conditions still apply to this award.


*********************

REVISED AWARD: This award is revised to increase the funding level to 100% of the approved budget for the initial budget period.  Out-year commitments for continuation awards remain unchanged.

Supersedes previous Notice of Award dated **8/14/2024**.  All other terms and conditions still apply to this award.

***

This award includes human subject research studies and must conform to the DHHS policies for the Protection of Human Subjects research, which are a term and condition of award.  Human subjects research is covered by the 2018 Common Rule, and may not be initiated until the associated protocols have received IRB approval as specified in 45 CFR 46.  Failure to comply with the terms and conditions of award may result in the disallowance of costs and/or additional enforcement actions as outlined in Section 8.5 of the NIH Grants Policy Statement
****
This Notice of Award (NoA) includes funds for University of Washington

This Notice of Award (NoA) includes funds for Hennepin Healthcare Research Institute
****

REMINDER: This grant is funded for HIV/AIDS research. Per the NIH Revitalization Act of 1993, funds are restricted for HIV/AIDS research and cannot be re-budgeted for other purposes.

***

Commitment overlap is not permitted, and occurs when an individual's time commitment exceeds 100 percent (i.e., 12 person months), whether or not salary support is requested. Therefore, no individual's time commitment may exceed 100 percent (i.e., 12 person months). Reductions in NIH support due to commitment overlap must be made in accordance with NIH policy as outlined in the NIH Grants Policy Statement.

***

This award is subject to the NIAID Clinical Terms of Award incorporated by reference, and can be accessed via the following World Wide Web address: https://www.niaid.nih.gov/grants-contracts/niaid-clinical-terms-award All submissions required by the NIAID Clinical Terms of Award must be forwarded electronically to the NIAID Program Official identified on this Notice of Award.

***

The initial budget period has been adjusted to 11 months. See https://www.niaid.nih.gov/grants-contracts/financial-management-plan.

The budget period anniversary start date for future year(s) will be **July 1.**

Data Management and Sharing Policy: Applicable

This project is expected to generate scientific data. Therefore, the Final NIH Policy for Data Management and Sharing applies. The approved Data Management and Sharing (DMS) Plan is hereby incorporated as a term and condition of award, and the recipient shall manage and disseminate scientific data in accordance with the approved plan. Any significant changes to the DMS Plan (e.g., new scientific direction, a different data repository, or a timeline revision) require NIH prior approval. Failure to comply with the approved DMS plan may result in suspension and/or termination of this award, withholding of support, audit disallowances, and/or other appropriate action. See NIH Grants Policy Statement Section 8.2.3 for more information on data management and sharing expectations.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 1R01AI186641-01 REVISED

**INSTITUTION:** The Regents of the UCSF

| Budget | Year 1 |
|---|---|
| Salaries and Wages | $226,393 |
| Fringe Benefits | $82,499 |
| Personnel Costs (Subtotal) | $308,892 |
| Materials & Supplies | $34,197 |
| Travel | $10,000 |
| Other | $65,000 |
| Subawards/Consortium/Contractual Costs | $57,684 |
| Publication Costs | $2,000 |
| ADP/Computer Services | $3,812 |
| TOTAL FEDERAL DC | $481,585 |
| TOTAL FEDERAL F&A | $300,236 |
| TOTAL COST | $781,821 |

| Facilities and Administrative Costs | Year 1 |
|---|---|
| F&A Cost Rate 1 | 64% |
| F&A Cost Base 1 | $469,119 |
| F&A Costs 1 | $300,236 |

Version: 35 - 2/15/... A.R.000104 ...22/2025 12:07 AM



**Department of Health and Human Services**

Case 1:25-cv-01620-LLA   Document 108-1   Filed 01/09/26   Page 110 of 573

NATIONAL INSTITUTE ON DRUG ABUSE

**Notice of Award**
FAIN# R01DA061247
**Federal Award Date**
10/28/2024

| | |
|---|---|
| **Recipient Information** | **Federal Award Information** |

**1. Recipient Name**
NORTHWESTERN UNIVERSITY
633 CLARK ST
EVANSTON, IL 60208

**2. Congressional District of Recipient**
09

**3. Payment System Identifier (ID)**
1362167817A1

**4. Employer Identification Number (EIN)**
362167817

**5. Data Universal Numbering System (DUNS)**
005436803

**ʼ . Recipientǫ Uni7ue Entity Identifier**
KG76WYENL5K1

**6. Project Director or Principal Investigator**
Michelle  Birkett, PHD
Assistant Professor
birkett@northwestern.edu
312-503-3538

**8. Authorized Official**
Trinity J Adamsel
SponsoredResearch@northwestern.edu
312-503-7955

**Federal Agency Information**

**9. Awarding Agency Contact Information**
KARINNE CHRISTIANNE Chevalier-Davis
Grants Management Specialist
NATIONAL INSTITUTE ON DRUG ABUSE
karinne.chevalierdavis@nih.gov
240-627-3407

**10. Program Official Contact Information**
Sheba King Dunston
Scientific Review Officer
NATIONAL INSTITUTE ON DRUG ABUSE
dunstonsk@mail.nih.gov
240-276-6170

**11. Award Number**
1R01DA061247-01

**12. Uni7ue Federal Award Identification Number (FAIN)**
R01DA061247

**13. Statutory Authority**
42 USC 241  42 CFR 52

**14. Federal Award Project Title**
SILOS: Structural Inequities across Layers Of Social-Context as Drivers of HIV and Substance Use

**15. Assistance Listing Number**
93.279

**1ʼ . Assistance Listing Program Title**
Drug Abuse and Addiction Research Programs

**16. Award Action Type**
New Competing (REVISED)

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---:|
| **19. Budget Period Start Date** 08/01/2024 – **End Date** 05/31/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0 |
| 20 a.  Direct Cost Amount | $0 |
| 20 b.  Indirect Cost Amount | $0 |
| **21.** Authorized Carryover | |
| **22.** Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $777,568 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $777,568 |
| **2ʼ . Project Period Start Date** 08/01/2024 – **End Date** 05/31/2029 | |
| **26.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $777,568 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Lennin F. Greenwood

| **30. Remarks** |
|---|

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Notice of Award



RESEARCH
Department of Health and Human Services
National Institutes of Health

NATIONAL INSTITUTE ON DRUG ABUSE



---

**SECTION I – AWARD DATA – 1R01DA0' 1246-01 REVISED**

**Principal Investigator(s):**
Michelle  Birkett, PHD

**Award e-mailed to:** OSR-Awards@northwestern.edu

Dear Authorized Official:

The National Institutes of Health hereby revises this award  (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to NORTHWESTERN UNIVERSITY CHICAGO in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241  42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute On Drug Abuse of the National Institutes of Health under Award Number R01DA061247. The content is solely the responsibility of the authors and does not necessarily represent the official views of   the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Lennin F. Greenwood
Grants Management Officer
NATIONAL INSTITUTE ON DRUG ABUSE

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**
**Salaries and Wages**                                                            $270,048

A.R.000106
Version: 25 - 2/15/2024  Date Printed: 02/28/2024 12:01 AM

| | |
|---|---|
| **Fringe Benefits** | $74,263 |
| **Personnel Costs (Subtotal)** | $344,311 |
| **Consultant Services** | $9,675 |
| **Materials & Supplies** | $1,800 |
| **Travel** | $2,250 |
| **Other** | $11,736 |
| **Subawards/Consortium/Contractual Costs** | $140,971 |
| | |
| **Federal Direct Costs** | $510,743 |
| **Federal F&A Costs** | $266,825 |
| **Approved Budget** | $777,568 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $777,568 |
| **TOTAL FEDERAL AWARD AMOUNT** | $777,568 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $0 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 1 | $777,568 | $777,568 |
| 2 | $775,430 | $775,430 |
| 3 | $778,589 | $778,589 |
| 4 | $772,281 | $772,281 |
| 5 | $683,520 | $683,520 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**Fiscal Information:**

| | |
|---|---|
| **Payment System Identifier:** | 1362167817A1 |
| **Document Number:** | RDA061247A |
| **PMS Account Type:** | P (Subaccount) |
| **Fiscal Year:** | 2024 |

| IC | CAN | 2024 | 2025 | 2026 | 2027 | 2028 |
|---|---|---|---|---|---|---|
| DA | 8472628 | $777,568 | $775,430 | $778,589 | $772,281 | $683,520 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**NIH Administrative Data:**
**PCC**: EB/SKD / **OC**: 41021 / **Released**: 10/25/2024
**Award Processed**: 10/28/2024 12:01:50 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 1R01DA0' 1246-01 REVISED**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 1R01DA0' 1246-01 REVISED**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

 a. The grant program legislation and program regulation cited in this Notice of Award.
 b. Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
 c. 45 CFR Part 75.
 d. National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
 e. Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
 f. This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain

A.R.000107
Version: 25 - 2/15/2... ... 10/28/2024 12:01 AM

references cited above.)

**Research and Development (R&D):** All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VII Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM). Should a consortium/subaward be issued under this award, a UEI requirement must be included. See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R01DA061247. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious

nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

**SECTION IV –  DA SPECIFIC AWARD CONDITIONS – 1R01DA0' 1246-01  REVISED**

Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

**REVISION # 2 - HUMAN SUBJECTS RESOLVED**
This revised award reflects NIDA's acceptance of the certification of Institutional Review Board (IRB) approval for the recipient and releases the restriction on the Notice of Award issued on - 07/19/24.  Accordingly, the special condition prohibiting research involving human subjects is removed as of the effective date of the IRB approval. See the NIH Grants Policy Statement, section on Human Subjects Protections http://grants.nih.gov/policy/nihgps/index.htm for specific requirements related to the protection of human subjects, which are applicable to this term and condition of award.

This revision supersedes Notice of Award (NoA) issued on 07/19/24. All other terms below remain applicable.

**REVISION # 1 - OTHER SUPPORT REQUIREMENTS RESOLVED**
This revised award approves the Other Support and removes the restriction which prohibited the drawdown and obligation of funds for Drs. Birkett, Janulis, and Motley submitted on 07/15/2024 through the Just In Time information.

This revision supersedes Notice of Award (NoA) issued 07/19/24.  All other terms below remain applicable.

**FY2024 FUNDING**
The award amount for the current year is based upon IRG/Council recommendations, cost analysis, program priorities and availability of funds.

**NOFO REQUIREMENTS**
This award is subject to the requirements detailed in RFA-DA-23-061, entitled "NIDA REI: Reaching Equity at the Intersection of HIV and Substance Use: Novel Approaches to Address HIV Related Health Disparities in Underserved Racial and/or Ethnic Populations (R01 Clinical Trial Optional)", posted on 10/14/2022, which are incorporated by reference as terms and conditions of this award.

The NOFO is available here: RFA-DA-23-061: NIDA REI: Reaching Equity at the Intersection of HIV and Substance Use: Novel Approaches to Address HIV Related Health Disparities in Underserved Racial and/or Ethnic Populations (R01 Clinical Trial Optional) (nih.gov).

**BUDGET PERIOD**

A. R. 000109
Version: 25 - 2/15/2   Generated 10/28/2024 12:01 AM

Future year anniversary dates for this grant will be June 1 and the Research Performance Progress Report (RPPR) is due on March 15.

**CONSORTIUM ACTIVITY**
This award includes funds awarded for consortium activities.  Consortia are to be established and administered as described in the NIH Grants Policy Statement (NIH GPS), Section on Consortium Agreements - http://grants.nih.gov/policy/nihgps/index.htm.

The recipient is reminded of the *NIH Final Updated Policy Guidance for Subaward/Consortium Written Agreements* as published in the NIH Guide notice NOT-OD-23-182 on September 15, 2023 with an effective date of January 1, 2024.  The notice can be found here: https://grants.nih.gov/grants/guide/notice-files/NOT-OD-23-182.html

**NIDA TERMS**
In conjunction with the Acknowledgment of Federal Funding Requirement (as specified in the NIH Grants Policy Statement, Appropriation Mandates http://grants.nih.gov/policy/nihgps/index.htm), in order to most effectively disseminate research results, advance notice should be given to NIDA that research findings are about to be published so that we may coordinate accurate and timely release to the media. This information will be embargoed until the publication date. Please see the NIDA Special Considerations Page for guidance on coordination with the NIDA Press Office at https://www.drugabuse.gov/funding/special-considerations-for-nida-funding, or contact the NIDA Press Office at media@nida.nih.gov.

Please see Special Considerations for NIDA Funding Opportunities and Awards at https://www.drugabuse.gov/funding/special-considerations-for-nida-funding.

Data Management and Sharing Policy: Applicable

This project is expected to generate scientific data. Therefore, the Final NIH Policy for Data Management and Sharing applies. The approved Data Management and Sharing (DMS) Plan is hereby incorporated as a term and condition of award, and the recipient shall manage and disseminate scientific data in accordance with the approved plan. Any significant changes to the DMS Plan (e.g., new scientific direction, a different data repository, or a timeline revision) require NIH prior approval. Failure to comply with the approved DMS plan may result in suspension and/or termination of this award, withholding of support, audit disallowances, and/or other appropriate action. See NIH Grants Policy Statement Section 8.2.3 for more information on data management and sharing expectations.

| Budget | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| DMS Costs | $0 | $0 | $0 | $0 | $0 |

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 1R01DA061247-01 REVISED

**INSTITUTION:** NORTHWESTERN UNIVERSITY CHICAGO

| Budget | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| Salaries and Wages | $270,048 | $253,603 | $253,603 | $253,603 | $253,603 |
| Fringe Benefits | $74,263 | $69,740 | $69,740 | $69,740 | $69,740 |
| Personnel Costs (Subtotal) | $344,311 | $323,343 | $323,343 | $323,343 | $323,343 |
| Consultant Services | $9,675 | $14,850 | $17,100 | $15,300 | $13,500 |
| Materials & Supplies | $1,800 | | | | |
| Travel | $2,250 | $2,250 | $2,250 | $2,250 | $2,250 |
| Other | $11,736 | $56,070 | $55,818 | $53,676 | |
| Subawards/Consortium/Con | $140,971 | $140,971 | $140,971 | $140,971 | $140,971 |

A.R.000110
Version: 25 - 2/15/24 11:16:55 AM    Generated on 12/28/2024 12:01 AM

| tractual Costs | | | | | |
|---|---|---|---|---|---|
| TOTAL FEDERAL DC | $510,743 | $537,484 | $539,482 | $535,540 | $480,064 |
| TOTAL FEDERAL F&A | $266,825 | $237,946 | $239,107 | $236,741 | $203,456 |
| TOTAL COST | $777,568 | $775,430 | $778,589 | $772,281 | $683,520 |

| Facilities and Administrative Costs | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| F&A Cost Rate 1 | 60% | 60% | 60% | 60% | 60% |
| F&A Cost Base 1 | $444,708 | $396,577 | $398,511 | $394,569 | $339,093 |
| F&A Costs 1 | $266,825 | $237,946 | $239,107 | $236,741 | $203,456 |

Department of Health and Human Services
Case 1:25-cv-01620-LAK    Document 108-1    Filed 01/09/26    Page 117 of 573
NATIONAL INSTITUTE ON DRUG ABUSE

Notice of Award
1R01DA061247
Federal Award Date
03/13/2025

## Recipient Information

**1. Recipient Name**
NORTHWESTERN UNIVERSITY
633 CLARK ST
EVANSTON, IL 60208

**2. Congressional District of Recipient**
09

**3. Payment System Identifier (ID)**
1362167817A1

**4. Employer Identification Number (EIN)**
362167817

**5. Data Universal Numbering System (DUNS)**
005436803

**6. Recipient's Unique Entity Identifier**
KG76WYENL5K1

**7. Project Director or Principal Investigator**
Michelle  Birkett, PHD
Assistant Professor
birkett@northwestern.edu
312-503-3538

**8. Authorized Official**
Trinity J Adamsel
SponsoredResearch@northwestern.edu
312-503-7955

## Federal Agency Information

**9. Awarding Agency Contact Information**
Pamela G. Fleming
Grants Management Officer
NATIONAL INSTITUTE ON DRUG ABUSE
pfleming@mail.nih.gov
301-480-1159

**10. Program Official Contact Information**
Sheba King Dunston
Scientific Review Officer
NATIONAL INSTITUTE ON DRUG ABUSE
dunstonsk@mail.nih.gov
240-276-6170

## Federal Award Information

**11. Award Number**
1R01DA061247-01

**12. Unique Federal Award Identification Number (FAIN)**
R01DA061247

**13. Statutory Authority**
42 USC 241  42 CFR 52

**14. Federal Award Project Title**
SILOS: Structural Inequities across Layers Of Social-Context as Drivers of HIV and Substance Use

**15. Assistance Listing Number**
93.279

**16. Assistance Listing Program Title**
Drug Abuse and Addiction Research Programs

**17. Award Action Type**
New Competing (REVISED)

**18. Is the Award R&D?**
Yes

### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 08/01/2024 – **End Date** 03/12/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0 |
| 20 a.  Direct Cost Amount | $0 |
| 20 b.  Indirect Cost Amount | $0 |
| **21.** Authorized Carryover | |
| **22.** Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $777,568 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $777,568 |
| **26. Project Period Start Date** 08/01/2024 – **End Date** 03/12/2025 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $777,568 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Pamela G. Fleming

## 30. Remarks

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

A.R.000112





Notice of Award

RESEARCH
Department of Health and Human Services
National Institutes of Health

NATIONAL INSTITUTE ON DRUG ABUSE

---

**SECTION I – AWARD DATA – 1R01DA061247-01 REVISED**

**Principal Investigator(s):**
Michelle Birkett, PHD

**Award e-mailed to:** OSR-Awards@northwestern.edu

Dear Authorized Official:

The National Institutes of Health hereby revises this award (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to NORTHWESTERN UNIVERSITY CHICAGO in support of the above referenced project. This award is pursuant to the authority of 42 USC 241 42 CFR 52 and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute On Drug Abuse of the National Institutes of Health under Award Number R01DA061247. The content is solely the responsibility of the authors and does not necessarily represent the official views of the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F. The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Pamela G. Fleming
Grants Management Officer
NATIONAL INSTITUTE ON DRUG ABUSE

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| **Federal Direct Costs** | $510,743 |
| **Federal F&A Costs** | $266,825 |
| **Approved Budget** | $777,568 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $777,568 |
| **TOTAL FEDERAL AWARD AMOUNT** | $777,568 |

**AMOUNT OF THIS ACTION (FEDERAL SHARE)**                                $0

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 1 | $777,568 | $777,568 |

**Fiscal Information:**
**Payment System Identifier:**     1362167817A1
**Document Number:**               RDA061247A
**PMS Account Type:**              P (Subaccount)
**Fiscal Year:**                   2024

| IC | CAN | 2024 |
|---|---|---|
| DA | 8472628 | $777,568 |

**NIH Administrative Data:**
**PCC**: EB/SKD / **OC**: 41021 / **Released**: 03/13/2025
**Award Processed:** 03/14/2025 12:10:28 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 1R01DA061247-01  REVISED**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 1R01DA061247-01  REVISED**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

   a.  The grant program legislation and program regulation cited in this Notice of Award.
   b.  Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
   c.  45 CFR Part 75.
   d.  National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
   e.  Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
   f.  This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):**  All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VII Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

Version: 35 - 3/15/2024 3:12:01 AM - Generated on 3/14/2025 12:10 AM    A.R.000114

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM). Should a consortium/subaward be issued under this award, a UEI requirement must be included. See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R01DA061247. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

 This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section 8.6 Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final expenditure Federal Financial Report (FFR) (SF 425) must be submitted through the Payment Management System (PMS) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section 8.6.1 Financial Reports, http://grants.nih.gov/grants/policy/policy.htm#gps, for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the real-time cash drawdown data in PMS. NIH will close the awards using the last recorded cash drawdown level in PMS for awards that do not require a final FFR on expenditures.  It is important to note that for financial closeout, if a grantee fails to submit a required final expenditure FFR, NIH will close the grant using the last recorded cash drawdown level.

A Final Invention Statement and Certification form (HHS 568), (not applicable to training, construction, conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 568 form may be downloaded at: http://grants.nih.gov/grants/forms.htm.  This paragraph does not apply to Training grants, Fellowships, and certain other programs—i.e., activity codes C06, D42, D43, D71, DP7, G07, G08, G11, K12, K16, K30, P09, P40, P41, P51, R13, R25, R28, R30, R90, RL5, RL9, S10, S14, S15, U13, U14, U41, U42, U45, UC6, UC7, UR2, X01, X02.

Unless an application for competitive renewal is submitted, a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal application is submitted prior to that date, then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at: https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any other specific requirements set forth in the terms and conditions of the award must also be addressed in the Interim or Final RPPR. *Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.*

NIH requires electronic submission of the final invention statement through the Closeout feature in the Commons.

NOTE:  If this is the final year of a competitive segment due to the transfer of the grant to another institution, then a Final RPPR is not required.  However, a final expenditure FFR is required and must be submitted electronically as noted above.  If not already submitted, the Final Invention Statement is required and should be sent directly to the assigned Grants Management Specialist.

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the

Version: 35 - 2/15/2020 ... 1/14/2025 12:10 AM

basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- · Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- · For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- · HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- · For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.


**Treatment of Program Income:**
Additional Costs

---

**SECTION IV –  DA SPECIFIC AWARD CONDITIONS – 1R01DA061247-01  REVISED**


Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

**REVISION #1 - TERMINATION**

This award related to diversity, equity, and inclusion ("DEI") no longer effectuates agency priorities.  Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans. Therefore, it is the policy of NIH not to prioritize such research programs. It is the policy of NIH not to further prioritize these research programs.  Therefore, the award is terminated.  Northwestern University at Chicago This is ever draw fld ac dvt t csat hadNf adhwai hf l csl r sli Dcdr cvacwd r t scp Da

Please be advised that your organization, as part of the orderly closeout process, will need to submit the necessary closeout documents (i.e. Final Research Performance Program Report (F-RPPR), Final Invention Statement (FIS), and the Final Federal Financial Report (FFR)) within 120 days of the end date of this grant to avoid unilateral closeout.

NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 8.5.2. This revised award represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be dated no later than 30 days after the date of this notice.

This revision supersedes Notice of Award (NoA) issued 10/28/2024.

_____

### REVISION # 2 - HUMAN SUBJECTS RESOLVED

n' Nd sro Ndr l hu hsl sr Wr Dad RBJ A)d h DDr t ah f Dr cw ár Dr sa NDh aNdf cwB dawaNdf hI - ro Nlu O chsl 7B 0/ htts cohl wcs ár sr DNl Nf ah f l sr lr hdrd ár sr das NDaNdf cf ár Rca NDr cw Au hsl Nddvr l cf 1 924 g4y, b ADDcsl Nlmli j ár dtr DNl Dcf l Nald f tsc' NSNaNm sr drhsD Nloclo Nlm' v T hf dvSpr Dad Nd sr Tcorl hdcwár r wcDaNlr l har cwár B 0 htts cohl bHrr ár r RBG P shf ad: cl NlD Haha r T r f áj dr DaNdf cf GvThf Hv Spr Dad: sca DaNdf d 'at x4Nlm sh f adl f Nl bmco4 cl NlD 4 Nmt d4Nl l r qb aT wcs dt r DNlD sr ev Nlr T r f adsr lhar l ac ár t sca DaNdf cw v Thf dvSpr Dad j u' NlD hsr ht tl NlDh Sl r ac á Nd ar sT hf l Dcf l NaId f cw hu hs l b

n' Nd sro NlNdf dvtr sr dr l r d Rca NDr cw Au hsl 7Rc A/ Nddvr l cf 924 g4y, b All cár s ar sT d Sr lcu sr T hf Nl htt l NlDh Sl r b

### REVISION # 1 - OTHER SUPPORT REQUIREMENTS RESOLVED

n' Nd sro Ndr l hu hsl htts cord ár O ár s Hv t t csah f l sr T cord ár sr das NDaNdf u ' NlD tsc' NSNal l ár l shu l cu f hf l cS l Nl h aNdf cw wf l d wcs ( sdb 0 Nsk r aj Jhf v l Nlj hf l Mcá r i dvST Nlal cf 924 54y9y, á scvm l ár Jvda B n Nl T r Nlwcs T h aNdf b

n' Nd sro NlNdf dvtr sr dr l r d Rca NDr cw Au hsl 7Rc A/ Nddvr l 924 g4y, b All cá r s ar sT d Sr lcu sr T hf Nl htt l NlDh Sl r b

### FY2024 FUNDING

n' r hu hsl hT cvfawcs ár Dvssr f ai r hs Nd Shdr l vt cf B P 4Ccvf DNl sr DcT T r f l h aNdf dj Dcda hf hli dNdj tscmsh T t sNdsNd hf l hoh Nh SNlal cw wf l db

### NOFO REQUIREMENTS

This award is subject to the requirements detailed in RFA-DA-23-061, entitled "NIDA REI: Reaching Equity at the Intersection of HIV and Substance Use: Novel Approaches to Address HIV Related Health Disparities in Underserved Racial and/or Ethnic Populations (R01 Clinical Trial Optional)", posted on 10/14/2022, which are incorporated by reference as terms and conditions of this award.

The NOFO is available here: RFA-DA-23-061: NIDA REI: Reaching Equity at the Intersection of HIV and Substance Use: Novel Approaches to Address HIV Related Health Disparities in Underserved Racial and/or Ethnic Populations (R01 Clinical Trial Optional) (nih.gov).

### BUDGET PERIOD

Fvavsr i r hs hf f Nlr sdhsi l har d wcs á Nd msh f au Nl Sr Jvf r . hf l ár - r dr hsD : r wcsT hf Dr : scmsr dd - r t csa7 - : : - / Nd l vr cf MhsD . 5b

### CONSORTIUM ACTIVITY

n' Nd hu hsl Nl Dlv l r d wf l d hu hsl r l wcs Dcf dcsa Nl T h DaNd NalNdb Ccf dcsa Nl hsr ac Sr r daNl SNld' r l hf l hl T Nl Nda sr l hd l r d DsN Sr l Nl ár r RBG P shf ad: cl NlD Haha r T r f a 7RBG P: H/j Hr DaNdf cf Ccf dcsa Nl T Amsr r T r f ad 1 'at x4Nlm sh f adl f Nl bmco4 cl NlD 4 Nmt d4Nl l r qb aT b

n' r sr DNlNl f aNd sr T Nl l r l cw ár NIH Final Updated Policy Guidance for Subaward/Consortium Written Agreements hd t vSl Nd' r l Nl ár r RBG Pv Nlr f caNDr ROn1O( 1y31 8y cf Hr t a T Sr s. 5j y9y3 u Nd Nh f r w cDaNlr l har cwJhf v hsi . j y9y, b n' r f caNDr Dhf Sr wc vf l 'r sr x 'at dx4Nlm sh f adl f Nl bmco4 msh f ad4m v Nlr 4 caNDr Nld4 r d4ROn1O( 1y31 8yb aT l

### NIDA TERMS

Bl Dcf pvf Dldf u Nd ár ADkf cu lr l m Trf acw Frl rsh l Fvf l Nm- rev Nr Tr fa7 hd dt r Dwdl Nl ár RBG Pshf ad : cl ND Hdha Trf áj At t sct sNldf Mhf l hard '_aat x4mshf adlf Nbmco4 cl ND 4 Nmt d4Nl r qlb aT /j Nl cs l rs ac Tcdarwv Dldr li l Nldr T Nlhar sr dr hsD sr dvl adj hl ohf Dr f caDr d' cvll Sr mldr f ac RBÁ A áhasr dr hsD wll Nmdhsr hScvaac Sr t vSl Nd'r l dc á hau r Thi Dccsl Nlhar h DDvshar hf l aNrli sr l rhdr ac ár Trl Nlbn' Nd Nwcs Thldf u Nl Sr r T Shsmcr l vf aNdl ár t vSl ND hldf l harb: lr hdr drr ár RBÁ A Htr DNll Ccf dNr shldf d : hmr wcsmv Nlhf Dr cf Dccsl Nlhldf u Nl ár RBÁ A : sr dd Owd Dr ha'_aat dx4u u u bl svmh Svdr bmco4vf l Nlm4ttr DNll Dcf dNr shldf d1wcs1f Nlh1vf l Nlmj cs Dcf a hDaá r RBÁ A : sr dd Owd Dr ha Tr l Nlá @f Nlhbf Nbmcob

: lr hdr drr Htr DNll Ccf dNr shldf d wcs RBÁ A Fvf l Nlm Ott csavf Ndld hf l Au hsl d ha '_aat dx4u u u bl svmh Svdr bmco4vf l Nlm4ttr DNll Dcf dNr shldf d1wcs1f Nlh1vf l Nlmb

Data Management and Sharing Policy: Applicable

This project is expected to generate scientific data. Therefore, the Final NIH Policy for Data Management and Sharing applies. The approved Data Management and Sharing (DMS) Plan is hereby incorporated as a term and condition of award, and the recipient shall manage and disseminate scientific data in accordance with the approved plan. Any significant changes to the DMS Plan (e.g., new scientific direction, a different data repository, or a timeline revision) require NIH prior approval. Failure to comply with the approved DMS plan may result in suspension and/or termination of this award, withholding of support, audit disallowances, and/or other appropriate action. See NIH Grants Policy Statement Section 8.2.3 for more information on data management and sharing expectations.

| Budget | Year 1 |
|---|---|
| DMS Costs | $0 |

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 1R01DA061247-01 REVISED

**INSTITUTION:** NORTHWESTERN UNIVERSITY CHICAGO

| Facilities and Administrative Costs | Year 1 |
|---|---|
| F&A Cost Rate 1 | 60% |
| F&A Cost Base 1 | $444,708 |
| F&A Costs 1 | $266,825 |

I AOuLI ASu UOuDEOF LI MuL RuOY h FASOh Al D h FASOh
DuUPARuuDuFU

---

## Recipient Information

**1. Recipient Name**
Oh F RFGFI OU L C Oh F EI uVFRUuOY L C
8L SL RADL
1420 AEUOu , SECCU P3K Y
8L SL RADL UPRu GUu8L 60916

**2. Congressional District of Recipient**
05

**3. Payment System Identifier (ID)**
1647000555A2

**4. Employer Identification Number (EIN)**
647000555

**5. Data Universal Numbering System (DUNS)**
167192629

**' . Recipients Uni7ue Entity Identifier**
Rh 6NYD. 81AY5

**6. Project Director or Principal Investigator**
h eatTer Sittletonw Ph D pBonta@c

TlittletJ H@sWdH
N19-255-m106

**8. Authorized Official**
va@( Heline Reari@
zreari@ J H@sWdH

---

## Federal Agency Information

**9. Awarding Agency Contact Information**
Ffren 8ayares
Grants Manageb ent Uxe@alist
I AOuLI ASu UOuDEOF LI MuL RuOY
h FASOh Al D h FASOh DuUPARuuDuFU
efrenW@ayaresJ niTWo$
m01c402-1m77

**10. Program Official Contact Information**
Rada 3 DagTer
h ealtT U@entist Adb inistrator
I AOuLI ASu UOuDEOF LI MuL RuOY
h FASOh Al D h FASOh DuUPARuuDuFU
radaWagTerJ niTWo$
m01-451-216N

---

## Federal Award Information

**11. Award Number**
1R01MD01901N-01A1

**12. Uni7ue Federal Award Identification Number (FAIN)**
R01MD01901N

**13. Statutory Authority**
42 EU8 241 42 8CR 52

**14. Federal Award Project Title**
A dj adi@teleTealtT inter$ention to xre$ent POUD and xrob ote re@o$erj for se" Hal and gender b inoritj sHr$i$ors of kias-related $i@ib iyation

**15. Assistance Listing Number**
9mWN0N

**1' . Assistance Listing Program Title**
Minoritj h ealtT and h ealtT Disxarities Resear@T

**16. Award Action Type**
I eq 8ob xeting

**18. Is the Award R&D?**
Yes

### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 06/07/2025 – **End Date** 11/m0/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | " m00@254 |
| 20 aWDire@ 8ost Ab o⊢nt | " 204W000 |
| 20 kWundire@ 8ost Ab o⊢nt | " 97@254 |
| **21. A⊢tToriyed 8arrj o$er** | |
| **22. L ffset** | |
| **23. Ootal Ab o⊢nt of Cederal C⊢nds Lkligated tTis k⊢dget xeriod** | " m00@254 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | " 0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | " m00@254 |
| **2' . Project Period Start Date** 06/07/2025 – **End Date** 11/m0/2026 | |
| **26.** Ootal Ab o⊢nt of tTe Cederal Aq ardin@Hding Axxro$ed 8ost UTaring or Mat@Ting tTis Proze@ Period | " m00@254 |

**28. Authorized Treatment of Program Income**
Additional 8osts

**29. Grants Management Officer - Signature**
Pris@lla Grant

---

**30. Remarks**
A@@extan@e of tTis aq ardwin@Hding tTe "Oerb s and 8onditionsWis a@( noq ledged kj tTe re@xient q Ten fHnds are draq n doq n or otTerq ise re( Hested frob tTe grant xaj b ent sj steb W



Þ oti@e of Aq ard

RESEARCH
Dexartb ent of h ealtT and h Hb an Uer$i@es
Þ ational unstitHtes of h ealtT



Þ AOÞÞ AS ù ÞUOÞDE OF LÞ Mù Þ RùOY h FASOh AÞ D h FASOh DùÞPARùÞFU

---

**SECTION I – AWARD DATA – 1R01MD019016-01A1**

**Principal Investigator(s)V**
Mi@Tael Doleyal
h eatTer Sittleton p@onta@owPh D

**Award e-mailed toV** osxJ H@@sWdH

Dear AHtToriyed Þ ffi@al:

OTe Þ ational unstitHtes of h ealtT Terekj aq ards a grant in tTe ab oHnt of " m00\254 psee ' Aq ard 8 al@HationB in Ue@ion ' Oerb s and 8 onditionsBin Ue@ion uuc to Eni$ersitj of 8 olorado 8 olorado Uxrings in sHxxort of tTe ako$e referen@ed xro₂e@WOTis aq ard is xHrsHant to tTe aHtToritj of 42 EU8 241 42 8CR 52 and is sHkₖe@t to tTe re( Hireb ents of tTis statHte and regHlation and of otTer referen@ed win@orxorated or atta@Ted terb s and @onditionsW

A@@extan@e of tTis aq ardwin@Hding tTe " Oerb s and 8 onditionsWis a@@noq ledged kj tTe re@xient q Ten fHnds are draq n doq n or otTerq ise re( Hested frob tTe grant xaj b ent sj steb W

Fa@T xHkli@ationwxress releasewor otTer do@Hb ent akoHt resear@T sHxxorted kj an Þ uh aq ard  b Hst in@Hde an a@@noq ledgb ent of Þ uh aq ard sHxxort and a dis@laib er sH@T as ' Resear@T rexorted in tTis xHkli@ation q as sHxxorted kj tTe Þ ational unstitHte L n Minoritj h ealtT And h ealtT Disxarities of tTe Þ ational unstitHtes of h ealtT Hnder Aq ard Þ Hb ker R01MD01901NWOTe @ontent is solelj tTe resxonsikilitj of tTe aHtTors and does not ne@essarilj rexresent tTe offi@al $ieq s of  tTe Þ ational unstitHtes of h ealtTWPrior to issHing a xress release @on@erning tTe oHt@ob e of tTis resear@Twxlease notifj tTe Þ uh aq arding uÞ in ad$an@e to alloq for @oordinationW

Aq ard re@xients b Hst xrob ote oka₂@i$itj in resear@T kj estaklisTing standards tTat xro$ide a reasonakle e" xe@ation tTat tTe designw@ondH@ and rexorting of resear@T fHnded Hnder Þ uh aq ards q ill ke free frob kias resHlting frob an un$estigator$ Cinan@al @onfli@ of unterest pC8 Lwin a@@ordan@e q itT tTe 2011 re$ised regHlation at 42 8CR Part 50 UHkxart CW OTe unstitHtion sTall sHkb it all C8 L urexorts to tTe Þ uh tTroHgT tTe eRA 8 ob b ons C8 LuModHleWOTe regHlation does not axxlj to PTase uUb all , Hsiness unno$ati$e Resear@T pÞ, URcand Ub all , Hsiness Oe@Tnologj Oransfer pUOORcaq ardsW8 onsHt tTe Þ uh q eksite Tttx://grantsWiTW@o$/grants/xoli@i@/@i/ for a lin) to tTe regHlation and additional ib xortant inforb ationW

uf j oHTa$e anj ( Hestions akoHt tTis aq ardwxlease dire@ ( Hestions to tTe Cederal Agen@i @onta@sW

Uin@erelj j oHrsw

Pris@lla Grant
Grants Manageb ent Þ ffi@er
Þ AOÞÞ AS ù ÞUOÞDE OF LÞ Mù Þ RùOY h FASOh AÞ D h FASOh DùÞPARùÞFU

Additional inforb ation folloq s

A.R.000120

Cumulative Award Calculations for this Budget Period (U.S. Dollars)

| | |
|---|---|
| Federal Direct Costs | ″204ѡ000 |
| Federal F&A Costs | ″97ѡ254 |
| Approved Budget | ″m00ѡ254 |
| Total Amount of Federal Funds Authorized (Federal Share) | ″m00ѡ254 |
| TOTAL FEDERAL AWARD AMOUNT | ″m00ѡ254 |
| AMOUNT OF THIS ACTION (FEDERAL SHARE) | ″m00ѡ254 |

| SUMMAR:  TOTALS FOR ALL : EARS ₽for tTis Do@b ent I Hb kerc | | |
|---|---|---|
| : R | THIS AWARD | CUMULATI/ E TOTALS |
| 1 | ″m00ѡ254 | ″m00ѡ254 |
| 2 | ″m02ѡ471 | ″m02ѡ471 |
| m | ″mmmw71 | ″mmmw71 |
| 4 | ″mm5ѡ090 | ″mm5ѡ090 |

Re@ob b ended fHtHre j ear total @ost sHxxortwsHxæ@ to tTe a$ailakilitj of fHnds and satisfa@orj xrogress of tTe xroæ@t

Fiscal InformationV

| | |
|---|---|
| Payment System IdentifierV | 1647000555A2 |
| Document NumberV | RMD01901NA |
| PMS Account TypeV | P ⱥUHⱥka@@Hntc |
| Fiscal : earV | 2025 |

| u8 | 8AI | 2025 | 2027 | 202N | 2026 |
|---|---|---|---|---|---|
| MD | 64N276N | ″m00ѡ254 | ″m02ѡ471 | ″ mmmw71 | ″ mm5ѡ090 |

Re@ob b ended fHtHre j ear total @ost sHxxortwsHxæ@ to tTe a$ailakilitj of fHnds and satisfa@orj xrogress of tTe xroæ@t

NIH Administrative DataV

PCC: 8h U02R3D / OC: 41021 / Released: 06/05/2025
Award ProcessedV 06/07/2025 12:4Nm0 PM

**SECTION II – PA: MENYϞHOTLINE INFORMATION – 1R01MD019016-01A1**

Cor xaj b ent and h h U L ffi@e of unsxe@or General ϟotline inforb ationwsee tTe l uh h ob e Page at Ϟttx://grantsϞiTϞjoѶ/grants/xoli@/aq ard@nditionsϞtb

**SECTION III – STANDARD TERMS AND CONDITIONS – 1R01MD019016-01A1**

OTis aq ard is kased on tTe axxli@ation sHkb itted towand as axxro$ed kj w⌐uh on tTe ako$e-titled xroæ@ and is sHxæ@ to tTe terb s and @nditions in@rxorated eitTer dire@lj or kj referen@ in tTe folloq ing:

aϞ OTe grant xrograb legislation and xrograb regHlation @ted in tTis l otiﬁ@ of Aq ardϞ

kϞ 8onditions on a@i$ities and e″xenditHre of fHnds in otTer statHtorj re( Hireb entswsH@ as tTose in@Hded in axxroxriations a@sϞ

@Ϟ 45 8CR Part N5Ϟ

dϞ l ational Poli@ Re( Hireb ents and all otTer re( Hireb ents des@iked in tTe l uh Grants Poli@ Utateb entwin@Hding addenda in effe@ as of tTe keginning date of tTe kHdget xeriodϞ

eϞ Cederal Aq ard Perforb an@ Goals: As re( Hired kj tTe xeriodi@rexort in tTe RPPR or in tTe final xrogress rexort q Ten axxli@ableϞ

fϞ OTis aq ard noti@ewl 8SEDuϞ G Oh F OFRMUϞ AI D 8LI DuϾLI U 8uϿFDϾ, FSLKϾϞ

⌐Uee l uh h ob e Page at Ϟttx://grantsϞiTϞjoѶ/grants/xoli@/aq ard@nditionsϞtb for @ertain referen@s @ted ako$eϞ

**Research and Development (R&D)V** All aq ards issHed kj tTe l ational unstitHtes of healtT ⌐ uh cb eet tTe definition of ′Resear@ and De$eloxb entϿat 45 8CR Part& N5Ϟ. As sH@ tⱥwaHditees sToHd identif⌐ l uh aq ards as xart of tTe R; D @Hster on tTe U@edHe of F″xenditHres of Cederal Aq ards ⌐UFCAcϞOTe aHditor sToHd test l uh aq ards for @ob xlian@ as instrH@ted in Part Vᵂ8IHsters of Prograb sϞ⌐ uh re@gniyes tTat sob e aq ards b aj Taⱥ$e anotTer @lassiﬁ@ation for xHrxoses of indire@ @@ostsϞOTe aHditor is not re( Hired to

A.R.000121
Version: 23 - 2/15/2... 2:...  6/7/2025 12:4NPM

rexort tTe dis@nne@ pWWWdTe aq ard is @assified as R; D for Cederal AHdit Re( Hreb ent xHrxoses kHt non-resear@T for indire@ @ost rate xHrxosesoWHless tTe aHditee is @Targing indire@ @osts at a rate otTer tTan tTe ratepscsxe@fied in tTe aq ard do@H entpsdW

An Hnokligated kalan@ e b aj ke @arried o$er into tTe ne"t kHdget xeriod q itToHt Grants Manageb ent L ffi@r xrior axxro$alW

OTis grant is sHk@ @ to Utreab lined I on@b xeting Aq ard Pro@edHres pUl APdW

OTis aq ard is sHk@ @ to tTe re( Hreb ents of 2 8CR Part 25 for institHtions to obtain a Hni( He entitj identifier pEFu cand b aintain an a@i$e registration in tTe Uj steb for Aq ard Manageb ent pUAMdWUToHd a @nsortiHb /sHkaq ard ke issHed Hnder tTis aq ardwa EFure( Hreb ent b Hst ke in@HdedWUee Tttp://grantsWiTWjoS/grants/xoli@/aq ard@nditionsWtb for tTe fHll I un aq ard terb ib xleb enting tTis re( Hreb ent and otTer additional inforb ationW

OTis aq ard Tas keen assigned tTe Cederal Aq ard udentifi@ation I Hb ker pCAu cR01MD01901NWRe@xients b Hst do@Hb ent tTe assigned CAu on ea@T @nsortiHb /sHkaq ard issHed Hnder tTis aq ardW

, ased on tTe xroze@t xeriod start date of tTis xroze@wtTis aq ard is li) elj sHk@ @ to tTe Oransxaren@ A@ sHkaq ard and e" e@Hi$e @ob xensation rexorting re( Hreb ent of 2 8CR Part 1 NOWOTere are @nditions tTat b aj e" @Hde tTis aq ard_see Tttp://grantsWiTWjoS/grants/xoli@/aq ard@nditionsWtb for additional aq ard axxli@akilitj inforb ationW

un a@@ordan@ e q itT PWSWl 10-171wm@b xlian@ e q itT tTe I uh PHkli@A@@ess Poli@j is noq b andatorj WCor b ore inforb ationwsee I LO-L D-06-0nmand tTe PHkli@A@@ess q eksite: Tttp://xHkli@a@@essWiTWjoS/W

OTis aq ard xro$ides sHxxort for one or b ore @lini@al trialsW j laq pOitle VuunUe@ation 601 of PHkli@Saq 110-65uwtTe ' resxonsikle xartj Bb Hst register ' axxli@akle @lini@al trialsBon tTe 8lini@alOrialsWjoS/Proto@l Registration Uj steb unforb ation K eksiteWI uh en@Hrages registration of all trials q TetTer re( Hired Hnder tTe laq or notWCor b ore inforb ationwsee Tttp://grantsWiTWjoS/8lini@alOrials' fdaaa/

Re@xients b Hst adb inister tTe xroze@t in @ob xlian@ e q itT federal @$il rigTts laq s tTat xroTikit dis@ib ination on tTe kasis of ra@ e w@lorwnational originwdisakilitj wage wand @b b xlj q itT axxli@akle @ons@en@ e xrote@tionsWOTe re@xient q ill @bo xlj q itT axxli@akle laq s tTat xroTikit dis@ib ination on tTe kasis of se"wq Ti@T in@Hdes dis@ib ination on tTe kasis of gender identitj wse" Hal orientationwand xregnan@j W8 @bo xlian@ e q itT tTese laq s re( Hres ta) inj reasonakle stexs to xro$ide b eaningfHl a@@ess to xersons q itT lib ited EnglisT xrofi@en@j and xro$iding xrograb s tTat are a@@essikle to and Hsakle kj xersons q itT disakilitiesWOTe h h U L ffi@e for 8i$il RigTts xro$ides gHidan@e on @ob xlj ing q itT @$il rigTts laq s enfor@ed kj h h UWUee Tttps://q q q WTsWjoS/@$il-rigTts/for-xro$iders/xro$ider-okligations/inde"Wtb l and Tttxs://q q q WTsWjoS/W

· Re@xients of CCA b Hst ensHre tTat tTeir xrograb s are a@@essikle to xersons q itT lib ited EnglisT xrofi@en@j WCor b ore gHidan@e on b eeting tTe legal okligation to ta) e reasonakle stexs to ensHre b eaningfHl a@@ess to xrograb s or a@i$ities kj lib ited EnglisT xrofi@ent indi$idHalsw see Tttps://q q q WTsWjoS/@$il-rigTts/for-indi$idHals/sxe@al-toxi@s/lib ited-englisT-xrofi@en@/fa@-sTeet-gHidan@e/inde"Wtb l and Tttps://q q q Wex WjoS/W
· Cor inforb ation on an institHtion§ sxe@fi@ legal okligations for ser$ing ( Halified indi$idHals q itT disakilitieswin@Hding xro$iding xrograb a@@esswreasonakle b odifi@ationswand to xro$ide effe@i$e @ob b Hni@ationwsee Tttp://q q q WTsWjoS/o@/@$ilrigTts/Hnderstanding/disakilitj /inde"Wtb lW
· h h U fHnded TealtT and edH@ation xrograb s b Hst ke adb inistered in an en$ironb ent free of se" Hal Tarassb ent_see Tttps://q q q WTsWjoS/@$il-rigTts/for-indi$idHals/se"-dis@ib ination/inde"Wtb l W Cor inforb ation akoHt I uh X§ @bb b itb ent to sHxxorting a safe and resxe@fH q or) en$ironb entw q To to @onta@ q itT ( Hestions or @on@erns wand q Tat I uh X§ e" xe@ations are for institHtions and tTe indi$idHals sHxxorted on I uh-fHnded aq ardswxlease see Tttps://grantsWiTWjoS/grants/xoli@/Tarassb entWtb l W
· Cor gHidan@e on adb inistering xrograb s in @bo xlian@ e q itT axxli@akle federal religioHs nondis@ib ination laq s and axxli@akle federal @ons@en@ e xrote@tion and asso@ated anti-dis@ib ination laq swsee Tttps://q q q WTsWjoS/@ons@en@/@ons@en@ e-xrote@tions/inde"Wtb l and Tttps://q q q WTsWjoS/@ons@en@ e/religioHs-freedob /inde"Wtb lW

un a@@ordan@ e q itT tTe regHatorj re( Hreb ents xro$ided at 45 8CR N5Wl mand Axxendi" . uuto 45 8CR Part N5wre@xients tTat Ta$e @Hrrentlj a@i$e Cederal grantswq@oxerati$e agreeb entswand xro@Hreb ent @ontra@s q itT @Hb Hlati$e total $alHe greater tTan " 10W000W000 b Hst rexort and b aintain inforb ation in tTe Uj steb for

Aq ard Manageb ent pUAMcakoHt @Silw aib inalw and adb inistrati$e xro@eedings in @nne@ion q itT tTe aq ard or xerforb an@e of a Cederal aq ard tTat rea@Ted final disxosition q itTin tTe b ost re@ent fi$e-j ear xeriodWOTe re@xient b Hst also b a) e seb iannHal dis@losHres regarding sH@T xro@eedingsWPro@eedings inforb ation q ill ke b ade x Hkli@lj a$ailakle in tTe designated integritj and xerforb an@e sj steb p@Hrrentlj tTe Cederal Aq ardee Perforb an@e and integritj unforb ation Uj steb pCAPuUcdWCHII rexorting re( Hireb ents and xro@edHres are foHnd in Axxendi" . uuto 45 8CR Part N5WOTis terb does not axxlj to l uh felloq sTixsW

**Treatment of Program IncomeV**
Additional 8osts

---

**SECTION I/ − MD SPECIFIC AWARD CONDITIONS − 1R01MD019016-01A1**

8lini@al Orial undi@ator: Yes

OTis aq ard sHxxorts one or b ore l uh-defined 8lini@al OrialsWUee tTe l uh Grants Poli@j Utateb ent Ue@ion 1V for l uh definition of 8lini@al OrialW

**RESTRICTION** l uh and tTe re@xient Ta$e renegotiated tTe s@oxe of tTis aq ardWPHrsHant to tTe re$ised s@oxeW l uh fHnds b aj onlj ke Hsed to sHxxort a@i$ities q itTin tTe re$ised s@oxe of tTe aq ardW l uh fHnds b aj not ke Hsed to sHxxort a@i$ities tTat are oHtside tTe re$ised s@oxe of tTe aq ardwin@Hding di$ersitj w e( Htj and in@Hsion pDFucresear@T or related resear@T training a@i$ities or xrograb sWAnj fHnds Hsed to sHxxort a@i$ities oHtside tTe s@oxe q ill resHlt in a disalloq an@e of @ostsw and fHnds q ill ke re@o$eredW

OTis terb is @onsistent q itT l uh S ongoing internal re$ieq of l uh S xriorities and tTe alignb ent of aq ards q itT tTose xriorities as q ell as a re$ieq of xrograb integritj of aq ardsWH@ re$ieq in@Hdeswk Ht is not lib ited towa re$ieq for fraHdw aste and akHsew and a re$ieq of tTe l uh xortfolio to deterb ine q TetTer aq ards are in tTe kest interests of tTe go$ernb ent and @onsistent q itT xoli@ xrioritiesWF re@xients are Hn@ear on q TetTer a sxe@ifi@a@i$itj @onstitHtes DFuor Tas ( Hestions regarding otTer a@i$ities tTat @oHld ke @onsidered oHtside tTe s@oxe of tTe aq ardwrefrain frob draq ing doq n fHnds and @onsHt q itT tTe fHnding uBwxarti@Harlj q Tere tTe a@i$itj b aj ib xa@t tTe sxe@ifi@aib sw goalsw and oke@i$es of tTe xro@e@W

**REQUIREMENT** This award is subject to the conditions set forth in PA-20-183, Research Project Grant (Parent R01 Clinical Trial Required), 05/05/2020, which is hereby incorporated by reference as special terms and conditions of this award.

Copies of this RFA may be accessed at the following internet address:
http://www.nih.gov/grants/guide/index.html

Copies may also be obtained from the Grants Management Contact indicated in the terms of award.

**RESTRICTION** The clinical trial(s) supported by this award is subject to the plan submitted in the competing application to NIH and the NIH policy on Dissemination of NIH-Funded Clinical Trial Information. The plan states that the clinical trial(s) funded by this award will be registered in ClinicalTrials.gov not later than 21 calendar days after enrollment of the first participant and primary summary results reported in ClinicalTrials.gov, not later than one year after the completion date. The reporting of summary results is required by this term of award even if the primary completion date occurs after the period of performance. This award is subject to additional certification requirements with each submission of the Annual, Interim, and Final Research Performance Progress Report (RPPR). The recipient must agree to the following annual certification when submitting each RPPR. By submitting the RPPR, the AOR signifies compliance, as follows:

In submitting this RPPR, the SO (or PD/PI with delegated authority), certifies to the best of his/her knowledge that, for all clinical trials funded under this NIH award, the recipient and all investigators conducting NIH-funded clinical trials are in compliance with the recipient's plan addressing compliance with the NIH Policy on Dissemination of NIH-Funded Clinical Trial Information. Any clinical trial funded in whole or in part under this award has been registered in ClinicalTrials.gov or will be registered not later than 21 calendar days after enrollment of the first participant. Summary results have been submitted to ClinicalTrials.gov or will be submitted not later than one year after the completion date, even if the completion date occurs after the period of performance.

A.R.000123
Version: 23 - 2/16/2024 ... 6/7/2025 12:4VPM

**INFORMATION**  OTis is a ModHar Grant Aq ard q itToHt dire@ @ost @ategori@l krea) doq ns issHed in a@@ordan@ q itT tTe gHdelines xHklisTed in tTe l uh Grants Poli@ Uatateb entwTttx://grantsWiTWoS/grants/xoli@/niTgxs/niTgxsWdfWRe@xients are re( Hred to allo@ate and a@@oHnt for @osts related to tTis aq ard kj @ategorj q itTin tTeir institHtional a@@oHnting sj steb in a@@ordan@ q itT axxli@akle @ost xrin@xlesW

**INFORMATION**  This award reflects the NIMHD's acceptance of the certification that all key personnel have completed education on the protection of human subjects, in accordance with NIH policy, "Required Education in the Protection of Human Research Participants," as announced in the June 5, 2000 NIH Guide (revised August 25, 2000) ( http://grants.nih.gov/grants/guide/notice-files/NOT-OD-00-039.html).

Any individual involved in the design and conduct of the study that is not included in the certification must satisfy this requirement prior to participating in the project.  Failure to comply can result in the suspension and/or termination of this award, withholding of support of the continuation award, audit disallowances, and/or other appropriate action.

**REQUIREMENT**  Use of humans and animals in any new activities must be requested prior to the start of the activity and must be approved in writing in advance by the NIMHD. See NOT-MD-08-002, "Guidance and Clarification on NCMHD Policy on Prior Approval for Subprojects and Pilot Projects Involving Human Subjects or Vertebrate Animals," NIH Guide to Grants and Contracts, April 29, 2008, which is hereby incorporated by reference as special terms and conditions of this award. See also NOT-OD-15-129, "Prior NIH Approval of Human Subjects Research in Active Awards Initially Submitted without Definitive Plans for Human Subjects Involvement (Delayed Onset Awards): Updated Notice," and NIH-OD-15-128, "Guidance on Changes That Involve Human Subjects in Active Awards and That Will Require Prior NIH Approval: Updated Notice."

**REQUIREMENT**  The awardee is required to follow the data management and sharing plan and the data and safety monitoring plan included in the application and may not implement any changes in the plans without the written prior approval of the NIMHD.

**INFORMATION**  In order to redistribute awards more evenly throughout the year, budget periods are being adjusted. This award is issued with a shortened budget period and with 12 months of support. Continuation awards will cycle each year on December **1**.

**INFORMATION**  Although the budget period start date for this award is 8/6, this award includes funds for 12 months of support. Future year budget periods will cycle on December 1. Allowable pre-award costs may be charged to this award, in accordance with the conditions outlined in the NIH Grants Policy Statement, and with institutional requirements for prior approval. The NIH GPS can be found on the internet at http://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

**INFORMATION**  Unobligated balances may be used by the NIMHD to reduce or offset funding for a subsequent budget period.

Data Manageb ent and UTaring Poli@: Axxli@akle

OTis xroze@ is e" xe@ed to generate s@entifi@dataWOTereforewtTe Cinal l uh Poli@ for Data Manageb ent and UTaring axxliesWOTe axxro$ed Data Manageb ent and UTaring DMUcPlan is Terekj in@rxorated as a terb  and @ndition of aq ardwand tTe re@xient sTall b anage and disseb inate s@entifi@data in a@@ordan@ q itT tTe axxro$ed xlanWAnj signifi@ant @Tanges to tTe DMU Plan peWWneq s@entifi@dire@ionwa different data rexositorj wor a tib eline re$isioncre( Hre l uh xrior axxro$alWCailHre to @b xlj q itT tTe axxro$ed DMU xlan b aj resHt in sHsxension and/or terb ination of tTis aq ardwq itTTolding of sHxxortwaHdit disalloq an@sw and/or otTer axxroxriate a@ionWWee l uh Grants Poli@ Uatateb ent Ue@ion 6WWWWfor b ore inforb ation on data b anageb ent and sTaring e" xe@ationsW

| , Hdget | Year 1 | Year 2 | Year m | Year 4 |
|---|---|---|---|---|
| DMU 8osts | " 0 | " 0 | " 0 | " 0 |

**SPREADSHEET SUMMAR:**
**AWARD NUMBERV**1R01MD01901N-01A1

**INSTITUTIONV**Eni$ersitj of 8olorado 8olorado Uxrings

| Ca@ilities and Adb inistrati$e 8osts | Year 1 | Year 2 | Year m | Year 4 |
|---|---|---|---|---|
| C, A 8ost Rate 1 | 49% | 49% | 49% | 49% |
| C, A 8ost , ase 1 | " 197w4mN | " 192wNN | " 162wN0 | " 151w204 |
| C, A 8osts 1 | " 97w254 | " 94w471 | " 69w71 | " N4w090 |

| Electronic Cover Sheet | | |
|---|---|---|
| **PI: Peitzmeier, Sarah** | Title: Adapting a sexual assault prevention intervention for transgender and nonbinary undergraduates | |
| Received: 11/18/2024 | Opportunity: PA-25-306 | Council: 01/2026 |
| Competition ID: FORMS-H | FOA Title: NIH Exploratory/Developmental Research Project Grant (Parent R21 Clinical Trial Required) | |
| **1R21HD113802-01A1** | Dual: | Accession Number: 5077860 |
| IPF: 820102 | Organization: UNIV OF MARYLAND, COLLEGE PARK | |
| Former Number: 1R21HD113802-01 | Department: Behavioral and Community Health | |
| IRG/SRG: SPIP | AIDS: N | Expedited: N |
| <u>Subtotal Direct Costs</u> <u>(excludes consortium F&A)</u> Year 1:      125,000 Year 2:      150,000 | Animals: N Humans: Y Clinical Trial: Y Current HS Code: 48 HESC: N HFT: N Special Topics: Data Management Sharing | New Investigator: Early Stage Investigator: |
| | | |

| *Senior/Key Personnel:* | *Organization:* | *Role Category:* |
|---|---|---|
| Sarah Peitzmeier Ph.D | University of Maryland, College Park | PD/PI |
| Charlene Senn Ph.D | University of Windsor | Co-Investigator |
| Jeanne Sevelius Ph.D | Columbia University | Consultant |
| Misha Eliasziw | Tufts University | Consultant |
| Elizabeth Aparicio Ph.D | University of Maryland, College Park | Other (Specify)-Licensed Mental Health Clinician |

*Additions for Review*

Other                              Relinquishing Letter

OMB Number: 4040-0001
Expiration Date: 11/30/2025

APPLICATION FOR FEDERAL ASSISTANCE
# SF 424 (R&R)

| | | 3. DATE RECEIVED BY STATE | State Application Identifier |
|---|---|---|---|

| **1. TYPE OF SUBMISSION*** | **4.a. Federal Identifier** |
|---|---|
| ○ Pre-application   ● Application   ○ Changed/Corrected Application | HD113802 |

**b. Agency Routing Number**

| **2. DATE SUBMITTED** | **Application Identifier** 87944 | **c. Previous Grants.gov Tracking Number** |
|---|---|---|

## 5. APPLICANT INFORMATION
UEI*: NPU8ULVAAS23

Legal Name*:        University of Maryland, College Park
Department:         Office of Research Administration
Division:           Research
Street1*:           7809 Regents Drive
Street2:            3112 Lee Building
City*:              College Park
County:             Prince George's
State*:             MD: Maryland
Province:
Country*:           USA: UNITED STATES
ZIP / Postal Code*: 20742-5141

Person to be contacted on matters involving this application
Prefix:        First Name*:  Maura        Middle Name:        Last Name*:  Collinge        Suffix:

Position/Title:     Senior Contract Administrator
Street1*:           Office of Research Administration
Street2:            7809 Regents Drive, 3112 Lee Building
City*:              College Park
County:             Prince George's
State*:             MD: Maryland
Province:
Country*:           USA: UNITED STATES
ZIP / Postal Code*: 20742-5141
Phone Number*: 301-405-6269        Fax Number: 301-314-9569        Email: oraa@umd.edu

| **6. EMPLOYER IDENTIFICATION NUMBER** *(EIN)* or *(TIN)*** | 1520710851-A1 |
|---|---|

| **7. TYPE OF APPLICANT*** | H: Public/State Controlled Institution of Higher Education |
|---|---|

Other (Specify):
**Small Business Organization Type**     ○ Women Owned     ○ Socially and Economically Disadvantaged

| **8. TYPE OF APPLICATION*** | If Revision, mark appropriate box(es). |
|---|---|
| ○ New   ● Resubmission | ○ A. Increase Award   ○ B. Decrease Award   ○ C. Increase Duration |
| ○ Renewal   ○ Continuation   ○ Revision | ○ D. Decrease Duration   ○ E. Other *(specify)* : |

**Is this application being submitted to other agencies?*** ○Yes ●No     What other Agencies?

| **9. NAME OF FEDERAL AGENCY*** National Institutes of Health | **10. CATALOG OF FEDERAL DOMESTIC ASSISTANCE NUMBER** TITLE: |
|---|---|

**11. DESCRIPTIVE TITLE OF APPLICANT'S PROJECT***
Adapting a sexual assault prevention intervention for transgender and nonbinary undergraduates

| **12. PROPOSED PROJECT** | **13. CONGRESSIONAL DISTRICTS OF APPLICANT** |
|---|---|
| Start Date*        Ending Date* 07/01/2025        06/30/2027 | MD-004 |

# SF 424 (R&R)   APPLICATION FOR FEDERAL ASSISTANCE   **Page 2**

## 14. PROJECT DIRECTOR/PRINCIPAL INVESTIGATOR CONTACT INFORMATION

Prefix: Dr.   First Name*: Sarah   Middle Name:   Last Name*: Peitzmeier   Suffix: Ph.D

Position/Title: Assistant Professor
Organization Name*: University of Maryland, College Park
Department: Behavioral and Community Health
Division: School of Public Health
Street1*: 4200 Valley Drive
Street2: 1234J School of Public Health Building
City*: College Park
County: Prince George's
State*: MD: Maryland
Province:
Country*: USA: UNITED STATES
ZIP / Postal Code*: 20742-2611

Phone Number*: (301) 405-2463   Fax Number:   Email*: speitzme@umd.edu

### 15. ESTIMATED PROJECT FUNDING

|   |   |
|---|---|
| a. Total Federal Funds Requested* | $430,953.00 |
| b. Total Non-Federal Funds* | $0.00 |
| c. Total Federal & Non-Federal Funds* | $430,953.00 |
| d. Estimated Program Income* | $0.00 |

### 16. IS APPLICATION SUBJECT TO REVIEW BY STATE EXECUTIVE ORDER 12372 PROCESS?*

a. YES  ○ THIS PREAPPLICATION/APPLICATION WAS MADE AVAILABLE TO THE STATE EXECUTIVE ORDER 12372 PROCESS FOR REVIEW ON:

DATE:

b. NO  ● PROGRAM IS NOT COVERED BY E.O. 12372; OR

○ PROGRAM HAS NOT BEEN SELECTED BY STATE FOR REVIEW

### 17. By signing this application, I certify (1) to the statements contained in the list of certifications* and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances * and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 18, Section 1001)

● I agree*

*The list of certifications and assurances, or an Internet site where you may obtain this list, is contained in the announcement or agency specific instructions.*

### 18. SFLLL or OTHER EXPLANATORY DOCUMENTATION   File Name:

### 19. AUTHORIZED REPRESENTATIVE

Prefix:   First Name*: Maura   Middle Name:   Last Name*: Collinge   Suffix:

Position/Title*: Senior Contract Administrator
Organization Name*: University of Maryland, College Park
Department: Office of Research Administration
Division: Research
Street1*: 7809 Regents Drive
Street2: 3112 Lee Building
City*: College Park
County: Prince George's
State*: MD: Maryland
Province:
Country*: USA: UNITED STATES
ZIP / Postal Code*: 20742-5141

Phone Number*: 301-405-6269   Fax Number: 301-314-9569   Email*: oraa@umd.edu

**Signature of Authorized Representative***   **Date Signed***

Maura Collinge   11/18/2024

### 20. PRE-APPLICATION   File Name:

### 21. COVER LETTER ATTACHMENT   File Name:

424 R&R and PHS-398 Specific

## Table Of Contents

SF 424 R&R Cover Page ............................................................................................ 1

  Table of Contents ............................................................................................ 3

Performance Sites ............................................................................................ 4

Research & Related Other Project Information .......................................................... 5

  Project Summary/Abstract(Description) ................................................................ 6

  Project Narrative ............................................................................................ 7

  Facilities & Other Resources ............................................................................ 8

  Equipment ................................................................................................... 12

  Other Attachments ........................................................................................ 13

    SP_R21_resub_Foreign_Justification ............................................................ 13

Research & Related Senior/Key Person .................................................................. 14

PHS398 Cover Page Supplement ........................................................................... 38

PHS 398 Modular Budget ................................................................................... 40

  Personnel Justification ................................................................................... 43

  Consortium Justification ................................................................................. 44

  Additional Narrative Justification ...................................................................... 45

PHS 398 Research Plan ..................................................................................... 46

  Introduction to Application .............................................................................. 47

  Specific Aims ............................................................................................... 48

  Research Strategy ......................................................................................... 49

  PHS Human Subjects and Clinical Trials Information ............................................. 55

  Study 1: Adapting a sexual assault prevention intervention for transgender and no
  nbinary undergraduates ................................................................................... 57

    Inclusion Enrollment Reports ..................................................................... 65

  Bibliography & References Cited ....................................................................... 85

  Consortium/Contractual Arrangements .............................................................. 88

  Letters of Support ......................................................................................... 89

  Other Plan(s) ............................................................................................... 92

OMB Number: 4040-0010
Expiration Date: 11/30/2025

## Project/Performance Site Location(s)

### Project/Performance Site Primary Location

○ I am submitting an application as an individual, and not on behalf of a company, state, local or tribal government, academia, or other type of organization.

| | |
|---|---|
| Organization Name: | University of Maryland, College Park |
| UEI: | NPU8ULVAAS23 |
| Street1*: | 4200 Valley Drive |
| Street2: | School of Public Health |
| City*: | College Park |
| County: | Prince George's |
| State*: | MD: Maryland |
| Province: | |
| Country*: | USA: UNITED STATES |
| Zip / Postal Code*: | 20742-2611 |
| Project/Performance Site Congressional District*: | MD-004 |

### Project/Performance Site Location 1

○ I am submitting an application as an individual, and not on behalf of a company, state, local or tribal government, academia, or other type of organization.

| | |
|---|---|
| Organization Name: | University of Windsor |
| UEI: | J7FWXWMN3N76 |
| Street1*: | 401 Sunset Avenue |
| Street2: | |
| City*: | Windsor |
| County: | |
| State*: | |
| Province: | Ontario |
| Country*: | CAN: CANADA |
| Zip / Postal Code*: | N9B 3P4 |
| Project/Performance Site Congressional District*: | 00-000 |

### Additional Location(s)        File Name:

Tracking Number: GRANT14304118

Opportunity Number: PA-20-194 . Received Date:
2024-11-18T08:23:30.000-05:00

## RESEARCH & RELATED Other Project Information

| | |
|---|---|
| **1. Are Human Subjects Involved?*** ● Yes ○ No | |
| 1.a. If YES to Human Subjects | |
|     Is the Project Exempt from Federal regulations? ○ Yes ● No | |
|     If YES, check appropriate exemption number:    _ 1 _ 2 _ 3 _ 4 _ 5 _ 6 _ 7 _ 8 | |
|     If NO, is the IRB review Pending? ● Yes ○ No | |
|     IRB Approval Date: | |
|     Human Subject Assurance Number      00005856 | |

| | |
|---|---|
| **2. Are Vertebrate Animals Used?*** ○ Yes ● No | |
| 2.a. If YES to Vertebrate Animals | |
|     Is the IACUC review Pending? ○ Yes ○ No | |
|     IACUC Approval Date: | |
|     Animal Welfare Assurance Number | |

| | |
|---|---|
| **3. Is proprietary/privileged information included in the application?*** ○ Yes ● No | |

| | |
|---|---|
| **4.a. Does this project have an actual or potential impact - positive or negative - on the environment?*** ○ Yes ● No | |
| 4.b. If yes, please explain: | |
| 4.c. If this project has an actual or potential impact on the environment, has an exemption been authorized or an ○ Yes ○ No | |
| environmental assessment (EA) or environmental impact statement (EIS) been performed? | |
| 4.d. If yes, please explain: | |

| | |
|---|---|
| **5. Is the research performance site designated, or eligible to be designated, as a historic place?*** ○ Yes ● No | |
| 5.a. If yes, please explain: | |

| | |
|---|---|
| **6. Does this project involve activities outside the United States or partnership with international collaborators?*** ● Yes ○ No | |
| 6.a. If yes, identify countries:      Canada | |
| 6.b. Optional Explanation:      Subcontractor and Consultant based in Canada | |

| | Filename |
|---|---|
| **7. Project Summary/Abstract*** | SP_R21_resub_Project_Abstract.pdf |
| **8. Project Narrative*** | SP_R21_resub_Project_Narrative.pdf |
| **9. Bibliography & References Cited** | SP_R21_resub_Bibliography.pdf |
| **10. Facilities & Other Resources** | SP_R21_resub_Facilities.pdf |
| **11. Equipment** | SP_R21_resub_Equipment.pdf |
| **12. Other Attachments** | SP_R21_resub_Foreign_Justification.pdf |

**PROJECT SUMMARY**

The purpose of this proposed R21 is to adapt and pilot a sexual assault prevention intervention for transgender and nonbinary (trans) undergraduate students. Forty percent of trans individuals (i.e., individuals whose gender identity does not align with their sex assigned at birth, inclusive of nonbinary people) are sexually assaulted during their time in college. Campus sexual assault contributes to dropout and perpetuates educational, employment, and financial disparities in trans populations that drive lifelong health disparities in HIV prevalence, depression, suicidality, and PTSD. Despite the magnitude of this issue, there are no sexual assault primary prevention interventions that have reduced victimization of trans students, nor of any trans population broadly. The Enhanced Assess, Acknowledge, Act (EAAA) intervention is recommended by the Centers for Disease Control and Prevention (CDC) and is the only randomized controlled trial-tested intervention proven to reduce rape victimization by over 50% among cisgender female undergraduates. However, trans-specific vulnerabilities are not addressed in EAAA, nor in the online adaptation of EAAA recently piloted by the study team called internet-delivered EAAA (IDEA³). **This project aims to adapt and pilot IDEA³ for racially diverse trans and nonbinary students recruited online from two-and four-year colleges nationwide, in order to develop one of the first evidence-based sexual assault prevention interventions for trans and nonbinary young adults.** Aim 1 is to conduct a systematic adaption of IDEA³ for trans students. Informed by unique pilot data collected by our team and the Model of Gender Affirmation, we will use the ADAPT-ITT framework to systematically adapt IDEA³ for trans students ages 18-25 and "theater test" it in an initial group (n=16). Aim 2 will test the feasibility and acceptability of an iteratively revised adapted IDEA³. We will collect participant survey and focus group data on feasibility and acceptability in a single-arm pilot trial with three waves of data collection (four groups of n=16 each; N=64), revising the intervention between groups. Finally, our Exploratory Aim will explore pre/post changes in theory-based mediators (e.g., self-defense self-efficacy) that are likely mechanisms of IDEA³'s effect on reducing sexual violence victimization. Given an increasing population of trans 18-25 year olds, developing an evidence-based intervention to address violence is impactful for ensuring the right to health, safety, and education in this NIH health disparity population.

**PROJECT NARRATIVE**

Forty percent of trans and nonbinary undergraduate students experience sexual assault during their time in college, yet no evidence-based interventions to prevent sexual assault in this population exist. The proposed work will adapt the Enhanced Assess, Acknowledge, Act (EAAA) intervention – an empowerment-based group intervention shown to reduce sexual violence victimization in cisgender women undergraduates by 50% – for racially diverse trans undergraduates using an innovative hybrid online/in-person delivery model, and conduct a single-arm pilot trial to test feasibility and acceptability of the intervention in this population. The findings from this study will provide the foundation for a large-scale randomized controlled trial of the intervention, addressing a significant need for preventing sexual assault among trans young adults.

**FACILITIES AND OTHER RESOURCES**

## University of Maryland, College Park

**Relevance to this project:** As one of the nation's largest research universities, the University of Maryland provides investigators with amenities uniquely suited for effectively carrying out the proposed research. The available resources include: 1) extensive library collections and databases, 2) technological and statistical support and expertise, 3) state-of-the-art technology and facilities, 4) interdisciplinary and specialized collaboration and training at the university, national, and international level, 5) advantageous recruitment and retention of highly-trained research staff, and 6) foundational supports that facilitate research implementation, translation, and dissemination. This strong infrastructure at the university level provides the bureaucratic organization that supports research and training endeavors. The resources described below are not just a litany of components at the University of Maryland, but represent real time opportunities to enhance our ability to successfully complete the proposed study activities.

**The University of Maryland (UMD), College Park.** The University of Maryland, College Park (UMD) is the state's flagship university and one of the nation's preeminent public research universities. A global leader in research, entrepreneurship and innovation, the university is home to over 40,700 students, 14,000 faculty and staff, and nearly 400,000 alumni, all dedicated to the pursuit of Fearless Ideas. Located just outside Washington, D.C., UMD discovers and shares new knowledge through its renowned research enterprise and programs in academics, the arts and athletics, and is committed to social entrepreneurship as the nation's first "Do Good" campus. UMD's state-of-the art research capabilities and facilities, coupled with its prime location and status as the largest university in the Washington, D.C. metropolitan area, facilitate extensive strategic research partnerships with U.S. federal agencies. The University counts among its greatest strengths – and a major component of its excellence – the diversity of its faculty, students, and staff. The University of Maryland, College Park is committed to equal educational opportunity and strives to hire a diverse faculty and staff of exceptional achievement through affirmative actions, to celebrate diversity in all of its programs and activities, and to recruit and retain qualified graduate and undergraduate minority students. Its faculty includes Nobel laureates and Pulitzer Prize winners.

**The University of Maryland School of Public Health (SPH).** The University of Maryland School of Public Health was established in 2007 to advance a better state of health for the diverse populations of Maryland and beyond. The SPH consists of the Departments of: Behavioral and Community Health, Epidemiology and Biostatistics, Health Services Administration, Kinesiology, Family Science, and the Maryland Institute for Applied Environmental Health. These Departments are all represented in the UMD-PRC organizational structure, as is the UMD-SPH Office of the Dean. The SPH is part of the University of Maryland University System, a premier state institution with faculty from many disciplines. Faculty from many disciplines have been actively involved in the UMD-PRC over the past years, and actively support the mission of the UMD-PRC. The School of Public Health remains the only public School of Public Health in the region and is located within one of the nation's leading research universities. The School builds upon a foundation of disciplines that originated over 150 years ago when our land grant university was established. Offering more than 25 academic programs and to be accredited by the Council on Education for Public Health, the School is well-positioned to meet its vision of achieving physical, mental, and social health and well-being for all people throughout our local and global communities.

The SPH Building is located on the University of Maryland's main campus. The building contains five conference rooms; the larger rooms can seat 30 comfortably. In addition to staff and faculty offices, the building includes clinical facilities and laboratories. The clinical facilities are designed for clinical trials, containing all necessary facilities for participant examinations and group meetings. Clinic space includes a reception desk; waiting room that can seat 10 comfortably; a snack area equipped with a microwave and refrigerator for participant use; 15 private, well-lit interview/examination rooms each with a desk and small table for conducting patient/participant interviews; and a 1,000 square foot exercise area equipped with showers and state-of-the-art equipment. The School of Public Health's 145 faculty, 45 staff, 2,360 undergraduate students, and 512 graduate students have extensive experience and expertise in conducting research on behavioral/social determinants of health and public policy in efforts to combat important public health problems.

**University of Maryland Prevention Research Center (UMD-PRC).** Dr. Peitzmeier is a faculty affiliate of the UMD-PRC. The UMD-PRC was founded in 2009 through a center grant from the Centers for Disease Control and Prevention. Researchers in the center focus on conducting public health research and translating new knowledge for applications in public health to reduce health disparities. The primary aim of research in the center has been the reduction of HIV-related sexual and substance use risk factors among vulnerable populations including as examples: substance users in rehabilitation centers, college students at high sexual risk, college residence hall living units with high rates of alcohol use, African American/Black women who believe they are at high risk for HIV, and LGBTQ+ persons. The UMD-PRC has received grants from the National Institutes of Health, Centers for Disease Control and Prevention, Maryland Department of Health, District of Columbia Health Department, and other funders.  It has received two recognition awards from the Centers for Disease Control and Prevention for excellence in community-engaged prevention research.

The UMD-PRC has research laboratory space in the School of Public Health, Department of Behavioral and Community Health which is only accessible to research staff with magnetic card-swipe access. The laboratory space has seven work stations with computers, all connected to three central printers and a large reception desk. Each station provides staff with access to word processing and statistical analysis and analysis software, a bulletin board, and two locked storage facilities to ensure that data is kept secure. The laboratory also has a small meeting space with a smartboard for collaborative tasks and a library of resources for conducting community-based participatory research. The laboratory space also has locked filing cabinets for storing paper copies of collected research data.

**Maryland Population Research Center (MPRC).** The MPRC is funded by an infrastructure grant from the Eunice Kennedy Shriver National Institute of Child Health and Human Development. The Center draws together leading scholars from diverse disciplines to support, produce and promote population-related research of the highest scientific merit. Affiliate faculty can benefit from all MPRC resources including grant support from proposal development through project close, a robust program of seminars and workshops, project website support, and statistical programming support. MPRC Systems Development and Support. MPRC's computing core runs a high-performance Linux cluster that enables researchers to run jobs that require massive amounts of memory and/or CPU cycles. Each node of the cluster has between 64GB and 384GB of memory and has dual processors with 6 to 12 cores each. MPRC's computing core staff assists faculty and graduate students in tuning their programs to efficiently run jobs on the cluster. MPRC's computing core also maintains and provides a set of virtual machines for various research and collaborative projects. A virtual machine is a software based "computer" which runs on top of a host operating system. The host operating system runs on the actual physical hardware and can support multiple guests (or virtual machines). A virtualized environment allows for better allocation and utilization of resources while providing greater security and flexibility. For example, a virtual machine which houses confidential datasets and can be accessed via encrypted connections (SSH, VPN) from particular workstations can be easily deployed and made available to researchers. Similarly, a virtual machine that is optimized to deliver web based data dissemination and collaboration can be easily and effectively implemented. MPRC's computing core provides storage services to research groups (as well as to their off-campus collaborators) without any quota restrictions and with highly redundant backups and real time replication. Data and files are stored in a high availability replicated environment which is designed to guard against hardware failures. By using MPRC's storage area network, researchers can be guaranteed proper security of their datasets as well as regular and redundant backups which are also co-located offsite. MPRC's computing core also maintains a high-end computer lab with specialized software for use by MPRC's faculty and graduate students, and offers programming support in wide range of statistical software, including STATA. This allows researchers to leverage the knowledge and skills of MPRC's in-house programmer for their projects. Researchers are able to get help on both routine and complicated programming tasks in a fast and efficient manner.

**Center on Young Adult Health and Development.** This Center on Young Adult Health and Development (CYAHD) is specifically dedicated to understanding the health and development of young adults and is a part of the Department of Behavioral and Community Health at the University of Maryland School of Public Health on the College Park campus. The Center on Young Adult Health and Development (CYAHD) was established in 2009 at the University of Maryland School of Public Health and is the first center in the United States specifically dedicated to understanding the health and development of young adults. Young adulthood is a neglected developmental period in the health sciences, relative to childhood, adolescence, and older

A.R.000135

adulthood. The overarching goal of CYAHD is to bring much-needed attention to this underrepresented area of study and advance a research agenda to further our knowledge regarding a broad spectrum of issues affecting young adult health and development. Under this broad goal, CYAHD recognizes the following three focus areas: (1) To deepen our understanding of the factors that influence health-risk behaviors among young adults, and the broad array of consequences associated with these behaviors; (2) To understand health and help-seeking behaviors of young adults, attitudes regarding their own physical and mental health, and barriers to health care access and utilization; (3) To advance understanding of how to implement best practices to address behavioral health of young adults in the community and more specifically, in higher education settings.

**Maryland Center for Health Equity (M-CHE).** The M-CHE was established in 2010 and is headquartered in the Office of the Dean at the University of Maryland, School of Public Health. It is a Campus-wide Research Initiative Program charged with providing support for development of broad, multidisciplinary research initiatives that will position the university to become a national leader in elimination of racial and ethnic health disparities aimed toward achieving the nation's Healthy People 2020 goal of health equity. Monthly seminars are held at M-CHE to discuss current faculty research on health disparities, serve for faculty to present and receive feedback on their work, and facilitate networking and collaborations with faculty across the SPH and campus-wide.

**University of Maryland Biostatistics and Risk Assessment Center (BRAC):** BRAC offers consulting services to faculty in statistical analysis, bioinformatics procedures, and quantitative risk assessment. The following is a sample list of biostatistical and bioinformatics methods within BRAC's domain of expertise: empirical Bayes and hierarchical Bayes models; significance analysis of microarrays; analysis for SNPs and aCGH Data; Hidden Markov Models (HMM), supervised and unsupervised machine learning, hierarchical cluster analysis; discrimination and classification, artificial neural networks; support vector machines; self-organizing map; bagging, boosting, and classification trees.

**UMD Library Facilities.** The University of Maryland College Park campus includes seven libraries that house an impressive collection of books, journals and other periodicals, facilitating access to books and manuscripts relevant to the proposed training and research activities. The library system also offers free electronic subscription to scientific journals through a research port that operates 24 hours a day. The McKeldin Library (the main library) is fully digitized offering all students and faculty internet access from their personal computers to all electronic resources. The University of Maryland library system also offers access to an extensive selection of databases including: Medline®, PubMed®, Health Source Plus, Socio-file and PsychInfo and is a member of a library consortium offering electronic and other inter-library sharing of documents. The University of Maryland is also a Federal Depository Library. The resources and services are available to the public and the University of Maryland community.

**Office, Computing, and Laboratory Space for Dr. Peitzmeier.** Dr. Peitzmeier has a private lockable office requiring swipe card access during non-regular business hours with telephone and video-conference call capabilities, with Ethernet access, and a computer workstation (Dell XPS computer with two monitors). Her computer is equipped with software needed to conduct the proposed work, including Stata 18, Microsoft Office, Endnote, Adobe Professional, NVIVO, Atlas.ti, and other software programs. She also has access to a printer, copier, and a scanner. The University of Maryland provides Zoom (video conferencing software) to all faculty and staff. This software is secure and approved for sensitive data (e.g., Protected Health Information).

## University of Windsor

**Research capacity at the University of Windsor (co-investigator Senn):** The University of Windsor (UW) is a mid-sized, research-intensive university with highly ranked undergraduate and graduate programs. UW's Department of Psychology is an engaging and intensive applied research environment integral to the University's grand research challenge to Build Viable, Healthy, and Safe Communities. The 30 faculty, 7 staff, and 3 postdoctoral fellows provide mentorship, resources, and support for approximately 100 graduate students. Dr. Charlene Senn, Tier 1 Canada Research Chair in Sexual Violence, is at the centre of U Windsor's emergence as an international leader in the study of sexual violence and its prevention. The

university has a strong research infrastructure, including grants management personnel and research ethics board staff, to assist and support in administering research grants and conducting rigorous and ethical research studies. UW provides Zoom, sharepoint, and other software necessary for remote collaborations.

A number of researchers in Psychology and Women's & Gender Studies (WGST; where Dr. Senn has a cross-appointment)  are conducting research related to gender-based violence and have existing professional relationships or collaborations with co-I Senn: Patti Timmons Fritz (Child Clinical Psychology: intimate partner violence), Calvin Langton (Child Clinical Psychology: child abuse) Michael Burroughs (Adult Clinical Psychology: LGBT youth bullying & peer victimization), Betty Jo Barrett (WGST: sources of help for survivors of violence, abuse experienced by LGBTQ+ persons), Frances Cachon (WGST: bystander approaches to prevention), and Kendall Soucie (Psychology: feminist qualitative methods). This provides a rich and exciting intellectual milieu from which to contribute to the research.

The University has provided Dr. Senn with strong institutional support for close to two decades (e.g., a $200,000 institutional, Senior Research Leadership Chair (RLC; 2009-2014). Funding from an external Ontario Women's Health Career Award (2005-2008) allowed Dr. Senn to establish and support the Health Research Centre for the Study of Violence against Women (HRC-VAW) in 2005. The RLC and Dr. Senn's current CRC have financially supported the Centre in whole or part since that time. It has evolved into a successful research network of campus scholars and research trainees (from Psychology, Women's & Gender Studies, Social Work, Education, Political Science, Human Kinetics, Law, and Nursing). It provides support for community research on violence against women as well and serves as a hub for knowledge mobilization and the development of community research driven by local agencies. The University has also committed substantial funding to implementing Dr. Senn's effective Enhanced Assess, Acknowledge, Act (EAAA) sexual assault resistance program on campus beginning in 2017 as well as initiatives co-developed and co-led by Dr. Senn to comprehensively address sexual violence on campus through a portfolio of prevention programming, including bystander education initiatives.

In 2016, Dr. Senn founded the SARE (Sexual Assault Resistance Education) Centre – a non-profit community organization that helps disseminate the EAAA program by offering train the trainer workshops to postsecondary and community staff. The Psychology Department currently provides free office space to the Centre with the commitment to do so until it can afford rent elsewhere. Access to additional resources (e.g., Trillium grants) for implementation and scale up of the EAAA program and its adaptations outside of Dr. Senn's research program is, therefore, also possible.

U Windsor is the coordinating centre and a research site for a randomized controlled trial (RCT) to test the efficacy an online version of EAAA (IDEA[3]: Internet delivered EAAA) funded by a $2.5 million (CAD) grant from the Canadian Institutes of Health Research to Dr. Senn and Co-PI, Dr. Sarah Peitzmeier. With funding from the CDC, Drs. Peitzmeier and Senn carefully adapted and pilot-tested EAAA for synchronous delivery online. Two other universities, the University of Guelph and the University of Nebraska-Lincoln, also serve as research sites for this RCT. In 2025, University of Maryland will also be added to the trial.

Contact PD/PI: Peitzmeier, Sarah

**EQUIPMENT**

Not applicable.

**FOREIGN JUSTIFICATION**

The proposed research brings together experts in the field of sexual violence prevention and the field of transgender health. One of the experts in sexual violence prevention is Dr. Charlene Senn, a Canadian researcher and Professor at the University of Windsor. This is why we have a subaward to the University of Windsor to support her effort on this project. Dr. Senn has singular expertise as the creator of the original Enhanced Assess, Acknowledge, Act intervention on which the proposed adaptation is based. Her expertise on the mechanisms of change of the intervention we are studying and on effective intervention design for campus sexual assault prevention more broadly will be critical for the success of the proposed work. We also are fortunate to have Dr. Misha Eliasziw as part of the team as a consultant biostatistician. She has been the biostatistician on the EAAA RCT (with co-I Senn), the IDEA[3] pilot study (with PI Peitzmeier and Senn), and the ongoing IDEA[3] RCT (Peitzmeier/Senn), so she has deep familiarity with the program and how it has been evaluated in the past under other adaptations. We will continue this working relationship on the proposed study to adapt the IDEA[3] program for transgender people, a community of which she is a part.

## RESEARCH & RELATED Senior/Key Person Profile (Expanded)

| PROFILE - Project Director/Principal Investigator |
|---|

Prefix: Dr.    First Name*: Sarah        Middle Name            Last Name*: Peitzmeier        Suffix: Ph.D

Position/Title*:        Assistant Professor
Organization Name*:     University of Maryland, College Park
Department:             Behavorial and Community Health
Division:               School of Public Health
Street1*:               4200 Valley Drive
Street2:                1234J School of Public Health Building
City*:                  College Park
County:                 Prince George's
State*:                 MD: Maryland
Province:
Country*:               USA: UNITED STATES
Zip / Postal Code*:     20742-2611

Phone Number*: (301) 405-2463            Fax Number:

E-Mail*: speitzme@umd.edu

Credential, e.g., agency login: speitzme

Project Role*: PD/PI                     Other Project Role Category:

Degree Type:  PhD                        Degree Year:  2017

**Attach Biographical Sketch*:**    File Name:    SP_R21_resub_Biosketch_Peitzmeier.pdf

**Attach Current & Pending Support:**  File Name:

---

**PROFILE - Senior/Key Person**

Prefix: Dr.    First Name*: Charlene    Middle Name Y    Last Name*: Senn    Suffix: Ph.D

| | |
|---|---|
| Position/Title*: | Professor |
| Organization Name*: | University of Windsor |
| Department: | Psychology |
| Division: | |
| Street1*: | 401 Sunset Avenue |
| Street2: | |
| City*: | Windsor |
| County: | |
| State*: | |
| Province: | Ontario |
| Country*: | CAN: CANADA |
| Zip / Postal Code*: | N9B 3P4 |

Phone Number*: 519-253-3000 x2255          Fax Number:

E-Mail*: csenn@uwindsor.ca

Credential, e.g., agency login: CHARLENESENN

Project Role*: Co-Investigator          Other Project Role Category:

Degree Type: PhD          Degree Year: 1991

**Attach Biographical Sketch*:**    File Name:  SP_R21_resub_Biosketch_Senn.pdf

**Attach Current & Pending Support:**    File Name:

---

**PROFILE - Senior/Key Person**

Prefix: Dr.    First Name*: Elizabeth    Middle Name Marie    Last Name*: Aparicio    Suffix: Ph.D

| | |
|---|---|
| Position/Title*: | Associate Professor |
| Organization Name*: | University of Maryland, College Park |
| Department: | Behavioral and Community Health |
| Division: | School of Public Health |
| Street1*: | 4200 Valley Drive |
| Street2: | 1234 School of Public Health Building |
| City*: | College Park |
| County: | Prince George's |
| State*: | MD: Maryland |
| Province: | |
| Country*: | USA: UNITED STATES |
| Zip / Postal Code*: | 20742-2611 |

Phone Number*: 301-405-2029          Fax Number:

E-Mail*: aparicio@umd.edu

Credential, e.g., agency login: LAPARICIO

Project Role*: Other (Specify)          Other Project Role Category: Licensed Mental Health Clinician

Degree Type: PhD          Degree Year: 2014

**Attach Biographical Sketch*:**    File Name:  SP_R21_resub_Biosketch_Aparicio.pdf

**Attach Current & Pending Support:**    File Name:

Tracking Number: GRANT14304118          Opportunity Number: PA-20-194 . Received Date: 2024-11-18T08:23:30.000-05:00

**PROFILE - Senior/Key Person**

Prefix: Dr.    First Name*: Misha    Middle Name    Last Name*: Eliasziw    Suffix:

Position/Title*:        Associate Professor
Organization Name*:    Tufts University
Department:            Public Health and Community Medicine
Division:
Street1*:              65 Heatherglen Drive
Street2:
City*:                 Beaver Bank
County:
State*:
Province:              Nova Scotia
Country*:              CAN: CANADA
Zip / Postal Code*:    B4G 0A2

Phone Number*: 978-930-5999        Fax Number:

E-Mail*: misha.Eliasziw@tufts.edu

Credential, e.g., agency login: meliasziw01

Project Role*: Consultant        Other Project Role Category:

Degree Type:  PhD        Degree Year:  1989

**Attach Biographical Sketch*:**    File Name:   SP_R21_resub_Biosketch_Eliasziw.pdf

**Attach Current & Pending Support:**  File Name:

---

**PROFILE - Senior/Key Person**

Prefix: Dr.    First Name*: Jeanne    Middle Name M.    Last Name*: Sevelius    Suffix: Ph.D

Position/Title*:        Professor of Medical Psychology
Organization Name*:    Columbia University
Department:            Psychiatry
Division:              Gender, Sexuality, and Health
Street1*:              722 W 168th Street
Street2:
City*:                 New York
County:
State*:                NY: New York
Province:
Country*:              USA: UNITED STATES
Zip / Postal Code*:    10038-0001

Phone Number*: (510) 703-5990        Fax Number:

E-Mail*: js6254@cumc.columbia.edu

Credential, e.g., agency login: seveliusj

Project Role*:  Consultant        Other Project Role Category:

Degree Type:  PhD        Degree Year:  2004

**Attach Biographical Sketch*:**    File Name:   SP_R21_resub_Biosketch_Sevelius.pdf

**Attach Current & Pending Support:**  File Name:

Tracking Number: GRANT14304118        Opportunity Number: PA-20-194 . Received Date:
2024-11-18T08:23:30.000-05:00

**BIOGRAPHICAL SKETCH**

Provide the following information for the Senior/key personnel and other significant contributors.
Follow this format for each person. **DO NOT EXCEED FIVE PAGES.**

NAME: Peitzmeier, Sarah

eRA COMMONS USER NAME (credential, e.g., agency login): speitzme

POSITION TITLE: Assistant Professor

EDUCATION/TRAINING *(Begin with baccalaureate or other initial professional education, such as nursing, include postdoctoral training and residency training if applicable. Add/delete rows as necessary.)*

| INSTITUTION AND LOCATION | DEGREE (if applicable) | Completion Date MM/YYYY | FIELD OF STUDY |
|---|---|---|---|
| University of Maryland, College Park, MD | BS | 05/2010 | Cell Biology and Molecular Genetics |
| University of Maryland, College Park, MD | BA | 05/2010 | Piano Performance |
| Johns Hopkins Bloomberg School of Public Health, Baltimore, MD | MS | 08/2012 | Global Disease Epidemiology and Control |
| Johns Hopkins Bloomberg School of Public Health, Baltimore, MD | PHD | 09/2017 | Population, Family, and Reproductive Health |
| University of Michigan, Ann Arbor, MI | Postdoctoral Fellow | 08/2019 | Health Behavior and Biological Sciences |

## A. Personal Statement

My research and training since 2010 has focused purposefully on gender-based violence (GBV) and sexual health in marginalized populations, particularly transgender (trans) and LGBQ+ communities. I played a major role in the design, conduct, and analysis of several mixed-methods studies of violence and sexual health in trans populations, including measurement work to develop the first intimate partner violence (IPV) scale validated for transgender populations and developing a trans-specific version of the Sexual Experiences Survey in trans college students. I recently completed data collection for an R21 from NICHD as co-PI to conduct a mixed-methods study of IPV in transgender populations and conduct a more extensive development and validation of an IPV scale for trans population. Beyond measurement work, I have also published field-advancing work such as the first systematic review of IPV in trans populations, which established that trans individuals are at 2.2-2.5 times higher risk of physical and sexual IPV than comparable cisgender individuals, as well as one of the first studies to comprehensively measure adverse childhood experiences (ACEs) in transmasculine individuals. I was also the senior author on a systematic review and meta-synthesis of the qualitative literature on IPV in trans individuals which extends theoretical frameworks for understanding IPV in this population. Finally, I was PI on a CDC-funded pilot study to adapt EAAA, an evidence-based sexual assault prevention intervention for undergraduate women, to an online format called IDEA[3]; I am now co-PI on the ongoing large multisite randomized controlled trial testing the efficacy of the intervention in the US and Canada. In total, I have published 71 peer-reviewed publications focusing on violence, stigma, and health in health disparity populations with a focus on trans populations. This knowledge makes me well suited to serve as a PI on this R21 to adapt and pilot IDEA[3] to prevent sexual assault against trans undergraduates.

Recently awarded or completed projects that I would like to highlight:

Canadian Institutes for Health Research Project Grant - Peitzmeier/Senn (Co-PI)
Oct. 2022 - Sept. 2027

*A Randomized Controlled Trial of the Efficacy of IDEA[3] - An evidence-based sexual assault resistance intervention for undergraduate women adapted for internet delivery.* This five-year, $1.9 million grant is testing the efficacy of a hybrid online-in person adaptation of an existing in-person, evidence-based sexual assault prevention intervention using an empowerment self-defense framework for undergraduate women.

1K01MH133504-01 – Peitzmeier (PI)
04/01/23-03/31/27
*Community-Engaged Structural Approaches to Prevent Violence and Improve HIV Prevention and Care Outcomes Among Trans Women of Color.* This four-year intensive training and mentored research program is designed to transition Dr. Sarah Peitzmeier from her current observational research focus to a new research agenda designing and evaluating structural interventions within a community-based participatory research (CBPR) context for integrated HIV and violence prevention and mental health promotion, in partnership with trans women of color.

## B. Positions, Scientific Appointments, and Honors

### Positions and Scientific Appointments

| | |
|---|---|
| 2024 - | Assistant Professor, University of Maryland School of Public Health, Department of Behavioral and Community Health, College Park, MD |
| 2021 - 2024 | Assistant Professor (joint appointment), University of Michigan School of Public Health, Department of Health Behavior and Health Education, Ann Arbor, MI |
| 2019 - 2024 | Assistant Professor, University of Michigan School of Nursing, Department of Health Behavior and Biological Sciences, Ann Arbor, MI |
| 2013 - 2017 | Research Assistant, Johns Hopkins Bloomberg School of Public Health, Dr. Michele Decker, Dr. Susan Sherman, Baltimore, MD |
| 2012 - 2013 | Clinical Data Specialist, Fenway Health, The Fenway Institute, Boston, MA |
| 2011 - 2012 | Field Coordinator, Research Consultant, Johns Hopkins Bloomberg School of Public Health, UNFPA Mongolia, Dr. Stefan Baral, Baltimore, MD |

## C. Contributions to Science

1. *Quantifying gender-based violence in transgender populations*: I led the first systematic review of IPV in trans populations, establishing for the first time that trans individuals are 2 to 2.5 times more likely to experience physical and sexual IPV compared to cisgender individuals. This work builds on my previously published work to develop and validate a brief scale to measure trans-specific psychological IPV (e.g., a partner threatening to out you as a form of coercion or blackmail). I recently finished data collection on an R21 as MPI to conduct a mixed-methods investigation of IPV in transgender populations and develop and validate a scale to comprehensively screen for IPV in trans populations. Beyond this recent work, I have published numerous papers since 2015 on prevalence and types of sexual violence against trans people in contexts as varied as Mongolia, US public high schools, and US primary care settings.

   a. Peitzmeier SM, Wirtz AL, Humes E, Hughto JMW, Cooney E, Reisner SL. The transgender-specific intimate partner violence scale for research and practice: Validation in a sample of transgender women. Soc Sci Med. 2021 Dec;291:114495. PubMed Central PMCID: PMC8671347.

   b. Stephenson R, Todd K, Gamarel KE, Bonar EE, Peitzmeier S. Development and Validation of a Scale to Measure Intimate Partner Violence Among Transgender and Gender Diverse Populations: Protocol for a Linear Three-Phase Study (Project Empower). JMIR Res Protoc. 2020 Nov 26;9(11):e23819. PubMed Central PMCID: PMC7728535.

   c. Peitzmeier SM, Malik M, Kattari SK, Marrow E, Stephenson R, Agénor M, Reisner SL. Intimate Partner Violence in Transgender Populations: Systematic Review and Meta-analysis of Prevalence and Correlates. Am J Public Health. 2020 Sep;110(9):e1-e14. PubMed Central PMCID: PMC7427218.

   d. Suarez, N. A., Peitzmeier, S. M., Potter, J., Samandur, A., & Reisner, S. L. (2021). Preliminary findings for adverse childhood experiences and associations with negative physical and mental health and victimization in transmasculine adults. Child Abuse & Neglect, 118, 105161. PMID: 34146966

2. *Qualitative work to better understand the unique contexts of IPV for transgender survivors*: I was recently senior author on the first systematic review and meta-synthesis of the qualitative literature on IPV in transgender populations, which identified themes across the literature and generated novel theory to explain unique dynamics faced by trans IPV survivors. I also coauthored a paper, based on qualitative data collected from the R21 on which I was co-PI, elucidating the subdomains of what we call *transphobia-driven IPV,* or trans-specific forms of psychological IPV in which abusers can weaponize their transphobia as a tool of power and control. Combined with my quantitative work on IPV against trans individuals, this work has established me as a foremost expert on IPV in this population.

   a. Maclin, B. J., Peitzmeier, S., Krammer, N. K., Todd, K. P., Bonar, E. E., & Gamarel, K. E. (2024). Toward the conceptualization and measurement of transphobia-driven intimate partner violence. Social Science & Medicine, 341, 116532. PMCID: PMC10872231

   b. Marrow, E., Malik, M., Pantalone, D. W., & Peitzmeier, S. (2023). Power and control, resistance and survival: A systematic review and meta-synthesis of the qualitative literature on intimate partner violence against transgender individuals. Social Science & Medicine, 116498. PMID: 38227997

3. *Sexual assault prevention for cisgender women and trans undergraduates on college campuses*: Sexual assault on college campuses is a persistent public health issue with more than 1 in 4 cisgender women and trans individuals reporting sexual assault during their time in college. I recently pilot-tested an adapted online version of an existing in-person, evidence-based sexual assault prevention intervention called the Enhanced Assess, Acknowledge, Act (EAAA) intervention for undergraduate women (n=70). I am MPI on a large-scale randomized controlled trial to test the efficacy of the intervention, which is funded by the Canadian Institutes of Health Research. We also conducted a survey of undergraduate trans survivors of campus sexual assault (n=360) and used this to develop and validate a modified version of the Sexual Experiences Survey, a gold standard for assessing sexual assault victimization, that increases acceptability and validity for trans populations.

   a. Peitzmeier, S., Ashwell, L., Edwards, K., Eliasziw, M., & Senn, C. (2022). 011 Adapting an evidence-based sexual assault prevention intervention for women undergraduates for online delivery. BMJ Injury Prevention. DOI: 10.1136/injuryprev-2022-SAVIR.6.

   b. Peitzmeier, S., Todd, K., King, W., Church, D., Thornburgh, S., Adams, M., Koss, M., Senn, C. (2024).Toward a More Gender-Inclusive Sexual Experiences Survey: Development and Initial Validation with Transgender Survivors of Campus Sexual Assault. Psychology of Women Quarterly, 03616843241261666. DOI:10.1177/03616843241261666

4. *Understanding physical health risks and mental health benefits of chest binding in transmasculine populations*: Demonstrating my commitment to under-researched community priorities, I have published some of the first peer-reviewed research on the health impacts of chest binding in trans populations. Chest binding is a daily practice for many transmasculine individuals that can be integral for mental health, gender affirmation, and safety, but there are sometimes negative physical consequences. Our community-engaged work on this topic has sought to quantify the prevalence of negative physical consequences and identify what binding practices are associated with more or less risk, in order to help transmasculine and nonbinary people make informed and empowered decisions around their binding practice.

   a. Peitzmeier SM, Gardner IH, Weinand J, Corbet A, Acevedo K. Chest binding in context: stigma, fear, and lack of information drive negative outcomes. Cult Health Sex. 2022 Feb;24(2):284-287. PubMed PMID: 34839781.

   b. Peitzmeier SM, Silberholz J, Gardner IH, Weinand J, Acevedo K. Time to First Onset of Chest Binding-Related Symptoms in Transgender Youth. Pediatrics. 2021 Mar;147(3) PubMed PMID: 33542145.

   c. Jarrett BA, Corbet AL, Gardner IH, Weinand JD, Peitzmeier SM. Chest Binding and Care Seeking Among Transmasculine Adults: A Cross-Sectional Study. Transgend Health. 2018;3(1):170-178. PubMed Central PMCID: PMC6298447.

   d. Peitzmeier S, Gardner I, Weinand J, Corbet A, Acevedo K. Health impact of chest binding among transgender adults: a community-engaged, cross-sectional study. Cult Health Sex. 2017 Jan;19(1):64-75. PubMed PMID: 27300085.

# BIOGRAPHICAL SKETCH

Provide the following information for the Senior/key personnel and other significant contributors.
Follow this format for each person. **DO NOT EXCEED FIVE PAGES.**

NAME: Charlene Y. Senn

eRA COMMONS USER NAME (credential, e.g., agency login): CHARLENESENN

POSITION TITLE: Distinguished University Professor, University of Windsor / President & CEO, SARE Centre (non-profit)

EDUCATION/TRAINING *(Begin with baccalaureate or other initial professional education, such as nursing, include postdoctoral training and residency training if applicable. Add/delete rows as necessary.)*

| INSTITUTION AND LOCATION | DEGREE *(if applicable)* | Completion Date MM/YYYY | FIELD OF STUDY |
|---|---|---|---|
| University of Calgary, Calgary, Alberta, CANADA | BSc | 06/1982 | Psychology |
| University of Calgary, Calgary, Alberta, CANADA | MSc | 10/1985 | Social Psychology |
| York University, Toronto, Ontario, CANADA | PhD | 10/1991 | Social Psychology |

## A.  Personal Statement

I am a social psychologist and Distinguished University Professor of Psychology and Interdisciplinary & Critical Studies at the University of Windsor, Ontario, Canada. I am the former Canadian Institutes of Health Research (CIHR) Canada Research Chair in Sexual Violence (2017-2024). During my career, I have been funded as a PI by both national (Canadian) research councils relevant to research in psychology: the Social Sciences and Humanities Research Council (closest U.S. equivalent NIMH), and the CIHR (equivalent NIH) as well as the Public Health Agency of Canada (Federal). In addition to my recent promotion to Distinguished University Professor, my research achievements have been recognized nationally with a Tier 1 Canada Research Chair and induction into the Royal Society of Canada (2023), and provincially with an Ontario Women's Health Council Mid-Career Award (2005-2008). My ability to provide mentorship to others was recognized by a Faculty of Arts, Humanities, and Social Sciences Senior Research Leadership Chair (2009-2014) as well as a professional association mentoring award (Section on Women & Psychology, Canadian Psychological Association). My research focuses on male violence against (self-identified) women and girls of all sexual identities; I have expertise applying theory and evidence to the development and implementation of sexual violence prevention programs. I am the researcher/developer of the most effective campus sexual violence intervention available, the Enhanced Assess, Acknowledge, Act (EAAA) resistance program. The EAAA program increases first year women students' capacity to resist sexual assault committed by men they know. In a multi-site RCT funded by CIHR (2011-2016; $1.4 m) (findings published in the NEJM; Senn et al., 2015), EAAA reduced the rapes and attempted rapes experienced by women by 50% in the year following their attendance. The EAAA program's positive effects last at least two years and include increases in knowledge and confidence and reductions in harmful attitudes and beliefs (e.g., rape myths, self-blame) (Senn et al., 2017). The program's effectiveness, when implemented under natural conditions at 5 Canadian universities, was recently confirmed (Senn et al., 2022), likely due in part due to my focus on maximizing program fidelity in RCTs and subsequent scale ups. I am currently co-PI with my former post-doctoral fellow, Sara Crann, on a Public Health Agency of Canada funded project to evaluate the adaptation of EAAA for girls 14 and over ($1.26M; 2018-2025) and to test models to facilitate broad scale up across Canada ($2.5M: 2024-2029). With co-PI Sarah Peitzmeier, I was awarded a grant to conduct a 2-country, 4-site RCT evaluation of a new internet facilitated version of EAAA (IDEA[3]). This internet adaptation is the foundation for this application as it makes program delivery possible to trans students across universities. My methodological strengths include experimental trial design, focus groups, surveys and interviews, and integrating quantitative <u>and</u> qualitative

approaches to data collection and analysis. I also have experience in large multi-disciplinary and multi-sectoral collaborations (e.g., SSHRC Partnership grants). I was Co-I on the pilot research that is the foundation of this application. All of these skills and experiences position me ideally to contribute as a Co-Investigator on this project to adapt the EAAA program for trans-identified students and evaluate its effectiveness.

Selection of ongoing and recently completed projects that I would like to highlight:

Public Health Agency of Canada (PHAC)
Preventing Gender-Based Violence: The Health Perspective
2024/8-2029/3
Senn (Co-PI)
"Girls – Flip the Script with EAAA" Across Canada

Canadian Institutes of Health Research (CIHR) - Project Grant
Senn (Co-PI)
2022/10 - 2027/9
A Randomized Controlled Trial of the Efficacy of IDEA3 -- An evidence-based sexual assault resistance intervention for undergraduate women adapted for
internet delivery

Social Sciences and Humanities Research Council of Canada (SSHRC) -- Partnership Grant
Victoria Bungay (PI), Role: Co-Investigator
2019/4 - 2026/3
Scaling up Trauma and Violence Informed Outreach with Women Affected by Violence

Public Health Agency of Canada (PHAC)
Senn (Co-PI)
2018/10 - 2025/9
Girl, you got this!' Adapting an evidence-based program to help teen girls effectively resist sexual dating violence

Canadian Institutes of Health Research (CIHR) - Project Grant
Kathryn Graham (PI) Role: Co-Investigator
2018/4 - 2022/3
Alcohol-related sexual harassment and aggression (ASHA) by men toward women in bars: Using measures of young men's beliefs and attitudes, peer group norms, and status in the peer group to understand ASHA perpetration and bystander action.

## B.  Positions, Scientific Appointments, and Honors

Employment
| | |
|---|---|
| 2024- | Distinguished University Professor, Department of Psychology / Women's & Gender Studies Programme in Department of Interdisciplinary & Critical Studies, University of Windsor |
| 2005-2024 | Full Professor, Department of Psychology and Women's and Gender Studies Programme, |
| 2002-2005 | Full Professor, Department of Psychology |
| 1997-2002 | Associate Professor, Department of Psychology |
| 1992-1997 | Assistant Professor, Department of Psychology, University of Windsor, Windsor, Ontario |
| 1991-1992 | Assistant Professor, Department of Psychology, Wilfrid Laurier University, Waterloo, Ontario (1 year Limited Term Appointment) |

Selected Recent Non-monetary Positions and Consultation
| | |
|---|---|
| 2024 | CIHR National Women's Health Research Initiative: Innovation Fund Competition |
| 2022 | Peer Review Panel Member: SSHRC Gender-based Violence Knowledge Synthesis Grants |
| 2019-2021 | Peer Review Panel Member: CIHR Project Scheme Grants |
| 2018-2021 | Ontario Women's Health Scholars Awards Selection Committee: 2018-2021 |

| | |
|---|---|
| 2018 | Consultation. Operation Honour, Canadian Armed Forces, Ottawa, Ontario. |
| 2017, 2018 | Consultation. Campus Sexual Violence Survey, Statistics Canada/Status of Women Canada, Ottawa, Ontario. |
| 2017 | Consultations with Centre for Justice Statistics, Statistics Canada; Ministry of Community and Social Services, Province of Ontario; U.S. Equal Employment Opportunity Commission's Select Task Force on the Study of Harassment in the Workplace; RAND (non-profit policy research) |
| 2016-present | CEO, SARE Centre non-profit, Windsor, Ontario. |
| 2011-present | Academic Research Associate, Centre for Research & Education on Violence against Women and Children, The University of Western Ontario |
| 2011-2014 | Consultant to Ontario Women's Directorate (Ontario Provincial Government), on Province's *Sexual Violence Action Plan, Developing a Response to Sexual Violence: A Resource Guide for Ontario's Colleges and Universities* |

<u>Selection of Honours and Awards</u>

| | |
|---|---|
| 2022 | Fellow, Royal Society of Canada |
| 2018 | Georgia Babladelis Best Paper Award ($1000) ["recognizes a single study published in each volume of Psychology of Women Quarterly for the outstanding contribution it makes to the field of the psychology of women"] |
| 2017-2023 | Tier 1 Canada Research Chair in Sexual Violence ($1,400,000 renewable) funded by Canadian Institutes of Health Research |
| 2014 | Fellow, Division 35, American Psychological Association |
| 2009-2014 | Faculty of Arts, Humanities and Social Science Senior Research Leadership Chair (Feminist and Health Research), University of Windsor, Ontario ($200,000) |
| 2005-2008 | Ontario Women's Health Council Career Award ($300,000) |
| 2005 | Fellow, Canadian Psychological Association |

## C. Contributions to Science

1) **Applying social psychological and feminist theories to create relevant and effective educational programming for sexual assault resistance (2003-present).** My unique contribution to this field has been to enhance sexual assault resistance education with content focused on female sexual desire and positive sexuality. The Enhanced Assess, Acknowledge, Act program (EAAA) is based on empirically validated psychological and feminist theories and best practices and has been evaluated rigorously, reworked based on qualitative and quantitative data and then tested in a multi-site RCT. While rape resistance education has been criticized for its potential to suggest that women are responsible for stopping sexual assault, the EAAA has been demonstrated to reduce woman-blaming. This is the only study to show a significant, one-year reduction in completed rape (46.3%) and attempted rape (63.2%) among women who participated in a sexual assault resistance program. We have demonstrated that almost all secondary and sexual assault outcome effects last at least 24 months. Recently, we have shown that the program is successful in reducing rates of non-sexual intimate partner violence as well. The impact of my work has been enhanced by broader media dissemination related to the NEJM publication and application beyond standard audiences: e.g., a phone meeting with the White House Taskforce, consultation with Canadian and provincial government agencies, varied community audiences including sexual assault centre staff, student services staff, teachers, women business leaders, parents, and high school students.

Selection of related published work:
a) Senn, C.Y., Gee, S., & Thake, J. (2011). Emancipatory sexuality education and sexual assault resistance: Does the former enhance the latter? *Psychology of Women Quarterly*, *35*(1), 72-91. DOI: 10.1177/0361684310384101
b) Senn, C.Y., Eliasziw, M., Barata, P.C., Thurston, W.E., Newby-Clark, I.R., Radtke, H.L., Hobden, K.L. (2015). Efficacy of a sexual assault resistance program for university women. *New England Journal of Medicine, 372*(24), 2326-2335*.* DOI: 10.1056/NEJMsa1411131
c) Senn, C.Y., Eliasziw, M., Hobden, K.L., Newby-Clark, I.R., Barata, P.C., Radtke, H.L., Thurston, W.E. (2017). Secondary and 2-year outcomes of a sexual assault resistance program for university women.

A.R. 000148

*Psychology of Women Quarterly, 41*(2) 147-162. DOI: 10.1177/0361684317690119. PMCID: PMC5821219

d) Senn, C. Y., Eliasziw, M., Hobden, K. L., Barata, P. C., Radtke, H. L., Thurston, W. E., & Newby-Clark, I. R. (2021). Testing a model of how a sexual assault resistance education program for women reduces sexual assaults. *Psychology of Women Quarterly*, *45*(1), 20-36. DOI: 10.1177/0361684320962561

**2) Developing strategies to increase the impact of effective sexual violence prevention (2010-present)**
Educational efforts aimed at preventing rape on and off campus have a long history with little evidence of impact. Beyond the influence of the lack of effective interventions, this also appears to be the result of the inability of most organizations and institutions to sustain prevention efforts. My collaboration with my colleague Anne Forrest to develop a method to institutionalize the delivery of a bystander intervention to prevent sexual assault (an adaptation of the Prevention Innovations' *Bringing in the Bystander In-Person Prevention®* workshop) builds on an analysis of this problem and my research expertise. We developed a model for sustainability, implemented it, and have since evaluated its impact at an individual level of change. In my primary research a focus on fidelity and transfer of training continues this work. We consider this work and its associated research to be knowledge translation in action. It has resulted in many invitations to present in national and international settings for university administrators, student services staff, and other knowledge users. This has also resulted in my university receiving a ranking of #1 in Canada for sexual violence prevention based on our efforts. My collaborations with leading scholars in bystander prevention and self-defense culminated in a recent article calling for a comprehensive (not siloed) approach to sexual violence prevention.

Selection of related published work:
a) Senn, C.Y., & Forrest, A. (2016). "And then one night when I went to class ...": The impact of sexual assault bystander intervention workshops incorporated in academic courses. *Psychology of Violence, 6*(4), 607-618. DOI: 10.1037/a0039660

b) Forrest, A., & Senn, C.Y. (2017). Theory Becomes Practice: The Bystander Initiative at the University of Windsor. In Liz Quinlan, Andrea Quinlan, and Curtis Fogel (Eds.), *Sexual Assault at Canadian Universities* (pp. 175-192)**.** Wilfrid Laurier University Press.

c) Orchowski LM, Edwards KM, Hollander JA, Banyard VL, Senn CY, Gidycz CA. Integrating Sexual Assault Resistance, Bystander, and Men's Social Norms Strategies to Prevent Sexual Violence on College Campuses: A Call to Action. Trauma Violence Abuse. 2020 Oct;21(4):811-827. doi: 10.1177/1524838018789153. Epub 2018 Sep 11. PMID: 30205767.

d) Hobden, K. L., Thurston, W. E., McVey, G. L., & Senn, C. Y. (2021). An evaluation of strategies used to maximize intervention fidelity in a randomized controlled trial of a sexual assault resistance program for university women. *Prevention Science*. DOI: 10.1007/s11121-021-01239-2. PMCID: PMC8458165

**3) Enhancing participant recruitment/retention in research on sensitive topics (1994- present)**
Parallel with my Social Sciences and Humanities Research Council funded (1994-1997) research on predictors of men's sexual coercion and sexual assault resistance evaluation studies, I have documented obstacles to participant recruitment and retention and solutions to overcome them. This built a foundation for the NEJM (2015) RCT and was integral to our success (enrolling 893 women, maintaining 2 year follow-up above 80%). I have also led several high-quality random sample studies which allow comparisons of different recruitment methods and response rates.

Selection of related published work:
a) Senn, C.Y., Desmarais, S., Verberg, N., & Wood, E.  (2000). Predicting coercive sexual behavior across the lifespan in a random sample of Canadian men.  *Journal of Social and Personal Relationships, 17(1),* 95-113. DOI: 10.1177/0265407500171005

b) Senn, C.Y., Verberg, N., Desmarais, S., & Wood, E.  (2000). Sampling the reluctant participant: A random sample response-rate study of men and sexual coercion. *Journal of Applied Social Psychology, 30(1),* 96-105. DOI: 10.1111/j.1559-1816.2000.tb02307.x

c) Jeffrey, N.K., Senn, C.Y., Krieger, M.A. & Forrest, A. (2022). Sexual violence among postsecondary students: no evidence that campus climate surveys misestimate victimization or perpetration rates. *Journal of Evidence-Based Social Work,* 1-20. DOI: 10.1080/26408066.2022.2086443

d) Jeffrey, N.K., Senn, C.Y., Krieger, M.A. & Forrest, A. (2022). The Scope, Nature, and Impact of Sexual

Violence Among Students from a Canadian University: A Random Sample Study. *Canadian Journal of Behavioural Science.* DOI: 10.1037/cbs0000329

**4) Using the strength of mixed-methods to better understand experiences (1990- present)**

My interest in using diverse methods to provide insight and understanding began with my work on women's experiences with pornography. My first study was experimental and answered the question of whether operational definitions of pornographic materials based on theory were psychologically meaningful. The main finding was that negative effects of sexually explicit materials were found only for violent, sexist, and dehumanizing images and not for sexual imagery without this content. This finding contributed to the theoretical and empirical literatures in the field but also, in combination with the work of other researchers, was raised in discussions of public policy (e.g., Supreme Court Decisions). I next used a mixed method (Q-methodology) to explore differences among women in their attitudes and experiences with pornography. The research contributed to feminist and psychological literatures while suggesting productive avenues for future theory and research on sexuality and sexual coercion. I have also explored the impact of methodological decisions on data (2000, 2001, 2006 articles). Use of interviews, focus groups, and open-ended questions on quantitative surveys have also enhanced understanding of the impact of EAAA (2022).

Selection of related published work:

a. Senn, C.Y. & Radtke, H.L. (1990). Women's evaluations of and affective reactions to mainstream violent pornography, nonviolent pornography, and erotica. *Violence & Victims, 5*, 143-156. PMID: 2275894

b. Senn (1993). Women's multiple perspectives and experiences with pornography. *Psychology of Women Quarterly, 17*, 319-341. DOI: 10.1111/j.1471-6402.1993.tb00490.x

c. Beres, M.A., Senn, C.Y., & McCaw, J. (2014). Navigating ambivalence: How heterosexual young adults make sense of desire differences. *Journal of Sex Research, 51*(7), 765-776. DOI: 10.1080/00224499.2013.792327

d. Senn, C.Y., & Desmarais, S. (2006). A new wrinkle on an old concern: Are the new ethics requirements for explicit warnings in consent forms affecting our data? *Canadian Journal of Human Sexuality, 15*(3-4), 123-132.

# BIOGRAPHICAL SKETCH

Provide the following information for the Senior/key personnel and other significant contributors.
Follow this format for each person. **DO NOT EXCEED FIVE PAGES.**

NAME: Aparicio, Elizabeth Marie

eRA COMMONS USER NAME (credential, e.g., agency login): LAPARICIO

POSITION TITLE: Associate Professor of Behavioral and Community Health

EDUCATION/TRAINING *(Begin with baccalaureate or other initial professional education, such as nursing, include postdoctoral training and residency training if applicable. Add/delete rows as necessary.)*

| INSTITUTION AND LOCATION | DEGREE *(if applicable)* | Completion Date MM/YYYY | FIELD OF STUDY |
|---|---|---|---|
| Catholic University of America, Washington D.C. | B.A. | 05/2004 | Social Work and Anthropology |
| Catholic University of America, Washington D.C. | M.S.W. | 05/2005 | Clinical Social Work with Children, Adolescents, and Families |
| University of Maryland, Baltimore | Predoctoral Fellow | 05/2011 | Maternal and Child Health |
| University of Maryland, Baltimore | Ph.D. | 05/2014 | Social Work |

## A. Personal Statement

I have the experience and expertise to contribute to the successful completion of the proposed research of Dr. Sarah Peitzmeier. **In the proposed R21 resubmission application, I will join the team as a Licensed Mental Health Clinician to enhance safety monitoring and human subjects protections.** I have 20 years of combined experience as a clinical social worker and as a community-engaged clinical researcher in affecting both individual behavior change and system-level change for youth and young adults. My decade of direct clinical social work experience in foster care and outpatient mental health settings providing trauma treatment and adolescent and young adult sexual and reproductive health counseling affords me a real-world view of addressing mental health concerns and crises in marginalized young adults, including LGBTQ+ youth. This clinical work has also prepared me well to sensitively conduct community-embedded research with both general population and trauma-affected youth and families. I am delighted to work with PI Peitzmeier to ensure the safety of participants in the proposed study and review any incidents of participant distress or adverse events to ensure all clinically indicated follow-up has occurred. Should any such instances occur, we will debrief and I will share insights on potential changes to either the intervention content and/or the safety protocols based on the incident, from my perspective as both a researcher and a licensed clinical social worker.

I will contribute expertise based upon my prior community-based research on sexual and reproductive health with underserved youth and young adult populations. I am an expert in using community-engaged approaches to informing, developing, and testing interdisciplinary health interventions among both general and highly vulnerable, underserved youth and young adult populations, such as LGBTQ youth in foster care and youth experiencing homelessness. I direct the Community THRIVES Lab at the University of Maryland, where my teams of community- and university-based researchers conduct community-engaged, transformative research at the intersection of family violence, early childhood, and adolescent sexual health intervention. I am also Deputy Director for Clinical Training and Intervention and core research scientist at the University of Maryland Prevention Research Center. My strong interest in informing and testing innovative sexual and reproductive health programs and my background in child and adolescent health-related intervention, mixed-method, and innovative qualitative research are evident in my scientific record, including more than 55 peer-reviewed articles and book chapters and my forthcoming textbook on trauma-informed, participatory research methods. My research has been supported by NIMHD, NICHD, U.S. HHS Office of Population Affairs, U.S. Centers for Disease Control and Prevention, Annie E. Casey Foundation, and the Spencer Foundation. My

work has largely focused on four key, interrelated areas aimed to improve the health and well-being of children, youth, and families: adolescent sexual health, pregnancy, and parenting; child maltreatment sequelae and prevention; early childhood intervention; and interdisciplinary workforce development and training.

My ongoing work includes four major sexual and reproductive health studies, 1) designing a chatbot to answer common questions in new racial minority mothers to reduce postpartum mental and physical health disparities, (2) a federally qualified health center-based follow-up study of a sexual health intervention among youth experiencing homelessness; (3) developing a "two-gen" sexual health intervention for foster youth, caregivers, and professionals serving them; and (4) studying the intertwined sexual and reproductive health and mental health needs of LGBTQ youth in foster care. Further, as a co-Investigator and core research scientist in the University of Maryland Prevention Research Center, I am part of multiple projects aimed at testing attuned mental health care for LGBTQ+ populations.

Together, this body of work demonstrates my expertise designing and implementing human subjects protections protocols in intervention studies with marginalized populations, including LGBTQ+ young adults, on sensitive topics including violence and sexual health. Dr. Peitzmeier and I have worked closely together this year as I am a mentor on her K01 award. I am delighted to continue the collaboration on her R21.

**Current grants I wish to highlight include:**
1. 3R01MD016037-4S1    Aparicio/Nguyen (Co-PIs)    7/1/24-6/30/25
   National Institute on Minority Health and Health Disparities (NIMHD)
   **Rosie the Chatbot: Leveraging Automated and Personalized Health Information Communication to Reduce Disparities in Maternal and Child Health**
   The goals of this study are to develop and refine Rosie, a question-and-answer chatbot developed with and for pregnant and new mothers of color, for LGBTQ+ parents.
   **Role: Co-PI**
2. N/A    Aparicio/Shpiegel (Co-PIs)    3/01/24-2/28/25
   Spencer Foundation
   **Transforming Four-Year Colleges and Universities to Promote Academic Success for Parenting Undergraduate Students**
   The goal of this study is to examine strategies for recruiting and retaining young parents in undergraduate education programs.
   **Role: Co-PI**
3. R01MD016037    Aparicio/Nguyen (Co-PIs)    7/1/21-6/30/26
   National Institute on Minority Health and Health Disparities (NIMHD)
   **Rosie the Chatbot: Leveraging Automated and Personalized Health Information Communication to Reduce Disparities in Maternal and Child Health**
   The goals of this study are to develop and refine Rosie, a question-and-answer chatbot developed with and for pregnant and new mothers of color and test this intervention in an RCT with 400 women.
   **Role: Co-PI**
4. 1U48DP006382-01    Boekeloo (PI; Aparicio is Co-I)    10/1/19-9/30/25
   U.S. Centers for Disease Control and Prevention
   **Increasing Effective Mental Health Care for LGBT Clients**
   The core research project is an RCT focused on refining, evaluating, and disseminating resources for assessing and improving the experiences of LGBT people engaged in mental health services.
   **Role: Deputy Director for Clinical Training and Intervention, Co-I, Core Research Scientist**

**Relevant publications (all co-authored with early career faculty mentees):**
1. Salerno, J.S., Getrich, C.M., Fish, J.N., Castillo, Y., Edmiston, S., Sandoval, P., **Aparicio, E.M.,** Fryer, C.S., Boekeloo, B.O. (In Press). Mental health risk and protection among first generation Latinx immigrant youth: A latent profile analysis. *Health Education and Behavior.*
2. Channell Doig, A., Jasczynski, M., Sah, S., Marin Gutierrez, F.X., Hillig, E., Bae, K., Garmchi, S., Reynolds, K., Zelaya, S., **Aparicio, E.M.** (2024). Resilient infant feeding among young women with histories of maltreatment and poor support. *Journal of Obstetric, Gynecologic, and Neonatal Nursing, 53*(5), 511-521. PMID: 38782046.
3. Kachingwe ON, Reynolds KD, Blakely L, Stoebenau K, **Aparicio EM.** "Speak from a place of love": The family dynamics surrounding Black father-daughter sexual health communication. *J Adolesc.* 2024 Oct;96(7):1569-1580. doi: 10.1002/jad.12363. Epub 2024 Jun 17. PMID: 38886265.

4.  Nguyen, Q.C., **Aparicio, E.M.,** Jasczynski, M., Channell Doig, A., Yue, X., Mane, H., Srikanth, H., Marin Gutierrez, F.X., Delcid, N., He., X., & Boyd-Graber, J. (2024). *Rosie, a health education question-and-answer chatbot for new mothers: Randomized pilot study.* JMIR Formative Research, *8,* e51361. doi: 10.2196/51361. PMCID: PMC10818229.

## B. Positions, Scientific Appointments, and Honors
### Positions and Employment

| | |
|---|---|
| 2023- | Associate Professor, Department of Behavioral and Community Health, School of Public Health, University of Maryland, College Park, MD |
| 2017-2023 | Assistant Professor, Department of Behavioral and Community Health, School of Public Health, University of Maryland, College Park, MD |
| 2016-2017 | Principal Investigator, Hawaii Child Welfare Education Collaboration (training pipeline for child welfare workers), Honolulu, HI |
| 2015-2017 | Chair, Child and Family Specialization, MSW Program, Myron B. Thompson School of Social Work, University of University of Hawaiʻi at Manoa, Honolulu, HI |
| 2014-2017 | Assistant Professor, Myron B. Thompson School of Social Work, University of Hawaiʻi at Manoa, Honolulu, HI |
| 2013-2014 | Buffering Toxic Stress through Attachment-Based Intervention RCT Site Supervisor/Graduate Research Assistant, School of Social Work, University of Maryland, Baltimore, MD |
| 2011-2013 | Graduate Research Assistant, School of Social Work, University of Maryland, Baltimore, MD |
| 2009-2011 | Maternal and Child Health Pre-Doctoral Fellow, Center for Public Health Social Work Education and Training, School of Social Work, University of Maryland, Baltimore, MD |
| 2009-2014 | Clinical Social Worker, Private Practice, Rockville, MD (child and adolescent trauma treatment) |
| 2007-2009 | Clinical Social Worker and Early Childhood Specialist, Jewish Social Service Agency, Rockville, MD (child and adolescent trauma treatment) |
| 2005-2007 | Social Worker, Teen Mother-Baby Program (residential mother-infant/toddler care program for parenting foster youth), St. Ann's Center for Children, Youth, and Families, Hyattsville, MD (trauma treatment and motivational interviewing intervention, training, and supervision) |

### Honors

| | |
|---|---|
| 2022 | Outstanding Recent Graduate Award, University of Maryland School of Social Work |
| 2022 | Early Career Achievement Award, Society for Prevention Research |
| 2021 | Fellow, Society for Social Work and Research (inducted Jan. 2021) |
| 2020- | NIH Loan Repayment Program Award |
| 2020 | Graduate Mentor of the Year, University of Maryland |
| 2019- | Training Fellow, Center for Innovation in Child Maltreatment Policy, Research, and Training (1R25HD082067-01A1) |
| 2018- | Member, Delta Omega, National Honor Society in Public Health |
| 2017-2020 | Early Career Member at Large, Board of Directors, Society for Social Work and Research |

## C. Contributions to Science

1. My first area of contribution to science is **adolescent sexual health, pregnancy prevention, and parenting support,** which is clearly tied to a range of social and health outcomes for both parents and children. I am currently studying a new holistic sexual health and adolescent pregnancy prevention program called Wahine ("woman") Talk. Wahine Talk was developed with and for homeless and at-risk youth in Hawaiʻi. Our team has published six manuscripts sharing participant and provider perspectives of the program, the process by which youth access and select birth control in Wahine Talk, initial outcomes to six-months post-intervention, integrating Native Hawaiian cultural elements into sexual and reproductive health intervention, and addressing housing insecurity in the context of a sexual and reproductive health intervention. Beyond this, my largest significant contribution to date related to the proposed study has been to develop trauma-informed, innovative qualitative methods to bring youth voices into the conversation on sexual health and teenage pregnancy and parenting, particularly among child welfare-involved and homeless youth. Typically, the literature in sexual health, teenage pregnancy, and foster care has been heavily risk-focused, yet young parents with trauma histories speak about their experiences quite differently. They have the desire to do things differently in their emerging families than the trauma that occurred in their childhood, but often lack the *how* – specifically, the knowledge, skills, and relational context to do things differently. In an in-depth phenomenological study in Baltimore City of the meaning and experience of motherhood among African

American and Latina young adult women who became mothers while in foster care, I explored issues of early trauma (including child abuse and neglect), experiences in foster care, and current maternal functioning in relation to the mothers parenting of their young children. This work has prepared me well to inform and test intergenerational health interventions for adolescents, their caregivers, and their children. An important and related area to this is the interaction of cultural and social factors in predicting teen pregnancy and in experiences of teen parenting. My work thus far has contributed to understanding the socio-cultural context of teen pregnancy and parenting in foster youth – including LGBTQ foster youth, in Latino communities, in Native Hawaiian communities, and among homeless youth.

a. **Aparicio, E.**, Pecukonis, E. V., & O'Neale, S. (2015). "The love that I was missing:" Exploring the lived experience of motherhood among teen mothers in foster care. *Children and Youth Services Review, 51,* 44-54. doi: 10.1016/j.childyouth.2015.02.002.

b. Salerno, J.P., Kachingwe, O.N., Fish, J., Parekh, E., Geddings-Hayes, M., Boekeloo, B.O., & **Aparicio, E.M.** (2020). "Even if you think you can trust them, don't trust them": The lived experience of sexual health among sexual minority girls in foster care. *Children and Youth Services Review, 116,* 105161. doi: 10.1016/j.childyouth.2020.105161. PMCID: PMC8356775.

c. **Aparicio, E.M.**, Kachingwe, O.N., Salerno, J.P., Geddings-Hayes, M., & Boekeloo, B.O. (2021). Addressing sexual health among youth in foster care group homes: A community-engaged grounded theory study. *Sexuality Research and Social Policy,* 18, 1136-1147. doi: 10.1007/s13178-020-00519-w.

d. **Aparicio, E.M.**, Shpiegel, S., Martínez-García, G., Sanchez, A., Jasczyński, M., Ventola, M., Channell Doig, A., Robinson, J.L., & Smith, R. (2023). Experiences of the COVID-19 pandemic among young parents in and transitioning from foster care: A participatory action PhotoVoice study. *Children and Youth Services Review, 148,* 106872. PMCID: PMC9922206.

2. My second area of contribution to science is informing our understanding of **child maltreatment sequelae and prevention**. Child abuse and neglect is a serious public health problem with deleterious health effects across the lifespan. Targeted, culturally relevant, and developmentally appropriate child maltreatment prevention remains one of the great public health challenges of our society. My work in this area has thus far focused on understanding and informing multi-level prevention of intergenerational child maltreatment among the children of foster youth and homeless youth–populations in which LGBTQ youth are heavily overrepresented. Both parenting foster youth and homeless youth tend to have had significant histories of child abuse and neglect themselves–often complicated by other types of violence in their intimate relationships and communities. Presently, my team is studying how mental health and parenting supports can be leveraged together to prevent the intergenerational transmission of child maltreatment among young families wherein the parent(s) has a history of experiencing child maltreatment.

a. **Aparicio, E. M.** (2017). "I want to be better than you": Lived experiences of intergenerational child maltreatment prevention among teenage mothers in and beyond foster care. *Child and Family Social Work*, 22, 607-616. doi: 10.1111/cfs.12274.

b. Martoccio, T., Berlin, L., **Aparicio, E. M.,** Appleyard Carmody, K., & Dodge, K. (2022). Intergenerational continuity in child maltreatment: Explicating underlying mechanisms. *Journal of Interpersonal Violence, 37*(1-2), 973-986. doi: 10.1177/0886260520914542. PMID: 32306818.

c. **Aparicio, E.M.**, Channell Doig, A., Jasczyński, M., Robinson, J.L., Huq, M., Yoo, J.H., Hillig, E., Lee, K., Berkowitz, A., Guastaferro, K., Jones, G., & Bernardi, C. (2023). Parenting and mental health needs of young, maltreated parents: Implications for prevention of intergenerational child maltreatment. *Journal of Family Violence, 38,* 659-672. doi: 10.1007/s10896-022-00387-5.

d. Channell Doig, A., Jasczyński, M., Phillips, D.R., Robinson, J.L., Aden, F., Huq, M., Lee, K., Jones, G., Bernardi, C., & **Aparicio, E.M.** (2023). Experiences of child welfare social workers in addressing substance use among maltreated young mothers to prevent child maltreatment. *Child and Family Social Work, 28,* 846-857. doi: 10.1111/cfs.13009.

3. My third major area of scientific contribution is **informing and testing intergenerational approaches to early childhood intervention,** which is an issue of increasing national focus to improve health outcomes and prevent adverse childhood events. The first years of life are critical in establishing children's developmental trajectories, particularly within the context of early relationships, and this is an important time in which to intervene to improve health and well-being. Our *Rosie* team is mid-way through our clinical trial testing this AI-powered chatbot, following multiple years of community-engaged development and refinement. We are studying whether *Rosie* decreases symptoms of maternal anxiety and depression, decreases emergency room visits, and increases attendance at well-baby visits. Previously, I oversaw a bilingual (Spanish/English) feasibility study of the experience of majority new immigrant Latina mothers who received the Attachment and

Biobehavioral Catch-up (ABC) Program as a supplement to their existing home-based Early Head Start (EHS) services. This qualitative study focused on feasibility of the EHS+ABC model, experiences of receiving the ABC program (in Spanish, or Spanish and English together), and its perceived cultural relevance. Our team also interviewed mothers' EHS home visitors to examine factors associated with implementation of ABC within the larger public program of EHS. Such implementation-focused studies are critical to informing and evaluating the adoption and scale up of evidence-based programs, and directly relevant to community-engaged development and testing of interventions such as *Rosie*.

a. **Aparicio, E. M.**, Denmark, N., Berlin, L., & Jones Harden, B. (2016). First generation Latina mothers' experiences of supplementing home-based Early Head Start with the Attachment and Biobehavioral Catch-up program. *Infant Mental Health Journal, 37*(5), 537-548. doi: 10.1002/imhj.21586. PMID: 27552398.

b. West, A., **Aparicio, E.,** Berlin, L., & Jones Harden, B. (2017). Home visitors' perceptions of supplementing Early Head Start with the Attachment and Biobehavioral Catch-up Program: Implications for implementation. *Infant Mental Health Journal, 38*(4), 514-522. doi: 10.1002/imhj.21654. PMID: 28665540.

c. Nguyen, Q.C., **Aparicio, E.M.,** Jasczynski, M., Channell Doig, A., Yue, X., Mane, H., Srikanth, H., Marin Gutierrez, F.X., Delcid, N., He., X., & Boyd-Graber, J. (2024). *Rosie, a health education question-and-answer chatbot for new mothers: Randomized pilot study*. JMIR Formative Research, *8,* e51361. doi: 10.2196/51361. PMCID: PMC10818229.

d. Mane, H., Channell Doig, A., Marin Gutierrez, F.X., Jasczynski, M., Yue, X., Srikanth, N.P., Mane, S., Sun, A., Moats, R.A., Patel, P., He, X., Boyd-Graber, J., **Aparicio, E.M.,** & Nguyen, Q.C. (2023). Practical guidance for the development of Rosie, a health education question and answer chatbot for new mothers. *Journal of Public Health Management and Practice, 29*(5), 663-670. doi: 10.1097/PHH.0000000000001781. PMCID: PMC10372746.

4. My fourth area of scientific contribution is **informing interdisciplinary workforce development and training,** particularly related to cultural sensitivity and humility, serving LGBTQ folks in mental health settings, working with trauma-affected families, and functioning in teams. It is critical to support interdisciplinary professionals' ability to intervene with high-need children, youth, and families using coordinated teamwork to create effective systems of care. Interdisciplinary collaboration is required to fully identify and address the complex unmet health and social needs of our youth.

a. **Aparicio, E.**, Michalopoulos, L. M., & Unick, G. J. (2013). An examination of the psychometric properties of the vicarious trauma scale in a sample of licensed social workers. *Health and Social Work, 38*(4), 199-206. doi: 10.1093/hsw/hlt017. PMID: 24432486.

b. **Aparicio, E.**, Pecukonis, E. V., & Carper, K. (2014). Sociocultural factors of teenage pregnancy in Latino communities: Preparing social workers for culturally-responsive practice. *Health and Social Work*, 39(4), 238-243. doi: 10.1093/hsw/hlu032. PMID: 25369724.

c. Fish, J. N., King-Marshall, E. C., Williams, N. D., **Aparicio, E. M.,** Tralka, H. M., & Boekeloo, B. O. (2022). What motivates community mental and behavioral health organizations to participate in LGBTQ+ cultural competency trainings? *American Journal of Orthopsychiatry*, 92(6), 647-656. doi: 10.1037/ort0000641. PMCID: PMC10152511.

d. Muñoz Bohorquez, J., Parra, D.C., Saperstein, S.L., **Aparicio, E.M.,** Lewin, A., & Green, K.M (2023). Feasibility of implementing a mindfulness-based online program for Latina immigrants and the staff that work with them. *Mindfulness, 14,* 1148-1161. doi: 10.1007/s12671-023-02123-6. PMCID: PMCID: PMC10160716.

**Complete list of published work available in MyBibliography** http://www.ncbi.nlm.nih.gov/sites/myncbi/1LiI-ORLjcDAS/bibliography/49307880/public/?sort=date&direction=ascending

OMB No. 0925-0001 and 0925-0002 (Rev. 10/2021 Approved Through 01/31/2026)

**BIOGRAPHICAL SKETCH**

Provide the following information for the Senior/key personnel and other significant contributors.
Follow this format for each person. **DO NOT EXCEED FIVE PAGES.**

NAME: Eliasziw, Misha

eRA COMMONS USER NAME (credential, e.g., agency login): meliasziw01

POSITION TITLE: Associate Professor

EDUCATION/TRAINING *(Begin with baccalaureate or other initial professional education, such as nursing, include postdoctoral training and residency training if applicable. Add/delete rows as necessary.)*

| INSTITUTION AND LOCATION | DEGREE (if applicable) | Completion Date MM/YYYY | FIELD OF STUDY |
|---|---|---|---|
| University of Western Ontario, London, Ontario | BS | 06/1984 | Statistics |
| University of Western Ontario, London, Ontario | MS | 10/1985 | Statistics |
| University of Western Ontario, London, Ontario | PHD | 10/1989 | Biostatistics |
| Harvard University, Boston, Massachusetts | Postdoctoral Fellow | 01/1991 | Biostatistics |

## A. Personal Statement

I am a biostatistician who seeks out opportunities to apply mathematical and probabilistic methods to solve clinical and public health questions through numbers. In addition to having my educational background grounded in mathematics, statistics, and biostatistics, I have over 30 years of experience in the design, management, and analysis of clinical trials and longitudinal cohort studies.

As a previous co-Investigator biostatistician on several behavioral intervention studies involving school-aged children to prevent obesity, a co-Investigator biostatistician on a current R01 to prevent substance misuse among adolescents, and a co-Investigator biostatistician on Dr. Senn's large multi-center clinical trial involving an educational intervention (EAAA) to prevent sexual assault among female university students, I am familiar with methods to evaluate preventive educational programs in clinical trials, as well as analyzing clustered longitudinal data. With a focus on analysis and interpretation of data, I am well suited to work with Dr. Peitzmeier to help design her study and to subsequently analyze the data.

Ongoing and recently completed projects I'd like to include:

5R01ES030289-02 Brugge, Doug (PI) 09/01/19 - 05/31/24 HAFTRAP-Home Air Filtration for Traffic-Related Air Pollution Role: Co-Investigator

5R01DA045073-03 Skeer, Margie (PI) 07/01/18 - 05/31/23 Testing a Brief Substance Misuse Preventive Intervention for Parents of Youth Role: Co-Investigator

1. Bandini LG, Eliasziw M, Dittrich GA, Curtin C, Maslin M, Must A, Boutelle KN, Fleming RK. A family-based weight loss randomized controlled trial for youth with intellectual disabilities. Pediatr Obes. 2021 Nov;16(11):e12816. PubMed Central PMCID: PMC9100997.

2. Senn CY, Eliasziw M, Hobden KL, Newby-Clark IR, Barata PC, Radtke HL, Thurston WE. Secondary and 2-Year Outcomes of a Sexual Assault Resistance Program for University Women. Psychol Women Q. 2017 Jun;41(2):147-162. PubMed Central PMCID: PMC5821219.

3. Skeer MR, Yantsides KE, Eliasziw M, Carlton-Smith A, Tracy M, Spirito A. Testing a Brief Substance Misuse Preventive Intervention for Parents of Pre-Adolescents: Feasibility, Acceptability, Preliminary Efficacy. J Child Fam Stud. 2016 Dec;25(12):3739-3748. PubMed Central PMCID: PMC5286462.

4. Senn CY, Eliasziw M, Barata PC, Thurston WE, Newby-Clark IR, Radtke HL, Hobden KL. Efficacy of a sexual assault resistance program for university women. N Engl J Med. 2015 Jun 11;372(24):2326-35. PubMed PMID: 26061837.

## B. Positions, Scientific Appointments, and Honors

### Positions and Scientific Appointments

| | |
|---|---|
| 2020 - | Secondary Appointment, Friedman School of Nutrition Science and Policy, Tufts University, Boston, MA |
| 2011 - | Associate Professor, Department of Public Health and Community Medicine, Tufts University, Boston, MA |
| 2011 - 2017 | Adjunct Associate Professor of Biostatistics, Department of Community Health Sciences, University of Calgary, Calgary |
| 2008 - 2011 | Joint Appointment, Department of Oncology, University of Calgary, Calgary |
| 2008 - 2011 | Biostatistics Leader, Clinical Research Unit, Alberta Cancer Clinical Research Unit, Calgary |
| 2001 - 2011 | Associate Professor of Biostatistics, Department of Community Health Sciences, University of Calgary, Calgary |
| 2001 - 2011 | Joint Appointment, Department of Clinical Neurosciences, University of Calgary, Calgary |
| 1995 - 2001 | Associate Professor of Biostatistics, Department of Epidemiology and Biostatistics, University of Western Ontario, London |
| 1992 - 1995 | Assistant Professor of Biostatistics, Department of Epidemiology and Biostatistics, University of Western Ontario, London |
| 1991 - 1993 | Associate Director of Biometry, Clinical Trials Resources Group, The John P. Robarts Research Institute, London |

### Honors

| | |
|---|---|
| 2012 | Teaching with Technology Award, Tufts University |
| 2003 | Senior Health Scholarship, Alberta Heritage Foundation for Medical Research |

## C. Contributions to Science

1. I was the Biostatistician and Director of Data Management for the North American Symptomatic Carotid Endarterectomy Trial (NASCET), which was an NIH-funded multicenter clinical trial designed to determine the efficacy of carotid endarterectomy plus best medical care in comparison to medical care alone, in patients who had recent nondisabling stroke or transient ischemic attack as a result of internal carotid artery stenosis (narrowing of artery due to arteriosclerosis). NASCET has to this date contributed 35 peer-reviewed publications appearing in journals such as, New England of Journal Medicine, Journal of the American Medical Association, The Lancet, British Medical Journal, Stroke, Neurology, Archives of Neurology, and Radiology. Of the 35 articles, I am listed as the 1st author on 6, 2nd author on 22, 3rd on 6, and 4th on 1. For the 1st-authored publications, I was responsible for conceiving the research question, performing the statistical analyses, and writing the manuscript. The co-authors provided clinical input and critiqued the manuscript. As the 2nd and higher-listed author on these publications, I was responsible for performing the data analyses, writing the statistical analysis and results sections, and editing other sections of the manuscript. The latter manuscripts were global collaborations, as the majority of principal authors resided in various countries around the world: United States, Australia, Italy, France, United Kingdom, and The Netherlands.

   a. Barnett HJ, Taylor DW, Eliasziw M, Fox AJ, Ferguson GG, Haynes RB, Rankin RN, Clagett GP, Hachinski VC, Sackett DL, Thorpe KE, Meldrum HE, Spence JD. Benefit of carotid endarterectomy in patients with symptomatic moderate or severe stenosis. North American Symptomatic Carotid Endarterectomy Trial Collaborators. N Engl J Med. 1998 Nov 12;339(20):1415-25. PubMed PMID: 9811916.

b. Rothwell PM, Eliasziw M, Gutnikov SA, Warlow CP, Barnett HJ. Endarterectomy for symptomatic carotid stenosis in relation to clinical subgroups and timing of surgery. Lancet. 2004 Mar 20;363(9413):915-24. PubMed PMID: 15043958.

c. Eliasziw M, Kennedy J, Hill MD, Buchan AM, Barnett HJ. Early risk of stroke after a transient ischemic attack in patients with internal carotid artery disease. CMAJ. 2004 Mar 30;170(7):1105-9. PubMed Central PMCID: PMC374217.

2. The article entitled, "Statistical methodology for concurrent assessment of interrater and intrarater reliability: using goniometric measurements as an example" (Eliasziw et al., Physical Therapy 1994;74:777-788) is, to my knowledge, the first to describe a method for simultaneously estimating and testing interrater and intrarater reliability in the case of continuous data. Previous to this research, investigators would calculate separate estimates of reliability which, by using only half of the sample at a time, would lead to less efficient estimates. To date, this article has been cited 246 times by applying the statistical methods to clinical investigations in the areas of physical therapy, sports medicine, rehabilitation, surgery, advanced medical imaging, and health care services.

a. Eliasziw M, Young SL, Woodbury MG, Fryday-Field K. Statistical methodology for the concurrent assessment of interrater and intrarater reliability: using goniometric measurements as an example. Phys Ther. 1994 Aug;74(8):777-88. PubMed PMID: 8047565.

3. The article titled "A goodness-of-fit approach to inference procedures for the kappa statistic: confidence interval construction, significance-testing and sample size estimation" (Donner and Eliasziw, Statistics in Medicine 1992;11:1511-1520) had forged the framework for the ongoing research in the area of agreement studies using the common correlation model and the chi-square goodness-of-fit test. This paper has been cited 127 times, and the methods have served as thesis topics for three doctoral students in generalizing the methods to multiple categories and raters.

a. Donner A, Eliasziw M. A goodness-of-fit approach to inference procedures for the kappa statistic: confidence interval construction, significance-testing and sample size estimation. Stat Med. 1992 Aug;11(11):1511-9. PubMed PMID: 1410963.

b. Altaye M, Donner A, Eliasziw M. A general goodness-of-fit approach for inference procedures concerning the kappa statistic. Stat Med. 2001 Aug 30;20(16):2479-88. PubMed PMID: 11512137.

Complete List of Published Work in My Bibliography:
https://www.ncbi.nlm.nih.gov/myncbi/misha.eliasziw.1/bibliography/public

OMB No. 0925-0001 and 0925-0002 (Rev. 10/2021 Approved Through 01/31/2026)

# BIOGRAPHICAL SKETCH

Provide the following information for the Senior/key personnel and other significant contributors.
Follow this format for each person. **DO NOT EXCEED FIVE PAGES.**

NAME: Sevelius, Jeanne (Jae) M

eRA COMMONS USER NAME (credential, e.g., agency login): seveliusj

POSITION TITLE: Professor of Medical Psychology

EDUCATION/TRAINING *(Begin with baccalaureate or other initial professional education, such as nursing, include postdoctoral training and residency training if applicable. Add/delete rows as necessary.)*

| INSTITUTION AND LOCATION | DEGREE (if applicable) | Completion Date MM/YYYY | FIELD OF STUDY |
|---|---|---|---|
| University of Florida, Gainesville, FL | B.S. | 06/1996 | Psychology |
| University of Missouri - St. Louis, St. Louis, MO | M.A. | 06/2000 | Clinical Psychology |
| University of Missouri - St. Louis, St. Louis, MO | Ph.D. | 06/2004 | Clinical Psychology |
| University of Missouri - St. Louis, St. Louis, MO | M.A. | 06/2000 | Gender Studies |
| University of Oregon, Eugene, OR | Intern (APA accredited) | 06/2004 | Clinical Psychology |
| University of California, San Francisco, San Francisco, CA | Postdoctoral Fellowship | 06/2009 | Behavioral Medicine |

## A. Personal Statement

I am Professor of Medical Psychology in Psychiatry at Columbia University and a licensed clinical psychologist. My program of research focuses on understanding and addressing health issues facing transgender communities by developing and testing transgender-specific health promotion interventions. To date, my interventions have prioritized transgender women living with HIV or at risk of acquisition, employing a community-led framework inspired by the models of community-based participatory research and participatory action research. To date, I have led or collaborated on over 40 studies on access to health care, HIV prevention, treatment, and medication adherence, mental health, substance use, and sexual health issues among transgender people.

I will serve as a consultant on the proposed study, Adapting an Evidence-Based Sexual Assault Prevention Intervention for Transgender and Nonbinary Undergraduates. As a consultant, I will be providing suggestions for intervention content based on prior interventions I have developed. Above and beyond the consulting, I have protected time for mentoring junior faculty on my K24 midcareer mentoring grant, and I look forward to mentoring Dr. Peitzmeier more broadly as she executes this study. I will be an actively involved member of the study team attending regular meetings and substantively contributing to both the content of the intervention and the study execution.

I am excited to bring my expertise and experience in developing theory-driven and community-engaged interventions to address the unique sociocultural drivers of risk among transgender people to this proposal. My experience leading several efficacy trials and implementation studies of interventions that my team and I developed and successfully piloted in collaboration with communities to increase HIV treatment engagement and prevention among transgender people in the United States and Brazil will help guide the study team.  Dr. Peitzmeier's proposal draws on my work by using the Model of Gender Affirmation as part of the theoretical

underpinnings guiding the intervention adaptation. I look forward to providing guidance and support based on my experience using the ADAPT-ITT framework to systematically adapt interventions for transgender people and my expertise in designing and testing interventions to promote gender affirmation and sexual health in transgender women. We theorize that unmet need for gender affirmation is a unique risk factor for transgender young people that makes them more vulnerable to sexual violence, and thus my expertise will help ensure the adapted intervention effectively addresses this vulnerability.

Citations:

1. **Sevelius JM,** Dilworth SE, Reback CJ, Chakravarty D, Castro D, Johnson MO, McCree B, Jackson A, Mata RP, Neilands TB. Randomized Controlled Trial of Healthy Divas: A Gender-Affirming, Peer-Delivered Intervention to Improve HIV Care Engagement among Transgender Women Living with HIV. Journal of Acquired Immune Deficiency Syndromes (JAIDS). 2022. Online ahead of print. DOI: 10.1097/QAI.0000000000003014. PMCID: PMC9259040

2. Vance SR, Chen D, Garofalo R, Glidden DV, Ehrensaft D, Hidalgo M, Tishelman A, Rosenthal SM, Chan YM, Olson-Kennedy J, **Sevelius J.** Mental Health and Gender Affirmation of Black and Latine Transgender/Nonbinary Youth Compared to White Peers Prior to Hormone Initiation. J Adolesc Health. 2023 11; 73(5):880-886. PMID: 37610390; PMCID: PMC10723039.

3. **Sevelius, J.M.,** Neilands, T.B., Dilworth, S., Castro, D., Johnson, M.O. (2019) Sheroes: Feasibility and acceptability of a community-driven, group-level HIV intervention program for transgender women. *AIDS & Behavior*, 24(5):1551-9. doi: 10.1007/s10461-019-02683-6. PMCID: PMC9148587

4. **Sevelius JM,** Glidden DV, Deutsch M, Welborn L, Contreras A, Salinas A, Venegas L, Grant RM. Uptake, Retention, and Adherence to Pre-exposure Prophylaxis (PrEP) in TRIUMPH: A Peer-Led PrEP Demonstration Project for Transgender Communities in Oakland and Sacramento, California. Journal of Acquired Immune Deficiency Syndromes (JAIDS). 2021 Dec 15; 88(S1):S27-S38. PMID: 34757990. PMCID: PMC8579996

Ongoing and recently completed projects that I would like to highlight include:

R01 MH121308
Sevelius, Lippman (MPIs)
09/01/19-08/31/24
Reducing Intersectional Stigma among Trans Women in Brazil to Promote Uptake of HIV Testing and PrEP

R01 MH115765
Sevelius/Gamarel/Operario (MPIs)
09/01/18-08/31/23
A couples approach to preventing HIV among trans women and their partners

K24 DA051328
Sevelius (PI)
04/01/2020-03/31/2025
Mentoring clinical investigators in patient-oriented research on substance use and HIV

## B.  Positions, Scientific Appointments, and Honors
### Positions and Scientific Appointments

| | |
|---|---|
| 2022-present | Professor of Medical Psychology (Psychiatry), Columbia University, New York |
| 2021-2022 | Director, Center for AIDS Prevention Studies, University of California, San Francisco |
| 2020-present | Professor, Medicine, University of California, San Francisco |
| 2020-2021 | Co-Director, Center for AIDS Prevention Studies, University of California, San Francisco |
| 2016-2020 | Associate Professor, Medicine, University of California, San Francisco |

| 2009-2016 | Assistant Professor, Medicine, University of California, San Francisco |
| 2006-2009 | Postdoctoral Scholar, Medicine, University of California, San Francisco |
| 2004-2006 | Project Director, Medicine, University of California, San Francisco |
| 2002-2003 | Predoctoral Intern, Student Counseling Center, University of Oregon |
| 2001-2002 | Institute Director, Gender Studies, University of Missouri - St. Louis |

**Other Experience and Professional Memberships**

| 2024 | NIH Special Emphasis Panel, Fellowships: HIV Clinical Care and Health Interventions |
| 2023 | NIH Sexual and Gender Minorities Research Office Working Group on Gender-Affirming Care |
| 2020 | NIH Review Panel, HIV/AIDS Intra- and Inter-personal Determinants and Behavioral Interventions Study Section (HIBI), Ad hoc reviewer |
| 2018-present | NIH Special Emphasis Review Panels, Ad hoc reviewer |
| 2018-present | Society of Behavioral Medicine |
| 2012-2019 | International Association of Providers in AIDS Care |
| 2009-present | World Professional Association for Transgender Health |
| 2004-present | American Public Health Association, HIV/AIDS Section |
| 1997-present | American Psychological Association, Division 44 - LGBT Issues |

**Honors**

| 2021 | UCSF Chancellor's Award for Diversity |
| 2021 | Laura S. Brown Award, American Psychological Association Division 35: Lesbian, Bisexual, and Transgender Concerns |
| 2020 | Genentech Midcareer Development Award, UCSF School of Medicine |
| 2018 | Outstanding Achievement Award, American Psychological Association Division 44: Committee on Sexual Orientation and Gender Diversity, |
| 2016 | Early Career Research Excellence Award for Social and Behavioral Science, Gladstone Institutes - UCSF Center for AIDS Research |
| 2015 | CORO-UCSF Faculty Leadership Collaborative, UCSF Campus Council on Faculty Life |
| 2010 | Innovative Dissemination Award, Center for AIDS Prevention Studies, UCSF |

## C.  Contributions to Science

My research is focused on the investigation of risk and protective factors in transgender and gender diverse communities and the relationship between stigma, discrimination, and health-related behaviors and outcomes. My efforts have primarily been dedicated to developing, implementing, and evaluating health promotion interventions that decrease HIV and other health risks and improve treatment through behavioral changes, community programming, and increased access to culturally appropriate health care.

1. <u>Theory-driven intervention development</u>: As a licensed clinical psychologist with research expertise in health promotion among transgender people, the primary focus of my program of research is intervention development for transgender women living with HIV or at risk of acquisition. I am currently leading several efficacy trials and implementation studies of interventions that my team and I developed and successfully piloted in collaboration with communities to increase HIV treatment engagement and prevention among transgender people. These interventions are driven by a theoretical framework I developed to ground my interventions, namely, the Model of Gender Affirmation, which builds on the critical framework of intersectionality to address the unique sociocultural drivers of risk among transgender women.

   a. Vance SR, Venegas L, Johnson J, Chaphekar, AV, Sinha, A, Parmar, DD, **Sevelius, J.** (2024) Parental Gender Affirmation Model: A culturally informed framework. SSM - Mental Health. 2024;5 doi:10.1016/j.ssmmh.2024.100304. PMCID: PMC11245276

   b. **Sevelius JM**, Dilworth SE, Reback CJ, Chakravarty D, Castro D, Johnson MO, McCree B, Jackson A, Mata RP, Neilands TB. Randomized Controlled Trial of Healthy Divas: A Gender-Affirming, Peer-Delivered Intervention to Improve HIV Care Engagement among Transgender Women Living with

HIV. Journal of Acquired Immune Deficiency Syndromes (JAIDS). 2022. Online ahead of print. DOI: 10.1097/QAI.0000000000003014. PMCID: PMC9259040

c.  **Sevelius, J.M.,** Neilands, T.B., Dilworth, S., Castro, D., Johnson, M.O. (2019) Sheroes: Feasibility and acceptability of a community-driven, group-level HIV intervention program for transgender women. *AIDS & Behavior*, 24(5):1551-9. doi: 10.1007/s10461-019-02683-6. PMCID: PMC9148587

d.  Gamarel KE, **Sevelius JM**, Neilands TB, Kaplan RL, Johnson MO, Nemoto T, Darbes LA, Operario D. Couples-based approach to HIV prevention for transgender women and their partners: study protocol for a randomised controlled trial testing the efficacy of the 'It Takes Two' intervention. BMJ Open. 2020 Oct 15; 10(10):e038723. PMID: 33060086. PMCID: PMC7566735 DOI: 10.1136/bmjopen-2020-038723.

2.  <u>Community-based, mixed methods research</u>: My research employs a community-led and highly engaged framework inspired by the models of community-based participatory research and participatory action research. My diverse teams comprise trans and gender diverse people at all levels. I have worked extensively with transgender communities and the organizations that serve them in a multitude of roles, including collaborative, community-based research and evaluation, providing training and capacity building to providers seeking to improve their ability to recruit, serve, and retain transgender people in programs and provide culturally competent transgender services and care.

a.  **Sevelius JM**, Gutierrez-Mock L, Zamudio-Haas S, McCree B, Ngo A, Jackson A, Clynes C, Venegas L, Salinas A, Herrera C, Stein E, Operario D, Gamarel K. Research with Marginalized Communities: Challenges to Continuity During the COVID-19 Pandemic. *AIDS and Behavior*. 2020 Jul;24(7):2009-2012. doi: 10.1007/s10461-020-02920-3. PMID: 32415617. PMCID: PMC7228861

b.  **Sevelius, J.,** Murray, L., Martinez Fernandes, N., Veras, M.A., Grinsztejn, B., Lippman, S.A. (2018) Optimizing HIV programming for transgender women in Brazil. *Culture, Health, & Sexuality*. doi: 10.1080/13691058.2018.1496277. PMCID: PMC6483864

c.  **Sevelius, J.,** Keatley, J., Calma, N., Arnold, E. (2016) 'I am not a man': Trans-specific barriers and facilitators to PrEP acceptability among transgender women. [Special issue: "The Trouble with 'Categories': Rethinking MSM, Trans and their Equivalents in HIV Prevention and Health Promotion"] *Global Public Health*. Aug-Sept; 11(7-8) doi:10.1080/17441692.2016.1154085. Epub 2016 Mar 10. PMCID: PMC10204128

d.  D'Avanzo, PA, Bass, SB, Brajuah J, Kelly, P, Gutierrez-Mock, L, **Sevelius, J.** Community Belonging and Attitudes towards HIV Pre-Exposure Prophylaxis (PrEP) Among Transgender Women. *AIDS and Behavior*. 2021 Feb 11. PMID: 33575901. doi: 10.1007/s10461-021-03183-2. PMCID: PMC8355232

3.  <u>Engagement in HIV prevention and care among transgender people</u>: To document and understand sociocultural and structural barriers and facilitators to engagement in HIV prevention and care among transgender and gender diverse people, my research includes multiple behavioral health research studies focused on trans women and other subgroups within transgender communities in the United States and Brazil.

a.  **Sevelius, J**, Xavier, J, Chakravarty, D, Keatley, J, Shade, S, Rebchook, G. (2021) Correlates of Engagement in HIV Care among Transgender Women of Color in the US. AIDS and Behavior. 25(Suppl 1):3-12. doi: 10.1007/s10461-021-03306-9. PMID: 34037930. PMCID: PMC10204129

b.  Auerbach, J., Moran, L., Watson, C., Weber, S., Keatley, J., **Sevelius, J.**. We Are All Women: Barriers and facilitators to inclusion of transgender women in HIV treatment and support services designed for cisgender women. AIDS Patient Care and STDs. 2020 Sep; 34(9):392-398. PMID: 32813571  PMCID: PMC7480717 doi: 10.1089/apc.2020.0056

c.  **Sevelius, JM**, Poteat, T, Luhur, W, Reisner, SL, Meyer, IH. (2020) HIV Testing and PrEP Use in a National Probability Sample of Sexually Active Transgender People in the United States. *Journal of Acquired Immunodeficiency Virus*. 2020; 5(84):437-442. PMID: 32692101 PMCID: PMC7340231 DOI: 10.1097/QAI.0000000000002403

d. **Sevelius, J,** Deutsch, M, Grant, R. The future of PrEP among transgender women: the critical role of gender affirmation in research and clinical practices. [Special issue: "PrEP as part of combination HIV prevention in 2016: Implementation research outcomes, unresolved issues, and the way forward"] Journal of the International AIDS Society. 2016;19(7(Suppl 6)):21105. doi: 10.7448/IAS.19.7.21105. eCollection 2016. PMCID: PMC5071750

4. <u>Trans-specific measurement development and data collection</u>: To develop validated measures for use with transgender and gender diverse populations, I have been developing and testing tools that can be used to measure unique constructs in research with transgender and gender diverse populations. Further, because data collection in epidemiological and clinical research often excludes transgender populations, I have contributed to several studies exploring best practices for trans-inclusive data collection.

a. **Sevelius JM**, Chakravarty D, Dilworth SE, Rebchook G, Neilands TB. Measuring Satisfaction and Comfort with Gender Identity and Gender Expression among Transgender Women: Development and Validation of the Psychological Gender Affirmation Scale. Int J Environ Res Public Health. 2021 03 23; 18(6). PMID: 33806834. PMCID: PMC8005192

b. **Sevelius JM**, Chakravarty D, Dilworth SE, Rebchook G, Neilands TB. Gender Affirmation through Correct Pronoun Usage: Development and Validation of the Transgender Women's Importance of Pronouns (TW-IP) Scale. International Journal of Environmental Research and Public Health. 2020 Dec 19;17(24).DOI: 10.3390/ijerph17249525. PMCID: PMC7766835

c. Suen, L; Lunn, M; Katuzny, K; Finn, S; Duncan, L; **Sevelius, J**; Flentje, A; Capriotti, M; Lubensky, M; Hunt, C; Weber, S; Bibbins-Domingo, K; Obedin-Maliver, J. What sexual and gender minority people want researchers to know about sexual orientation and gender identity questions: a qualitative study. Archives of Sexual Behavior. 2020 Oct; 49(7):2301-2318.PMID: 32875381. PMCID: PMC7497435. doi: 10.1007/s10508-020-01810-y

5. <u>Mentoring</u>: As part of my K24 Midcareer Mentoring Award activities, in collaboration with my own mentor and one of my mentees, I have published a novel approach to mentorship using an intersectional framework. Intersectionality is a critical theoretical framework that posits that power and privilege are differentially structured for groups at different intersectional sociodemographic positions. An intersectional approach to mentoring across differences explicitly considers the intersectional sociodemographic positions of both the mentor and the mentee in terms of the mentee's training experience and within the context of the mentoring relationship itself.

a. **Sevelius JM**, Harris OO, Bowleg L. Intersectional Mentorship in Academic Medicine: A Conceptual Review. *Int J Environ Res Public Health*. Apr 19 2024;21(4). doi:10.3390/ijerph21040503. PMCID: PMC11050481

b. Johnson MO, Gandhi M, Fuchs JD, Sterling L, Sauceda JA, Saag MS, Riley ED, **Sevelius JM**. The impact of COVID-19 on mentoring early-career investigators: "Everything can wait. Listen more than usual and share your own struggles". Medicine (Baltimore). 2021; 100:e27423. doi:10.1097/MD.0000000000027423. PMCID: PMC8500630

**Complete List of Published Work in MyBibliography:**
https://www.ncbi.nlm.nih.gov/myncbi/jeanne.sevelius.1/bibliography/public/

OMB Number: 0925-0001

Expiration Date: 01/31/2026

## PHS 398 Cover Page Supplement

---

1. Vertebrate Animals Section

Are vertebrate animals euthanized?          ○ Yes    ● No

If "Yes" to euthanasia

Is the method consistent with American Veterinary Medical Association (AVMA) guidelines?

○ Yes    ○ No

If "No" to AVMA guidelines, describe method and provide scientific justification

---

2. *Program Income Section

*Is program income anticipated during the periods for which the grant support is requested?

○ Yes    ● No

If you checked "yes" above (indicating that program income is anticipated), then use the format below to reflect the amount and source(s). Otherwise, leave this section blank.

 *Budget Period     *Anticipated Amount ($)     *Source(s)

---

Opportunity Number: PA-20-194 . Received Date:
2024-11-18T08:23:30.000-05:00

### 3. Human Embryonic Stem Cells Section

*Does the proposed project involve human embryonic stem cells?    ◯ Yes    ⬤ No

If the proposed project involves human embryonic stem cells, list below the registration number of the specific cell line(s) from the following list: http://grants.nih.gov/stem_cells/registry/current.htm. Or, if a specific stem cell line cannot be referenced at this time, check the box indicating that one from the registry will be used:

☐    Specific stem cell line cannot be referenced at this time. One from the registry will be used.

Cell Line(s) (Example: 0004):

### 4. Human Fetal Tissue Section

*Does the proposed project involve human fetal tissue obtained from elective abortions?    ◯ Yes    ⬤ No

If "yes" then provide the HFT Compliance Assurance

If "yes" then provide the HFT Sample IRB Consent Form

### 5. Inventions and Patents Section (Renewal applications)

*Inventions and Patents:    ◯ Yes    ◯ No

If the answer is "Yes" then please answer the following:

*Previously Reported:    ◯ Yes    ◯ No

### 6. Change of Investigator/Change of Recipient Organization Section

☐    Change of Project Director/Principal Investigator

Name of former Project Director/Principal Investigator

Prefix:

*First Name:

Middle Name:

*Last Name:

Suffix:

☐    Change of Recipient Organization

*Name of former organization:

Contact PD/PI: Peltzmeier, Sarah

OMB Number: 0925-0001
Expiration Date: 01/31/2026

# PHS 398 Modular Budget

**Budget Period: 1**

Start Date: 07/01/2025    End Date: 06/30/2026

## A. Direct Costs

| | Funds Requested ($) |
|---|---|
| Direct Cost less Consortium Indirect (F&A)* | 125,000.00 |
| Consortium Indirect (F&A) | 614.00 |
| Total Direct Costs* | 125,614.00 |

## B. Indirect (F&A) Costs

| | Indirect (F&A) Type | Indirect (F&A) Rate (%) | Indirect (F&A) Base ($) | Funds Requested ($) |
|---|---|---|---|---|
| 1. | Modified Total Direct Costs | 56.00 | 125,614.00 | 70,344.00 |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

Cognizant Agency
(Agency Name, POC Name and Phone Number)

U.S. Department of Health and Human Services, Steven Zuraf, 301-492-4855

| Indirect (F&A) Rate Agreement Date | 06/24/2024 | Total Indirect (F&A) Costs | 70,344.00 |
|---|---|---|---|

## C. Total Direct and Indirect (F&A) Costs (A + B)

| | Funds Requested ($) |
|---|---|
| | 195,958.00 |

A-B\_000166
Page 40

Contact PD/PI: Peitzmeier, Sarah

# PHS 398 Modular Budget

Budget Period: 2

Start Date: 07/01/2026    End Date: 06/30/2027

## A. Direct Costs

| | Funds Requested ($) |
|---|---|
| Direct Cost less Consortium Indirect (F&A)* | 150,000.00 |
| Consortium Indirect (F&A) | 638.00 |
| Total Direct Costs* | 150,638.00 |

## B. Indirect (F&A) Costs

| Indirect (F&A) Type | Indirect (F&A) Rate (%) | Indirect (F&A) Base ($) | Funds Requested ($) |
|---|---|---|---|
| 1. Modified Total Direct Costs | 56.00 | 150,638.00 | 84,357.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| | | Total Indirect (F&A) Costs | 84,357.00 |

Cognizant Agency
(Agency Name, POC Name and Phone Number)

U.S. Department of Health and Human Services, Steven Zuraf, 301-492-4855

Indirect (F&A) Rate Agreement Date    06/24/2024

## C. Total Direct and Indirect (F&A) Costs (A + B)

| | Funds Requested ($) |
|---|---|
| | 234,995.00 |

A.R.000167
Page 4

Tracking Number: GRANT14304118    Opportunity Number: PA-20-194 . Received Date: 2024-11-18T08:23:30.000-05:00

Contact PD/PI: Peitzmeier, Sarah

# PHS 398 Modular Budget

## Cumulative Budget Information

### 1. Total Costs, Entire Project Period

| | |
|---|---:|
| Section A, Total Direct Cost less Consortium Indirect (F&A) for Entire Project Period ($) | 275,000.00 |
| Section A, Total Consortium Indirect (F&A) for Entire Project Period ($) | 1,252.00 |
| Section A, Total Direct Costs for Entire Project Period ($) | 276,252.00 |
| Section B, Total Indirect (F&A) Costs for Entire Project Period ($) | 154,701.00 |
| Section C, Total Direct and Indirect (F&A) Costs (A+B) for Entire Project Period ($) | 430,953.00 |

### 2. Budget Justifications

| | |
|---|---|
| Personnel Justification | SP_R21_resub_Personnel_Justification.pdf |
| Consortium Justification | SP_R21_resub_Consortium_Justification.pdf |
| Additional Narrative Justification | SP_R21_resub_Additional_Narrative_Justification.pdf |

A. B. 000168

Page 42

Tracking Number: GRANT14304118    Opportunity Number: PA-20-194 . Received Date: 2024-11-18T08:23:30.000-05:00

## PERSONNEL JUSTIFICATION

SENIOR/KEY PERSONNEL

**Sarah Peitzmeier, PhD, Principal Investigator (1.08 academic and 0.36 summer months effort in Years 1 and 2).** Dr. Peitzmeier is Assistant Professor of Behavioral and Community Health at the University of Maryland, College Park (UMD). She is an early-career expert in transgender health and gender-based violence in LGBTQ+ communities. As Principal Investigator, Dr. Peitzmeier will oversee all study activities.

**Elizabeth Aparicio, PhD, Licensed Mental Health Clinician (0.09 academic months effort in Years 1 and 2)**. Dr. Aparicio is a licensed clinical social worker at UMD. She is part of the safety monitoring team to review any incidents of participant distress or adverse events within 24 hours to ensure no further follow-up is necessary.

**Jae Sevelius, PhD, Consultant** ($200/hour) is a Professor of Medical Psychology (in Psychiatry) at Columbia University, developer of the Model of Gender Affirmation, identifies as non-binary, and has developed and tested several gender-affirming interventions for trans women of color. Dr. Sevelius will provide expertise in gender-affirming interventions during the development phase. The consulting fee will be $2,400 in Year 1 and $1,200 in Year 2, totaling $3,600.

**Misha Eliasziw, PhD, Consultant** ($200/hour) is an Associate Professor at Tufts University and an expert in biostatistics and has lived experience as a transgender woman. Dr. Eliasziw will provide expertise in biostatistics for analyses. The consulting fee will be $600 in Year 1 and $3,000 in Year 2, totaling $3,600.

OTHER PERSONNEL

**Micah Hopkins, Study Coordinator (6.60 academic months effort in Years 1 and 2)**. The study coordinator will assist with study activities under the PI's direction, including participant recruitment, enrollment, informed consent, liaising with the Community Advisory Board, and data collection and management.

**TBN, Tech Facilitator/Research Assistant (312 hours, equivalent to 1.80 calendar months, effort in Year 1 and 520, equivalent to 3.00 calendar months, effort in Year 2).** A tech facilitator/research assistant will handle the technology-related logistics of the intervention sessions (e.g., managing breakout rooms, and setting up apps) so that facilitators can focus on building rapport, facilitating discussions, and delivering content. They will also assist the study coordinator with research related tasks such as contacting participants to complete their surveys.

**TBN, Facilitators (624 hours, equivalent to 3.60 calendar months, effort in Year 1 and 1248 hours, equivalent to 7.20 calendar months, effort in Year 2).** Three trans peer facilitators will be recruited and trained to deliver the intervention sessions. Hours allocated include time for training, practice, and delivery of the intervention.

**CONSORTIUM JUSTIFICATION**

**University of Windsor**
*Foreign Institution*

**Total Costs (direct plus indirect)**
Year 1: $8,000 (rounded to the nearest $1,000)
Year 2: $9,000 (rounded to the nearest $1,000)

**SENIOR/KEY PERSONNEL**

**Charlene Senn, Ph.D., Co-Investigator (Effort = 4.5% or 0.54 calendar months each year).** Dr. Senn is Professor of Psychology and Canada Research Chair at the University of Windsor. Dr. Senn is the original developer of the Enhanced Assess, Acknowledge, Act (EAAA) sexual assault prevention intervention and Co-PI with Dr. Peitzmeier of the efficacy trial for the adapted internet-delivered EAAA (IDEA[3]) intervention with undergraduate cisgender women. As an expert in design of sexual assault prevention interventions, she will provide scientific input into 1) the content of the revised intervention, 2) the design of the study, 3) the training of the facilitators, and 4) manuscripts resulting from the study.

**ADDITIONAL NARRATIVE JUSTIFICATION**

**Data Management and Sharing Justification: $216**. Approximately 10 hours of the study coordinator's time in Year 2 is associated with data management and sharing activities. All datasets will be deidentified and then uploaded to the data repository by the study coordinator, which we estimate may take 10 hours of their time to complete. The equivalent of the study coordinator's salary support and associated fringe is calculated at $216 in Year 2. The data repository we have chosen allows us to deposit the data free of cost (ICPSR).

**Indirect Costs:** The indirect cost rate for the University of Maryland is 56 percent of the Modified Total Direct Costs (MTDC) base which excludes tuition remission, equipment over $5,000, rental costs of off-campus facilities, and the portion of subawards over $25,000. This rate has been approved by the cognizant government agency, Department of Health and Human Services. This rate was approved on June 24, 2024.

OMB Number: 0925-0001
Expiration Date: 01/31/2026

# PHS 398 Research Plan

| Introduction | |
|---|---|
| 1. Introduction to Application<br>(for Resubmission and Revision applications) | SP_R21_resub_Intro.pdf |

| Research Plan Section | |
|---|---|
| 2. Specific Aims | SP_R21_resub_Specific_Aims.pdf |
| 3. Research Strategy* | SP_R21_resub_Research_Strategy.pdf |
| 4. Progress Report Publication List | |

| Other Research Plan Section | |
|---|---|
| 5. Vertebrate Animals | |
| 6. Select Agent Research | |
| 7. Multiple PD/PI Leadership Plan | |
| 8. Consortium/Contractual Arrangements | SP_R21_resub_Consortium_Arrangement_flat.pdf |
| 9. Letters of Support | SP_R21_resub_LOS_flat.pdf |
| 10. Resource Sharing Plan(s) | |
| 11. Other Plan(s) | SP_R21_resub_DMSP.pdf |
| 12. Authentication of Key Biological and/or Chemical Resources | |

| Appendix | |
|---|---|
| 13. Appendix | |

Tracking Number: GRANT14304118    Opportunity Number: PA-20-194 . Received Date:
2024-11-18T08:23:30.000-05:00

**Introduction to the Application.** Reviewers (Rs) described the proposal as "compelling and important" with "a strong likelihood that the proposed study will exert a sustained, powerful influence on gender-based violence (GBV) and sexual health in marginalized and/or high-risk populations research" due to the "well-conceived aims, rigorous adaptation approach, community input throughout the project…[and] excellent investigative team." Rs had questions about inclusion criteria (R2, R3), structural drivers of GBV (R2), design (R2), and human subjects protections (R1, R2). Key revisions include:

Inclusion of nonbinary individuals: We recognize concerns around including trans and nonbinary students (R3). However, some 82% of nonbinary people see themselves as trans,[1] some gender identities fall under both categories, and some people shift back and forth between categories.[2] Nonbinary people disproportionately face specific forms of transphobia (e.g., invalidation for not being 'trans enough'),[3] but binary trans people share these experiences,[4] and they are addressed in TEA[3]. Finally, formative research indicated respondents were interested in participating in groups with trans and nonbinary people of all genders. We clarify how the intervention increases gender affirmation (R3; see Fig 2) in ways relevant to all trans/nonbinary participants.

Addressing structural transphobia (R2): We have based the intervention in the theoretical Model of Gender Affirmation (Fig 1) which calls out transphobic stigma and oppression as the root causes of violence. TEA[3] raises consciousness of structural transphobia as the root cause of violence, dismantles victim-blaming attitudes and internalized transphobia, and gives participants tools to mitigate the impact of structural/interpersonal transphobia in their lives. Though TEA[3] does not directly dismantle structural transphobia, focus is placed on rectifying the *impacts* of transphobia to reduce victimization risk (e.g., we mitigate the structural exclusion of trans content from sex education curricula by teaching this content). Our formative work and other research[5] suggests that trans young adults value individual/group-level interventions like TEA[3] to gain tools to keep themselves safe now even as we work long-term toward structural change to end perpetration.

Eligibility and Screening: We now allow inclusion of any undergraduate student who is age 18-25, not just first- or second-year students (R2). We clarify robust screening procedures[6] tested in our IDEA[3] RCT to ensure eligibility (R2, R3), including requirements to provide a university email and mailing address, respond to open-ended questions to screen out inconsistent responses, and attend a 30 minute on-camera Zoom interview.

Sample size and design: We expand the sample size from 64 to 80 (R3). We are powered to understand primary outcomes of feasibility and acceptability and to test baseline/post-test changes in our exploratory aim. We continue to have a single-arm design (R2) to maximize the number of participants who receive TEA[3] and thus maximize participant feedback and the number of rounds of data-driven revisions to the manuals. Collecting data to power an RCT would require collecting 12-month victimization outcomes, which is infeasible on a two-year project focused on refining TEA[3]. We provide information on validity of outcomes selected, and justify why surveys and focus groups are valid, acceptable, and efficient methods to collect acceptability information with this sample size (R3). Participants are recruited in pairs to retain benefits of in-person implementation for participants (enhance engagement, retention, social affirmation) while enabling implementation benefits of virtual delivery (centralization of facilitators, inclusion from multiple campuses) (R3). We share acceptability and outcome data from the IDEA[3] pilot and ongoing RCT (launched since the original submission) to demonstrate feasibility, acceptability, and potential efficacy of the online adaptation in the original population (R3). We clarify the 4 intervention sessions occur over a 1-2 week period (R2).

Strengthening the research team: We are delighted to clarify Dr. Sevelius' integral position on the team (R3), with their time supported on a K24 in addition to the consultant position. We name Micah Hopkins, a transmasculine undergraduate senior, as the study coordinator; he has been working with PI Peitzmeier to draft the adapted manuals. We provide a letter of support from the PI's campus LGBTQ+ equity center (R3).

Safety Protocol: Participants who experience distress will be provided with a warm hand-off to an appropriate trans-specific crisis intervention resource (R1), and Dr. Aparicio, a licensed mental health professional, has been added to the data safety and monitoring team (R2). We clarify that participants are required to be on camera (R2) to ensure privacy for other participants (i.e. ensure no non-participants listen in). We clarify strategies for monitoring against any iatrogenic effects (R2).

**SPECIFIC AIMS.** Forty percent of transgender (trans) individuals (i.e. individuals whose gender identity does not align with their sex assigned at birth, including transmasculine, transfeminine, and nonbinary individuals) experience sexual assault during their time in college.[7] There are approximately 1.6 million trans adults in the US, and 1.7%-4.2% of US undergraduate students are trans.[7-9] In a random sample of 83,000 students from over 50 US colleges, trans students were 6 times more likely than cisgender (cis) women and 17 times more likely than cis men to experience penetrative assault in the past 12 months.[10] Campus sexual assault contributes to dropout[11] and perpetuates educational, employment, and financial disparities in trans populations that drive lifelong health disparities in HIV prevalence, depression, suicidality, and PTSD.[12] Despite the magnitude of this issue, there are no sexual assault primary prevention interventions that have reduced victimization of trans students,[13] nor of any trans population broadly.

The Enhanced Assess, Acknowledge, Act (EAAA) intervention is recommended by the Centers for Disease Control and Prevention (CDC) in their technical package for preventing sexual violence[13] and is the only randomized controlled trial (RCT)-tested intervention proven to reduce rape victimization by over 50% among cis female undergraduates.[14,15] EAAA is a theory-based, manualized intervention consisting of four interactive in-person sessions (3 hours each) delivered to small groups of women by trained peer facilitators. EAAA focuses on increasing women's ability to recognize coercion quickly, overcome gendered psychosocial barriers to interrupting coercive behavior (e.g. wanting to be "nice"), and practicing a set of evidence-based strategies for countering assault, including verbal and physical self-defense. While other campus approaches (e.g., bystander education, online trainings/apps) can shift knowledge and attitudes, they have never been shown in an RCT to reduce individuals' sexual assault victimization.

EAAA could be a powerful tool to reduce sexual violence against trans students. However, trans individuals face unique vulnerabilities to sexual violence that are driven by transphobic social marginalization, as theorized in the Model of Gender Affirmation[16] and demonstrated in our empirical work with trans survivors of sexual violence.[17] These trans-specific vulnerabilities are not addressed in EAAA. Further, the in-person modality whereby each college absorbs the fixed cost of training their own trans peer facilitators makes the cost-per-participant of a trans-specific EAAA prohibitive at schools with a smaller number of trans students. The study team has completed a hybrid online/in-person adaptation of EAAA called Internet-Delivered EAAA (IDEA³), which allows live-facilitation of EAAA to groups of students from varying universities via Zoom. This innovation makes a trans-specific EAAA viable to scale by accommodating schools that may not have the resources to cost-effectively field their own trans-specific on-campus program. We propose to adapt and pilot IDEA³ for racially diverse trans students recruited online from two- and four-year colleges nationwide.

**Aim 1: Conduct a systematic adaption of IDEA³ for trans students.** Informed by unique pilot data collected by our team and the Model of Gender Affirmation, we will use the ADAPT-ITT framework to systematically adapt IDEA³ for trans students ages 18-25, including using participant surveys and focus groups after an initial theater test (n=16) and direct observation of the intervention session recordings by investigators, the community advisory board (n=5), and sexual violence researcher consultants (n=3).

**Aim 2: Test the feasibility and acceptability of an iteratively revised adapted IDEA³.** We will collect participant survey and focus group data on feasibility and acceptability in a single-arm pilot trial with four waves of data collection (four groups of n=16 each; n=64), revising the intervention between groups.

**Exploratory aim**: We will explore pre/post changes (combined n=80) in theory-based mediators (e.g., gender affirmation, self-defense self-efficacy) of IDEA³'s effect on reducing sexual violence victimization.

Trans undergraduate students are a critical subpopulation at high risk of sexual assault; however, to our knowledge, there are no existing evidence-based interventions for preventing sexual assault in any trans population. Campus settings are amenable to implementation given mandates to provide prevention programming, which enhances scalability and impact, particularly as we use an innovative hybrid online/in-person delivery to enhance reach, with planned future expansions in community settings. Given an increasing population of trans 18-25 year olds,[8] developing an evidence-based intervention to address violence is impactful for ensuring the right to health, safety, and education in this NIH health disparity population.

## SIGNIFICANCE

**Trans undergraduates are at a critical developmental stage and in a social context that present both exciting opportunities and serious threats to health and safety**. College often provides increased freedom to express one's gender.[18] While affirming one's gender is associated with reduced suicidality and improved mental health,[19-21] trans undergraduates may simultaneously be navigating gendered norms associated with their newly affirmed gender (e.g., within sexual relationships), gendered social contexts (e.g., gender-specific teams, fraternities), and gendered spaces (e.g., sex-segregated dormitory). Highly gendered campus spaces impose structural minority stress on trans students, including vulnerability to harassment and violence.[22]

**Trans undergraduates experience sexual violence at rates equal to or greater than cisgender (cis) women during college**. A survey of 33 four-year colleges with 13,553 trans/nonbinary students found that 40.2% reported contact sexual violence during their four years in college, including 24.8% who reported nonconsensual penetration, similar to rates among cis women.[7] In another study of 83,000 students from over 50 US colleges, trans students were 6 times more likely than cis women and 17 times more likely than cis men to experience nonconsensual completed penetration in the past 12 months.[10] Trans students make up some 4% of college students[9] but likely experience a larger share of all sexual assaults on campuses.

**Trans undergraduate survivors of sexual assault report comparable or greater impacts to their physical and mental health as compared to cis women survivors**. In incidents involving penetration, trans survivors are more likely to be injured (19%) than cis women (15%), more likely to contract sexually transmitted infections (12% versus 5%), and more likely to become pregnant (4.5% versus 0.6%).[7] Violence in college contributes to lifelong health disparities: trans adults who left school due to violence are more likely to engage in sex work,[1] and are nearly 3 times more likely to be living with HIV.[12]

**We expand the theoretical Model of Gender Affirmation to identify trans-specific factors driving sexual assault vulnerability that need to be targeted in a sexual assault primary prevention intervention (Fig 1).** Sevelius (2013) theorized that anti-



Fig 1. Expanded Model of Gender Affirmation: A framework for conceptualizing sexual assault risk and resistance in trans individuals (adapted from Sevelius 2013)

trans stigma creates a context in which trans individuals have an increased need for, but decreased access to, gender affirmation.[16] *Social gender affirmation* is an interpersonal process whereby a person is recognized and supported for their gender identity and expression, while *psychological gender affirmation* is an internal sense of valuing oneself, being comfortable with one's identity, and having a sense of satisfaction with one's gender expression.[23] Unmet need for affirmation can lead to sex in contexts where HIV/STI risk is more likely.[16] We expand this framework to show how unmet need for affirmation can lead to contexts that are high-risk for sexual assault. We draw on research demonstrating that individuals being subjected to assault undergo a three-stage cognitive appraisal process that involves *assessing* the level of risk, *acknowledging* that one is experiencing assault, and *acting* to resist assault or leave.[24,25] Integrating these frameworks, we theorize that unmet need for gender affirmation drives higher rates of assault among trans individuals by creating trans-specific barriers to assessing, acknowledging, and acting to resist coercion. Developmentally, trans students are vulnerable to sexual assault, as prior to age 18 they may have been unable to access desired social, legal, or medical affirmation, leading to high levels of unmet need. This framework suggests that sexual assault prevention interventions for trans students need to incorporate components that affirm students' gender.

**Unique formative data collected by our team demonstrates the key role of transphobia and unmet need for gender affirmation in sexual assaults against trans students.** In a survey with over 360 trans student survivors of campus sexual assault, 66% reported that they were subjected to trans-specific coercion tactics.[26] These tactics wear down someone's resistance to sex by criticizing their attractiveness or saying that no one else would want to be with them because they are trans, or saying a "real" man or woman would have sex.

This trans-specific coercion, and other trans-specific issues identified in our formative work (Fig 4), create barriers to recognizing and resisting coercion. An intervention for trans students must address these factors.

**Despite the prevalence and impact of campus sexual assault among trans students, there are no evidence-based prevention interventions that reduce sexual violence victimization for this population.** The Enhanced Assess, Acknowledge, Act (EAAA) intervention is recommended by the Centers for Disease Control and Prevention (CDC)[13] and is the only randomized controlled trial (RCT)-tested intervention proven to reduce attempted or completed rape victimization by over 50% among cis women undergraduates, with durable intervention effects lasting more than two years.[14,15] EAAA also reduces physical and psychological intimate partner violence (IPV) victimization by 54%.[27] Based on the Assess-Acknowledge-Act model explained above, EAAA is a manualized intervention consisting of four three-hour, interactive, in-person sessions delivered to small groups of women by trained peer facilitators over a 1-2 week period, and focuses on increasing women's ability to recognize coercion quickly, overcome gendered psychosocial barriers to interrupting coercive behavior (e.g. wanting to be "nice" or "not make a scene"), and practice evidence-based strategies for countering assault, including verbal and physical self-defense (Fig 2). While other approaches such as bystander education can shift knowledge and attitudes, they have never been shown in an RCT to reduce individual risk for sexual assault; similarly, the most common campus sexual assault training does not even shift attitudes when independently evaluated.[28] While comprehensive prevention of sexual violence will involve ending perpetration and dismantling structural sexism and transphobia, no existing interventions have been rigorously shown to durably reduce campus sexual violence perpetration (though promising attempts are being built upon[29,30]), and cultural shift is a long-term effort. In the meantime, EAAA prevents 1 attempted or completed rape for every 13 women who take the program, while reducing self-blame in event of an assault.[14,31] An adaptation of EAAA for trans students would prevent imminent threats to safety and reduce the impacts of transphobia for trans students now, as work to end perpetration continues.[5]

Fig 2: Conceptual model of the four sessions of EAAA and long-term outcomes, with additional gender affirmation material for Trans EAAA (TEA[3])



| | Assess | Acknowledge | Act | Relationships & Sexuality | Outcomes |
|---|---|---|---|---|---|
| **Session content** | Identify evidence-based "danger cues" that a situation is at risk for becoming an assault. | Identify gendered emotional barriers to recognizing coercion. Develop personalized plan to overcome barriers | Learn and practice evidence-based strategies to interrupt assault, including forceful verbal and physical resistance | Articulate what sex participants do want, affirm empowered sexuality; practice resisting coercion in long-term relationships | ↓ Completed rape ↓ Attempted rape ↓ Self-blame in the event of assault |
| **Victimization mediators addressed** | ↑ Risk perception of acquaintance rape ↑ Knowledge of danger cues | ↓ Rape myth acceptance ↑ Earlier detection of risk | ↑ Self-efficacy defending self ↑ Knowledge of forceful resistance strategies | ↑ Comfort discussing sex/desire ↑ Ability to resist coercion with partners | |
| **Gender affirmation** | Inclusion in group of trans students and being affirmed by trans peers and facilitators; Distinguishing fetishization vs authentic affirmation/interest | Establish a vision of healthy relationships in which your gender is affirmed | Vocal training to enable self-defense yell in congruent pitch; Create "affirmation toolkit" of personalized strategies to ward against trans-specific coercion | Learn and adapt affirming terms to use for their own anatomy; Practice how to come out to partners and negotiate wanted, affirming sex | ↑ Social gender affirmation ↑ Psychological gender affirmation |

**We propose to adapt EAAA for trans students by integrating content to affirm gender and address trans-specific vulnerabilities to and contexts of assault.** Components to affirm gender will be adapted from consultant Sevelius' interventions developed for trans women, *Sheroes*[32] and *Healthy Divas*,[33,34] which are theoretically grounded in the Model of Gender Affirmation and increase psychological gender affirmation. Social gender affirmation will be enhanced through interacting with the group and activities designed to non-medically affirm gender (Fig 2). We will also adapt information, language, and approaches from *INclued*, the only RCT-tested sexual education curriculum designed for LGBTQ youth to reduce sexual risk behavior.[35]

**A recent innovative adaption of EAAA for hybrid online/in-person delivery by the study team will enable a scalable adaptation for trans students with high probability of real-world impact.** The current in-person implementation model for EAAA requires each college to send a staff member to attend a train-the-trainer workshop before returning to campus to recruit, hire, train, and supervise peer facilitators. The large up-front cost to train local trans peer facilitators would be cost-prohibitive for many institutions. Our team has completed a CDC-funded online adaptation of EAAA called Internet-Delivered EAAA (IDEA[3]), which allows a centralized pool of peer facilitators to administer EAAA via Zoom to pairs of students at multiple campuses simultaneously (Fig 3).[36] This key innovation makes a trans-specific adaptation viable by allowing a reduced, per-participant cost for schools with even a small number of trans students. This adaptation is currently being tested to confirm efficacy in a Canadian Institutes of Health Research-funded RCT (n=430 enrolled so far) by PI Peitzmeier and co-I Senn. We propose to adapt IDEA[3] for trans students (Trans-IDEA[3], or TEA[3]).

**INNOVATION.** This study is innovative in integrating a gender affirmation framework into sexual assault prevention to create new approaches to counter how structural, interpersonal, and internalized transphobia

elevate risk of sexual violence among trans people. We incorporate theory-based material promoting gender affirmation to increase capacity for sexual assault resistance and reduce risk of assault. This intervention could be the first evidence-based intervention for preventing sexual assault in trans individuals.

Second, this intervention is also innovative in delivering a live-facilitated, interactive virtual workshop for sexual assault prevention, with in-person pairs of trans students videoconferencing into the intervention. This novel hybrid online/in-person model combines the advantages of in-person student interaction with a peer (camaraderie, emotional support, ability to practice self-defense with a partner, in-person accountability) with the implementation advantages of online delivery (centralize training and supervision of facilitators, enroll students from multiple schools). This unique format is distinct from existing online and in-person interventions. This format was feasible and potentially effective in a pilot trial and ongoing RCT with cis women (roughly 500 enrolled across studies); 70% of participants ask to be paired with someone rather than supply a friend, and participants frequently mention the in-person interaction as a favorite part. Pairs will enable trans students to build in-person community for safety and social affirmation.



Fig 3. IDEA[3] is facilitated live by two peer facilitators (upper right) to pairs of students in multiple locations via Zoom

## APPROACH

**Research team.** PI Peitzmeier is an early-career expert in trans health and gender-based violence. She was MPI of an NICHD R21 to better screen for IPV in trans individuals and was PI of a CDC pilot grant (joint with Co-I Senn) to demonstrate feasibility and acceptability of IDEA[3]. She is MPI with Senn on the ongoing RCT of IDEA[3]. Professor Senn is the original developer of the EAAA intervention. Consultant Professor Jae Sevelius, who identifies as non-binary, developed the Model of Gender Affirmation and several gender-affirming interventions for trans women of color. They will have protected time to substantively contribute to the study beyond consulting hours by mentoring PI Peitzmeier on their K24 (K24DA051328). Consultant Associate Professor Misha Eliasziw brings expertise in biostatistics and lived experience as a transgender woman. She served as the biostatistician on the original RCT of EAAA, the pilot of IDEA[3], and the ongoing IDEA[3] RCT. Key Personnel Dr. Liz Aparicio, LCSW-C will review incidents of participant distress and provide guidance. Finally, Micah Hopkins, a transmasculine undergraduate, helped draft the TEA[3] manuals and will serve as the study coordinator after graduation. Our team combines deep expertise on health and violence in trans communities including sexual violence intervention development and evaluation, gender-affirming interventions, and mental health, as well as a track record of working with transmasculine, transfeminine, and nonbinary communities.

The team will be supported by a community advisory board (CAB) of trans students (n=5) to inform intervention content and methods (e.g., recruitment). PI Peitzmeier has successfully recruited and engaged diverse CABs of trans individuals (including undergraduates) as PI for 3 prior studies. Recruitment through community organizations and online, as well as purposive sampling will be used to diversify gender, race, geography, and school setting (e.g., two-year vs four-year, school size, public vs private). Members will be paid approximately $50/hour for their time and expertise. The CAB will meet roughly quarterly with ad hoc meetings as needed.

**Preliminary studies**. _IDEA[3] pilot and RCT with cisgender women_. In a CDC-funded pilot study (n=70), the hybrid online/in-person IDEA[3] model of EAAA was feasible and acceptable in cis women, who rated sessions a mean of 8.6 out of 10.[36] IDEA[3] also showed indicators of efficacy. The RCT of EAAA identified 6 intermediary outcomes that mediate 95% of the effect of EAAA on victimization. Pre-test/ post-test changes in the 6 mediators in the IDEA[3] pilot were significant and of similar magnitude to pre/post changes in the EAAA RCT,[36] providing a positive signal that efficacy was retained in the hybrid online program. IDEA[3] has since been administered to nearly 200 women in an ongoing RCT to confirm efficacy in reducing victimization over one year of follow-up. Acceptability metrics from those in the intervention arm are similar to the pilot, with average rating of 8.4 out of 10 (n=160). Adaptations for the virtual format are completed and are feasible and acceptable in the original population, and our study will be able to focus on adaptations for trans students.

*Owning Our Power study*. The study team has collected unique data on campus sexual assault against trans students, including focus group and survey data. <u>Trans students were excited about engaging in the intervention with other students of diverse trans identities, including transmasculine, transfeminine, and nonbinary identities</u>. We also collected novel survey data from 360 trans undergraduate survivors about their assault (e.g., relationship to perpetrator, assault location, coercion tactics used against them) that enable us to focus the adaptation on countering the dynamics of assault that trans students most commonly experience.[26]

**Aim 1: Conduct a systematic adaption of IDEA[3] for trans students.** We will use ADAPT-ITT, an 8-step process to systematically modify an evidence-based intervention.[37-39] Phase 1 ("**A**ssessment") involves identifying unique considerations for the new population. We pinpointed key differences in assault context for trans students (see Fig 4 for a non-exhaustive list). The revisions go beyond superficial pronoun changes and include material that addresses trans-specific forms of violence (fetishization, trans-specific coercion tactics), names structural transphobia as a root cause (e.g. examines how threatening to "out" someone to blackmail them into sex only has power in a transphobic society), and mitigates the impact of trans people's structural exclusion (e.g. teaches trans-specific sex ed content missing from standard sex ed curricula). <u>Each change is grounded in our Model of Gender Affirmation and linked to data about assaults trans students face</u>.

**Fig 4. Example anticipated edits to the four-session IDEA[3] intervention based on prior data.**

| Differences between trans students and cis women | Example anticipated intervention edits |
|---|---|
| **Session 1: Assess** | |
| • 70-72% of sexual touching assaults and 86% of penetration assaults against trans survivors were by men. In comparison, 98-99% of perpetrators for cis women are men.[7,17] | • Alter focus on "coercive men" to "coercive men and coercive people of other genders" to maintain prominence on men as most likely perpetrator but acknowledging risk from others<br>• As in original IDEA[3], emphasize only perpetrators are to blame for SV |
| • Trans-specific coercion tactics were experienced by 66% of trans survivors (e.g., wearing down resistance by saying no one else would want to be with a trans person, threatening to "out" you)[17] | • Unpack trans-specific expectations (e.g., trans women of color seen as sex workers, sexually available)<br>• Update activity about things coercive men say to wear down resistance to include trans-specific coercion tactics |
| **Session 2: Acknowledge** | |
| • Current material on gendered barriers to recognizing and resisting coercion in cis women, e.g., "being nice", "not making a scene." | • Include trans-specific barriers like "bystanders and police will assume the trans person is the aggressor if I defend myself," "this is my fault for deceiving this person about my identity" |
| • Lack of gender affirmation is more common among trans students and linked to susceptibility to coercive sex, difficulties resisting coercion. | • Add component designed to strengthen sense of internal and social gender affirmation. Leverage participation with trans students as itself a gender-affirming activity; provide trans pride-themed items |
| **Session 3: Act** | |
| • In IDEA[3], media stereotypes (with video examples) of cis women as weak and ineffectual are shared | • Unpack trans-specific stereotypes, e.g. trans women as helpless murder victims or aggressors |
| • Barrier to yelling for cis women is gender norm to be "quiet"; for trans women is pitch incongruence | • Include vocal training that allows people to yell in a way that feels congruent with their gender and does not risk outing themselves |
| • Made-to-penetrate assaults more common and emotionally impactful for trans students[26] | • Include scenarios of self-defense techniques that could be used if someone were trying to force you to penetrate them |
| **Session 4: Relationships and Sexuality** | |
| • Adaptations are needed to ensure the language and information feels tailored to trans populations | • Material from INclued sex education curriculum, e.g. barrier methods that take into account anatomical changes on hormone therapy |
| • Current material challenges heterosexist norms of penile/vaginal intercourse as the sole goal of sex by encouraging women to consider range of activities | • Challenge norms of anal sex being "real" sex for gay trans men<br>• Challenge idea that having sex in a certain way is required to affirm gender (e.g., receptive sex for trans women) |
| • Gender dysphoria increases difficulty of talking about what sex acts are wanted or unwanted<br>• May feel they have to "settle" for whatever partners are willing to do | • Unpack idea that trans people should be grateful for sexual attention and settle for partner's desires; how to recognize/resist fetishization<br>• Include images of trans people in positive, equal relationships<br>• Identify language for body parts/sex acts that don't trigger dysphoria |

Phase 2 of ADAPT-ITT ("**D**ecision") focuses on considering evidence-based interventions; EAAA/IDEA[3] is the only intervention shown in a large RCT to reduce victimization in undergraduates.[7] After drafting TEA[3] in phase 3 ("**A**daptation"), three trans peer program facilitators will be receive roughly 120 hours of training/practice to deliver the intervention. A tech facilitator will be trained to handle session logistics. We will then pretest the revised intervention using "theater testing," in which expert stakeholders (i.e., study team, CAB, consultants) observe live sessions; participants and stakeholders provide survey and focus group feedback.[39]

*Aim 1 recruitment and eligibility*. Trans students (n=16) will be recruited via social media ads and outreach to US college LGBTQ resource centers. We have experience engaging/retaining participants in trials (e.g. 91%

retention in IDEA[3] pilot (n=70) and 92% retention in Year 1 participants at 1-week post-test survey in IDEA[3] RCT (n=372)). Eligible participants will have a gender identity that differs from their sex assigned at birth (e.g. trans or nonbinary), be an 18-25 year old undergraduate, be willing to be on camera in Zoom sessions, and enroll with their university email and an address to receive session materials. Purposive sampling will be used to obtain diversity in gender identity (including transmasculine, transfeminine, and nonbinary identities), race, and college type. We aim to enroll 33-50% nonbinary individuals and equal numbers by sex assigned at birth. We will use recruitment materials with diverse images and close consultation with the CAB to support this goal.

*Aim 1 procedures*. Participants individually attend a 30-minute on-camera screening interview with a program facilitator to confirm eligibility, obtain informed consent, build rapport, and screen for any safety/coercion issues. This has successfully identified and deterred fraudulent participants in our ongoing RCT of IDEA[3] with undergraduate women. We will follow Klein and Cruys' trauma-sensitive screening for participant eligibility in trans communities, including strategies for asking questions to clarify eligibility without casting doubt on participants' identities and involving the CAB to inform screening procedures (see Recruitment and Retention Plan).[6] Before session 1, participants receive a "care package" containing session materials, snacks, and "swag." Participants will videoconference into the intervention with another trans student (chosen by participants or paired if available). Sessions will be recorded and coded for fidelity by two independent raters using structured Fidelity Checklists, adapted from a recent effectiveness trial of EAAA with cisgender women.[40]

*Aim 1 data collection. Surveys:* Participants will complete baseline and post-test surveys to assess key demographics, sexual assault victimization history, gender affirmation, and six intermediary outcomes correlated with victimization in the EAAA trial. The study coordinator will send reminders to enhance retention, session attendance, and survey completion. After each session, participants also complete a brief, anonymous survey on acceptability and feedback (99% completion in IDEA[3] pilot). All four sessions are completed over a 2-week span. Participants receive incentives ($10 baseline, $25 post-test; entry into $25 raffle for each session attended with post-session survey completed, yielding a ≥23% chance of winning one raffle for attending all 4 sessions). *Focus group:* Two weeks after the final session, participants will join an online focus group to share experiences and suggestions. Focus groups are preferred to individual interviews for identifying areas of consensus and disagreement across participants; discussion will focus on the intervention rather than personal experiences with violence. Data from the focus group and post-session surveys will guide further intervention revisions for pilot testing in Aim 2 (ADAPT-ITT's phase 4, "**P**roduction").

*Expert review and feedback:* Consistent with ADAPT-ITT's phase 5 ("**T**opical experts"), intervention session recordings and manuals will be reviewed by 3 outside expert researchers in key aspects of this intervention/ population (i.e., empowerment self-defense, trans emerging adults, online interventions) in addition to the study team and CAB. PI Peitzmeier will facilitate a focus group with the CAB and a second focus group with the outside experts to collect feedback to refine the intervention. "**I**ntegration of feedback" will occur in phase 6. In phase 7 ("**T**raining"), we will retrain facilitators with the revised intervention before Aim 2.

**Aim 2: Test the feasibility and acceptability of an iteratively revised adapted IDEA[3].** TEA[3] will be administered to 4 more groups of n=16 trans undergraduates, with 4+ weeks between groups to allow for review of session recordings, quantitative and qualitative data collection, and incorporation of feedback (phase 8, "**T**esting"). The same data collection process will be followed as for the Aim 1 theater test.

**Measures:** *Feasibility and acceptability (Aims 1 and 2)*. Post-test surveys will measure acceptability using a validated scale comprehensively measuring 7 dimensions of intervention acceptability.[41,42] A mean score >28 out of 35 (4 out of 5 on each indicator) will be considered acceptable. Session attendance rates will be an indicator of acceptability. We also ask in post-session surveys about any negative feelings that came up and how well the facilitators responded to support them, in order to monitor any safety issues.

*Potential indicators of efficacy (Exploratory aim)*. We will collect data on six intermediary outcomes that together account for 95% of EAAA's effect on reducing victimization.[43] *Self-defense self-efficacy* (confidence one could defend against sexual assault across 9 coercive situations;[44] scale of 9 to 63) accounts for 45% of EAAA's effect, and will be our primary efficacy-related exploratory outcome. Participants will complete baseline and post-test surveys with validated scales to measure self-defense self-efficacy and five more validated mediators of reduced victimization: (1) earlier risk detection in coercive situations; (2) greater risk perception of

acquaintance rape; (3) lower rape myth acceptance, (4) willingness to use forceful verbal and physical resistance in a hypothetical situation; and (5) earlier willingness to leave a hypothetical situation (see Senn et al[43] for details). The sexual assault victimization outcome measure for a future RCT, a validated trans adaptation of the Sexual Experiences Survey,[26] will also be used.

**Data analysis**: _Feasibility and acceptability (Aim 1 and 2):_ Data from quantitative questions on the post-session surveys will be summarized as means (continuous data) or proportions (categorical data). Focus groups transcripts will be analyzed using Framework Analysis,[45] which efficiently generates recommendations for a program given targeted research questions.[45,46] Feedback will be labeled with participant gender identity to highlight potential differences in acceptability by gender, including for nonbinary participants. Recruitment speed will be documented to inform a future trial; a mean recruitment period of less than 1 month per group will indicate recruitment methods are feasible. No-show (at 1st session), session attendance, and retention rates will be calculated. No-show rate ≤15%, session attendance >80%, and retention rate >80% will be considered acceptable. These benchmarks mirror rates from our team's prior studies with cis and trans women.

_Preliminary signal of efficacy (Exploratory aim):_ Analyses will examine baseline-to-post-test mean changes in our 6 mediators of reduced victimization. Three-level linear mixed models with two random intercepts, to account for within-person correlation between the baseline and post-test surveys and within-pair correlation, will be used. In the original EAAA trial, self-defense self-efficacy increased an average of 9.6 points (standard deviation 7.1) from pretest to posttest among EAAA participants,[9] and in the IDEA[3] pilot, it rose 12.2 points. While the focus of this intervention pilot study is on feasibility and acceptability, assuming a small design effect similar to what was observed in the EAAA trial, we are powered in this exploratory aim to detect a mean change in self-defense self-efficacy as small as 3 (i.e., moderate effect size $d$ = 0.4) at 80% power and a two-sided 5% significance level. We will also examine changes in social and psychological gender affirmation[23] using the same mixed modeling approach. Results from this exploratory aim will be used to inform the design of a future RCT. Any changes to these mediators in the reverse direction may indicate unanticipated iatrogenic effects. We would seek to contextualize any such unexpected findings by reading open-ended feedback in session feedback surveys, participant post-test surveys, and by probing in the focus groups.

**Potential problems and alternatives:** A one-arm design (versus a controlled design) doubles the sample size receiving TEA[3] to maximize participant feedback and testing for feasibility/acceptability during the adaptation process. A future RCT will be powered on a 12-month victimization primary outcome; adding a 12-month follow-up period to collect preliminary data on this outcome is infeasible on a two-year project focused on refining TEA[3]. Despite this, looking at pre/post changes in validated mediators of EAAA's effect on victimization allows us to efficiently examine potential signals of efficacy within a feasibility-focused pilot design. By the time TEA[3] is ready for RCT testing, we will be able to draw on data from the ongoing IDEA[3] RCT to power the trial, which makes measuring 12-month outcomes in a control group in this pilot less critical. We include all identities under the trans/nonbinary umbrella. Nonbinary people (as compared to binary-identified transgender people) experience similar rates of SV[47] but disproportionately experience some types of transphobia (e.g. more likely to experience invisibility of their identity or misgendering[3]); however, binary trans people also experience this,[4] and these concerns are addressed in TEA[3], with vignette examples throughout of both nonbinary and binary-identified trans people. Some 82% of nonbinary people see themselves as trans,[1] some gender identities fall under both categories, and some individuals shift between categories.[2] Adding eligibility criteria to separately enroll a "trans version" and a "nonbinary version" of TEA[3] would be infeasible and/or invalidating. Anticipated adaptations (Fig 4) are based in research that enrolls nonbinary people (including 38% of participants in our formative research[26]), ensuring adaptations are meaningful across communities. Our team has demonstrated success recruiting and retaining trans individuals of all genders, but any recruitment, retention, or engagement difficulties will be discussed with the CAB and campus LGBTQ+ center colleagues (see Letter of Support).

**Scientific Rigor & Next Steps:** Rigor will be enhanced through: a) quantitative and qualitative methods to assess feasibility, acceptability, and potential for efficacy, b) CAB, c) iterative refinement and testing, d) validated measures (e.g. self-defense self-efficacy), and e) adaptation of an existing evidence-based and theory-based intervention. This rigorous pilot will provide the foundation for a large-scale RCT of TEA[3].

**PHS Human Subjects and Clinical Trials Information**

OMB Number: 0925-0001

Expiration Date: 01/31/2026

**Use of Human Specimens and/or Data**

Does any of the proposed research in the application involve human specimens and/or data *     ● Yes     ○ No

Provide an explanation for any use of human specimens and/or data not considered to be human subjects research.

Are Human Subjects Involved     ● Yes     ○ No

Is the Project Exempt from Federal regulations?     ○ Yes     ● No

Exemption Number     ❑ 1   ❑ 2   ❑ 3   ❑ 4   ❑ 5   ❑ 6   ❑ 7   ❑ 8

Other Requested Information

**Human Subject Studies**

| Study# | Study Title | Clinical Trial? |
|---|---|---|
| 1 | Adapting a sexual assault prevention intervention for transgender and nonbinary undergraduates | Yes |

**Section 1 - Basic Information (Study 1)**

1.1. Study Title *

Adapting a sexual assault prevention intervention for transgender and nonbinary undergraduates

1.2. Is this study exempt from Federal Regulations *  ○ Yes  ● No

1.3. Exemption Number  ☐ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  ☐ 8

1.4. Clinical Trial Questionnaire *

    1.4.a. Does the study involve human participants?  ● Yes  ○ No

    1.4.b. Are the participants prospectively assigned to an intervention?  ● Yes  ○ No

    1.4.c. Is the study designed to evaluate the effect of the intervention on the participants?  ● Yes  ○ No

    1.4.d. Is the effect that will be evaluated a health-related biomedical or behavioral outcome?  ● Yes  ○ No

1.5. Provide the ClinicalTrials.gov Identifier (e.g. NCT87654321) for this trial, if applicable

**Section 2 - Study Population Characteristics (Study 1)**

2.1. Conditions or Focus of Study

- Sexual assault prevention

2.2. Eligibility Criteria

18-25 years old, identify as trans or nonbinary, undergraduate student, available during program times, willing to use and be on-camera on Zoom, willing to meet up with an in-person partner or be assigned one

| 2.3. Age Limits | Min Age: | 18 Years | Max Age: | 25 Years |
|---|---|---|---|---|

| 2.3.a. Inclusion of Individuals Across the Lifespan | SP_R21_resub_Inclusion_Across_Lifespan.pdf |
|---|---|
| 2.4. Inclusion of Women and Minorities | SP_R21_resub_Inclusion_of_WM.pdf |
| 2.5. Recruitment and Retention Plan | SP_R21_resub_Recruitment_Retention.pdf |
| 2.6. Recruitment Status | Not yet recruiting |
| 2.7. Study Timeline | SP_R21_resub_Study_Timeline.pdf |
| 2.8. Enrollment of First Participant | 10/01/2025 | Anticipated |

**INCLUSION ACROSS THE LIFESPAN**

This project is designed for undergraduate students and will not enroll any individuals under the age of 18. Issues related to gender affirmation, stigma, and violence, are different for adolescents younger than age 18. In order to include children under the age 18, the study procedures would require substantial modification to take into account their different cognitive and psychosocial development. All individuals 18-25 years old who meet the other inclusion criteria are eligible.

We focus on individuals 18-25 as this is the highest risk period for sexual assault and we are implementing the intervention in a college setting. Older individuals who are enrolled as undergraduates typically have different life contexts and risks for sexual assault (e.g. more likely to have a spouse or children, less likely to attend the same social events where sexual assault may be more likely) and thus the intervention material would feel less personally relevant to them and be less tailored to address their specific risks and vulnerabilities. For this reason, we focus on the 18-25 high-risk age group. Future studies may consider how the intervention may be adapted to address the unique needs and contexts of older students and graduate students.

**INCLUSION OF WOMEN AND MINORITIES**

Gender: This project is designed to specifically focus on trans and nonbinary 18-25 year olds, inclusive of diverse gender identities under the trans/nonbinary umbrella. This includes, but is not limited to, trans women, trans men, and nonbinary people. Trans and nonbinary individuals are an NIH health disparity population. Trans and non-binary undergraduate students are at high risk of sexual assault, yet no known evidence-based interventions for the prevention of sexual assault exist for this population, as detailed in the Significance section, hence our focus on this high-risk population. In our planned Inclusion Enrollment Report document, trans individuals are classified according to their gender identity and not their sex assigned at birth. We aim to recruit equal numbers of transmasculine spectrum and transfeminine spectrum participants. While the form is not conducive to capturing nonbinary identities, we aim to enroll both nonbinary individuals assigned male at birth and female at birth, and will purposively sample with the aim that some 33-50% of the sample may identify as nonbinary. We will assess gender identity, sex assigned at birth, and whether the individual identifies as nonbinary in the screener survey so that we are able to purposively sample to achieve a diverse group of participants for this study.

Race/ethnicity: The recruitment strategy has been designed to recruit a sample that will be at least as diverse as the distribution estimates of undergraduate students in the United States, this will be achieved by oversampling students of color (roughly 45% non-Hispanic White, 24% Hispanic, 16% non-Hispanic Black, 8% Asian, 6% Other). We will attempt to purposively sample to maximize racial diversity. The study team has a long track record of enrollment of racially diverse transgender individuals.

**RECRUITMENT AND RETENTION PLAN**

We plan to enroll 80 trans/nonbinary undergraduates across two aims:

- Aim 1: 16 trans/nonbinary undergraduate students, 18-25 years old, at 2- and 4-year colleges
- Aim 2: 64 trans/nonbinary undergraduate students, 18-25 years old, at 2- and 4-year colleges

Recruitment Strategies There will be two separate phases of study recruitment, corresponding with the theater testing (Aim 1) and pilot trial (Aim 2). For the theater testing phase, we will recruit and enroll eight pairs (n=16); for the pilot testing phase, we will recruit and enroll four groups of eight pairs (n=64). To recruit trans undergraduate students, we will employ a multi-pronged outreach strategy, including 1) Online recruitment: Banner ads and digital flyers will be placed on social media platforms; 2) Outreach: college LGBTQ resource centers nationwide. For online recruitment, we will post advertisements on social media (e.g., Facebook and Instagram) with images of young trans people from a diverse range of backgrounds. For the pilot trial (Aim 2) will also email participants who met all of the following criteria: (1) expressed interest in the theater test, (2) did not participate in the theater test, either due to scheduling conflicts or theater testing reaching capacity, and (3) agreed to being contacted for future study activities. All recruitment and promotional activities will be discussed at community advisory board (CAB) meetings, and materials will be created and modified in collaboration with CAB input and feedback. We have experience engaging/retaining participants in trials (e.g. PI Peitzmeier: 91% retention in IDEA[3] pilot n=70 and 92% retention of Year 1 participants n=372 at 1 week post-test survey in IDEA[3] RCT; Co-I Senn: 81% retention at 12 months in EAAA trial n=893; Consultant Sevelius: 68% retention in Healthy Divas trial with highly marginalized trans women, n=283).

Inclusion criteria: For inclusion, participants must be (1) between 18-25 years old; (2) identify with a gender not traditionally associated with their sex assigned at birth (e.g. trans or nonbinary) (3) currently enrolled undergraduate student at a 2- or 4-year college, (4) be available during the program times (5) provide the contact information for another trans undergraduate who they would be willing to participate in the intervention with OR express willingness to be partnered with another trans undergraduate at their university (6) have access to and willingness to use the video conferencing software Zoom for the program, including being on camera during all sessions (7) consent to being observed while participating and (8) speak English.

Screening and Enrollment Procedures.

When participants click on the advertisements on social media, they will be taken to a Qualtrics survey. The digital flyers at LGBTQ community organizations will include a link to the same Qualtrics survey. The first page of the survey will contain basic study information and a short description of the theater/pilot testing study activities. Participants will be asked if they consent to provide demographic information to determine eligibility. If participants (1) do not consent to provide demographic information OR (2) are ineligible based on the screening criteria, they will be sent to a screen thanking them for their interest. Participants must use their university email to confirm that they are an undergraduate student. All participants are also required to input their mailing address, which is used to match participants with a nearby partner for the intervention sessions and where they would receive a "care package"/resource kit by mail if they enroll in the study.

Eligible participants will be sent to an additional page where we will ask a series of questions about the partner that they would be willing to participate in the program with. A potential program partner is defined as "a trans or nonbinary undergraduate between 18 and 25." Participants will be asked to provide the first name and email address for a study partner; or express interest in being partnered with another trans/nonbinary undergraduate by the study staff. The rationale for this approach is that not every undergraduate student will have a network that they could feasibly tap into for participation and/or some participants may prefer participating with someone they are not necessarily well acquainted with. In our current IDEA[3] RCT with undergraduate women, approximately 30% of participants have enrolled with a friend and 70% ask to be paired by study staff. Participants who do not provide the contact information for a potential study partner or are unwilling to being partnered with another student by study staff, will be sent to a page thanking them for their interest.

It is critical to the scientific integrity of the study and the safety of all participants that we have robust screening procedures to confirm eligibility. In our ongoing RCT of IDEA[3] with undergraduate women (mostly cisgender),

we have successfully screened out fraudulent participants through requiring the university email, phone number, and a mailing address, which study staff verify is a real address near campus. Fraudulent participants typically sign up with a generic email address (e.g. sarah1539287@gmail.com), the mailing address is not valid or is not a residence, and they say they are not willing to meet up in person with a partner. We will also include brief open-ended responses in the screening survey such as "In one or two sentences, please share what your gender identity means to you." Participants who are not a member of the trans/nonbinary community are typically unable to produce cogent responses or they use derogatory language. Following Klein and Cruys' (2024) recommendations, if responses to the screening survey are questionable, we will send clarifying questions by email about their place of residence, year in school, or other basic demographic facts to determine if they can respond consistently to the information they provided in the screening survey. These questions ensure they are a real person without directly questioning their gender identity or motives, which could be harmful to true respondents. If participant responses in the screening survey indicate eligibility, the participant will then receive an email asking them to complete a brief on-camera screening and intake interview (via Zoom) which we call the "screening interview" before the program begins. The second layer of screening occurs during the screening interview. The screening interview will be an opportunity to confirm eligibility as well as to provide participants with an overview of the program, confirm availability for the program, determine if there are any physical limitations that the facilitators need to be aware of for the self-defense training, determine if the space allotted by the participant(s) will be big suitable for the training (i.e. large enough floor space to practice basic self-defense; private and quiet to ensure no interruptions), and to check that the technology necessary (i.e. Zoom, internet access) to participate in the program works sufficiently. Participants book an interview slot through Calendly, and the booking systems allows us to see what time zone the participant is in, which efficiently allows us to screen out individuals in other countries. Interviews are video recorded so that they can be reviewed by multiple members of the study team if needed to come to a consensus about eligibility. Trans peer facilitators will conduct the interviews and will be skilled in sensitively confirming that the participant is a member of the trans/nonbinary undergraduate community. The facilitator will also assess to make sure that the participant is not being coerced by their partner to participate in the study. This intake will also be an opportunity for participants to ask any questions or to bring up any concerns that they might have about the program or partner before beginning. In our experience in the IDEA[3] RCT, fraudulent participants are typically resistant to turning on their cameras. Because having a camera on is required for the intervention sessions in order to make sure safety of all participants (i.e. make sure no additional people are in the background listening in on the session), individuals who are not willing to go on camera for the screening interview (after we explain the reasons for requiring a camera and offer to reschedule for another time/place at which they might be able to turn their camera on) are terminated from the study. We anticipate that because the time commitment for the study is significant (12 hours of intervention session, 1 hour focus group, and multiple surveys), it requires in-person attendance with another person and on-screen zoom meetings, and the compensation is relatively modest, it will not be attractive to most professional scammers. Therefore, our primary concern will likely be from troll or mischievous respondents.

Recommendations by Klein and Cruys (2024) for trauma-informed eligibility screening with trans participants will be implemented around screening, such as practicing reflexive journaling about what felt suspicious about a participant if there are doubts of eligibility, in order to ensure that decisions about screening out participants are made in a consistent, justifiable, and ethical manner. We will regularly schedule dedicated time during the recruitment period to review any potential fraudulent responses, to make decisions as a team and involve the CAB if necessary to verify our screening procedures are accurate, just, and ensure participant safety.

It is feasible that we will gain survey responses from over 16 eligible respondents during Aim 1; therefore, we will ask all participants that should they screen eligible but are unable to enroll in the theater testing in Aim 1 (due to full enrollment and/or the study participant having a scheduling conflict that would preclude them from participating in the full theater testing schedule) if they would like to be contacted for future study activities (e.g., the pilot trial in Aim 2 where we enroll an additional 48 students). We will maintain their contact information for the next round of recruitment for those that fit this criterion. The screener will also collect information that is not directly related to eligibility but is additional demographic information (e.g., race/ethnicity and sexual orientation). This data will guide purposive sampling efforts to ensure diversity among the students

enrolled in the study. We hope to purposively enroll roughly even numbers of participants assigned female at birth and assigned male at birth, and 33%-50% nonbinary people.

As previously mentioned, we will be asking participants to join in pairs. All participants will have the option of selecting a partner with whom they would like to participate in the training with. Referred partners will progress through a similar screening process via an email Qualtrics link. Once both partners have completed the screening questionnaire and have proven eligible for the study, they will be assigned a unique study ID number (ex: 1010-A, 1010-B) in our administrative system. ID numbers will be used to link participant surveys (baseline, 4 post-session surveys, and post-test survey).

Retention Plan

The study team has extensive experience recruiting trans individuals and has high retention in a IDEA[3] pilot with cis women undergraduates, and has experience in multiple studies recruiting and retaining diverse populations of trans individuals. We have experience engaging/retaining participants in trials (e.g. PI Peitzmeier: 91% retention in IDEA[3] pilot n=70 with identical incentive structure and timing of participant contact and 92% retention of Year 1 participants n=372 at 1 week post-test survey in IDEA[3] RCT; Co-I Senn: 81% retention in EAAA trial n=893; Consultant Sevelius: 68% retention in Healthy Divas trial with highly marginalized trans women, n=283). We will apply a rigorous multi-pronged approach to ensure high rates of follow-up. At study enrollment, participants will be asked to provide contact information, including mailing address (to mail care package and incentive), email address, and cell phone/GroupMe number. We have found in our previous work (i.e. IDEA[3] pilot and ongoing RCT) that undergraduates use GroupMe to communicate with each other, but if our CAB indicates that other apps are more popular, we will work with the IRB to use those apps instead. The screening interview where study enrollment occurs also aids in retention by initiating a face-to-face connection between the participants and the facilitators before the first session, minimizing dropout before session 1. The other strategy we use to reduce study dropout before Session 1 is to mail a resource kit/"care package" to each participant which has all of the handouts and materials they need for each session, as well as free "swag" (safer sex materials that links to Session 4 on sex education, pens, notepads, etc), and a few snacks and tea bags. These materials are both necessary for participation and also serve to reinforce the relationship with the study which makes them more likely to show up on the first session. Finally, participants have to make a plan to meet up in-person with their study partner, which makes it less likely they will decide not to show up and leave the other participant without a partner.

Study staff are trained to emphasize throughout the study that it is important that we be able to reach participants for follow-up. Participants are told that that their participation in the study could increase scientific knowledge about whether this intervention will be effective for trans undergraduate students; that their research information will be confidential; and that we are grateful for their contribution to the study. We also request that participants inform study staff if any of their contact information changes. The Project Manager will make calls or texts each day to those participants who have not yet been scheduled or have missed a session. Participants will receive $10 each for completion of the baseline survey, $25 for the post-test, entry into a $25 raffle for each session attended with post-session survey completed, and $10 for the focus group. If the trial is fully enrolled with 16 participants in each group, participants who attend all 4 sessions have a 23% chance of winning at least one $25 raffle. Participants will receive an electronic gift card where each incentive will be uploaded as study activities are completed.

Retention and Follow-up. The Tracking Database will be used to facilitate participant retention via prompts to study staff to reach out to participants who have missed a study activity (intervention session or survey). Study staff will keep detailed logs of their follow-up contact attempts for each participant, marking off and detailing the type, timing, and outcome of each contact attempt. This approach helps the study team to efficiently identify which strategies have been attempted and which may have been underutilized. Follow-up status and challenges are routinely reviewed at weekly staff meetings. If follow-up rates fall, we will use a proactive management approach to identify the root source of the challenges and troubleshoot potential solutions. This may include meetings with our CAB to brainstorm solutions or modifying procedures.

**STUDY TIMELINE**

| Timeline of Research Activities | Year 1 | | | | Year 2 | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 |
| **Aim 1** | | | | | | | | |
| Adapt IDEA³ content for trans students | X | X | | | | | | |
| CAB recruitment | X | | | | | | | |
| CAB meetings | X | | | | X | X | X | X |
| Finalize adapted peer facilitator manuals | | X | | | | | | |
| Trans peer facilitator and tech support recruitment & training | | X | X | | | | | |
| "Theater testing" recruitment | | | X | X | | | | |
| Conduct "theater testing" | | | | X | | | | |
| Focus group with "theater testing" participants | | | | X | X | | | |
| Expert review of TEA³ | | | | | X | | | |
| Data analysis: feasibility and acceptability | | | | X | X | | | |
| Update intervention content to reflect lessons learned from theater test | | | | | X | X | | |
| Retrain trans peer facilitators prior to Aim 2 | | | | | X | X | | |
| **Aim 2** | | | | | | | | |
| Participant recruitment | | | | | | X | | |
| Administer TEA³ to 4 groups | | | | | | X | X | |
| Data analysis: feasibility and acceptability | | | | | | | X | X |
| **Exploratory Aim** | | | | | | | | |
| Data analysis: preliminary signal of efficacy | | | | | | | | X |
| **Dissemination and next steps** | | | | | | | | |
| Manuscripts (extends past study period) | | | | | | | X | X |
| Grant preparation for efficacy trial (extends past study period) | | | | | | | | X |

2.9. Inclusion Enrollment Reports

| IER ID# | Enrollment Location Type | Enrollment Location |
|---|---|---|
| Study 1, IER 1 | Domestic | online and two- and four-year colleges |

OMB Number: 0925-0770
Expiration Date: 09/30/2024

## Inclusion Enrollment Report 1

1. Inclusion Enrollment Report Title* : Adapting a sexual assault prevention intervention for transgender and nonbinary undergraduates

2. Using an Existing Dataset or Resource* :  ○ Yes   ● No

3. Enrollment Location Type* :  ● Domestic   ○ Foreign

4. Enrollment Country(ies): USA: UNITED STATES

5. Enrollment Location(s): online and two- and four-year colleges

6. Comments: We anticipate many participants will be nonbinary which we were not able to capture on this form

**Planned**

| Racial Categories | Ethnic Categories | | | | Total |
|---|---|---|---|---|---|
| | Not Hispanic or Latino | | Hispanic or Latino | | |
| | Female | Male | Female | Male | |
| American Indian/ Alaska Native | 1 | 1 | 0 | 0 | 2 |
| Asian | 5 | 5 | 0 | 0 | 10 |
| Native Hawaiian or Other Pacific Islander | 0 | 0 | 0 | 0 | 0 |
| Black or African American | 7 | 7 | 2 | 2 | 18 |
| White | 17 | 17 | 6 | 6 | 46 |
| More than One Race | 2 | 2 | 0 | 0 | 4 |
| Total | 32 | 32 | 8 | 8 | 80 |

**Cumulative (Actual)**

| Racial Categories | Ethnic Categories | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | Not Hispanic or Latino | | | Hispanic or Latino | | | Unknown/Not Reported Ethnicity | | | |
| | Female | Male | Unknown/ Not Reported | Female | Male | Unknown/ Not Reported | Female | Male | Unknown/ Not Reported | |
| American Indian/ Alaska Native | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Asian | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Native Hawaiian or Other Pacific Islander | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Black or African American | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| White | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| More than One Race | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Unknown or Not Reported | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Tracking Number: GRANT14304118       Opportunity Number: PA-20-194 Received Date: 2024-11-18T08:23:30.000-05:00

**Section 3 - Protection and Monitoring Plans (Study 1)**

3.1. Protection of Human Subjects                SP_R21_resub_Protection_of_HS.pdf

3.2. Is this a multi-site study that will use the same protocol to          ○ Yes    ● No    ○ N/A
conduct non-exempt human subjects research at more than one
domestic site?

       Single IRB plan attachment

3.3. Data and Safety Monitoring Plan              SP_R21_resub_Data_Safety_Monitoring.pdf

3.4. Will a Data and Safety Monitoring Board be appointed for      ○ Yes    ● No
this study?

3.5. Overall structure of the study team          SP_R21_resub_Study_Team.pdf

**PROTECTION OF HUMAN SUBJECTS**

## 1. Risk to Human Subjects

### a. Human Subjects Involvement, Characteristics, and Design

The proposed project has two research aims involving human subjects. **Aim 1** is to conduct a systematic adaption of IDEA[3] for trans students. **Aim 2** is to test the feasibility and acceptability of an iteratively revised adapted IDEA[3]. We propose to enroll a total of 80 trans and nonbinary undergraduate students from 2- and 4- year colleges in the United States.

**Aim 1** seeks to adapt IDEA[3] for trans students. To achieve this aim, we will conduct a "theater test" with trans undergraduate students (n=16). Participants will be recruited via online recruitment (e.g., banner ads and digital flyers will be placed on social media platforms) and outreach to college LGBTQ resource centers nationwide. Participants will receive $10 each for completion of the baseline survey, $25 for the post-test, and entry into a $25 raffle for each session attended with post-session survey completed. PI Peitzmeier will lead focus groups with participants following their last session ($10 incentive). Human subjects approval will be obtained from the Institutional Review Board at the University of Maryland prior to recruiting any human subjects.

**Aim 2** seeks to conduct a single-arm pilot test of the adapted intervention (TEA[3]) in 4 more groups of n=16 trans undergraduates each (n=64 in this aim for a total n=80). Recruitment, eligibility, and incentives will be identical to Aim 1.

**The eligibility criteria** will be: i) Participants must be adults ages 18 to 25, AND ii) Have a gender identity different from that associated with the sex they were assigned at birth (e.g., identify as trans or nonbinary), AND iii) Be an undergraduate student at a 2- or 4-year college in the United States, AND iv) Be available during the program times, AND v) Provide the contact information for another trans undergraduate who they would be willing to participate in the intervention with OR express willingness to being partnered with another trans undergraduate at their university AND vi) Have access to and willingness to use the videoconferencing software Zoom for the program and appear on camera AND vii) Consent to being recorded while participating AND viii) Speak English.

### b. Study Procedures, Materials, and Potential Risks

### i. Study Procedures

**Recruitment and Retention Procedures.**

Consistent with prior work from the study team, this project will take a multifaceted approach to recruitment by using online advertisements on social media and outreach to college LGBTQ resource centers nationwide. The Community Advisory Board (CAB) will be consulted about additional suggestions for recruitment and troubleshooting any issues with recruitment. Our local LGBTQ+ Equity student center has also indicated willingness to help troubleshoot recruitment issues and support recruitment efforts by spreading word about the study. Participants will be directed to a Qualtrics form with an online screener that will determine eligibility. Eligible participants will be sent to an additional page where we will ask a series of questions about the partner that they would be willing to participate in the program with, or seek their consent to pair them with another participant they do not yet know. Once participants are deemed preliminarily eligible and interested in participating in the study and matched with another eligible participant with whom they can meet in person to join the virtual intervention group, the participant will be scheduled for a screening interview and sent a baseline survey. Informed consent and eligibility screening will include a description of the study procedures.

The study team has extensive experience recruiting trans students and has high retention in an IDEA[3] pilot and IDEA[3] RCT with cis women, and has experience in multiple studies recruiting and retaining diverse populations of trans individuals (see Research Strategy for retention figures in previous studies). We will apply a rigorous multi-pronged approach to ensure high rates of follow-up. At study enrollment, participants will be asked to provide contact information, including address and cell phone number, enabling us to follow up by text/phone

call if needed. Study staff will be trained to emphasize several times throughout the study that it is important that we be able to reach participants for follow-up. Participants are told that their participation in the study could increase scientific knowledge about whether this intervention will be effective for trans undergraduate students; that their research information will be confidential; and that we are grateful for their contribution to the study. We also request that participants inform study staff if any of their contact information changes. A computerized scheduling system will track the due dates and completion status of all surveys. The Study Project Manager will make emails, texts, or calls to those participants who have missed a survey to maximize completion and retention. Participants will receive $10 each for completion of the baseline survey, $25 for the post-test, $10 for participating in a focus group, and entry into a $25 raffle for each session attended with post-session survey completed. If the trial is fully enrolled with 16 participants in each group, participants who attend all 4 sessions have a 23% chance of winning at least one $25 raffle. Participants will receive an electronic gift card at the start of the study and as they earn additional incentives, these will be added to the card. These amounts are consistent with other research involving this population.

## Theater Testing (Aim 1) and Pilot Trial (Aim 2) Procedures.

The goal of the theater testing is to make the intervention adaptations necessary for trans undergraduate students. Theater testing asks participants (n=16) who are members of the target population (e.g., trans undergraduate ages 18 to 25) to undergo the minimally adapted intervention while expert stakeholders observe; feedback is collected from both participants and stakeholders. In our study, rather than observing in real-time, the stakeholders (co-investigator and consultants) will watch the recorded videos of the intervention. Feedback is collected from participants and stakeholders during the focus group that follows the administration of the intervention, and participants also provide feedback in the form of post-session surveys. We will conduct a pilot trial of the more fully adapted intervention with four groups of 16 trans students (n=64, for a total n=80). The following study items will be administered for the theater testing and pilot trial: a pre-session interview, baseline survey, four online intervention sessions, four post-session surveys, a post-test survey, and a focus group discussion.

*Screening Interview.*

After determining that participants are eligible and available for the twelve-hour intervention (four three-hour sessions), we will invite each participant to complete a one-on-one interview before the first session. For those we hope to enroll, the study's Project Manager will send them an email with potential dates and times that they can select to be interviewed. Upon a selection, they will be sent a confirmation of their interview time and date, a Zoom link and instructions on how to use Zoom, along with the consent form. This way they can have time to review the form before the interview. The consent form will be re-explained by the study staff to the participant, and consent will be provided verbally at the start of the scheduled interview. This will be a twenty-minute interview conducted via Zoom software with one of the facilitators to obtain informed consent. This software is secure and approved for sensitive data (e.g., Protected Health Information). Facilitators will also review the structure of the sessions, determine that the participant has a suitable and safe space to participate in the sessions, check in about any physical limitations that the participant might have that would preclude them from participating in the self-defense portion of the session without adaptation of the techniques by the facilitators, ensuring that the participant feels comfortable using Zoom and that they have a stable WIFI connection for the sessions. For participants who have requested to be partnered with someone, this call will give them an opportunity to discuss any concerns/reservations that they have about this process and to go over where they need to go on campus to meet their partner and to conduct the sessions. These interviews will be video-recorded, and this video-recording will be immediately downloaded from Zoom and then uploaded to a secure file on Box. Once uploaded to Box, the video-recording will be removed immediately from the local computer. We will use the Zoom "local recording" setting instead of the "cloud recording" setting so the video recordings are not stored on Zoom servers. Both partners will be required to complete this one-on-one interview and provide informed consent before being allowed to enroll in the study.

*Baseline Survey.*

Participants will be emailed a Qualtrics survey link after completing the pre-session interview and prior to the first session to and asked to complete a baseline survey. This survey should take approximately 10-15

minutes. Each person takes their own survey individually. Assessing victimization requires a large sample size and at least 6 months of follow-up, so we will instead collect efficacy-related data on six intermediary outcomes that together account for 95% of EAAA's effect on reducing victimization. A single primary mediator, self-defense self-efficacy, accounts for 45% of the intervention's effect, and will therefore serve as our primary efficacy-related outcome. Participants will complete baseline surveys that use validated scales to measure self-defense self-efficacy (i.e., confidence that one could defend oneself against sexual assault) and the other mediators. Participants will receive a pre-loaded electronic gift card upon completion of the baseline survey.

*Intervention Sessions and Surveys.*

The sessions will be administered to five groups across the two aims which will each consist of 16 participants (or 8 pairs), participants will remain consistent across the four program sessions within each group, and each group will receive identical sessions. There are four sessions that are included in the EAAA intervention, and we will adapt each of these for delivery to trans undergraduates in TEA[3]. The mobile group messaging app GroupMe will be used to send participants reminders of upcoming program sessions and links to online content such as Google Docs that they will be using to complete activities. Each of the four sessions will be three hours and conducted on Zoom. Sessions will take place over a 2 week period. These sessions will be video-recorded to refer back to them in later steps of the adaptation. The video-recording will be immediately downloaded from Zoom and then uploaded to a secure file on Box. Once uploaded to Box, the video-recording will be removed immediately from the local computer.

Following each session, participants will be emailed a Qualtrics link to complete a 10-15 minute survey with closed- and open-ended questions on their reactions to the session, focusing on critiques of how well the material worked, and identifying suggestions for how new materials or activities particularly suited for trans students could be added or used to replace pieces of the intervention. This survey is completed immediately following each session in order to minimize recall bias.

After the last session, participants are also emailed a separate post-test survey (15-20 minutes). These include measuring the same items as in the baseline survey to examine pretest/post-test changes in potential mediators of the effect of the intervention on sexual assault victimization reduction (Exploratory Aim). This survey will also measure acceptability, including dimensions of affective attitude (how the individual feels about the intervention), burden (perceived efforts required to participate), ethicality (extent to which the intervention fits within the individual's value system, perceived effectiveness, and whether they would recommend the intervention to a friend. After each post-session feedback survey, the initial electronic gift card that was administered to participants at baseline will be re-loaded.

*Focus Group Discussion.*

Two weeks after the final session, participants will convene for a final online focus group to discuss their experiences with and suggestions for TEA[3]. Data analyzed from the surveys will be presented to participants and used as prompts for discussion. PI Peitzmeier will facilitate and focus on eliciting areas of consensus and disagreement about the effectiveness of each session of the intervention, areas of innovation for how the intervention might be adapted or improved for trans students, and how participants may have already used the information. These focus groups will take about one hour to complete, and be video-recorded, and this video-recording will be immediately downloaded from Zoom and then uploaded to a secure file on Box. Once uploaded to Box, the video-recording will be removed immediately from the local computer. We will use the Zoom "local recording" setting instead of the "cloud recording" setting so the video recordings are not stored on Zoom servers. After completion of the focus group discussion, participants will receive their final compensation. This will again be loaded onto their previously administered electronic gift card.

## ii. Materials

**Research material obtained from living human subjects**. Data will be collected directly from participants using: (a) surveys, (b) focus groups, (c) observation and recording of intervention sessions.

**Linkages to subjects and access to subject identities.** All participant data will be identified by a unique study ID number. After each participant is assigned an ID, the identifying data is separated from the demographic data in the screener (for analysis purposes), that ID is used in the study activities that follow (e.g., surveys and focus groups). The exception is the brief post-session feedback surveys, which are submitted anonymously to allow for honest feedback (after submission, participants are routed to a separate form to enter their name so that they can be entered in the session raffle). We will maintain one document via Box that has name, ID, and email. This way we can identify participants in a secure location via Dropbox. In the analysis phase, we will match the ID of participant with the name-ID document we will have created at the time of the screener. Participants will be emailed their Participant ID along with the Qualtrics link to each survey after the sessions. They will be instructed to use this instead of their name. Only PI, Co-I, and other essential project staff will have access to project data. Identifiable data (e.g., participant information) will be kept separate from documents containing other participant data (e.g., survey responses). Any paper documents relating to participant data will be kept in locked cabinets accessible only to essential study personnel. All files and data, including videos of intervention sessions, are stored on an encrypted secure server that is backed up daily. Participants' names will never appear in any report resulting from the project.

**How specimens, records and/or data are collected and protected.** All study activities will occur at the University of Maryland or virtually via HIPPA-compliant Zoom software. Participants will complete baseline surveys, immediate post-intervention session surveys, and post-intervention focus groups. Observational and video-recording data will be collected from participants during the intervention sessions. Dr. Peitzmeier will conduct the focus groups via Zoom. All data will be password protected and will be linked to the study participant only by the participant study ID. Only the PI, Co-I, and project staff will have access to project data. Electronic data will be secured and accessible only through password-protected computers. We will adopt the following measures to safeguard the data and participant confidentiality: (1) all staff will be trained in procedures for maintaining confidentiality of participant information; (2) electronic data collection forms will be identified by a unique identification number; (3) the identifier key will be stored separately from the data collection forms only accessible by the investigative team; and (4) digital audio recordings of focus groups will be delivered via a secure method to transcribers, and each recording will be labeled with a code to ensure name confidentiality. Data will be stored on password-protected computers and backed up to an encrypted secure server at the University of Maryland. Access to this encrypted secure server is password-protected and only known to the investigative team and project staff and backed up daily. Identifiable data, including videos, will be destroyed after two years.

**Data collection specific to the proposed research project.** All data are collected solely for the purposes of this R21 study.

**iii. Potential Risks**

There are a number of potential risks to participants that must be addressed. There is a small risk of physical harm due to the self-defense module. It is possible that participants may accidentally harm themselves or their partner during practice. This study involves the collection of sensitive information in individual surveys, primarily sexual assault victimization history, and discussion of topics related to sexual assault during the intervention sessions. Breaches of confidentiality about their participation or any of the information that they share is a risk. Participating in the sessions or focus groups may present as a burden to the participants. Participants will be informed prior to enrolling in the study about the level of time commitment involved. All participants will be fully informed about the study.

**Potential discomfort during the assessment/data collection process.**

Some participants may be uncomfortable answering questions about sexual assault. However, it is important to note that emotional discomfort is an event encountered routinely in daily life, and potential discomfort would likely not exceed what is typically experienced in participants' daily experiences. Participants will never be asked to disclose any sexual assault victimization or trauma history in intervention sessions or focus groups in front of other participants. The intervention sessions are designed to be future-oriented and avoid disclosures of past victimization from survivors; all elicitation of past victimization occurs in the individual baseline and post-test surveys which participants can take in a secure and private location of their choosing. All information

used in enrollment and recruitment describing the research activities will include a detailed description of the content and expected participation of the respondent, such that the respondent is aware of the nature of the questions to be included in the surveys, including questions on violence or trauma. We will create study materials that will provide these details in full, during the consent process. Informed consent documents will inform research participants of the need to keep answers to questions confidential. The research activities will follow the WHO ethical guidance on conducting violence research (World Health Organization, 2001). Extensive research supports the fact that the risk of distress associated with asking about violence is low as long as researchers are trained in how to ask about violence sensitively and provide referrals for any needed services (Sikweyiya and Jewkes, 2012). In fact, participants generally find it more therapeutic than triggering to discuss their experiences of violence in research. It is rare for participants to find surveys and focus groups actively triggering or distressing, even when feelings of sadness may emerge. All participants will receive resource referrals, and national organizations that are trans-competent have been identified. Participants will have the option to refuse to answer any questions in the surveys or focus groups.

PI Peitzmeier has extensive training and 14 years of experience as a crisis intervention counselor working directly with survivors in crisis for the National Sexual Assault Online Hotline. She was PI on R21HD097234 where she created and implemented protocols for assessing and responding to distress and suicidality in in-depth interviews with trans and nonbinary IPV survivors about their abuse experiences. Facilitators will also be trained in distress and suicidality assessment and response protocols for this study, though we anticipate significantly lower risk in this study given that trauma disclosures are neither solicited nor encouraged during the intervention. We will use established protocols from our prior studies to guide research staff in responding to crisis or harm situations, including attempting to contact the participant to assess risk level and provide appropriate follow-up (e.g., clinical support, safety check, suicide hotline). We will notify participants when we must engage in mandatory reporting during the consent process and when the participant decides to share a reportable event with study staff.

All participants will be given contact information for violence- and suicide-related resources at the beginning of their participation in the study, e.g., the National Sexual Assault Hotline and Online Hotline, Trans Lifeline, National Coalition of Anti-Violence Programs hotline, The Network/La Red hotline, and The Trevor Project. All of these are nationally available resources trained to work with trans clients, and can provide local referrals to service providers as necessary. Referrals will be given to all participants regardless of whether they disclose a victimization history. Referrals will be printed on a small card and tucked inside a small pack of tissues that participants could keep in their pocket or purse if they so desire without being easily found by a potential abusive partner. Any participant exhibiting distress will also be offered a warm handoff to one of the organizations. Dr. Peitzmeier also has extensive experience as a crisis intervention counselor around sexual violence and is trained to receive disclosures sensitively and provide referrals.

**Breach of confidentiality and/or privacy.**

Breach of confidentiality is also a potential risk. No emails or texts to participants will include sensitive information about sexual assault, or anything that may reveal their participation in a study specifically about sexual assault or answers to any of the questions answered in the surveys. We will also only contact participants on methods they have confirmed are safe for us to do so (e.g., email vs. text). For participants in the proposed project, breach of confidentiality in self-report data could reveal they are engaging in illegal behavior (i.e., breaking laws against underage alcohol use). However, the risk of breach of confidentiality is also modest, given the safeguards protecting participants' data. Because the focus groups in Aims 1 and 2 include group sessions, we will also inform all participants that we cannot guarantee confidentiality. We will emphasize that during the intervention sessions and focus groups that what is discussed during the sessions/focus groups should stay within the group and not be shared outside. The informed consent document will inform participants that cannot guarantee confidentiality due to the group nature of the intervention; however, we will repeatedly stress the importance of maintaining confidentiality to study participants and the importance of joining the sessions and focus groups in a private space. Sessions and focus groups will be conducted using the Zoom platform, which requires a password to ensure privacy. Participants will also be asked to be in a private location for their sessions/focus groups, and will be removed from the group if non-participants are visible in the background where they may be able to see or listen in on the group.

**Risk of coercion**.

The risk of coercion is also low, as the total amount of compensation during the study is modest in comparison to the amount of effort required by participants. Consent documents will fully explain the study procedures, potential risks, and potential benefits. Participants will also be reminded that the study participation is voluntary and that refusing to participate in the study or withdrawing from the study is an option at any time. We conduct one-on-one screening interviews with participants before the first intervention session which assess whether the participant is joining of their own accord and not being pressured into participation in the study by their friend/partner if they signed up with a partner.

Sikweyiya Y, Jewkes R. Perceptions and experiences of research participants on gender-based violence community based survey: implications for ethical guidelines. PLoS One. 2012;7(4):e35495. Epub 2012/05/05. PMID: 22558160.

World Health Organization. Putting Women First: Ethical and Safety Recommendations for Research on Domestic Violence Against Women. Geneva, Switzerland: Department of Gender and Women's Health, World Health Organisation, 2001.

## 2. Adequacy of Protection Against Risks

We have made every attempt to minimize risks to participants throughout the study protocol, including loss of privacy or confidentiality and psychological and physical discomfort. Based on our prior experiences, we believe our planned procedures (described below) will be highly effective in minimizing risk.

### a. Informed Consent.

Dr. Peitzmeier has experience with conducting informed consent processes and will train the study staff (i.e., training facilitators) in this process. Informed consent will be obtained before any study-related procedures are performed (i.e., the collection of demographic information from the screening survey and the participation in intervention sessions and follow-up surveys). Participants will be asked to provide their consent at two separate time points in the study process, first before the initial screening process and then again during the one-on-one screening interview. On the consent form and orally, participants will be given information about who is sponsoring the study; a description of study procedures, including the nature of the trainings, surveys, and focus group; risks; benefits; compensation for study participation; confidentiality, including the limits to confidentiality; the voluntary nature of participation; and who to contact should they have questions.

No data containing identifying information are collected prior to informed consent. Consent is conducted by trained study staff. An electronic copy of the consent document will be given to the participant for their records. The consent form will include the Basic Elements of informed consent, and have a lay-person's explanation of the study, study procedures, study arms, follow-up requirements, incentives, who to call with questions, and all study procedure details. The consent process will include reading the informed consent to all participants while they follow along, and an assessment of comprehension of the study. The investigative team has conducted a number of studies involving trans individuals, which have included the completion of sensitive topics, such sexual assault. Thus, we have extensive protocols in place for all aspects of the study. All staff complete biannual IRB (re)certification.

### b. Protections Against Risks. 
The areas of risk outlined above will be minimized by the following procedures. We have strict guidelines in place to maintain participant confidentiality. Only the investigative team and project staff who are specifically authorized will have access to confidential information. Safeguards to protect against risks will be implemented and maintained throughout each phase of the research study.

### Minimizing discomfort or distress during research.

*Intervention sessions.* Procedures in place to protect subjects against risk include the use of a trained, skilled, and sensitive facilitator. We have a lengthy (120+ hour) training curriculum for facilitators and will ensure

facilitators have established awareness of sensitive issues that may be triggering for participants. Participants are asked to attend the training(s) in a private space where they feel secure and know they will not be disturbed. During the one-on-one screening interview, a facilitator will ask each participant individually if there are any physical limitations that need to be accommodated when participating in physical self-defense. We have a self-defense expert with experience conducting online self-defense trainings safely who has guided the content of our intervention and facilitator training curriculum. The self-defense material in the intervention will accommodate all ranges of physical ability and help ensure that participants are doing the physical techniques accurately, as to avoid injury. The training is 100% voluntary and no participants will be forced to participate in training activities or respond to any activity/question that makes them uncomfortable. The content is designed to be forward-looking and trauma disclosures in the group are never solicited or encouraged.

In the IDEA[3] pilot (n=70) and ongoing RCT with cisgender women (approximately 200 have received the intervention), we have thus far only had three adverse events of minor note: two individuals had minor injuries from hurting their hand during the self-defense training by hitting it on a piece of furniture nearby, and one individual had a migraine triggered from too much Zoom use. We have had three participants who were survivors and who had started the intervention and then decided not to finish it as they realized they were not ready to discuss the topic of sexual assault; however, they were not in significant distress. We were able to train facilitators to sensitively follow-up with these participants and provide a list of referrals for support. For this proposed study, we will continue to strengthen how we train facilitators to monitor for safety.

*Screener, baseline and post-test surveys.* To minimize the risk of participants feeling uncomfortable about answering personal questions, we will use self-completed online surveys. Participants will input the answer to the question themselves and will be able to refuse to answer any question that makes them uncomfortable. Participants can complete the survey in a private location of their choosing when and where they feel secure.

All study staff will follow a robust set of safety procedures to make sure that participants receive a high level of monitoring that will meet IRB standards. Because there is potential for psychological discomfort due to the research topic, participants will be reminded often that they may refuse to answer any question and that they may end their participation at any point. Participants experiencing mild distress during the sessions will be offered a small break, a check-in with study staff, and are welcome to come back to the training when they feel comfortable. If they leave the session for more than 5 minutes, we are able to contact them by phone, text, GroupMe, and have their in-person partner check on them. If any person is judged by project investigators to be a danger to self or others, or judged to be in grave danger due to medical or other conditions, the decision will be made to break confidentiality in order to inform medical or law enforcement authorities to intervene in preventing an adverse event.

*Responding to adverse events.* PI Peitzmeier will be on-call during all intervention sessions. Peer facilitators receive at least 3 hours of training and hands-on practice identifying and responding to potential participant distress and at least 1 hour on dealing with physical adverse events such as minor injuries sustained during self-defense practice. Facilitators are trained to immediately text with PI Peitzmeier about any potential incidents and state how they are handling the situation, so Dr. Peitzmeier can provide guidance in real time. One of the three facilitators moves the distressed or injured participant to a breakout room to assess and support while the rest of the group is generally able to continue. Facilitators also have participant cell phone numbers as needed, and can also contact the in-person partner if it is a potential emergency and the participant is not being responsive. If the participant is in distress, they will offer a warm referral to an appropriate hotline and either connect the participant with the hotline if accepted, or if declined, resend a list of resources to the participant so they have the list easily accessible if they choose to contact at a later time. PI Peitzmeier will then debrief with them after the session, or immediately if it is an emergency, to determine if the response was adequate or if additional follow-up is needed, either from the facilitator or directly from the PI.

As an additional layer of protection, Key Personnel Dr. Liz Aparicio, a licensed clinical social worker (LCSW-C, Maryland license 13645), will be consulted within 24 hours in the event of any participant distress or adverse events, to ensure no further follow-up is needed with participants. Peitzmeier and Aparicio work closely together and are at the same institution.

**Minimizing the risks to privacy of individuals or confidentiality of data.**

Eligibility criteria for the study include being willing to be on-camera during the screening interview and for the whole time during all of the workshop sessions. This is a non-negotiable safety protection because having cameras on during workshop sessions helps the facilitators ensure other participants' privacy, i.e. that no one outside the group is listening in or watching from behind the participant pair. It also ensures that participants are joining from a private area so that their screen cannot be viewed/video cannot be overheard incidentally by people in the background in a public place. Having cameras on during the screening interview helps prevent people who are not trans undergraduates be screened out effectively so that individuals outside of this group are not enrolled in the study and able to gain access to the group. If participants say they have issues with the camera during the screening interview (i.e. their video camera is broken, they don't have a private place to join from), then facilitators can help troubleshoot/problem solve during the interview or invite the individual to come back another time for the interview when the problem is resolved. During intervention workshop sessions, facilitators are trained to immediately name the issue if they see someone come into a participant's background during the session and instruct the participant to ask the person to leave, or to move to a private area. If it takes time for them to resolve the issue, facilitators move the participant pair to a breakout room so that the person in the background can not see or overhear the rest of the group. Participants are brought back once they are alone again and other participants' privacy is no longer compromised. These protocols have worked successfully in our ongoing RCT of IDEA[3] with cisgender women.

The study consent form will inform participants of confidentiality guidelines and standards. Strict confidentiality will be maintained and we will assign each participant a unique ID in order to connect the online surveys data. However, aside from the singular Name-ID document, we will NOT link this unique ID to the participant's identity in any other way (that is, we will not maintain any additional log that links a participant's name, initials, SSN, contact information, or any other identifying information to their unique ID). So while the participants will be assigned "unique IDs", these unique IDs can only be linked back to any particular participant with the Name-ID document that will be securely stored on the Dropbox account, which only IRB-approved study staff may access.

Zoom recordings will be saved in an encrypted file to a password-protected folder on the University of Maryland's School of Public Health Server.

Qualtrics allows you to select what information you export. A member of the study staff will export screener responses into two separate files; one will contain contact information and the other will contain demographic identifying information. This way, we will be able to link demographic information via an assigned participant ID to their follow-up survey responses, without linking the contact information as well. Participant IDs will be assigned as participants enroll in the study. As an example, when the screener responses are put into the separate files (one for contact information, and one for de-identified data), they will be assigned an ID 1-25. The first person to take the screener, for instance, would be PAR01.

All data will be maintained in separate password-protected files on the server at the University of Maryland School of Public Health. No survey data will contain identifiers. The data will be located in a password-protected folder with restrictions that may be accessed by the Study PI and Study Staff. In the event that we provide collaborators with data from this study, there will be no identifying information in the transcripts or quantitative datasets. No released presentation or publications will identify study participants individually. The exceptions to confidentiality are those defined by law and include suspicion of child abuse, elder abuse, and threat of imminent action on suicidal or homicidal ideation. Participants will be informed of the exceptions to confidentiality in the consent process. The University of Maryland Institution Review Boards will have limited access to records (i.e., the IRB may request a review of the associated chart). Prior to any sharing of data sets, all personal identifiers will be removed. Data will only be shared with other researchers who have received IRB approval and who have agreed not to re-identify specific study participants and who will destroy or return dataset information after completing their analyses. All assessments will be closely supervised by the PI. All video recordings (pre-interview, sessions, and focus group) will be deleted within 2 years, as they need to be kept for a time in order to review as we continue to refine the intervention. Any unexpected adverse events will be immediately reported to the IRB, and all study activities will halt pending IRB review and recommendations.

**c. Protection Against Potential Coercion**.

Any study that pays a stipend may engender coercion. Eliminating the possibility of coercion by not awarding stipends would make it impossible to conduct many studies, and would shortchange participants who provide time and energy. Participants will receive $10 each for completion of the baseline survey, $25 for the post-test, $10 for participating in a focus group, and entry into a $25 raffle for each of the 4 sessions attended with post-session survey completed (at least 23% chance of winning at least one raffle). Participants will receive the money as an electronic gift card. The incentives proposed are in use in similar studies at the University of Maryland, and have been reviewed by our own and other IRBs for potential coerciveness, including the CDC-funded pilot study we conducted of IDEA[3] with cisgender women. At the screening interview, we specifically ask questions designed to assess any coercion, such as "what interested you in this study?" to flag answers such as "my parents told me I should do it" or similar pressure from roommates, fraternity/sorority leaders, etc. We also specifically ask if they have any concerns about participating in the study with their study partner, on the off chance the partner pressured them to join the study.

This study focuses on trans/nonbinary undergraduate students. This population has been selected due to their disproportionate rate of experiencing sexual assault. Vulnerable populations such as fetuses, neonates, pregnant women, prisoners, or institutionalized individuals will not be involved. This research will not involve children under the age of 18. All enrolled participants will receive resources for responding to sexual assault. Any unexpected ethical issues that arise with our study population will be discussed during regularly scheduled meetings between Dr. Peitzmeier and the study team. Referral and emergency protocols will be reviewed by the IRB at University of Maryland.

### 3. Potential Benefits of the Proposed Research to Research Participants and Others.

Participants may benefit from the information and resources provided in the intervention. There are some potential secondary benefits. Participants in our previous studies have indicated that providing information for the possible future benefit of public health interventions designed with and for trans individuals was motivating for them. Furthermore, participants in our prior research projects have indicated a desire to be contacted for future studies, indicating the positive opportunities participation may provide. Given that the risks to participants are considered to be minimal, the risk-benefit ratio is favorable. Study procedures are carefully developed and followed to minimize risks. The potential social and psychological risks to participants described are reasonable given the need to adapt and pilot test a sexual assault prevention intervention to reduce sexual assault among trans students and build knowledge about designing interventions in trans communities.

### 4. Importance of the Knowledge to be Gained.

This study has the potential to contribute valuable information about the potential of a sexual assault prevention intervention for trans undergraduate students in the United States. Adapting and pilot testing this promising intervention among trans students can make a major public health impact by reducing sexual assault for this population. Given the substantial inequities in sexual assault experienced by trans students and the relatively minor risks to participants, the importance of the potential knowledge to be gained relative to the participant risk is favorable.

**DATA AND SAFETY MONITORING PLAN**

Due to this pilot study's design as a one-armed trial, small sample size, limited follow-up period, and minimal risk to study participants, we do not anticipate an external Data Safety and Monitoring Board (DSMB) will be necessary. While the intervention concerns sexual assault prevention, the content is specifically designed to reduce the likelihood of trauma disclosures happening during the group sessions (5 groups of n=16 each). Victimization is only assessed in the surveys using widely used and acceptable measures of sexual assault. The study design (e.g., interventions, interviews, and focus groups), as well as outcome measures, sample size and population, and inclusion/exclusion criteria are described in the Research Strategy and Clinical Trials documents. The study will be overseen by the Data and Safety Monitoring plan described below.

*Safety*

As Principal Investigator, Dr. Peitzmeier will be ultimately responsible for data and safety monitoring. She has extensive training and 14 years of experience as a crisis intervention counselor working directly with survivors in crisis for the National Sexual Assault Online Hotline. She was PI on R21HD097234 where she created and implemented protocols for assessing and responding to distress and suicidality in in-depth interviews with trans and nonbinary IPV survivors about their abuse experiences. Facilitators will be trained in distress and suicidality assessment and response protocols for this study, though we anticipate significantly lower risk in this study given that trauma disclosures are neither solicited nor encouraged during the intervention. PI Peitzmeier will be on-call during all intervention sessions. She will also review all feedback from participants immediately following each session to make sure there are no indications of distress to address.

Peer facilitators receive at least 3 hours of training and hands-on practice identifying and responding to potential participant distress and at least 1 hour on dealing with physical adverse events such as minor injuries sustained during self-defense practice (see Human Subjects Protections for more details). Facilitators are trained to immediately text with PI Peitzmeier about any potential incidents and state how they are handling the situation, so Dr. Peitzmeier can provide guidance in real time. One of the three facilitators moves the distressed or injured participant to a breakout room to assess and support while the rest of the group is generally able to continue. Facilitators also have participant cell phone numbers as needed. If the participant is in distress, they will offer a warm referral to an appropriate hotline and either connect the participant with the hotline if accepted, or if declined, resend a list of resources to the participant so they have the list easily accessible if they choose to contact at a later time. PI Peitzmeier will then debrief with the facilitators after the session, or immediately if it is an emergency, to determine if the response was adequate or if additional follow-up is needed, either from the facilitator or directly from the PI.

As an additional layer of protection, Key Personnel Dr. Liz Aparicio, a licensed clinical social worker, will be consulted within 24 hours in the event of any participant distress or adverse events, to ensure no further follow-up is needed with participants. Peitzmeier and Aparicio work closely together and are at the same institution. We will also bring these instances to the CAB to review quarterly to understand from the community perspective if anything additional could be done to support participants or if anything can be done to prevent similar instances in the future. Consultant Sevelius, a clinical psychologist, will also be able to provide perspective at quarterly check-ins.

All adverse events and breaches of confidentiality will be reviewed as they occur. Participants will be provided information on how to contact the study team with any concerns. Study team members will be required to immediately report any participant confidentiality concerns, participant distress, or adverse events to Dr. Peitzmeier. Any unexpected or adverse events will be immediately reported to the IRB by Dr. Peitzmeier, and all study activities will halt pending IRB review and recommendations. Dr. Peitzmeier will document any adverse events or participant concerns throughout the study period. In the IDEA[3] pilot (n=70) and ongoing RCT (approximately 200 have received the intervention), we have thus far only had three adverse events of minor note: two individuals had minor injuries from hurting their hand during the self-defense training, and one individual had a migraine triggered from too much Zoom use. We have had three participants who were survivors and who had signed up for the study and then decided not to continue it as they realized they were not ready to discuss the topic of sexual assault; however, they were not in significant distress. We were able to

train facilitators to sensitively follow-up with these participants and provide a list of referrals for support. We do not anticipate plans for interim analysis and stopping rules will be necessary.

*Data*

No data will be collected until approval from the University of Maryland's Institutional Review Board is obtained. Dr. Peitzmeier will ensure that all IRB policies and procedures are being followed. She will train the study team in all study procedures. The following measures will be adopted to safeguard the data and participant confidentiality: (1) all staff will be trained in procedures for maintaining confidentiality of participant information; (2) electronic data collection forms will be identified by a unique identification number; (3) the identifier key will be stored separately from the data collection forms only accessible by the investigative team; and (4) digital audio recordings of focus groups will be delivered via a secure method to transcribers, and each recording will be labeled with a code to ensure name confidentiality. Data will be stored on password-protected computers and backed up to an encrypted secure server at the University of Maryland. Access to this encrypted secure server is password-protected and only known to the investigative team and project staff and backed up daily. Identifiable data, including videos, will be destroyed after two years. Only deidentified data, in accordance with the Data Management and Sharing Plan, will be uploaded to Inter-university Consortium for Political and Social Research (ICPSR) data repository for restricted public access at the conclusion of the study.

**OVERALL STRUCTURE OF THE STUDY TEAM**

**Study Team**
Principal Investigator, Sarah Peitzmeier, PhD, Assistant Professor at the University of Maryland, will lead all study-related activities.

Co-Investigator, Charlene Senn, PhD, Professor of Psychology and Canada Research Chair at the University of Windsor, will provide scientific input to the study design (e.g. intervention content, facilitator training, study protocol, analysis plan, manuscripts) under a subcontract with the University of Windsor.

Expert consultant, Jae Sevelius, PhD (Professor of Medical Psychology at Columbia University) will provide scientific input on gender-affirming interventions and recruitment and retention in transfeminine and nonbinary communities.

Expert consultant, Misha Eliasziw, PhD, (Associate Professor at Tufts University) will provide expert input and assistance with the analysis plan and data analysis.

Licensed Mental Health Clinician, Elizabeth Aparicio, PhD, LCSW-C (Associate Professor at the University of Maryland), will serve on the safety monitoring team.

Other personnel: Study coordinator, Micah Hopkins, is a current undergraduate at the University of Michigan and has agreed to become the study coordinator for the project after graduation.

**Administrative Sites**
The University of Maryland School of Public Health: Dr. Peitzmeier has her own office space and access to a laptop and desktop computer, telephone, secured filing cabinets, and other office supplies. University of Maryland School of Public Health will house all study-related documents and staff (e.g., Dr. Peitzmeier and her research staff) will be responsible for recruitment, enrollment, and data collection and management.

**Data Coordinating Sites**
Not applicable, as this is a single-site study at the University of Michigan.

**Enrollment/Participating Sites**
Trans/nonbinary undergraduates from 2- and 4-year colleges will be recruited nationwide online via the survey platform, Qualtrics, and enrolled in an online, pre-session interview via HIPAA-compliant Zoom software.

**Laboratory and Testing Centers**
Not applicable, as there are no laboratory tests involved in this study.

## Section 4 - Protocol Synopsis (Study 1)

4.1. Study Design

4.1.a. Detailed Description

This project aims to adapt and pilot IDEA3, an existing sexual assault prevention intervention, for racially diverse trans students recruited online from two-and four-year colleges nationwide, in order to develop one of the first evidence-based sexual assault prevention interventions for trans young adults. Informed by unique pilot data collected by our team and the Model of Gender Affirmation, we will use the ADAPT-ITT framework to systematically adapt IDEA3 for trans students ages 18-25 and "theater test" it in an initial group (n=16). Aim 2 will test the feasibility and acceptability of an iteratively revised adapted IDEA3. We will collect participant survey and focus group data on feasibility and acceptability in a single-arm pilot trial with three waves of data collection (four groups of n=16 each; N=64), revising the intervention between groups. Finally, our Exploratory Aim will explore pre/post changes in theory-based mediators (e.g., self-defense self-efficacy) that are likely mechanisms of IDEA3's effect on reducing sexual violence victimization.

4.1.b. Primary Purpose                                    Prevention

4.1.c. Interventions

| Type | Name | Description |
|------|------|-------------|
| Behavioral (e.g., Psychotherapy, Lifestyle Counseling) | TEA3 | Participants will undergo a 12-hour, interactive, peer-facilitated, online group education and skillbuilding intervention designed to reduce risk for sexual assault victimization. Participants have one in-person partner and join the group together via Zoom from a private location of their choosing. The 12 hours is split over four 3-hour sessions. |

4.1.d. Study Phase                                        N/A

        Is this an NIH-defined Phase III Clinical Trial?    ○ Yes        ● No

4.1.e. Intervention Model                                 Single Group

4.1.f. Masking                                            ○ Yes        ● No

                    ☐ Participant    ☐ Care Provider    ☐ Investigator    ☐ Outcomes Assessor

4.1.g. Allocation                                         N/A

4.2. Outcome Measures

| Type | Name | Time Frame | Brief Description |
|------|------|-----------|-------------------|
| Other | self-defense self-efficacy | Immediate post-test | Validated scale measuring self-efficacy for resisting sexual coercion |

4.3. Statistical Design and Power                         SP_R21_resub_Statistical_Design_Power.pdf

4.4. Subject Participation Duration                       Approximately 1 month

4.5. Will the study use an FDA-regulated intervention?    ○ Yes        ● No

4.5.a. If yes, describe the availability of Investigational Product (IP) and Investigational New Drug (IND)/ Investigational Device Exemption (IDE) status

4.6. Is this an applicable clinical trial under FDAAA?     ○ Yes     ● No

4.7. Dissemination Plan                    SP_R21_resub_Dissemination_Plan.pdf

**STATISTICAL DESIGN AND POWER**

This study, a one-armed trial, will enroll a total of 80 trans/nonbinary undergraduate students from 2- and 4-year colleges nationwide.

Feasibility and acceptability will be measured in Aims 1 and 2. Data from quantitative questions on the post-session surveys (e.g. "On a scale from 1 to 10, how much did you enjoy today's session?") will be summarized as means for continuous data and as proportions for categorical data. Qualitative data from focus groups transcriptions will be analyzed using Framework Analysis, which works well to generate recommendations for a program in a limited time period, given targeted research questions. Participant focus group feedback will be labeled with participant gender identity to allow for attention to potential differences in acceptability by gender. Speed of recruitment will be documented to inform a future trial; a mean recruitment period of less than 1-2 months per group will indicate the current recruitment methods are feasible. No-show (at 1st session), session attendance, and retention rates for the intervention will be calculated. A no-show rate of 15% or less, session attendance >80%, and retention rate >80% will be considered acceptable. These benchmarks mirror rates from the investigatory team's prior studies with cis women and trans participants.

Potential signal of efficacy will be measured in the Exploratory Aim by exploring whether validated mediators of the interventions potential effect on sexual assault victimization are moving in the correct direction. Analyses will examine baseline-to-post-test mean changes in self-defense self-efficacy and the 5 other mediators of reduced victimization. Three-level linear mixed models with two random intercepts, to account for within-person correlation between the baseline and post-test surveys and within-pair correlation, will be used. In the original EAAA trial, self-defense self-efficacy increased an average of 9.6 points (standard deviation 7.1) from pretest to posttest among EAAA participants on a scale from 9 to 63. While the focus of this intervention pilot study is on feasibility and acceptability, assuming a small design effect due to within-person and within-group correlation similar to what was observed in the EAAA trial, we are powered in this exploratory aim to detect a mean change in self-defense self-efficacy as small as 3 (i.e., moderate effect size $d$ = 0.4) at 80% power and a two-sided 5% significance level. We will also examine changes in social and psychological gender affirmation using the same mixed modeling approach. Results from this exploratory aim will be used to inform the design and size of a future large-scale trial.

**DISSEMINATION PLAN**

The following dissemination plan has been developed to ensure that the outputs of this research reach are shared in accordance with NIH policy and to the broader public.

As Principal Investigator, Dr. Peitzmeier will ensure timely registration and results reporting in ClinicalTrials[dot] gov in line with NIH policy. Statements to inform participants that information from this clinical trial will be posted in ClincalTrials[dot]gov will be included in the informed consent documents.

Findings from this research will be disseminated in peer-reviewed publications, academic conferences relevant to this research (e.g., violence prevention and transgender health), and presentations to sexual assault professionals on college campuses. We will also disseminate to trans/nonbinary and undergraduate community groups in lay language in the form of a community report and presentations. Dr. Peitzmeier has extensive experience with lay dissemination to the trans community, including her publication of a comic book (*Breathe: Journeys to Healthy Binding*) based on her prior trans health research for online and popular press distribution.

Additionally, if the pilot trial determines that $TEA^3$ is feasible and acceptable, we plan to implement a larger efficacy trial. If effective in that trial, the intervention will be disseminated through the Sexual Assault Resistance Education (SARE) Centre, a non-profit organization founded by Dr. Charlene Senn (co-investigator). The SARE Centre uses a train-the-trainer model to support institutions in the administration and delivery of the in-person EAAA intervention and has managed implementation of EAAA at universities in the US, Canada, and other countries. From its inception in 2016, SARE has regularly expanded as more universities have begun implementing the intervention, and now has two part-time lead trainers (LT), a 25 hour/week program coordinator, an 8 hour/week assistant, and a 4 hour/week accountant. They have significant surge capacity that would allow them to immediately start offering $TEA^3$ to universities, i.e., within one year, SARE could train as many as 72 facilitators, who could conduct as many as 288 groups per year of up to 16 people each, totaling 4,608 trans/nonbinary undergraduates receiving $IDEA^3$ in the first year as demand supports. As more universities invest in the program, additional staff and facilitators would continue to be added to support expansion as demand increases. The research therefore has potential to impact trans and nonbinary people's health and safety internationally through a sustainable, preexisting organization, ensuring the research will be translated into practice at scale.

**Delayed Onset Studies**

| Delayed Onset Study# | Study Title | Anticipated Clinical Trial? | Justification |
|---|---|---|---|
| The form does not have any delayed onset studies | | | |

## REFERENCES

1.    James SE, Herman JL, Rankin S, Keisling M, Mottet L, Anafi Ma. The report of the 2015 US transgender survey. *Washington, DC: National Center for Transgender Equality* 2016.

2.    Losty M, O'Connor J. Falling outside of the 'nice little binary box': a psychoanalytic exploration of the non-binary gender identity. *Psychoanalytic Psychotherapy* 2018; **32**(1): 40-60.

3.    Conlin SE, Douglass RP, Larson-Konar DM, Gluck MS, Fiume C, Heesacker M. Exploring nonbinary gender identities: A qualitative content analysis. *Journal of LGBT Issues in Counseling* 2019; **13**(2): 114-33.

4.    Maclin BJ, Peitzmeier S, Krammer NK, Todd KP, Bonar EE, Gamarel KE. Toward the conceptualization and measurement of transphobia-driven intimate partner violence. *Social Science & Medicine* 2024; **341**: 116532. PMCID: PMC10872231

5.    Berke DS, Hotchkiss M, Smith AM, Gilbert C. Mapping Multilevel Contributions to the Sexual Victimization of Trans Women and Trans Feminine People: A Qualitative Intersectional Stigma Analysis. *Journal of Child Sexual Abuse* 2024: 1-21.

6.    Klein L, Cruys C. Imposter Participants in Online Qualitative Interviews: A Protocol for Trauma-Informed and Equitable Decision-Making. *The Qualitative Report* 2024; **29**(8): 2214-22.

7.    Cantor D, Fisher B, Chibnall S, et al. Report on the AAU campus climate survey on sexual assault and misconduct. *The Association of American Universities, Westat, Rockville, Maryland* 2019.

8.    Flores A, Herman J, Gates G, Brown T. How many adults identify as transgender in the United States? Los Angeles, CA: Williams Institute; 2016. *Authors provide a contemporary estimate of the prevalance of transgender individuals in the US Google Scholar* 2017.

9.    American College Health Association. American College Health Association-National College Health Assessment III: Reference Group Executive Summary Spring 2021. Silver Spring, MD: American College Health Association, 2021.

10.   Griner SB, Vamos CA, Thompson EL, Logan R, Vázquez-Otero C, Daley EM. The intersection of gender identity and violence: Victimization experienced by transgender college students. *Journal of interpersonal violence* 2020; **35**(23-24): 5704-25.

11.   Carey KB, Norris AL, Durney SE, Shepardson RL, Carey MP. Mental health consequences of sexual assault among first-year college women. *Journal of American college health* 2018; **66**(6): 480-6.

12.   Grant JM, Mottet L, Tanis JE, Harrison J, Herman J, Keisling M. Injustice at every turn: A report of the national transgender discrimination survey: National Center for Transgender Equality; 2011.

13.   Basile KC, DeGue S, Jones K, et al. STOP SV: A technical package to prevent sexual violence. 2016.

14.   Senn CY, Eliasziw M, Barata PC, et al. Efficacy of a sexual assault resistance program for university women. *New England journal of medicine* 2015; **372**(24): 2326-35.

15.   Senn CY, Eliasziw M, Hobden KL, et al. Secondary and 2-year outcomes of a sexual assault resistance program for university women. *Psychology of women quarterly* 2017; **41**(2): 147-62.

16.   Sevelius JM. Gender affirmation: A framework for conceptualizing risk behavior among transgender women of color. *Sex roles* 2013; **68**(11): 675-89.

17.   Peitzmeier S, Todd K, Thornburgh S, Church D, Koss M, Senn C. Adapting the sexual experiences survey and campus climate surveys for transgender students.  APHA's 2020 VIRTUAL Annual Meeting and Expo (Oct 24-28); 2020: APHA; 2020.

18.   Beemyn G, Rankin S. Introduction to the special issue on "LGBTQ campus experiences". *Journal of homosexuality* 2011; **58**(9): 1159-64.

19.   Hughto JM, Gunn HA, Rood BA, Pantalone DW. Social and medical gender affirmation experiences are inversely associated with mental health problems in a US non-probability sample of transgender adults. *Archives of sexual behavior* 2020; **49**(7): 2635-47.

20.    Scheim AI, Perez-Brumer AG, Bauer GR. Gender-concordant identity documents and mental health among transgender adults in the USA: a cross-sectional study. *The Lancet Public Health* 2020; **5**(4): e196-e203.

21.    Russell ST, Pollitt AM, Li G, Grossman AH. Chosen name use is linked to reduced depressive symptoms, suicidal ideation, and suicidal behavior among transgender youth. *Journal of adolescent Health* 2018; **63**(4): 503-5.

22.    Nicolazzo Z. Trans* in college: Transgender students' strategies for navigating campus life and the institutional politics of inclusion: Stylus Publishing, LLC; 2016.

23.    Sevelius JM, Chakravarty D, Dilworth SE, Rebchook G, Neilands TB. Measuring satisfaction and comfort with gender identity and gender expression among transgender women: Development and validation of the psychological gender affirmation scale. *International journal of environmental research and public health* 2021; **18**(6): 3298.

24.    Nurius PS, Norris J. A cognitive ecological model of women's response to male sexual coercion in dating. *Journal of Psychology & Human Sexuality* 1996; **8**(1-2): 117-39.

25.    Rozee PD, Koss MP. Rape: A century of resistance. *Psychology of Women Quarterly* 2001; **25**(4): 295-311.

26.    Peitzmeier SM, Todd KP, Correll-King W, et al. Toward a More Gender-Inclusive Sexual Experiences Survey: Development and Preliminary Validation With Transgender and Gender-Expansive Survivors of Campus Sexual Assault. *Psychology of Women Quarterly* 2024; **48**(4): 513-29.

27.    Barata PC, Samardzic T, Eliasziw M, et al. A Successful Sexual Assault Resistance Program Also Reduced Intimate Partner Violence. *Journal of Interpersonal Violence* 2024: 08862605241270057.

28.    Kimberly C, Hardman AM. The effectiveness of an online sexual assault prevention program on college campuses. *Journal of Student Affairs Research and Practice* 2020; **57**(4): 432-40.

29.    Salazar LF, Vivolo-Kantor A, Hardin J, Berkowitz A. A web-based sexual violence bystander intervention for male college students: Randomized controlled trial. *Journal of medical Internet research* 2014; **16**(9): e3426.

30.    Gidycz CA, Orchowski LM, Berkowitz AD. Preventing sexual aggression among college men: An evaluation of a social norms and bystander intervention program. *Violence against women* 2011; **17**(6): 720-42.

31.    Senn CY, Barata P, Eliasziw M, et al. Sexual assault resistance education's benefits for survivors of attempted and completed rape. *Women & Therapy* 2022; **45**(1): 41-67.

32.    Sevelius JM, Neilands TB, Dilworth S, Castro D, Johnson MO. Sheroes: feasibility and acceptability of a community-driven, group-level HIV intervention program for transgender women. *AIDS and Behavior* 2020; **24**(5): 1551-9.

33.    Sevelius JM, Dilworth SE, Reback CJ, et al. Randomized Controlled Trial of Healthy Divas: A Gender-Affirming, Peer-Delivered Intervention to Improve HIV Care Engagement Among Transgender Women Living With HIV. *Journal of Acquired Immune Deficiency Syndromes (1999)* 2022; **90**(5): 508.

34.    Sevelius JM, Neilands TB, Reback CJ, et al. An Intervention by and for Transgender Women Living With HIV: Study Protocol for a Two-Arm Randomized Controlled Trial Testing the Efficacy of "Healthy Divas" to Improve HIV Care Outcomes. *Frontiers in Reproductive Health* 2021; **3**: 665723.

35.    Philliber A. The IN· clued Program: A Randomized Control Trial of an Effective Sex Education Program for Lesbian, Gay, Bisexual, Transgender, Queer, and Questioning Youths. *Journal of Adolescent Health* 2021; **69**(4): 636-43.

36.    Peitzmeier S, Ashwell L, Edwards K, Eliasziw M, Senn C. 011 Adapting an evidence-based sexual assault prevention intervention for women undergraduates for online delivery. BMJ Publishing Group Ltd; 2022.

37.    Munro-Kramer ML, Rominski SD, Seidu A-A, Darteh EK, Huhman A, Stephenson R. Adapting a sexual violence primary prevention program to Ghana utilizing the ADAPT-ITT Framework. *Violence against women* 2019: 1077801219828533.

38.    Cavanaugh CE, Campbell J, Braxton N, Harvey J, Wingood G. Adapting an evidence-based HIV-prevention intervention for women in domestic violence shelters. *Psychology of violence* 2016; **6**(3): 469.

39.    Wingood GM, DiClemente RJ. The ADAPT-ITT model: a novel method of adapting evidence-based HIV Interventions. *JAIDS Journal of Acquired Immune Deficiency Syndromes* 2008; **47**: S40-S6.

40.    Hobden KL, Thurston WE, McVey GL, Senn CY. An Evaluation of Strategies Used to Maximize Intervention Fidelity in a Randomized Controlled Trial of a Sexual Assault Resistance Program for University Women. *Prevention Science* 2021; **22**(7): 960-70.

41.    Sekhon M, Cartwright M, Francis JJ. Acceptability of healthcare interventions: an overview of reviews and development of a theoretical framework. *BMC health services research* 2017; **17**(1): 88.

42.    Sekhon M, Cartwright M, Francis JJ. Development of a theory-informed questionnaire to assess the acceptability of healthcare interventions. *BMC health services research* 2022; **22**(1): 1-12.

43.    Senn CY, Eliasziw M, Hobden KL, et al. Testing a model of how a sexual assault resistance education program for women reduces sexual assaults. *Psychology of Women Quarterly* 2021; **45**(1): 20-36.

44.    Marx BP, Calhoun KS, Wilson AE, Meyerson LA. Sexual revictimization prevention: an outcome evaluation. *Journal of consulting and clinical psychology* 2001; **69**(1): 25.

45.    Srivastava A, Thompson SB. Framework Analysis: A Qualitative Methodology for Applied Policy Research. *Journal of Administration & Governance* 2009; **42**(2): 72-9.

46.    Creswell JW. Qualitative inquiry & research design: choosing among five approaches. Thousand Oaks, CA: Sage; 2007.

47.    Ybarra ML, Goodman KL, Saewyc E, Scheer JR, Stroem IF. Youth characteristics associated with sexual violence perpetration among transgender boys and girls, cisgender boys and girls, and nonbinary youth. *JAMA network open* 2022; **5**(6): e2215863-e.



**Office of Research and Innovation Services**

401 Sunset Avenue
Windsor, Ontario, Canada N9B 3P4
www.uwindsor.ca/oris

November 4, 2024

University of Maryland
Office of Research Administration
7809 Regents Dr.
3112 Lee Building
College Park, MD 20742-5141

**Subject:** **UMD Investigator: Dr. Sarah Peitzmeier**
**UWindsor Investigator: Dr. Charlene Senn**

**Project Title: Adapting a sexual assault prevention intervention for transgender and nonbinary undergraduates**

Dear Ms. Moore,

University of Windsor is pleased to submit the referenced proposal in the amount of $16,902 USD for the period of July 01, 2025 through June 30, 2027.

The appropriate programmatic and administrative personnel of each organization involved in this grant application are aware of the agency's consortium agreement policy and are prepared to establish the necessary inter-organizational agreement(s) consistent with that policy.

We understand that, if awarded, we will be required to comply with the NIH subrecipient guidelines which require us to provide access to copies of all lab notebooks, all data, and all documentation that supports the research outcomes as described in a progress report, to the University of Maryland, College Park, in alignment with the timing requirements for Research Performance Progress Reports.

Should you have any questions please contact me via either email at hpratt@uwindsor.ca, or phone, 519-253-3000 ext. 3917.

Thank you for your consideration.

Sincerely,

Heather Pratt, MBA, PhD (c)
Executive Director of Research and Innovation

Cc:  Dr. Charlene Senn
     Dr. Sarah Peitzmeier

 *Misha Eliasziw* 

**65 Heatherglen Drive, Beaver Bank, Nova Scotia  B4G 0A2  Canada**

October 28, 2024

Dear Colleagues:

I look forward to joining Dr. Peitzmeier once again on one of her research studies, this time serving as the biostatistical consultant for the R21 proposal, *Adapting an Evidence-Based Sexual Assault Prevention Intervention for Transgender Undergraduates*. The aims of this proposal are to adapt an existing cisgender sexual assault prevention intervention to work in populations of transgender undergraduates, as well as to test the feasibility and acceptability of the adapted intervention in a one-arm pilot trial.

I have extensive experience as the primary biostatistician on clinical and behavioral intervention trials. I was a co-Investigator on Dr. Charlene Senn's randomized controlled trial evaluating the efficacy of the original Enhanced Assess, Acknowledge, Act intervention with women undergraduates, as well as her subsequent implementation effectiveness trial. I have also been the biostatistician on Dr. Sarah Peitzmeier's CDC-funded pilot trial of the online adaptation of EAAA, IDEA3. I look forward to now being the biostatistician for this R21. As a consultant on the project, I look forward to providing guidance on study design to make sure that data are being collected in the most efficient way possible in order to maximize the use of the pilot data. I will also conduct the analyses of the data collected to measure feasibility and acceptability (Aim 2), as well as exploratory analyses looking at changes in potential mediators of intervention efficacy (exploratory aim).

My consulting fee is $200 per hour and I anticipate committing 3 hours in Year 1 and 15 hours in Year 2.

Kindest regards,

*Misha Eliasziw*

Misha Eliasziw, Ph.D.

# COLUMBIA PSYCHIATRY

1051 RIVERSIDE DRIVE NEW YORK, NY 10032
WWW.COLUMBIAPSYCHIATRY.ORG
646-774-5300

November 5, 2024

To Whom It May Concern,

I am excited to serve as a consultant on Dr. Sarah Peitzmeier's R21 proposal resubmission, Adapting an Evidence-Based Sexual Assault Prevention Intervention for Transgender and Nonbinary Undergraduates. The aims of the proposed study are to 1) adapt an evidence-based sexual assault prevention intervention, which has been proven to reduce sexual assault victimization in cisgender women undergraduates by over 50%, to transgender undergraduates, and 2) to test the feasibility and acceptability of the adapted intervention in a single-arm pilot trial.

Dr. Peitzmeier's proposal draws on my work by using the Model of Gender Affirmation as part of the theoretical underpinnings guiding the intervention adaptation. As a consultant on the project, I look forward to being an actively involved member of the study team by providing guidance and support based on my experience using the ADAPT-ITT framework to systematically adapt interventions for transgender people and my expertise in designing and testing interventions to promote gender affirmation and sexual health in transgender women. We theorize that unmet need for gender affirmation is a unique risk factor for transgender young people that makes them more vulnerable to sexual violence, and thus my expertise will help ensure the adapted intervention effectively addresses this vulnerability.

With my substantive contributions as a consultant, I will provide suggestions and potential material for inclusion in the intervention during Aim 1 as we work to create the adapted intervention, based on past interventions I have developed, *Sheroes* and *Healthy Divas*. I will also review the adapted intervention with an eye toward what is likely to be acceptable based on the diverse trans and gender expansive populations I have worked with in prior studies, including racial/ethnic minority individuals.

Above and beyond the paid consultancy, I am also delighted to serve as a mentor to Dr. Peitzmeier, through protected time for mentoring junior faculty on my K24 Midcareer Mentoring Award (K24 DA051328). I will be available on an ongoing basis to advise Dr. Peitzmeier and provide mentorship on issues related to research implementation and career development. I plan to attend at least quarterly meetings with Dr. Peitzmeier, with correspondence as needed between meetings.

I will contribute 12 hours of consulting time on the proposed study in year 1 and 6 hours in year 2 at $200 per hour. In addition, I will provide research and career mentorship to Dr. Peitzmeier above and beyond the consulting time.  I look forward to collaborating with Dr. Peitzmeier on this important study.

Sincerely,

Jae Sevelius, PhD
Professor of Medical Psychology
Department of Psychiatry
Columbia University Irving Medical Center

DEPARTMENT OF PSYCHIATRY, COLUMBIA UNIVERSITY COLLEGE OF PHYSICIANS & SURGEONS
NEWYORK PRESBYTERIAN/COLUMBIA UNIVERSITY MEDICAL CENTER
NEW YORK STATE PSYCHIATRIC INSTITUTE



OFFICE OF
# DIVERSITY & INCLUSION
LGBTQ+ EQUITY CENTER

October 26, 2024

To Whom It May Concern

I am delighted to provide this letter of support for Dr. Sarah Peitzmeier for her grant application, "Adapting a sexual assault prevention intervention for transgender and nonbinary undergraduates." As the Director of the LGBTQ+ Equity Center at the University of Maryland, I lead the Equity Center in our mission to provide the campus with leadership and expertise in building a fully equitable community; strengthen and support people of diverse sexes, gender identities or expressions, and sexual orientations; and develop visible and vibrant LGBTQ+ campus communities. Dr. Peitzmeier's proposed work to bring evidence-based sexual assault prevention programming for trans and nonbinary students to our campus, and to campuses nationwide, would synergistically support this mission by ensuring the safety and wellbeing of trans and nonbinary students.

Dr. Peitzmeier moved to Maryland this summer but has prioritized integrating herself and her program of research into the broader programming on LGBTQ+ inclusion on campus, demonstrating her commitment to community-engaged work. In her first week on campus, she made a point of reaching out to me and she has been supporting our work on healthy chest binding education for students with her expertise as a researcher. The proposed work would enable us to enhance sexual assault prevention programming for our trans and nonbinary students as part of the study. The LGBTQ+ Equity Center would be delighted to support this vital work through sharing recruitment fliers through our on-campus networks (e.g. virtually through our listservs and physically in our Center drop-in space) as well as our networks with other LGBTQ+ student centers across the country. Dr. Peitzmeier will also be able to leverage our understanding of the higher education landscape toward the conclusion of the study, as she determines how to best disseminate the study findings and as she begins considering models for large-scale implementation, should the intervention be shown to be effective. Dr. Peitzmeier has already made significant programmatic and co-curricular contributions to the trans and nonbinary campus community, and we are eager to support her community-centered programs in the months and years ahead.

We are delighted to support Dr. Peitzmeier's research to develop sexual assault prevention programming for trans and nonbinary students, and we hope you will give her proposal your highest consideration.

Sincerely

**Kristopher A. Oliveira, Ph.D. (He/Him/His)**
*Director,* LGBTQ+ Equity Center | University of Maryland
Affiliate Faculty, The Harriet Tubman Department of WGSS | University of Maryland
*Director of Research,* Coalition for Sexuality and Gender Identity, ACPA

NIH Generated message:

The Other Plan(s) attachment included with the application is not evaluated during the peer review process but will be evaluated prior to a funding decision. Although part of the official submission, the attachment is maintained as a separate document in eRA Commons viewable by authorized users and is not part of this assembled application.



**School** *of* **Nursing**

University of Michigan School of Nursing      TEL 734.615-3258
400 North Ingalls, Room 4222      nursing.umich.edu
Ann Arbor, Michigan 48109-5482

Grants and Research Office

November 26, 2024

**Re:  Request to relinquish submission**
**1R21HD113802-01A1**

**To Whom It May Concern:**

This letter is written to convey The Regents of the University of Michigan's willingness to relinquish the ability to submit a resubmission application by Sarah Peitzmeier, PI, 1R21HD113802-01A1, so that Dr. Peitzmeier may submit this resubmission through her new institution, University of Maryland, College Park.

If you have any questions or need any further information please contact our office.

Kindly,

*Erin Kingsley*

Verified by signNow
11/26/2024 17:28:40 UTC
a6342f9e725c47ef858e

Erin Kingsley
Manager Pre-Award
Office of Research & Sponsored Projects (ORSP)

Leading the way.

**From:** debernardima@csr.nih.gov
**Sent:** 11/25/2024 01:33 PM
**To:** speitzme@umd.edu,oraa@umd.edu
**CC:** maria.debernardi@nih.gov
**Subject:** ACTION NEEDED: Relinquishing Letter from previous applicant organization required

November 25, 2024

Dr. Sarah Peitzmeier
University of Maryland, College Park
4200 Valley Drive
1234J School of Public Health Building
College Park, MD 20742-2611

RE: #5077860/1R21HD113802-01A1: "Adapting a sexual assault prevention intervention for transgender and nonbinary undergraduates"

Dear Dr. Peitzmeier:

We have determined that the above referenced application submitted to PA-20-194 is a resubmission of 1R21HD113802-01and that there has been a change in applicant organization from the UNIVERSITY OF MICHIGAN AT ANN ARBOR to the UNIV OF MARYLAND, COLLEGE PARK. Before we can process your application, we will need a letter from the signing official at the former applicant organization/institution which confirms their willingness to relinquish the ability to submit this resubmission application, 1R21HD113802-01A1.

This letter may be attached as a PDF file to an email sent to me at maria.debernardi@nih.gov. I would be happy to explain specifics or answer any questions you may have.

Sincerely,
Maria A DeBernardi, Ph.D.
Assistant Director, Division of Receipt and Referral (DRR)
Center for Scientific Review
National Institutes of Health
Tel: 301-435-0715
csrdrr@mail.nih.gov

**Department of Health and Human Services**
Case 3:25-cv-01620-LJC   Document 108-1   Filed 01/09/26   Page 226 of 573
NATIONAL LIBRARY OF MEDICINE

**Notice of Award**
FAIN# R25LM014575
**Federal Award Date**
04/19/2024

## Recipient Information

**1. Recipient Name**
UNIVERSITY OF CALIFORNIA IRVINE
160 ALDRICH HALL
IRVINE, CA 92697

**2. Congressional District of Recipient**
47

**3. Payment System Identifier (ID)**
1952226406A1

**4. Employer Identification Number (EIN)**
952226406

**5. Data Universal Numbering System (DUNS)**
046705849

**6. Recipient's Unique Entity Identifier**
MJC5FCYQTPE6

**7. Project Director or Principal Investigator**
Sean Arayasirikul, PHD (Contact)
Assistant Professor
sean.arayasirikul@uci.edu
949-824-7095

**8. Authorized Official**
Madison Spiva
mspiva@uci.edu

## Federal Agency Information

**9. Awarding Agency Contact Information**
Amy Keener

NATIONAL LIBRARY OF MEDICINE
akeener@mail.nih.gov
301-496-6131

**10. Program Official Contact Information**
ELIZABETH ANNE Barr

NATIONAL LIBRARY OF MEDICINE

## Federal Award Information

**11. Award Number**
1R25LM014575-01

**12. Unique Federal Award Identification Number (FAIN)**
R25LM014575

**13. Statutory Authority**
42 USC 241   42 CFR 52

**14. Federal Award Project Title**
Advancing Gender and Health Justice Research and Education

**15. Assistance Listing Number**
93.879

**16. Assistance Listing Program Title**
Medical Library Assistance

**17. Award Action Type**
New Competing

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
| --- | --- |
| **19. Budget Period Start Date** 04/19/2024 − **End Date** 02/28/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $166,418 |
| 20 a. Direct Cost Amount | $154,302 |
| 20 b. Indirect Cost Amount | $12,116 |
| 21. Authorized Carryover | |
| 22. Offset | |
| **23. Total Amount of Federal Funds Obligated this budget period** | $166,418 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $166,418 |
| **26. Project Period Start Date** 04/19/2024 − **End Date** 02/29/2028 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $166,418 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Samantha J. Tempchin

## 30. Remarks

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Version:15 - 3/15/2024   4/19/2024 12:16 AM
A.R.000221

Notice of Award



RESEARCH EDUCATION PROJECT
Department of Health and Human Services
National Institutes of Health

NATIONAL LIBRARY OF MEDICINE



**SECTION I – AWARD DATA – 1R25LM014575-01**

**Principal Investigator(s)V**
Sean  Arayasirikul (contact), PHD
Melissa Coolidge Smith
Dallas Travis Swendeman, PHD
Ushma Desai Upadhyay, PHD
Jennifer Ann Wagman, PHD

**Award e-mailed toV**awards@research.uci.edu

Dear Authorized Official:

The National Institutes of Health hereby awards a grant in the amount of $166,418 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to UNIVERSITY OF CALIFORNIA-IRVINE in support of the above referenced project.  This award is pursuant to the authority of 42  USC 241   42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgement of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Library Of Medicine of the National Institutes of Health under Award Number R25LM014575. The content is solely the responsibility of the authors and does not necessarily represent the official views of   the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,


Samantha J. Tempchin
Grants Management Officer
NATIONAL LIBRARY OF MEDICINE

Additional information follows

Version: 35 - 2/15/2024 2:31 PM Printed: 2/19/2024 12:16 AM        A.R.000222

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| Salaries and Wages | $43,293 |
| **Fringe Benefits** | $21,797 |
| **Personnel Costs (Subtotal)** | $65,090 |
| **Materials & Supplies** | $618 |
| **Travel** | $2,500 |
| **Other** | $28,000 |
| **Subawards:Consortium:Contractual Costs** | $58,094 |

| | |
|---|---|
| **Federal Direct Costs** | $154,302 |
| **Federal F&A Costs** | $12,116 |
| **Approved Budget** | $166,418 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $166,418 |
| **TOTAL FEDERAL AWARD AMOUNT** | $166,418 |

| | |
|---|---|
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $166,418 |

| SUMMAR/ TOTALS FOR ALL / EARS (for this Document Number) | | |
|---|---|---|
| **/ R** | **THIS AWARD** | **CUMULATIYE TOTALS** |
| 1 | $166,418 | $166,418 |
| 2 | $161,614 | $161,614 |
| 3 | $155,453 | $155,453 |
| 4 | $152,209 | $152,209 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**Fiscal InformationV**

| | |
|---|---|
| **Payment System IdentifierV** | 1952226406A1 |
| **Document NumberV** | RLM014575A |
| **PMS Account TypeV** | P (Subaccount) |
| **Fiscal / earV** | 2024 |

| IC | CAN | 2024 | 2025 | 2026 | 2027 |
|---|---|---|---|---|---|
| LM | 8023863 | $1 | $1 | $1 | $1 |
| OD | 8027143 | $166,416 | $161,612 | $155,451 | $152,207 |
| OD | 8055783 | $1 | $1 | $1 | $1 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**NIH Administrative DataV**
**PCC**: XXXD / **OC**: 41030 / **Released**: Tempchin, Samantha 04/12/2024
**Award ProcessedV** 04/19/2024 12:16:56 AM

---

**SECTION II – PA/ MENT:HOTLINE INFORMATION – 1R25LM014575-01**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 1R25LM014575-01**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

a. The grant program legislation and program regulation cited in this Notice of Award.
b. Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
c. 45 CFR Part 75.
d. National Policy Requirements and all other requirements described in the NIH Grants Policy

Statement, including addenda in effect as of the beginning of the budget period.
e.   Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
f.   This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D)V** All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VII Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM). Should a consortium/subaward be issued under this award, a UEI requirement must be included.  See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R25LM014575. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

This award is funded by the following list of institutes.  Any papers published under the auspices of this award must cite the funding support of all institutes.

| |
|---|
| Office Of The Director, National Institutes Of Health (OD) |
| National Library Of Medicine (NLM) |

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

•   Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals,

A.R.000224
Version: 35 - 2/15/2024 12:53:20 PM   Generated on: 2/19/2024 12:16 AM

- see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period. The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.
**Treatment of Program IncomeV**
Additional Costs

---

**SECTION IY − LM SPECIFIC AWARD CONDITIONS − 1R25LM014575-01**

---

Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

**AWARDED AMOUNT**
This award is based on the IRG recommendations as noted in the Summary Statement, with arithmetic errors corrected and NIH grant policies applied (if applicable).

**NOTICE OF FUNDING OPPORTUNITY (NOFO)**
This award is subject to the conditions set forth in NOFO Number RFA-OD-22-015, which are incorporated by reference as special Terms and Conditions of this award. This NOFO may be accessed at: https://grants.nih.gov/grants/guide/rfa-files/RFA-OD-22-015.html.

**INITIAL BUDGET PERIOD**
Although the initial budget period end date is 02/28/2025, this award includes funds for 12 months of support. **All subsequent budget periods will begin on March 1** and will be 12 months in duration.

**CONSORTIUM/CONTRACTUAL COSTS**
This award includes funds for subrecipient activity as follows:

> **University of California, San Francisco - $14,514 Total Costs** ($13,439 Direct Costs + $1,075 Indirect/F&A Costs)
> **University of California, Los Angeles - $27,847 Total Costs** ($25,784 Direct Costs + $2,063 Indirect/F&A Costs)
> **University of California, Santa Barbara - $15,733 Total Costs** ($14,568 Direct Costs + $1,165 Indirect/F&A Costs)

Each consortium is to be established and administered in accordance with the NIH Grants Policy Statement: http://grants.nih.gov/grants/policy/nihgps/consortium_agreements. Although a specific amount has been awarded for each consortium, the recipient retains standard re-budgeting authorities.

No foreign performance site may be added to this project without prior written approval from the National Library of Medicine.

**PRIOR APPROVAL REQUESTS**

All requests for NLM prior approval must be made in writing to the GMO no later than 30 days before the proposed change, and signed by the AOR. Prior approval requests for change of PD/PI, carryover, or no-cost extensions should be submitted electronically via the eRA Commons Prior Approval Module

Please refer to Part II Chapter 8 of the NIH Grants Policy Statement for the activities and/or expenditures that require NIH prior approval:
https://grants.nih.gov/grants/policy/nihgps/HTML5/section_8/8.1_changes_in_project_and_budget.htm.

**SPREADSHEET SUMMAR/**
**AWARD NUMBERV**1R25LM014575-01

**INSTITUTIONV**UNIVERSITY OF CALIFORNIA-IRVINE

| Budget | Year 1 | Year 2 | Year 3 | Year 4 |
|---|---|---|---|---|
| Salaries and Wages | $43,293 | $43,293 | $43,293 | $43,293 |
| Fringe Benefits | $21,797 | $21,797 | $21,797 | $21,797 |
| Personnel Costs (Subtotal) | $65,090 | $65,090 | $65,090 | $65,090 |
| Materials & Supplies | $618 | $851 | $1,607 | $601 |
| Travel | $2,500 | $2,500 | $2,500 | $2,500 |
| Other | $28,000 | $26,000 | $21,000 | $19,000 |
| Subawards/Consortium/Contractual Costs | $58,094 | $58,037 | $58,040 | $58,043 |
| TOTAL FEDERAL DC | $154,302 | $152,478 | $148,237 | $145,234 |
| TOTAL FEDERAL F&A | $12,116 | $9,136 | $7,216 | $6,975 |
| TOTAL COST | $166,418 | $161,614 | $155,453 | $152,209 |

| Facilities and Administrative Costs | Year 1 | Year 2 | Year 3 | Year 4 |
|---|---|---|---|---|
| F&A Cost Rate 1 | 8% | 8% | 8% | 8% |
| F&A Cost Base 1 | $151,455 | $114,194 | $90,197 | $87,191 |
| F&A Costs 1 | $12,116 | $9,136 | $7,216 | $6,975 |

Version: 35 · 2/15/2024 · 6:19:42 AM · Final 2/19/2024 12:16 AM

**Department of Health and Human Services**
National Institutes of Health
NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM

**Notice of Award**
FAIN# R34AA030662
**Federal Award Date**
10/12/2023

## Recipient Information

**1. Recipient Name**
THE REGENTS OF THE UNIVERSITY OF
COLORADO
1420 AUSTIN BLUFFS PKWY
COLORADO SPRINGS, CO 80918

**2. Congressional District of Recipient**
05

**3. Payment System Identifier (ID)**
1846000555E7

**4. Employer Identification Number (EIN)**
846000555

**5. Data Universal Numbering System (DUNS)**
186192829

**6. Recipient's Unique Entity Identifier**
RH87YDXC1AY5

**7. Project Director or Principal Investigator**
Heather  Littleton, PHD (Contact)

hlittlet@uccs.edu
252-916-2976

**8. Authorized Official**
Gwendolyn A. Logan Gennaro

## Federal Agency Information

**9. Awarding Agency Contact Information**
Donna Stringfield
Extramural Support Assistant
NATIONAL INSTITUTE ON ALCOHOL ABUSE
AND ALCOHOLISM
donna.stringfield@nih.gov
301-443-3851

**10. Program Official Contact Information**
TATIANA NIKOLAYEVNA Balachova

NATIONAL INSTITUTE ON ALCOHOL ABUSE
AND ALCOHOLISM
tatiana.balachova@nih.gov
301-443-5726

## Federal Award Information

**11. Award Number**
1R34AA030662-01A1

**12. Unique Federal Award Identification Number (FAIN)**
R34AA030662

**13. Statutory Authority**
42 USC 241 42 CFR 52

**14. Federal Award Project Title**
An Online Family-based Program to Prevent Alcohol Use and Dating and Sexual
Violence among Sexual and Gender Minority Youth

**15. Assistance Listing Number**
93.273

**16. Assistance Listing Program Title**
Alcohol Research Programs

**17. Award Action Type**
New Competing (REVISED)

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---|
| **19. Budget Period Start Date** 09/01/2023 – **End Date** 08/31/2026 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0 |
| 20 a.  Direct Cost Amount | $0 |
| 20 b.  Indirect Cost Amount | $0 |
| **21.** Authorized Carryover | |
| **22.** Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $653,281 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $653,281 |
| ----------------------------------------------------------------- | |
| **26. Project Period Start Date** 09/01/2023 – **End Date** 08/31/2026 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $653,281 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Lauren  Early

**30. Remarks**
Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise
requested from the grant payment system.

Version:13 - 8/3/2022 12:50 PM | Generated on: 10/12/2023 12:03 AM

A.R.000227

Notice of Award



*CLINICAL TRIAL PLANNING GRANT*
Department of Health and Human Services
National Institutes of Health



NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM

---

**SECTION I – AWARD DATA – 1R34AA030662-01A1 REVISED**

---

**Principal Investigator(s):**
Katie M Edwards, PHD
Heather  Littleton (contact), PHD

**Award e-mailed to:** osp@uccs.edu

Dear Authorized Official:

The National Institutes of Health hereby revises this award  (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to University of Colorado Colorado Springs in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241 42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute On Alcohol Abuse And Alcoholism of the National Institutes of Health under Award Number R34AA030662. The content is solely the responsibility of the authors and does not necessarily represent the official views of  the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Lauren  Early
Grants Management Officer
NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| Salaries and Wages | $182,211 |
| Fringe Benefits | $61,770 |
| Personnel Costs (Subtotal) | $243,981 |
| Consultant Services | $12,181 |
| Travel | $3,852 |
| Other | $77,005 |
| Subawards/Consortium/Contractual Costs | $149,733 |
| | |
| Federal Direct Costs | $486,752 |
| Federal F&A Costs | $166,529 |
| Approved Budget | $653,281 |
| Total Amount of Federal Funds Authorized (Federal Share) | $653,281 |
| TOTAL FEDERAL AWARD AMOUNT | $653,281 |
| | |
| AMOUNT OF THIS ACTION (FEDERAL SHARE) | $0 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| YR | THIS AWARD | CUMULATIVE TOTALS |
| 1 | $653,281 | $653,281 |

**Fiscal Information:**

| | |
|---|---|
| Payment System Identifier: | 1846000555E7 |
| Document Number: | RAA030662A |
| PMS Account Type: | P (Subaccount) |
| Fiscal Year: | 2023 |

| IC | CAN | 2023 |
|---|---|---|
| AA | 8484370 | $653,281 |

**NIH Administrative Data:**
PCC: AP TD / OC: 41021 / Released: Early, Lauren 10/11/2023
Award Processed: 10/12/2023 12:03:16 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 1R34AA030662-01A1  REVISED**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 1R34AA030662-01A1  REVISED**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

    a.   The grant program legislation and program regulation cited in this Notice of Award.
    b.   Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
    c.   45 CFR Part 75.

d. National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.

e. Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.

f. This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):** All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.**2.** As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

**MULTI-YEAR FUNDED AWARD:** This is a multi-year funded award. A progress report is due annually on or before the anniversary of the budget/project period start date of the award, in accord with the instructions posted at: http://grants.nih.gov/grants/policy/myf.htm.

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM). Should a consortium/subaward be issued under this award, a UEI requirement must be included. See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R34AA030662. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

This award provides support for one or more clinical trials. By law (Title VIII, Section 801 of Public Law 110-85), the "responsible party" must register "applicable clinical trials" on the ClinicalTrials.gov Protocol Registration System Information Website. NIH encourages registration of all trials whether required under the law or not. For more information, see http://grants.nih.gov/ClinicalTrials_fdaaa/
This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section 8.6 Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final expenditure Federal Financial Report (FFR) (SF 425) must be submitted through the eRA Commons (Commons) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section 8.6.1 Financial Reports, http://grants.nih.gov/grants/policy/policy.htm#gps, for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the Payment Management System's (PMS) quarterly cash transaction data. A

final quarterly federal cash transaction report is not required for awards in PMS B subaccounts (i.e., awards to foreign entities and to Federal agencies). NIH will close the awards using the last recorded cash drawdown level in PMS for awards that do not require a final FFR on expenditures or quarterly federal cash transaction reporting.  It is important to note that for financial closeout, if a grantee fails to submit a required final expenditure FFR, NIH will close the grant using the last recorded cash drawdown level. If the grantee submits a final expenditure FFR but does not reconcile any discrepancies between expenditures reported on the final expenditure FFR and the last cash report to PMS, NIH will close the award at the lower amount.  This could be considered a debt or result in disallowed costs.

A Final Invention Statement and Certification form (HHS 568), (not applicable to training, construction, conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 568 form may be downloaded at: http://grants.nih.gov/grants/forms.htm.  This paragraph does not apply to Training grants, Fellowships, and certain other programs—i.e., activity codes C06, D42, D43, D71, DP7, G07, G08, G11, K12, K16, K30, P09, P40, P41, P51, R13, R25, R28, R30, R90, RL5, RL9, S10, S14, S15, U13, U14, U41, U42, U45, UC6, UC7, UR2, X01, X02.

Unless an application for competitive renewal is submitted, a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal application is submitted prior to that date, then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at: https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any other specific requirements set forth in the terms and conditions of the award must also be addressed in the Interim or Final RPPR. *Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience*.

NIH strongly encourages electronic submission of the final invention statement through the Closeout feature in the Commons, but will accept an email or hard copy submission as indicated below.

Email: The final invention statement may be e-mailed as PDF attachments to: NIHCloseoutCenter@mail.nih.gov.

Hard copy: Paper submissions of the final invention statement may be faxed to the NIH Division of Central Grants Processing, Grants Closeout Center, at 301-480-2304, or mailed to:

National Institutes of Health
Office of Extramural Research
Division of Central Grants Processing
Grants Closeout Center
6705 Rockledge Drive
Suite 5016, MSC 7986
Bethesda, MD 20892-7986 (for regular or U.S. Postal Service Express mail)
Bethesda, MD 20817 (for other courier/express deliveries only)

NOTE:  If this is the final year of a competitive segment due to the transfer of the grant to another institution, then a Final RPPR is not required.  However, a final expenditure FFR is required and should be submitted electronically as noted above.  If not already submitted, the Final Invention Statement is required and should be sent directly to the assigned Grants Management Specialist.

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-

obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

---

**SECTION IV –  AA SPECIFIC AWARD CONDITIONS – 1R34AA030662-01A1  REVISED**

Clinical Trial Indicator: Yes
This award supports one or more NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

**REVISION:**

Revised to 1) correct budget and project period end dates to 08/31/2026 and 2) add the following Multi-year funded term:

**CHANGE TO A MULTI-YEAR FUNDED AWARD:** Although the application upon which this grant is awarded was submitted as a three-year grant request, in order to meet NIAAA program priorities and objectives in Fiscal Year 2023, this grant has been converted to a **multi-year funded award**, with all years of funding provided in the current fiscal year. Special monitoring requirements specific to multi-year funded awards, including the progress report due on or before the anniversary of the budget/project period start date of the award, are detailed in Section III in this Notice of Award.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Based on a review of your application and the need to effect NIAAA budgetary and programmatic goals, your requested direct cost funding has been adjusted.

**SALARY LIMITATION:**    None of the funds in this award shall be used to pay the salary of an individual at a rate in excess of the applicable salary cap. Therefore, this award and/or future years are adjusted accordingly, if applicable. Current salary cap levels can be found at https://grants.nih.gov/grants/policy/salcap_summary.htm.

**PRIOR APPROVALS:**  In keeping with NIH Guide Notice NOT-OD-06-054 (http://grants.nih.gov/grants/guide/notice-files/NOT-OD-06-054.html), as this grant has multiple Principal Investigators (PIs), although the signatures of the PIs are not required on prior approval requests submitted to the agency, the grant recipient institution must secure and retain the signatures of all PIs following their own internal processes.

**CONSORTIA**: This award includes funds awarded for consortium activity with **University of Nebraska-Lincoln**.   Consortia are to be established and administered as described in the NIH Grants Policy Statement (see http://grants.nih.gov/grants/policy/policy.htm#gps).

**HUMAN SUBJECTS--VULNERABLE POPULATIONS:** The research supported by this award involves a population of human subjects identified as **"vulnerable"**.   Investigators who conduct research involving vulnerable populations, including pregnant women, human fetuses and neonates, prisoners, or children must follow the provisions of the regulations in Subparts B, C, and D of 45 CFR Part 46, respectively, which describe the additional protections required for these populations (https://grants.nih.gov/policy/humansubjects/policies-and-regulations/vulnerable-populations.htm).

**INFORMATION:**    In accordance with the NIH Policy on the Use of a Single Institutional Review Board of Record for Multi-Site Research, it is expected that all sites participating in multi-site studies involving non-exempt human subjects research funded by the National Institutes of Health (NIH) will use a Single Institutional Review Board (sIRB) to conduct the ethical review required by the Department of Health and Human Services regulations for the Protection of Human Subjects.   This policy applies to the domestic sites of NIH-funded multi-site studies where each site will conduct the same protocol involving non-exempt human subjects research.   This grant is expected to develop and participate in a collaborative, central, or shared IRB that will streamline IRB approval while maintaining appropriate human subjects protections. This award reflects the National Institute on Alcohol Abuse and Alcoholism's (NIAAA's) acceptance of the sIRB plan submitted in the competing application. (See NIH Guide to Grants and Contracts NOT-OD-16-094, https://grants.nih.gov/grants/guide/notice-files/NOT-OD-16-094.html.)

Participating sites are expected to rely on the sIRB to satisfy the regulatory requirements relevant to the ethical review.  Although IRB ethical review at a participating site would be counter to the intent and goal of this policy, the policy does not prohibit any participating site from duplicating the sIRB.  However, NIH funds may not be used to pay for the cost of the duplicate review.

**INFORMATION:**    As a reminder, it is the responsibility of the grant recipient to ensure that authorization agreements (also called reliance agreements) are in place and copies of authorization agreements and other necessary documentation are maintained by the awardee in order to document compliance with this policy, as needed.

**DATA AND SAFETY MONITORING:**    This grant has been identified as requiring a Data and Safety Monitoring Plan (DSMP) in accordance with the NIAAA Data and Safety Monitoring Guidelines at http://www.niaaa.nih.gov/research/guidelines-and-resources/data-and-safety-monitoring-guidelines. The NIAAA Program Official named below has approved the DSMP as submitted by the grant recipient.   Any changes in the DSMP must be reviewed and approved by the NIAAA Program Official.

Version: 13 - 8/3/2022 12:5... ...on: 10/12/2023 12:03 AM
A.R.000233

**DISSEMINATION PLAN:**   The clinical trial(s) supported by this award is subject to the plan   submitted to NIH **11/14/2022** and the NIH policy on Dissemination of NIH-Funded Clinical Trial Information (see NOT-OD-16-149). The   policy states that the clinical trial(s) funded by   a NIH   award will be registered in ClinicalTrials.gov not later than 21 calendar days after enrollment of the first participant and primary summary results reported in ClinicalTrials.gov, not later than one year after the completion date. The reporting of summary results is required by this term of award even if the primary completion date occurs after the period of performance.

This award is subject to additional certification requirements with each submission of the Annual, Interim, and Final Research Performance Progress Report (RPPR).    The recipient must agree to the following annual certification when submitting each RPPR. By submitting the RPPR, the AOR signifies compliance, as follows:

In submitting this RPPR, the AOR (or PD/PI with delegated authority), certifies to the best of his/her knowledge that, for all clinical trials funded under this NIH award, the recipient and all investigators conducting NIH-funded clinical trials are in compliance with the recipient's plan addressing compliance with the NIH Policy on Dissemination of NIH-Funded Clinical Trial Information. Any clinical trial funded in whole or in part under this award has been registered in ClinicalTrials.gov or will be registered not later than 21 calendar days after enrollment of the first participant. Summary results have been submitted to ClinicalTrials.gov or will be submitted not later than one year after the completion date, even if the completion date occurs after the period of performance

**A bi-annual report** including the elements listed below should be submitted electronically to the NIAAA Program Official (PO) and the NIAAA Grants Management Specialist listed below every 6 months from the date of grant award. If the reporting due date falls within 60 days of the annual RPPR, please use the RPPR to submit the below reporting elements already included in the RPPR and submit all other elements (*) via email from the Institutional AOR to the NIAAA Grants Management Specialist and Program Officer named below.

The following elements should be included in all annual and interim reports:
• Updated "actual" and "target" inclusion table
• Cumulative listing (no PHI)*

  • adverse events

  • serious adverse events
  • protocol deviations since last reporting period

• DSMB meeting updates/minutes (if applicable)*
• Target milestone updates (if applicable)*
• Issues that could impact the study/completion of the grant*
• Proposed resolution of issues*
• Proposed work during next reporting period

The following target milestones have been established and approved by the PO. Any revisions to approved milestones require PO concurrence and approval. Recruitment is anticipated to begin 01/2025 and complete in nine months..

Enrollment Milestones (n=100):
25% (25) = 03/2025
50% (50) = 05/2025
75% (75) = 07/2025
100% (100) =  10/2025
Data lock: 05/2026

**NIAAA DATA ARCHIVE (NIAAADA) DATA SHARING PLAN:** This award is subject to the data sharing guidance outlined in NOT-AA-22-011 (https://grants.nih.gov/grants/guide/notice-files/NOT-AA-22-011.html). The Recipient agrees to adhere to the NIAAADA Data Sharing Plan (DSP) as approved by the NIAAA Program Official assigned to this award. Dissemination of study

data will be in accord with the Recipient's approved DSP. Please note that a statement of progress on the DSP must be included in the Research Performance Progress Report (RPPR) under section C.5 "Other Products and Resource Sharing" at https://grants.nih.gov/grants/rppr/index.htm.

Failure to adhere to the DSP as mutually agreed upon by the Recipient and the NIAAA may result in Enforcement Actions as described in the NIH Grants Policy Statement at https://grants.nih.gov/policy/nihgps/index.htm.

Complete NIAAADA Data Sharing Terms and Conditions can be found at  https://nda.nih.gov/niaaa/data-sharing-expectations.html.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 1R34AA030662-01A1 REVISED

**INSTITUTION:** University of Colorado Colorado Springs

| Budget | Year 1 |
|---|---|
| Salaries and Wages | $182,211 |
| Fringe Benefits | $61,770 |
| Personnel Costs (Subtotal) | $243,981 |
| Consultant Services | $12,181 |
| Travel | $3,852 |
| Other | $77,005 |
| Subawards/Consortium/Contractual Costs | $149,733 |
| TOTAL FEDERAL DC | $486,752 |
| TOTAL FEDERAL F&A | $166,529 |
| TOTAL COST | $653,281 |

| Facilities and Administrative Costs | Year 1 |
|---|---|
| F&A Cost Rate 1 | 46% |
| F&A Cost Base 1 | $362,019 |
| F&A Costs 1 | $166,529 |

Department of Health and Human Services                    Notice of Award
Case 3:25-cv-01620-LLMC    Document 108-1    Filed 01/09/26    Page 241 of 573 1R34AA030662
NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM                    Federal Award Date
                                                                      03/25/2025

## Recipient Information

**1. Recipient Name**
THE REGENTS OF THE UNIVERSITY OF COLORADO
1420 AUSTIN BLUFFS PKWY
COLORADO SPRINGS, CO 80918

**2. Congressional District of Recipient**
05

**3. Payment System Identifier (ID)**
1846000555E7

**4. Employer Identification Number (EIN)**
846000555

**5. Data Universal Numbering System (DUNS)**
186192829

**6. Recipient's Unique Entity Identifier**
RH87YDXC1AY5

**7. Project Director or Principal Investigator**
Heather  Littleton, PHD (Contact)

hlittlet@uccs.edu
252-916-2976

**8. Authorized Official**
Michael Sanderson
msander3@uccs.edu
719-255-3034

## Federal Agency Information

**9. Awarding Agency Contact Information**
Donna Stringfield

NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM
donna.stringfield@nih.gov
(301) 443-3851

**10. Program Official Contact Information**
Tatiana Nikolayevna Balachova

NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM
tatiana.balachova@nih.gov
301-443-5726

## Federal Award Information

**11. Award Number**
1R34AA030662-01A1

**12. Unique Federal Award Identification Number (FAIN)**
R34AA030662

**13. Statutory Authority**
42 USC 241 42 CFR 52

**14. Federal Award Project Title**
An Online Family-based Program to Prevent Alcohol Use and Dating and Sexual Violence among Sexual and Gender Minority Youth

**15. Assistance Listing Number**
93.273

**16. Assistance Listing Program Title**
Alcohol Research Programs

**17. Award Action Type**
New Competing (REVISED)

**18. Is the Award R&D?**
Yes

### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 09/01/2023 **– End Date** 03/21/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0 |
| 20 a.  Direct Cost Amount | $0 |
| 20 b.  Indirect Cost Amount | $0 |
| **21.** Authorized Carryover | |
| **22.** Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $653,281 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $653,281 |
| **26. Project Period Start Date** 09/01/2023 **– End Date** 03/21/2025 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $653,281 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Judy  Fox

## 30. Remarks

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

A.R.000236

Notice of Award



*CLINICAL TRIAL PLANNING GRANT*
Department of Health and Human Services
National Institutes of Health



NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM

---

**SECTION I – AWARD DATA – 1R34AA030662-01A1 REVISED**

**Principal Investigator(s):**
Katie M Edwards, PHD
Heather  Littleton (contact), PHD

**Award e-mailed to:** osp@uccs.edu

Dear Authorized Official:

The National Institutes of Health hereby revises this award  (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to University of Colorado Colorado Springs in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241 42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute On Alcohol Abuse And Alcoholism of the National Institutes of Health under Award Number R34AA030662. The content is solely the responsibility of the authors and does not necessarily represent the official views of  the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Judy  Fox
Grants Management Officer
NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

A.R.000237
Version: 35 - 2/15/23... 3/26/2025 12:05 AM

| | |
|---|---|
| Salaries and Wages | $182,211 |
| Fringe Benefits | $61,770 |
| **Personnel Costs (Subtotal)** | $243,981 |
| Consultant Services | $12,181 |
| Travel | $3,852 |
| Other | $77,005 |
| Subawards/Consortium/Contractual Costs | $149,733 |
| | |
| Federal Direct Costs | $486,752 |
| Federal F&A Costs | $166,529 |
| Approved Budget | $653,281 |
| Total Amount of Federal Funds Authorized (Federal Share) | $653,281 |
| TOTAL FEDERAL AWARD AMOUNT | $653,281 |
| | |
| AMOUNT OF THIS ACTION (FEDERAL SHARE) | $0 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| YR | THIS AWARD | CUMULATIVE TOTALS |
| 1 | $653,281 | $653,281 |

**Fiscal Information:**
Payment System Identifier:   1846000555E7
Document Number:          RAA030662A
PMS Account Type:          P (Subaccount)
Fiscal Year:               2023

| IC | CAN | 2023 |
|---|---|---|
| AA | 8484370 | $653,281 |

**NIH Administrative Data:**
**PCC**: AP TD / **OC**: 41021 / **Released**:  03/25/2025
**Award Processed**: 03/26/2025 12:05:56 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 1R34AA030662-01A1  REVISED**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 1R34AA030662-01A1  REVISED**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

   a.  The grant program legislation and program regulation cited in this Notice of Award.
   b.  Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
   c.  45 CFR Part 75.
   d.  National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
   e.  Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
   f.  This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):**  All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to

report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

**MULTI-YEAR FUNDED AWARD:** This is a multi-year funded award. A progress report is due annually on or before the anniversary of the budget/project period start date of the award, in accord with the instructions posted at: http://grants.nih.gov/grants/policy/myf.htm.

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM). Should a consortium/subaward be issued under this award, a UEI requirement must be included. See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R34AA030662. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

This award provides support for one or more clinical trials. By law (Title VIII, Section 801 of Public Law 110-85), the "responsible party" must register "applicable clinical trials" on the ClinicalTrials.gov Protocol Registration System Information Website. NIH encourages registration of all trials whether required under the law or not. For more information, see http://grants.nih.gov/ClinicalTrials_fdaaa/
This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section 8.6 Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final expenditure Federal Financial Report (FFR) (SF 425) must be submitted through the Payment Management System (PMS) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section 8.6.1 Financial Reports, http://grants.nih.gov/grants/policy/policy.htm#gps, for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the real-time cash drawdown data in PMS. NIH will close the awards using the last recorded cash drawdown level in PMS for awards that do not require a final FFR on expenditures. It is important to note that for financial closeout, if a grantee fails to submit a required final expenditure FFR, NIH will close the grant using the last recorded cash drawdown level.

A Final Invention Statement and Certification form (HHS 568), (not applicable to training, construction, conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 568 form may be downloaded at: http://grants.nih.gov/grants/forms.htm. This paragraph does not apply to Training grants, Fellowships, and certain other programs—i.e., activity codes C06, D42, D43, D71, DP7, G07, G08, G11, K12, K16, K30, P09, P40, P41, P51, R13, R25, R28, R30, R90, RL5, RL9, S10, S14, S15, U13, U14, U41, U42, U45, UC6, UC7, UR2, X01, X02.

Unless an application for competitive renewal is submitted, a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal application is submitted prior to that date, then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at: https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any other specific requirements set forth in the terms and conditions of the award must also be addressed in the Interim or Final RPPR. *Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.*

NIH requires electronic submission of the final invention statement through the Closeout feature in the Commons.

NOTE:  If this is the final year of a competitive segment due to the transfer of the grant to another institution, then a Final RPPR is not required.  However, a final expenditure FFR is required and must be submitted electronically as noted above.  If not already submitted, the Final Invention Statement is required and should be sent directly to the assigned Grants Management Specialist.

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- · Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- · For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- · HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- · For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

---

**SECTION IV –  AA SPECIFIC AWARD CONDITIONS – 1R34AA030662-01A1  REVISED**

Clinical Trial Indicator: Yes
This award supports one or more NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

**REVISION:** It is the policy of NIH not to prioritize gender identity.  Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans.  Many such studies ignore, rather than seriously examine, biological realities.  Therefore, this project is terminated. The University of Colorado may request funds to support patient safety and orderly closeout of the project. Funds used to

support any other research activities will be disallowed and recovered. Please be advised that your organization, as part of the orderly closeout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR), as applicable) within 120 days of the end of this grant.

NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 8.5.2. This revised award represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be dated no later than 30 days after the date of this notice.

*****************************************************

**REVISION:**

Revised to 1) correct budget and project period end dates to 08/31/2026 and 2) add the following Multi-year funded term:

**CHANGE TO A MULTI-YEAR FUNDED AWARD:** Although the application upon which this grant is awarded was submitted as a three-year grant request, in order to meet NIAAA program priorities and objectives in Fiscal Year 2023, this grant has been converted to a **multi-year funded award**, with all years of funding provided in the current fiscal year. Special monitoring requirements specific to multi-year funded awards, including the progress report due on or before the anniversary of the budget/project period start date of the award, are detailed in Section III in this Notice of Award.

***********************************************************************************

Based on a review of your application and the need to effect NIAAA budgetary and programmatic goals, your requested direct cost funding has been adjusted.

**SALARY LIMITATION:**   None of the funds in this award shall be used to pay the salary of an individual at a rate in excess of the applicable salary cap. Therefore, this award and/or future years are adjusted accordingly, if applicable. Current salary cap levels can be found at https://grants.nih.gov/grants/policy/salcap_summary.htm.

**PRIOR APPROVALS:**  In keeping with NIH Guide Notice NOT-OD-06-054 (http://grants.nih.gov/grants/guide/notice-files/NOT-OD-06-054.html), as this grant has multiple Principal Investigators (PIs), although the signatures of the PIs are not required on prior approval requests submitted to the agency, the grant recipient institution must secure and retain the signatures of all PIs following their own internal processes.

**CONSORTIA**: This award includes funds awarded for consortium activity with **University of Nebraska-Lincoln**.  Consortia are to be established and administered as described in the NIH Grants Policy Statement (see http://grants.nih.gov/grants/policy/policy.htm#gps).

**HUMAN SUBJECTS--VULNERABLE POPULATIONS:** The research supported by this award involves a population of human subjects identified as **"vulnerable"**.  Investigators who conduct research involving vulnerable populations, including pregnant women, human fetuses and neonates, prisoners, or children must follow the provisions of the regulations in Subparts B, C, and D of 45 CFR Part 46, respectively, which describe the additional protections required for these populations (https://grants.nih.gov/policy/humansubjects/policies-and-regulations/vulnerable-populations.htm).

**INFORMATION:**  In accordance with the NIH Policy on the Use of a Single Institutional Review Board of Record for Multi-Site Research, it is expected that all sites participating in multi-site studies involving non-exempt human subjects research funded by the National Institutes of Health (NIH) will use a Single Institutional Review Board (sIRB) to conduct the ethical review required by the Department of Health and Human Services regulations for the Protection of Human Subjects.  This policy applies to the domestic sites of NIH-funded multi-site studies where each site will conduct the same protocol involving non-exempt human subjects research.  This grant is expected to develop and participate in a collaborative, central, or shared IRB that will streamline IRB approval while maintaining appropriate human subjects protections. This award reflects the National Institute on Alcohol Abuse and Alcoholism's (NIAAA's) acceptance of the sIRB

plan submitted in the competing application. (See NIH Guide to Grants and Contracts NOT-OD-16-094, https://grants.nih.gov/grants/guide/notice-files/NOT-OD-16-094.html.)

Participating sites are expected to rely on the sIRB to satisfy the regulatory requirements relevant to the ethical review.  Although IRB ethical review at a participating site would be counter to the intent and goal of this policy, the policy does not prohibit any participating site from duplicating the sIRB.  However, NIH funds may not be used to pay for the cost of the duplicate review.

**INFORMATION:**   As a reminder, it is the responsibility of the grant recipient to ensure that authorization agreements (also called reliance agreements) are in place and copies of authorization agreements and other necessary documentation are maintained by the awardee in order to document compliance with this policy, as needed.

**DATA AND SAFETY MONITORING:**   This grant has been identified as requiring a Data and Safety Monitoring Plan (DSMP) in accordance with the NIAAA Data and Safety Monitoring Guidelines at http://www.niaaa.nih.gov/research/guidelines-and-resources/data-and-safety-monitoring-guidelines. The NIAAA Program Official named below has approved the DSMP as submitted by the grant recipient.  Any changes in the DSMP must be reviewed and approved by the NIAAA Program Official.

**DISSEMINATION PLAN:**   The clinical trial(s) supported by this award is subject to the plan  submitted to NIH **11/14/2022** and the NIH policy on Dissemination of NIH-Funded Clinical Trial Information (see NOT-OD-16-149).  The  policy states that the clinical trial(s) funded by  a NIH  award will be registered in ClinicalTrials.gov not later than 21 calendar days after enrollment of the first participant and primary summary results reported in ClinicalTrials.gov, not later than one year after the completion date. The reporting of summary results is required by this term of award even if the primary completion date occurs after the period of performance.

This award is subject to additional certification requirements with each submission of the Annual, Interim, and Final Research Performance Progress Report (RPPR).   The recipient must agree to the following annual certification when submitting each RPPR. By submitting the RPPR, the AOR signifies compliance, as follows:

In submitting this RPPR, the AOR (or PD/PI with delegated authority), certifies to the best of his/her knowledge that, for all clinical trials funded under this NIH award, the recipient and all investigators conducting NIH-funded clinical trials are in compliance with the recipient's plan addressing compliance with the NIH Policy on Dissemination of NIH-Funded Clinical Trial Information. Any clinical trial funded in whole or in part under this award has been registered in ClinicalTrials.gov or will be registered not later than 21 calendar days after enrollment of the first participant. Summary results have been submitted to ClinicalTrials.gov or will be submitted not later than one year after the completion date, even if the completion date occurs after the period of performance

**A bi-annual report** including the elements listed below should be submitted electronically to the NIAAA Program Official (PO) and the NIAAA Grants Management Specialist listed below every 6 months from the date of grant award. If the reporting due date falls within 60 days of the annual RPPR, please use the RPPR to submit the below reporting elements already included in the RPPR and submit all other elements (*) via email from the Institutional AOR to the NIAAA Grants Management Specialist and Program Officer named below.

The following elements should be included in all annual and interim reports:
• Updated "actual" and "target" inclusion table
• Cumulative listing (no PHI)*

    · adverse events
    · serious adverse events
    · protocol deviations since last reporting period

• DSMB meeting updates/minutes (if applicable)*
• Target milestone updates (if applicable)*
• Issues that could impact the study/completion of the grant*
• Proposed resolution of issues*
• Proposed work during next reporting period

The following target milestones have been established and approved by the PO. Any revisions to approved milestones require PO concurrence and approval. Recruitment is anticipated to begin 01/2025 and complete in nine months..

Version: 35 - 2/15/2023 12:00 AM Printed 1/26/2025 12:05 AM
A.R.000242

Enrollment Milestones (n=100):
25% (25) = 03/2025
50% (50) = 05/2025
75% (75) = 07/2025
100% (100) =  10/2025
Data lock: 05/2026

**NIAAA DATA ARCHIVE (NIAAADA) DATA SHARING PLAN:** This award is subject to the data sharing guidance outlined in NOT-AA-22-011 (https://grants.nih.gov/grants/guide/notice-files/NOT-AA-22-011.html). The Recipient agrees to adhere to the NIAAADA Data Sharing Plan (DSP) as approved by the NIAAA Program Official assigned to this award. Dissemination of study data will be in accord with the Recipient's approved DSP. Please note that a statement of progress on the DSP must be included in the Research Performance Progress Report (RPPR) under section C.5 "Other Products and Resource Sharing" at https://grants.nih.gov/grants/rppr/index.htm.

Failure to adhere to the DSP as mutually agreed upon by the Recipient and the NIAAA may result in Enforcement Actions as described in the NIH Grants Policy Statement at https://grants.nih.gov/policy/nihgps/index.htm.

Complete NIAAADA Data Sharing Terms and Conditions can be found at  https://nda.nih.gov/niaaa/data-sharing-expectations.html.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 1R34AA030662-01A1 REVISED

**INSTITUTION:** University of Colorado Colorado Springs

| Budget | Year 1 |
|---|---|
| Salaries and Wages | $182,211 |
| Fringe Benefits | $61,770 |
| Personnel Costs (Subtotal) | $243,981 |
| Consultant Services | $12,181 |
| Travel | $3,852 |
| Other | $77,005 |
| Subawards/Consortium/Contractual Costs | $149,733 |
| TOTAL FEDERAL DC | $486,752 |
| TOTAL FEDERAL F&A | $166,529 |
| TOTAL COST | $653,281 |

| Facilities and Administrative Costs | Year 1 |
|---|---|
| F&A Cost Rate 1 | 46% |
| F&A Cost Base 1 | $362,019 |
| F&A Costs 1 | $166,529 |

Department of Health and Human Services
NATIONAL HEART, LUNG, AND BLOOD INSTITUTE

Case 1:25-cv-01620-LLA    Document 108-1    Filed 01/09/26    Page 249 of 573

Notice of Award
3K01HL151902
Federal Award Date
03/25/2025

**Recipient Information**

**1. Recipient Name**
BOSTON MEDICAL CENTER CORPORATION
1 BOSTON MEDICAL CTR PL
BOSTON, MA 02118

**2. Congressional District of Recipient**
07

**3. Payment System Identifier (ID)**
1043314093A1

**4. Employer Identification Number (EIN)**
043314093

**5. Data Universal Numbering System (DUNS)**
005492160

**6. Recipient's Unique Entity Identifier**
JZ8RQC4EMDZ5

**7. Project Director or Principal Investigator**
Carl G Streed, MD

carl.streed@bmc.org
847-702-0570

**8. Authorized Official**
Tina Dasilva@bmc.org
Tina.Dasilva@bmc.org
617-414-2890

**Federal Agency Information**

**9. Awarding Agency Contact Information**
SUZANNE Pugliese
Grant Management Specialist
NATIONAL HEART, LUNG, AND BLOOD
INSTITUTE
sue.pugliese@nih.gov
(301) 594-3267

**10. Program Official Contact Information**
Sean  Coady
Program Officer
NATIONAL HEART, LUNG, AND BLOOD
INSTITUTE
coadys@mail.nih.gov
301-453-1289

**Federal Award Information**

**11. Award Number**
3K01HL151902-04S1

**12. Unique Federal Award Identification Number (FAIN)**
K01HL151902

**13. Statutory Authority**
42 USC 241  42 CFR 52

**14. Federal Award Project Title**
Assessing the burden of dementia in transgender populations

**15. Assistance Listing Number**
93.837

**16. Assistance Listing Program Title**
Cardiovascular Diseases Research

**17. Award Action Type**
Supplement (REVISED)

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---|
| **19. Budget Period Start Date** 06/15/2024 – **End Date** 03/21/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0 |
| 20 a.  Direct Cost Amount | $0 |
| 20 b.  Indirect Cost Amount | $0 |
| 21. Authorized Carryover | |
| 22. Offset | |
| 23. Total Amount of Federal Funds Obligated this budget period | $31,691 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $31,691 |
| **26. Project Period Start Date** 04/15/2021 – **End Date** 03/21/2025 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $696,928 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Anthony  Agresti

**30. Remarks**

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Notice of Award



*RESEARCH SCIENTIST DEVELOPMENT AWARD*
Department of Health and Human Services
National Institutes of Health

NATIONAL HEART, LUNG, AND BLOOD INSTITUTE



---

**SECTION I – AWARD DATA – 3K01HL151902-04S1 REVISED**

**Principal Investigator(s):**
Carl G Streed, MD

**Award e-mailed to:** grants.admin@bmc.org

Dear Authorized Official:

The National Institutes of Health hereby revises this award  (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to BOSTON MEDICAL CENTER CORPORATION in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241  42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Heart, Lung, And Blood Institute of the National Institutes of Health under Award Number K01HL151902. The content is solely the responsibility of the authors and does not necessarily represent the official views of   the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Anthony  Agresti
Grants Management Officer
NATIONAL HEART, LUNG, AND BLOOD INSTITUTE

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

Version: 35 · 2/15/20...    A.R.000245    ...1/25/2025 12:16 AM

| | |
|---|---|
| Subawards/Consortium/Contractual Costs | $29,691 |
| | |
| **Federal Direct Costs** | $29,691 |
| **Federal F&A Costs** | $2,000 |
| **Approved Budget** | $31,691 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $31,691 |
| **TOTAL FEDERAL AWARD AMOUNT** | $31,691 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $0 |

| SUMMARY TOTAL FEDERAL AWARD AMOUNT YEAR ( 4 ) (for this Document Number) | |
|---|---|
| **AWARD NUMBER** | **TOTAL FEDERAL AWARD AMOUNT** |
| 3K01HL151902-04S1 | $31,691 |
| 5K01HL151902-04 | $166,277 |
| **TOTAL** | **$197,968** |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 4 | $31,691 | $197,968 |

**Fiscal Information:**
**Payment System Identifier:**  1043314093A1
**Document Number:**  KHL151902A
**PMS Account Type:**  P (Subaccount)
**Fiscal Year:**  2024

| IC | CAN | 2024 |
|---|---|---|
| AG | 8041073 | $31,691 |

**NIH Administrative Data:**
**PCC**: HHEF N / **OC**: 41034 / **Released**:  03/24/2025
**Award Processed:** 03/25/2025 12:16:50 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 3K01HL151902-04S1  REVISED**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 3K01HL151902-04S1  REVISED**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

    a.   The grant program legislation and program regulation cited in this Notice of Award.
    b.   Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
    c.   45 CFR Part 75.
    d.   National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
    e.   Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
    f.   This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):**  All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that

some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM). Should a consortium/subaward be issued under this award, a UEI requirement must be included. See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) K01HL151902. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

 This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section 8.6 Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final expenditure Federal Financial Report (FFR) (SF 425) must be submitted through the Payment Management System (PMS) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section 8.6.1 Financial Reports, http://grants.nih.gov/grants/policy/policy.htm#gps, for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the real-time cash drawdown data in PMS. NIH will close the awards using the last recorded cash drawdown level in PMS for awards that do not require a final FFR on expenditures.  It is important to note that for financial closeout, if a grantee fails to submit a required final expenditure FFR, NIH will close the grant using the last recorded cash drawdown level.

A Final Invention Statement and Certification form (HHS 568), (not applicable to training, construction, conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 568 form may be downloaded at: http://grants.nih.gov/grants/forms.htm.  This paragraph does not apply to Training grants, Fellowships, and certain other programs—i.e., activity codes C06, D42, D43, D71, DP7, G07, G08, G11, K12, K16, K30, P09, P40, P41, P51, R13, R25, R28, R30, R90, RL5, RL9, S10, S14, S15, U13, U14, U41, U42, U45, UC6, UC7, UR2, X01, X02.

Unless an application for competitive renewal is submitted, a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal application is submitted prior to that date, then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at: https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any other specific requirements set forth in the terms and conditions of the award must also be addressed in the Interim or Final RPPR. *Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.*

NIH requires electronic submission of the final invention statement through the Closeout feature in the Commons.

NOTE:  If this is the final year of a competitive segment due to the transfer of the grant to another institution, then a Final RPPR is not required.  However, a final expenditure FFR is required and must be submitted

electronically as noted above.  If not already submitted, the Final Invention Statement is required and should be sent directly to the assigned Grants Management Specialist.

This award is funded by the following list of institutes.  Any papers published under the auspices of this award must cite the funding support of all institutes.

| National Institute On Aging (NIA) |
|---|

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

---

**SECTION IV – HL SPECIFIC AWARD CONDITIONS – 3K01HL151902-04S1  REVISED**

Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

TERMINATION
It is the policy of NIH not to prioritize Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans.  Many such studies ignore, rather than seriously examine, biological realities.  It is the policy of NIH not to prioritize these research programs.

Version: 35 2/15/... A.R.000248 ...25/2025 12:16 AM

Therefore, this project is terminated. BOSTON MEDICAL CENTER may request funds to support patient safety and orderly closeout of the project. Funds used to support any other research activities will be disallowed and recovered. Please be advised that your organization, as part of the orderly Closeout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR), as applicable) within 120 days of the end of this grant. NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 8.5.2. This revised award represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be dated no later than 30 days after the date of this notice.

## NHLBI FUNDING GUIDELINES

This award is being issued in accordance with the NHLBI FY 2024 Operating Guidelines which can be found at: https://www.nhlbi.nih.gov/current-operating-guidelines.

## SUBJECT FOA

This award is subject to the conditions set forth in the Funding Opportunity Announcement NOT-AG-23-032 Notice of Special Interest (NOSI): Administrative Supplement Program to Help Develop Alzheimer s-Focused NIH Grants, which are hereby incorporated by reference as special terms and conditions of this award. Copies of this Funding Opportunity Announcement can be found at the following link: https://grants.nih.gov/grants/guide/notice-files/NOT-AG-23-032.html . These funds ($31,691 Total Cost) are restricted and may not be expended for any other purpose without the written prior approval of the National Heart Lung and Blood Institute. Funds awarded are available for carryover for awards given carryover authority as reflected in section III of this award notice. However, the funds remain restricted for the purpose for which the supplement is awarded.

## CONSORTIUM/CONTRACTUAL

This award includes funds awarded for consortium activity with Boston University Medical Center. The recipient, as the direct and primary recipient of NIH grant funds, is accountable to NIH for the performance project, the appropriate expenditures of grant funds by all parties, and all other obligations of the recipient, as specified in the NIH Grants Policy Statement. In general, the requirements that apply to the recipient, including the intellectual property requirements also apply to consortium participant(s).

**Please Note:** Since this grant allows Automatic Carryover Authority, funds for this Aging Admin Supplement may be drawn down in PMS thru the Parent Grant's Project period end date.

## ADMINISTRATIVE SUPPLEMENTS PROGRESS REPORTING

A progress report for this supplement must be included in a separate section of the Parent Grant's Annual Research Performance Progress Report (RPPR).

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 3K01HL151902-04S1 REVISED

**INSTITUTION:** BOSTON MEDICAL CENTER CORPORATION

| Budget | Year 4 |
|---|---|
| Subawards/Consortium/Contractual Costs | $29,691 |
| TOTAL FEDERAL DC | $29,691 |
| TOTAL FEDERAL F&A | $2,000 |
| TOTAL COST | $31,691 |

A.R.000249
Version: 35 - 2/15/2024 ... 8:25/2025 12:16 AM

| Facilities and Administrative Costs | Year 4 |
|---|---|
| F&A Cost Rate 1 | 8% |
| F&A Cost Base 1 | $25,000 |
| F&A Costs 1 | $2,000 |

Version: 35 - 3/15/... A.R.000250 ...1/25/2025 12:16 AM

**Department of Health and Human Services**

I AOLI AB h RAYOFBEI GFAI D CBLL D uI #OuOEOR

**Notice of Award**

S01h B151902

**Federal Award Date**

06/11/2024

---

**Recipient Information**

**1. Recipient Name**

CL #OLI MRDц AB , RI ORY , L YPL YAOuLI
1 CL #OLI MRDц AB , OY PB
CL #OLI FMA 02118

**2. Congressional District of Recipient**

0J

**3. Payment System Identifier (ID)**

104NN1409NA1

**4. Employer Identification Number (EIN)**

04NN1409N

**5. Data Universal Numbering System (DUNS)**

005492160

**7. Recipient's Uni'ue Entity Identifier**

Qy 8Yk , 4RMDy 5

**q. Project Director or Principal Investigator**

, arl G #treedFMD

( arlостreed) . @( œrg
84J-J02-05J0

**8. Authorized Official**

Oina Dasilpa) . @( œrg
OinaDаsiIpa) . @( œrg
61J-414-2890

---

**Federal Agency Information**

**9. Awarding Agency Contact Information**

#Eyl AI I RPHgliese
Grant Manage@ent Пve( ialist
I AOLI AB h RAYOFBEI GFAI D CBLL D
uI #OuOEOR
sHeaнgliese) niTœop
mN01K594-N26J

**10. Program Official Contact Information**

#ean , oad3
Progra@ L ffi( er
I AOLI AB h RAYOFBEI GFAI D CBLL D
uI #OuOEOR
( oad3s) @ailœniTœop
N01-45N-1289

---

**Federal Award Information**

**11. Award Number**

NS01h B151902-04#1

**12. Uni'ue Federal Award Identification Number (FAIN)**

S01h B151902

**13. Statutory Authority**

42 E#, 241 42 , 7Y 52

**14. Federal Award Project Title**

Assessing tTe . Hrden of de@entia in transgender vovHlations

**15. Assistance Listing Number**

9N8NJ

**17. Assistance Listing Program Title**

, ardiopas( Har Diseases Yesear( T

**1q. Award Action Type**

#Hvvle@ent

**18. Is the Award R&D?**

Zes

| Summary Federal Award Financial Information | |
|---|---|
| **19. Budget Period Start Date** 06/15/2024 **– End Date** 0N/N1/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | bN1f591 |
| 20 aC Dire( t , ost A@oHnt | b29f591 |
| 20 . C undire( t , ost A@oHnt | b2f000 |
| **21.** AНtTorived , arr3oper | |
| **22.** L ffset | |
| **23.** Ootal A@oHnt of 7ederal 7Hnds L . ligated tTis . Hdget veriod | bN1f591 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | b0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | bN1f591 |
| **27. Project Period Start Date** 04/15/2021 **– End Date** 0N/N1/2026 | |
| 2q. Ootal A@oHnt of tTe 7ederal A$ ard in( lHding Avvroved , ost #Taring or Mat( Ting tTis Proze( t Period | b696f928 |

**28. Authorized Treatment of Program Income**

Additional , osts

**29. Grants Management Officer - Signature**

#Telia L rtiw

---

**30. Remarks**

A(( evtan( e of tTis a$ ardFin( lHding tTe jOer@s and , onditionsГj is a( " no$ ledged . 3 tTe re( ivient $ Ten fHnds are dra$ n do$ n or otTer$ ise reqHested fro@ tTe grant va3@ent s3ste@c

---

A.R.000251

Version:15 - 2/15/202 . . . 6/12/2024 12:NI AM

I oti(e of A$ ard

**RESEARCH SCIENTIST DEVELOPMENT AWARD**
Devart@ent of h ealtT and h H@an #erpi(es
I ational unstitHtes of h ealtT



I AOuLI AB h RAYOFBEI GFAI D CBLL D uI #Ou0EOR

---

### SECTION I – AWARD DATA – 3K01HL151902-04S1

**Principal Investigator(s)V**
, arl G #treedFMD

**Award e-mailed toV** grantscad@in) . @(corg

Dear AHtToriwed L ffi(ial:

OTe I ational unstitHtes of h ealtT Tere. 3 a$ ards a grant in tTe a@oHnt of bN1f691 nraee VA$ ard , al(Hation"
in #e(tion uand WOer@s and , onditions" in #e(tion uuKto CL #OLI MRDu AB, RI ORY , LYPLYAOuLI in
sHvvort of tTe a. ope referen(ed vroze(tc OTis a$ ard is vHrsHant to tTe aHtTorit3 of 42 E#, 241 49, 7Y 52
and is sH. æ(t to tTe reqHire@ents of tTis statHte and regHation and of otTer referen(edFin(orvorated or
atta(Ted ter@s and (onditionsc

A((evtan(e of tTis a$ ardFin(lHding tTe jOer@s and , onditionsFj is a(" no$ ledged . 3 tTe re(ivient $ Ten
fHnds are dra$ n do$ n or otTer$ ise reqHested fro@ tTe grant va3@ent s3ste@c

Ra(T vH. li(ationFvress releaseFor otTer do(H@ent a. oHt resear(T sHvvorted . 3 an I uh a$ ard @Hst in(lHde
an a(" no$ ledg@ent of I uh a$ ard sHvvort and a dis(lai@er sH(T as Wesear(T revorted in tTis vH. li(ation
$ as sHvvorted . 3 tTe I ational heartFBHngFAnd Clood unstitHte of tTe I ational unstitHtes of h ealtT Hnder
A$ ard I H@. er S01h B151902cOTe (ontent is solel3 tTe resvonsi. ilit3 of tTe aHtTors and does not
ne(essaril3 revresent tTe offi(ial pie$ s of I Te I ational unstitHtes of h ealtTc Prior to issHing a vress release
(on(erning tTe oHt(o@e of tTis resear(TFvlease notif3 tTe I uh a$ arding u, in adpan(e to allo$ for
(oordinationc

A$ ard re(ivients @Hst vro@ote o. æ(tipit3 in resear(T . 3 esta. lisTing standards tTat vropide a reasona. le
e"ve(tation tTat tTe designF(ondH(t and revorting of resear(T fHnded Hnder I uh a$ ards $ ill . e free fro@
. ias resHlting fro@ an unpestigators 7inan(ial , onfli(t of uhterest n7, LuFin a((ordan(e $ itT tTe 2011
repised regHlation at 42 , 7Y Part 50 #H. vart 7c OTe unstitHtion sTall sH. @it all 7, Lurevorts to tTe I uh
tTroHgT tTe eYA , o@@ons 7, LuModHecOTe regHlation does not avvl3 to PTase u#@all CHsiness
unnopatipe Yesear(T n#CuYKand #@all CHsiness Oe( Tnolog3 Oransfer n#OOYKa$ ardsc, onsHt tTe I uh
$ e. site Tttv://grantscniTcgop/grants/voli(3/(oi/ for a lin" to tTe regHlation and additional i@vortant
infor@ationc

uf 3oHTape an3 qHestions a. oHt tTis a$ ardFvlease dire(t qHestions to tTe 7ederal Agen(3 (onta(tsc

#in(erel3 3oHrsF

#Telia Lrtiw
Grants Manage@ent L ffi(er
I AOuLI AB h RAYOFBEI GFAI D CBLL D uI #Ou0EOR

Additional infor@ation follo$ s

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

A.R.000232

Version: 35 - 2/15/2024 ... 2/12/2024 12:56 AM

| | |
|---|---|
| Subawards: Consortium: Contractual Costs | b29f591 |
| | |
| **Federal Direct Costs** | b29f591 |
| **Federal F&A Costs** | b2f000 |
| **Approved Budget** | bN1f591 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | bN1f591 |
| **TOTAL FEDERAL AWARD AMOUNT** | bN1f591 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | bN1f591 |

| SUMMAR/ TOTAL FEDERAL AWARD AMOUNT / EAR ( 4 ) nfor tTis Do( H@ent l H@. erK | |
|---|---|
| **AWARD NUMBER** | **TOTAL FEDERAL AWARD AMOUNT** |
| NS01h B151902-04#1 | bN1f591 |
| 5S01h B151902-04 | b166f2JJ |
| **TOTAL** | **Y19q,978** |

| SUMMAR/ TOTALS FOR ALL / EARS nfor tTis Do( H@ent l H@. erK | | |
|---|---|---|
| **/ R** | **THIS AWARD** | **CUMULATI$E TOTALS** |
| 4 | bN1f591 | b19Jf968 |
| 5 | b0 | b166f2JJ |

Ye( o@@ended fHtHre 3ear total ( ost sHvvortFsH. æ( t to tTe apaila. ilit3 of fHnds and satisfa( tor3 vrogress of tTe vroæ( t

**Fiscal InformationV**
**Payment System IdentifierV**    104NN1409NA1
**Document NumberV**    Sh B151902A
**PMS Account TypeV**    P n#H. a( ( oHntK
**Fiscal / earV**    2024

| ս | , Al | 2024 |
|---|---|---|
| AG | 80410JN | bN1f591 |

Ye( o@@ended fHtHre 3ear total ( ost sHvvortFsH. æ( t to tTe apaila. ilit3 of fHnds and satisfa( tor3 vrogress of tTe vroæ( t

**NIH Administrative DataV**
**PCC**: h hR7 l  / **OC**: 410N4 / **Released**: 06/11/2024
**Award ProcessedV** 06/12/2024 12:N4:05 AM

**SECTION II − PA/ MENT: HOTLINE INFORMATION − 3K01HL151902-04S1**

7or va3@ent and h h # L ffi( e of unsve( tor General h otline infor@ationFsee tTe l ս h h o@e Page at
Tttv://grantsσniTc goy/grants/voli( 3/a$ ard( onditionsσTt@

**SECTION III − STANDARD TERMS AND CONDITIONS − 3K01HL151902-04S1**

OTis a$ ard is . ased on tTe avvli( ation sH. @itted toFand as avvroved . 3Fl սh on tTe a. ope-titled vroæ( t and is sH. æ( t to tTe ter@s and ( onditions in( orvorated eitTer dire( tl3 or . 3 referen( e in tTe follo$ ing:

ac   OTe grant vrogra@ legislation and vrogra@ regHation ( ited in tTis l loti( e of A$ ardc

. c   , onditions on a( tivities and e"venditHre of fHnds in otTer statHtor3 reqHire@entsFsH( T as tTose in( lHded in avvrovriations a( tsc
( c   45 , 7Y Part J5c

dc   l ational Poli( 3 YeqHire@ents and all otTer reqHire@ents des( ri. ed in tTe l ս h Grants Poli( 3
#tate@entFin( lHding addenda in effe( t as of tTe . eginning date of tTe . Hdget veriodc

ec   7ederal A$ ard Perfor@an( e Goals: As reqHired . 3 tTe veriodi( revort in tTe YPPY or in tTe final
vrogress revort $ Ten avvli( a. lec

fc   OTis a$ ard noti( eFl , BEDս G Oh R ORYM# Al D , Ll DսOLl l # , սORD CRBL' c

n#ee l ս h h o@e Page at Tttv://grantsσniTc goy/grants/voli( 3/a$ ard( onditionsσTt@ for ( ertain
referen( es ( ited a. opeK

A.R.000233

**Research and Development (R&D)V** All a$ards issHed . 3 tTe I ational unstitHtes of healtT rh uh K@eet tTe definition of Wesear(T and Depelov@ent" at 45 , 7Y PartX J5⊂2. As sH(TFaHditees sToHd identif3 I uh a$ards as vart of tTe Y§D ( IHster on tTe #(TedHe of R"venditHres of 7ederal A$ards n#R7AK⊂OTe aHditor sToHd test I uh a$ards for ( o@vlian( e as instrH( ted in Part VF, IHsters of Progra@scl uh re( ognives tTat so@e a$ards @a3 Tape anotTer ( lassifi( ation for vHrvoses of indire( t ( ostsc⊂OTe aHditor is not reqHired to revort tTe dis( onne( t inreER Te a$ard is ( lassified as Y§D for 7ederal AHdit YeqHire@ent vHrvoses . Ht non-resear(T for indire( t ( ost rate vHrvosesKFHnless tTe aHditee is ( Targing indire( t ( osts at a rate otTer tTan tTe rateraKsve( ified in tTe a$ard do(H@entraK⊂

An Hno. ligated . alan( e @a3. e ( arried oper into tTe ne"t . Hdget veriod $ itToHt Grants Manage@ent L ffi( er vrior avvropalc

OTis grant is sH. æ( t to #trea@lined I on( o@veting A$ard Pro( edHres n#l APK⊂

OTis a$ard is sH. æ( t to tTe reqHire@ents of 2 , 7Y Part 25 for institHtions to o. tain a HniqHe entit3 identifier rⒺRuKand @aintain an a( tipe registration in tTe #3ste@ for A$ard Manage@ent n#AMK⊂ #ToHd a ( onsortiH@/sH. a$ard . e issHed Hnder tTis a$ardFa ERureqHire@ent of Hst . e in( lHdedc #ee [Tttv://grantsⓢniT⊂gop/grants/voli( 3/a$ard( onditionsⒹT⊂@](Tttv://grantsⓢniT⊂gop/grants/voli( 3/a$ard( onditionsⒹT⊂@) for tTe fHll I uh a$ard ter@ i@vle@enting tTis reqHire@ent and otTer additional infor@ationc

OTis a$ard Tas . een assigned tTe 7ederal A$ard udentifi( ation I H@. er m7Au. KS01h B151902cYe( ivients @Hst do(H@ent tTe assigned 7Au. on ea( T ( onsortiH@/sH. a$ard issHed Hnder tTis a$ardc

Cased on tTe vroæ( t veriod start date of tTis vroæ( tFrTis a$ard is li"el3 sH. æ( t to tTe Oransvaren( 3 A( t sH. a$ard and e"( Htipe ( o@vensation revorting reqHire@ent of 2 , 7Y Part 1J0c⊂OTe are ( onditions tTat @a3 e"( lHde tTis a$ard&see [Tttv://grantsⓢniT⊂gop/grants/voli( 3/a$ard( onditionsⒹT⊂@](Tttv://grantsⓢniT⊂gop/grants/voli( 3/a$ard( onditionsⒹT⊂@) for additional a$ard avvli( a. ilit3 infor@ationc

un a( ( ordan( e $ itT P⊂8c110-161F( o@vlian( e $ itT tTe I uh PH. li( A( ( ess Poli( 3 is no$ @andator3c7or @ore infor@ationFsee I LO-L D-08-0NN and tTe PH. li( A( ( ess æ e. site: [Tttv://vH. li( a( ( essⓢniT⊂gop/c](Tttv://vH. li( a( ( essⓢniT⊂gop/)

OTis a$ard is fHnded . 3 tTe follo$ing list of institHtesc An3 vavers vH. lisTed Hnder tTe aHsvi( es of tTis a$ard @Hst ( ite tTe fHnding sHvvort of all institHtesc

| I ational unstitHte L n Aging rh uAK |
| --- |

Ye( ivients @Hst ad@inister tTe vroæ( t in ( o@vlian( e $ itT federal ( ipil rigTts la$ s tTat vroTi. it dis( ri@ination on tTe . asis of ra( eF( olorFnational originFdisa. ilit3FageFand ( o@vl3 $ itT avvli( a. le ( ons( ien( e vrote( tionsc⊂OTe re( ivient $ ill ( o@vl3 $ itT avvli( a. le la$ s tTat vroTi. it dis( ri@ination on tTe . asis of se"F$ Ti( T in( lHdes dis( ri@ination on tTe . asis of gender identit3Fse"Hal orientationFand vregnan( 3c, o@vlian( e $ itT tTese la$ s reqHires ta"ing reasona. le stevs to vropide @eaningfH. a( ( ess to versons $ itT li@ited Pnglisl vrofi( ien( 3 and vropiding vrogra@s tTat are a( ( essi. le to and Hsa. le . 3 versons $ itT disa. ilitiesc⊂OTe h h # L ffi( e for , ipil YigTts vropides gHidan( e on ( o@vl3ing $ itT ( ipil rigTts la$ s enfor( ed . 3 h h #c#ee [Tttvs://$ $ $ ⒹT⊂gop/( ipil-rigTts/for-vropiders/vropider-o. ligations/inde"ⒹT⊂@l](Tttvs://$ $ $ ⒹT⊂gop/( ipil-rigTts/for-vropiders/vropider-o. ligations/inde"ⒹT⊂@l) and [Tttvs://$ $ $ ⒹT⊂gop/c](Tttvs://$ $ $ ⒹT⊂gop/)

- Ye( ivients of 77A @Hst ensHre tTat tTeir vrogra@s are a( ( essi. le to versons $ itT li@ited RnglisT vrofi( ien( 3c7or gHidan( e on @eeting tTe legal o. ligation to ta" e reasona. le stevs to ensHre @eaningfH. a( ( ess to vrogra@s or a( tipities . 3 li@ited RnglisT vrofi( ient indipidHalsF see [Tttvs://$ $ $ ⒹT⊂gop/( ipil-rigTts/for-indipidHals/sve( ial-tovi( s/li@ited-englisT-vrofi( ien( 3/fa( t-sTeet-gHidan( e/inde"ⒹT⊂@l](Tttvs://$ $ $ ⒹT⊂gop/( ipil-rigTts/for-indipidHals/sve( ial-tovi( s/li@ited-englisT-vrofi( ien( 3/fa( t-sTeet-gHidan( e/inde"ⒹT⊂@l) and [Tttvs://$ $ $ dev⊂gop/c](Tttvs://$ $ $ dev⊂gop/)
- 7or infor@ation on an institHtionⓢs sve( ifi( legal o. ligations for serping qHalified indipidHals $ itT disa. ilitiesFin( lHding vropiding vrogra@ a( ( essFreasona. le @odifi( ationsFand to vropide effe( tipe ( o@@Hni( ationFsee [Tttv://$ $ $ ⒹT⊂gop/o( r/( ipilrigTts/Hnderstanding/disa. ilit3/inde"ⒹT⊂@lc](Tttv://$ $ $ ⒹT⊂gop/o( r/( ipilrigTts/Hnderstanding/disa. ilit3/inde"ⒹT⊂@lc)
- h h # fHnded TealtT and edH( ation vrogra@s @Hst . e ad@inistered in an enpiron@ent free of se"Hal Tarass@ent&see [Tttvs://$ $ $ ⒹT⊂gop/( ipil-rigTts/for-indipidHals/se"-dis( ri@ination/inde"ⒹT⊂@lc](Tttvs://$ $ $ ⒹT⊂gop/( ipil-rigTts/for-indipidHals/se"-dis( ri@ination/inde"ⒹT⊂@lc) 7or infor@ation a. oHt I uh;s ( o@@it@ent to sHvvorting a safe and resve( tfH. $ or" enpiron@entF $ To to ( onta( t $ itT qHestions or ( on( ernsFand $ Tat I uh;s e"ve( tations are for institHtions and tTe indipidHals sHvvorted on I uh-fHnded a$ardsFvlease see [Tttvs://grantsⓢniT⊂gop/grants/voli( 3/Tarass@entⒹT⊂@c](Tttvs://grantsⓢniT⊂gop/grants/voli( 3/Tarass@entⒹT⊂@c)

A.R.000234

Version: 35 - 2/15/2024 . . . . . 9/12/2024 12:58 AM

- 7or gHidan( e on ad@inistering vrogra@s in ( o@vlian( e $ itT avvli( a. le federal religioHs nondis( ri@ination la$ s and avvli( a. le federal ( ons( ien( e vrote( tion and asso( iated anti-dis( ri@ination la$ sFsee Tttvs://$ $ $ cdTscgop/( ons( ien( e-vrote( tions/inde"cdT@l and Tttvs://$ $ $ cdTscgop/( ons( ien( e/religioHs-freedo@/inde"cdT@lc

un a( ( ordan( e $ itT tTe regHlator3 reqHire@ents vropided at 45 , 7Y J5cd 1N and Avvendi" ' uto 45 , 7Y Part J5Fre( ivients tTat Tape ( HrrentI3 a( tipe 7ederal grantsF( ooveratipe agree@entsFand vro( Hre@ent ( ontra( ts $ itT ( H@Hatipe total palHe greater tTan b10I000IF00 (@Hst revort and @aintain infor@ation in tTe #3ste@ for A$ ard Manage@ent ("AMKa. oHt ( ipilF( ri@inalFand ad@inistratipe vro( eedings in ( onne( tion $ itT tTe a$ ard or verfor@an( e of a 7ederal a$ ard tTat rea( Ted final disvosition $ itTin tTe @ost re( ent fipe-3ear veriodc OTe re( ivient @Hst also @a" e se@iann Hal dis( los Hres regarding s H( T vro( eedingscPro( eedings infor@ation $ ill . e @ade v H. li( I3 apaila. le in tTe designated integrit3 and verfor@an( e s3ste@ r@Hrrentl3 tTe 7ederal A$ ardee Perfor@an( e and untegrit3 unfor@ation #3ste@ n@APur@Kc7HI revorting reqHire@ents and vro( edHres are fo Hnd in Avvendi" ' uto 45 , 7Y Part J5cOTis ter@ does not avvI3 to I uh fello$ sTivsc

**Treatment of Program IncomeV**
Additional , osts

---

**SECTION I$ − HL SPECIFIC AWARD CONDITIONS − 3K01HL151902-04S1**

, lini( al Orial undi( ator: I o
OTis a$ ard does not sHvvort an3 I uh-defined , lini( al Orialsc#ee tTe I uh Grants Poli( 3 #tate@ent #e( tion 1c2 for I uh definition of , lini( al Orialc

## NHLBI FUNDING GUIDELINES
This award is being issued in accordance with the NHLBI FY 2024 Operating Guidelines which can be found at: https://www.nhlbi.nih.gov/current-operating-guidelines.

## SUBJECT FOA
This award is subject to the conditions set forth in the Funding Opportunity Announcement NOT-AG-23-032 Notice of Special Interest (NOSI): Administrative Supplement Program to Help Develop Alzheimer s-Focused NIH Grants, which are hereby incorporated by reference as special terms and conditions of this award. Copies of this Funding Opportunity Announcement can be found at the following link: https://grants.nih.gov/grants/guide/notice-files/NOT-AG-23-032.html . These funds ($31,691 Total Cost) are restricted and may not be expended for any other purpose without the written prior approval of the National Heart Lung and Blood Institute. Funds awarded are available for carryover for awards given carryover authority as reflected in section III of this award notice. However, the funds remain restricted for the purpose for which the supplement is awarded.

## CONSORTIUM/CONTRACTUAL
This award includes funds awarded for consortium activity with Boston University Medical Center. The recipient, as the direct and primary recipient of NIH grant funds, is accountable to NIH for the performance project, the appropriate expenditures of grant funds by all parties, and all other obligations of the recipient, as specified in the NIH Grants Policy Statement. In general, the requirements that apply to the recipient, including the intellectual property requirements also apply to consortium participant(s).

**Please Note:** Since this grant allows Automatic Carryover Authority, funds for this Aging Admin Supplement may be drawn down in PMS thru the Parent Grant's Project period end date.

## ADMINISTRATIVE SUPPLEMENTS PROGRESS REPORTING
A progress report for this supplement must be included in a separate section of the Parent Grant's Annual Research Performance Progress Report (RPPR).

**SPREADSHEET SUMMAR/**
**AWARD NUMBER** NS01h B151902-04#1

**INSTITUTION** VCL #OLI MRDy AB, RI ORY, L YPL YAOuLI

| CHdget | Zear 4 | Zear 5 |
|---|---|---|
| #H a$ ards/, onsortiH@/, o ntra( tHal , osts | b29f591 | |
| OL OAB 7RDRYAB D, | b29f591 | |
| OL OAB 7RDRYAB 7§A | b2f000 | |
| OL OAB, L #O | bN1f591 | b0 |

| 7a( ilities and Ad@inistratipe , osts | Zear 4 | Zear 5 |
|---|---|---|
| 7§A , ost Yate 1 | 8% | |
| 7§A , ost Case 1 | b25f000 | |
| 7§A , osts 1 | b2f000 | |

**Department of Health and Human Services**



**Notice of Award**

#6 6173701AA0290NW

I AOLI AS u UOuOEOD LI  ASRL h LS ABEUD AI  F  ASRL h LSuUM

**Federal Award Date**
09/18/2024

---

## Recipient Information

**1. Recipient Name**
I  L 7Oh Y DUOD7I  EI  uVD7UuO3
W88 RSA7C UO
DVAI  UOLI  KuS W020,

**2. Congressional District of Recipient**
09

**3. Payment System Identifier (ID)**
18W21WN, 1NA1

**4. Employer Identification Number (EIN)**
8W21WN, 1N

**5. Data Universal Numbering System (DUNS)**
00548W 08

**6. Recipient's Unique Entity Identifier**
CGNW 3DI  S5C1

**7. Project Director or Principal Investigator**
Gregorc SkPTillibskPh F  @ontawt.
OenHred Assowiate Professor
GIb2y  nortTJ esternIedH
812-508-844N

**8. Authorized Official**
Orinitc Adamsel
Ubonsored7esearwTy  nortTJ esternIedH
812-508-N955

---

## Federal Agency Information

**9. Awarding Agency Contact Information**
Ralep FanieI Y aller
Grants Management Ubewialist
I  AOLI  AS u  UOuOEOD LI  ASRL h LS
ABEUD AI  F  ASRL h LSuUM
walepkJ allery  niTkgov
@801. 448-51N8

**10. Program Official Contact Information**
7opert  #reeman
h ealtT Uwientist Administrator
I  AOLI  AS u  UOuOEOD LI  ASRL h LS
ABEUD AI  F  ASRL h LSuUM
rfreemany  mailkniTkgov
801448-, , 20

---

## Federal Award Information

**11. Award Number**
8701AA0290NW04U1

**12. Unique Federal Award Identification Number (FAIN)**
701AA0290NW

**13. Statutory Authority**
42 EUR 241 42 R#7 52

**14. Federal Award Project Title**
umbroving MeasHrement of AlwoToI Ese and L tTer Fisbarities pc UeqKUeqHaI
L rientationKand Gender udentitc tTroHgT RommHnitc Dngagement

**15. Assistance Listing Number**
98l2N8

**16. Assistance Listing Program Title**
AlwoToI 7esearwT Programs

**17. Award Action Type**
UHbblement

**18. Is the Award R&D?**
3es

---

### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 09/01/2024 **– End Date** 0, /81/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | x99l0, 8 |
| 20 ak Firewt Rost AmoHnt | x W1l92N |
| 20 pk undirewt Rost AmoHnt | x8Nl15W |
| **21.** AHtTori( ed Rarrcover | |
| **22.** L ffset | |
| **23.** Ootal AmoHnt of #ederal #Hnds L pligated tTis pHdget beriod | x99l0, 8 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | x0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | x99l0, 8 |
| **26. Project Period Start Date** 09/21/2021 **– End Date** 0, /81/202W | |
| **27.** Ootal AmoHnt of tTe #ederal AJ ard inwlHding Abbroved Rost UTaring or MatwTing tTis Pro)ewt Period | x2Kl2l00N |
| **28. Authorized Treatment of Program Income** Additional Rosts | |
| **29. Grants Management Officer - Signature** SaHren  Darlc | |

---

**30. Remarks**

Awwebtanwe of tTis aJ ardKinwlHding tTe $Oerms and RonditionsKis awznoJ ledged pc tTe rewibient J Ten fHnds are draJ n doJ n or
otTerJ ise rej Hested from tTe grant bacment scstemk

A.R.000257



I otiwe of AJ ard

**RESEARCH**

Febartment of h ealtT and h Hman Uerviwes
I ational unstitHtes of h ealtT



I AOlLI  AS ul UOlOEOD LI   ASRLh L S ABEUD Al  F  ASRLh L SlUM

---

**SECTION I – AWARD DATA – 3R01AA029076-04S1**

**Principal Investigator(s):**
SaHren Brittanc BeawTK' F
Gregorc SkPTillibs @ontawt.KPh F

**Award e-mailed to:** L U7-AJ ardsy nortTJ esternledH

Fear AHtTori( ed L ffiwial:

OTe I ational unstitHtes of h ealtT Terepc aJ ards a grant in tTe amoHnt of x99K0, 8 @ee "AJ ard RalwHlation" in Uewtion uand "Oerms and Ronditions" in Uewtion uu to I L 70h Y DUOD7I  EI  uVD7UlO3 Rh uRAGL  in sHbbort of tTe apove referenwed bro)ewtk OTis aJ ard is bHrsHant to tTe aHtToritc of 42 EUR 241 42 R#7 52  and is sHp)ewt to tTe rej Hirements of tTis statHte and regHlation and of otTer referenwedKinworborated or attawTed terms and wonditionsk

Awwebtanwe of tTis aJ ardKinwlHding tTe 3Oerms and RonditionsKis awznoJ ledged pc tTe rewibient J Ten fHnds are draJ n doJ n or otTerJ ise rej Hested from tTe grant bacment scstemk

DawT bHpliwationKbress releaseKor otTer dowHment apoHt researwT sHbborted pc an I  uh aJ ard  mHst inwlHde an awznoJ ledgment of I  uh aJ ard sHbbort and a diswlaimer sHwT as "7esearwT reborted in tTis bHbliwation J as sHbborted pc tTe I ational unstitHte L n AlwoTol ApHse And AlwoTolism of tTe I ational unstitHtes of h ealtT Hnder AJ ard I  Hmper 701AA0290NWkOTe wontent is solelc tTe resbonsipilitc of tTe aHtTors and does not newessarilc rebresent tTe offiwial vieJ s of  tTe I ational unstitHtes of h ealtTK' Prior to issHing a bress release wonwerning tTe oHtwome of tTis researwTKblease notifc tTe I  uh aJ arding uR in advanwe to alloJ  for woordinationk

AJ ard rewibients mHst bromote op)ewtivitc in researwT pc estaplisTing standards tTat brovide a reasonaple eqbewtation tTat tTe designKwondHwt and reborting of researwT fHnded Hnder I  uh aJ ards J ill pe free from pias resHlting from an unvestigator's #inanwial Ronfliwt of unterest @#RL uKin awwordanwe J itT tTe 2011 revised regHlation at 42 R#7 Part 50 UHbbart #k OTe unstitHtion sTall sHbmit all #RL ureborts to tTe I  uh tTroHgT tTe e7A Rommons #RL uModHlekOTe regHlation does not abblc to PTase uUmall BHsiness unnovative 7esearwT @UBu7. and Umall BHsiness OewHnologc Oransfer @UOO7. aJ ardskRonsHlt tTe I  uh J epsite Tttb://grantslniTkgov/grants/boliwc/woi/ for a linz to tTe regHlation and additional imbortant informationk

uf coH Tave anc j Hestions apoHt tTis aJ ardKblease direwt j Hestions to tTe #ederal Agenwc wontawtsk

Uinwerelc coHrsK

SaHren Darlc
Grants Management L ffiwer
I AOlLI  AS ul UOlOEOD LI   ASRLh L S ABEUD Al  F  ASRLh L SlUM

Additional information folloJ s

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| Salaries and Wages | x20K25W |
| Fringe Benefits | x5K5N1 |
| Personnel Costs (Subtotal) | x25K2N |
| Consultant Services | x24K00 |
| Travel | x2K500 |
| Other | x9K000 |
| | |
| Federal Direct Costs | xWK92N |
| Federal F&A Costs | x8NK45W |
| Approved Budget | x99K0,8 |
| Total Amount of Federal Funds Authorized (Federal Share) | x99K0,8 |
| TOTAL FEDERAL AWARD AMOUNT | x99K0,8 |
| | |
| AMOUNT OF THIS ACTION (FEDERAL SHARE) | x99K0,8 |

| SUMMARY TOTAL FEDERAL AWARD AMOUNT YEAR ( 4 ) (for tTis FowHment I Hmper. | |
|---|---|
| **AWARD NUMBER** | **TOTAL FEDERAL AWARD AMOUNT** |
| 8701AA0290NW04U1 | x99K0,8 |
| 5701AA0290NW04 | xW04KW0 |
| **TOTAL** | **$703,843** |

| SUMMARY TOTALS FOR ALL YEARS (for tTis FowHment I Hmper. | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 4 | x99K0,8 | xN08K48 |
| 5 | x0 | x595K454 |

7ewommended fHtHre cear total wost sHbbortKsHp)ewt to tTe availapilitc of fHnds and satisfawtorc brogress of tTe bro)ewt

**Fiscal Information:**

| | |
|---|---|
| Payment System Identifier: | 18W21WN,1NA1 |
| Document Number: | 7AA0290NWA |
| PMS Account Type: | P @Hpawwo Hnt. |
| Fiscal Year: | 2024 |

| tR | RAI | 2024 |
|---|---|---|
| LF | ,055N29 | x99K0,8 |

7ewommended fHtHre cear total wost sHbbortKsHp)ewt to tTe availapilitc of fHnds and satisfawtorc brogress of tTe bro)ewt

**NIH Administrative Data:**
**PCC**: AD #F / **OC**: 41028 / **Released**: 09/12/2024
**Award Processed:** 09/18/2024 12:1N85 AM

## SECTION II – PAYMENT/HOTLINE INFORMATION – 3R01AA029076-04S1

#or bacment and h h U L ffive of unsbewtor General Hotline informationKsee tTe I uh h ome Page at
Tttb://grantskniTkgov/grants/boliwc/aJ ardwonditionskTtm

## SECTION III – STANDARD TERMS AND CONDITIONS – 3R01AA029076-04S1

OTis aJ ard is based on tTe abbliwation sHpmitted toKand as abbroved pcKI uh on tTe apove-titled bro)ewt and is sHp)ewt to tTe terms and wonditions inworborated eitTer direwtlc or pc referenwe in tTe folloJ ing:

ak  OTe grant brogram legislation and brogram regHlation wited in tTis I otive of AJ ardk

pk  Ronditions on awtivities and eqbenditHre of fHnds in otTer statHtorc re) HirementsKsHwT as tTose inwlHded in abbrobriations awtsk

wk  45 R#7 Part N5k

dk  I ational Poliwc 7e) Hirements and all otTer re) Hirements deswriped in tTe I uh Grants Poliwc UtatementKinwlHding addenda in effewt as of tTe peginning date of tTe pHdget beriodk

ek  #ederal AJ ard Performanwe Goals: As re) Hired pc tTe beriodiwrebort in tTe 7PP7 or in tTe final

brogress rebort J Ten abbliwaplek

fk   OTis aJ ard notiweKU RSEFuJ G Oh D OD7MU AI F RLI FuOLI U RuODF BDSLY k

@Jee I uh h ome Page at Ttttb://grantsIniTkgov/grants/boliwc/aJ ardwonditionsKTtm for wertain referenwes wited apovek

**Research and Development (R&D):** All aJ ards issHed pc tTe I ational instItHes of h ealtT @I uh . meet tTe definition of "7esearwT and Fevelobment" at 45 R#7 Part§ N5K2. As sHwTKaHditees sToHld identifc I uh aJ ards as bart of tTe 7&F wHster on tTe UwTedHe of DqbenditHres of #ederal AJ ards @OD#A. kOTe aHditor sToHld test I uh aJ ards for womblianwe as instrHwted in Part VKRIHsters of Programskl uh rewogni( es tTat some aJ ards mac Tave anotTer wlassification for bHrboses of indirewt wostskOTe aHditor is not rej Hired to rebort tTe diswonnewt @IeKkTe aJ ard is wlassified as 7&F for #ederal AHdit 7ej Hirement bHrboses pHt non-researwT for indirewt wost rate bHrboses.KHnless tTe aHditee is wTarging indirewt wosts at a rate otTer tTan tTe rate@. sbewified in tTe aJ ard dowHment@.k

OTis instItHtion is a signatorc to tTe #ederal Femonstration PartnersTib @#FP. PTase VwuAgreement J TiwT rej Hires awtive instItHtional bartiwibation in neJ or ongoing #FP demonstrations and bilotsk

An Hnobligated palanwe mac pe warried over into tTe neqt pHdget beriod J itToHt Grants Management L ffiwer brior abbrovalk

OTis grant is sHp)ewt to Utreamlined I onwombeting AJ ard ProwedHres @UI AP.k

OTis aJ ard is sHp)ewt to tTe rej Hirements of 2 R#7 Part 25 for instItHtions to obtain a Hnij He entitc identifier @IDu and maintain an awtive registration in tTe Ucstem for AJ ard Management @IAM.k UToHld a wonsortiHm/sHpaJ ard pe issHed Hnder tTis aJ ardKa EDurej Hirement mHst pe inwHIdedk Uee Ttttb://grantsIniTkgov/grants/boliwc/aJ ardwonditionsKTtm for tTe fHII I uh aJ ard term imblementing tTis rej Hirement and otTer additional informationk

OTis aJ ard Tas peen assigned tTe #ederal AJ ard wIdentification I Hmper @IAuJ . 701AA0290NWK7ewibients mHst dowHment tTe assigned #AuJ on eawT wonsortiHm/sHpaJ ard issHed Hnder tTis aJ ardk

Based on tTe bro)ewt beriod start date of tTis bro)ewtKtTis aJ ard is lizelc sHp)ewt to tTe Oransbarenwc Awt sHpaJ ard and eqewHtive wombensation reborting rej Hirement of 2 R#7 Part 1N0kOTere are wonditions tTat mac eqwHIde tTis aJ ard; see Ttttb://grantsIniTkgov/grants/boliwc/aJ ardwonditionsKTtm for additional aJ ard abbliwapilitc informationk

un awwordanwe J itT PKSk110-1WIKwomblianwe J itT tTe I uh PHpliwAwwess Poliwc is noJ mandatorck#or more informationKsee I LO-L F-0, -088 and tTe PHpliwAwwess J epsite: Ttttb://bHpliwawwessIniTkgov/k

OTis aJ ard is fHnded pc tTe folloJ ing list of instItHtesk Anc babers bHplisTed Hnder tTe aHsbiwes of tTis aJ ard mHst wite tTe fHnding sHbbort of all instItHtesk

| L ffiwe L f OTe FirewtorKI ational instItHtes L f h ealtT @I F. |
|---|

7ewibients mHst administer tTe bro)ewt in womblianwe J itT federal wivil rigTts laJ s tTat broTipit diswrimination on tTe pasis of raweKwolorKnational originKdisapilitcKageKand womblc J itT abbliwaple wonswienwe brotewtionskOTe rewibient J ill womblc J itT abbliwaple laJ s tTat broTipit diswrimination on tTe pasis of seqKJ TiwT inwHIdes diswrimination on tTe pasis of gender identitcKseqHaI orientationKand bregnanwcKRomblianwe J itT tTese laJ s rej Hires tazing reasonaple stebs to brovide meaningfHI awwess to bersons J itT limited DnglisT brofiwienwc and broviding brograms tTat are awwessiple to and Hsaple pc bersons J itT disapilitieskOTe h h U L ffiwe for Rivil 7igTts brovides gHidanwe on wombIcing J itT wivil rigTts laJ s enforwed pc h h UkUee Ttttb://J J J kTTskgov/wivil-rigTts/for-broviders/brovider-opligations/indeqKTtml and Ttttbs://J J J kTTskgov/k

- 7ewibients of ##A mHst ensHre tTat tTeir brograms are awwessiple to bersons J itT limited DnglisT brofiwienwck#or gHidanwe on meeting tTe legal opligation to taze reasonaple stebs to ensHre meaningfHI awwess to brograms or awtivities pc limited DnglisT brofiwient individHalsK see Ttttbs://J J J kTTskgov/wivil-rigTts/for-individHals/sbewial-tobiws/limited-englisT-brofiwienwc/fawt-sTeet-gHidanwe/indeqKTtml and Ttttbs://J J J kleblkgovk
- #or information on an instItHtion's sbewifiwlegal opligations for serving j Halified individHals J itT

disapilitiesKinwlHding broviding brogram awwessKreasonaple modifiwationsKand to brovide effewtive wommHniwationKsee Ttttp://J J J KTTsKgov/owr/wivilrigTts/Hnderstanding/disapilitc/indeqKTtmlk

- h h U fHnded TealtT and edHwation brograms mHst be administered in an environment free of seqHal Tarassment; see Ttttps://J J J KTTsKgov/wivil-rigTts/for-individHals/seq-diswrimination/indeqKTtmlk #or information apoHt l' uh's wommitment to sHbborting a safe and resbewtfHl J orz environmentK J To to wontawt J itT j Hestions or wonwernsKand J Tat l' uh's eqbewtations are for instituHtions and tTe individHals sHbborted on l' uh-fHnded aJ ardsKblease see Ttttps://grantsKniTKgov/grants/boliwc/TarassmentKTtmk

- #or gHHdanwe on administering brograms in womblianwe J itT abbliwaple federal religioHs nondiswrimination laJ s and abbliwaple federal wonswienwe brotewtion and assowiated anti- diswrimination laJ sKsee Ttttps://J J J KTTsKgov/wonswienwe/wonswienwe-brotewtions/indeqKTtml and Ttttps://J J J KTTsKgov/wonswienwe/religioHs-freedom/indeqKTtmlk

un awwordanwe J itT tTe regHlatorc rej Hirements brovided at 45 R#7 N5K118 and Abbendiq Xuto 45 R#7 Part N5Krewibients tTat Tave wHrrentlc awtive #ederal grantsKwooberative agreementsKand browHrement wontrawts J itT wHmHlative total valHe greater tTan x10K000K000 mHst rebort and maintain information in tTe Ucstem for AJ ard Management (UJAMK apoHt wivilKwriminalKand administrative broweedings in wonnewtion J itT tTe aJ ard or berformanwe of a #ederal aJ ard tTat reawTed final disbosition J itTin tTe most rewent five-cear beriodk OTe rewibient mHst also maze semiannHal diswlosHres regarding sHwT broweedingskProweedings information J ill pe made bHbliwc available in tTe designated integritc and berformanwe scstem (uHrrentlc tTe #ederal AJ ardee Performanwe and untegritc unformation Ucstem (#APuUJ..k#Hll reborting rej Hirements and browedHres are foHnd in Abbendiq Xuto 45 R#7 Part N5KOTis term does not abblc to l' uh felloJ sTibsk

**Treatment of Program Income:**
Additional Rosts

---

**SECTION IV – AA SPECIFIC AWARD CONDITIONS – 3R01AA029076-04S1**

Rliniwal Orial undiwator: l' o
OTis aJ ard does not sHbbort anc l' uh-defined Rliniwal OrialskUee tTe l' uh Grants Poliwc Utatement Uewtion 1k2 for l' uh definition of Rliniwal Orialk

This award provides supplemental funds in the amount of **$99,083 Total Costs ($61,927 Direct Costs and $37,156 F&A Costs)** for addressing gaps in Intersex and Variations of Sex Development (I/VSC) health by investing directly in Intersex-led, grassroots research efforts as requested in the administrative supplement application submitted **01/30/2024**. These funds are restricted for the stated purpose and may not be used for any other purpose without Grants Management Branch, NIAAA approval.

The terms and conditions of the parent award also apply to this administrative supplement.

**PRIOR APPROVALS:**  In keeping with NIH Guide Notice NOT-OD-06-054 (http://grants.nih.gov/grants/guide/notice-files/NOT-OD-06-054.html), as this grant has multiple Principal Investigators (PIs), although the signatures of the PIs are not required on prior approval requests submitted to the agency, the grant recipient institution must secure and retain the signatures of all PIs following their own internal processes.

Support is provided by NIAAA and the Office of Behavioral and Social Sciences Research (OBSSR).  When acknowledging support  all sources should be cited.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 8701AA0290NW04U1

**INSTITUTION:** l' L7Oh Y DUOD7l' El' uVD7UuU3 Rh uRAGL

| BHdget | 3ear 4 | 3ear 5 |
|---|---|---|
| Ualaries and Y ages | x20K25W | |
| #ringe Benefits | x5K5N1 | |
| Personnel Rosts @UHp total. | x25K2N | |
| RonsHltant Uerviwes | x24K000 | |
| Oravel | x2K500 | |
| L tTer | x9K000 | |
| OL OAS #DFD7AS F R | xW1K92N | |
| OL OAS #DFD7AS #&A | x8NK15W | |
| OL OAS RL UO | x99K0, 8 | x0 |

| #awilities and Administrative Rosts | 3ear 4 | 3ear 5 |
|---|---|---|
| #&A Rost 7ate 1 | W0% | |
| #&A Rost Base 1 | xW1K92N | |
| #&A Rosts 1 | x8NK15W | |

**Department of Health and Human Services**  |  **Notice of Award**

3C01AA0290#8

**Federal Award Date**
03/25/2025

7 AhIT7 AOI7 LhlhShU T7 AOETu TO AFSLU A7 R AOETu TOILM

---

## Recipient Information

**1. Recipient Name**
7 TChu 6 ULhUC7 S7 IVUCLlh,
833 EQACK Lh
UVA7 LhT7 wO 8020.

**2. Congressional District of Recipient**
09

**3. Payment System Identifier (ID)**
138218#. 1#A1

**4. Employer Identification Number (EIN)**
38218#. 1#

**5. Data Universal Numbering System (DUNS)**
005438. 03

**' . Recipients Uni7ue Entity Identifier**
KG#86 , U7 O5K1

**6. Project Director or Principal Investigator**
Gregorp O@PHIlNcswPu R JEontaWm
henl red AssoWate Professor
GNe2v northH( estern@dl
312-503-344#

**8. Authorized Official**
hrinitp Ada) seN
Lconsored Cesear WHv northH( estern@dl
312-503-#955

---

## Federal Agency Information

**9. Awarding Agency Contact Information**
EaNz RanieN5 aNlr
Grants Manage) ent LceWaNst
7 AhIT7 AOI7 LhlhShU T7 AOETu TO
AFSLU A7 R AOETu TOILM
WaNz@aNrv niH@oy
J801m443-51#3

**10. Program Official Contact Information**
Cozert Yree) an
ueaNHLWentist Ad) inistrator
7 AhIT7 AOI7 LhlhShU T7 AOETu TO
AFSLU A7 R AOETu TOILM
rfree) anv ) aiNniH@oy
301443-. . 20

---

## Federal Award Information

**11. Award Number**
3C01AA0290#8-04L1

**12. Uni7ue Federal Award Identification Number (FAIN)**
C01AA0290#8

**13. Statutory Authority**
42 SLE 241 42 EYC 52

**14. Federal Award Project Title**
I) croying Measl re) ent of ANv6HoNSse and TtHer Riscarities zp LebwLebl aN
Trientationwand Gender Identitp tHrol gHEo) ) I nitp Ungage) ent

**15. Assistance Listing Number**
93@#3

**1' . Assistance Listing Program Title**
ANv6HoNCesearWH Progra) s

**16. Award Action Type**
LI ccNe) ent JCUVILURm

**18. Is the Award R&D?**
, es

---

### Summary Federal Award Financial Information

**19. Budget Period Start Date** 09/01/2024 **– End Date** 03/21/2025

| | |
|---|---|
| **20. Total Amount of Federal Funds Obligated by this Action** | x0 |
| 20 a@RireW Eost A) ol nt | x0 |
| 20 z@IndireW Eost A) ol nt | x0 |
| **21.** AI tHori$ed Earrpoyer | |
| **22.** Tffset | |
| **23.** hotaNA) ol nt of YederaNYI nds TzNgated tHis zI dget ceriod | x99w. 3 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | x0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | x99w. 3 |

**2' . Project Period Start Date** 09/21/2021 **– End Date** 03/21/2025

| | |
|---|---|
| **26.** hotaNA) ol nt of tHe YederaNA( ard inWNding Accroyed Eost LHaring or MatWHing tHis ProjeWt Period | x2w#2w00# |

**28. Authorized Treatment of Program Income**
AdditionaNEosts

**29. Grants Management Officer - Signature**
" I dp Yob

---

**30. Remarks**

AWWeWtanWe of tHis a( ardwinWNding tHe kher) s and Conditionswis aWqno( Nedged zp tHe reWicient ( Hen fl nds are dra( n do( n or otHer( ise re" I ested fro)  tHe grant cap) ent spste) . @

Version:15 - 3/15/2025     3/25/2025 12:23 AM



7 otiVe of A( ard

**RESEARCH**
Recart) ent of u eaNH and u ul ) an LeryiVes
7 ationaNnstitl tes of u eaNH



7 AhlT7 AOl7 LhlhShU T7  AOETu TO AFSLU A7 R  AOETu TOlLM

---

**SECTION I – AWARD DATA – 3R01AA02906' -04S1 RE: ISED**

**Principal Investigator(s)Y**
Oal ren Frittanp FeaVHw R
Gregorp O@PHlNcs JVontaVtmPu R

**Award e-mailed toY** TLC-A( ardsv north( estern@dl

Rear Al tHori$ed TffiVfaN

hHe 7 ationaNnstitl tes of u eaNH Herezp reyises tHis a( ard Jsee "A( ard EaNW Mtion' in LeWfion l and "her) s and Eonditions' in LeWfion lllmto 7 TChu 6 ULhUC7 S7 lVUCLlh, Eu lEAGT in sl ccort of tHe azoye referenVed crojeW@ hHis a( ard is cl rsl ant to tHe al tHoritp of 42 SLE 241 42 EYC 52  and is sl zjeW to tHe re" l ire) ents of tHis statl te and regl Mtion and of otHer referenVed win Vorcorated or attaVHed ter) s and Wonditions@

AWWectanVe of tHis a( ard win WNlding tHe kher) s and Eonditions wis aWqno( Nedged zp tHe reWicient ( Hen fl nds are dra( n do( n or otHer( ise re" l ested fro)  tHe grant cap) ent spste) @

UaWHcl zNWation wccress reNlasew or otHer doWW) ent azol t researWH sl ccorted zp an 7 lu a( ard ) l st in WNl de an aWqno( Nedg) ent of 7 lu a( ard sl ccort and a disWNai) er sl WHas "CesearWH recorted in tHis cl zNWation ( as sl ccorted zp tHe 7 ationaNnstitl te Tn ANWoHoNAzl se And ANWoHoNis)  of tHe 7 ationaNnstitl tes of u eaNHl nder A( ard 7 l ) zer C01AA0290#8@ hHe Wontent is soNN) tHe resconsizlNtp of tHe al tHors and does not neWessariN) recresent tHe offiWaNyie( s of  tHe 7 ationaNnstitl tes of u eaNH@ Prior to issl ing a cress reNlase Wonverning tHe ol t Wo) e of tHis researWH wcNlase notifp tHe 7 lu a( arding lE in adyanVe to aNN( for Woordination@

A( ard reWicients ) l st cro) ote ozjeWfiyitp in researWH zp estazNlsHing standards tHat croyide a reasonaNe ebceWtation tHat tHe designw Wondl W and recorting of researWH fl nded l nder 7 lu a( ards ( iNNze free fro) zias resl Ning fro)  an Inyestigator$ YinanWaNEonfNW of Interest JVETlm win aWWordanVe ( itH tHe 2011 reyised regl Mtion at 42 EYC P50 Ll zcart Y@ hHe Instl tion sHaNNl z) it aNN VETl recorts to tHe 7 lu tHrol gH tHe eCA Eo) ) ons VETl Modl N@ hHe regl Mtion does not accN) to PHase l L)  aNWFl siness Innoyatiye CesearWH JLFlCmand L)  aNWFl siness heWHnoNogp hransfer JLhhCma( ardsEonsl Nt tHe 7 lu ( ezsite Http://grants@iH@goy/grants/coNNWp/Voi/ for a Nhq to tHe regl Mtion and additionaN)  cortant infor) ation@

lf pol Haye anp " l estions azol t tHis a( arc wNlase direWf " l estions to tHe YederaNAgenVp VontaVfs@

LinVereN)pol rsw


" l dp Yob
Grants Manage) ent TffiVer
7 AhlT7 AOl7 LhlhShU T7  AOETu TO AFSLU A7 R  AOETu TOlLM

AdditionaNNnfor) ation foNN( s

---

Version: 35 - 2/15/2021 - Generated on 6/25/2025 12:23 AM

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| Salaries and Wages | x20\258 |
| Fringe Benefits | x5\5#1 |
| Personnel Costs (Subtotal) | x25w2# |
| Consultant Services | x24\800 |
| Travel | x2\500 |
| Other | x9\000 |
| | |
| Federal Direct Costs | x81\92# |
| Federal F&A Costs | x3#\58 |
| Approved Budget | x99\0.3 |
| Total Amount of Federal Funds Authorized (Federal Share) | x99\0.3 |
| TOTAL FEDERAL AWARD AMOUNT | x99\0.3 |
| | |
| AMOUNT OF THIS ACTION (FEDERAL SHARE) | x0 |

| SUMMAR$ TOTAL FEDERAL AWARD AMOUNT $EAR ( 4 ) for tHis RoW ) ent 7I ) zerm | |
|---|---|
| **AWARD NUMBER** | **TOTAL FEDERAL AWARD AMOUNT** |
| 3C01AA0290#8-04L1 | x99\0.3 |
| 5C01AA0290#8-04 | x804w80 |
| **TOTAL** | **V603,843** |

| SUMMAR$ TOTALS FOR ALL $EARS for tHis RoW ) ent 7I ) zerm | | |
|---|---|---|
| **$R** | **THIS AWARD** | **CUMULATI: E TOTALS** |
| 4 | x99\0.3 | x#03w43 |

**Fiscal InformationY**

| | |
|---|---|
| Payment System IdentifierY | 138218#. 1#A1 |
| Document NumberY | CAA0290#8A |
| PMS Account TypeY | P ⅃I zaWWol ntm |
| Fiscal $earY | 2024 |

| IE | EA7 | 2024 |
|---|---|---|
| TR | . 055#29 | x99\0.3 |

**NIH Administrative DataY**
PCC: AU YR / OC: 41023 / Released: 03/24/2025
Award ProcessedY03/25/2025 12:23:13 AM

---

**SECTION II – PA$MENT/HOTLINE INFORMATION – 3R01AA02906' -04S1 RE: ISED**

Yor cap) ent and u u L TffiWe of InsceWor GeneraNuotNhe infor) ationvwee tHe 7lu u o) e Page at
Http://grants@iH@oy/grants/coNW)/a( ardWonditions(Et)

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 3R01AA02906' -04S1 RE: ISED**

hHis a( ard is zased on tHe accNWation sl z) itted tovand as accroyed zpwVlu on tHe azoye-titNd crojeWf and is sl zjeWf to tHe ter) s and Wonditions inWorcorated eitHer direWfNy or zp refereNWe in tHe folNa( ing:

a@ hHe grant crogra) NdgisNation and crogra) regl Nation Wfed in tHis 7 otiWe of A( ard@
z@ Eonditions on aWfiyities and ebcenditl re of fl nds in otHer statl torp re" I ire) entsvsl WHas tHose inWNded in accrocriations aWfs@
W@ 45 EYC Part #5@
d@ 7 ationaNPoNNW)p Ce" I ire) ents and NbotHer re" I ire) ents desWized in tHe 7lu Grants PoNN)p Ltate) entvinWNding addenda in effeWf as of tHe zeginning date of tHe zl dget ceriod@
e@ YederaNN( ard Perfor) anWe GoaNs: As re" I ired zp tHe ceriodiWrecort in tHe CPPC or in tHe finaN crogress recort ( Hen accNWazNe@
f@ hHis a( ard notiWe/7E OSRl7 G hu U hUCML A7 R ET7 RlhIT7 L ElhUR FUOT6 @

Lee 7lu u o) e Page at Http://grants@iH@oy/grants/coNW)/a( ardWonditions(Et) for Wertain

Version: 35 - 3/15/2025, NIH Administrative Data 3/25/2025 12:23 AM    A.R.000265

referenWes Wited azoye@n

**Research and Development (R&D)Y** AllNa( ards issl ezp tHe YationaNnstitl tes of u eaNH J7 lum) eet tHe definition of "CesearWH and ReyeNc) ent' at 45 EYC PartS #5@. As sl WWal ditees sHol Nd identifp7 lu a( ards as cart of tHe C&R Wister on tHe LWHedl N of Ubcenditl res of YederaNA( ards LUYAm@H e al ditor sHol Nd test 7 lu a( ards for Wo) cNanWe as instrl Wed in Part VveNsters of Progra) s@7 lu reWogniSes tHat so) e a( ards) apHaye anotHer WlassifiWation for cI rcoses of indireWt Wosts@hHe al ditor is not re") ired to recort tHe disWonneWt J@@He a( ard is Wlassified as C&R for YederaNAI dit Ce" I ire) ent cl rcoses zl t non-researWH for indireWt Wost rate cI rcoesnwl nNss tHe al ditee is Warging indireWt Wosts at a rate otHer tHan tHe rateJsmsceWfied in tHe a( ard doWl) entsJsm@

hHis institl tion is a signatorp to tHe YederaNRe) onstration PartnersHic JYRPmPHase VII Agree) ent ( HiWH re" I ires aWfiye institl tionaNcartiiWcation in ne( or ongoing YRP de) onstrations and cliNts@

An I nozNgated zaNanWe) apze Warried oyer into tHe nebt zI dget ceriod ( itHol t Grants Manage) ent T ffiWer crior accroyaN@

hHis grant is sl zjeWt to Ltrea) Nhed 7 onWo) ceting A( ard ProWedl res J7 APn@

hHis a( ard is sl zjeWt to tHe re") I ire) ents of 2 EYC Part 25 for institl tions to oztain a I ni") I e entitp identifier JSUmand ) aintain an aWfiye registration in tHe Lpste) for A( ard Manage) ent JLAMm@LHol Nd a Wonsortil ) /sl za( ard ze issl ed I nder tHis a( ardwa SUl re" I ire) ent I st ze inWNded@ Lee Http://grants@iH@oy/grants/coNWp/a( ardWonditions@t) for tHe fl NN7 lu a( ard ter) i) cNe) enting tHis re") I ire) ent and otHer additionaNnfor) ation@

hHis a( ard Has zeen assigned tHe YederaNA( ard IdentifiWation 7 I ) zer JYAI7 mC01AA0290#8@CeWcients ) I st doWl) ent tHe assigned YAI7 on eaWH Wonsortil ) /sl za( ard issl ed I nder tHis a( ard@

Fased on tHe crojeWt ceriod start date of tHis crojeWtwtHis a( ard is NqeNsl zjeWt to tHe transcarenWp AWt sl za( ard and ebeWt tiye Wo) censation reporting re" I ire) ent of 2 EYC Part 1#0@Here are Wonditions tHat ) apebWNde tHis a( ard; see Http://grants@iH@oy/grants/coNWp/a( ardWonditions@t) for additionaNa( ard accNWaziNtp infor) ation@

In aWWordanWe ( itHP@@ 10-181wWo) cNanWe ( itHtHe 7 lu PI zNWAWWess PoNWp is no( ) andatorp@Yor ) ore infor) ationwsee 7 Th-TR-0. -033 and tHe PI zNWAWWess ( ezsite: Http://cl zNWAWWess@iH@oy/@

hHis a( ard recresents tHe finaNpear of tHe Wo) cetitiye seg) ent for tHis grant@Lee tHe 7 lu Grants PoNWp Ltate) ent LeWtion . @ ENWseol t for Wo) cNate Wseol t re" I ire) ents at: Http://grants@iH@oy/grants/coNWp/coNWp@t) Dgcs@

A finaNebcenditl re YederaNYinanWaNCecort JYYCmLY 425m) I st ze sl z) itted tHrol gHtHe Pap) ent Manage) ent Lpste) JPMLm( itHin 120 daps of tHe ceriod of cerfor) anWe end date; see tHe 7 lu Grants PoNWp Ltate) ent LeWtion . @@ YinanWaNCecortsw Http://grants@iH@oy/grants/coNWp/coNWp@t) Dgcsw for additionaNnfor) ation on tHis sl z) ission re" I ire) ent@hHe finaNYYC ) I st indiWate tHe ebaWt zaNanWe of I nozNgated fl nds and ) ap not refNWt anp I nN"I idated ozNgations@hHere ) I st ze no disWWecanWes zet( een tHe finaNYYC ebcenditl re data and tHe reaNi) e Wasdra/ do( n data in PML@7 lu ( iNNWose tHe a( ards I sing tHe Nast reWorded Wasdra/ do( n NpeNn PML for a( ards tHat do not re" I ire a finaNYYC on ebcenditl res@It is i) cortant to note tHat for finanWiaNWNseol t wif a grantee faiNs to sl z) it a re" I ired finaN ebcenditl re YYCw7 lu ( iNNWose tHe grant I sing tHe Nast reWorded Wasdra/ do( n NpeNn@

A YinaNnyention Ltate) ent and EertifiWation for) Ju uL 58. mwhot accNWNzNt to trainingwWonstrl Wtionw WonferenWe or WanWer edl Wation grantsm) I st ze sl z) itted ( itHin 120 daps of tHe ebciration date@tHe u uL 58. for) ) ap ze doWnNoaded at: Http://grants@iH@oy/grants/coNWp/coNWp@t) @hHis caragracHdoes not accNp to hraining grantsweYtNW( sHicswand Wertain otHer crogra) s_ i@@@aWfiyitp Wodes E08wR42wR43wR#1wRP#wG0#w G0. wG11wK12wK18wK30wP09wP40wP41wP51wC13wC25wC2. wC30wC90wC05wC09wL10wL14wL15wS13wS14wS41w S42wS45wSE8wSE#wSC2w–01w–02@

SnNss an accNWation for Wo) cetitiye rene( aNs sl z) ittedwa YinaNCesearWH Perfor) anWe Progress Cecort JYinaNCPPCm) I st aNso ze sl z) itted ( itHin 120 daps of tHe ceriod of cerfor) anWe end date@If a Wo) cetitiye rene( aNaccNWation is sl z) itted crior to tHat datewtHen an Interi) CPPC ) I st ze sl z) itted zp tHat date as ( eNNconstrl Wtions for crearing an Interi) or YinaNCPPC are at: Https://grants@iH@oy/grants/rccr/rccrXnstrl WtionXgl ide@cdf@Anp otHer sceWfiWre" I ire) ents set fortHin tHe ter) s and Wonditions of tHe a( ard ) I st aNso ze addressed in tHe Interi) or YinaNCPPC@Note that data

Version: 35 - 2/15/2024 6/15/2025 12:33 AM

*reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience@*

7 lu  re" I ires eNWroniWsl z)  ission of tHe finaNnyention state)  ent tHrol gHtHe ENoseol t featl re in tHe Eo)  ons@

7 ThU:  If tHis is tHe finaNpear of a Wo)  cetitiye seg)  ent dl e to tHe transfer of tHe grant to anotHer institl tionw then a YinaNNCPPC is not re" I ired@u o(  eyerw finaNbcenditl re YYC is re" I ired and )  I st ze sl z)  itted eNWroniWaNNp as noted azoye@If not aNNeadp sl z)  ittedw tHe YinaNNnyention Ltate)  ent is re" I ired and sHol ld ze sent direWtNp to tHe assigned Grants Manage)  ent LceWaNNst@

hHis a(  ard is fl nded zp tHe folNo(  ing Nst of institl tes@Anp cacers cl z)NsHed l nder tHe al sciWes of tHis a(  ard )  I st Wite tHe fl nding sl ccort of aNNNnstitl tes@

| TffiWe Tf hHe RireWtorw 7ationaNNnstitl tes Tf u eaNNHJTRm |
| --- |

CeWWicients )  I st ad)  inister tHe crojeWt in Wo)  cNianWe ( itH federaNNWyiNNiGHts Na(  s tHat croHizit disWri)  ination on tHe zasis of raWeWWoNWorwnationaNNorigindisaziNtpwagewand Wo)  cNp( itHacceWWazNe Na(  s tHat croHizit disWri)  ination on tHe zasis of sebw( HiWHinWNlides disWri)  ination on tHe zasis of gender identitpwsebl aNorientationwand cregnanWp@Eo)  cNianWe ( itHtHese Na(  s re" I ires taqing reasonazNe stecs to croyide )  eaningfl NaWWess to cersons ( itHN)  Ited UngNsH crofiWenWp and croyiding crogra)  s tHat are aWWessizNe to )  I I and sl azNe zp cersons ( itHdisaziNties@tHe u u L TffiWe for EiyiNNiGHts croyides gl idanWe on Wo)  cNping ( itHWyiNNiGHts Na(  s enforWed zp u u L@Lee Https://( ( (  GHs.goy/WyiNNiGHts/for-croyiders/croyider-ozNiGations/indeb.Gt)  N and Https://( ( (  GHs.goy/@

- CeWWicients of YYA )  I st ensl re tHat tHeir crogra)  s are aWWessizNe to cersons ( itHN)  Ited UngNsH crofiWenWp@Yor gl idanWe on )  eeting tHe NeGaNNoz)NGation to taqe reasonazNe stecs to ensl re )  eaningfl NaWWess to crogra)  s or aWWiyities zp N)  I I ( itHN)  Ited UngNsH crofiWenWt indiyidl aNw see Https://( ( (  GHs.goy/WyiNNiGHts/for-indiyidl aNs/sceWaNNociWes/N)  Ited-engNsH-crofiWenWp/faWt-sHeet-gl idanWe/indeb.Gt)  N and Https://( ( (  GHs.goy/@cc.goy@
- Yor infor)  ation on an institl tionB sceWiWWNeGaNNoz)NGations for serying " I aNiWied indiyidl aNs ( itH disaziNitiesinWNl ding croyiding crogra)  aWWesswreasonazNe )  odifiWationswand to croyide effeWtiye Wo)  )  I NiWationwsee Https://( ( (  GHs.goy/oW/WyiNNiGHts/I nderstanding/disaziNip )  ication/indeb.Gt)  N@
- u u L fl nded HeaNtHand edl Wation crogra)  s )  I st ze ad)  inistered in an enyiron)  ent free of sebl aN Harass)  ent; see Https://( ( (  GHs.goy/WyiNNiGHts/for-indiyidl aNs/seb-disWri)  ination/indeb.Gt)  N@ Yor infor)  ation azol t 7 lu's Wo)  )  it)  ent to sl ccorting a safe and reseWNfl N(  orq enyiron)  entw ( Ho to WontaWt( itH" I estions or WonWernswand ( Hat 7 lu's ebceWWations are for institl tions and tHe indiyidl aNs WWo )  I st ccorted on 7 lu-fl nded a(  ardswcNease see Https://grants.niH@goy/grants/coNNp/Harass)  ent.Gt)  N@
- Yor gl idanWe on ad)  inistering crogra)  s in Wo)  cNianWe ( itHacceWWazNe federaNNreNiGiol s nondisWri)  ination Na(  s and acceWWazNe federaNNWonsWienWe Na(  s croteWtion and assoWWated anti-disWri)  ination Na(  swsee Https://( ( (  GHs.goy/WonsWienWe/WonsWienWe-croteWtions/indeb.Gt)  N and Https://( ( (  GHs.goy/WonsWienWe/reNiGiol s-freedo)  /indeb.Gt)  N@

In aWWordanWe ( itHtHe regl Natorpre" I ire)  ents croyided at 45 EYC #5@013 and AccendibⅡ to 45 EYC Part #5wreWWicients tHat Haye WI rrentNpaWtiye YederaNNgrantsWWooceratiye agree)  entswand croWWre)  ent WontraWts ( itHW)  I Natiye totaNNyaNle greater tHan x10W000W000 )  I st record and )  aintain infor)  ation in tHe Lpste)  for A(  ard Manage)  ent (LAMmazol t WyiNNiNWI inaNandad)  inistratiye croWeedings in WonneWtion ( itHtHe a(  ard or cerfor)  anWe of a YederaNNa(  ard tHat reaWHed finaNNdiscosition ( itHin tHe )  ost reWent fiye-pear ceriod@tHe re" I ire)  ents aNso age se)  iannl aNdisWNosl res regarding sl WHcroWeedings@ProWeedings infor)  ation ( inNze )  ade cl zNWNp ayaiNazNe in tHe designated integritp and cerfor)  anWe spste)  .JWI rrentNp tHe YederaNNa(  ardee Perfor)  anWe and Integritp Infor)  ation Lpste)  .JYAPIILm@Yl NNreWording re" I ire)  ents and croWedl res are fol nd in AccendibⅡ to 45 EYC Part #5@hHis ter)  does not accNp to 7 lu feNNo(  sHics@

**Treatment of Program IncomeY**
AdditionaNEosts

---

**SECTION I:  − AA SPECIFIC AWARD CONDITIONS − 3R01AA02906' -04S1  RE: ISED**

ENhiWaNWrianNndiWator: 7 o
hHis a(  ard does not sl ccort anp 7 lu-defined ENhiWaNWrianNa@Lee tHe 7 lu  Grants PoNWp Ltate)  ent LeWtion 1@

Version: 35 · 3/15/... ... 1/15/2025 12:23 AM    A.R.000267

for 7lu definition of ENhiWaNnriaN

**RE: ISIONY**It is the policy of NIH not to prioritize gender identity.  Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans.  Many such studies ignore, rather than seriously examine, biological realities.  Therefore, this project is terminated. The University of Northwestern at Chicago may request funds to support patient safety and orderly closeout of the project. Funds used to support any other research activities will be disallowed and recovered. Please be advised that your organization, as part of the orderly closeout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR), as applicable) within 120 days of the end of this grant.

NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 8.5.2. This revised award represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be dated no later than 30 days after the date of this notice.

**********************************************************************
hHis a( ard croyides sl ccNe) entaNl nds in tHe a) ol nt of **V99,083 Total Costs (V⁻ 1,926 Direct Costs and V36,15' F&A Costs)** for addressing gacs in Interseb and Variations of Leb ReyeNc) ent J/VLEmHeaNHzp inyesting direWVh in Interseb-Nedvgrassroots researWH efforts as re" I ested in tHe ad) inistratiye sl ccNe) ent accNWation sl z) itted **01/30/2024**@hHese fl nds are restriWed for tHe stated cl rcose and ) ap not ze l sed for anp otHer cl rcose ( itHol t Grants Manage) ent FranWHw7 IAAA accroyaNl

hHe ter) s and Wonditions of tHe carent a( ard aNso accNp to tHis ad) inistratiye sl ccNe) ent@

**PRIOR APPRO: ALSY** In qeecing ( itH 7lu GI ide 7 otiWe 7 Th-TR-08-054
J-Htc://grants@iH@oy/grants/gl ide/notiWe-fNes/7 Th-TR-08-054@t) Nwas tHis grant Has ) I NicNe PrinWcaN Inyestigators JPIsrnaNHol gH tHe signatl res of tHe PIs are not re" I ired on crior accroyaNe" I ests sl z) itted to tHe agenWVpwtHe grant reWicient institl tion ) l st seWl re and retain tHe signatl res of aNNPIs foNN( ing tHeir o( n internaNcroWesses@

LI ccort is croyided zp 7 IAAA and tHe TffiWe of FeHayioraNand LoWaNL WienWes CesearWH J T FLLCm@6 Hen a( pno( Nedging sl ccort aNNsol rWes sHol Nd ze WUted@

**SPREADSHEET SUMMAR$**
**AWARD NUMBERY**3C01AA0290#8-04L1 CUVILUR

**INSTITUTIONY**7 TChu 6 ULhUC7 S7 lVUCLlh,  EulEAGT

| FI dget | , ear 4 |
|---|---|
| LaNries and 6 ages | x20ც58 |
| Yringe Fenefits | x5ს#1 |
| PersonneNEosts Jl l ztotaNn | x25w2# |
| Eonsl Nant LeryiWes | x24ა00 |
| hrayeN | x2ს00 |
| TtHer | x9ი00 |
| hThAOYURUCAORE | x81ჳ2# |
| hThAOYURUCAOY&A | x3#w58 |
| hThAOETLh | x99ა.ჳ |

| YaWhties and Ad)  inistratiye Eosts | , ear 4 |
|---|---|
| Y&A Eost Cate 1 | 80% |
| Y&A Eost Fase 1 | x81ჳ2# |
| Y&A Eosts 1 | x3#w58 |

Version: 35 - 2/15/2025 11:50:19 AM    A.R.000268    2/15/2025 12:23 AM



**Department of Health and Human Services**

Case 1:25-cv-01620-LLA    Document 108-1    Filed 01/09/26    Page 275 of 573

NATIONAL INSTITUTE OD MENTAL HEALTH

**Notice of Award**

B01MH1FF504

**Federal Award Date**
03/19/2025

| Recipient Information | Federal Award Information |
|---|---|

**Recipient Information**

**1. Recipient Name**
UNIVE#SIT6 OD MA#6LAN7W OLLEGE
PA#B
F112 LEE CUIL7ING
YOLLEGE PA#BW M7 20K42

**2. Congressional District of Recipient**
04

**3. Payment System Identifier (ID)**
1520K10351A1

**4. Employer Identification Number (EIN)**
520K10351

**5. Data Universal Numbering System (DUNS)**
K909F4235

**6. Recipient's Unique Entity Identifier**
NPU3ULVAAS2F

**7. Project Director or Principal Investigator**
Sarah  Peit, 8 eierW PH7

sceit, 8 ek  u8 dt edu
F01-405-24@F

**8. Authorized Official**
Maura Yollinge

**Federal Agency Information**

**9. Awarding Agency Contact Information**
wohn E Donda
Grant Sce. ialist
NATIONAL INSTITUTE OD MENTAL
HEALTH
yohnt fondak  nih goJ
F01-402-3153

**10. Program Official Contact Information**
Theresa Elaine Senn

NATIONAL INSTITUTE OD MENTAL
HEALTH
terib sennk  nih goJ
nR01pK@1-K352

**Federal Award Information**

**11. Award Number**
4B01MH1FF504-0F

**12. Unique Federal Award Identification Number (FAIN)**
B01MH1FF504

**13. Statutory Authority**
42 USY 241 42 YD# 52

**14. Federal Award Project Title**
Yo8 8 unitv-Engaged Stru. tural Accroa. hes to PreJent Violen. e and I8 croJe HIV
PreJention and Yare Out. o8 es A8 ong Trans q o8 en of Yolor

**15. Assistance Listing Number**
9Fl242

**16. Assistance Listing Program Title**
Mental Health #esear. h Grants

**17. Award Action Type**
Extension ( ith or ( ithout funds

**18. Is the Award R&D?**
6es

**Summary Federal Award Financial Information**

| | | |
|---|---|---|
| **19. Budget Period Start Date** 04/01/2025 **– End Date** 0F/F1/202K | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | ) FF0W21 |
| 20 ab 7ire. t Yost A8 ount | | ) F05W45 |
| 20 $b Indire. t Yost A8 ount | | ) 24WK@ |
| 21. Authori ed YarrvoJer | | |
| 22. Offset | | |
| 23. Total A8 ount of Dederal Dunds O$ligated this $udget ceriod | | ) FF0W21 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | | ) 0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | | ) FF0W21 |
| ----------------------------------------------------------------- | | |
| **26. Project Period Start Date** 0F/F1/202K **– End Date** 0F/F1/202K | | |
| 27. Total A8 ount of the Dederal A( ard in. luding AccroJed Yost | | ) FF0W21 |
| Sharing or Mat. hing this Proye. t Period | | |

**28. Authorized Treatment of Program Income**
Additional Yosts

**29. Grants Management Officer - Signature**
Yhristine Ann Ylarzson

| 30. Remarks |
|---|

A. . ectan. e of this a( ardW h. luding the jTer8 s and Yonditions W is a. zno( ledged $v the re. icient ( hen funds are dra( n do( n or
other( ise re" uested fro8  the grant cav8 ent svste8 b

Version:25 - 3/15/202...                                              3/19/2025 12:21 PM
A.R.000270

Noti. e of A( ard



RESEARCH SCIENTIST DEVELOPMENT AWARD
7ecart8 ent of Health and Hu8 an SerJi. es
National Institutes of Health



NATIONAL INSTITUTE OD MENTAL HEALTH

**SECTION I – AWARD DATA – 4K01MH133504-03**

**Principal Investigator(s):**
Sarah Peit, 8 eierWPH7

**Award e-mailed to:** oraak u8 db.edu

7ear Authori, ed Offi. ial:

The National Institutes of Health here$v a( ards a grant in the a8 ount of ) FF0W21 nsee "A( ard Yal. ulation" in Se. tion I and "Ter8 s and Yonditions" in Se. tion IIIpto UNIV OD MA#6LAN7WYOLLEGE PA#B in succort of the a$oJe referen. ed croye. tb This a( ard is cursuant to the authoritv of 42 USY 241 42 YD# 52 and is su$ye. t to the re" uire8 ents of this statute and regulation and of other referen. edWih. orcorated or atta. hed ter8 s and . onditionsb

A. . ectan. e of this a( ardWih. luding the jTer8 s and YonditionsWis a. zno( ledged $v the re. icient ( hen funds are dra( n do( n or other( ise re" uested fro8  the grant cav8 ent svste8 b

Ea. h cu$li. ationWcress releaseWor other do. u8 ent a$out resear. h succorted $v an NIH a( ard  8 ust in. lude an a. zno( ledg8 ent of NIH a( ard succort and a dis. lai8 er su. h as "#esear. h recorted in this cu$li. ation ( as succorted $v the National Institut Of Mental Health of the National Institutes of Health under A( ard Nu8 $er B01MH1FF504bThe . ontent is solelv the resconsi$ilitv of the authors and does not ne. essarilv recresent the offi. ial Jie( s of  the National Institutes of Healthb' Prior to issuing a cress release . on. erning the out. o8 e of this resear. hWclease notifv the NIH a( arding IY in adJan. e to allo( for . oordinationb

A( ard re. icients 8 ust cro8 ote o$ye. tiJitv in resear. h $v esta$lishing standards that croJide a reasona$le exce. tation that the designWondu. t and recorting of resear. h funded under NIH a( ards ( ill $e free fro8 $ias resulting fro8  an InJestigator's Dinan. ial Yonfli. t of Interest nBYOIpWih a. . ordan. e ( ith the 2011 reJised regulation at 42 YD# Part 50 Su$cart Db  The Institution shall su$8 it all DYOI recorts to the NIH through the e#A Yo8 8 ons DYOI ModulebThe regulation does not acclv to Phase I S8 all Cusiness InnoJatiJe #esear. h nSCI#pand S8 all Cusiness Te. hnologv Transfer nSTT#pa( ardsbYonsult the NIH ( e$site http://grants.nih.goJ/grants/coli. v/. oi/ for a linz to the regulation and additional i8 cortant infor8 ationb

If vou haJe anv " uestions a$out this a( ardWclease dire. t " uestions to the Dederal Agen. v . onta. tsb

Sin. erelv voursW

Yhristine Ann Ylarzson
Grants Manage8 ent Offi. er
NATIONAL INSTITUTE OD MENTAL HEALTH

Additional infor8 ation follo( s

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| **Salaries and Wages** | ) 130W000 |

Version: 25 - 3/15/20    Version: 25 - 3/19/2025 12:21 PM

| | |
|---|---|
| **Fringe Benefits** | ) 44\0F@ |
| **Personnel Costs (Subtotal)** | ) 224\0F@ |
| **Other** | ) 31\K09 |
| | |
| **Federal Direct Costs** | ) F05\845 |
| **Federal F&A Costs** | ) 24\K@ |
| **Approved Budget** | ) FF0\421 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | ) FF0\421 |
| **TOTAL FEDERAL AWARD AMOUNT** | ) FF0\421 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | ) FF0\421 |

| SUMMARY TOTALS FOR ALL YEARS nfor this 7o. u8 ent Nu8 $erp | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| F | ) FF0\421 | ) FF0\421 |

**Fiscal Information:**

| | |
|---|---|
| **Payment System Identifier:** | 1520K10351A1 |
| **Document Number:** | BMH1FF504C |
| **PMS Account Type:** | P n$u$a. . ountp |
| **Fiscal Year:** | 2025 |

| IY | YAN | 2025 |
|---|---|---|
| MH | 34K2@09 | ) FF0\421 |

**NIH Administrative Data:**
**PCC:** 9A-ASGP / **OC:** 410F5 / **Released**: 03/13/2025
**Award Processed:** 03/19/2025 12:21:10 PM

## SECTION II – PAYMENT/HOTLINE INFORMATION – 4K01MH133504-03

Dor cav8 ent and HHS Offi. e of Insce. tor General Hotline infor8 ationWsee the NIH Ho8 e Page at
httc://grantsbnihbgoJ/grants/coli. v/a( ard. onditionslht8

## SECTION III – STANDARD TERMS AND CONDITIONS – 4K01MH133504-03

This a( ard is $ased on the accli. ation su$8 itted toWand as accroJed $vWNIH on the a$oJe-titled croye. t and
is su$ye. t to the ter8 s and . onditions in. orcorated either dire. tlv or $v referen. e in the follo( ing:

ab  The grant crogra8 legislation and crogra8 regulation . ited in this Noti. e of A( ardb
$b  Yonditions on a. tiJities and excenditure of funds in other statutorv re" uire8 entsWsu. h as
   those in. luded in accrocriations a. tsb
. b  45 YD# Part K5b
db  National Poli. v #e" uire8 ents and all other re" uire8 ents des. ri$ed in the NIH Grants Poli. v
   State8 entWh. luding addenda in effe. t as of the $eginning date of the $udget ceriodb
eb  Dederal A( ard Perfor8 an. e Goals: As re" uired $v the ceriodi. recort in the #PP# or in the final
   crogress recort ( hen accli. a$leb
fb  This a( ard noti. eWWNYLU7ING THE TE#MS AN7 YON7ITIONS YITE7 CELOq b

nSee NIH Ho8 e Page at httc://grantsbnihbgoJ/grants/coli. v/a( ard. onditionslht8  for . ertain
referen. es . ited a$oJebp

**Research and Development (R&D):**  All a( ards issued $v the National Institutes of Health nNIHp8 eet the
definition of "#esear. h and 7eJeloc8 ent" at 45 YD# Part§ K5b2. As su. hWauditees should identifv NIH
a( ards as cart of the #&7 . luster on the S. hedule of Excenditures of Dederal A( ards nSEDApbThe auditor
should test NIH a( ards for . o8 clian. e as instru. ted in Part VWYlusters of Progra8 sbNIH re. ogni, es that
so8 e a( ards 8 av haJe another . lassifi. ation for curcoses of indire. t . ostsbThe auditor is not re" uired to
recort the dis. onne. t nielbWhe a( ard is . lassified as #&7 for Dederal Audit #e" uire8 ent curcoses $ut non-
resear. h for indire. t . ost rate curcosespbUnless the auditee is . harging indire. t . osts at a rate other than
the ratenspce. ified in the a( ard do. u8 entnspb

This institution is a signatorv to the Dederal 7 e8 onstration Partnershic rD7 PpPhase VII Agree8 ent ( hi. h re" uires a. tiJe institutional carti. ication in ne(  or ongoing D7 P de8 onstrations and cilotsb

An uno$ligated $alan. e 8 av $e . arried oJer into the next $udget ceriod ( ithout Grants Manage8 ent Offi. er crior accroJalb

This grant is su$ye. t to Strea8 lined Non. o8 ceting A( ard Pro. edures rSNAPpb

**MULTI-YEAR FUNDED AWARD:** This is a 8 ulti-vear funded a( ardb A crogress recort is due annuallv on or $efore the anniJersarv of the $udget/croye. t ceriod start date of the a( ardWh a. . ord ( ith the instru. tions costed at:  http://grantsbnihbgoJ/grants/coli. v/8 vfbht8  b

This a( ard is su$ye. t to the re" uire8 ents of 2 YD# Part 25 for institutions to o$tain a uni" ue entitv identifier rbUElpand 8 aintain an a. tiJe registration in the Svste8  for A( ard Manage8 ent rSAMpb Should a . onsortiu8 /su$a( ard $e issued under this a( ardWa UEI re" uire8 ent 8 ust $e in. ludedb  See  http://grantsbnihbgoJ/grants/coli. v/a( ard. onditionsbht8  for the full NIH a( ard ter8  i8 cle8 enting this re" uire8 ent and other additional infor8 ationb

This a( ard has $een assigned the Dederal A( ard Identifi. ation Nu8 $er rDAINpB01MH1FF504b#e. icients 8 ust do. u8 ent the assigned DAIN on ea. h . onsortiu8 /su$a( ard issued under this a( ardb

Cased on the croye. t ceriod start date of this croye. tWhis a( ard is lizelv su$ye. t to the Transcaren. v A. t su$a( ard and exe. utiJe . o8 censation recorting re" uire8 ent of 2 YD# Part 1K0bThere are . onditions that 8 av ex. lude this a( ard; see  http://grantsbnihbgoJ/grants/coli. v/a( ard. onditionsbht8  for additional a( ard accli. a$ilitv infor8 ationb

In a. . ordan. e ( ith PLbL110-1@1Wo8 clian. e ( ith the NIH Pu$li. A. . ess Poli. v is no(  8 andatorvbDor 8 ore infor8 ationWsee NOT-O7-03-0FF and the Pu$li. A. . ess ( e$site: http://cu$li. a. . essbnihbgoJ/b


This a( ard recresents the final vear of the . o8 cetitiJe seg8 ent for this grantbSee the NIH Grants Poli. v State8 ent Se. tion 3b@Yloseout for . o8 clete . loseout re" uire8 ents at:  http://grantsbnihbgoJ/grants/coli. v/coli. vbht8 Rgcsb

A final excenditure Dederal Dinan. ial #ecort rD(D#prSD 425p8 ust $e su$8 itted through the Pav8 ent Manage8 ent Svste8  rPMSp( ithin 120 davs of the ceriod of cerfor8 an. e end date; see the NIH Grants Poli. v State8 ent Se. tion 3b@0 Dinan. ial #ecortsWhttp://grantsbnihbgoJ/grants/coli. v/coli. vbht8 RgcsWor additional infor8 ation on this su$8 ission re" uire8 entbThe final DD# 8 ust indi. ate the exa. t $alan. e of uno$ligated funds and 8 av not refle. t anv unli" uidated o$ligationsbThere 8 ust $e no dis. recan. ies $et( een the final DD# excenditure data and the real-ti8 e . ash dra( do(  n data in PMSbNIH ( ill . lose the a( ards using the last re. orded . ash dra( do(  n leJel in PMS for a( ards that do not re" uire a final DD# on excendituresb It is i8 cortant to note that for finan. ial . loseoutWif a grantee fails to su$8 it a re" uired final excenditure DD#WNIH ( ill . lose the grant using the last re. orded . ash dra( do(  n leJelb

A Dinal InJention State8 ent and Yertifi. ation for8  rhHHS 5@3pWnot accli. a$le to trainingWonstru. tionW. onferen. e or . an. er edu. ation grantsp8 ust $e su$8 itted ( ithin 120 davs of the exciration datebThe HHS 5@3 for8  8 av $e do( nloaded at: http://grantsbnihbgoJ/grants/for8 sbht8  b This caragrach does not acclv to Training grantsWDello( shicsWand . ertain other crogra8 s—ibebWa. tiJitv . odes Y0@W742W742W4FW7K1W7PKWG0KW G03WG11WB12WB1@WBF0WP09WP40WP41WP51W#1FW#25W#23W#F0W#90W#L5W#L9W#10W#14W#15W0W1FW014W041W 042W045W0Y@0YKW0#2WX01WX02b

Unless an accli. ation for . o8 cetitiJe rene( al is su$8 ittedWa Dinal #esear. h Perfor8 an. e Progress #ecort rDinal #PP#p8 ust also $e su$8 itted ( ithin 120 davs of the ceriod of cerfor8 an. e end datebIf a . o8 cetitiJe rene( al accli. ation is su$8 itted crior to that dateWhen an Interi8  #PP# 8 ust $e su$8 itted $v that date as ( ellbInstru. tions for crecaring an Interi8  or Dinal #PP# are at:  https://grantsbnihbgoJ/grants/rccr/rccr_instru. tion_guidebcdfbAnv other sce. ifi. re" uire8 ents set forth in the ter8 s and . onditions of the a( ard 8 ust also $e addressed in the Interi8  or Dinal #PP#bNote that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audienceb

NIH re" uires ele. troni. su$8 ission of the final inJention state8 ent through the Yloseout feature in the Yo8 8 onsb

NOTE:  If this is the final year of a . o8 cetitiJe seg8 ent due to the transfer of the grant to another institutionW then a Dinal #PP# is not re" uiredb Ho( eJerWa final excenditure DD# is re" uired and 8 ust $e su$8 itted ele. troni. allv as noted a$oJeb If not alreadv su$8 ittedWhe Dinal InJention State8 ent is re" uired and should $e sent dire. tlv to the assigned Grants Manage8 ent Sce. ialistb

#e. icients 8 ust ad8 inister the croye. t in . o8 clian. e ( ith federal . iJil rights la( s that crohi$it dis. ri8 ination on the $asis of ra. eWolorWational originWdisa$ilitvWageWand . o8 clv ( ith accli. a$le . ons. ien. e crote. tionsbThe re. icient ( ill . o8 clv ( ith accli. a$le la( s that crohi$it dis. ri8 ination on the $asis of sexWY hi. h in. ludes dis. ri8 ination on the $asis of gender identitvWsexual orientationW and cregnan. vbYo8 clian. e ( ith these la( s re" uires tazing reasona$le stecs to croJide 8 eaningful a. . ess to cersons ( ith li8 ited English crofi. ien. v and croJiding crogra8 s that are a. . essi$le to and usa$le $v cersons ( ith disa$ilitiesbThe HHS Offi. e for YiJil #ights croJides guidan. e on . o8 clving ( ith . iJil rights la( s enfor. ed $v HHSbSee https://( ( ( bhhsbgoJ/. iJil-rights/for-croJiders/croJider-o$ligations/indexbht8 l and https://( ( ( bhhsbgoJ/b

· #e. icients of DDA 8 ust ensure that their crogra8 s are a. . essi$le to cersons ( ith li8 ited English crofi. ien. vbDor guidan. e on 8 eeting the legal o$ligation to taze reasona$le stecs to ensure 8 eaningful a. . ess to crogra8 s or a. tiJities $v li8 ited English crofi. ient indiJidualsW see https://( ( ( bhhsbgoJ/. iJil-rights/for-indiJiduals/sce. ial-toci. s/li8 ited-english-crofi. ien. v/fa. t-sheet-guidan. e/indexbht8 l and https://( ( ( blecbgoJb
· Dor infor8 ation on an institution's sce. ifi. legal o$ligations for serJing " ualified indiJiduals ( ith disa$ilitiesWh. luding croJiding crogra8 a. . essWreasona$le 8 odifi. ationsWand to croJide effe. tiJe . o8 8 uni. ationWsee http://( ( ( bhhsbgoJ/o. r/. iJilrights/understanding/disa$ilitv/indexbht8 lb
· HHS funded health and edu. ation crogra8 s 8 ust $e ad8 inistered in an enJiron8 ent free of sexual harass8 ent; see https://( ( ( bhhsbgoJ/. iJil-rights/for-indiJiduals/sex-dis. ri8 ination/indexbht8 lb Dor infor8 ation a$out NIH's . o8 8 it8 ent to succorting a safe and resce. tful ( orz enJiron8 entW ( ho to . onta. t ( ith " uestions or . on. ernsWand ( hat NIH's exce. tations are for institutions and the indiJiduals succorted on NIH-funded a( ardsWclease see https://grantsbnihbgoJ/grants/coli. v/harass8 entbht8 b
· Dor guidan. e on ad8 inistering crogra8 s in . o8 clian. e ( ith accli. a$le federal religious nondis. ri8 ination la( s and accli. a$le federal . ons. ien. e crote. tion and asso. iated anti-dis. ri8 ination la( sWsee https://( ( ( bhhsbgoJ/. ons. ien. e/. ons. ien. e-crote. tions/indexbht8 l and https://( ( ( bhhsbgoJ/. ons. ien. e/religious-freedo8 /indexbht8 lb

In a. . ordan. e ( ith the regulatorv re" uire8 ents croJided at 45 YD# K5b11F and Accendix XII to 45 YD# Part K5Wre. icients that haJe . urrentlv a. tiJe Dederal grantsWcooceratiJe agree8 entsWand cro. ure8 ent . ontra. ts ( ith . u8 ulatiJe total Jalue greater than $10W000W000 8 ust record and 8 aintain infor8 ation in the Svste8 for A( ard Manage8 ent nSAMpa$out . iJilWri8 inalWand ad8 inistratiJe cro. eedings in . onne. tion ( ith the a( ard or cerfor8 an. e of a Dederal a( ard that rea. hed final discosition ( ithin the 8 ost re. ent fiJe-vear ceriodb The re. icient 8 ust also 8 aze se8 iannual dis. losures regarding su. h cro. eedingsbPro. eedings infor8 ation ( ill $e 8 ade cu$li. lv aJaila$le in the designated integritv and cerfor8 an. e svste8  murrentlv the Dederal A( ardee Perfor8 an. e and Integritv Infor8 ation Svste8  nDAPIISpbDull recorting re" uire8 ents and cro. edures are found in Accendix XII to 45 YD# Part K5bThis ter8  does not acclv to NIH fello( shicsb

**Treatment of Program Income:**
Additional Yosts

---

SECTION IV – MH SPECIFIC AWARD CONDITIONS – 4K01MH133504-03

---

Ylini. al Trial Indi. ator: No
This a( ard does not succort anv NIH-defined Ylini. al TrialsbSee the NIH Grants Poli. v State8 ent Se. tion 1b2 for NIH definition of Ylini. al Trialb

## CHANGE OF RECIPIENT:
This award reflects an approved change of recipient organization for the above-named grant from University of Michigan at Ann Arbor in accordance with the relinquishing statement dated 07/10/2024.

## AWARD NOTICE:

Version: 25 - 2/15/2021 12:14:24 PM        11/10/2025 12:21 PM

This award has been made in response to the application submitted under the Funding Opportunity Announcement **PA20-190** which can be referenced at: https://grants.nih.gov/grants/guide/pa-files/PA-20-190.html.

**CHANGE TO A MULTIYEAR FUNDED AWARD:**
Although the accli. ation ( as su$8 itted as a F year grant transfer re" uestW in order to 8 eet Institute crogra8  criorities and o$ye. tiJes ( ithin Dis. al 6ear 2025W this grant has $een . onJerted to a 8 ulti-year funded a( ardW ith all years of funding croJided in the . urrent fis. al yearbSce. ial 8 onitoring re" uire8 ents sce. ifi. to 8 ultivear funded a( ardsW in. luding the crogress recort due on or $efore the anniJersarv of the $udget/croye. t ceriod start date of the a( ardW are detailed in Se. tion III in this Noti. e of A( ardb

**DIRECT COSTS:**
Please note that the direct costs recommended in all years are based on the NIMH Policy for Career (K) Awards as outlined in: http://www.nimh.nih.gov/funding/training/career-development-programs-k-series.shtml.

**PROJECT EXTENSION AND PROJECT END DATE:**
Anv extension of ti8 e for this a( ard should $e 8 ade in ( ritingV and under no . ir. u8 stan. es ( ill a re" uest for a croye. t end date after Mav F1V20F0 $e allo( edbFas the full $udget/croye. t ceriod funding for this a( ard is issued fro8  one fis. al vear's accrocriationVgrant funds ( ill excire on Secte8 $er F0V20F0bDor that reasonVit is i8 ceratiJe that the final NIH DD#-Dinal Dinan. ial #ecort $e su$8 itted $efore Secte8 $er F0V20F0b

**MULTI-YEAR FUNDED REQUIREMENT:**
This grant 8 av $e dee8 ed 8 aterially non-. o8 cliant if annual #PP#s are not su$8 itted on 04/01 ea. h vearbDurther enfor. e8 ent a. tions 8 av $e ne. essarv in a. . ordan. e ( ith the NIH Grants Poli. v State8 ent Se. tion 3b5 rhttp://grantsbnihbgoJ/grants/coli. v/nihgcs/indexbht8 b

**DATA AND SAFETY MONITORING:**
This grant is subject to the clinical research policies outlined in NOT-MH-19-027. The recipient will adhere to the NIH (NIH GPS 4.1.15) and NIMH policies (NOT-MH-19-027) including appropriately providing adequate data and safety monitoring and timely reporting of key events as defined in the NIMH Reportable Events Policy. The level and frequency of human subject data and safety monitoring should always be commensurate with the risk and nature of the research.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 4B01MH1FF504-0F

**INSTITUTION:** UNIV OD MA#6LAN7W OLLEGE PA#B

| Cudget | 6ear F |
|--------|--------|
| Salaries and q ages | ) 130W00 |
| Dringe Cenefits | ) 44W2F@ |
| Personnel Yosts rSu$totalp | ) 224W2F@ |
| Other | ) 31W009 |
| TOTAL DE7E#AL 7Y | ) F05W945 |
| TOTAL DE7E#AL D&A | ) 24WWK@ |

| TOTAL YOST | ) FF0W21 |
|---|---|

| Da. ilities and Ad8 inistratiJe Yosts | 6ear F |
|---|---|
| D&A Yost #ate 1 | 0% |
| D&A Yost Case 1 | ) F05W45 |
| D&A Yosts 1 | ) 24WK@ |

| **Recipient Information** | **Federal Award Information** |
|---|---|

**Recipient Information**

**1. Recipient Name**
T#USTEES OD ROSTON UNIVE#SIT,
65 EAST NE3 TON ST C M-921
ROSTON KMA 02116

**2. Congressional District of Recipient**
0w

**3. Payment System Identifier (ID)**
104210754wA1

**4. Employer Identification Number (EIN)**
04210754w

**5. Data Universal Numbering System (DUNS)**
804467045

**6. Recipient's Unique Entity Identifier**
DR, MGMH3 4. 95

**7. Project Director or Principal Investigator**
Gapriel # Mur@hison KPHY

gapecJ ur@hisonWn ale@edu

**8. Authorized Official**
Suvanne #o@ha
ro@hasWpu@edu
81w757-4785

**Federal Agency Information**

**9. Awarding Agency Contact Information**
Heather PcOlusoga

NATIONAL INSTITUTE ON ALFOHOL
ARUSE ANY ALFOHOLISM
Heather@OlusogaWnih@go(
701-447-6w8w

**10. Program Official Contact Information**
Rradlem To) nsend z erridge

NATIONAL INSTITUTE ON ALFOHOL
ARUSE ANY ALFOHOLISM
pradlemyerridgeWnih@go(
701-62ww497

**Federal Award Information**

**11. Award Number**
4#00AA070801-07

**12. Unique Federal Award Identification Number (FAIN)**
#00AA070801

**13. Statutory Authority**
42 USF 241 42 FD# 52

**14. Federal Award Project Title**
StigJ aK#oJ anti@#elationshibsKand Al@hol Use AJ ong Transgender and Nonpinarm, oung Adults

**15. Assistance Listing Number**
97@2w7

**16. Assistance Listing Program Title**
Al@hol #esear@n PrograJ s

**17. Award Action Type**
Extension ) ith or ) ithout funds

**18. Is the Award R&D?**
, es

| **Summary Federal Award Financial Information** | |
|---|---|
| **19. Budget Period Start Date** 09/01/2024 **– End Date** 06/71/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $249K000 |
| 20 ac Yire@ Fost AJ ount | $150K909 |
| 20 pc Indire@ Fost AJ ount | $96K091 |
| **21.** Authorived Farrno( er | |
| **22.** Offset | |
| **23. Total AJ ount of Dederal Dunds Opligated this pudget beriod** | $249K000 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $249K000 |
| **26. Project Period Start Date** 09/01/2024 **– End Date** 06/71/202w | |
| **27.** Total AJ ount of the Dederal A) ard in@uding Abbro( ed Fost Sharing or Mat@ing this Proje@ Period | $249K000 |

**28. Authorized Treatment of Program Income**
Additional Fosts

**29. Grants Management Officer - Signature**
" effrem Thurston

**30. Remarks**

A@@eptan@e of this a) ardKin@uding the kTerJ s and FonditionsKis a@yno) ledged pm the re@ibient ) hen funds are dra) n do) n or other) ise requested froJ the grant banJ ent snsteJ c

Noti@ of A) ard



**RESEARCH TRANSITION AWARD**
YebartJ ent of Health and HuJ an Ser(i@s
National Institutes of Health



NATIONAL INSTITUTE ON ALFOHOL ARUSE ANY ALFOHOLISM

---

**SECTION I – AWARD DATA – 4R00AA030601-03**

**Principal Investigator(s)V**
Gapriel # Mur@hisonKPHY

**Award e-mailed toV**osberaWpu@du

Year Authorived Offi@al:

The National Institutes of Health herepma) ards a grant in the aJ ount of $249K000 "see "A) ard F al@ulation' in Se@ion I and "TerJ s and Fonditions' in Se@ion IIIBto ROSTON UNIVE#SIT,  MEYIFAL FAMPUS in subbort of the apo(e referen@ed broje@c This a) ard is bursuant to the authoritmof 42 USF 241 42 FD# 52 and is supje@d to the requireJ ents of this statute and regulation and of other referen@edKin@rborated or atta@hed terJ s and @onditionsc

A@@ebtan@e of this a) ardKin@uding the kTerJ s and FonditionsKis a@yno) ledged pmthe re@bient ) hen funds are dra) n do) n or other) ise requested froJ  the grant band ent snsteJ c

Ea@h bupli@ationKbress releaseKor other do@uJ ent apout resear@h subborted pman NIH a) ard  J ust in@ude an a@yno) ledgJ ent of NIH a) ard subbort and a dis@ai J er su@h as "#esear@h reborted in this bupli@ation ) as subborted pmthe National Institute On Al@ohol Apuse And Al@oholisJ  of the National Institutes of Health under A) ard NuJ per #00AA070801cThe @ntent is solelmthe resbonsipilitmof the authors and does not ne@essarilmrebresent the offi@al (ie) s of  the National Institutes of Healthc Prior to issuing a bress release @on@erning the out@J e of this resear@hKblease notifmthe NIH a) arding IF in ad(an@e to allo)  for @oordinationc

A) ard re@ibients J ust broJ ote opje@i(itmin resear@h pmestablishing standards that bro(ide a reasonable exbe@ation that the designKondu@d and reborting of resear@h funded under NIH a) ards ) ill pe free froJ  pias resulting froJ  an In(estigatorS Dinan@al Fonfli@ of Interest "DFOIBKin a@@ordan@e ) ith the 2011 re(ised regulation at 42 FD# Part 50 Supbart Dc  The Institution shall supJ it all DFOI reborts to the NIH through the e#A FoJ J ons DFOI ModulecThe regulation does not abblmto Phase I SJ all Rusiness Inno@ati(e #esear@h "SRI#Band SJ all Rusiness Te@hnologmTransfer "STT#Ba) ardscFonsult the NIH ) epsite http://grants.nih.go(/grants.boli@m/@i/ for a liny to the regulation and additional iJ bortant inforJ ationc

If mou ha(e anmquestions apout this a) ardKblease dire@ questions to the Dederal Agen@n @onta@sc

Sin@erelmnoursK

" effrem Thurston
Grants ManageJ ent Offi@er
NATIONAL INSTITUTE ON ALFOHOL ARUSE ANY ALFOHOLISM

Additional inforJ ation follo) s

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| Salaries and Wages | $95K720 |
| Fringe Benefits | $28K547 |
| Personnel Costs (Subtotal) | $121K687 |
| Consultant Services | $2K500 |
| Materials & Supplies | $7w8 |
| Travel | $1K64 |
| Other | $24K768 |

| | |
|---|---|
| Federal Direct Costs | $150K909 |
| Federal F&A Costs | $96K091 |
| Approved Budget | $249K000 |
| Total Amount of Federal Funds Authorized (Federal Share) | $249K000 |
| TOTAL FEDERAL AWARD AMOUNT | $249K000 |

| | |
|---|---|
| AMOUNT OF THIS ACTION (FEDERAL SHARE) | $249K000 |

| SUMMAR: TOTALS FOR ALL : EARS "for this Yo@J ent NuJ perB | | |
|---|---|---|
| : R | THIS AWARD | CUMULATI/ E TOTALS |
| 7 | $249K000 | $249K000 |
| 4 | $242K988 | $242K988 |
| 5 | $226K622 | $226K622 |

#e@J J ended future near total @st subbortKsupje@ to the a(ailapilitmof funds and satisfa@ormbrogress of the broje@

**Fiscal InformationV**

| | |
|---|---|
| Payment System IdentifierV | 104210754wA1 |
| Document NumberV | #AA070801R |
| PMS Account TypeV | P "Supa@@ountB |
| Fiscal : earV | 2024 |

| IF | F AN | 2024 | 2025 | 2028 |
|---|---|---|---|---|
| AA | 64w1w4w | $249K000 | $242K988 | $226K622 |

#e@J J ended future near total @st subbortKsupje@ to the a(ailapilitmof funds and satisfa@ormbrogress of the broje@

**NIH Administrative DataV**
PCC: AE z Y / OC: 41025 / **Released**:  06/18/2024
**Award ProcessedV** 06/19/2024 12:17:28 AM

---

**SECTION II – PA: MENTVHOTLINE INFORMATION – 4R00AA030601-03**

Dor banmJ ent and HHS Offi@e of Insbe@or General Hotline inforJ ationKsee the NIH HoJ e Page at httb://grantsₐnihₐgo(/grants/boli@(va) ard@nditionsₐhtJ

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 4R00AA030601-03**

This a) ard is pased on the abbli@ation supJ itted toKand as abbro( ed pmKNIH on the apo( e-titled broje@ and is supje@ to the terJ s and @nditions in@rborated either dire@lmor pmreferen@ in the follo) ing:

ac  The grant brograJ legislation and brograJ regulation @ted in this Noti@ of A) ardc
pc  F onditions on a@i(ities and expenditure of funds in other statutormrequireJ entsKsu@ as those in@uded in abbrobriations a@sc
@c  45 F D# Part w5c
dc  National Poli@n#requireJ ents and all other requireJ ents des@iped in the NIH Grants Poli@n StateJ entKin@uding addenda in effe@ as of the peginning date of the pudget beriodc
ec  Deregal A) ard PerforJ an@ Goals: As required pmthe beriodi@ebort in the #PP# or in the final brogress rebort ) hen abbli@aplec
fc  This a) ard noti@eKINFLUYING THE TE#MS ANY F ONYITIONS FITEY RELO3 c

"See NIH HoJ e Page at httb://grantsₐnihₐgo(/grants/boli@(va) ard@nditionsₐhtJ for @ertain referen@es @ted apo( edB

**Research and Development (R&D)V** All a) ards issued pm the National Institutes of Health "NIHBJ eet the definition of "#esear@h and Ye(elobJ ent' at 45 FD# Part& w5@J. As su@h Kauditees should identifm NIH a) ards as bart of the #; Y @uster on the S@hedule of Exbenditures of Dederal A) ards "SEDA@c The auditor should test NIH a) ards for @J blian@e as instru@ed in Part VK Flusters of PrograJ scNIH re@ognives that soJ e a) ards J amha(e another @assifi@ation for burboses of indire@h @ostscThe auditor is not required to rebort the dis@onne@l "i@ed the a) ard is @assified as #; Y for Deferal Audit #equireJ ent burboses put non-resear@h for indire@l @ost rate burboses Kunless the auditee is @harging indire@l @osts at a rate other than the rate"sBsbe@ified in the a) ard do@uJ ent"sB:

This institution is a signator m to the DeferaJ YeJ onstration Partnership "DYPBPhase VII AgreeJ ent ) hi@h requires a@i( e institutional barti@ibation in ne) or ongoing DYP deJ onstrations and bilotsc

An unobligated balan@e J ambe @arried o( er into the next budget beriod ) ithout Grants ManageJ ent Offi@er brior abbro( alc

This grant is subje@l to StreaJ lined Non-@J beting A) ard Pro@edures "SNAP@:

This a) ard is subje@l to the requireJ ents of 2 FD# Part 25 for institutions to obtain a unique entitm identifier "UEIBand J aintain an a@i( e registration in the SmsteJ for A) ard ManageJ ent "SAM@: Should a @onsortiuJ /suba) ard be issued under this a) ardKa UEI requireJ ent J ust be in@ludedc See http://grants.nih.go(/grants/boli@ma) ard@onditionshtJ for the full NIH a) ard terJ iJ bleJ enting this requireJ ent and other additional inforJ ationc

This a) ard has been assigned the Deferal A) ard Identifi@ation NuJ ber "DAINB#00AA070801c#e@ibients J ust do@uJ ent the assigned DAIN on ea@h @onsortiuJ /suba) ard issued under this a) ardc

Rased on the broje@l beriod start date of this broje@KKthis a) ard is liyelmsubje@l to the Transbaren@mA@l "suba) ard and exe@uti( e @J bensation reborting requireJ ent of 2 FD# Part 1w@cThere are @onditions that J amex@ude this a) ard_see http://grants.nih.go(/grants/boli@ma) ard@onditionshtJ for additional a) ard abbli@abilitminforJ ationc

In a@@ordan@e ) ith P.L.c110-181K@J blian@e ) ith the NIH Publi@A@@ess Poli@m is no) J andator m cDor J ore inforJ ationKsee NOT-OY-06-077 and the Publi@A@@ess ) ebsite: http://bubli@a@@ess.nih.go(/c

This a) ard bro( ides subbort for one or J ore @lini@al trialscRmla) "Title VIIIKSe@ion 601 of Publi@La) 110-65BKthe "resbonsible bartm J ust register "abbli@able @lini@al trials' on the Flini@alTrials.go( Proto@ol #egistration SmsteJ InforJ ation 3 ebsitecNIH en@ourages registration of all trials ) hether required under the la) or notcDor J ore inforJ ationKsee http://grants.nih.go(/Flini@alTrials' fdaa/

#e@ibients J ust adJ inister the broje@l in @J blian@e ) ith federal @i( il rights la) s that brohibit dis@iJ ination on the basis of ra@eKolorKnational originKdisabilitmKageKand @J blm) ith abbli@able @ons@en@e brote@ionscThe re@ibient ) ill @J blm) ith abbli@able la) s that brohibit dis@iJ ination on the basis of sexK) hi@h in@ludes dis@iJ ination on the basis of gender identitmKsexual orientationKand bregnan@mcFoJ blian@e ) ith these la) s requires taying reasonable stebs to bro(ide J eaningful a@@ess to bersons ) ith liJ ited English brofi@en@mand bro(iding brograJ s that are a@@essible to and usable bm bersons ) ith disabilitiescThe HHS Offi@e for Fi(il #ights bro(ides guidan@e on @J blm) ing ) ith @i(il rights la) s enfor@ed bm HHScSee https://) ) ) .hhs.go(/@i(il-rights/for-bro(iders/bro(ider-obligations/index.htJ l and https://) ) ) .hhs.go(/c

- #e@ibients of DDA J ust ensure that their brograJ s are a@@essible to bersons ) ith liJ ited English brofi@en@mcDor guidan@e on J eeting the legal obligation to taye reasonable stebs to ensure J eaningful a@@ess to brograJ s or a@i( ities bmliJ ited English brofi@ent indi(idualsK see https://) ) ) .hhs.go(/@i(il-rights/for-indi( iduals/sbe@ial-tobi@s/liJ ited-english-brofi@en@m/fa@t-sheet-guidan@e/index.htJ l and https://) ) ) .leb.go(/c

- Dor inforJ ation on an institution's sbe@ifi@ legal obligations for ser(ing qualified indi(iduals ) ith disabilitiesKin@luding bro(iding brograJ a@@essKreasonable J odifi@ationsKand to the legal effe@i(e @J J uni@ationKsee http://) ) ) .hhs.go(/o@r/@i(ilrights/understanding/disability/index.htJ lc

- HHS funded health and edu@ation brograJ s J ust be a@J inistered in an en(ironJ ent free of sexual harassJ ent_see https://) ) ) .hhs.go(/@i(il-rights/for-indi( iduals/sex-dis@iJ ination/index.htJ lc Dor inforJ ation about NIH's @J J itJ ent to subborting a safe and resbe@ful ) orm en(ironJ entK) ho to @onta@l ) ith questions or @on@ernsKand ) hat NIH's exbe@ations are for institutions and the indi(iduals subborted on NIH-funded a) ardsKblease see https://grants.nih.go(/grants/boli@m/harassJ ent.htJ c

A.R.000280

- Dor guidan@ on adJ inistering brograJ s in @J blian@ ) ith abbli@ple federal religious nondis@riJ ination la) s and abbli@ple federal @ons@en@ brote@ion and asso@ated anti-dis@riJ ination la) s $ see https://) ) ) dhhs@o(/@ons@en@e/@ons@en@e-brote@ions/index@htJ l and https://) ) ) dhhs@o(/@ons@en@e/religious-freedoJ /index@htJ lc

In a@@ordan@e ) ith the regulatorrrequireJ ents bro(ided at 45 FD# w5d 17 and Abbendix . II to 45 FD# Part w5Kre@bients that ha(e @rrentlma@ie(e Dederal grantsK@oberati(e agreeJ entsKand bro(ureJ ent @ntra@s ) ith @uJ ulati(e total (alue greater than $10K000K000 J ust rebort and J aintain inforJ ation in the Snste J for A) ard ManageJ ent "SAMBapout @(ilK@iJ inalKand adJ inistrati(e bro@edings in @onne@ion ) ith the a) ard or berforJ an@e of a Dederal a) ard that rea@ed final disbosition ) ithin the J ost re@ent fi(e-near beriodc The re@bient J ust also J aye seJ iannual dis@losures regarding su@ bro@edingscPro@edings inforJ ation ) ill be J ade bubli@ma(ailaple in the designated integritrand berforJ an@e snsteJ "@rrentlm the Dederal A) ardee PerforJ an@e and IntegritrrinforJ ation SnsteJ "DAPIISBcDull reborting requireJ ents and bro@edures are found in Abbendix . II to 45 FD# Part w5cThis terJ does not abblmto NIH fello) shibsc

**Treatment of Program IncomeV**
Additional Fosts

SECTION I/ – AA SPECIFIC AWARD CONDITIONS – 4R00AA030601-03

Flini@al Trial Indi@ator: , es
This a) ard subborts one or J ore NIH-defined Flini@al TrialscSee the NIH Grants Poli@rnStateJ ent Se@ion 1d2 for NIH definition of Flini@al Trialc

**RESTRICTION:** The present award is being made without a currently valid certification of Institutional Review Board (IRB) approval for AIM 2 and AIM 3 with the following restriction: Only activities that are clearly severable and independent from activities that involve human subjects for AIM 2 and AIM 3 may be conducted pending the NIH awarding component's (NIAAA's) acceptance of the certification of IRB approval and the grantee receives NIAAA notification of approval. The certification of IRB approval must be submitted to NIAAA to release the current restrictions.

No funds may be drawn down from the payment system and no obligations may be made against Federal funds for research involving human subjects at any site engaged in such research for any period not covered by an Office for Human Research Protections Assurance and an IRB approval consistent with the requirements of 45 CFR Part 46.

This award is subject to the conditions set forth in PA-20-187, NIH Pathway to Independence Award, which are hereby incorporated by reference as special terms and conditions of this award. A copy of this Funding Opportunity Announcement (FOA) may be found at  https://grants.nih.gov/grants/guide/pa-files/PA-20-187.html

**DATA AND SAFETY MONITORING:** This award is subject to the current Data and Safety Monitoring Plan (DSMP) submitted and previously approved by NIAAA in accordance with the NIAAA Data and Safety Monitoring Guidelines at http://www.niaaa.nih.gov/research/guidelines-and-resources/data-and-safety-monitoring-guidelines. Any changes in the DSMP must be reviewed and approved by the NIAAA Program Official.

**DISSEMINATION PLAN:** The clinical trial(s) supported by this award is subject to the dissemination plan previously submitted to and approved by NIH and the NIH policy on Dissemination of NIH-Funded Clinical Trial Information. The policy states that the clinical trial(s) funded by this award will be registered in ClinicalTrials.gov not later than 21 calendar days after enrollment of the first participant and primary summary results reported in ClinicalTrials.gov, not later than one year after the completion date. The reporting of summary results is required by this term of award even if the primary completion date occurs after the period of performance.

This award is subject to additional certification requirements with each submission of the Annual, Interim, and Final Research Performance Progress Report (RPPR). The recipient must agree to the following annual certification when submitting each RPPR. By submitting the RPPR, the AOR signifies compliance, as follows:

In submitting this RPPR, the AOR (or PD/PI with delegated authority), certifies to the best of his/her knowledge that, for all clinical trials funded under this NIH award, the recipient and all investigators conducting NIH-funded clinical trials are in compliance with the recipient's plan addressing compliance with the NIH Policy on Dissemination of NIH-Funded Clinical Trial Information. Any clinical trial funded in whole or in part under this award has been registered in ClinicalTrials.gov or will be registered not later than 21 calendar days after enrollment of the first participant. Summary results have been submitted to ClinicalTrials.gov or will be submitted not later than one year after the completion date, even if the completion date occurs after the period of performance.

**NIAAA DATA ARCHIVE (NIAAADA) DATA SHARING REQUIREMENT:** This award is subject to the data sharing guidance outlined in NOT-AA-23-002 (https://grants.nih.gov/grants/guide/notice-files/NOT-AA-23-002.html).

**SPREADSHEET SUMMAR:**
**AWARD NUMBER**V4#00AA070801-07

**INSTITUTION**VROSTON UNIVE#SIT, MEYIFAL FAMPUS

| Rudget | , ear 7 | , ear 4 | , ear 5 |
|---|---|---|---|
| Salaries and 3 ages | $95K720 | $95K720 | $95K720 |
| Dringe Renefits | $28K547 | $28K547 | $28K547 |
| Personnel Fosts "SuptotalB | $121K687 | $121K687 | $121K687 |
| Fonsultant Ser(i@s | $2K500 | | |
| Materials ; Subblies | $7w8 | $w5 | $420 |
| Tra(el | $1K64 | | |
| Other | $24K768 | $25K714 | $18K2w8 |
| TOTAL DEYE#AL YF | $150K909 | $14wK252 | $176K559 |
| TOTAL DEYE#AL D; A | $96K091 | $95KV14 | $90K087 |
| TOTAL FOST | $249K000 | $242K988 | $226K822 |

| Da@lities and AdJ inistrati(e Fosts | , ear 7 | , ear 4 | , ear 5 |
|---|---|---|---|
| D; A Fost #ate 1 | 85% | 85% | 85% |
| D; A Fost Rase 1 | $150K909 | $14wK252 | $176K559 |
| D; A Fosts 1 | $96K091 | $95KV14 | $90K087 |



**Department of Health and Human Services**

NATIONAL INSTITUTE ON ALFOHOL ARUSE ANY ALFOHOLISM

**Notice of Award**

4#00AA030701

**Federal Award Date**
03/25/2025

---

## Recipient Information

**1. Recipient Name**
T#USTEES OD ROSTON UNIVE#SIT8
65 EAST NE,  TON ST C M-921
ROSTONKMA 02116

**2. Congressional District of Recipient**
0w

**3. Payment System Identifier (ID)**
104210354wA1

**4. Employer Identification Number (EIN)**
04210354w

**5. Data Universal Numbering System (DUNS)**
704463045

**6. Recipient's Unique Entity Identifier**
DR8MGMH,  4. 95

**7. Project Director or Principal Investigator**
Gapriel # Mur@hison KPHY

gape J ur@hison Wn al ec edu

**8. Authorized Official**
Suvanne #o@ha
ro@has Wpuc edu
71w353-4375

## Federal Agency Information

**9. Awarding Agency Contact Information**
Heather PcOlusoga

NATIONAL INSTITUTE ON ALFOHOL
ARUSE ANY ALFOHOLISM
Heather Olusoga Wnih go(
301-443-6w7w

**10. Program Official Contact Information**
Rradlem To) nsend z erridge

NATIONAL INSTITUTE ON ALFOHOL
ARUSE ANY ALFOHOLISM
pradlem erridge Wnih go(
301-62w w493

## Federal Award Information

**11. Award Number**
4#00AA030701-03

**12. Unique Federal Award Identification Number (FAIN)**
#00AA030701

**13. Statutory Authority**
42 USF 241 42 FD# 52

**14. Federal Award Project Title**
Stig J al #o J anti@#elationshibs Kand Al@hol Use AJ ong Transgender and Nonpinarm
8oung Adults

**15. Assistance Listing Number**
93 c2w3

**16. Assistance Listing Program Title**
Al@hol #esear@n PrograJ s

**17. Award Action Type**
Extension ) ith or ) ithout funds $#EVISEYj

**18. Is the Award R&D?**
8es

### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 09/01/2024 – **End Date** 03/21/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | " 0 |
| 20 ac Yire@ Fost AJ ount | " 0 |
| 20 pc Indire@ Fost AJ ount | " 0 |
| **21.** Authorived Farrno( er | |
| **22.** Offset | |
| **23. Total AJ ount of Dederal Dunds Opligated this pudget beriod** | " 249K000 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | " 0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | " 249K000 |
| **26. Project Period Start Date** 09/01/2024 – **End Date** 03/21/2025 | |
| **27.** Total AJ ount of the Dederal A) ard in@uding Abbro( ed Fost Sharing or Mat@ing this Proje@ Period | " 249K000 |

**28. Authorized Treatment of Program Income**
Additional Fosts

**29. Grants Management Officer - Signature**
qudm Dox

## 30. Remarks

A@@eptan@e of this a) ardKin@uding the "TerJ s and Fonditions K is a@no) ledged pm the re@bient ) hen funds are dra) n do) n or other) ise re "uested fro J the grant bano J ent snste J c

Version C15 - 2/15/2025 ... 3/27/2025 12:17 AM

Noti@ of A) ard



**RESEARCH TRANSITION AWARD**
YebartJ ent of Health and HuJ an Ser(i@s
National Institutes of Health



NATIONAL INSTITUTE ON ALFOHOL ARUSE ANY ALFOHOLISM

---

**SECTION I – AWARD DATA – 4R00AA030601-03 REVISED**

**Principal Investigator(s):**
Gapriel # Mur@hisonKPHY

**Award e-mailed to:** osberaWpu@du

Year Authorived Offi@al:

The National Institutes of Health herepmre(ises this a) ard $See 'A) ard Fal@ulationBin Se@ion I and 'TerJ s and FonditionsBin Se@ion IIlj to ROSTON UNIVE#SIT8 MEYIFAL FAMPUS in subbort of the apo(e referen@ed broke@c This a) ard is bursuant to the authoritmof 42 USF 241 42 FD# 52 and is suple@ to the re" uireJ ents of this statute and regulation and of other referen@edKin@rborated or atta@hed terJ s and @nditionsc

A@@ebtan@e of this a) ardKin@uding the "TerJ s and FonditionsK is a@yno) ledged pmthe re@abient ) hen funds are dra) n do) or other) ise re" uested froJ the grant band ent smsteJ c

Ea@h bupli@ationKbress releaseKor other do@uJ ent apout resear@h subborted pman NIH a) ard J ust in@ude an a@yno) ledgJ ent of NIH a) ard subbort and a dis@aiJ er su@h as '#esear@h reborted in this bupli@ation ) as subborted pmthe National Institute On Al@ohol Apuse And Al@oholisJ of the National Institutes of Health under A) ard NuJ per #00AA030701cThe @ntent is solelmthe resbonsipilitmof the authors and does not ne@ssarilmrebresent the offi@al (ie) s of the National Institutes of HealthcBPrior to issuing a bress release @on@erning the out@J e of this resear@hKblease notifmthe NIH a) arding IF in ad(an@e to allo) for @oordinationc

A) ard re@abients J ust broJ ote ople@i(itmin resear@h pmestablishing standards that bro(ide a reasonable exbe@ation that the designK@ondu@t and reborting of resear@h funded under NIH a) ards ) ill pe free froJ pias resulting froJ an In(estigator§ Dinan@al Fonfli@t of Interest $DFOljKin a@@rdan@e ) ith the 2011 re(ised regulation at 42 FD# Part 50 Subpart Dc The Institution shall supJ it all DFOI reborts to the NIH through the e#A FoJ J ons DFOI ModulecThe regulation does not abblmto Phase I SJ all Rusiness Inno(ati(e #esear@h $SRI#j and SJ all Rusiness Te@hnologmTransfer $STT#j a) ardscFonsult the NIH ) epsite http://grants@nih@go(/grants/boli@d/@oi/ for a liny to the regulation and additional iJ bortant inforJ ationc

If mou ha(e anm" uestions apout this a) ardKblease dire@t " uestions to the Dederal Agen@m@nta@sc

Sin@erelmmoursK

qudmDox
Grants ManageJ ent Offi@er
NATIONAL INSTITUTE ON ALFOHOL ARUSE ANY ALFOHOLISM

Additional inforJ ation follo) s

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| Salaries and Wages | " 95K820 |
| Fringe Benefits | " 27K543 |
| Personnel Costs (Subtotal) | " 121K673 |
| Consultant Services | " 2K500 |
| Materials & Supplies | " 3w7 |
| Travel | " 1K664 |
| Other | " 24K867 |
| | |
| Federal Direct Costs | " 150K909 |
| Federal F&A Costs | " 96K091 |
| Approved Budget | " 249K000 |
| Total Amount of Federal Funds Authorized (Federal Share) | " 249K000 |
| TOTAL FEDERAL AWARD AMOUNT | " 249K000 |
| | |
| AMOUNT OF THIS ACTION (FEDERAL SHARE) | " 0 |

| SUMMARY TOTALS FOR ALL YEARS Sfor this Yo@uJ ent NuJ perj | | |
|---|---|---|
| YR | THIS AWARD | CUMULATIVE TOTALS |
| 3 | " 249K000 | " 249K000 |

**Fiscal Information:**
Payment System Identifier:    104210354wA1
Document Number:              #AA030701R
PMS Account Type:             P SSupa@@untj
Fiscal Year:                  2024

| IF | FAN | 2024 |
|---|---|---|
| AA | 64wIw4w | " 249K000 |

**NIH Administrative Data:**
**PCC**: AE zY / **OC**: 41025 / **Released**: 03/25/2025
**Award Processed**: 03/27/2025 12:17:20 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 4R00AA030601-03  REVISED**

Dor banmJ ent and HHS Offi@e of Insbe@tor General Hotline inforJ ationKsee the NIH HoJ e Page at http://grantsɔnih@go(/grants/boli@nfa) ard@nditionsɔhtJ

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 4R00AA030601-03  REVISED**

This a) ard is pased on the abbli@ation supJ itted toKand as abbro(ed pmKNIH on the apo(e-titled broke@ and is suple@ to the terJ s and @nditions in@rborated either dire@lmor pmrreferen@ in the follo) ing:

ac   The grant brograJ  legislation and brograJ  regulation @ted in this Noti@ of A) ardc
pc   Fonditions on a@i(ities and exbenditure of funds in other statutormre" uireJ entsKsu@ as those in@uded in abbrobriations a@sc
@   45 FD# Part w5c
dc   National Poli@mn#e" uireJ ents and all other re" uireJ ents des@ibed in the NIH Grants Poli@n StateJ entKin@uding addenda in effe@ as of the peginning date of the pudget beriodc
ec   Dederal A) ard PerforJ an@e Goals: As re" uired pmthe beriodi@rebort in the #PP# or in the final brogress rebort ) hen abbli@aplec
fc   This a) ard noti@eKINNFLUYING THE TE#MS ANY FONYITIONS FITEY RELO, c

SSee NIH HoJ e Page at http://grantsɔnih@go(/grants/boli@nfa) ard@nditionsɔhtJ   for @ertain referen@s @ted apo(e(

**Research and Development (R&D):**  All a) ards issued pmthe National Institutes of Health SNIHj J eet the definition of ' #esear@ and Ye(elobJ entBat 45 FD# Part& w5c2. As su@hKauditees should identifmNIH a) ards as bart of the #; Y @uster on the S@hedule of Exbenditures of Dederal A) ards SSEDAjcThe auditor should test NIH a) ards for @J blian@e as instru@ted in Part VKFlusters of PrograJ scNIH re@gnives that soJ e a) ards J amha(e another @assifi@ation for burboses of indire@ @ostscThe auditor is not re" uired to

rebort the dis@nne@l $ceck the a) ard is @lassified as #; Y for Dederal Audit #e" uireJ ent burboses put non-resear@h for indire@ @ost rate burbosesj Kunless the auditee is @harging indire@ @osts at a rate other than the rate$sj sbe@ified in the a) ard do@uJ ent$sj c

This institution is a signatorm to the Dederal YeJ onstration Partnershib $DYPj Phase VII AgreeJ ent ) hi@h re" uires a@i(e institutional barti@ibation in ne) or ongoing DYP deJ onstrations and bilotsc

An unobligated palan@e J ampe @arried o(er into the next pudget beriod ) ithout Grants ManageJ ent Offi@er brior abbro(alc

This grant is suble@t to StreaJ lined Non-@oJ beting A) ard Pro@edures $SNAPjc

This a) ard is suble@t to the re" uireJ ents of 2 FD# Part 25 for institutions to obtain a uni" ue entitm identifier $UEIj and J aintain an a@i(e registration in the SmsteJ for A) ard ManageJ ent $SAMjc Should a @onsortiuJ /suba) ard pe issued under this a) ardKa UEI re" uireJ ent J ust pe in@ludedc See http://grants@nih@go(/grants/boli@m/a) ard@onditionsc htJ for the full NIH a) ard terJ iJ bleJ enting this re" uireJ ent and other additional inforJ ationc

This a) ard has peen assigned the Dederal A) ard Identifi@ation NuJ per $DAINj #00AA030701c#e@bients J ust do@uJ ent the assigned DAIN on ea@h @onsortiuJ /suba) ard issued under this a) ardc

Rased on the brole@ beriod start date of this brole@KthisKthis a) ard is liyelm suble@t to the Transbaren@mA@ suba) ard and exe@uti(e @oJ bensation reborting re" uireJ ent of 2 FD# Part 1w0cThere are @nditions that J amex@lude this a) ard_see http://grants@nih@go(/grants/boli@m/a) ard@onditionsc htJ for additional a) ard abbli@abilitm inforJ ationc

In a@@ordan@e ) ith P.L.110-171K@oJ blian@e ) ith the NIH Pupli@A@@ess Poli@m is no) J andatormeDor J ore inforJ ationKsee NOT-OY-06-033 and the Pupli@A@@ess ) ebsite: httb://bupli@a@@ess@nih@go(/c

This a) ard bro(ides subbort for one or J ore @lini@al trialscRmla) $Title VIIIKSe@ion 601 of Pupli@La) 110-65jKthe ' resbonsible bartnmBJ ust register ' abbli@aple @lini@al trialsBon the Flini@alTrials@go( Proto@ol #egistration SmsteJ InforJ ation_ebsiteCNIH en@ourages registration of all trials ) hether re" uired under the la) or notcDor J ore inforJ ationKsee http://grants@nih@go(/Flini@alTrials-fdaaa/
This a) ard rebresents the final mear of the a) betiti(e segJ ent for this grantcSee the NIH Grants Poli@m StateJ ent Se@ion 6o7 Floseout for @oJ blete @loseout re" uireJ ents at: http://grants@nih@go(/grants/boli@m/boli@m.htJ Cgbsc

A final exbenditure Dederal Dinan@al #ebort $DD#j $SD 425j J ust pe supJ itted through the PamJ ent ManageJ ent SmsteJ $PMSj ) ithin 120 dams of the beriod of berforJ an@e end date_see the NIH Grants Poli@mStateJ ent Se@ion 6o7c Dinan@al #ebortsKhttp://grants@nih@go(/grants/boli@m/boli@m.htJ CgbsKfor additional inforJ ation on this supJ ission re" uireJ entcThe final DD# J ust indi@ate the exa@ palan@e of unobligated funds and J annot refle@ anmunli" uidated obligationscThere J ust pe no dis@ebancmes pet) een the final DD# exbenditure data and the real-tiJ e @ash dra) do) n data in PMScNIH ) ill @ose the a) ards using the last re@orded @ash dra) do) n le(el in PMS for a) ards that do not re" uire a final DD# on exbendituresc It is iJ bortant to note that for finan@al @loseoutKif a grantee fails to supJ it a re" uired final exbenditure DD#KNIH ) ill @ose the grant using the last re@orded @ash dra) n le(elc

A Dinal In(ention StateJ ent and Fertifi@ation forJ $HHS 576jKKnot abbli@aple to trainingK@onstru@ionK @nferen@e or @an@er edu@ation grantsj J ust pe supJ itted ) ithin 120 dams of the exbiration datecThe HHS 576 forJ J ampe do) nloaded at: http://grants@nih@go(/grants/forJ sdtJ c This baragrabh does not abblm to Training grantsKDello) shibsKand @ertain other brograJ sX i@e Ka@ti(itm @odes F07KY42KY43KYw1KYPwKG0wK G06KG11Kz 17Kz 30KP09KP40P41KP51K#13K#25K#26K#30K#90K#L5K#L9KS10KS14KS15KU13KU14KU41K U42KU45KUF7KUFwKU#2K01K02c

Unless an abbli@ation for @oJ betiti(e rene) al is supJ ittedKa Dinal #esear@h PerforJ an@e Progress #ebort $Dinal #PP#j J ust also pe supJ itted ) ithin 120 dams of the beriod of berforJ an@e end datecIf a @oJ betiti(e rene) al abbli@ation is supJ itted brior to that dateKthen an InteriJ #PP# J ust pe supJ itted pm that date as ) ellcInstru@ions for brebaring an InteriJ or Dinal #PP# are at: https://grants@nih@go(/grants/rbbr/rbbr-instru@ion-guidecbdfcAnmother sbe@ifi@re" uireJ ents set forth in the terJ s and @onditions of the a) ard J ust also pe addressed in the InteriJ or Dinal #PP#cNote that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audiencec

NIH re" uires ele@roni@supJ ission of the final in( ention stateJ ent through the F loseout feature in the FoJ J onsc

NOTE:  If this is the final near of a @J betiti( e segJ ent due to the transfer of the grant to another institutionK then a Dinal #PP# is not re" uiredc Ho) e( erKa final expenditure DD# is re" uired and J ust pe supJ itted ele@roni@allmas noted apo( ec If not alreadmsupJ ittedKthe Dinal In( ention StateJ ent is re" uired and should pe sent dire@lmto the assigned Grants ManageJ ent Sbe@alistc

#e@bients J ust adJ inister the broke@ in @J blian@ ) ith federal @( il rights la) s that brohibit dis@iJ ination on the pasis of ra@eKolorKnational originKdisapilitmKageKand @J blm) ith abbli@aple @ns@en@ brote@ionscThe re@bient ) ill @J blm) ith abbli@aple la) s that brohibit dis@iJ ination on the pasis of sexK) hi@ in@udes dis@iJ ination on the pasis of gender identitmKsexual orientationKand bregnan@mcFoJ blian@ ) ith these la) s re" uires taying reasonaple stebs to bro( ide J eaningful a@@ess to bersons ) ith liJ ited English brofi@en@mand bro( iding brograJ s that are a@@essiple to and usaple pm bersons ) ith disapilitiescThe HHS Offi@e for Fi( il #ights bro( ides guidan@e on @J blm ng ) ith @( il rights la) s enfor@ed pm HHScSee https://) ) ) dhhsgo( /@( il-rights/for-bro( iders/bro( ider-opligations/indexchtJ l and https://) ) ) dhhsgo( /c

· #e@bients of DDA J ust ensure that their brograJ s are a@@essiple to bersons ) ith liJ ited English brofi@en@mcDor guidan@e on J eeting the legal opligation to taye reasonaple stebs to ensure J eaningful a@@ess to brograJ s or a@ti( ities pmliJ ited English brofi@ent indi( idualsK see https://) ) ) dhhsgo( /@( il-rights/for-indi( iduals/sbe@al-tobi@s/liJ ited-english-brofi@en@m/fa@-sheet-guidan@e/indexchtJ l and https://) ) ) debego( /c
· Dor inforJ ation on an institutionS sbe@ifi@ legal opligations for ser( ing " ualified indi( iduals ) ith disapilitiesKin@uding bro( iding brograJ a@@essKreasonaple J odifi@ationsKand to bro( ide effe@i( e @J J uni@ationKsee http://) ) ) dhhsgo( /o@r/@( ilrights/understanding/disapilitm/indexchtJ lc
· HHS funded health and edu@ation brograJ s J ust pe a free( ironJ ent free of sexual harassJ ent,see https://) ) ) dhhsgo( /@( il-rights/for-indi( iduals/sex-dis@iJ ination/indexchtJ lc Dor inforJ ation apout NIH's @J J itJ ent to subborting a safe and resbe@fful ) ory en( ironJ entK ) ho to @onta@ ) ith " uestions or @on@ernsKand ) hat NIH's exbe@ations are for institutions and the indi( iduals subborted on NIH-funded a) ardsKblease see https://grantsonihgo( /grants/boli@m/harassJ entchtJ c
· Dor guidan@e on adJ inistering brograJ s in @J blian@ ) ith abbli@aple federal religious nondis@iJ ination la) s and abbli@aple federal @ns@en@e brote@ion and asso@ated anti-dis@iJ ination la) sKsee https://) ) ) dhhsgo( /@ns@en@e/@ns@en@e-brote@ions/indexchtJ l and https://) ) ) dhhsgo( /@ns@en@e/religious-freedoJ /indexchtJ lc

In a@@ordan@e ) ith the regulatorm re" uireJ ents bro( ided at 45 FD# w5c113 and Abbendix . II to 45 FD# Part w5KRe@bients that ha( e @urrentlma@i( e Dederal grantsK@operati( e agreeJ entsKand bro@ure J ent @ontra@s ) ith @uJ ulati( e total ( alue greater than " 10K000K000 J ust rebort and J aintain inforJ ation in the SmsteJ for A) ard ManageJ ent ($AMj apout @i( ilK@riJ inalKand adJ inistrati( e bro@eedings in @onne@ion ) ith the a) ard or berforJ an@e of a Dederal a) ard that rea@hed final disbosition ) ithin the J ost re@ent fi( e-near beriodc The re@bient J ust also J aye seJ iannual dis@osures regarding su@h bro@eedingscPro@eedings inforJ ation ) ill pe J ade bubli@ma( ailaple in the designated integritmand berforJ an@e smsteJ $@urrentlm the Dederal A) ardee PerforJ an@e and IntegritmInforJ ation SmsteJ $DAPIISjj cDull rebortingre" uireJ ents and bro@edures are found in Abbendix . II to 45 FD# Part w5cThis terJ does not abblmto NIH fello) shibsc

**Treatment of Program Income:**
Additional Fosts

---

### SECTION IV –  AA SPECIFIC AWARD CONDITIONS – 4R00AA030601-03  REVISED

F lini@al Trial Indi@ator: 8es
This a) ard subborts one or J ore NIH-defined F lini@al TrialscSee the NIH Grants Poli@mStateJ ent Se@ion 1c2 for NIH definition of F lini@al Trialc

**REVISION:** It is the policy of NIH not to prioritize gender identity.  Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans.  Many such studies ignore, rather than seriously examine, biological realities.  Therefore, this project is terminated. The Boston

Version: 35 - 2/15/20xx ... 1/27/2025 12:17 AM

University (Medical Campus) may request funds to support patient safety and orderly closeout of the project. Funds used to support any other research activities will be disallowed and recovered. Please be advised that your organization, as part of the orderly closeout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR), as applicable) within 120 days of the end of this grant.

NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 8.5.2. This revised award represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be dated no later than 30 days after the date of this notice.

*************************************************************************

**RESTRICTION:** The present award is being made without a currently valid certification of Institutional Review Board (IRB) approval for AIM 2 and AIM 3 with the following restriction: Only activities that are clearly severable and independent from activities that involve human subjects for AIM 2 and AIM 3 may be conducted pending the NIH awarding component's (NIAAA's) acceptance of the certification of IRB approval and the grantee receives NIAAA notification of approval. The certification of IRB approval must be submitted to NIAAA to release the current restrictions.

 No funds may be drawn down from the payment system and no obligations may be made against Federal funds for research involving human subjects at any site engaged in such research for any period not covered by an Office for Human Research Protections Assurance and an IRB approval consistent with the requirements of 45 CFR Part 46.

This award is subject to the conditions set forth in PA-20-16wKNIH Path) and to Independence A) and K) high are herepmincorborated pmreference as sbecial terJ s and conditions of this award.A cbmof this Dunding Obbortunitm Announces J ent SDOAj J ampe found at    https://grants.nih.gov/grants/guide/ba-files/PA-20-16wcht.J l

**DATA AND SAFETY MONITORING:** This award is subject to the current Yata and Safetm Monitoring Plan SYSMPj supJ itted and bre(iouslmabbro(ed pmNIAAA in accordance) ith the NIAAA Yata and Safetm Monitoring Guidelines at httb://) ) ) niaaa.nih.gov/research/guidelines-and-resources/data-and-safetm J onitoring-guidelines.Anmchanges in the YSMP J ust pe re(ie) ed and abbro(ed pmthe NIAAA PrograJ Offical.

**DISSEMINATION PLAN:** The clinical trials.sj subborted pmthis award is subject to the disseJ ination blan bre(iouslmsupJ itted to and abbro(ed pmNIH and the NIH bolicmon YisseJ ination of NIH-Dunded Flinical Trial InforJ ationcThe boli(mstates that the clinical trials.sj funded pmthis award ) ill pe registered in Flini@lTrialsgov( not later than 21 @lendar dans after enrollJ ent of the first barti@bant and briJ arm suJ J armresults reborted in FlinicalTrialsgov(K not later than one near after the @mJ bletion datecThe reborting of suJ J armresults are re" uired pmthis terJ of a) ard e(en if the briJ armcmJ bletion date o@@urs after the beriod of berforJ an@c

This award is subject to additional certification re" uireJ ents) ith each supJ ission of the AnnualKlnteriJ K and Dinal #esearch PerforJ an@ Progress #ebort S#PP#jcThe re@bient J ust agree to the follo) ing annual certification ) hen supJ itting each #PP#cRmsupJ itting the #PP#Kthe AO# signifies @mJ blian@Kas follo) s:

In supJ itting this #PP#Kthe AO# Sor PY/PI ) ith delegated authoritmjK@rtifies to the pest of his/her yno) ledge thatKfor all clinical trials funded under this NIH a) ardKthe re@bient and all in(estigators @ndu@ing NIH-funded clinical trials are in @mJ blian@ ) ith the re@bientS blan addressing @mJ blian@ ) ith the NIH Policmon YisseJ ination of NIH-Dunded Flini@l Trial InforJ ationcAnm@lini@l trial funded in ) hole or in bart under this a) ard has peen registered in Flini@lTrialsgov( or ) ill pe registered not later than 21 @lendar dans after enrollJ ent of the first barti@bantcSuJ J armresults ha( e peen supJ itted to Flini@lTrialsgov( or ) ill pe supJ itted not later than one near after the @mJ bletion dateKe(en if the @mJ bletion date o@@urs after the beriod of berforJ an@c

**NIAAA DATA ARCHIVE (NIAAADA) DATA SHARING REQUIREMENT:** This a) ard is subje@ to the data sharing guidan@ outlined in NOT-AA-23-002 Shttps://grants.nih.gov/grants/guide/noti@-files/NOT-AA-23-002cht.J ljc

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 4#00AA030701-03 #EVISEY

**INSTITUTION:** ROSTON UNIVE#SIT8 MEYIFAL FAMPUS

| Rudget | 8ear 3 |
|---|---|
| Salaries and ,  ages | " 95K820 |
| Dringe Renefits | " 27K543 |
| Personnel Fosts SSuptotalj | " 121K673 |
| Fonsultant Ser(i@s | " 2K500 |
| Materials ;  Subblies | " 3w7 |
| Tra(el | " 1K64 |
| Other | " 24K867 |
| TOTAL DEYE#AL YF | " 150K909 |
| TOTAL DEYE#AL D; A | " 96K091 |
| TOTAL FOST | " 249K000 |

| Da@lities and AdJ inistrati(e Fosts | 8ear 3 |
|---|---|
| D; A Fost #ate 1 | 75% |
| D; A Fost Rase 1 | " 150K909 |
| D; A Fosts 1 | " 96K091 |

Version: 35 - 2/15/... A.R.000289 ...5/27/2025 12:17 AM

Department of Health and Human Services

NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES

Notice of Award

FAIN# UH3AI169658

Federal Award Date
09/06/2024



Case 1:25-cv-01620-LLA    Document 108-1    Filed 01/09/26    Page 295 of 573

## Recipient Information

**1. Recipient Name**
THE TRUSTEES OF COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK
630 W 168TH ST FL 4
NEW YORK, NY 10032

**2. Congressional District of Recipient**
13

**3. Payment System Identifier (ID)**
1135598093A7

**4. Employer Identification Number (EIN)**
135598093

**5. Data Universal Numbering System (DUNS)**
621889815

**' . Recipient' s Uni7ue Entity Identifier**
QHF5ZZ114M72

**6. Project Director or Principal Investigator**
Rebecca  Schnall, PHD (Contact)
Mary Dickey Lindsay Professor Of Disease
Prevention And Health Promotion
rb897@columbia.edu
212-342-6886

**8. Authorized Official**
William Berger
grants-office@columbia.edu
212-305-4191

## Federal Agency Information

**9. Awarding Agency Contact Information**
LOGAN COLLINS Baker

NATIONAL INSTITUTE OF ALLERGY AND
INFECTIOUS DISEASES
logan.baker@nih.gov
301-761-7494

**10. Program Official Contact Information**
Lori B. Zimand
Health Specialist
NATIONAL INSTITUTE OF ALLERGY AND
INFECTIOUS DISEASES
lzimand@niaid.nih.gov
240-627-3212

## Federal Award Information

**11. Award Number**
4UH3AI169658-03

**12. Uni7ue Federal Award Identification Number (FAIN)**
UH3AI169658

**13. Statutory Authority**
42 USC 241 31 USC 6305 42 CFR 52

**14. Federal Award Project Title**
MyPEEPS Mobile LITE:  Limited Interaction Efficacy Trial of MyPEEPS Mobile to
Reduce HIV Incidence and Better Understand the Epidemiology of HIV among YMSM

**15. Assistance Listing Number**
93.855

**1' . Assistance Listing Program Title**
Allergy and Infectious Diseases Research

**16. Award Action Type**
Extension with or without funds (REVISED)

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---:|
| **19. Budget Period Start Date** 08/01/2024 – **End Date** 07/31/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0 |
|     20 a.  Direct Cost Amount | $825,397 |
|     20 b.  Indirect Cost Amount | $307,286 |
| **21.** Authorized Carryover | $1,132,683 |
| **22.** Offset | $0 |
| **23.** Total Amount of Federal Funds Obligated this budget period | $2,497,744 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $2,497,744 |
| ............................................................................................ | |
| **2' . Project Period Start Date** 09/01/2022 – **End Date** 07/31/2027 | |
| **26.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $2,497,744 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Ann W. Devine

## 30. Remarks

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or
otherwise requested from the grant payment system.

Version 25 - 2/15/2022    Created 8/27/2024 12:03 AM
A.R.000290



Notice of Award
*EXPLORATORY/DEVELOPMENT COOPERATIVE AGREEMENT PH 2*
Department of Health and Human Services
National Institutes of Health



NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES

**SECTION I – AWARD DATA – 4UH3AI1' 9' 58-03 REVISED**

**Principal Investigator(s):**
Dustin T Duncan, DSC
Robert  Garofalo, MD
Rebecca  Schnall (contact), PHD

**Award e-mailed to:** grants-office@columbia.edu

Dear Authorized Official:

The National Institutes of Health hereby revises this award  (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to COLUMBIA UNIVERSITY HEALTH SCIENCES in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241 31 USC 6305 42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute Of Allergy And Infectious Diseases of the National Institutes of Health under Award Number UH3AI169658. The content is solely the responsibility of the authors and does not necessarily represent the official views of   the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Ann W. Devine
Grants Management Officer
NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES

Additional information follows

A.R.000291
Version: 25 - 2/15/2023 10:06:07 AM · Generated on: 4/7/2024 12:03 AM

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| **Salaries and Wages** | $673,566 |
| **Fringe Benefits** | $182,648 |
| **Personnel Costs (Subtotal)** | $856,214 |
| **Consultant Services** | $2,000 |
| **Materials & Supplies** | $200,968 |
| **Travel** | $10,000 |
| **Other** | $452,142 |
| **Subawards/Consortium/Contractual Costs** | $1,093,450 |
| **ADP/Computer Services** | $290 |
| | |
| **Federal Direct Costs** | $2,615,064 |
| **Federal F&A Costs** | $1,015,363 |
| **Approved Budget** | $3,630,427 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $2,497,744 |
| **Cumulative Authorized Carryover and Offset for this Budget Period** | $1,132,683 |
| **TOTAL FEDERAL AWARD AMOUNT** | $2,497,744 |

**AMOUNT OF THIS ACTION (FEDERAL SHARE)**                                    $0

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 3 | $2,497,744 | $2,497,744 |
| 4 | $2,496,608 | $2,496,608 |
| 5 | $2,426,370 | $2,426,370 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**Fiscal Information:**

| | |
|---|---|
| **Payment System Identifier:** | 1135598093A7 |
| **Document Number:** | UAI169658B |
| **PMS Account Type:** | P (Subaccount) |
| **Fiscal Year:** | 2024 |

| IC | CAN | 2024 | 2025 | 2026 |
|---|---|---|---|---|
| AI | 8472297 | $2,497,744 | $2,496,608 | $2,426,370 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**NIH Administrative Data:**
**PCC**: A27I / **OC**: 41029 / **Released**: 09/06/2024
**Award Processed:** 09/07/2024 12:03:58 AM

**SECTION II – PAYMENT/HOTLINE INFORMATION – 4UH3AI1' 9' 58-03  REVISED**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

**SECTION III – STANDARD TERMS AND CONDITIONS – 4UH3AI1' 9' 58-03  REVISED**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

a.  The grant program legislation and program regulation cited in this Notice of Award.
b.  Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
c.  45 CFR Part 75.
d.  National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning of the budget period.
e.  Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.

Version: 25 - 2/15/2024 - A.R.000292 - 09/07/2024 12:03 AM

f.  This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):**  All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VII Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

Carry over of an unobligated balance into the next budget period requires Grants Management Officer prior approval.

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.  See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) UH3AI169658. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

This award provides support for one or more clinical trials. By law (Title VIII, Section 801 of Public Law 110-85), the "responsible party" must register "applicable clinical trials" on the ClinicalTrials.gov Protocol Registration System Information Website. NIH encourages registration of all trials whether required under the law or not. For more information, see http://grants.nih.gov/ClinicalTrials_fdaaa/
This award provides support for one or more NIH defined Phase III Clinical Trials.  The NIH Policy for research supported as an NIH Phase III Clinical Trial has been amended in Section II.B. of the NIH Guidelines on the Inclusion of Women and Minorities as Subjects in Clinical Research – Amended October 2001 (see http://grants.nih.gov/grants/funding/women_min/guidelines_amended_10_2001.htm).

A description of plans to conduct analyses, as appropriate, by sex/gender and racial/ethnic groups must be included in clinical trial protocols.  Cumulative subject accrual and progress in conducting subset analyses must be reported to NIH in the annual Progress Reports.  Final analyses of sex/gender and racial/ethnic differences must be reported in the required Final Progress Report or Competitive Renewal Applications (or Contract Renewals/Extensions) as stated in Section II.B. of the Guidelines.

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure

meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.

- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

---

**SECTION IV – AI SPECIFIC AWARD CONDITIONS – 4UH3AI1' 9' 58-03  REVISED**

Clinical Trial Indicator: Yes
This award supports one or more NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

This award includes a carryover of **$ 1,132,683.** The carryover is approved for the purpose stated in the request dated **8/29/2024** and will be subject to a downward adjustment should the available unobligated balance from the **01** year FFR be less than the cumulative carryover amount; no adjustments will be made to the "TOTAL FEDERAL AWARD AMOUNT" on the Notice of Award.

Supersedes previous Notice of Award dated **8/1/2024.**  All other terms and conditions still apply to this award.

*****
In accordance with the NIAID Financial Management Plan, NIAID does not provide funds for inflationary increases. Future budget year(s) committed amounts were adjusted accordingly. See https://www.niaid.nih.gov/grants-contracts/financial-management-plan.

******

Commitment overlap is not permitted, and occurs when an individual's time commitment exceeds 100 percent (i.e., 12 person months), whether or not salary support is requested. Therefore, no individual's time commitment may exceed 100 percent (i.e., 12 person months).  Reductions in NIH support due to commitment overlap must be made in accordance with NIH policy as outlined in the NIH Grants Policy Statement.

******

A.R.000294
Version: 25 - 2/15/2024 12:03 AM                07/2024 12:03 AM

This award is subject to the NIAID Clinical Terms of Award incorporated by reference, and can be accessed via the following World Wide Web address: https://www.niaid.nih.gov/grants-contracts/niaid-clinical-terms-award  All submissions required by the NIAID Clinical Terms of Award must be forwarded electronically to the NIAID Program Official identified on this Notice of Award.

******

REMINDER:  This grant is funded for HIV/AIDS research.  Per the NIH Revitalization Act of 1993, funds are restricted for HIV/AIDS research and cannot be re-budgeted for other purposes.

******

This award includes human subject research studies and must conform to the DHHS policies for the Protection of Human Subjects research, which are a term and condition of award.  Human subjects research is covered by the 2018 Common Rule, and may not be initiated until the associated protocols have received IRB approval as specified in 45 CFR 46.  Failure to comply with the terms and conditions of award may result in the disallowance of costs and/or additional enforcement actions as outlined in Section 8.5 of the NIH Grants Policy Statement.

******

This Notice of Award (NoA) includes funds for **Lurie Children's Hospital of Chicago** in the amount of **$708,731**.
This Notice of Award (NoA) includes funds for **Northwestern University**  in the amount of **$33,142**.

*******


1. The clinical trial(s) supported by this award are subject to the plan dated **02/28/2023** which adheres to the NIH policy on *Dissemination of NIH-Funded Clinical Trial Information. As noted,* the clinical trial(s) funded by this award will be registered in ClinicalTrials.gov not later than 21 calendar days after enrollment of the first participant and primary summary results reported in ClinicalTrials.gov, not later than one year after the completion date. The reporting of summary results is required by this term of award even if the primary completion date occurs after the period of performance.

2. This award is subject to additional certification requirements with each submission of the Annual, Interim, and Final Research Performance Progress Report (RPPR).  The recipient must agree to the following annual certification when submitting each RPPR. By submitting the RPPR, the AOR signifies compliance, as follows:

   In submitting the RPPR, the SO (or PD/PI with delegated authority), certifies to the best of his/her knowledge that, for all clinical trials funded under this NIH award, the recipient and all investigators conducting NIH-funded clinical trials are in compliance with the recipient's plan addressing compliance with the NIH Policy on Dissemination of NIH-Funded Clinical Trial Information. Any clinical trial funded in whole or in part under this award has been registered in ClinicalTrials.gov or will be registered not later than 21 calendar days after enrollment of the first participant. Summary results have been submitted to ClinicalTrials.gov or will be submitted not later than one year after the completion date, even if the completion date occurs after the period of performance.


**SPREADSHEET SUMMARY**

A.R.000295
Version: 25 - 2/15/2023 - Current 10/7/2024 12:03 AM

**AWARD NUMBER:** 4UH3AI169658-03 REVISED

**INSTITUTION:** COLUMBIA UNIVERSITY HEALTH SCIENCES

| Budget | Year 3 | Year 4 | Year 5 |
|---|---|---|---|
| Salaries and Wages | $673,566 | $445,665 | $412,214 |
| Fringe Benefits | $182,648 | $130,580 | $120,779 |
| Personnel Costs (Subtotal) | $856,214 | $576,245 | $532,993 |
| Consultant Services | $2,000 | | |
| Materials & Supplies | $200,968 | $148,800 | $140,800 |
| Travel | $10,000 | $5,000 | $5,000 |
| Other | $452,142 | $337,080 | $346,080 |
| Subawards/Consortium/Contractual Costs | $1,093,450 | $741,187 | $740,454 |
| ADP/Computer Services | $290 | | |
| TOTAL FEDERAL DC | $2,615,064 | $1,808,312 | $1,765,327 |
| TOTAL FEDERAL F&A | $1,015,363 | $688,296 | $661,043 |
| TOTAL COST | $2,497,744 | $2,496,608 | $2,426,370 |

| Facilities and Administrative Costs | Year 3 | Year 4 | Year 5 |
|---|---|---|---|
| F&A Cost Rate 1 | 64.5% | 64.5% | 64.5% |
| F&A Cost Base 1 | $1,574,207 | $1,067,125 | $1,024,873 |
| F&A Costs 1 | $1,015,363 | $688,296 | $661,043 |

A.R.000296
Version: 25 - 2/15/... ...07/2024 12:03 AM

**Department of Health and Human Services**
Case 1:25-cv-01620-LMG    Document 108-1    Filed 01/09/26    Page 302 of 573
NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES

**Notice of Award**
4UH3AI169658
**Federal Award Date**
03/21/2025

## Recipient Information

**1. Recipient Name**
THE TRUSTEES OF COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK
630 W 168TH ST FL 4
NEW YORK, NY 10032

**2. Congressional District of Recipient**
13

**3. Payment System Identifier (ID)**
1135598093A7

**4. Employer Identification Number (EIN)**
135598093

**5. Data Universal Numbering System (DUNS)**
621889815

**'. Recipients Uni7ue Entity Identifier**
QHF5ZZ114M72

**j. Pro8ect Director or Principal Investigator**
Rebecca Schnall, PHD (Contact)
Mary Dickey Lindsay Professor Of Disease
Prevention And Health Promotion
rb897@columbia.edu
212-342-6886

**6. Authorized Official**
William Berger
grants-office@columbia.edu
212-305-4191

## Federal Agency Information

**9. Awarding Agency Contact Information**
LOGAN COLLINS Baker

NATIONAL INSTITUTE OF ALLERGY AND
INFECTIOUS DISEASES
logan.baker@nih.gov
301-761-7494

**10. Program Official Contact Information**
Lori B. Zimand
Health Specialist
NATIONAL INSTITUTE OF ALLERGY AND
INFECTIOUS DISEASES
lzimand@niaid.nih.gov
240-627-3212

## Federal Award Information

**11. Award Number**
4UH3AI169658-03

**12. Uni7ue Federal Award Identification Number (FAIN)**
UH3AI169658

**13. Statutory Authority**
42 USC 241 31 USC 6305 42 CFR 52

**14. Federal Award Pro8ect Title**
MyPEEPS Mobile LITE: Limited Interaction Efficacy Trial of MyPEEPS Mobile to Reduce HIV Incidence and Better Understand the Epidemiology of HIV among YMSM

**15. Assistance Listing Number**
93.855

**1'. Assistance Listing Program Title**
Allergy and Infectious Diseases Research

**1j. Award Action Type**
Extension with or without funds (REVISED)

**16. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---|
| **19. Budget Period Start Date** 08/01/2024 **– End Date** 03/21/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0 |
| 20 a. Direct Cost Amount | $0 |
| 20 b. Indirect Cost Amount | $0 |
| **21.** Authorized Carryover | |
| **22.** Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $2,497,744 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $2,497,744 |
| ---------------------------------------------------------------- | |
| **2'. Pro8ect Period Start Date** 09/01/2022 **– End Date** 03/21/2025 | |
| **2j.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $2,497,744 |

**26. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Emily Linde

## 30. Remarks

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

A.R.000297

Version:15 - 3/15/2025 ... 3/22/2025 12:11 AM



Notice of Award
*EXPLORATORY/DEVELOPMENT COOPERATIVE AGREEMENT PH 2*
Department of Health and Human Services
National Institutes of Health



NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES

**SECTION I – AWARD DATA – 4UH3AI1' 9' 56-03 REVISED**

**Principal Investigator(s):**
Dustin T Duncan, DSC
Robert  Garofalo, MD
Rebecca  Schnall (contact), PHD

**Award e-mailed to:** grants-office@columbia.edu

Dear Authorized Official:

The National Institutes of Health hereby revises this award  (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to COLUMBIA UNIVERSITY HEALTH SCIENCES in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241 31 USC 6305 42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute Of Allergy And Infectious Diseases of the National Institutes of Health under Award Number UH3AI169658. The content is solely the responsibility of the authors and does not necessarily represent the official views of   the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,



Emily  Linde
Grants Management Officer
NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES

Additional information follows

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---:|
| Salaries and Wages | $673,566 |
| Fringe Benefits | $182,648 |
| Personnel Costs (Subtotal) | $856,214 |
| Consultant Services | $2,000 |
| Materials & Supplies | $200,968 |
| Travel | $10,000 |
| Other | $452,142 |
| Subawards/Consortium/Contractual Costs | $1,093,450 |
| ADP/Computer Services | $290 |
| | |
| Federal Direct Costs | $2,615,064 |
| Federal F&A Costs | $1,015,363 |
| Approved Budget | $3,630,427 |
| Total Amount of Federal Funds Authorized (Federal Share) | $2,497,744 |
| Cumulative Authorized Carryover and Offset for this Budget Period | $1,132,683 |
| TOTAL FEDERAL AWARD AMOUNT | $2,497,744 |
| | |
| AMOUNT OF THIS ACTION (FEDERAL SHARE) | $0 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| YR | THIS AWARD | CUMULATIVE TOTALS |
| 3 | $2,497,744 | $2,497,744 |

**Fiscal Information:**

| | |
|---|---|
| Payment System Identifier: | 1135598093A7 |
| Document Number: | UAI169658B |
| PMS Account Type: | P (Subaccount) |
| Fiscal Year: | 2024 |

| IC | CAN | 2024 |
|---|---|---|
| AI | 8472297 | $2,497,744 |

**NIH Administrative Data:**
**PCC**: A27I / **OC**: 41029 / **Released**: 03/21/2025
**Award Processed:** 03/22/2025 12:11:01 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 4UH3AI1' 9' 56-03  REVISED**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 4UH3AI1' 9' 56-03  REVISED**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

a.  The grant program legislation and program regulation cited in this Notice of Award.
b.  Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
c.  45 CFR Part 75.
d.  National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
e.  Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
f.  This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):** All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2**.** As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VII Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

Carry over of an unobligated balance into the next budget period requires Grants Management Officer prior approval.

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM). Should a consortium/subaward be issued under this award, a UEI requirement must be included.  See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) UH3AI169658. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

This award provides support for one or more clinical trials. By law (Title VIII, Section 801 of Public Law 110-85), the "responsible party" must register "applicable clinical trials" on the ClinicalTrials.gov Protocol Registration System Information Website. NIH encourages registration of all trials whether required under the law or not. For more information, see http://grants.nih.gov/ClinicalTrials_fdaaa/
This award provides support for one or more NIH defined Phase III Clinical Trials.  The NIH Policy for research supported as an NIH Phase III Clinical Trial has been amended in Section II.B. of the NIH Guidelines on the Inclusion of Women and Minorities as Subjects in Clinical Research – Amended October 2001 (see http://grants.nih.gov/grants/funding/women_min/guidelines_amended_10_2001.htm).

A description of plans to conduct analyses, as appropriate, by sex/gender and racial/ethnic groups must be included in clinical trial protocols.  Cumulative subject accrual and progress in conducting subset analyses must be reported to NIH in the annual Progress Reports.  Final analyses of sex/gender and racial/ethnic differences must be reported in the required Final Progress Report or Competitive Renewal Applications (or Contract Renewals/Extensions) as stated in Section II.B. of the Guidelines. This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section 8.6 Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final expenditure Federal Financial Report (FFR) (SF 425) must be submitted through the Payment Management System (PMS) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section 8.6.1 Financial Reports, http://grants.nih.gov/grants/policy/policy.htm#gps, for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the real-time cash drawdown data in PMS. NIH will close the awards using the last recorded cash drawdown level in PMS for awards that do not require a final FFR on expenditures.  It is important to note that for financial closeout, if a grantee fails to submit a required final expenditure FFR, NIH will close the grant using the last recorded cash drawdown level.

A Final Invention Statement and Certification form (HHS 568), (not applicable to training, construction, conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 568 form may be downloaded at: http://grants.nih.gov/grants/forms.htm.  This paragraph does not apply to Training grants, Fellowships, and certain other programs—i.e., activity codes C06, D42, D43, D71, DP7, G07,

G08, G11, K12, K16, K30, P09, P40, P41, P51, R13, R25, R28, R30, R90, RL5, RL9, S10, S14, S15, U13, U14, U41, U42, U45, UC6, UC7, UR2, X01, X02.

Unless an application for competitive renewal is submitted, a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal application is submitted prior to that date, then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at: https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any other specific requirements set forth in the terms and conditions of the award must also be addressed in the Interim or Final RPPR. *Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.*

NIH requires electronic submission of the final invention statement through the Closeout feature in the Commons.

NOTE: If this is the final year of a competitive segment due to the transfer of the grant to another institution, then a Final RPPR is not required. However, a final expenditure FFR is required and must be submitted electronically as noted above. If not already submitted, the Final Invention Statement is required and should be sent directly to the assigned Grants Management Specialist.

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

· Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
· For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
· HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
· For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period. The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

SECTION IV – AI SPECIFIC AWARD CONDITIONS – 4UH3AI1' 9' 56-03 REVISED

Clinical Trial Indicator: Yes
This award supports one or more NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

REVISED AWARD:

This award rncalnd lu Traesynednr issons eu cueynr nwnf loalns aynef p t riurilinsq bl is lhn t udf p uvj bm eul lu vorlhnr t riurilign lhnsn rnsnarf h t ruyraF sqThnrnvurnR lhn award is lnrF iealndq; nsnarf h t ruyraF s " asnd ue ynednr idnelilp arn uvlne oesf ineliviF RhaOn dllon idneliviā" on rnlore ue ieOnslF nelRaed du eulhiey lu nehaef n lhn hnadh vuF aep AF nrif aesqL aep sof h slodins iyeurnRralhnr lhae snriuosq nEaF ienR' iucyif acrnadlinsqb is lhn t udf p uvj bm eul lu t riurilign lhnsn rnsnarf h t ruyraF sqDcnasn " n adOsnd lhal puor uryaeigaliueRas t arl uvlhn urdnrqp f cusnuol t ruf nss wiccennd lu so" F il lhn enf nssarp f cusnuol duf oF nels WqnqRMeac; nsnarf h DnrvurF aef n Druyrnss ; nt urlRMeacteOneliue UlalnF nelR aed lhn MeacMndnracMeaef iac; nt url MM, NRas at t df a" on Nwilhie " . S daps uv lhn ned uvlhis yraelq

Columbia University may request funds to support patient safety and orderly closeout of the project. Funds used to support any other research activities will be disallowed and recovered.

NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 8.5.2. This revised award represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be dated no later than 30 days after the date of this notice.

Supersedes previous Notice of Award dated **09/0j /2024**. All other terms and conditions still apply to this award.

*****

This award related to Transgender issues no longer effectuates agency priorities. It is the policy of NIH not to further prioritize these research programs. Therefore, the award is terminated. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans. Many such studies ignore, rather than seriously examine, biological realities. It is the policy of NIH not to prioritize these research programs. Please be advised that your organization, as part of the orderly closeout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report FFR), as applicable) within 120 days of the end of this grant.

Supersedes previous Notice of Award dated **09/0j /2024**. All other terms and conditions still apply to this award.

*****

This award ief codns a f arrpuOnr uv**$ 1,132,683.** Thn f arrpuOnr is at t ruOnd vur lhn t ort usn slalnd ie lhn rnI onsl dalnd **8/29/2024** aed wic" n so" PnF l lu a duweward adRoslF nel shuod lhn aOeia" on oeu" dyalnd " aaef n vruF lhn 01 pnar MM, " n cnss lhae lhn f oF oaliOn f arrpuOnr aF uoel, eu adRoslF nels wic" n F adn lu lhn (T) TA: M' - / ; A: A* A; - AL ) Cj T' ue lhn j ulif n uvAwardq

Uot nrsndns t rnOuos j ulif n uvAward dalnd **8/1/2024**. Acculhnr lnrF s aed f uediliues slicat t φ lu lhis awardq

*****

be af f urdaef n wilh lhn j  bAb  Meaef iacL aeaynF nel DaeRj bAb  duns eul t ruCdn voeds wr ievaliuearp ief rnasnsqMoIorn " odynl pnarWNf uF F iIlnd aF uoels wnrn adRslnd af f urdieyqqUnn hllt sx01wwwepiaidoeihqruCOyraels0f uelraf ls1ieaef iadCF aeaynF nelCoaeq

222222

HuF F iIF nel uOnrcat  is eul t nrF illndRaed uf f ors whne ae iediCodoacS liF n f uF F iIF nel nEf nnds "SS t nrf nel WJnqR". t nrsue F uelhsNRwhnlhnr ur eul sacarp sot t url is rnl unslndqThnrnwurnReu iediCodoacS liF n f uF F iIF nel F ap nEf nnd "SS t nrf nel WJnqR". t nrsue F uelhsNq ; ndof liues ie j  bm sot t url don lu f uF F iIF nel uOnrcat  F osl " n F adn ie af f urdaef n wilh j  bm t udf p as uoldend ie lhn j  bm V raels Dudf p UlalnF nelq

222222

This award is so" Rnf l lu lhn j  bAb  Hdeif acTnrF s uvAward ief urt uralnd " p rnvnrnef nRaed f ae " n af f nssnd Oa lhn wucuwiey * urd * idn * n" addrnssxhllt sx01wwwepiaidoeihqruCOyraels0f uelraf ls1eiaidCdeif adCnrF sCaward  Acso" F issiues rnl oirnd " p lhn j  bAb  Hdeif acTnrF s uv Award F osl " n urwardnd nonf lrueif aqo lu lhn j  bAb  DruyraF ) wif iacidnelivind ue lhis j  ulif n uv Awardq

222222

; / L bj – / ; x This yreal is voednd wur mbz 1Ab  U rnsnarf hq Dnr lhn j  bm ; nOlaicigaliue Af l uv" 993R voeds arn rnslrif lnd wur mbz 1Ab  U rnsnarf h aed f aeeul " n rn0" odynlnd wur ulhnr t ort usnsq

222222

This award ief codns hoF ae so" Rnf l rnsnarf h slodins aed F osl f uevurF lu lhn – mmU t udf ins wr lhn DruInf liue uvmoF ae Uo" Rnf ls rnsnarf hRwhif h arn a lnrF aed f uediliue uvawardq moF ae so" Rnf ls rnsnarf h is f uOnrnd " p lhn j  bm ; Hdeif F ap eul " n ieilialnd oelicIhn assuf ialnd t ruluf us haOn rnf niOnd b; B at t ruCacas st nf ivind ie lhn disacwaef n uvf usls aed0ur addiliueac nevwrf nF nel af liues as uoldend ie Unf liue 8q5 uvlhn j  bm V raels Dudf p UlalnF nelq

222222

This j  ulif n uvAward WuANief codns voeds wur **Lurie Children's Hospital of Chicago** ie lhn aF uoel uv**$708,731**q
This j  ulif n uvAward WuANief codns voeds wur **Northwestern University** ie lhn aF uoel uv **$33,142**q

*******

1. Thn f deif aclriacWNsot t urlnd " p lhis award arn so" Rnf l lu lhn t ae dalnd **02/28/2023** whif h adhnrns lu lhn j  bm t udf p ue *Dissemination of NIH-Funded Clinical Trial Information. As noted,* lhn f deif aclriacWNoednd " p lhis award wicc" n rnyislnrnd ie Hdeif acTriacsqyuOueul calnr lhae . " f aonedar daps aVnr neruef nel uvlhn virst t arlif it ael aed t riF arp soF F arp rnsod rnt urlnd ie Hdeif acTriacsqyuOReul calnr lhae uen pnar aVnr lhn f uF t oliue dalnqThn rnt urliey uvsoF F arp rnsod is rnl oirnd " p lhis lnrF  uvaward nOne ivlhn t riF arp f uF t oliue daln uf f ors aVnr lhn t nriud uvt nrvurF aef nq

2. This award is so" Rnf l lu addiliueacf nrlivif aliue rnl oirnF nels wilh naf h so" F issiue uvlhn AeeoacReltnriF Raed Meac; nsnarf h DnrvurF aef n Druyrnss ; nt url WDD; Nq Thn rnf it inel F osl ayrnn lu lhn wucuwiey aeeoacf nrlivif aliue whne so" F illiey naf h ; DD; qBp so" F illiey lhn ; DD; Rlhn A) ;  siyeivins f uF t daef nRas wucuwsx

be so" F illiey lhn ; DD; Rlhn U) Wur D- 1Dbwilh dnonyalnd aolhurilpNRf nrlivins lu lhn " nsl uvhis1nnr keuwndyn lhalRur acf deif aclriacs voednd oednr lhis j  bm awardRlhn rnf it inel aed accieCnsliyalurs f uedof liey j  bmCoednd f deif aclriacs arn ie f uF t daef n wilh lhn lhn rnf it inel Gt ae addrnssiey f uF t daef n wilh lhn j  bm Dudf p ue – issnF iealiue uvj  bmOboednd Hdeif acTriactewurF aliueqAep f deif aclriac

\oednd ie whu\sigmanr ur ie t arl oednr lhis award has " nne rnyislnrnd ie
H\sigmaeif a\sigmaTria\sigmas\sigmayuOur wi\sigmac" n rnyislnrnd eul \sigmaalnr lhae . " f a\sigmanedar daps a\vnr
neru\sigmadF nel uvlhn \virsl t arlif it aelqUoF F arp rnso\sigmads ha\sigmaOn " nne so" F illnd lu
H\sigmaeif a\sigmaTria\sigmas\sigmayuOur wi\sigmac" n so" F illnd eul \sigmaalnr lhae uen pnar a\vnr lhn f uF t \sigmaoliue
da\lnRn\sigmane ivlhn f uF t \sigmaoliue da\ln uf f ors a\vnr lhn t nriud uvt nr\vurF aef nq

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 4UH3AI169658-03 REVISED

**INSTITUTION:** COLUMBIA UNIVERSITY HEALTH SCIENCES

| Budget | Year 3 |
|---|---|
| Salaries and Wages | $673,566 |
| Fringe Benefits | $182,648 |
| Personnel Costs (Subtotal) | $856,214 |
| Consultant Services | $2,000 |
| Materials & Supplies | $200,968 |
| Travel | $10,000 |
| Other | $452,142 |
| Subawards/Consortium/Contractual Costs | $1,093,450 |
| ADP/Computer Services | $290 |
| TOTAL FEDERAL DC | $2,615,064 |
| TOTAL FEDERAL F&A | $1,015,363 |
| TOTAL COST | $2,497,744 |

| Facilities and Administrative Costs | Year 3 |
|---|---|
| F&A Cost Rate 1 | 64.5% |
| F&A Cost Base 1 | $1,574,207 |
| F&A Costs 1 | $1,015,363 |

Department of Health and Human Services

Case 3:25-cv-01620-LJC   Document 108-1   Filed 01/09/26   Page 310 of 573

NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES

Notice of Award

DP2AI164315

Federal Award Date
02/28/2025

## Recipient Information

**1. Recipient Name**
UNIVERSITY OF CALIFORNIA IRVINE
160 ALDRICH HALL
IRVINE, CA 92697

**2. Congressional District of Recipient**
47

**3. Payment System Identifier (ID)**
1952226406A1

**4. Employer Identification Number (EIN)**
952226406

**5. Data Universal Numbering System (DUNS)**
046705849

**6. Recipient's Unique Entity Identifier**
MJC5FCYQTPE6

**7. Project Director or Principal Investigator**
Sean  Arayasirikul, PHD
Assistant Professor
sean.arayasirikul@uci.edu
949-824-2358

**8. Authorized Official**
Maria G. Diaz
mspiva@uci.edu
949-824-7688

## Federal Agency Information

**9. Awarding Agency Contact Information**
WINSTON MORGAN Downing
Grants Management Specialist
NATIONAL INSTITUTE OF ALLERGY AND
INFECTIOUS DISEASES
winston.downing@nih.gov
(406) 363-9242

**10. Program Official Contact Information**
Gerald B. Sharp
Program Officer
NATIONAL INSTITUTE OF ALLERGY AND
INFECTIOUS DISEASES
gsharp@niaid.nih.gov
240-627-3217

## Federal Award Information

**11. Award Number**
5DP2AI164315-04

**12. Unique Federal Award Identification Number (FAIN)**
DP2AI164315

**13. Statutory Authority**
42 USC 241 42 CFR 52

**14. Federal Award Project Title**
One Ballroom: Understanding Intersectional Stigma to Optimize the HIV Prevention Continuum among Vulnerable Populations in the United States

**15. Assistance Listing Number**
93.855

**16. Assistance Listing Program Title**
Allergy and Infectious Diseases Research

**17. Award Action Type**
Non-Competing Continuation (REVISED)

**18. Is the Award R&D?**
Yes

### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 09/01/2023 **– End Date** 08/31/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0 |
| 20 a.  Direct Cost Amount | $0 |
| 20 b.  Indirect Cost Amount | $0 |
| **21.** Authorized Carryover | |
| **22.** Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $426,660 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $426,660 |
| **26. Project Period Start Date** 09/24/2021 **– End Date** 08/31/2027 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $847,338 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Emily  Linde

## 30. Remarks

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Notice of Award



*DIRECTOR'S NEW INNOVATOR AWARD*
Department of Health and Human Services
National Institutes of Health



NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES

---

**SECTION I – AWARD DATA – 5DP2AI164315-04 REVISED**

**Principal Investigator(s):**
Sean  Arayasirikul, PHD

**Award e-mailed to:** awards@research.uci.edu

Dear Authorized Official:

The National Institutes of Health hereby revises this award  (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to UNIVERSITY OF CALIFORNIA-IRVINE in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241 42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute Of Allergy And Infectious Diseases of the National Institutes of Health under Award Number DP2AI164315. The content is solely the responsibility of the authors and does not necessarily represent the official views of  the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Emily  Linde
Grants Management Officer
NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| **Salaries and Wages** | $111,627 |

Version: 23 - 2/16... A.R.000306 .../1/2025 12:01 AM

| | |
|---|---|
| **Fringe Benefits** | $38,304 |
| **Personnel Costs (Subtotal)** | $149,931 |
| **Materials & Supplies** | $590 |
| **Travel** | $3,000 |
| **Other** | $60,892 |
| **Subawards/Consortium/Contractual Costs** | $67,625 |
| **Tuition Remission** | $19,628 |
| | |
| **Federal Direct Costs** | $301,666 |
| **Federal F&A Costs** | $124,994 |
| **Approved Budget** | $426,660 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $426,660 |
| **TOTAL FEDERAL AWARD AMOUNT** | $426,660 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $0 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| YR | THIS AWARD | CUMULATIVE TOTALS |
| 4 | $426,660 | $426,660 |
| 5 | $428,692 | $428,692 |
| 6 | $405,047 | $405,047 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**Fiscal Information:**

| | |
|---|---|
| **Payment System Identifier:** | 1952226406A1 |
| **Document Number:** | DAI164315B |
| **PMS Account Type:** | P (Subaccount) |
| **Fiscal Year:** | 2023 |

| IC | CAN | 2023 | 2025 | 2026 |
|---|---|---|---|---|
| AI | 8012718 | $426,660 | $428,692 | $405,047 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**NIH Administrative Data:**
**PCC**: A27G / **OC**: 41025 / **Released**: 02/28/2025
**Award Processed:** 03/01/2025 12:01:33 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 5DP2AI164315-04 REVISED**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 5DP2AI164315-04 REVISED**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

a.  The grant program legislation and program regulation cited in this Notice of Award.
b.  Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
c.  45 CFR Part 75.
d.  National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
e.  Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
f.  This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

A.R.000307
Version: 23 - 2/15/2023 2:12:37 AM  3/1/2025 12:01 AM

**Research and Development (R&D):** All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2**.** As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VII Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.   See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) DP2AI164315. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and

A.R.000308
Version: 25 - 2/15/22 12:01 AM    ...01/2025 12:01 AM

https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.


**Treatment of Program Income:**
Additional Costs

---

**SECTION IV –  AI SPECIFIC AWARD CONDITIONS – 5DP2AI164315-04  REVISED**


Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

**REVISED AWARD:** This project is suspended and therefore, no research activities may be carried out under this award and no funds may be obligated nor charged for any reason under this project.  NIH is carrying out the suspension under NIH's independent authority under the Public Health Service Act to determine research priorities and ensure program integrity and is not being carried out under any of the Executive Orders.

Supersedes previous Notice of Award dated **08/06/2024**.

**

REVISED AWARD: This revised Notice of Award (NoA) is issued to extend the **04** year as agreed to in the correspondence dated **07/31/2024**. This is the only mid-project extension that will be allowed for the remainder of the project period.

This award also removes the no-cost extension authority of the NIH Standard Terms and Conditions of Award.  NIAID prior approval is required to extend the project period end date for this award.

The RPPR for this grant must be submitted one month prior to the standard NIH due date. For example, if the RPPR is due by July 15th, NIAID requires submission by June 15th

Supersedes previous Notice of Award dated **07/25/2023**.  All other terms and conditions still apply to this award.

**

REMINDER:  This grant is funded for HIV/AIDS research.  Per the NIH Revitalization Act of 1993, funds are restricted for HIV/AIDS research and cannot be re-budgeted for other purposes.

**
This award includes human subject research studies and must conform to the DHHS policies for the Protection of Human Subjects research, which are a term and condition of award.  Human subjects research is covered by the 2018 Common Rule, and may not be initiated until the associated protocols have received IRB approval as specified in 45 CFR 46.  Failure to comply with the terms and conditions of award may result in the disallowance of costs and/or additional enforcement actions as outlined in Section 8.5 of the NIH Grants Policy Statement.

**
This Notice of Award (NoA) includes funds for **San Francisco Department of Public Health.**

A.R.000309

**

This Notice of Award (NoA) includes funds for **Heluna Health dba Public Health Foundation Enterprise**

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 5DP2AI164315-04 REVISED

**INSTITUTION:** UNIVERSITY OF CALIFORNIA-IRVINE

| Budget | Year 4 | Year 5 | Year 6 |
|---|---|---|---|
| Salaries and Wages | $111,627 | $111,627 | $111,627 |
| Fringe Benefits | $38,304 | $38,304 | $38,304 |
| Personnel Costs (Subtotal) | $149,931 | $149,931 | $149,931 |
| Materials & Supplies | $590 | $230 | $26 |
| Travel | $3,000 | $6,000 | $6,000 |
| Other | $60,892 | $52,284 | $30,725 |
| Subawards/Consortium/Contractual Costs | $67,625 | $67,792 | $67,965 |
| Publication Costs | | $6,000 | $12,000 |
| Tuition Remission | $19,628 | $20,806 | $22,054 |
| TOTAL FEDERAL DC | $301,666 | $303,043 | $288,701 |
| TOTAL FEDERAL F&A | $124,994 | $125,649 | $116,346 |
| TOTAL COST | $426,660 | $428,692 | $405,047 |

| Facilities and Administrative Costs | Year 4 | Year 5 | Year 6 |
|---|---|---|---|
| F&A Cost Rate 1 | 57% | 57% | 57% |
| F&A Cost Base 1 | $219,287 | $220,437 | $204,116 |
| F&A Costs 1 | $124,994 | $125,649 | $116,346 |

Department of Health and Human Services

Notice of Award

Case 3:25-cv-01620-LJC   Document 108-1   Filed 01/09/26   Page 316 of 573   FAIN# DP2AI164315

Federal Award Date
03/07/2025

NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES

## Recipient Information

**1. Recipient Name**
UNIVERSITY OF CALIFORNIA IRVINE
160 ALDRICH HALL
IRVINE, CA 92697

**2. Congressional District of Recipient**
47

**3. Payment System Identifier (ID)**
1952226406A1

**4. Employer Identification Number (EIN)**
952226406

**5. Data Universal Numbering System (DUNS)**
046705849

**6. Recipient's Unique Entity Identifier**
MJC5FCYQTPE6

**7. Project Director or Principal Investigator**
Sean  Arayasirikul, PHD
Assistant Professor
sean.arayasirikul@uci.edu
949-824-2358

**8. Authorized Official**
Maria G. Diaz
mspiva@uci.edu
949-824-7688

## Federal Agency Information

**9. Awarding Agency Contact Information**
WINSTON MORGAN Downing
Grants Management Specialist
NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES
winston.downing@nih.gov
(406) 363-9242

**10. Program Official Contact Information**
Gerald B. Sharp
Program Officer
NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES
gsharp@niaid.nih.gov
240-627-3217

## Federal Award Information

**11. Award Number**
5DP2AI164315-04

**12. Unique Federal Award Identification Number (FAIN)**
DP2AI164315

**13. Statutory Authority**
42 USC 241 42 CFR 52

**14. Federal Award Project Title**
One Ballroom: Understanding Intersectional Stigma to Optimize the HIV Prevention Continuum among Vulnerable Populations in the United States

**15. Assistance Listing Number**
93.855

**16. Assistance Listing Program Title**
Allergy and Infectious Diseases Research

**17. Award Action Type**
Non-Competing Continuation (REVISED)

**18. Is the Award R&D?**
Yes

### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 09/01/2023 – **End Date** 02/28/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | ($-426,659) |
| 20 a.  Direct Cost Amount | $-301,665 |
| 20 b.  Indirect Cost Amount | $-124,994 |
| **21.** Authorized Carryover | |
| **22.** Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $1 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $1 |
| **26. Project Period Start Date** 09/24/2021 – **End Date** 02/28/2025 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $236,416 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Emily  Linde

## 30. Remarks

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

A.R.000311

Notice of Award



**DIRECTOR'S NEW INNOVATOR AWARD**
Department of Health and Human Services
National Institutes of Health



NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES

---

**SECTION I – AWARD DATA – 5DP2AI164315-04 REVISED**

**Principal Investigator(s):**
Sean Arayasirikul, PHD

**Award e-mailed to:** awards@research.uci.edu

Dear Authorized Official:

The National Institutes of Health hereby revises this award to reflect a decrease in the amount of $426,659 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to UNIVERSITY OF CALIFORNIA-IRVINE in support of the above referenced project. This award is pursuant to the authority of 42 USC 241 42 CFR 52 and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute Of Allergy And Infectious Diseases of the National Institutes of Health under Award Number DP2AI164315. The content is solely the responsibility of the authors and does not necessarily represent the official views of the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F. The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Emily Linde
Grants Management Officer
NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| **Federal Direct Costs** | $1 |
| **Approved Budget** | $1 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $1 |
| **TOTAL FEDERAL AWARD AMOUNT** | $1 |

| | |
|---|---|
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | ($-426,659) |

| SUMMAR/ TOTALS FOR ALL /EARS (for this Document Number) | | |
|---|---|---|
| **/ R** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 4 | $1 | $1 |

**Fiscal Information:**
| | |
|---|---|
| **Payment System Identifier:** | 1952226406A1 |
| **Document Number:** | DAI164315B |
| **PMS Account Type:** | P (Subaccount) |
| **Fiscal /ear:** | 2023 |

| IC | CAN | 2023 |
|---|---|---|
| AI | 8012718 | $1 |

**NIH Administrative Data:**
**PCC**: A27G / **OC**: 41025 / **Released**: 03/07/2025
**Award Processed:** 03/08/2025 12:02:10 AM

---

**SECTION II – PA/ MENT\HOTLINE INFORMATION – 5DP2AI164315-04 REVISED**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 5DP2AI164315-04 REVISED**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

a. The grant program legislation and program regulation cited in this Notice of Award.
b. Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
c. 45 CFR Part 75.
d. National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
e. Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
f. This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):** All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2**.** As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VII Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.   See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) DP2AI164315. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.


 This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section 8.6 Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final expenditure Federal Financial Report (FFR) (SF 425) must be submitted through the Payment Management System (PMS) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section 8.6.1 Financial Reports, http://grants.nih.gov/grants/policy/policy.htm#gps, for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the real-time cash drawdown data in PMS. NIH will close the awards using the last recorded cash drawdown level in PMS for awards that do not require a final FFR on expenditures.  It is important to note that for financial closeout, if a grantee fails to submit a required final expenditure FFR, NIH will close the grant using the last recorded cash drawdown level.

A Final Invention Statement and Certification form (HHS 568), (not applicable to training, construction, conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 568 form may be downloaded at: http://grants.nih.gov/grants/forms.htm.  This paragraph does not apply to Training grants, Fellowships, and certain other programs—i.e., activity codes C06, D42, D43, D71, DP7, G07, G08, G11, K12, K16, K30, P09, P40, P41, P51, R13, R25, R28, R30, R90, RL5, RL9, S10, S14, S15, U13, U14, U41, U42, U45, UC6, UC7, UR2, X01, X02.

Unless an application for competitive renewal is submitted, a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal application is submitted prior to that date, then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at: https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any other specific requirements set forth in the terms and conditions of the award must also be addressed in the Interim or Final RPPR. *Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.*

NIH requires electronic submission of the final invention statement through the Closeout feature in the Commons.

NOTE:  If this is the final year of a competitive segment due to the transfer of the grant to another institution, then a Final RPPR is not required.  However, a final expenditure FFR is required and must be submitted electronically as noted above.  If not already submitted, the Final Invention Statement is required and should be sent directly to the assigned Grants Management Specialist.


Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the

A.R.000314
Version: 23 - 2/15...  ...  ...  ...  ...  ...  ...  ...  1/8/2025 12:00 AM

basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

·   Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
·   For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
·   HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
·   For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.


**Treatment of Program Income:**
Additional Costs

---

**SECTION IV − AI SPECIFIC AWARD CONDITIONS − 5DP2AI164315-04  REVISED**


Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

**REVISED AWARD:**  This award related to Transgender issues no longer effectuates agency priorities. It is the policy of NIH not to further prioritize these research programs. Therefore, the award is terminated. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans. Many such studies ignore, rather than seriously examine, biological realities. It is the policy of NIH not to prioritize these research programs. Please be advised that your organization, as part of the orderly closeout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report FFR), as applicable) within 120 days of the end of this grant.

Restriction:  all funds are restricted.

Supersedes previous Notice of Award dated **08/86/8082**.

**

**REVISED AWARD:** This project is suspended and therefore, no research activities may be carried out under this award and no funds may be obligated nor charged for any reason under this project. NIH is carrying out the suspension under NIH's independent authority under the Public Health Service Act to determine research priorities and ensure program integrity and is not being carried out under any of the Executive Orders.

Supersedes previous Notice of Award dated **06/04/8087**.

**

REVISED AWARD: This revised Notice of Award (NoA) is issued to extend the **07** year as agreed to in the correspondence dated **03/15/8087**. This is the only mid-project extension that will be allowed for the remainder of the project period.

This award also removes the no-cost extension authority of the NIH Standard Terms and Conditions of Award. NIAID prior approval is required to extend the project period end date for this award.

The RPPR for this grant must be submitted one month prior to the standard NIH due date. For example, if the RPPR is due by July 15th, NIAID requires submission by June 15th

Supersedes previous Notice of Award dated **03/82/8081**. All other terms and conditions still apply to this award.

**

REMINDER: This grant is funded for HIV/AIDS research. Per the NIH Revitalization Act of 1993, funds are restricted for HIV/AIDS research and cannot be re-budgeted for other purposes.

**

This award includes human subject research studies and must conform to the DHHS policies for the Protection of Human Subjects research, which are a term and condition of award. Human subjects research is covered by the 2018 Common Rule, and may not be initiated until the associated protocols have received IRB approval as specified in 45 CFR 46. Failure to comply with the terms and conditions of award may result in the disallowance of costs and/or additional enforcement actions as outlined in Section 8.5 of the NIH Grants Policy Statement.

**

This Notice of Award (NoA) includes funds for **San Francisco Department of Public Health.**

**

This Notice of Award (NoA) includes funds for **Heluna Health dba Public Health Foundation Enterprise**

**SPREADSHEET SUMMAR/**
**AWARD NUMBER:** 5DP2AI164315-04 REVISED

**INSTITUTION:** UNIVERSITY OF CALIFORNIA-IRVINE

| Facilities and Administrative Costs | Year 4 |
|---|---|
| F&A Cost Rate 1 | 57% |
| F&A Cost Base 1 | $0 |
| F&A Costs 1 | $0 |

**Department of Health and Human Services**
National Institutes of Health
NATIONAL INSTITUTE ON MINORITY HEALTH AND HEALTH DISPARITIES

**Notice of Award**
FAIN# F31MD015203
**Federal Award Date**
08-10-2022

## Recipient Information

**1. Recipient Name**
UNIVERSITY OF MASSACHUSETTS
55 LAKE AVE NORTH

WORCESTER, 01655

**2. Congressional District of Recipient**
02

**3. Payment System Identifier (ID)**
1043167352A1

**4. Employer Identification Number (EIN)**
043167352

**5. Data Universal Numbering System (DUNS)**
603847393

**6. Recipient's Unique Entity Identifier**
MQE2JHHJW9Q8

**7. Project Director or Principal Investigator**
Ariel L Beccia, MS

Ariel.Beccia@umassmed.edu
508-856-8999

**9. Authori8ed z fficial**
Melissa Siegel Spragens

## Federal Agency Information

**Q. Awarding Agency Contact Information**
Janet Mfon
Grants Management Specialist
NATIONAL INSTITUTE ON MINORITY
HEALTH AND HEALTH DISPARITIES
mfonj@mail.nih.gov
301-402-1366

**10. Program z fficial Contact Information**
Nathaniel Stinson
Director
NATIONAL INSTITUTE ON MINORITY
HEALTH AND HEALTH DISPARITIES
stinsonn@mail.nih.gov
301-594-8704

## Federal Award Information

**11. Award Number**
5F31MD015203-02

**12. Unique Federal Award Identification Number (FAIN)**
F31MD015203

**13. Statutory Authority**
42 USC 288  42 CFR 66

**14. Federal Award Project Title**
Intersectionality of Sexual Orientation, Gender Expression, and Weight Status on Risk of Disordered Eating Behaviors

**15. Assistance Listing Number**
93.307

**16. Assistance Listing Program Title**
Minority Health and Health Disparities Research

**17. Award Action Type**
Non-Competing Continuation (REVISED)

**19. Is the Award R&D?**
Yes

### Summary Federal Award Financial Information

| | |
|---|---|
| **1Q. Budget Period Start Date** 09-01-2021 **– End Date** 05-13-2022 | |
| **20. Total Amount of Federal Funds z bligated by this Action** | ($-7,679) |
| 20 a.  Direct Cost Amount | $-7,679 |
| 20 b.  Indirect Cost Amount | $0 |
| **21.** Authorized Carryover | |
| **22.** Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $25,719 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $25,719 |
| ----------------------------------------------------------------- | |
| **26. Project Period Start Date** 09-28-2020 **– End Date** 05-13-2022 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $58,601 |

**29. Authori8ed Treatment of Program Income**

**2Q. Grants Management z fficer - Signature**
Priscilla Grant

**30. Remarks**

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise

AR000317
Version:11 - 7/14/2022 8:11:00 | Generated on: 8/11/2022 12:03 AM

requested from the grant payment system.

A.R.000318
Version:11 - 7/14/2022 8:17 AM | Generated on: 8/11/2022 12:03 AM

Notice of Research Fellowship Award



*NATIONAL RESEARCH SERVICE AWARD*
Department of Heath and Human Services
National Institutes of Health



NATIONAL INSTITUTE ON MINORITY HEALTH AND HEALTH DISPARITIES

---

**SECTIz N I – AWARD DATA – 5F31MD015203-02 REVISED**

**Principal Investigator(s):**
Ariel L Beccia, MS

**Award e-mailed to:** Research.Funding@umassmed.edu

**Fellow's e-mail:**
Ariel L Beccia Ariel.Beccia@umassmed.edu

Dear Authorized Official:

The National Institutes of Health hereby revises this award to reflect a decrease in the amount of $7,679 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to Univ of Mass Chan Medical School in support of the above referenced project.  This award is pursuant to the authority of 42 USC 288  42 CFR 66  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute On Minority Health And Health Disparities of the National Institutes of Health under Award Number F31MD015203. The content is solely the responsibility of the authors and does not necessarily represent the official views of   the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through

the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,


Priscilla  Grant
Grants Management Officer
NATIONAL INSTITUTE ON MINORITY HEALTH AND HEALTH DISPARITIES

Additional information follows

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| **Institutional Allowance** | $4,200 |
| **z ther** | $3,362 |
| **Stipends** | $18,157 |
| | |
| **Federal Direct Costs** | $25,719 |
| **Total Award** | $25,719 |
| **Total Amount of Federal Funds Authori8ed (Federal Share)** | $25,719 |
| **Tz TAL FEDERAL AWARD AMz UNT** | $25,719 |

**AMz UNT z F THIS ACTIz N (FEDERAL SHARE)**                    ($-7,679)


| SUMMAR/ Tz TALS Fz R ALL /EARS (for this Document Number) | | |
|---|---|---|
| **/R** | **THIS AWARD** | **CUMULATIVE Tz TALS** |
| 2 | $25,719 | $25,719 |


**Fiscal Information:**

| | |
|---|---|
| **Payment System Identifier:** | 1043167352A1 |
| **Document Number:** | FMD015203A |
| **PMS Account Type:** | P (Subaccount) |
| **Fiscal /ear:** | 2021 |

| IC | CAN | 2021 |
|---|---|---|
| MD | 8020239 | $25,719 |


**NIH Administrative Data:**

A.R.000320

**PCC:** CPS02JA / **z C:** 41013 / **Released:** Grant, Priscilla 08/10/2022
**Award Processed:** 08/11/2022 00:03:31 AM

---

### SECTIz N II – PA/MENTYHz TLINE INFz RMATIz N – 5F31MD015203-02  REVISED

For payment and HHS Office of Inspector General Hotline information, see the NIH
Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm.

---

### SECTIz N III – STANDARD TERMS AND Cz NDITIz NS – 5F31MD015203-02  REVISED

This award is based on the application submitted to, and as approved by, NIH on the above-titled project
and is subject to the terms and conditions incorporated either directly or by reference in the following:

    a.  The grant program legislation and program regulation cited in this Notice of
Award.

    b.  Conditions on activities and expenditure of funds in other statutory
requirements, such as

       those included in appropriations acts.

    c.  45 CFR Part 75.

    d.  National Policy Requirements and all other requirements described in the NIH
       Grants Policy Statement, including addenda in effect as of the beginning date of
       the budget period.

    e.  Federal Award Performance Goals: As required by the periodic report in the
       RPPR or in the final progress report when applicable.

    f.  This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for
certain
references cited above.)

**Research and Development (R&D):**  All awards issued by the National Institutes of
Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2**.**
As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule
of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for
compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some
awards may have another classification for purposes of indirect costs. The auditor is not
required to report the disconnect (i.e., the award is classified as R&D for Federal Audit
Requirement purposes but non-research for indirect cost rate purposes), unless the
auditee is charging indirect costs at a rate other than the rate(s) specified in the award
document(s).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a
unique entity identifier (UEI) and maintain an active registration in the System for Award

A.R.000321

Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.  See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) F31MD015203. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

Fellowships that terminate early and awards in the final year are subject to NIH Closeout requirements. See Sections 8.6 and 11.2.11 of the NIH Grants Policy Statement Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final Federal Financial Report (FFR) (SF 425) on expenditures is not required for fellowships.  However, submission of a final quarterly federal cash transaction report in the Payment Management System (PMS) is required if the fellowship funds are in a PMS P subaccount.  A final quarterly federal cash transaction report is not required for awards for fellowships (at Federal or foreign institutions) in PMS B subaccounts. NIH will close the fellowship using the last recorded cash drawdown level in PMS.

A Termination Notice is required in lieu of a final progress report. The termination notice must be submitted within 30 days of the termination date even if the fellow is not available for signature. In all cases, the information on the form must be verified by the sponsor and an institutional business official. The lack of timely and accurate information on this form could adversely affect data collected associated with aggregate NRSA support and the payback process. All Termination Notices for individual fellowships are required to be submitted electronically using the eRA Commons xTrain application.

Fellows are required to notify the awarding unit as soon as they are aware of any possible change in plans regarding their fellowship support.

**Childcare Costs**
If this award includes childcare costs of $2,500, the funds are restricted and may not be used for any other purpose without prior approval.

---

**SECTIz N IV –  MD SPECIFIC AWARD Cz NDITIz NS – 5F31MD015203-02  REVISED**

**INFORMATION** This revised award reflects an early termination end date of 05/13/2022 in accordance with the submitted Termination Notice in xTrain.

A.R.000322

**THE FOLLOWING TERMS FROM THE PREVIOUS NOTICE OF AWARD LETTER ISSUED ON 08/06/21 ALSO APPLY TO THIS AWARD:**

<u>INFORMATION</u>  This revised award corrects the SNAP indicator.

**THE FOLLOWING TERMS FROM THE PREVIOUS NOTICE OF AWARD LETTER ISSUED ON 7/31/21 ALSO APPLY TO THIS AWARD:**

<u>REQUIREMENT</u> This award is subject to the conditions set forth in PA-19-195, Ruth L. Kirschstein National Research Service Award (NRSA) Individual Predoctoral Fellowship (Parent F31), 2/22/2019, which is hereby incorporated by reference as special terms and conditions of this award.

Copies of this RFA may be accessed at the following internet address: https://grants.nih.gov/grants/guide/pa-files/PA-19-196.html

Copies may also be obtained from the Grants Management Contact indicated in the terms of award.

Copies of this RFA may be accessed at the following internet address: https://grants.nih.gov/searchGuide/search_guide.cfm

**SPREADSHEET SUMMAR/**
**AWARD NUMBER:** 5F31MD015203-02 REVISED

**INSTITUTIz N**: Univ of Mass Chan Medical School

| Budget | Year 2 |
|---|---|
| Institutional Allowance | $4,200 |
| Other | $3,362 |
| Stipends | $18,157 |
| TOTAL FEDERAL DC | $25,719 |
| TOTAL FEDERAL F&A | $0 |
| TOTAL COST | $25,719 |

A.R.000323

**Department of Health and Human Services**
Case 1:25-cv-01620-LK6   Document 108-1   Filed 01/09/26   Page 330 of 573 F32MD017452

NATIONAL INSTITUTE ON MINORITY HEALTH AND HEALTH DISPARITIES

**Notice of Award**
**Federal Award Date**
11/10/2024

## Recipient Information

**1. Recipient Name**
CHILDREN'S HOSPITAL CORPORATION, THE
300 LONGWOOD AVE
BOSTON, MA 02115

**2. Congressional District of Recipient**
07

**3. Payment System Identifier (ID)**
1042774441A1

**4. Employer Identification Number (EIN)**
042774441

**5. Data Universal Numbering System (DUNS)**
076593722

**6. Recipient's Unique Entity Identifier**
Z1L9F1MM1RY3

**7. Project Director or Principal Investigator**
Ariel L Beccia, MS

ariel.beccia@childrens.harvard.edu
5089632123

**8. Authorized Official**
Jamie Chan

## Federal Agency Information

**9. Awarding Agency Contact Information**
Chantell Stevenson-Brown
Grants Management Specialist
NATIONAL INSTITUTE ON MINORITY
HEALTH AND HEALTH DISPARITIES
Chantell.Stevenson-brown@nih.gov
(301) 402-1366

**10. Program Official Contact Information**
Priscah Mujuru
Program Officer
NATIONAL INSTITUTE ON MINORITY
HEALTH AND HEALTH DISPARITIES
priscah.mujuru@nih.gov
301-594-9765

## Federal Award Information

**11. Award Number**
5F32MD017452-03

**12. Unique Federal Award Identification Number (FAIN)**
F32MD017452

**13. Statutory Authority**
42 USC 288   42 CFR 66

**14. Federal Award Project Title**
Sexual Minority Mental Health During the COVID-19 Pandemic: An Intersectional, Social Epidemiologic Investigation

**15. Assistance Listing Number**
93.307

**16. Assistance Listing Program Title**
Minority Health and Health Disparities Research

**17. Award Action Type**
Non-Competing Continuation

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---|
| **19. Budget Period Start Date** 12/01/2024 **– End Date** 11/30/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $78,784 |
| 20 a.  Direct Cost Amount | $78,784 |
| 20 b.  Indirect Cost Amount | $0 |
| 21. Authorized Carryover | |
| 22. Offset | |
| 23. Total Amount of Federal Funds Obligated this budget period | $78,784 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $78,784 |
| **26. Project Period Start Date** 12/01/2022 **– End Date** 11/30/2025 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $228,402 |

**28. Authorized Treatment of Program Income**

**29. Grants Management Officer - Signature**
Priscilla Grant

## 30. Remarks

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Notice of Research Fellowship Award



*NATIONAL RESEARCH SERVICE AWARD*
Department of Heath and Human Services
National Institutes of Health



NATIONAL INSTITUTE ON MINORITY HEALTH AND HEALTH DISPARITIES

---

**SECTION I – AWARD DATA – 5F32MD017452-03**

**Principal Investigator(s)V**
Ariel L Beccia, MS

**Award e-mailed toV**osp@childrens.harvard.edu

**Fellow's e-mailV**
Ariel L Beccia ariel.beccia@childrens.harvard.edu

Dear Authorized Official:

The National Institutes of Health hereby awards a grant in the amount of $78,784 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to BOSTON CHILDREN'S HOSPITAL in support of the above referenced project.  This award is pursuant to the authority of 42 USC 288  42 CFR 66  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute On Minority Health And Health Disparities of the National Institutes of Health under Award Number F32MD017452. The content is solely the responsibility of the authors and does not necessarily represent the official views of   the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.  The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,


Priscilla  Grant
Grants Management Officer
NATIONAL INSTITUTE ON MINORITY HEALTH AND HEALTH DISPARITIES

Additional information follows

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| **Institutional Allowance** | $12,400 |
| **Other** | $4,500 |

| | |
|---|---|
| **Stipends** | $61,884 |
| | |
| **Federal Direct Costs** | $78,784 |
| **Total Award** | $78,784 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $78,784 |
| **TOTAL FEDERAL AWARD AMOUNT** | $78,784 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $78,784 |

| SUMMAR: TOTALS FOR ALL : EARS (for this Document Number) | | |
|---|---|---|
| **: R** | **THIS AWARD** | **CUMULATI/ E TOTALS** |
| 3 | $78,784 | $78,784 |

**Fiscal InformationV**
**Payment System** 1042774441A1
**IdentifierV**
**Document NumberV** FMD017452A
**PMS Account TypeV** P (Subaccount)
**Fiscal : earV** 2025

| IC | CAN | 2025 |
|---|---|---|
| MD | 8020239 | $78,784 |

**NIH Administrative DataV**
**PCCV**CPS03PM / **OCV**41013 / **ReleasedV** 2024-11-10
**Award ProcessedV**11/11/2024 00:05:28 AM

---

**SECTION II – PA: MENTVHOTLINE INFORMATION – 5F32MD017452-03**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm.

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 5F32MD017452-03**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and
is subject to the terms and conditions incorporated either directly or by reference in the following:

   a.  The grant program legislation and program regulation cited in this Notice of Award.
   b.  Conditions on activities and expenditure of funds in other statutory requirements, such as
       those included in appropriations acts.
   c.  45 CFR Part 75.
   d.  National Policy Requirements and all other requirements described in the NIH Grants Policy
       Statement, including addenda in effect as of the beginning date of the budget period.
   e.  Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final
       progress report when applicable.
   f.  This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for
certain
references cited above.)

**Research and Development (R&D)V** All awards issued by the National Institutes of Health (NIH) meet the
definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH
awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor
should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that

some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM). Should a consortium/subaward be issued under this award, a UEI requirement must be included.   See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) F32MD017452. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

Fellowships that terminate early and awards in the final year are subject to NIH Closeout requirements. See Sections 8.6 and 11.2.11 of the NIH Grants Policy Statement Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final Federal Financial Report (FFR) (SF 425) on expenditures is not required for fellowships. NIH will close the fellowship using the last recorded cash drawdown level in the Payment Management System (PMS).

A Termination Notice is required in lieu of a final progress report. The termination notice must be submitted within 30 days of the termination date even if the fellow is not available for signature. In all cases, the information on the form must be verified by the sponsor and an institutional business official. The lack of timely and accurate information on this form could adversely affect data collected associated with aggregate NRSA support and the payback process. All Termination Notices for individual fellowships are required to be submitted electronically using the eRA Commons xTrain application.

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's

Version: 25 - 2/13/2024 9:51 AM / Generated on: 11/11/2024 12:00 AM

expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

An individual's initial 12 months of NRSA postdoctoral support is subject to the payback service requirements of the authorization cited above.

Fellows are required to notify the awarding unit as soon as they are aware of any possible change in plans regarding their fellowship support.

**Childcare Costs**
If this award includes childcare costs of $3,000, the funds are restricted and may not be used for any other purpose without prior approval.

---

**SECTION I/ – MD SPECIFIC AWARD CONDITIONS – 5F32MD017452-03**

<u>REQUIREMENT</u>: Use of humans and animals in any new activities must be requested prior to the start of the activity and must be approved in writing in advance by the NIMHD. See NOT-MD-08-002, "Guidance and Clarification on NCMHD Policy on Prior Approval for Subprojects and Pilot Projects Involving Human Subjects or Vertebrate Animals," NIH Guide to Grants and Contracts, April 29, 2008, which is hereby incorporated by reference as special terms and conditions of this award. See also NOT-OD-15-129, "Prior NIH Approval of Human Subjects Research in Active Awards Initially Submitted without Definitive Plans for Human Subjects Involvement (Delayed Onset Awards): Updated Notice," and NIH-OD-15-128, "Guidance on Changes That Involve Human Subjects in Active Awards and That Will Require Prior NIH Approval: Updated Notice."

Copies of these Notices may be accessed at the following internet address: http://www.nih.gov/grants/guide/index.html

Copies may also be obtained from the Grants Management Contact indicated in the terms of award.

<u>INFORMATION</u>: This award reflects the NIMHD's acceptance of the certification that all key personnel have completed education on the protection of human subjects, in accordance with NIH policy, "Required Education in the Protection of Human Research Participants," as announced in the June 5, 2000 NIH Guide (revised August 25, 2000) (http://grants.nih.gov/grants/guide/notice-files/NOT-OD-00-039.html).

Any individual involved in the design and conduct of the study that is

not included in the certification must satisfy this requirement prior to participating in the project. Failure to comply can result in the suspension and/or termination of this award, withholding of support of the continuation award, audit disallowances, and/or other appropriate action.

**SPREADSHEET SUMMAR:**
**AWARD NUMBERV**5F32MD017452-03

**INSTITUTION**: BOSTON CHILDREN'S HOSPITAL

| Budget | Year 3 |
|---|---|
| Institutional Allowance | $12,400 |
| Other | $4,500 |
| Stipends | $61,884 |
| TOTAL FEDERAL DC | $78,784 |
| TOTAL FEDERAL F&A | $0 |
| TOTAL COST | $78,784 |

| | |
|---|---|
| **Recipient Information** | **Federal Award Information** |

**1. Recipient Name**
ChuSFYRI 'U h LUPuOAS CLYPLYAOuLI ,
Oh R
N00 SLI GWLLF AVR
BLUOLI , MA 02115

**2. Congressional District of Recipient**
07

**3. Payment System Identifier (ID)**
1042774441A1

**4. Employer Identification Number (EIN)**
042774441

**5. Data Universal Numbering System (DUNS)**
07659N722

**7. Recipient6 Uni' ue Entity Identifier**
Z1S9#1MM1YDN

**q. Project Director or Principal Investigator**
Ariel S Beccia, MU

ariel.beccia@cTildrens.Tarvard.edH
50896N212N

**8. Authorized Official**
Jamie CTan

**Federal Agency Information**

**9. Awarding Agency Contact Information**
CTantell Utevenson-Brown
Grants Management Upecialist
I AOuLI AS u UOuDEOR LI MuI LYuOD
h RASOh AI F h RASOh FuUPAYuDuRU
CTantell.Utevenson-brown@niT.gov
(N01) 402-1N66

**10. Program Official Contact Information**
PriscaT MHJHH
Program L fficer
I AOuLI AS u UOuDEOR LI MuI LYuOD
h RASOh AI F h RASOh FuUPAYuDuRU
priscaT.mHJHH@niT.gov
N01-594-9765

**11. Award Number**
5#N2MF017452-0N

**12. Uni' ue Federal Award Identification Number (FAIN)**
#N2MF017452

**13. Statutory Authority**
42 EUC 288  42 C#Y 66

**14. Federal Award Project Title**
UexHal Minority Mental healtT F Hring tTe CLVuF-19 Pandemic: An intersectional, Uocial Rpidemiologic investigation

**15. Assistance Listing Number**
9N.N07

**17. Assistance Listing Program Title**
Minority healtT and healtT Fisparities YesearcT

**1q. Award Action Type**
I on-Competing ContinHation (YRVuURF)

**18. Is the Award R&D?**
Des

| **Summary Federal Award Financial Information** | |
|---|---|
| **19. Budget Period Start Date** 12/01/2024 **– End Date** 0N/21/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0 |
|    20 a.  Firect Cost AmoHnt | $0 |
|    20 b.  undirect Cost AmoHnt | $0 |
| **21.** AHtTorized Carryover | |
| **22.** L ffset | |
| **23.** Ootal AmoHnt of #ederal #Hnds Lbligated tTis bHdget period | $78,784 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $78,784 |
| **27. Project Period Start Date** 12/01/2022 **– End Date** 0N/21/2025 | |
| **2q.** Ootal AmoHnt of tTe #ederal Award inclHding Approved Cost UTaring or MatcTing tTis Project Period | $228,402 |

**28. Authorized Treatment of Program Income**

**29. Grants Management Officer - Signature**
Priscilla Grant

**30. Remarks**

Acceptance of tTis award, inclHding tTe "Oerms and Conditions," is acknowledged by tTe recipient wTen fHnds are drawn down or otTerwise reqHested from tTe grant payment system.

A.R.000331

I otice of YesearcT #ellowsTip Award



*NATIONAL RESEARCH SERVICE AWARD*
Fepartment of h eatT and h Hman Uervices
I ational unstitHtes of h ealtT



I AOuLI ASuI UOuOEOR LI I MuI LYuOD h RASOh AI F h RASOh FuUPAYuOuRU

---

**SECTION I – AWARD DATA – 5F32MD01q452-03 REVISED**

**Principal Investigator(s):**
Ariel S Beccia, MU

**Award e-mailed to:** osp@cTildrens.Tarvard.edH

**Fellow& e-mail:**
Ariel S Beccia ariel.beccia@cTildrens.Tarvard.edH


Fear AHtTorized L fficial:

OTe I ational unstitHtes of h ealtT Tereby revises tTis award  (see "Award CalcHlation" in Uection uand "Oerms and Conditions" in Uection uu) to BLUOLI  ChuSFYRI  'U h LUPuOAS in sHpport of tTe above referenced project.  OTis award is pHrsHant to tTe aHtTority of 42 EUC 288  42 C#Y 66  and is sHbject to tTe reqHirements of tTis statHte and regHlation and of otTer referenced, incorporated or attacTed terms and conditions.

Acceptance of tTis award, inclHding tTe "Oerms and Conditions," is acknowledged by tTe recipient wTen fHnds are drawn down or otTerwise reqHested from tTe grant payment system.

RacT pHblication, press release, or otTer docHment aboHt researcT sHpported by an I uh award  mHst inclHde an acknowledgment of I uh award sHpport and a disclaimer sHcT as "YesearcT reported in tTis pHblication was sHpported by tTe I ational unstitHte L n Minority h ealtT And h ealtT Fisparities of tTe I ational unstitHtes of h ealtT Hnder Award I Hmber #N2MF 017452. OTe content is solely tTe responsibility of tTe aHtHors and does not necessarily represent tTe official views of  tTe I ational unstitHtes of h ealtT." Prior to issHing a press release concerning tTe oHtcome of tTis researcT, please notify tTe I uh awarding uC in advance to allow for coordination.

Award recipients mHst promote objectivity in researcT by establisTing standards tTat provide a reasonable expectation tTat tTe design, condHct and reporting of researcT fHnded Hnder I uh awards will be free from bias resHlting from an unvestigator's #inancial Conflict of unterest (#CLu), in accordance witT tTe 2011 revised regHlation at 42 C#Y Part 50 UHbpart #.   OTe unstitHtion sTall sHbmit all #CLu reports to tTe I uh tTroHgT tTe eYA Commons #CLuModHle. OTe regHlation does not apply to PTase uUmall BHsiness unnovative YesearcT (UBuY) and Umall BHsiness OecTnology Oransfer (UOOY) awards. ConsHlt tTe I uh website TTtp://grants.niT.gov/grants/policy/coi/ for a link to tTe regHlation and additional important information.

uf yoH Tave any qHestions aboHt tTis award, please direct qHestions to tTe #ederal Agency contacts.

Uincerely yoHrs,


Priscilla Grant
Grants Management L fficer
I AOuLI ASuI UOuOEOR LI I MuI LYuOD h RASOh AI F h RASOh FuUPAYuOuRU

Additional information follows

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| **Institutional Allowance** | $12,400 |
| **Other** | $4,500 |

Version: 25 - 2/15/2024 9:51 AM | Generated on: N/25/2015 12:19 AM

A.R.000332

| | |
|---|---|
| Stipends | $61,884 |
| | |
| **Federal Direct Costs** | $78,784 |
| **Total Award** | $78,784 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $78,784 |
| **TOTAL FEDERAL AWARD AMOUNT** | $78,784 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $0 |

| SUMMARY TOTALS FOR ALL YEARS (for tTis FocHment I Hmber) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| N | $78,784 | $78,784 |

**Fiscal Information:**

| | |
|---|---|
| **Payment System Identifier:** | 1042774441A1 |
| **Document Number:** | #MF017452A |
| **PMS Account Type:** | P (UHbaccoHnt) |
| **Fiscal Year:** | 2025 |

| uC | CAI | 2025 |
|---|---|---|
| MF | 80202N9 | $78,784 |

**NIH Administrative Data:**
**PCC:** CPU0NPM / **OC:** 4101N / **Released:** 2025-0N-22
**Award Processed:** 0N/25/2025 00:19:NN AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 5F32MD01q452-03  REVISED**

#or payment and h h U L ffice of unspector General h otline information, see tTe I uh h ome Page at
Ttp://grants.niT.gov/grants/policy/awardconditions.Ttm.

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 5F32MD01q452-03  REVISED**

OTis award is based on tTe application sHomitted to, and as approved by, I uh on tTe above-titled project and is sHbject to tTe terms and conditions incorporated eitTer directly or by reference in tTe following:

   a. OTe grant program legislation and program regHlation cited in tTis I otice of Award.
   b. Conditions on activities and expenditHre of fHnds in otTer statHtory reqHirements, sHcT as tTose inclHded in appropriations acts.
   c. 45 C#Y Part 75.
   d. I ational Policy YeqHirements and all otTer reqHirements described in tTe I uh Grants Policy Utatement, inclHding addenda in effect as of tTe beginning date of tTe bHdget period.
   e. #ederal Award Performance Goals: As reqHired by tTe periodic report in tTe YPPY or in tTe final progress report wTen applicable.
   f. OTis award notice, uI CSEFuI G OhR ORYMU AI F CLI FuOuLI U CuORF BRSLW.

(Uee I uh h ome Page at Ttp://grants.niT.gov/grants/policy/awardconditions.Ttm for certain
references cited above.)

**Research and Development (R&D):**  All awards issHed by tTe I ational unstitHtes of healtT (I uh) meet tTe definition of "YesearcT and F evelopment" at 45 C#Y Part§ 75.2. As sHcT, aHditees sToHld identify I uh awards as part of tTe Y&F clHster on tTe UcTedHle of RxpenditHres of #ederal Awards (UR#A). OTe aHditor sToHld test I uh awards for compliance as instrHcted in Part V, ClHsters of Programs. I uh recognizes tTat

A.R.000333

some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM). Should a consortium/subaward be issued under this award, a EU requirement must be included. See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) N2MF017452. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.S. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the NIH Public Access website: http://publicaccess.nih.gov/.

Fellowships that terminate early and awards in the final year are subject to NIH Closeout requirements. See Sections 8.6 and 11.2.11 of the NIH Grants Policy Statement Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final Federal Financial Report (FFR) (SF 425) on expenditures is not required for fellowships. NIH will close the fellowship using the last recorded cash drawdown level in the Payment Management System (PMS).

A Termination Notice is required in lieu of a final progress report. The termination notice must be submitted within 30 days of the termination date even if the fellow is not available for signature. In all cases, the information on the form must be verified by the sponsor and an institutional business official. The lack of timely and accurate information on this form could adversely affect data collected associated with aggregate NRSA support and the payback process. All Termination Notices for individual fellowships are required to be submitted electronically using the eRA Commons xTrain application.

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, how to contact with questions or concerns, and what NIH's

Version: 25 - 2/15/2024 9:51 AM | Generated on: N/25/2015 12:19 AM

A.R.000334

expectations are for institutions and the individuals supported on NIH-funded awards, please see Https://grants.niH.gov/grants/policy/Tarassment.Ttm.
· #or gHidance on administering programs in compliance witT applicable federal religioHs nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see Https://www.TTs.gov/conscience/conscience-protections/index.Ttml and Https://www.TTs.gov/conscience/religioHs-freedom/index.Ttml.


An individHal's initial 12 montTs of NYUA postdoctoral sHpport is sHbject to tTe payback service reqHirements of tTe aHtTorization cited above.

#ellows are reqHired to notify tTe awarding Hnit as soon as tTey are aware of any possible cTange in plans regarding tTeir fellowsTip sHpport.


**Childcare Costs**

uf tTis award inclHdes cTildcare costs of $N,000, tTe fHnds are restricted and may not be Hsed for any otTer pHrpose witToHt prior approval.


---

**SECTION IV –  MD SPECIFIC AWARD CONDITIONS – 5F32MD01q452-03  REVISED**


**INFORMATION**: ut is tTe policy of NuH not to prioritize researcT activities tTat focHs on gender identity.  OTis award no longer effectHates agency priorities. YeasearcT programs based on gender identity are often Hnscientific, Tave little identifiable retHrn on investment, and do notTing to enTance tTe TealtT of many Americans. Many sHcT stHdies ignore, ratTer tTan serioHsly examine, biological realities. ut is tTe policy of NuH not to prioritize tTese researcT programs. OTerefore, tTis project is terminated. Boston CTildren's Hospital may reqHest fHnds to sHpport patient safety and orderly closeoHt of tTe project. #Hnds Hsed to sHpport any otTer researcT activities will be disallowed and recovered. Please be advised tTat yoHr organization, as part of tTe orderly closeoHt process will need to sHbmit tTe necessary closeoHt docHments (i.e., #inal YeasearcT Performance Progress Yeport, #inal invention Utatement, and tTe #inal #ederal #inancial Yeport (##Y), **as applicable**) witTin 120 days of tTe end of tTis grant.

NuH is taking tTis enforcement action in accordance witT 2 C.#.Y. § 200.N40 as implemented in NuH GPU Uection 8.5.2. OTis revised award represents tTe final decision of tTe NuH. ut sTall be tTe final decision of tTe #epartment of HealtT and HHman Uervices (hHH) Hnless witTin N0 days after receiving tTis decision yoH mail or email a written notice of appeal to #r. MattTew Memoli. Please inclHde a copy of tTis decision, yoHr appeal jHstification, total amoHnt in dispHte, and any material or docHmentation tTat will sHpport yoHr position. #inally, tTe appeal mHst be signed by tTe institHtional official aHtTorized to sign award applications and mHst be dated no later tTan N0 days after tTe date of tTis notice.

OH R #LSSLWUi G ORYMU #YLM OH R PYRVuLEUI LOuCR L # AWAYF SROORY uUUERF LI  11/10/2024 ASUL APPSD OL  OHuU AWAYF:

**REQUIREMENT**: Ese of THmans and animals in any new activities mHst be reqHested prior to tTe start of tTe activity and mHst be approved in writing in advance by tTe NuMHF.  Uee NLOMF-08-002, "GHidance and Clarification on NuCMHF Policy on Prior Approval for UHbprojects and Pilot Projects involving hHman UHbjects or Vertebrate Animals," NuH GHide to Grants and Contracts, April 29, 2008, wTicT is Tereby incorporated by reference as special terms and conditions of tTis award. Uee also NLOLF-15-129, "Prior NuH Approval of hHman UHbjects YeasearcT in Active Awards initially UHbmitted witToHt #efinitive Plans for hHman UHbjects involvement (Felayed Lnset Awards): Epdated Notice," and NuH-LF-15-128, "GHidance on CTanges OTat involve hHman UHbjects in Active Awards and OTat Will YeqHire Prior NuH Approval: Epdated Notice."

Copies of tTese Notices may be accessed at tTe following internet address: Http://www.niT.gov/grants/gHide/index.Ttml

Copies may also be obtained from tTe Grants Management Contact indicated in tTe terms of award.

Version: 25 - 2/15/2024 9:51 AM | Generated on: N/25/2015 12:19 AM

A.R.000335

**INFORMATION**: OTis award reflects tTe I uMh F's acceptance of tTe certification tTat all key personnel Tave completed edHcation on tTe protection of THman sHbjects, in accordance witT I uh policy, "YeqHred RdHcation in tTe Protection of h Hman YesearcT Participants," as annoHnced in tTe JHne 5, 2000 I uh GHide (revised AHgHst 25, 2000) (Tttp://grants.niT.gov/grants/gHide/notice-files/I L O-L F-00-0N9.Ttml).

Any individHal involved in tTe design and condHct of tTe stHdy tTat is not inclHded in tTe certification mHst satisfy tTis reqHirement prior to participating in tTe project. #ailHre to comply can resHt in tTe sHspension and/or termination of tTis award, witTTolding of sHpport of tTe continHation award, aHdit disallowances, and/or otTer appropriate action.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 5#N2MF 017452-0N YRVuuRF

**INSTITUTION**: BL UOL I Ch uSFYRI 'U h L UPuOAS

| BHdget | Dear N |
|---|---|
| unstitHtional Allowance | $12,400 |
| L tTer | $4,500 |
| Utipends | $61,884 |
| OL OAS #RF RYAS F C | $78,784 |
| OL OAS #RF RYAS #&A | $0 |
| OL OAS CL UO | $78,784 |

**Department of Health and Human Services**
Case 3:25-cv-01620-LJC    Document 108-1    Filed 01/09/26    Page 342 of 573
**Notice of Award**
5S01h B151902
**Federal Award Date**
06/2N/2024

I AOьLI AB h RAYOFBEI GFAI D CBL L D ь #OьDEOR

---

## Recipient Information

**1. Recipient Name**
CL #OLI  MRD ц AB , RI ORY , L YPL YAOьLI
1 CL #OLI  MRD ц AB , OY PB
CL #OLI  FMA 0211N

**2. Congressional District of Recipient**
08

**3. Payment System Identifier (ID)**
1046614096A1

**4. Employer Identification Number (EIN)**
046614096

**5. Data Universal Numbering System (DUNS)**
0054921J0

**6. Recipient's Unique Entity Identifier**
Qy NYk , 4RMD y 5

**7. Project Director or Principal Investigator**
, arl G #treedFMD

( ostreed) g. ail@o.
N48-802-0580

**8. Authorized Official**
Oina Dasilpa ) v. ( @rg
Oina@dasilpa) v. ( @rg
J18-414-2N90

## Federal Agency Information

**9. Awarding Agency Contact Information**
#Ey AI I R PHgliese
Grant Manage. ent #me( ialist
I AOьLI AB h RAYOFBEI GFAI D CBL L D
ь #OьDEOR
sHe@Hgliese) niT@op
K6013594-62J8

**10. Program Official Contact Information**
#ean , oadZ
Progra.  L ffi( er
I AOьLI AB h RAYOFBEI GFAI D CBL L D
ь #OьDEOR
( oadZs) . ail@iT@op
601-456-12N9

## Federal Award Information

**11. Award Number**
5S01h B151902-04

**12. Unique Federal Award Identification Number (FAIN)**
S01h B151902

**13. Statutory Authority**
42 E #, 241 42 , 7Y 52

**14. Federal Award Project Title**
CHlding . etTods to assess and address ( ardiopas( Har TealtT in transgender adHts

**15. Assistance Listing Number**
96(N68

**16. Assistance Listing Program Title**
, ardiopas( Har Diseases Yesear( T

**17. Award Action Type**
I on-, o. meting , ontinHation

**18. Is the Award R&D?**
bes

### Summary Federal Award Financial Information

**19. Budget Period Start Date** 04/01/2024 – **End Date** 06/61/2025

**20. Total Amount of Federal Funds Obligated by this Action** wI JJ1288
    20 a@Dire( t , ost A. oHnt — wI 56I9J0
    20 v@undire( t , ost A. oHnt — wI 2f618

**21.** AHt Tori$ed , arrZoper

**22.** L ffset

**23.** Ootal A. oHnt of 7ederal 7Hnds L vligated tTis vHdget meriod — wI JJ1288

**24. Total Approved Cost Sharing or Matching, where applicable** w0

**25. Total Federal and Non-Federal Approved this Budget Period** wI JJ1288

---

**26. Project Period Start Date** 04/15/2021 – **End Date** 06/61/202J

**27.** Ootal A. oHnt of tTe 7ederal Az ard in( IHding Ammroped , ost — wJJ5f268
    #Taring or Mat( Ting tTis Proe( t Period

**28. Authorized Treatment of Program Income**
Additional , osts

**29. Grants Management Officer - Signature**
SY ц #ORI  I j  illia. s

## 30. Remarks

A( ( emtan( e of tTis az ardFin( IHding tTe "Oer. s and , onditionsF is a( qnoz ledged vZ tTe re( imient z Ten fHnds are draz n doz n or
otTerz ise reWHested fro.  tTe grant maZ. ent sZste. @

I oti(e of Az ard

**RESEARCH SCIENTIST DEVELOPMENT AWARD**
Demart. ent of healtT and h H an #erpi(es
I ational unstitHtes of healtT



I AOuLI AB h RAYOFBEI GFAI D CBLL D u #OuDEOR

---

**SECTION I – AWARD DATA – 5K01HL151902-04**

**Principal Investigator(s):**
, arl G #treedFMD

**Award e-mailed to:** grants@d. in) v. (@rg

Dear AHtTori$ed L ffi(ial:

OTe I ational unstitHtes of healtT TerevZ az ards a grant in tTe a. oHnt of wl JJf288 Ksee "Az ard , al(Hation" in #e(tion uand "Oer. s and , onditions" in #e(tion uu3to CL #OLI MRDu, AB, RI ORY , LYPLY AOuLI in sHmmort of tTe avope referen(ed mroce(t@OTis az ard is mHrsHant to tTe aHtToritZ of 42 E#, 241 42 , 7Y 52 and is sHv(e(t to tTe reWHire. ents of tTis statHte and regHlation and of otTer referen(edFin(ormorated or atta(Ted ter. s and (onditions@

A((emtan(e of tTis az ardFin(lHding tTe "Oer. s and , onditionsF is a(qnoz ledged vZ tTe re(imient z Ten fHnds are draz n doz n or otTerz ise reWHested fro. tTe grant maZ. ent sZste. @

Ra(T mHvli(ationFmress releaseFor otTer do(H. ent avoHt resear(T sHmmorted vZ an I uh az ard . Hst in(lHde an a(qnoz ledg. ent of I uh az ard sHmmort and a dis(lai. er sH(T as "Yesear(T Teromorted in tTis mHvli(ation z as sHmmorted vZ tTe I ational heartFBHngFAnd Clood unstitHte of tTe I ational unstitHtes of healtT Hnder Az ard I H. ver S01h B151902@OTe (ontent is soleIZ tTe resmonsivilitZ of tTe aHtTors and does not ne(essariIZ remresent tTe offi(ial pie z s of tTe I ational unstitHtes of healtT@Prior to issHing a mress release (on(erning tTe oHt(o. e of tTis resear(TFmlease notifZ tTe I uh az arding u, in adpan(e to alloz for (oordination@

Az ard re(imients . Hst mro. ote ove(tipitZ in resear(T v vZ estavlisTing standards tTat mropide a reasonavle exme(tation tTat tTe designF(ondH(t and remorting of resear(T fHnded Hnder I uh az ards z ill ve free fro. vias resHlting fro. an unpestigator's 7inan(ial , onfli(t of unterest K7, LuFin a((ordan(e z itT tTe 2011 repised regHlation at 42 , 7Y Part 50 #Hvmart 7@OTe unstitHtion sTall sHv. it all 7, Lu remorts to tTe I uh tTroHgHt tTe eYA , o. . ons 7, LuModHle@OTe regHlation does not ammIZ to PTase u#. all CHsiness unnopatipe Yesear(T K#(u Y 3 and #. all CHsiness Oe(TnologZ Oransfer K#OOY 3 az ards@ onsHt tTe I uh z evsite Tttm//grants@iiT@op/grants/mroli(Z/(oi/ for a linq to tTe regHlation and additional i. mortant infor. ation@

uf ZoH Tape anZ WHestions avoHt tTis az ardFmlease dire(t WHestions to tTe 7ederal Agen(Z (onta(ts@

#in(erelZ ZoHrsF

SYu#ORI I j illia. s
Grants Manage. ent L ffi(er
I AOuLI AB h RAYOFBEI GFAI D CBLL D u #OuDEOR

Additional infor. ation folloz s

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

Version: 35 - 2/15/23 Version 2/28/2024 12/24/2024 12:30 AM
A.R.000338

| | |
|---|---|
| Salaries and Wages | w1 00f000 |
| Fringe Benefits | w24f000 |
| Personnel Costs (Subtotal) | w1 24f000 |
| Other | w29f9J0 |

| | |
|---|---|
| Federal Direct Costs | w1 56f9J0 |
| Federal F&A Costs | w1 2f618 |
| Approved Budget | w1 JJf288 |
| Total Amount of Federal Funds Authorized (Federal Share) | w1 JJf288 |
| **TOTAL FEDERAL AWARD AMOUNT** | w1 JJf288 |

| | |
|---|---|
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | w1 JJf288 |

| SUMMARY TOTALS FOR ALL YEARS Kor tTis Do( H_ ent I H_ ver3 | | |
|---|---|---|
| YR | THIS AWARD | CUMULATIVE TOTALS |
| 4 | w1 JJf288 | w1 JJf288 |
| 5 | w1 JJf288 | w1 JJf288 |

Ye(o. . ended fHtHre Zear total (ost sHmmortFsHvœ(t to tTe apailavilitZ of fHnds and satisfa(torZ mrogress of tTe mrœœ(t

**Fiscal Information:**

| | |
|---|---|
| Payment System Identifier: | 1046614096A1 |
| Document Number: | Sh B151902A |
| PMS Account Type: | P K#Hva( ( oHnt3 |
| Fiscal Year: | 2024 |

| u | , Al | 2024 | 2025 |
|---|---|---|---|
| h B | N4851N6 | w1 JJf288 | w1 JJf288 |

Ye(o. . ended fHtHre Zear total (ost sHmmortFsHvœ(t to tTe apailavilitZ of fHnds and satisfa(torZ mrogress of tTe mrœœ(t

**NIH Administrative Data:**
**PCC**: h h R7 I  / **OC**: 41065 / **Released**: j illia. sFSYu#ORI  06/28/2024
**Award Processed:** 06/2N/2024 12:20:1J AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 5K01HL151902-04**

7or maZ_ ent and h h # L ffi( e of unsme( tor General h otline infor. ationFsee tTe I  uh  h o. e Page at Tttm//grants@iT@op/grants/moli( Z/az ard( onditions@t.

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 5K01HL151902-04**

OTis az ard is vased on tTe ammli( ation sHv. itted toFand as ammroped vZFI uh on tTe avope-titled mrœœ(t and is sHvœ(t to tTe ter. s and ( onditions in(ormorated eitTer dire(tlZor vZreferen( e in tTe folloz ing:

a@ OTe grant mrogra. legislation and mrogra. regHlation ( ited in tTis I oti( e of Az ard@
v@ , onditions on a( tipities and exmenditHre of fHnds in otTer statHtorZreWHire. entsFsH( T as tTose in( lHded in ammromriations a( ts@
( @ 45 , 7Y Part 85@
d@ I ational Poli( ZYeWHire. ents and all otTer reWHire. ents des( rived in tTe I  uh Grants Poli( Z #tate. entFin( lHding addenda in effe( t as of tTe veginning date of tTe vHdget meriod@
e@ 7ederal Az ard Perfor. an( e Goals: As reWHired vZtTe meriodi( remort in tTe YPPY or in tTe final mrogress remort z Ten ammli( avle@
f@ OTis az ard noti( eFU , BEDU G OhR ORYM# Al D , LI DuOLI # , uORD CRBLj  @

K#ee I  uh h o. e Page at Tttm//grants@iT@op/grants/moli( Z/az ard( onditions@t. for ( ertain referen( es ( ited avope@

**Research and Development (R&D):** All az ards issHed vZtTe I ational unstitHtes of healtT K  uh 3. eet tTe definition of "Yesear( T and Depelom. ent" at 45 , 7Y PartX 85@. As sH( TFaHditees sToHld identifZ I  uh az ards as mart of tTe Y§D ( lHster on tTe #( TedHle of RxmenditHres of 7ederal Az ards K#R7A3@OTe aHditor

sToHd test I uh az ards for (o. mlian(e as instrH(ted in Part VF, IHsters of Progra. s@ uh re(ogniSes tTat so. e az ards . aZ Tape anotTer (lassifi(ation for mHrnoses of indire(t (osts@Te aHditor is not reWHired to remort tTe dis(onne(t K@@Te az ard ve issHed Hnder tTis az ardFa ERureWHire. ent . Hst ve in(lHded@ #ee ent mHrnoses vHt non-resear(T for indire(t (ost rate mHrnosesFHnless tTe aHditee is (Targing indire(t (osts at a rate otTer tTan tTe rateK63sme(ified in tTe az ard do(H. entK63@

An Hnovligated valan(e . aZ ve (arried oper into tTe next vHdget meriod z itToHt Grants Manage. ent L ffi(er mrior ammroval@

OTis grant is sHv(e(t to #trea. lined I on(o. meting Az ard Pro(edHres K#l AP3@

OTis az ard is sHv(e(t to tTe reWHire. ents of 2 , 7Y Part 25 for institHtions to ovtain a HniWHe entitZ identifier KER#3and . aintain an a(tipe registration in tTe #Zste. for Az ard Manage. ent K#AM3@#ToHd a (onsortiH. /sHvaz ard ve issHed Hnder tTis az ardFa ERureWHire. ent . Hst ve in(lHded@ #ee
Tttm//grants@iT@op/grants/moli(Z/az ard(onditions@t. for tTe fHll I uh az ard ter. i. mle. enting tTis reWHire. ent and otTer additional infor. ation@

OTis az ard Tas veen assigned tTe 7ederal Az ard ldentifi(ation I H. ver K7AU. 3S01h B151902@Ye(iments . Hst do(H. ent tTe assigned 7AU. on ea(T (onsortiH. /sHvaz ard issHed Hnder tTis az ard@

Cased on tTe mroe(t meriod start date of tTis mroe(tFtTis az ard is liqelZ sHv(e(t to tTe Oransmaren(Z A(t sHvaz ard and exe(Htipe (o. mensation remorting reWHire. ent of 2 , 7Y Part 180@DTere are (onditions tTat . aZ ex(lHde tTis az ard&see Tttm//grants@iT@op/grants/moli(Z/az ard(onditions@t. for additional az ard ammli(avilitZ infor. ation@

un a((ordan(e z itT P@@ 10-1J1F(o. mlian(e z itT tTe I uh PHvli( A((ess Poli(Z is noz . andatorZ@7or. ore infor. ationFsee I LO-L D-0N-066 and tTe PHvli( A((ess z ev site: Tttm//nHvli(a((ess@iT@op/@

Ye(iments . Hst ad. inister tTe mroe(t in (o. mlian(e z itT federal (ipil rigTts laz s tTat mroTivit dis(ri. ination on tTe vasis of ra(eF(olorFnational originFdisavilitZFageFand (o. mlZ z itT ammli(avle (ons(ien(e mrote(tions@Te re(imient z ill (o. mlZ z itT ammli(avle laz s tTat mroTivit dis(ri. ination on tTe vasis of sexFz Ti(T in(lHdes dis(ri. ination on tTe vasis of gender identitZFsexHal orientationFand mregnan(Z@ (o. mlian(e z itT tTese laz s reWHires taqing reasonavle stems to mropide . eaningfHl a((ess to mersons z itT li. ited Rnglish mrofi(ien(Z and mropiding mrogra. s tTat are a((essivle to and Hsavle vZ mersons z itT disavilities@Te h h # Lffi(e for . ipil YigTts mropides gHidan(e on (o. mlZing z itT (ipil rigTts laz s enfor(ed vZ h h #@#ee Tttm//z z z @Ts@op/(ipil-rigTts/for-mropiders/mropider-ovligations/index@t. I and Tttm//z z z @Ts@op/@

- Ye(iments of 77A . Hst ensHre tTat tTeir mrogra. s are a((essivle to mersons z itT li. ited RnglisT mrofi(ien(Z@7or gHidan(e on . eeting tTe legal ovligation to taqe reasonavle stems to ensHre . eaningfHl a((ess to mrogra. s or a(tipities vZ li. ited RnglisT mrofi(ient indipidHalsF see Tttm//z z z @Ts@op/(ipil-rigTts/for-indipidHals/sme(ial-tomi(s/li. ited-englisT-mrofi(ien(Z/fa(t-sTeet-gHidan(e/index@t. I and Tttm//z z z @em@op/@
- 7or infor. ation on an institHtion's sme(ifi( legal ovligations for serping WHalified indipidHals z itT disavilitiesFin(lHding mropiding mrogra. a((essFreasonavle . odifi(ationsFand to mropide effe(tipe (o. . Hni(ationFsee Tttm//z z z @Ts@op/o(r/(ipilrigTts/Hnderstanding/disavilitZ/index@t. I@
- h h # fHnded TealtT and edH(ation mrogra. s . Hst ve ad. inistered in an enpiron. ent free of sexHal Tarass. ent&see Tttm//z z z @Ts@op/(ipil-rigTts/for-indipidHals/sex-dis(ri. ination/index@t. I@ 7or infor. ation avoHt z Tat's (o. . it. ent to sHmmorting a safe and resme(tfHl z orq enpiron. entF z To to (onta(t z itT WHestions or (on(ernsFand z Tat I uh;s exme(tations are for institHtions and tTe indipidHals sHmmorted on I uh-fHnded az ardsFmlease see Tttm//grants@iT@op/grants/moli(Z/Tarass. ent@t. @
- 7or gHidan(e on ad. inistering mrogra. s in (o. mlian(e z itT ammli(avle federal religioHs nondis(ri. ination laz s and ammli(avle federal (ons(ien(e mrote(tion and asso(iated anti-dis(ri. ination laz sFsee Tttm//z z z @Ts@op/(ons(ien(e/(ons(ien(e-mrote(tions/index@t. I and Tttms//z z z @Ts@op/(ons(ien(e/religioHs-freedo. /index@t. I@

un a((ordan(e z itT tTe regHlatorZ reWHire. ents mropided at 45 , 7Y 85@16 and Ammendix ' vuto 45 , 7Y Part 85Fre(imients tTat Tape (HrrentIZ a(tipe 7ederal grantsF(ooneratipe agree. entsFand mro(Hre. entF or(H. ent sFz To to (onta(t z itT WHestions or (on(ernsFand z Tat I uh;s exme(tations are for institHtions and tTe indipidHals sHmmorted on I uh-fHnded az ardsFmlease see Tttm//grants@iT@op/grants/moli(Z/Tarass. ent@t. @

az ard or merfor.  an( e of a 7ederal az ard tTat rea( Ted final dismosition z itTin tTe .  ost re( ent fipe-Zear meriod@OTe re( imient .  Hst also .  aqe se.  iannHal dis( losHres regarding sH( T mro( eedings@Pro( eedings infor.  ation z ill ve .  ade mHvli( lZ apailavle in tTe designated integritZ and merfor.  an( e sZste.  K( HrrentlZ tTe 7ederal Az ardee Perfor.  an( e and untegritZ unfor.  ation #Zste.  K7APu#3@7HI remorting reWHire.  ents and mro( edHres are foHnd in Ammendix ' uuto 45 , 7Y Part 85@OTis ter.  does not amml1Z to l uh felloz sTims@

**Treatment of Program Income:**

Additional , osts

---

**SECTION IV − HL SPECIFIC AWARD CONDITIONS − 5K01HL151902-04**

, lini( al Orial undi( ator: l o

OTis az ard does not sHmmort anZ l uh-defined , lini( al Orials@#ee tTe l uh Grants Poli( Z #tate.  ent #e( tion 1@ for l uh definition of , lini( al Orial@

## NHLBI FUNDING GUIDELINES

NIH is currently operating under a Continuing Resolution (See NIH Guide Notice NOT-OD-24- 007) and this award is being issued in accordance with the NHLBI FY 2024 Operating Guidelines which can be found at:
https://www.nhlbi.nih.gov/research/funding/general/current-operating-guidelines.

## MENTORED CAREER DEVELOPMENT AWARD

Mentored CDA recipients are required to devote a minimum commitment equivalent of 9 calendar person months (75% of their full-time appointment at the applicant institution) to the career development and research objectives of the program specified in FOA, the policy and additional details are found here:  https://grants.nih.gov/grants/policy/nihgps/HTML5/section_12/12.3.6_level_of_effort.htm.  The recipient may supplement the NHLBI salary contribution with non-federal funds up to a level that is consistent with the institution's salary scale, the policy, including additional details and exceptions are found here:
https://grants.nih.gov/grants/policy/nihgps/HTML5/section_12/12.8.1_salaries_and_fringe_benefits.htm

## MENTOR'S REPORT

Please note that a concise statement from the awardee's mentor must be included in the RPPR.  The statement should address progress and performance, see Section 7.1 of the NIH RPPR Instruction Guide.

## NHLBI ADJUSTMENTS FOR SALARY BASED AWARDS

Salary funds provided on NHLBI research grants will be adjusted if investigators receive career-type salary based awards.  Examples of such awards include the Independent Scientist Award (K02, formerly K04) and other similar awards as described in the November 1993 Circulation article (Vol. 88, No. 5, Part 1).  In the event that such an award is made for an investigator receiving salary support from an NHLBI grant, the Institute must be informed in writing within 30 days from the start date of the award so that any required adjustment can be made.

## CONCURRENT SALARY SUPPORT FOR MENTORED AWARDS

Mentored career award recipients are eligible to receive concurrent support and may request to reduce effort on the K award in the final two years of the award when they have competed successfully as PD/PI for peer-reviewed research awards from NIH or any Federal agency.  Concurrent support must be in accordance with the NIH Guide Notice NOT-HL-22-022 and the NIH Grants Policy Statement (12.3.6.2 Concurrent Support).

## NON-COMPETING RENEWAL (SNAP)

The NIH requires the use of the Research Performance Progress Report (RPPR) for all Type 5 progress reports.  The RPPR and other documents applicable to this SNAP grant

are due the 15th of the month preceding the month in which the budget period ends (e.g., if the budget period ends 11/30, the due date is 10/15).  Please see http://grants.nih.gov/grants/rppr/index.htm for additional information on the RPPR.

**PRIOR APPROVAL REQUEST**
It is recommended that applicable prior approval requests be submitted via the eRA Commons Prior Approval Module (link: prior_approval (nih.gov)).  Please refer to Part II Chapter 8 of the NIH Grants Policy Statement for the activities and/or expenditures that require NIH approval at http://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 5S01h B151902-04

**INSTITUTION:** CL #OLI MRDц AB, RI ORY , LYPL YAOцLI

| CHdget | bear 4 | bear 5 |
|---|---|---|
| #alaries and j ages | wl00f000 | wl00f000 |
| 7ringe Cenefits | w24f000 | w24f000 |
| Personnel , osts K#Hvtotal3 | wl24f000 | wl24f000 |
| L tTer | w29f9J0 | w29f9J0 |
| OL OAB 7RDRYAB D, | wl56f9J0 | wl56f9J0 |
| OL OAB 7RDRYAB 7§A | wl2f618 | wl2f618 |
| OL OAB , L #O | wlJJf288 | wlJJf288 |

| 7a( ilities and Ad.  inistratipe , osts | bear 4 | bear 5 |
|---|---|---|
| 7§A , ost Yate 1 | N% | N% |
| 7§A , ost Case 1 | wl56f9J0 | wl56f9J0 |
| 7§A , osts 1 | wl2f618 | wl2f618 |

Version: 35  2/15/2024    Print Date: 2/29/2024 12:30 AM

Department of Health and Human Services

Notice of Award

Case 3:25-cv-01620-LAB   Document 108-1   Filed 01/09/26   Page 348 of 573

#01u O151902

Federal Award Date
03/25/2025

6 AhIT6 AOu LAEhRO, 6 GRA6 U DOTTU l6 Bhlh, hL

## Recipient Information

**1. Recipient Name**
DTBhT6 MLUIKAOKL6 hLE KTEPTEAhIT6
1 DTBhT6 MLUIKAOKhE PO
DTBhT6 RMA 0211C

**2. Congressional District of Recipient**
08

**3. Payment System Identifier (ID)**
1043314093A1

**4. Employer Identification Number (EIN)**
043314093

**5. Data Universal Numbering System (DUNS)**
005492170

**6. Recipient's Unique Entity Identifier**
JZCEQK4LMUZ5

**7. Project Director or Principal Investigator**
KarNG BtreedRMU

c.streed@gb ailNoob
C48-802-0580

**8. Authorized Official**
hina UasiNa@pb crorg
hinardasiNa@pb crorg
718-414-2C90

## Federal Agency Information

**9. Awarding Agency Contact Information**
B, ZA6 6 L PI gNese
Grant Manageb ent B( ecialNst
6 AhIT6 AOu LAEhRO, 6 GRA6 U DOTTU
l6 Bhlh, hL
sl enil gNese@niHrgov
)301y 594-3278

**10. Program Official Contact Information**
Bean KoadY
Prograb Tfficer
6 AhIT6 AOu LAEhRO, 6 GRA6 U DOTTU
l6 Bhlh, hL
coadYs@b ailNhiHrgov
301-453-12C9

## Federal Award Information

**11. Award Number**
5#01u O151902-04

**12. Unique Federal Award Identification Number (FAIN)**
#01u O151902

**13. Statutory Authority**
42 , BK 241 42 KSE 52

**14. Federal Award Project Title**
DI iNding b etHods to assess and address cardiovascl Nar HealNH in transgender adI Ns

**15. Assistance Listing Number**
93r638

**16. Assistance Listing Program Title**
Kardiovascl Nar Uiseases EesearcH

**17. Award Action Type**
6 on-Kob ( eting KontinI ation )ELVIBLUy

**18. Is the Award R&D?**
$es

### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 04/01/2024 – **End Date** 03/21/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | z0 |
| 20 amUirect Kost Ab ol nt | z0 |
| 20 pmUindirect Kost Ab ol nt | z0 |
| **21.** AI tHorived KarrYover | |
| **22.** Tffset | |
| **23.** hotaNAb ol nt of SederaNSI nds TpNgated tHis pI dget ( eriod | z177R288 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | z0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | z177R288 |
| **26. Project Period Start Date** 04/15/2021 – **End Date** 03/21/2025 | |
| **27.** hotaNAb ol nt of tHe SederaNAj ard incNl ding A( ( roved Kost BHaring or MatcHing tHis Pro.ect Period | z797R92C |

**28. Authorized Treatment of Program Income**
AdditionaNKosts

**29. Grants Management Officer - Signature**
AntHonY Agresti

## 30. Remarks

Acce( tance of tHis aj ardRincNl ding tHe "herb s and KonditionsR is acknoj Nedged pY tHe reci( ient j Hen fl nds are draj n doj n or otHerj ise reql ested frob tHe grant ( aYb ent sYsteb m

6 otice of Aj ard



RESEARCH SCIENTIST DEVELOPMENT AWARD
Ue( artb ent of u eaNH and u I b an Bervices
6 ationaN nstitl tes of u eaNH



6 AhlT6 AOu LAEhRO, 6 GRA6 U DOTTU l6 Bhlh, hL

---

**SECTION I − AWARD DATA − 5K01HL151902-04 REVISED**

**Principal Investigator(s):**
KarNG BtreedRMU

**Award e-mailed to:** grantsmadb in@pb cnorg

Uear AI tHorived Tfficia N

hHe 6 ationaN nstitl tes of u eaNH HerepY revises tHis aj ard  )see "Aj ard KaNd Nation" in Bection I and "herb s and Konditions" in Bection IIly to DTBhT6 MLUIKAOKL6 hLE KTEPTEAhlT6 in sl ( ( ort of tHe apove referenced ( ro.ectmHHs aj ard is ( I rsl I ant to tHe al thoritY of 42 , BK 241 42 KSE 52  and is sl p.ect to tHe reql ireb ents of tHis statl te and regl Nation and of otHer referenced Rincor( orated or attacHed terb s and conditionsm

Acce( tance of tHis aj ardRincNding tHe "herb s and KonditionsR is acknoj Nedged pY tHe reci( ient j  Hen fl nds are draj n doj n or otHerj ise reql ested frob  tHe grant ( aYb ent sYsteb m

LacH ( I pNcationR( ress reNaseP or otHer docl b ent apol t researcHsl ( ( orted pY an 6 lu aj ard  b I st incNde an acknoj Nedgb ent of 6 lu aj ard sl ( ( ort and a discNib er sl cHas "EesearcHre( orted in tHis ( I pNcation j as sl ( ( orted pY tHe 6 ationaN ueartRDI ngRAnd DNood Instit te of tHe 6 ationaN nstitl tes of u eaNHl nder Aj ard 6 l b per #01u OI51902m nHe content is soNN Y tHe res( onsipiN Y of tHe al tHors and does not necessariN Y re( resent tHe officiaN Nviej s of  tHe 6 ationaN nstitl tes of u eaNHm Prior to issl ing a ( ress reNase concerning tHe ol tcob e of tHis researcHR( Nase notifY tHe 6 lu aj arding IK in advance to aNoj  for coordinationm

Aj ard reci( ients b I st ( rob ote op.ectivitY in researcHpY estapNsHing standards tHat ( rovide a reasonapNe ex( ectation tHat tHe designRcondl ct and re( orting of researcHfl nded l nder 6 lu aj ards j iNbe free frob pias resl Ning frob  an Investigator's SinanciaNKonfNct of Interest )SKTlyRin accordance j itHtHe 2011 revised regl Nation at 42 KSE Part 50 BI p( art Smhhe Instit tion sHaNNsl pb it aNNSKTI re( orts to tHe 6 lu tHrol gHtHe eEA Kob b ons SKTI Modl N mhhe regl Nation does not a( ( N to PHase I Bb aNNDI siness Innovative EesearcH)BDIEy and Bb aNNDI siness hecHnoNogY hransfer )BhhEaj ardsmKonsl N tHe 6 lu j epsite Htt( ://grantsmiHrgov/grants/( oNcY/coi/ for a Nnk to tHe regl Nation and additionaNb ( ortant inforb ationm

If Yol  Have anY ql estions apol t tHis aj ardR( Nase direct ql estions to tHe SederaN AgencY contactsm

BincereN Y Yol rsR

AntHonY Agresti
Grants Manageb ent Tfficer
6 AhlT6 AOu LAEhRO, 6 GRA6 U DOTTU l6 Bhlh, hL

AdditionaN nforb ation foNoj s

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| **Salaries and Wages** | z100R00 |
| **Fringe Benefits** | z24R00 |
| **Personnel Costs (Subtotal)** | z124R00 |
| **Other** | z29R70 |
| | |
| **Federal Direct Costs** | z153R70 |
| **Federal F&A Costs** | z12B18 |
| **Approved Budget** | z177R88 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | z177R88 |
| **TOTAL FEDERAL AWARD AMOUNT** | z177R88 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | z0 |

| SUMMAR/ TOTAL FEDERAL AWARD AMOUNT / EAR ( 4 ) )for tHs Uocl b ent 6 l b pery | |
|---|---|
| **AWARD NUMBER** | **TOTAL FEDERAL AWARD AMOUNT** |
| 5#01u O151902-04 | z177R88 |
| 3#01u O151902-04B1 | z31R91 |
| **TOTAL** | **Y197,968** |

| SUMMAR/ TOTALS FOR ALL / EARS )for tHs Uocl b ent 6 l b pery | | |
|---|---|---|
| **/ R** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 4 | z177R88 | z198R7C |

**Fiscal Information:**

| | |
|---|---|
| **Payment System Identifier:** | 1043314093A1 |
| **Document Number:** | #u O151902A |
| **PMS Account Type:** | P )BI paccol nty |
| **Fiscal / ear:** | 2024 |

| IK | KA6 | 2024 |
|---|---|---|
| u O | C4851C3 | z177R88 |

**NIH Administrative Data:**
**PCC:** u u LS 6 / **OC**: 41035 / **Released**: 03/24/2025
**Award Processed:** 03/25/2025 12:09:04 AM

## SECTION II – PA/ MENTS HOTLINE INFORMATION – 5K01HL151902-04  REVISED

Sor ( aYb ent and u u B Tffice of Ins( ector GeneraNu otNhe inforb ationRsee tHe 6 lu u ob e Page at
Htt( ://grantsmiHrgov/grants/( oNcY/aj ardconditionsrHtb

## SECTION III – STANDARD TERMS AND CONDITIONS – 5K01HL151902-04  REVISED

hHis aj ard is pased on tHe a( ( Ncation sl pb itted toRand a a( ( roved pYR6 lu on tHe apove-titNd ( ro.ect and
is sl pect to tHe terb s and conditions incor( orated eitHer directNY or pY reference in tHe folNj ing:

    am  hHe grant ( rogram NegisNtion and ( rogram regl Ntion cited in tHis 6 otice of Aj ardm
    pm  Konditions on activities and ex( enditl re of fl nds in otHer statl torYreql ireb entsRsl cH as
          tHose incNNded in a( ( ro( riations actsm
    cm  45 KSE Part 85m
    dm  6 ationaNPoNcY EeqI ireb ents and aNNbtHer reql ireb ents descriped in tHe 6 lu Grants PoNcY
          Btateb entRncNding addenda in effect as of tHe peginning date of tHe pl dget ( eriodm
    em  SederaNAj ard and Perforb ance GoaN: As reql ired pYtHe ( eriodic re( ort in tHe EPPE or in tHe finaN
          ( rogress re( ort j Hen a( ( NcapNem
    fm  hHis aj ard noticeR6 KO, Ul6 G hu L hLEMB A6 U KT6 UlhIT 6 B KlhLU DLOT Wm

)Bee 6 lu u ob e Page at Htt( ://grantsmiHrgov/grants/( oNcY/aj ardconditionsrHtb  for certain
references cited apovery

**Research and Development (R&D):**  ANNaj ards issl ed pYtHe 6 ationaNNnstitl tes of u eaNH)6 lu y eet tHe

definition of "Eesearch and Uevelo( b ent" at 45 KSE Part§ 85f2. As sl cHRal ditees sHol Nd identifY 6 lu aj ards as ( art of tHe E&U cNlster on tHe BcHedl Nt of Lx( enditl res of SederaNaj ards )BLSAynmHe al ditor sHol Nd test 6 lu aj ards for Nance as instrl cted in Part VRKNlsters of Prograb smf lu recogniwes tHat sob e aj ards b aY Have anotHer Nlassification for ( l r( oses of indirect costsnmHe al ditor is not reql ired to re( ort tHe disconnect )irenRHe aj ard is cNlassified as E&U for SederaNal dit Eeql ireb ent ( l r( oses pl t non-researcH for indirect cost rate ( l r( osesyRl nNss tHe al ditee is cHarging indirect costs at a rate otHer tHan tHe rate)sys( ecified in tHe aj ard docl b ent)sym

An l nopNgated paNance b aY pe carried over into tHe next pl dget ( eriod j itHol t Grants Manageb ent Tfficer ( rior a( ( rovaNm

hHis grant is sl pect to Btreab Nhed 6 oncob ( eting Aj ard Procedl res )B6 APym

hHis aj ard is sl p.ect to tHe reql ireb ents of 2 KSE Part 25 for institl tions to optain a l niql e entitY identifier ), Lly and b aintain an active registration in tHe BYsteb for Aj ard Manageb ent )BAMymBHol Nd a consortil b /sl paj ard pe issl ed l nder tHis aj ardRa , Ll reql ireb ent b l st pe incNl dedm Bee Htt( ://grantsmiHngov/grants/( oNcY/aj ardconditionsmhtb for tHe fl Nl 6 lu aj ard terb ib ( Neb enting tHis reql ireb ent and otHer additionaNnforb ationm

hHis aj ard Has peen assigned tHe SederaNaj ard Identification 6 l b per )SAl6 y #01u 0151902nEeci( ients b l st docl b ent tHe assigned SAl6 on eacH consortil b /sl paj ard issl ed l nder tHis aj ardm

Dased on tHe ( ro.ect ( eriod start date of tHis ( ro.ectRHis aj ard is NkeNV sl pect to tHe hrans( arencY Act sl paj ard and execl tive cob ( ensation re( orting reql ireb ent of 2 KSE Part 180nHere are conditions tHat b aY excNl de tHis aj ard; see Htt( ://grantsmiHngov/grants/( oNcY/aj ardconditionsmhtb for additionaNaj ard a( ( licapiNltY inforb ationm

In accordance j itHProm110-171Rcob ( Nance j itHtHe 6 lu PI nNc Access PoNcY is noj b andatorYmSor b ore inforb ationRsee 6 Th-TU-0C-033 and tHe PI nNc Access j epsite: Htt( ://( l pNcaccessmiHngov/m

hHis aj ard re( resents tHe finaNV year of tHe cob ( etitive segb ent for tHis grantmBee tHe 6 lu Grants PoNcY Btateb ent Bection Cm7i KNoseol t for cob ( Nete cNoseol t reql ireb ents at: Htt( ://grantsmiHngov/grants/( oNcY/( oNcYmHtb Fg( sm

A finaNex( enditl re SederaNSinanciaNEe( ort )SSEy)BS 425y b l st pe sl pb itted tHrol gHtHe PaYb ent Manageb ent BYsteb )PMByj itHin 120 daYs of tHe ( eriod of erforb ance end date; see tHe 6 lu Grants PoNcY Btateb ent Bection Cm7i SinanciaNEe( ortsRHtt( ://grantsmiHngov/grants/( oNcY/( oNcYmHtb Fg( sRFor additionaNnforb ation on tHis sl pb ission reql ireb entmnHe finaNSSE b l st indicate tHe exact paNance of l nopNgated fl nds and b aY not refNct anY l nNql idated opNgationsmnHere b l st pe no discre( ancies petj een tHe finaNSSE ex( enditl re data and tHe reaNNib e casHdraj doj n data in PMBm6 lu j inNcNose tHe aj ards l sing tHe Nast recorded casHdraj doj n NeveNn PMB for aj ards tHat do not reql ire a finaNSSE on ex( enditl resmlt is ib ( ortant to note tHat for financiaNcNoseol tRf a grantee faiNs to sl pb it a reql ired finaN ex( enditl re SSER6 lu j inNcNose tHe grant l sing tHe Nast recorded casHdraj doj n NeveNm

A SinaNnvention Btateb ent and Kertification forb )u uB 57CyRf not a( ( NcapNt to trainingRconstrl ctionR conference or cancer edl cation grantsyb l st pe sl pb itted j itHin 120 daYs of tHe ex( iration datenmHe u uB 57C forb b aY pe doj nNoaded at: Htt( ://grantsmiHngov/grants/forb smHtb mnHis ( aragra( H does not a( ( NV to hraining grantsRSeNNoj sHi( sRand certain otHer ( rograb s—ineentRactivitY codes K07RU42RU43RU81RUP8RG08R G0CRG11R#12R#17R#30RP09RP40RP41RP51RE13RE25RE2CRE30RE90RE05RE09RB10RB14RB15R, 13R, 14R, 41R , 42R, 45R, K7R, K8R, E2RX01RX02m

, nNss an a( ( Ncation for cob ( etitive renej aNs sl pb ittedRa SinaNEesearcH Perforb ance Progress Ee( ort )SinaNEPPEy b l st aNso pe sl pb itted j itHin 120 daYs of tHe ( eriod of erforb ance end datemlf a cob ( etitive renej aNa( ( Ncation is sl pb itted ( rior to tHat dateRtHen an Interib EPPE b l st pe sl pb itted pY tHat date as j eNNmInstrl ctions for ( re( aring an Interib or SinaNEPPE are at: Htt( s://grantsmiHngov/grants/r( ( r/r( ( r_instrl ction_gl idemfdnmAnY otHer s( ecific reql ireb ents set fortH in tHe terb s and conditions of tHe aj ard b l st aNso pe addressed in tHe Interib or SinaNEPPEm*Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience*m

6 lu reql ires eNectronic sl pb ission of tHe finaNnvention stateb ent tHrol gHtHe KNoseol t featl re in tHe Kob b onsm

6 ThL:  If tHis is tHe finaNYear of a cob (etitive segb ent dl e to tHe transfer of tHe grant to anotHer institl tionR tHen a SinaNEPPE is not reql iredmuoj everRa finaNex(enditl re SSE is reql ired and b l st pe sl pb itted eNctronicaliNY as noted apovemlf not alNeadYl sl pb ittedRtHe SinaNnvention Btateb ent is reql ired and sHol N pe sent directlYl to tHe assigned Grants Manageb ent B(ecialNstm

Eeci(ients b l st adb inister tHe (ro.ect in cob (Nance j itHfederaNciviNriGHts Nj s tHat (roHipit discrib ination on tHe pasis of raceRcoNorRnationaNoriginRdisapiliNYrageRand cob (Nj itHa((NicapNe conscience (rotectionsmnHe reci(ient j itHcob (Nj itHa((NicapNe Nj s tHat (roHipit discrib ination on tHe pasis of sexRj HicHincNl des discrib ination on tHe pasis of gender identitYrsexl aNorientationRand (regnancYmKob (Nance j itHtHese Nj s reql ires taking reasonaNe ste(s to (rovide b eaningfl Naccess to (ersons j itHNb ited LngNsHl roficiencYand (roviding (rograb s tHat are accessipNe to and l sapNe pY (ersons j itHdisapiNitiesmnHe u u B T ffice for KiviNeiGHts (rovides gl idance on cob (Nj ing j itHciviNriGHts Nj s enforced pYu u BmBee Htt(s://j j j rHHsmgov/civiNriGHts/for-(roviders/(rovider-opNigations/indexmHtb N and Htt(s://j j j rHHsmgov/m

·   Eeci(ients of SSA b l st ensl re tHat tHeir (rograb s are accessipNe to (ersons j itHNb ited LngNsH l roficiencYnSor gl idance on b eeting tHe NegaNopNgation to take reasonapNe ste(s to ensl re b eaningfl Naccess to (rograb s or activities pYNb ited LngNsH(roficient individl aNs see Htt(s://j j j rHHsmgov/civiNriGHts/for-individl aNs/s(ecianNto(ics/Nb ited-engNsH(roficiencY/fact-sHeet-gl idance/indexmHtb N and Htt(s://j j j rHHmgovm

·   Sor inforb ation on an institl tion's s(ecific NegaNopNgations for serving ql aNified individl aNs j itH disapiNitiesRincNl ding (roviding (rograb accessRreasonapNe b odificationsRand to (rovide effective cob b l nicationRsee Htt(://j j j rHHsmgov/ocr/civiNriGHts/l nderstanding/disapiNY/indexmHtb Nm

·   u u B fl nded HeaNtHand edl cation (rograb s b l st pe adb inistered in an environb ent free of sexl aN Harassb ent; see Htt(s://j j j rHHsmgov/civiNriGHts/for-individl aNs/sex-discrib ination/indexmHtb Nm Sor inforb ation apol t 6 l u's cob b itb ent to sl ((orting a safe and res(ectfl N ork environb entR j Ho to contact j itHql estions or concernsRand j Hat 6 l u's ex(ectations are for institl tions and tHe individl aNs sl ((orted on 6 l u-fl nded aj ardsRNease see Htt(s://j j j rHHsmgov/grants/(oNicY/Harassb entmHtb m

·   Sor gl idance on adb inistering (rogra b s in cob (Nance j itHa((NicapNe federaNreNigiol s nondiscrib ination Nj s and a((NicapNe federaNconscience (rotection and associated anti-discrib ination Nj s Ree Htt(s://j j j rHHsmgov/conscience/conscience-(rotections/indexmHtb N and Htt(s://j j j rHHsmgov/conscience/reNigiol s-freedob /indexmHtb Nm

In accordance j itHtHe regl NatorYreql ireb ents (rovided at 45 KSE 85ñ13 and A((endix XII to 45 KSE Part 85Rreci(ients tHat Have cl rrentlY active SederaNgrantsRcoo(erative agreeb entsRand (rocl reb ent contracts j itHcl b l Native totaNvaNe greater tHan z10R000R000 b l st re(ort and b aintain inforb ation in tHe BYsteb for Aj ard Manageb ent )BAMYapol t civiNscrib inaNRand adb inistrative (roceedings in connection j itHtHe aj ard or (erforb ance of a SederaNaj ard tHat reacHed finaNdis(osition j itHn tHe b ost recent five-Year (eriodmnHe reci(ient b l st aNso b ake seb iannl aNdiscNsl res regarding sl cH(roceedingsnProceedings inforb ation j iNpe b ade (l pNcNY avaiNapNe in tHe designated integritYand (erforb ance sYsteb )cl rrentlY tHe SederaNAj ardee Perforb ance and IntegritYInforb ation BYsteb )SAPIIBymnSl NNe(orting reql ireb ents and (rocedl res are fol nd in A((endix XII to 45 KSE Part 85ñnHis terb does not a((Nl YY to 6 l u feNNj sHi(sm

**Treatment of Program Income:**
AdditionaNKosts

---

**SECTION IV −  HL SPECIFIC AWARD CONDITIONS − 5K01HL151902-04  REVISED**

KNNicaNnriaNndicator: 6 o
hHis aj ard does not sl ((ort anY6 l u-defined KNNicaNnriaNnmBee tHe 6 l u Grants PoNicY Btateb ent Bection 1ñ2 for 6 l u definition of KNNicaNnriaNm

**TERMINATION**
It is tHe (oNicYof 6 l u not to (rioritie EesearcH(rogra b s pased on gender identitYare often l nscientificR Have NttNe identifiapNe retl rn on investb entRand do notHing to enHance tHe HeaNtHof b anYAb ericansmManY sl cH stl dies ignoreRratHer tHan seriol slNY exab ineRpioNogicaNreaNtiesmlt is tHe (oNicYof 6 l u not to (rioritie tHese researcH(rogra b sm

hHerefore RtHis (ro.ect is terb inatedmDTBhT 6 MLUIKAOKL6 HLE b aYreql est fl nds to sl ((ort (atient safetYand orderNYcNoseol t of tHe (ro.ectnSl nds l sed to sl ((ort anYotHer researcHactivities j iNpe

disallowed and recovered. Please be advised that your organization has part of the order. NIH cannot require process... in need to sl pb it the necessary. NIH cannot docl b ents ... in which NIH can Research Performance Progress Report... NIH convention B tate b entr and the Sinancial... NE( ort )SSEy Ras a (( NcapMy j itHn 120 days of the end of this grant inclusion is taking this enforcement action in accordance j it H2 Kr ß g r S 200 n 40 as ib ( Not ented in 6 l u GPB Section CR r 2 ... this revised aj ard re( resents the final decision of the 6 l u n lt s HaN pe the final decision of the Ue( art b ent of u ea NL and u l b an Services ) u u By I n Nss j it Hn 30 days after receiving this decision YoI r b ai Nor eb ai Na j ritten notice of a(( ea Nto Urn MattHe j Meb o NNP lease incl Nde a co( Y of this decision RYoI r r a( ( ea NI stification Rota Nb o l n it er Nand an Yb ateria Nor docl b entation tHat j i Nnsl ( ( ort YoI r ( ositionn Sina N WRt He a(( ea No l st pe signed p Y the institl tiona No fficia Nal tHorived to sign aj ard a(( Ncations and b l st pe dated no Nater tHan 30 days after the date of this noticem

## NHLBI FUNDING GUIDELINES

NIH is currently operating under a Continuing Resolution (See NIH Guide Notice NOT-OD-24- 007) and this award is being issued in accordance with the NHLBI FY 2024 Operating Guidelines which can be found at: https://www.nhlbi.nih.gov/research/funding/general/current-operating-guidelines.

## MENTORED CAREER DEVELOPMENT AWARD

Mentored CDA recipients are required to devote a minimum commitment equivalent of 9 calendar person months (75% of their full-time appointment at the applicant institution) to the career development and research objectives of the program specified in FOA, the policy and additional details are found here: https://grants.nih.gov/grants/policy/nihgps/HTML5/section_12/12.3.6_level_of_effort.htm. The recipient may supplement the NHLBI salary contribution with non-federal funds up to a level that is consistent with the institution's salary scale, the policy, including additional details and exceptions are found here: https://grants.nih.gov/grants/policy/nihgps/HTML5/section_12/12.8.1_salaries_and_fringe_benefits.htm

## MENTOR'S REPORT

Please note that a concise statement from the awardee's mentor must be included in the RPPR. The statement should address progress and performance, see Section 7.1 of the NIH RPPR Instruction Guide.

## NHLBI ADJUSTMENTS FOR SALARY BASED AWARDS

Salary funds provided on NHLBI research grants will be adjusted if investigators receive career-type salary based awards. Examples of such awards include the Independent Scientist Award (K02, formerly K04) and other similar awards as described in the November 1993 Circulation article (Vol. 88, No. 5, Part 1). In the event that such an award is made for an investigator receiving salary support from an NHLBI grant, the Institute must be informed in writing within 30 days from the start date of the award so that any required adjustment can be made.

## CONCURRENT SALARY SUPPORT FOR MENTORED AWARDS

Mentored career award recipients are eligible to receive concurrent support and may request to reduce effort on the K award in the final two years of the award when they have competed successfully as PD/PI for peer-reviewed research awards from NIH or any Federal agency. Concurrent support must be in accordance with the NIH Guide Notice NOT-HL-22-022 and the NIH Grants Policy Statement (12.3.6.2 Concurrent Support).

## NON-COMPETING RENEWAL (SNAP)

The NIH requires the use of the Research Performance Progress Report (RPPR) for all Type 5 progress reports. The RPPR and other documents applicable to this SNAP grant are due the 15th of the month preceding the month in which the budget period ends (e.g., if the budget period ends 11/30, the due date is 10/15). Please see http://grants.nih.gov/grants/rppr/index.htm for additional information on the RPPR.

Version: 35 - 2/15/2024 10:00 AM    A.R.000348    2/15/2025 12:09 AM

**PRIOR APPROVAL REQUEST**

It is recommended that applicable prior approval requests be submitted via the eRA Commons Prior Approval Module (link: prior_approval (nih.gov)).  Please refer to Part II Chapter 8 of the NIH Grants Policy Statement for the activities and/or expenditures that require NIH approval at http://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

**SPREADSHEET SUMMAR/**
**AWARD NUMBER:** 5#01u O151902-04 ELVIBLU

**INSTITUTION:** DTBhT6 MLUIKAOKL6hLE KTEPTEAhIT6

| DI dget | $ear 4 |
|---|---|
| BaNries and Wages | z100R00 |
| Sringe Denefits | z24R00 |
| PersonneNKosts )BI ptotaN | z124R00 |
| TtHer | z29R70 |
| hThAOSLULEAOUK | z153R70 |
| hThAOSLULEAOS&A | z12R18 |
| hThAOKTBh | z177R88 |

| SaciNties and Adb inistrative Kosts | $ear 4 |
|---|---|
| S&A Kost Eate 1 | C% |
| S&A Kost Dase 1 | z153R70 |
| S&A Kosts 1 | z12R18 |

Department of Health and Human Services

Case 1:25-cv-01620-LLA    Document 108-1    Filed 01/09/26    Page 355 of 573

NATIONAL INSTITUTE OD MENTAL HEALTH

Notice of Award

B01MH1FF504

**Federal Award Date**
03/19/2025

| Recipient Information | Federal Award Information |
|---|---|

**Recipient Information**

**1. Recipient Name**
#EGENTS OD THE UNIVE#SIT6 OD
MI7HIGAN
1109 GEWWES AVE STE FF00
ANN A#YO#OMI 43109

**2. Congressional District of Recipient**
0K

**3. Payment System Identifier (ID)**
1F3K00KF09A1

**4. Employer Identification Number (EIN)**
F3K00KF09

**5. Data Universal Numbering System (DUNS)**
0, F1FF5, 1

**6. Recipient's Unique Entity Identifier**
GN8, YYP, Fc E9

**7. Project Director or Principal Investigator**
Sarah  Peitkb eier OPHW

s@eitkb ew ub i. hyedu
240-231-9501

**8. Authorized Official**
ElikaJeth Homard
homardelw ub i. hyedu
, F4-, K4-, 2F4

**Federal Agency Information**

**9. Awarding Agency Contact Information**
Marla Wbb inguek
Grants Manageb ent S@e. ialist
NATIONAL INSTITUTE OD MENTAL
HEALTH
b arlaydob inguekw nihygop

**10. Program Official Contact Information**
Theresa Elaine Senn

NATIONAL INSTITUTE OD MENTAL
HEALTH
teriysennw nihygop
vF01q, K1-, 352

**Federal Award Information**

**11. Award Number**
5B01MH1FF504-02

**12. Unique Federal Award Identification Number (FAIN)**
B01MH1FF504

**13. Statutory Authority**
42 US7 241 42 7D# 52

**14. Federal Award Project Title**
7ob b unitx-Engaged Stru. tural A@@oa. hes to Prepent Violen. e and Ib @rope HIV
Prepention and 7are Out. ob es Ab ong Trans c ob en of 7olor

**15. Assistance Listing Number**
9Fy242

**16. Assistance Listing Program Title**
Mental Health #esear. h Grants

**17. Award Action Type**
Non-7ob @eting 7ontinuation v#EVISEWq

**18. Is the Award R&D?**
6es

| **Summary Federal Award Financial Information** | |
|---|---|
| **19. Budget Period Start Date** 04/01/2024 – **End Date** 03/F1/2024 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | ( 0 |
| 20 ay Wre. t 7ost Ab ount | ( 0 |
| 20 Jy Indire. t 7ost Ab ount | ( 0 |
| **21.** Authoriked 7arrxoper | ( 0 |
| **22.** Offset | ( 0 |
| **23.** Total Ab ount of Dederal Dunds OJligated this Judget @eriod | ( 1, 4O K0 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | ( 0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | ( 1, 4O K0 |
| **26. Project Period Start Date** 04/01/202F – **End Date** 03/F1/2024 | |
| **27.** Total Ab ount of the Dederal Amard in. luding A@@oped 7ost Sharing or Mat. hing this Pro)e. t Period | ( F5FO233 |

**28. Authorized Treatment of Program Income**
Additional 7osts

**29. Grants Management Officer - Signature**
7hristine Ann 7lar$son

| **30. Remarks** |
|---|

A. . e@an. e of this amardOn. luding the zTerb s and 7onditions@is a. $nomledged Jx the re. i@ent mhen funds are dramn domn or
othermise rej uested frob  the grant @axb ent sxsteb y

Noti. e of Amard



**RESEARCH SCIENTIST DEVELOPMENT AWARD**
We@artb ent of Health and Hub an Serpi. es
National Institutes of Health



NATIONAL INSTITUTE OD MENTAL HEALTH

---

**SECTION I – AWARD DATA – 5K01MH133504-02 REVISED**

**Principal Investigator(s):**
Sarah  Peitkb eierOPHW

**Award e-mailed to:** smhite-gopw ub i. hyedu

Wear Authoriked Offi. ial:

The National Institutes of Health hereJx repises this amard  vsee "Amard 7al. ulation" in Se. tion I and "Terb s and 7onditions" in Se. tion IIIqto The #egents of the Unipersitx of Mi. higan in su@@ort of the aJope referen. ed @o)e. ty This amard is @ursuant to the authoritx of 42 US7 241 42 7D# 52  and is suJ)e. t to the rej uireb ents of this statute and regulation and of other referen. edOn. or@rated or atta. hed terb s and . onditionsy

A. . e@an. e of this amardOn. luding the zTerb s and 7onditionsGis a. $nomledged Jx the re. i@ent mhen funds are dramn domn or othermise rej uested frob  the grant @axb ent sxsteb y

Ea. h @uJli. ationQ@ess releaseOor other do. ub ent aJout resear. h su@@orted Jx an NIH amard  b ust in. lude an a. $nomledgb ent of NIH amard su@@ort and a dis. laib er su. h as "#esear. h re@orted in this @uJli. ation mas su@@orted Jx the National Institute Of Mental Health of the National Institutes of Health under Amard Nub Jer B01MH1FF504yThe . ontent is solelx the res@onsiJilitx of the authors and does not ne. essarilx re@esent the offi. ial piems of  the National Institutes of Healthy" Prior to issuing a @ess release . on. erning the out. ob e of this resear. hQ@ease notifx the NIH amarding I7 in adpan. e to allom for . oordinationy

Amard re. i@ents b ust @rob ote oJ)e. tipitx in resear. h Jx estaJlishing standards that @ropide a reasonaJle e"@e. tation that the designC ondu. t and re@orting of resear. h funded under NIH amards mill Je free frob Jias resulting frob  an Inpestigator's Dinan. ial 7onfli. t of Interest vD7OIcOn a. . ordan. e mith the 2011 repised regulation at 42 7D# Part 50 SuJ@art Dy  The Institution shall su@ply it all D7OI re@orts to the NIH through the e#A 7ob b ons D7OI ModuleyThe regulation does not a@@x to Phase I Sb all Yusiness Innopatipe #esear. h vSYI#qand Sb all Yusiness Te. hnologx Transfer vSTT#qamardsy7onsult the NIH meJsite htt@//grantsynihygop/grants/@oli. x/. oi/ for a lin$ to the regulation and additional ib @ortant inforb ationy

If xou hape anx j uestions aJout this amardQ@ease dire. t j uestions to the Dederal Agen. x . onta. tsy

Sin. erelx xoursC

7hristine Ann 7larson
Grants Manageb ent Offi. er
NATIONAL INSTITUTE OD MENTAL HEALTH

---

Additional inforb ation folloms

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**
**Salaries and Wages**                                                    ( 90C000

| | |
|---|---|
| **Fringe Benefits** | ( 2K⁰55 |
| **Personnel Costs (Subtotal)** | ( 11K⁰55 |
| **Other** | ( 44C⁰04 |
| | |
| **Federal Direct Costs** | ( 1K1C259 |
| **Federal F&A Costs** | ( 12⁰01 |
| **Approved Budget** | ( 1, 4C⁰K0 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | ( 1, 4C⁰K0 |
| **TOTAL FEDERAL AWARD AMOUNT** | ( 1, 4C⁰K0 |

**AMOUNT OF THIS ACTION (FEDERAL SHARE)** ( 0

| SUMMARY TOTALS FOR ALL YEARS ᵛfor this Wo. ub ent Nub Jerq | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 2 | ( 1, 4C⁰K0 | ( 1, 4C⁰K0 |

**Fiscal Information:**

| | |
|---|---|
| **Payment System Identifier:** | 1F3K00KF09A1 |
| **Document Number:** | BMH1FF504A |
| **PMS Account Type:** | P ᵛSuJa. . ountq |
| **Fiscal Year:** | 2024 |

| I7 | 7AN | 2024 |
|---|---|---|
| MH | 34, 2K09 | ( 1, 4C⁰K0 |

**NIH Administrative Data:**
**PCC:** 9A-ASGP / **OC:** 410F5 / **Released**: 03/13/2025
**Award Processed:** 03/19/2025 11:49:2K AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 5K01MH133504-02  REVISED**

Dor @axb ent and HHS Offi. e of Ins@e. tor General Hotline inforb ationⒸsee the NIH Hob e Page at
htt@//grantsᵥnihᵧgop/grants/@oli. x/amard. onditionsᵧhtb

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 5K01MH133504-02  REVISED**

This amard is Jased on the a@@li. ation suJb itted toⒸand a a@@roped JxⒸNIH on the aJope-titled @ro)e. t and
is suJ)e. t to the terb s and . onditions in. or@orated either dire. tlx or Jx referen. e in the folloming:

ay   The grant @ograb legislation and @ograb regulation . ited in this Noti. e of Amardy
Jy   7onditions on a. tipities and e"@enditure of funds in other statutorx rej uireb entsⒸsu. h as
      those in. luded in a@@ro@iations a. tsy
. y 45 7D# Part , 5y
dy   National Poli. x #ej uireb ents and all other rej uireb ents des. riJed in the NIH Grants Poli. x
      Stateb entⒸn. luding addenda in effe. t as of the Jeginning date of the Judget @eriodᵧ
ey   Dederal Amard Perforb an. e Goals: As rej uired Jx the @eriodi. re@ort in the #PP @ or in the final
      @rogress re@ort mhen a@@li. aJley
fy   This amard noti. eⒸN7LUWING THE TE#MS ANW7ONWTIONS 7ITEWYELOc y

ᵛSee NIH Hob e Page at htt@//grantsᵥnihᵧgop/grants/@oli. x/amard. onditionsᵧhtb  for . ertain
referen. es . ited aJopeᵧq

**Research and Development (R&D):**  All amards issued Jx the National Institutes of Health ᵛNIHᵧb eet the
definition of "#esear. h and Wepelo@b ent" at 45 7D# Part§ , 5yⱮ. As su. hⒸauditees should identifx NIH
amards as @art of the #&W. luster on the S. hedule of E"@enditures of Dederal Amards ᵛSEDAᵧyThe auditor
should test NIH amards for . ob @lian. e as instru. ted in Part VC7lusters of Prograb syNIH re. ognikes that
sob e amards b ax hape another . lassifi. ation for @ur@oses of indire. t . ostsyThe auditor is not rej uired to
re@ort the dis. onne. t yiyeᵧⒸthe amard is . lassified as #&Wfor Dederal Audit #ej uireb ent @ur@oses Jut non-
resear. h for indire. t . ost rate @ur@osesⒸunless the auditee is . harging indire. t . osts at a rate other than
the rateᵥsqs@e. ified in the amard do. ub entᵥsqy

This institution is a signatorx to the Dederal Web onstration Partnershi@vDWPqPhase VII Agreeb ent mhi. h rej uires a. tipe institutional @arti. i@ation in nem or ongoing DWP deb onstrations and @lotsy

An unoJligated Jalan. e b ax Je . arried oper into the ne"t Judget @eriod mithout Grants Manageb ent Offi. er @rior a@@ropaly

This grant is suJ)e. t to Streab lined Non. ob @eting Amard Pro. edures vSNAP@y

This amard is suJ)e. t to the rej uireb ents of 2 7D# Part 25 for institutions to oJtain a unij ue entitx identifier vUEIqand b aintain an a. tipe registration in the Sxsteb for Amard Manageb ent vSAM@y Should a . onsortiub /suJamard Je issued under this amardCa UEI rej uireb ent b ust Je in. ludedy See htt@//grantsynihygop/grants/@oli. x/amard. onditionsyhtb for the full NIH amard terb ib @eb enting this rej uireb ent and other additional inforb ationy

This amard has Jeen assigned the Dederal Amard Identifi. ation Nub Jer vDAINqB01MH1FF504y#e. i@ents b ust do. ub ent the assigned DAIN on ea. h . onsortiub /suJamard issued under this amardy

Yased on the @ro)e. t @eriod start date of this @ro)e. t0this amard is li$elx suJ)e. t to the Trans@aren. x A. t suJamard and e"e. utipe . ob @ensation re@orting rej uireb ent of 2 7D# Part 1, 0yThere are . onditions that b ax e". lude this amard; see htt@//grantsynihygop/grants/@oli. x/amard. onditionsyhtb for additional amard a@@li. aJilitx inforb ationy

In a. . ordan. e mith PxLy110-1K1C ob @lian. e mith the NIH PuJli. A. . ess Poli. x is nomb andatorxyDor b ore inforb ationCsee NOT-OW03-0FF and the PuJli. A. . ess meJsite: htt@//@uJli. a. . essynihygop/y


This amard re@esents the final xear of the . ob @etitipe segb ent for this grantySee the NIH Grants Poli. x Stateb ent Se. tion 3yK 7loseout for . ob @ete . loseout rej uireb ents at: htt@//grantsynihygop/grants/@oli. x/@oli. xyhtb Rg@sy

A final e"@enditure Dederal Dinan. ial #e@ort vDD#qvSD 425qb ust Je suJb itted through the Paxb ent Manageb ent Sxsteb vPMSqmithin 120 daxs of the @eriod of @erforb an. e end date; see the NIH Grants Poli. x Stateb ent Se. tion 3yKyI Dinan. ial #e@ortsChtt@//grantsynihygop/grants/@oli. x/@oli. xyhtb Rg@s0For additional inforb ation on this suJb ission rej uireb entyThe final DD# b ust indi. ate the e"a. t Jalan. e of unoJligated funds b ax not refle. t anx unlij uidated oJligationsyThere b ust Je no dis. re@an. ies Jetmeen the final DD# e"@enditure data and the real-tib e . ash dramdomn data in PMSyNIH mill . lose the amards using the last re. orded . ash dramdomn b@ for amards that do not rej uire a final DD# on e"@endituresy It is ib @ortant to note that for finan. ial . loseoutCf a grantee fails to suJb it a rej uired final e"@enditure DD#CNIH mill . lose the grant using the last re. orded . ash dramdomn le@ely

A Dinal Inpention Stateb ent and 7ertifi. ation forb vHHS 5K3q@Lnot a@@li. aJle to trainingC . onstru. tionC . onferen. e or . an. er edu. ation grantsqb ust Je suJb itted mithin 120 daxs of the @eriod of @erforb an. e end dateyThe HHS 5K3 forb b ax Je domnloaded at: htt@//grantsynihygop/grants/forb syhtb y This @aragra@h does not a@@x to Training grantsCDellomshi@sCand . ertain other @rogab s—iyeyCa. tipitx . odes 70KCVM2CVM4FCW, 1CWP, CG0, C G03CG11CB12CB1KCBF0CP09CP40CP41CP51C#1FC#25C#23C#F0C#90C#L5C#L9CS10CS14CS15CUJ1FCUJ14CUJ41C U42CUJ45CUJ7KCUJ7, CUJ#2CX01CX02y

Unless an a@@li. ation for . ob @etitipe renemal is suJb ittedCa Dinal #esear. h Perforb an. e Progress #e@ort vDinal #PP#qb ust also Je suJb itted mithin 120 daxs of the @eriod of @erforb an. e end dateyIf a. ob @etitipe renemal a@@li. ation is suJb itted @rior to that dateCthen an Interib #PP# b ust Je suJb itted Jx that date as mellyInstru. tions for @re@aring an Interib or Dinal #PP# are at: htt@s://grantsynihygop/grants/r@@/r@@_instru. tion_guidey@dfyAnx other s@e. ifi. rej uireb ents set forth in the terb s and . onditions of the amard b ust also Je addressed in the Interib or Dinal #PP#yNote that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audiencey

NIH rej uires ele. troni. suJb ission of the final inpention stateb ent through the 7loseout feature in the 7ob b onsy

NOTE: If this is the final xear of a . ob @etitipe segb ent due to the transfer of the grant to another institutionC then a Dinal #PP# is not rej uiredy HomeperCa final e"@enditure DD# is rej uired and b ust Je suJb itted ele. troni. allx as noted aJopey If not alreadx suJb ittedCthe Dinal Inpention Stateb ent is rej uired and should Je sent dire. tlx to the assigned Grants Manageb ent S@e. ialisty

#e. i@ents b ust adb inister the @ro)e. t in . ob @lian. e mith federal . ipil rights lams that @ohiJit dis. rib ination on the Jasis of ra. eC olorCnational originCdisaJilitxCageCand . ob @x mith a@di. aJle . ons. ien. e @ote. tionsyThe re. i@ent mill . ob @x mith a@di. aJle lams that @ohiJit dis. rib ination on the Jasis of se"Omhi. h in. ludes dis. rib ination on the Jasis of gender identitxCse"ual orientationCand @egnan. xy7ob @lian. e mith these lams rej uires ta$ing reasonaJle ste@s to @ropide b eaningful a. . ess to @ersons mith lib ited English @rofi. ien. x and @ropiding @ograb s that are a. . essiJle to and usaJle Jx @ersons mith disaJilitiesyThe HHS Offi. e for 7ipil rights @ropides guidan. e on . ob @lxing mith . ipil rights lams enfor. ed Jx HHSySee https://mmmyhhsygop/. ipil-rights/for-@ropiders/@ropider-oJligations/inde"yhtb l and https://mmmyhhsygop/y

  · #e. i@ents of DDA b ust ensure that their @ograb s are a. . essiJle to @ersons mith lib ited English @rofi. ien. xyDor guidan. e on b eeting the legal oJligation to ta$e reasonaJle ste@s to ensure b eaningful a. . ess to @ograb s or a. tipities Jx lib ited English @rofi. ient indipidualsC see https://mmmyhhsygop/. ipil-rights/for-indipiduals/s@e. ial-to@i. s/lib ited-english-@rofi. ien. x/fa. t-sheet-guidan. e/inde"yhtb l and https://mmmyJe.gopy
  · Dor inforb ation on an institution's s@e. ifi. legal oJligations for serping j ualified indipiduals mith disaJilitiesOn. luding @ropiding @ograb a. . essCreasonaJle b odifi. ationsCand to @ropide effe. tipe . ob b uni. ationCsee https://mmmyhhsygop/o. r/. ipilrights/understanding/disaJilitx/inde"yhtb ly
  · HHS funded health and edu. ation @ograb s b ust Je adb inistered in an enpironb ent free of se"ual harassb ent; see https://mmmyhhsygop/. ipil-rights/for-indipiduals/se"-dis. rib ination/inde"yhtb ly Dor inforb ation aJout NIH's . ob b itb ent to su@@orting a safe and res@e. tful mor$ enpironb entC mho to . onta. t mith j uestions or . on. ernsCand mhat NIH's e"@e. tations are for institutions and the indipiduals su@@orted on NIH-funded amardsC@lease see https://grantsynihygop/grants/@oli. x/harassb entyhtb y
  · Dor guidan. e on adb inistering @ograb s in . ob @lian. e mith a@@li. aJle federal religious nondis. rib ination lams and a@@li. aJle federal . ons. ien. e @ote. tion and asso. iated anti-dis. rib ination lamsCsee https://mmmyhhsygop/. ons. ien. e/. ons. ien. e-@ote. tions/inde"yhtb l and https://mmmyhhsygop/. ons. ien. e/religious-freedob /inde"yhtb ly

In a. . ordan. e mith the regulatorx rej uireb ents @ropided at 45 7D# , 5yl1F and A@@endi" XII to 45 7D# Part , 5Cre. i@ents that hape . urrentlx a. tipe Dederal grantsC oo@eratipe agreeb entsCand @ro. ureb ent . ontra. ts mith . ub ulatipe total palue greater than ( 10C000C000 b ust re@ort and b aintain inforb ation in the Sxsteb for Amard Manageb ent vSAMqaJout . ipilC rib inalCand adb inistratipe @ro. eedings in . onne. tion mith the amard or @erforb an. e of a Dederal amard that rea. hed final dis@osition mithin the b ost re. ent fipe-xear @eriody The re. i@ent b ust also b a$e seb iannual dis. losures regarding su. h @ro. eedingsyPro. eedings inforb ation mill Je b ade @uJli. lx apailaJle in the designated integritx and @erforb an. e sxsteb v. urrentlx the Dederal Amardee Perforb an. e and Integritx Inforb ation Sxsteb vDAPIISqqyDull re@orting rej uireb ents and @ro. edures are found in A@@endi" XII to 45 7D# Part , 5yThis terb does not a@@lx to NIH fellomshi@sy


**Treatment of Program Income:**
Additional 7osts

---

**SECTION IV –  MH SPECIFIC AWARD CONDITIONS – 5K01MH133504-02  REVISED**

7lini. al Trial Indi. ator: No
This amard does not su@@ort anx NIH-defined 7lini. al TrialsySee the NIH Grants Poli. x Stateb ent Se. tion 1y2 for NIH definition of 7lini. al Trialy

## REVISION #1
## CHANGE OF RECIPIENT:
This repised amard ab ends su@@ort in a. . ordan. e mith the #elinj uishing Stateb ent dated 0, /10/2024 due to the transfer of this amard to **University of Maryland, College Park.** Duture xear re. ob b ended lepels hape Jeen deleted a. . ordinglxy

Anx unoJligated funds should Je @ro@erlx do. ub ented under the "#eb ar$s" se. tion of the Dederal Dinan. ial #e@ort: "UNWE# 7 A##6OVE# AUTHO#IT6CAN6 DUNWS #EMAINING UNOYLIGATEWv( 1F4C554qc ILL T#ANSDE# TO Unipersitx of MarxlandC 7ollege Par$yIf the unoJligated Jalan. e transferred to the nem re. i@ent organikation

has Jeen operestib atedСa letter of e"@anation should Je sent to the Grants
Manageb ent S@e. ialist identified in the e#A 7ob b ons as soon as @ssiJley

THIS #EVISEWАc A#WSUPE#SEWES THE NOTI7E OD Ac A#WISSUEWON 0F/14/2024y
THE DOLLOc ING TE#MS & 7ONW̓TIONS #EMAIN IN EDDE7Ty

**AWARD NOTICE:**
This award has been made in response to the application submitted under the Funding
Opportunity Announcement **PA20-190** which can be referenced at:
https://grants.nih.gov/grants/guide/pa-files/PA-20-190.html.

**DIRECT COSTS:**
Please note that the direct costs recommended in all years are based on the NIMH Policy for
Career (K) Awards as outlined in: http://www.nimh.nih.gov/funding/training/career-
development-programs-k-series.shtml.

**DATA AND SAFETY MONITORING: Study ID 432820**
This grant is subject to the clinical research policies outlined in NOT-MH-19-027. The
recipient will adhere to the NIH (NIH GPS 4.1.15) and NIMH policies (NOT-MH-19-027)
including appropriately providing adequate data and safety monitoring and timely reporting of
key events as defined in the NIMH Reportable Events Policy. The level and frequency of
human subject data and safety monitoring should always be commensurate with the risk and
nature of the research.

**SPREADSHEET SUMMARY**
**AWARD NUMBER: 5B01MH1FF504-02 #EVISEW**

**INSTITUTION:** The #egents of the Unipersitx of Mi. higan

| Yudget | 6ear 2 |
|---|---|
| Salaries and c ages | ( 900̓00 |
| Dringe Yenefits | ( 2K0̓55 |
| Personnel 7osts ѵSuJtotalq | ( 11K0̓55 |
| Other | ( 44Ϥ04 |
| TOTAL DEWE#AL W7 | ( 1K10̓59 |
| TOTAL DEWE#AL D&A | ( 120̓01 |
| TOTAL 7OST | ( 1, 40̓K0 |

| Da. ilities and Adb inistratipe 7osts | 6ear 2 |
|---|---|
| D&A 7ost #ate 1 | 3% |
| D&A 7ost Yase 1 | ( 1K10̓59 |
| D&A 7osts 1 | ( 120̓01 |

Department of Health and Human Services

Case 1:25-cv-01620-LLA   Document 108-1   Filed 01/09/26   Page 361 of 573   B01MH188504

Notice of Award

NATIONAL INSTITUTE OD MENTAL HEALTH

Federal Award Date
08/18/2024

## Recipient Information

**1. Recipient Name**
FEGENTS OD THE UNIVEFSIT# OD MI6HIGAN
1109 GE77ES AVEVSUITE 8800
ANN AFYOFWMI 43109

**2. Congressional District of Recipient**
0C

**3. Payment System Identifier (ID)**
183C00C809A1

**4. Employer Identification Number (EIN)**
83C00C809

**5. Data Universal Numbering System (DUNS)**
0K81885K1

**6. Recipient's Unique Entity Identifier**
GN, KYYPK8c E9

**7. Project Director or Principal Investigator**
Sarah  Peitkb eierVPH7

s@eitkb ew ub i. hyedu
240-231-9501

**8. Authorized Official**
ElikaJeth Homard
homardelw ub i. hyedu
K84-KC4-K284

## Federal Agency Information

**9. Awarding Agency Contact Information**
Marla 7ob inguek
Grants Manageb ent S@e. ialist
NATIONAL INSTITUTE OD MENTAL HEALTH
b arlaydob inguekw nihygop

**10. Program Official Contact Information**
Theresa Elaine Senn

NATIONAL INSTITUTE OD MENTAL HEALTH
teriysennw nihygop
v801qKC1-K352

## Federal Award Information

**11. Award Number**
5B01MH188504-02

**12. Unique Federal Award Identification Number (FAIN)**
B01MH188504

**13. Statutory Authority**
42 US6 241 42 6DF 52

**14. Federal Award Project Title**
6ob b unitx-Engaged Stru. tural A@@oa. hes to Prepent Violen. e and Ib @rope HIV Prepention and 6are Out. ob es Ab ong Trans c ob en of 6olor

**15. Assistance Listing Number**
98y242

**16. Assistance Listing Program Title**
Mental Health Fesear. h Grants

**17. Award Action Type**
Non-6ob @eting 6ontinuation

**18. Is the Award R&D?**
#es

### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 04/01/2024 **– End Date** 08/81/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | ( 1K4WC0 |
|     20 ay 7ire. t 6ost Ab ount | ( 1C1W059 |
|     20 Jy Indire. t 6ost Ab ount | ( 12W01 |
| 21. Authoriked 6arrxoper | |
| 22. Offset | |
| 23. Total Ab ount of Dederal Dunds OJligated this Judget @eriod | ( 1K4WC0 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | ( 0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | ( 1K4WC0 |
| **26. Project Period Start Date** 04/01/2024 **– End Date** 08/81/202K | |
| 27. Total Ab ount of the Dederal Amard in. luding A@@oped 6ost Sharing or Mat. hing this Pro)e. t Period | ( 858W33 |

**28. Authorized Treatment of Program Income**
Additional 6osts

**29. Grants Management Officer - Signature**
Fita  Sis. o

## 30. Remarks

A. . e@an. e of this amardWh. luding the STerb s and 6onditionsWis a. znomledged Jx the re. i@ent mhen funds are dramn domn or othermise rej uested frob  the grant @axb ent sxsteb y

Noti. e of Amard



**RESEARCH SCIENTIST DEVELOPMENT AWARD**
7e@artb ent of Health and Hub an Serpi. es
National Institutes of Health



NATIONAL INSTITUTE OD MENTAL HEALTH

---

**SECTION I – AWARD DATA – 5K01MH133504-02**

**Principal Investigator(s):**
Sarah  Peitkb eierWPH7

**Award e-mailed to:** smhite-gopw ub i. hyedu

7ear Authorized Offi. ial:

The National Institutes of Health hereJx amards a grant in the ab ount of ( 1K4WC0 vsee "Amard 6 al. ulation" in Se. tion I and "Terb s and 6 onditions" in Se. tion IIIqto The Fegents of the Unipersitx of Mi. higan in su@@rt of the aJope referen. ed @ro)e. ty This amard is @ursuant to the authoritx of 42 US6 241 42 6DF 52 and is suJ)e. t to the rej uireb ents of this statute and regulation and of other referen. edWh. or@rated or atta. hed terb s and . onditionsy

A. . e@an. e of this amardWh. luding the STerb s and 6onditionsWis a. znomledged Jx the re. i@ent mhen funds are dramn domn or othermise rej uested frob  the grant @axb ent sxsteb y

Ea. h @uJli. ationW@ress releaseWor other do. ub ent aJout resear. h su@@rted Jx an NIH amard  b ust in. lude an a. znomledgb ent of NIH amard su@@rt and a dis. laib er su. h as "Fesear. h re@rted in this @uJli. ation mas su@@rted Jx the National Institute Of Mental Health of the National Institutes of Health under Amard Nub Jer B01MH188504yThe . ontent is solelx the res@nsiJilitx of the authors and does not ne. essarilx re@esent the offi. ial piems of  the National Institutes of Healthy' Prior to issuing a @ess release . on. erning the out. ob e of this resear. hW@ease notifx the NIH amarding I6 in adpan. e to allom for . oordinationy

Amard re. i@ents b ust @rob ote oJ)e. tipitx in resear. h Jx estaJlishing standards that @ropide a reasonaJle e" @e. tation that the designWondu. t and re@rting of resear. h funded under NIH amards mill Je free frob Jias resulting frob  an Inpestigator's Dinan. ial 6onfli. t of Interest vD6OIqWh. a. . ordan. e mith the 2011 repised regulation at 42 6DF Part 50 SuJ@art Dy  The Institution shall suJb it all D6OI re@rts to the NIH through the eFA 6ob b ons D6OI ModuleyThe regulation does not a@@x to Phase I Sb all Yusiness Innopatipe Fesear. h vSYIFqand Sb all Yusiness Te. hnologx Transfer vSTTFqamardsy6onsult the NIH meJsite htt@//grantsynihygop/grants/@oli. x/. oi/ for a linz to the regulation and additional ib @rtant inforb ationy

If xou hape anx j uestions aJout this amardW@ease dire. t j uestions to the Dederal Agen. x . onta. tsy

Sin. erelx xoursW

Fita  Sis. o
Grants Manageb ent Offi. er
NATIONAL INSTITUTE OD MENTAL HEALTH

---

Additional inforb ation folloms

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**
 Salaries and Wages                                                                                ( 90WC00

| | |
|---|---|
| **Fringe Benefits** | ( 2CW55 |
| **Personnel Costs (Subtotal)** | ( 11CW55 |
| **Other** | ( 44W04 |

| | |
|---|---|
| **Federal Direct Costs** | ( 1C1W59 |
| **Federal F&A Costs** | ( 12W01 |
| **Approved Budget** | ( 1K4WC0 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | ( 1K4WC0 |
| **TOTAL FEDERAL AWARD AMOUNT** | ( 1K4WC0 |

| | |
|---|---|
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | ( 1K4WC0 |

| SUMMARY TOTALS FOR ALL YEARS vfor this 7o. ub ent Nub Jerq | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 2 | ( 1K4WC0 | ( 1K4WC0 |
| 8 | ( 1C5W84 | ( 1C5W84 |
| 4 | ( 1CKW3C | ( 1CKW3C |

Fe. ob b ended future xear total . ost su@@ortVsuJ)e. t to the apailaJilitx of funds and satisfa. torx @ogress of the @ro)e. t

**Fiscal Information:**

| | |
|---|---|
| **Payment System Identifier:** | 183C00C809A1 |
| **Document Number:** | BMH188504A |
| **PMS Account Type:** | P vSuJa. . ountq |
| **Fiscal Year:** | 2024 |

| I6 | 6AN | 2024 | 2025 | 202C |
|---|---|---|---|---|
| MH | 34K2C09 | ( 1K4WC0 | ( 1C5W84 | ( 1CKW3C |

Fe. ob b ended future xear total . ost su@@ortVsuJ)e. t to the apailaJilitx of funds and satisfa. torx @ogress of the @ro)e. t

**NIH Administrative Data:**
**PCC:** 9A-ASGP / **OC:** 41085 / **Released:** Sis. oWFita 08/18/2024
**Award Processed:** 08/14/2024 12:12:53 AM

**SECTION II – PAYMENT/HOTLINE INFORMATION – 5K01MH133504-02**

Dor @axb ent and HHS Offi. e of Ins@e. tor General Hotline inforb ationVsee the NIH Hob e Page at htt@//grantsynihygop/grants/@oli. x/amard. onditionsyhtb

**SECTION III – STANDARD TERMS AND CONDITIONS – 5K01MH133504-02**

This amard is Jased on the a@@li. ation suJb itted toWand as a@@roped JxWNIH on the aJope-titled @ro)e. t and is suJe. t to the terb s and . onditions in. or@orated either dire. tlx or Jx referen. e in the folloming:

ay   The grant @ograb legislation and @ograb regulation . ited in this Noti. e of Amardy

Jy   6onditions on a. tipities and e" @enditure of funds in other statutorx rej uireb entsVsu. h as those in. luded in a@@o@iations a. tsy

. y   45 6DF Part K5y

dy   National Poli. x Fej uireb ents and all other rej uireb ents des. riJed in the NIH Grants Poli. x Stateb entWh. luding addenda in effe. t as of the Jeginning date of the Judget @eriody

ey   Dederal Amard Perforb an. e Goals: As rej uired Jx the @eriodi. re@ort in the FPPF or in the final @ogress re@ort mhen a@@li. aJley

fy   This amard noti. eWIN6LU7ING THE TEFMS AN7 6ON7ITIONS 6ITE7 YELOc y

vSee NIH Hob e Page at htt@//grantsynihygop/grants/@oli. x/amard. onditionsyhtb for . ertain referen. es . ited aJopeyq

**Research and Development (R&D):** All amards issued Jx the National Institutes of Health vNIHqb eet the definition of "Fesear. h and 7epelo@b ent" at 45 6DF Part§ K5y2. As su. hWauditees should identifx NIH amards as @art of the F&7 . luster on the S. hedule of E" @enditures of Dederal Amards vSEDAqy The auditor

Version: 35 - 2/15/2024 ... 08/14/2024 12:12 AM

should test NIH amards for . ob @ian. e as instru. ted in Part VV6lusters of Prograb syNIH re. ognikes that sob e amards b ax hape another . lassifi. ation for @ur@ses of indire. t . ostsyThe auditor is not rej uired to re@rt the dis. onne. t view9The amard is . lassified as F&7 for Dederal Audit Fej uireb ent @ur@ses Jut non-resear. h for indire. t . ost rate @ur@ses9Unless the auditee is . harging indire. t . osts at a rate other than the ratevsqs@e. ified in the amard do. ub entvsqv

This institution is a signatorx to the Dederal 7 eb onstration Partnershi@vD7 PqPhase VII Agreeb ent mhi. h rej uires a. tipe institutional @arti. i@ation in nem or ongoing D7 P deb onstrations and @lotsy

An uno Jligated Jalan. e b ax Je . arried oper into the ne"t Judget @eriod mithout Grants Manageb ent Offi. er @rior a@@opaly

This grant is suJ)e. t to Streab lined Non. ob @eting Amard Pro. edures vSNAPqy

This amard is suJ)e. t to the rej uireb ents of 2 6DF Part 25 for institutions to oJtain a unij ue entitx identifier vUEIqand b aintain an a. tipe registration in the Sxsteb for Amard Manageb ent vSAMqy Should a . onsortiub /suJamard Je issued under this amardVa UEI rej uireb ent b ust Je in. ludedy See htt@//grantsynihygop/grants/@oli. x/amard. onditionsyhtb for the full NIH amard terb ib @deb enting this rej uireb ent and other additional inforb ationy

This amard has Jeen assigned the Dederal Amard Identifi. ation Nub Jer vDAINqB01MH188504yFe. i@ents b ust do. ub ent the assigned DAIN on ea. h . onsortiub /suJamard issued under this amardy

Yased on the @ro)e. t @eriod start date of this @ro)e. tVthis amard is lizelx suJ)e. t to the Trans@aren. x A. t suJamard and e"e. utipe . ob @ensation re@orting rej uireb ent of 2 6DF Part 1K0yThere are . onditions that b ax e". lude this amard; see htt@//grantsynihygop/grants/@oli. x/amard. onditionsyhtb for additional amard a@@li. aJilitx inforb ationy

In a. . ordan. e mith PyLy110-1C1Wob @ian. e mith the NIH PuJli. A. . ess Poli. x is nom b andatorxyDor b ore inforb ationVsee NOT-O7-03-088 and the PuJli. A. . ess meJsite: htt@//@uJli. a. . essynihygop/y

Fe. i@ents b ust adb inister the @ro)e. t in . ob @ian. e mith federal . ipil rights lams that @rohiJit dis. rib ination on the Jasis of ra. eVolorVnational originVdisaJilitxVage Vand . ob @lx mith a@@li. aJle . ons. ien. e @rote. tionsyThe re. i@ient mill . ob @lx mith a@@li. aJle lams that @rohiJit dis. rib ination on the Jasis of se"Vmhi. h in. ludes dis. rib ination on the Jasis of gender identitxVse"ual orientationVand @egnan. xy6ob @ian. e mith these lams rej uires tazing reasonaJle ste@s to @ropide b eaningful a. . ess to @ersons mith lib ited English @rofi. ien. x and @ropiding @rogram s that are a. . essiJle to and usaJle Jx @ersons mith disaJilitiesyThe HHS Offi. e for 6ipil Fights @opides guidan. e on . ob @lxing mith . ipil rights lams enfor. ed Jx HHSySee htt@s://mmmyhhsygop/. ipil-rights/for-@opiders/@opider-oJligations/inde"yhtb l and htt@s://mmmyhhsygop/y

- Fe. i@ents of DDA b ust ensure that their @rogram s are a. . essiJle to @ersons mith lib ited English @rofi. ien. xyDor guidan. e on b eeting the legal oJligation to taze reasonaJle ste@s to ensure b eaningful a. . ess to @rogram s or a. tipities Jx lib ited English @rofi. ient indipidualsW see htt@s://mmmyhhsygop/. ipil-rights/for-indipiduals/s@e. ial-to@i. s/lib ited-english-@rofi. ien. x/fa. t-sheet-guidan. e/inde"yhtb l and htt@s://mmmyle/gopy
- Dor inforb ation on an institution's s@e. ifi. legal oJligations for serping j ualified indipiduals mith disaJilitiesWin. luding @ropiding @rogram a. . essWreasonaJle b odifi. ationsVand to @ropide effe. tipe . ob b uni. ationWsee htt@s://mmmyhhsygop/o. r/. ipilrights/understanding/disaJilitx/inde"yhtb l
- HHS funded health and edu. ation @rogram s b ust Je adb inistered in an enpironb ent free of se"ual harassb ent; see htt@s://mmmyhhsygop/. ipil-rights/for-indipiduals/se"-dis. rib ination/inde"yhtb l Dor inforb ation aJout NIH's . ob b itb ent to su@@orting a safe and res@e. tful morz enpironb entW mho to . onta. t mith j uestions or . on. ernsVand mhat NIH's e"@e. tations are for institutions and the indipiduals su@@orted on NIH-funded amardsV@lease see htt@s://grantsynihygop/grants/@oli. x/harassb entyhtb y
- Dor guidan. e on adb inistering @rogram s in . ob @ian. e mith a@@li. aJle federal religious nondis. rib ination lams and a@@li. aJle federal . ons. ien. e @rote. tion and asso. iated anti-dis. rib ination lamsVsee htt@s://mmmyhhsygop/. ons. ien. e/. ons. ien. e-@rote. tions/inde"yhtb l and htt@s://mmmyhhsygop/. ons. ien. e/religious-freedob /inde"yhtb ly

In a. . ordan. e mith the regulatorx rej uireb ents @opided at 45 6 DF K5yl18 and A@@endi" XII to 45 6 DF Part K5We. i@ents that hape . urrentlx a. tipe Dederal grantsWoo@eratipe agreeb entsVand @o. ureb ent . ontra. ts mith . ub ulatipe total palue greater than ( 10W000 W00 b ust re@ort and b aintain inforb ation in the Sxsteb for Amard Managed ent vSAMqaJout . ipilWrib inalWand adb inistratipe @o. eedings in . onne. tion mith the amard or @erforb an. e of a Dederal amard that rea. hed final dis@osition mithin the b ost re. ent fipe-xear @eriody The re. i@ent b ust also b aze seb iannual dis. losures regarding su. h @o. eedingsyPro. eedings inforb ation mill Je b ade @uJli. lx apailaJle in the designated integritx and @erforb an. e sxsteb  v. urrentlx the Dederal Amardee Perforb an. e and Integritx Inforb ation Sxsteb  vDAPIISqyDull re@orting rej uireb ents and @o. edures are found in A@@endi" XII to 45 6 DF Part K5yThis terb  does not a@@lx to NIH fellomshi@sy

**Treatment of Program Income:**
Additional 6osts

---

SECTION IV –  MH SPECIFIC AWARD CONDITIONS – 5K01MH133504-02

6lini. al Trial Indi. ator: No
This amard does not su@@ort anx NIH-defined 6lini. al TrialsySee the NIH Grants Poli. x Stateb ent Se. tion 1y2 for NIH definition of 6lini. al Trialy

**AWARD NOTICE:**
This award has been made in response to the application submitted under the Funding Opportunity Announcement **PA20-190** which can be referenced at:
https://grants.nih.gov/grants/guide/pa-files/PA-20-190.html.

**DIRECT COSTS:**
Please note that the direct costs recommended in all years are based on the NIMH Policy for Career (K) Awards as outlined in: http://www.nimh.nih.gov/funding/training/career-development-programs-k-series.shtml.

**DATA AND SAFETY MONITORING: Study ID 432820**
This grant is subject to the clinical research policies outlined in NOT-MH-19-027. The recipient will adhere to the NIH (NIH GPS 4.1.15) and NIMH policies (NOT-MH-19-027) including appropriately providing adequate data and safety monitoring and timely reporting of key events as defined in the NIMH Reportable Events Policy. The level and frequency of human subject data and safety monitoring should always be commensurate with the risk and nature of the research.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 5B01MH188504-02

**INSTITUTION:** The Fegents of the Unipersitx of Mi. higan

| Yudget | #ear 2 | #ear 8 | #ear 4 |
|---|---|---|---|
| Salaries and c ages | ( 90W000 | ( 90W000 | ( 90W000 |
| Dringe Yenefits | ( 2CW955 | ( 2CW955 | ( 2CW955 |
| Personnel 6osts vSuJtotalq | ( 11CW955 | ( 11CW955 | ( 11CW955 |
| Other | ( 44W804 | ( 8CW81K | ( 83W81K |
| TOTAL DE7EFAL 76 | ( 1C1W259 | ( 158W2K2 | ( 155W2K2 |
| TOTAL DE7EFAL D&A | ( 12W901 | ( 12W0C2 | ( 12W014 |
| TOTAL 6OST | ( 1K4W0C0 | ( 1C5W584 | ( 1CKW53C |

| Da. ilities and Adb inistratipe 6osts | #ear 2 | #ear 8 | #ear 4 |
|---|---|---|---|
| D&A 6ost Fate 1 | 3% | 3% | 3% |
| D&A 6ost Yase 1 | ( 1C1W259 | ( 158W2K2 | ( 155W2K2 |

Version 35 - 2/15/2024 ... 1/14/2024 12:12 AM
A.R.000360

| D&A 6osts 1 | ( 12W901 | ( 12WC2 | ( 12W14 |

A.R.000361

Version: 35 - 2/15/... 3/14/2024 12:12 AM

Department of Health and Human Services, Public Health Service

**Official Statement Relinquishing Interests and
Rights in a Public Health Service Research Grant**

Date: **07/10/2024**
Name of Institution: **UNIVERSITY OF MICHIGAN AT ANN ARBOR.**
Address (city and state):
**ANN ARBOR, MI, UNITED STATES, 481091276**
Principal Investigator/Program Director: **Peitzmeier, Sarah**
on Public Health Service grant number **5K01MH133504-02** will resign position at this institution and has expressed a desire to continue the research project at the **UNIV OF MARYLAND, COLLEGE PARK**.
Contact email at the new Institution: **drode@umd.edu**

In view of the fact that we do not wish to nominate another principal investigator or continue the research project at this Institution, this is to signify our willingness to terminate this grant as of **08/31/2024** and to relinquish all claims to any unexpended and uncommitted funds remaining in the grant as of that date, as well as to all recommended future support of this project.

| Equipment costing $5,000 or More Transferring with the project (itemize) | Unexpended Balance - Estimated |
|---|---|
|  | The unexpended balance on termination date of **$134554** calculated on basis of total amount awarded for the grant year, will be approximately<br><br>Direct Cost - **$124587**<br>Indirect Cost - **$9967** |
| That portion of the estimated unexpended balance which has been received will be returned to the Public Health Service, upon request, with a final adjustment, if required, to be made after the grant account has been audited. ||
| **Official Authorized to Sign Application** ||
| **Signature**<br>SO Howard, Elizabeth Submitted through the Commons ||
| **Typed Name**<br>Howard, Elizabeth ||
| **Title**<br>Signing Official ||

**Department of Health and Human Services**   **Notice of Award**
Case 1:25-cv-01620-LLS   Document 108-1   Filed 01/09/26   Page 368 of 573 5R01AA029044
NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM   **Federal Award Date**
08/06/2024

## Recipient Information

**1. Recipient Name**
NORTHWESTERN UNIVERSITY
633 CLARK ST
EVANSTON, IL 60208

**2. Congressional District of Recipient**
09

**3. Payment System Identifier (ID)**
1362167817A1

**4. Employer Identification Number (EIN)**
362167817

**6. Data 5niversal Numbering System (D5NS)**
005436803

**U. Recipient's 5nique Entity Identifier**
KG76WYENL5K1

**7. Project Director or Principal Investigator**
Gregory L Phillips II, PHD
Assistant Professor
glp2@northwestern.edu
312-503-3447

**8. Authorized Official**
ADRIENNE SIMMS
adrienne.simms@northwestern.edu
312-503-7159

## Federal Agency Information

**9. Awarding Agency Contact Information**
Caleb Daniel Waller
Grants Management Specialist
NATIONAL INSTITUTE ON ALCOHOL
ABUSE AND ALCOHOLISM
caleb.waller@nih.gov
(301) 443-5173

**10. Program Official Contact Information**
Robert  Freeman
Health Scientist Administrator
NATIONAL INSTITUTE ON ALCOHOL
ABUSE AND ALCOHOLISM
rfreeman@mail.nih.gov
301443-8820

## Federal Award Information

**11. Award Number**
5R01AA029044-04

**12. 5nique Federal Award Identification Number (FAIN)**
R01AA029044

**13. Statutory Authority**
42 USC 241 42 CFR 52

**14. Federal Award Project Title**
Intersectional Approaches to Population-Level Health Research: Role of HIV Risk and Mental Health in Alcohol Use Disparities among Diverse Sexual Minority Youth

**16. Assistance Listing Number**
93.273

**1U. Assistance Listing Program Title**
Alcohol Research Programs

**17. Award Action Type**
Non-Competing Continuation

**18. Is the Award R&D?**
Yes

### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 09/01/2024 – **End Date** 08/31/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $530,894 |
| 20 a.  Direct Cost Amount | $351,288 |
| 20 b.  Indirect Cost Amount | $179,606 |
| **21.** Authorized Carryover | |
| **22.** Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $530,894 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **26. Total Federal and Non-Federal Approved this Budget Period** | $530,894 |
| **2U. Project Period Start Date** 09/01/2021 **End Date** 08/31/2026 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $2,332,456 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Lauren  Early

## 30. Remarks

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Notice of Award



RESEARCH
Department of Health and Human Services
National Institutes of Health



NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM

---

**SECTION I – AWARD DATA – 6R01AA029044-04**


**Principal Investigator(s)V**
Gregory L Phillips II, PHD

**Award e-mailed toV**OSR-Awards@northwestern.edu

Dear Authorized Official:

The National Institutes of Health hereby awards a grant in the amount of $530,894 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to NORTHWESTERN UNIVERSITY CHICAGO in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241 42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute On Alcohol Abuse And Alcoholism of the National Institutes of Health under Award Number R01AA029044. The content is solely the responsibility of the authors and does not necessarily represent the official views of   the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,



Lauren  Early
Grants Management Officer
NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (5.S. Dollars)**

A.R.000364

| | |
|---|---|
| Salaries and Wages | $231,185 |
| Fringe Benefits | $58,258 |
| Personnel Costs (Subtotal) | $289,443 |
| Consultant Services | $4,500 |
| Travel | $5,400 |
| Subawards:Consortium:Contractual Costs | $51,945 |
| | |
| Federal Direct Costs | $351,288 |
| Federal F&A Costs | $179,606 |
| Approved Budget | $530,894 |
| Total Amount of Federal Funds Authorized (Federal Share) | $530,894 |
| TOTAL FEDERAL AWARD AMO5NT | $530,894 |
| | |
| AMO5NT OF THIS ACTION (FEDERAL SHARE) | $530,894 |

| S5MMAR/ TOTALS FOR ALL / EARS (for this Document Number) | | |
|---|---|---|
| / R | THIS AWARD | C5M5LATIYE TOTALS |
| 4 | $530,894 | $530,894 |
| 5 | $539,851 | $539,851 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**Fiscal InformationV**

| | |
|---|---|
| Payment System IdentifierV | 1362167817A1 |
| Document NumberV | RAA029044A |
| PMS Account TypeV | P (Subaccount) |
| Fiscal / earV | 2024 |

| IC | CAN | 2024 | 2025 |
|---|---|---|---|
| AA | 8470427 | $530,894 | $539,851 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**NIH Administrative DataV**
**PCC**: APAFD / **OC**: 41025 / **Released**: 08/05/2024
**Award ProcessedV**08/06/2024 12:14:44 AM

---

**SECTION II – PA/ MENT:HOTLINE INFORMATION – 6R01AA029044-04**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 6R01AA029044-04**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

a. The grant program legislation and program regulation cited in this Notice of Award.
b. Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
c. 45 CFR Part 75.
d. National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
e. Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
f. This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D)V** All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH

awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VII Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.  See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R01AA029044. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

Version: 23 - 2/15/2024 ... A.R.000366 ... /06/2024 12:14 AM

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income** V
Additional Costs

---

**SECTION IY −  AA SPECIFIC AWARD CONDITIONS − 6R01AA029044-04**

Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

This award is issued in accordance with NIH [FY24 Fiscal Policies](#) (see NIH Guide Notice [NOT-OD-24-109](#) at ([https://grants.nih.gov/grants/guide/notice-files/NOT-OD-24-109.html](https://grants.nih.gov/grants/guide/notice-files/NOT-OD-24-109.html)), including salary limitations as indicated below.

**SALARY LIMITATION:**  None of the funds in this award shall be used to pay the salary of an individual at a rate in excess of the applicable salary cap. Current salary cap levels can be found at [https://grants.nih.gov/grants/policy/salcap_summary.htm](https://grants.nih.gov/grants/policy/salcap_summary.htm).

**INFORMATION:**  This award includes funds awarded for consortium activity.  Consortia are to be established and administered as described in the NIH Grants Policy Statement (see [http://grants.nih.gov/grants/policy/policy.htm#gps](http://grants.nih.gov/grants/policy/policy.htm#gps)).

**SPREADSHEET S5MMAR/
AWARD N5MBERV**5R01AA029044-04

**INSTIT5TIONV**NORTHWESTERN UNIVERSITY CHICAGO

| Budget | Year 4 | Year 5 |
|---|---|---|
| Salaries and Wages | $231,185 | $231,185 |
| Fringe Benefits | $58,258 | $58,258 |
| Personnel Costs (Subtotal) | $289,443 | $289,443 |
| Consultant Services | $4,500 | $4,500 |
| Travel | $5,400 | $5,400 |
| Subawards/Consortium/Contractual Costs | $51,945 | $57,543 |
| TOTAL FEDERAL DC | $351,288 | $356,886 |
| TOTAL FEDERAL F&A | $179,606 | $182,965 |
| TOTAL COST | $530,894 | $539,851 |

| Facilities and Administrative Costs | Year 4 | Year 5 |
|---|---|---|
| F&A Cost Rate 1 | 60% | 60% |
| F&A Cost Base 1 | $299,343 | $304,941 |
| F&A Costs 1 | $179,606 | $182,965 |

Version: 25 - 2/16/2024 Version Date: 8/6/2024 12:14 AM
A.R.000367

**Department of Health and Human Services**

Case 3:25-cv-01620-LB   Document 108-1   Filed 01/09/26   Page 373 of 573

**Notice of Award**

C01AA029044

**Federal Award Date**
03/24/2025

| | |
|---|---|
| **Recipient Information** | **Federal Award Information** |

**Recipient Information**

**1. Recipient Name**
7 TChu # ULhUC7 S7 IVUCLlh8
633 EQAC, Lh
UVA7 LhT7 KlO 6020w

**2. Congressional District of Recipient**
09

**3. Payment System Identifier (ID)**
136216. wl. A1

**4. Employer Identification Number (EIN)**
36216. wl.

**5. Data Universal Numbering System (DUNS)**
005436w03

**6. Recipient's Unique Entity Identifier**
, G. 6# 8U7 O5, 1

**7. Project Director or Principal Investigator**
Gregorp OPHINGs IlKPuR
Assistant Professor
gN2c northUJ esternWdl
312-503-344.

**8. Authorized Official**
ARClU7 7 U LIMML
adrienneWimmsc northUJ esternWdl
312-503-. 159

**Federal Agency Information**

**9. Awarding Agency Contact Information**
EaNv RanieN# aNNr
Grants Management L@e( iaNst
7 AhlT7 AOI7 LhlhShU T7 AOETuTO
AFSLU A7 R AOETuTOlLM
( aNv WaNNrc niHWo)
z301v 443-51. 3

**10. Program Official Contact Information**
Covert Yreeman
ueaNHL( ientist Administrator
7 AhlT7 AOI7 LhlhShU T7 AOETuTO
AFSLU A7 R AOETuTOlLM
rfreemanc mainNHiWo)
301443-ww20

**11. Award Number**
5C01AA029044-04

**12. Unique Federal Award Identification Number (FAIN)**
C01AA029044

**13. Statutory Authority**
42 SLE 241 42 EYC 52

**14. Federal Award Project Title**
Interse( tionaNA@@oa( Hes to Po@l Nation-Oe) eNueaNHCesear( H: CoNe of uIV Cisb and MentaNueaNHin ANoHoNSse Ris@arities among Ri) erse LexI aNMinoritp 8oI tH

**15. Assistance Listing Number**
93V. 3

**16. Assistance Listing Program Title**
ANoHoNCesear( H Programs

**17. Award Action Type**
7 on-Eom@eting EontinI ation zCUVILURy

**18. Is the Award R&D?**
8es

**Summary Federal Award Financial Information**

| | |
|---|---:|
| **19. Budget Period Start Date** 09/01/2024 – **End Date** 03/21/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0 |
| 20 aWRire( t Eost AmoI nt | $0 |
| 20 vWlndire( t Eost AmoI nt | $0 |
| **21.** AI tHorij ed Earrpo) er | |
| **22.** Tffset | |
| **23.** hotaNAmoI nt of YederaNYl nds T vNgated tHis vI dget @eriod | $530Kw94 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $530Kw94 |
| — — — — — — — — — — — — — — — — — — — — | |
| **26. Project Period Start Date** 09/01/2021 – **End Date** 03/21/2025 | |
| **27.** hotaNAmoI nt of tHe YederaNAJ ard in( Nding A@@ro) ed Eost LHaring or Mat( Hing tHis Pro"e( t Period | $2K4w3Ht960 |
| **28. Authorized Treatment of Program Income** | |
| AdditionaNEosts | |
| **29. Grants Management Officer - Signature** | |
| kI dp Yox | |

**30. Remarks**

A( ( e@tan( e of tHis aJ ardKin( Nding tHe cherms and EonditionsKis a( bnoJ Nedged vp tHe re( i@ent J Hen fI nds are draJ n doJ n or otHerJ ise re"I ested from tHe grant @apment spstemW



7 oti( e of AJ ard

RESEARCH
Re@artment of u eaNH and u I man Ler) i( es
7 ationaNnstitl tes of u eaNH



7 AhIT 7 AOI7 LhlhShU T7 AŒTu TOAFSLU A7 R AŒTu TOILM

---

**SECTION I – AWARD DATA – 5R01AA029044-04 RE: ISED**

**Principal Investigator(s)Y**
Gregorp O PH N@s llKPu R

**Award e-mailed toY** TLC-AJ ardsc northU estern Wd I

Rear AI tHorij ed T ffi( iaN

hHe 7 ationaNnstitl tes of u eaNH Herevp re)ises tHis aJ ard zsee "AJ ard EaN Nation' in Le( tion I and "herms and Eonditions' in Le( tion IIly to 7 TChu # ULhUC7 S7 IVUCLIh8 Eu IEAGT in sl @@ort of tHe avo) e referen( ed @ro"e( tWHHs aJ ard is @ rsl ant to tHe al tHoritp of 42 SLE 241 42 EYC 52 and is sl v"e( t to tHe re" I irements of tHis statl te and regl Nation and of otHer referen( edKin( or@orated or atta( Hed terms and ( onditionsW

A( ( e@tan( e of tHis aJ ardKin( Nding tHe cherms and EonditionsKis a( bnoJ Nedged vp tHe re( i@ient J Hen fl nds are draJ n doJ n or otHerJ ise re" I ested from tHe grant @apment spstemW

Ua( H @ v N( ationK@ess reNaseKor otHer do( I ment avol t resear( Hsl @@orted vp an 7 lu aJ ard mI st in( Nide an a( bnoJ Nedgment of 7 lu aJ ard sl @@ort and a dis( Naimer sl ( Has "Cesear( Hre@orted in tHis @l v N( ation J as sl @@orted vp tHe 7 ationaNnstitl te Tn AN( oHoNavI se And AN( oHoNsm of tHe 7 ationaNnstitl tes of u eaNH I nder AJ ard 7 I mver C01AA029044WHHe ( ontent is soN@N tHe res@onsiviN@p of tHe al tHors and does not ne( essariN@ re@resent tHe offi( iaN ieJ s of tHe 7 ationaNnstitl tes of u eaNHWPrior to issl ing a @ess reNase ( on( erning tHe ol t( ome of tHis resear( HK@Nase notifp tHe 7 lu aJ arding IE in ad)an( e to aN@J for ( oordinationW

AJ ard re( i@ients mI st @romote ov"e( ti) itp in resear( Hvp estavNsNing standards tHat @ro) ide a reasonav N@ ex@e( tation tHat tHe designK( ondl( t and re@orting of resear( Hfl nded I nder 7 lu aJ ards J iN@ve free from vias resl Ning from an In) estigatorB Yinan( ia N( onfN( t of Interest zYET lyKin a( ( ordan( e J itHtHe 2011 re) ised regl Nation at 42 EYC Part 50 LI v@art YWhHe Institl tion sHaN@sl vmit aN@YET I re@orts to tHe 7 lu tHrol gHtHe eCA Eommons YET I ModI N@WhHe regl Nation does not a( @@ to PHase I LmaN@NFI siness Inno) ati) e Cesear( HzLLFICy and LmaN@NFI siness he( HnoN@gp hransfer zLhhCy aJ ardsWEonsl N@tHe 7 lu J evsite Htt@//grantsWiHW@o)/grants/@oN( p/( oi/ for a N@hb to tHe regl Nation and additionaNm@ortant informationW

If pol Ha)e anp "I estions avol t tHis aJ ardK@Nase dire( t "I estions to tHe YederaN@Agen( p ( onta( tsW

Lin( eren@ pol rsK

kI dp Yox
Grants Management T ffi( er
7 AhIT 7 AOI7 LhlhShU T7 AŒTu TOAFSLU A7 R AŒTu TOILM

AdditionaNnformation foN@J s

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| **Salaries and Wages** | $231K w5 |
| **Fringe Benefits** | $5w K25w |
| **Personnel Costs (Subtotal)** | $2w9K443 |
| **Consultant Services** | $4K500 |
| **Travel** | $5K400 |
| **Subawards Consortiums Contractual Costs** | $51K945 |
| | |
| **Federal Direct Costs** | $351K2ww |
| **Federal F&A Costs** | $1. 9K606 |
| **Approved Budget** | $530K w94 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $530K w94 |
| **TOTAL FEDERAL AWARD AMOUNT** | $530K w94 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $0 |

| SUMMARV TOTAL FEDERAL AWARD AMOUNT VEAR ( 4 ) zfor tHis Ro( l ment 7 l mvery | |
|---|---|
| **AWARD NUMBER** | **TOTAL FEDERAL AWARD AMOUNT** |
| 5C01AA029044-04 | $530K w94 |
| 3C01AA029044-04L1 | $151K504 |
| **TOTAL** | **/ 682,398** |

| SUMMARV TOTALS FOR ALL VEARS zfor tHis Ro( l ment 7 l mvery | | |
|---|---|---|
| **VR** | **THIS AWARD** | **CUMULATI: E TOTALS** |
| 4 | $530K w94 | $6w2 K89w |

**Fiscal InformationY**
**Payment System IdentifierY**    136216. wl. A1
**Document NumberY**    CAA029044A
**PMS Account TypeY**    P zL l va( ( ol nty
**Fiscal VearY**    2024

| IE | EA7 | 2024 |
|---|---|---|
| AA | w4. 042. | $530K w94 |

**NIH Administrative DataY**
**PCC**: APAYR / **OC**: 41025 / **Released**: 03/24/2025
**Award ProcessedY**03/25/2025 12:05:1wAM

---

**SECTION II – PAVMENT HOTLINE INFORMATION – 5R01AA029044-04  RE: ISED**

Yor @pment and u u L Tffi( e of Ins@e( tor Genera Nu otNhe informationKsee tHe 7 lu u ome Page at Htt@://grantsWiHNyo)/grants/@oN( p/aJ ard( onditionsWtm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 5R01AA029044-04  RE: ISED**

hHis aJ ard is vased on tHe a@@N( ation sl mitted toKand as a@@o)ed vpK7 lu on tHe avo)e-titNed @ro"e( t and is sl v"e( t to tHe terms and ( onditions in( or@orated eitHer dire( t)N yo vp referen( e in tHe foNJ ing:

aW  hHe grant @rogram NegisNtion and @rogram regl Ntion ( ited in tHis 7 oti( e of AJ ardW
vW  E onditions on a( ti) ities and ex@enditl re of fl nds in otHer statl torp re" l irementsKsl ( Has tHose in( Nl ded in a@@ro@iations a( tsW
( W 45 EYC Part . 5W
dW  7 ationa NPoN( p Ce" l irements and alNbtHer re" l irements des( rived in tHe 7 lu Grants PolN( p L tatementKin( Nl nding addenda in effe( t as of tHe veginning date of tHe vl dget @eriodW
eW  Yedera NAJ ard Performan( e Goals: As re" l ired vp tHe @eriodi( re@ort in tHe CPPC or in tHe fina N @rogress re@ort J Hen a@@N( av)eNW
fW  hHis aJ ard noti( eK7 E OSRl 7 G hu U hUCML A7 R ET 7 RlhlT 7 L ElhUR FUOT# W

zLee 7 lu u ome Page at Htt@://grantsWiHNyo)/grants/@oN( p/aJ ard( onditionsWtm for ( ertain referen( es ( ited avo)eW

Version: 35 - 3/15/2016 5:44:46 AM - 3/25/2025 12:05 AM

**Research and Development (R&D)** Any awards issued vp the National Institutes of uealth that meet the definition of "Cesear(Hand Re)eN@ment' at 45 EYC Part§ . Whe. As sl (Hk'al ditees shol Nd identifp 7 lu aJ ards as @art of the C&R (Nister on the L(Hedl No of Ux@enditlres of YederaNAJards zLUYAyWhNe al ditor shol Nd test 7 lu aJ ards for (om@Nan(e as instrl (ted in Part VKENsters of ProgramsW lu re(ognijes tHat some aJ ards map Ha)e anotHer (Nissifi(ation for @l r@oses of indire(t (ostsWHe al ditor is not re" I ired to re@ort tHe dis(onne(t ziWWtHe aJ ard is (Nassified as C&R for YederaNAl dit Ce" I irement @l r@oses vl t non-resear(H for indire(t (ost rate @r@osesyKNNss tHe al ditee is (Harging indire(t (osts at a rate otHer tHan tHe ratezsys@e(ified in tHe aJ ard do(I mentzsyW

hHis institl tion is a signatorp to tHe YederaNRemonstration PartnersH@zYRPyPHase VII Agreement J Hi(H re" I ires a(ti)e institl tionaN@arti(i@ation in neJ or ongoing YRP demonstrations and @NotsW

An I no)Ngated vaNan(e map ve (arried o)er into tHe next vl dget @eriod J itHol t Grants Management Tffi(er @rior a@@ro)aNW

hHis grant is sl v"e(t to LtreamNhed 7 on(om@eting AJ ard Pro(edl res zL7 APyW

hHis aJ ard is sl v"e(t to tHe re" I irements of 2 EYC Part 25 for institl tions to ovtain a I ni" I e entitp identifier zSUlyand maintain an a(ti)e registration in tHe Lpstem for AJ ard Management zLAMyWLHol Nd a (onsortil m/sl vaJ ard ve issl ed I nder tHis aJ ardKa SUI re" I irement ml st ve in(NdedWLee Htt@//grantsWiHWjo)/grants/@oN(p/aJard(onditionsWtm for tHe fl Nl 7 lu aJ ard term im@Nementing tHis re" I irement and otHer additionaNNnformationW

hHis aJ ard Has veen assigned tHe YederaNAJ ard Identifi(ation 7 I mver zYAl 7 yC01AA029044WCe(i@ents ml st do(I ment tHe assigned YAl7 on ea(H (onsortil m/sl vaJ ard issl ed I nder tHis aJ ardW

Fased on tHe @ro'e(t @eriod start date of tHis @ro'e(tKtHis aJ ard is Nbe)Nsl v"e(t to tHe hrans@aren(p A(t sl vaJ ard and exe(l ti)e (om@ensation re@orting re" I irement of 2 EYC Part 1. 0WHere are (onditions tHat map ex(Nde tHis aJ ard; see Htt@//grantsWiHWjo)/grants/@oN(p/aJard(onditionsWtm for additionaNaJ ard a@@N(avinNtp informationW

In a((ordan(e J itHPWWWML 110-161K(om@Nan(e J itHtHe 7 lu PI vN(A((ess PoN(p is noJ mandatorpW or more informationKsee 7 Th-TR-0w033 and tHe PI vN(A((ess J evsite: Htt@//@ vN(a((essWiHWjo)/W

hHis aJ ard re@resents tHe finaN pear of tHe (om@etiti)e segment for tHis grantWLee tHe 7 lu Grants PoN(p Ltatement Le(tion wW ENoseol t for (om@Nete (Noseol t re" I irements at: Htt@//grantsWiHWjo)/grants/@oN(p/@oN(pWtmDg@sW

A finaNex@enditl re YederaNYinan(iaNCe@ort zYYCyzLY 425yml st ve sl vmitted tHrol gHtHe Papment Management Lpstem zPMLyJ itHin 120 daps of tHe @eriod of @erforman(e end date; see tHe 7 lu Grants PoN(p Ltatement Le(tion wW Yinan(iaNCe@ortsHtt@//grantsWiHWjo)/grants/@oN(p/@oN(pWtmDg@sK or additionaNNnformation on tHis sl vmission re" I irementWHe finaNYYC ml st indi(ate tHe exa(t I mel nt of I no)Ngated fl Nds and map not refNe(t anp I nN(Nidated ovNgationsWHere ml st ve no dis(re@an(ies vetJ een tHe finaNYYC ex@enditl re data and tHe reaNtime (asHdraJ doJ n data in PMLW 7 lu J itN(Nose tHe aJ ards I sing tHe Nast re(orded (asHdraJ doJ n N)eNon PML for aJ ards tHat do not re" I ire a finaNYYC on ex@enditl resWt is im@ortant to note tHat for finan(iaN Noseol tKif a grantee faiNs to sl vmit a re" I ired finaN ex@enditl re YYCK7 lu J itN(Nose tHe grant I sing tHe Nast re(orded (asHdraJ doJ n N)eNW

A YinaNNn)ention Ltatement and Eertifi(ation form zu u L 56wyKnot a@@N(avNe to trainingK(onstrl (tionK (onferen(e or (an(er edl (ation grantsyml st ve sl vmitted J itHin 120 daps of tHe @eriod of @erforman(e end dateWHe u u L 56wform map ve doJ nNoaded at: Htt@//grantsWiHWjo)/grants/formsWtmWHis @aragra@Hdoes not a@@Np to hraining grantsKYeNNJsHi@sKand (ertain otHer @rograms_ iWWa(ti)itp (odes E06KR42KR43KR. 1KRP. KG0. K G0wKG11K, 12K, 16K, 30KP09KP40KP41KP51KC13KC25KC2wKC30KC90KCO5KCO9KL10KL14KL15KS13KS14KS41K S42KS45KSE6KSE. KSC2K–01K–02W

SnNss an a@@N(ation for (om@etiti)e reneJ aNs sl vmittedKa YinaNCesear(HPerforman(e Progress Ce@ort zYinaNCPPCyml st aNso ve sl vmitted J itHin 120 daps of tHe @eriod of @erforman(e end dateWf a (om@etiti)e reneJ aNa@@N(ation is sl vmitted @rior to tHat dateKtHen tHe Interim CPPC ml st ve sl vmitted vp tHat date as J eNWnstrl (tions for @re@aring an Interim or YinaNCPPC are at: Htt@s://grantsWiHWjo)/grants/r@@/r@@Xinstrl (tionXgl ideW@dfWAnp otHer s@e(ifi( re" I irements set fortHin tHe terms and (onditions of tHe aJ ard ml st aNso ve addressed in tHe Interim or YinaNCPPCW *Note that data*

reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.

Future requires electronic submission of the final invention statement through the Closeout feature in the Commons.

NOTE: If this is the final year of a competitive segment due to the transfer of the grant to another institution, then a Final/NCPPC is not required (as noted above) or a final Next-budget-period RPPR is required and must be submitted electronically as noted above. If not already submitted, the Final Invention Statement is required and should have sent directly to the assigned Grants Management Specialist.

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and (in some cases) religion. Where the recipient is, this prohibition on the basis of sex (Title IX) includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. While our Office for Civil Rights provides guidance on complying with civil rights laws enforced by our us, see Https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and Https://www.hhs.gov/.

- Recipients of PPA must ensure that their programs are accessible to persons with limited English proficiency or glance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see Https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and Https://www.hhs.gov/.
- For information on an institution's obligations for serving individuals with disabilities, including providing program accessible and modifications and to provide effective communications, see Https://www.hhs.gov/cr/civilrights/understanding/index.html
- must fund Health and Education programs must be administered in an environment free of sexual Harassment; see Https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about 7 our us' commitment to supporting a safe and respectful environment, including how to contact with questions or concerns, and what 7 our us expectations are for institutions and the individuals supported on 7 our funded awards, please see Https://grants.hhs.gov/grants/policy/harassment.html.
- Your guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see Https://www.hhs.gov/conscience/conscience-protections/index.html and Https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR . 5W113 and Appendix II to 45 CFR Part . 5Kre(ipients that Ha)e (I rrenth)a(ti)e Yederal grants K or cooperati)e agreements and procurement contracts with (I m'l Nati)e total)al e greater than \$10K000K000 must report and maintain information in the system for Award Management zLAMy avol t (i)i INC(riminall and administrati)e proceedings in connection with the award or performance of a YederalNaJard that reached final disposition within the most recent fi)e-year period Where recipient must also make semiannual disclosures regarding such proceedings Proceedings information will be made a)ail av)le in the designated integrity and performance system z(I rrenth) the YederalNaJardee Performance and Integrity Information System zYAPIILyWYI NReporting requirements and procedures are found in Appendix II to 45 CFR Part . 5WhHis term does not apply to 7 our fellowship awards.

**Treatment of Program Income**
Additional Costs

---

**SECTION I:  −  AA SPECIFIC AWARD CONDITIONS − 5R01AA029044-04 RE: ISED**

Ethical Material Indicator: 7 o
hHis award does not support any 7 our-defined Ethical Materials. See the 7 our Grants Policy Statement Section 1W for 7 our definition of Ethical Material.

**RE: ISIONY** It is the policy of NIH not to prioritize research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness.  Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans.  Therefore, this project is terminated. Northwestern University at Chicago may request funds to support patient safety and orderly closeout of the project. Funds used to support any other research activities will be disallowed and recovered. Please be advised that your organization, as part of the orderly closeout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR), **as applicable**) within 120 days of the end of this grant. As stated in Section III of the NoA, a termination notice must be submitted within 30 days of the termination date.

NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 8.5.2. This revised award represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be dated no later than 30 days after the date of this notice.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

hHs aJ ard is issl ed in a( ( ordan( e J itH7 lu  Y824 Yis( aNPoN( ies  zsee 7 lu  Gl ide 7 oti( e  7 Th-TR-24-109  at zHtt@s://grantsWiHWJo)/grants/gl ide/noti( e-fiNes/7 Th-TR-24-109WHtmNYKin( Nl ding saNrp Nmitations as indi( ated veNoJ W

**SALARV LIMITATIONY** 7 one of tHe fl nds in tHis aJ ard sHaNNl ve l sed to @ap tHe saNrp of an indi) idl aNat a rate in ex( ess of tHe a@@N( avNe saNrp ( a@NI rrent saNrp ( a@N) eN ( an ve foJ nd at Htt@s://grantsWiHWJo)/grants/@oN( p/saNa@Ysl mmarpWHtmW

**INFORMATIONY** hHs aJ ard in( Ndes fl nds aJ arded for ( onsortil m a( ti) itpWEonsortia are to ve estavNsHed and administered as des( ribed in tHe 7 lu  Grants PoN( p Ltatement zsee Htt@//grantsWiHWJo)/grants/@oN( p/@oN( pWHtmDg@spW

SPREADSHEET SUMMARV
AWARD NUMBERY 5C01AA029044-04 CUVILUR

INSTITUTIONY 7 TChu # ULhUC7 S7 IVUCLIh8 Eu IEAGT

| Fl dget | 8ear 4 |
|---|---|
| LaNries and # ages | $231 Kw5 |
| Yringe Fenefits | $5wK25w |
| PersonneNEosts zLl vtotaN | $2w9K443 |
| Eonsl Nant Ler)i( es | $4K500 |
| hra) eN | $5K400 |
| Ll vaJ ards/Eonsortil m/Eontra( tl aNEosts | $51K945 |
| hThAOYURUCAORE | $351Kww |
| hThAOYURUCAOY&A | $1. 9K606 |
| hThAOETLh | $530K94 |

| Ya( iNties and Administrati) e Eosts | 8ear 4 |
|---|---|
| Y&A Eost Cate 1 | 60% |
| Y&A Eost Fase 1 | $299K843 |
| Y&A Eosts 1 | $1. 9K606 |

**Department of Health and Human Services**

**Notice of Award**

I ALHSI AUHI ELHLDLRSI AUBSTSU AFDER AI # AUBSTSUHEM

5W01AA0290NI

**Federal Award Date**
08/0N/2024

---

## Recipient Information

**1. Recipient Name**
I SWLTY RELRW  DI HVRWEHL3
I CC BUAWK EL
RVAI ELSI , HUI 0208

**2. Congressional District of Recipient**
09

**3. Payment System Identifier (ID)**
1CI 21I N81NA1

**4. Employer Identification Number (EIN)**
CI 21I N81N

**5. Data Universal Numbering System (DUNS)**
0054CI 80C

**6. Recipient's Unique Entity Identifier**
KGNI Y 3RI U5K1

**7. Project Director or Principal Investigator**
Gregorc U POiiuks HHPT# bBonta@w
Assistant Professor
guk2. nortOy esternJedh
C12-50C-C44N

**8. Authorized Official**
A#WRI I R EHMME
adrienne.simms. nortOy esternJedh
C12-50C-N159

## Federal Agency Information

**9. Awarding Agency Contact Information**
Bauep #anieuY auer
Grants Management Eke@auist
I ALHSI AUHI ELHLDLRSI AUBSTSU
AFDER AI # AUBSTSUHEM
@auep.Jy auer. niOugov
b001w44C-51NC

**10. Program Official Contact Information**
Wpert 6reeman
Teat0 E@entist Administrator
I ALHSI AUHI ELHLDLRSI AUBSTSU
AFDER AI # AUBSTSUHEM
rfreeman. maiuhiOugov
C0144C-8820

## Federal Award Information

**11. Award Number**
5W01AA0290NI -04

**12. Unique Federal Award Identification Number (FAIN)**
W01AA0290NI

**13. Statutory Authority**
42 DEB 241 42 B6W52

**14. Federal Award Project Title**
Proe@I We@agnixe: Hnkroving Meashrement of Au@OouDse and StOer #iskarities pc
Ee(, Ee(hauSrientation, and Gender Hlentitc tOrohgO Bommhnitc Rngagement

**15. Assistance Listing Number**
9C.2NC

**16. Assistance Listing Program Title**
Au@OouWesear@0 Programs

**17. Award Action Type**
I on-Bomketing Bontinhation

**18. Is the Award R&D?**
3es

### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 09/01/2024 – **End Date** 08/C1/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | ) I 04,NI 0 |
| 20 aJ #ire@I Bost Amohnt | ) 4C0,05N |
| 20 pJ Hndire@I Bost Amohnt | ) 1N4,N0C |
| **21.** AhtOorixed Barrcover | |
| **22.** Sffset | |
| **23.** LotauAmohnt of 6ederau6hnds Spuigated tOis phdget keriod | ) I 04,NI 0 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | ) 0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | ) I 04,NI 0 |
| **26. Project Period Start Date** 09/21/2021 – **End Date** 08/C1/202I | |
| **27.** LotauAmohnt of tOe 6ederauAy ard in@hding Akkroved Bost E@aring or Mat@Ding tOis Proe@I Period | ) 2,NN2,924 |

**28. Authorized Treatment of Program Income**
AdditionauBosts

**29. Grants Management Officer - Signature**
Uahren Raruc

## 30. Remarks

A@@ektan@e of tOis ay ard, in@hding tOe $Lerms and Bonditions,$is a@@noy uedged pc tOe re@kient y Oen fhnds are dray n doy n or
otOery ise rej hested from tOe grant kacment scstemJ

Version 25 - 2/15/... 8/0N/2024 12:1I AM



Notice of Award

RESEARCH
Department of Health and Human Services
National Institutes of Health



NATIONAL INSTITUTE ON MINORITY HEALTH AND HEALTH DISPARITIES

---

### SECTION I – AWARD DATA – 5R01AA029076-04

**Principal Investigator(s):**
Lauren Brittany Beach, J.D.
Gregory Phillips, hib6@northwestern.edu

**Award e-mailed to:** SPONSAwards. northwestern.edu

#### Dear Authorized Official:

The National Institutes of Health hereby awards a grant in the amount of $104,210 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to NORTHWESTERN UNIVERSITY AT CHICAGO in support of the above referenced project. This award is pursuant to the authority of 42 USC 241 42 CFR 52 and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the Terms and Conditions, is acknowledged by the recipient when funds are drawn down or otherwise obtained from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute On Alcohol Abuse And Alcoholism of the National Institutes of Health under Award Number R01AA029076. The content is solely the responsibility of the authors and does not necessarily represent the official views of the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's financial conflict of interest (FCOI) in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F. The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Lauren Raup
Grants Management Officer
NATIONAL INSTITUTE ON MINORITY HEALTH AND HEALTH DISPARITIES

Additional information follows

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| Salaries and Wages | ) 202,I 48 |
| Fringe Benefits | ) 54,C10 |
| Personnel Costs (Subtotal) | ) 25I ,958 |
| Consultant Services | ) 4,250 |
| Travel | ) 5,100 |
| Other | ) 24,8I C |
| Subawards:Consortium:Contractual Costs | ) 1C8,88I |
| | |
| Federal Direct Costs | ) 4C0,05N |
| Federal F&A Costs | ) 1N4,N0C |
| Approved Budget | )I 04,N 0 |
| Total Amount of Federal Funds Authorized (Federal Share) | )I 04,N 0 |
| TOTAL FEDERAL AWARD AMOUNT | )I 04,N 0 |
| | |
| AMOUNT OF THIS ACTION (FEDERAL SHARE) | )I 04,N 0 |

| SUMMAR/ TOTALS FOR ALL /EARS for tOis #o@mment I hmperw | | |
|---|---|---|
| /R | THIS AWARD | CUMULATIYE TOTALS |
| 4 | )I 04,N 0 | )I 04,N 0 |
| 5 | ) 595,454 | ) 595,454 |

We@ommended fhthre cear totau@ost shkkort, shpe@@ to tOe avaiu\upiutc of fhnds and satisfa@orc krogress of tOe kro@e@@

**Fiscal InformationV**

| | |
|---|---|
| Payment System IdentifierV | 1CI 21I N81NA1 |
| Document NumberV | WAA0290N A |
| PMS Account TypeV | P tEhpa@@ohntw |
| Fiscal /earV | 2024 |

| H@ | BAI | 2024 | 2025 |
|---|---|---|---|
| AA | 84N0415 | )I 04,N 0 | ) 595,454 |

We@ommended fhthre cear totau@ost shkkort, shpe@@ to tOe avaiu\upiutc of fhnds and satisfa@orc krogress of tOe kro@e@@

**NIH Administrative DataV**
**PCC**: AR 6# / **OC**: 41025 / **Released**: 08/0I /2024
**Award ProcessedV**08/0N/2024 12:1I :C8 AM

**SECTION II – PA/ MENT:HOTLINE INFORMATION – 5R01AA029076-04**

6or kacment and TT E Sffi@e of Hnske@or GenerauT otune information, see tOe I HT T ome Page at
Ottk://grants.hiOu.gov/grants/koui@c/ay ard@onditions.Dtm

**SECTION III – STANDARD TERMS AND CONDITIONS – 5R01AA029076-04**

LOis ay ard is pased on tOe akku@ation shpmitted to, and as akkroved pc, I HT on tOe apove-titued kro@e@@ and is shpe@@ to tOe terms and @onditions in@orkorated eitOer dire@uc or pc referen@e in tOe fouoy ing:

    aJ   LOe grant krogram uegisu\ation and krogram reghu\ation @ited in tOis I oti@e of Ay ardJ
    pJ   Bonditions on a@ivities and e( kendithre of fhnds in otOer stathtorc rej hirements, sh@@ as
          tOose in@uuded in akkrokriations a@@sJ
    @J   45 B6WPart N5J
    dJ   I ationauPoui@ Wej hirements and auuotOer rej hirements des@iped in tOe I HT Grants Poui@
          Etatement, in@uuding addenda in effe@ as of tOe peginning date of tOe phdget keriodJ
    eJ   6ederauAy ard Performan@e Goaus: As rej hired pc tOe keriodi@rekort in tOe WPPWor in tOe finau
          krogress rekort y Oen akku@apueJ
    fJ   LOis ay ard noti@e, HI BUD#HI G LTR LRWM E AI # BSI #HLHSI E BHLR# FRUSY J

tEee I HT T ome Page at Ottk://grants.hiOu.gov/grants/koui@c/ay ard@onditions.Dtm for @ertain
referen@es @ted apove.Jw

**Research and Development (R&D)V** Aᴡay ards isshed pc tOe I ationauHnstithtes of TeautO HᵀTᴡmeet tOe definition of "WesearᴄO and #eveuopment" at 45 B6WPart§ N5J2. As shᴄO, ahditees sOohud identifc I Hᵀ ay ards as kart of tOe W&# ᴄahster on tOe EᴄOedhue of R(kendithres of 6ederauAy ards tER6AᴡJLOe ahditor sOohud test I Hᵀ ay ards for @mkuianᴄe as instrh(ed in Part V, Buhsters or ProgramsJI Hᵀ re@gnixes tOat some ay ards maᴄOave anotOer ᴄassifi@ation for khrkoses of indireᴄO @ostsJLOe ahditor is not rej hired to rekort tOe dis@onneᴄt bueJ tOe ay ard is @assified as W&# for 6ederauAhdit Wej hirement khrkoses pht non-researᴄO for indireᴄO @ost rate khrkoseswhnuess tOe ahditee is @arging indireᴄO @osts at a rate otOer tOan tOe rateoswᴄke@ified in tOe ay ard do@mentoswJ

LOis instithtion is a signatorc to tOe 6ederau#emonstration PartnersOik b6#PᴡPᴄase VHHAgreement y Oi@O rej hires a@ive instithtionaukarti@ipation in ney or ongoing 6#P demonstrations and kiuotsJ

An hnopyigated pauanᴄe maᴄpe @arried over into tOe ne(t phdget keriod y itOoht Grants Management Sffi@er krior akkrovauJ

LOis grant is shpeᴄt to Etreamuined I on@mketing Ay ard Proᴄedhres tEI APᴡJ

LOis ay ard is shpeᴄt to tOe rej hirements of 2 B6WPart 25 for instithtions to optain a hnij he entitc identifier bDRHᴡand maintain an a@ive registration in tOe Ecstem for Ay ard Management tEAMᴡJ EOhud a @nsortihm/shpay ard pe isshed hnder tOis ay ard, a DRHrej hirement mhst pe in@hdedJ Eee Ottk://grants.hiOu.gov/grants/koui@/ay ard@nditions.Otm for tOe fhuu I Hᵀ ay ard term imkuementing tOis rej hirement and otOer additionauinformationJ

LOis ay ard Oas peen assigned tOe 6ederauAy ard Hdentifi@ation I hmper b6AHI ᴡ01AA0290NI JᴡEᴄ@kients mhst do@ment tOe assigned 6AHI on eaᴄO @nsortihm/shpay ard isshed hnder tOis ay ardJ

Fased on tOe kroeᴄO keriod start date of tOis kroeᴄO, tOis ay ard is uzeuc shpeᴄt to tOe Lranskaren@ᴄAᴄO shpay ard and e(eᴄutive @mkensation rekorting rej hirement of 2 B6WPart 1NOJLOere are @nditions tOat maᴄe(ᴄhde tOis ay ard; see Ottk://grants.hiOu.gov/grants/koui@/ay ard@nditions.Otm for additionauay ard akkui@apiutc informationJ

Hn a@@ordanᴄe y itOPJLU110-1I 1, @mkuianᴄe y itOtOe I Hᵀ Phpuiᴄ A@@ess Pouiᴄᴄ is noy mandatorcJ6or more information, see I SL-S#-08-0CC and tOe Phpuiᴄ A@@ess y epsite: Ottk://khpuiᴄa@@ess.hiOu.gov/J

Weᴄ@kients mhst administer tOe kroeᴄt in @mkuianᴄe y itO federauᴄiurigOts uay s tOat kroOipit dis@imination on tOe pasis of raᴄe, @uor, nationauorigin, disapiuitc, age, and @mkuᴄ y itO akkuiᴄapue @ons@enᴄe krote@tionsJLOe reᴄ@kient y iuu@mkuᴄ y itO akkuiᴄapue uay s tOat kroOipit dis@imination on tOe pasis of se(, y Oi@O inᴄhdes dis@imination on tOe pasis of gender identitᴄ, se(hauorientation, and kregnanᴄJBomkuianᴄe y itOtOese uay s rej hires tazing reasonapue steks to krovide meaningfhuaᴄ@ess to kersons y itOuimited RnguisO krofi@enᴄ and kroviding krograms tOat are a@@essipue to and hsapue pc kersons y itO disapiuitiesJLOe TTE Sffi@e for BiviuWigOts krovides ghidanᴄe on @mkuᴄing y itO @iurigOts uay s enforᴄed pc TTEJEee Ottks://y y y .DOs.gov/@iurigOts/for-kroviders/krovider-opuigations/inde(.Otmu and Ottks://y y y .DOs.gov/J

- Weᴄ@kients of 66A mhst enshre tOat tOeir krograms are a@@essipue to kersons y itOuimited RnguisO krofi@enᴄJ6or ghidanᴄe on meeting tOe uegauopuigation to taze reasonapue steks to enshre meaningfhuaᴄ@ess to krograms or aᴄivities pc uimited RnguisO krofi@ent individhaus, see Ottks://y y y .DOs.gov/@iurigOts/for-individhaus/ske@autoki@s/uimited-enguisO-krofi@en@/faᴄᴄs-sOeet-ghidanᴄe/inde(.Otmu and Ottks://y y y .uek.gov/J
- 6or information on an instithtion's ske@ifi@uegauopuigations for serving j hauified individhaus y itO disapiuities, inᴄhding kroviding reasonapue aᴄ@ess, reasonapue modifiᴄations, and to krovide effeᴄive @mmhniᴄation, see Ottk://y y y .DOs.gov/o@/@iurigOts/hnderstanding/disapiuitc/inde(.Otmu
- TTE fhnded OeautO and edhᴄation krograms mhst pe administered in an environment free of se(hau Oarassment; see Ottks://y y y .DOs.gov/@iurigOts/for-individhaus/se(-dis@imination/inde(.Otmu 6or information apoht I Hᵀ 's @mmitment to shkkorting a safe and reske@fhuᴄ orz environment, y Oo to @ontaᴄt y itO j hestions or @onᴄerns, and y Oat I Hᵀ 's e(ke@ations are for instithtions and tOe individhaus shkkorted on I Hᵀ-fhnded ay ards, kuease see Ottks://grants.hiOu.gov/grants/koui@/Oarassment.OtmJ
- 6or ghidanᴄe on administering krograms in @mkuianᴄe y itO akkuiᴄapue federaureuigiohs nondis@imination uay s and akkuiᴄapue federau@ns@enᴄe krote@ion and asso@ated anti-dis@imination uay s, see Ottks://y y y .DOs.gov/@ns@enᴄe/@ns@enᴄe-krote@ions/inde(.Otmu and

A.R.000577

https://www.nihs.gov/grants/index/regiohs-freedom/inde(.htm)

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have subrecipients and, where applicable, federal subgrants, cooperative agreements, and procurement contracts with cumulative value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a federal award that reached final disposition within the most recent five-year period. Recipients that have currently active federal awards with cumulative total value greater than $10,000,000 must also make semiannual disclosures regarding such proceedings. Proceedings information to be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

---

**SECTION IV – AA SPECIFIC AWARD CONDITIONS – 5R01AA029076-04**

Business Official Indicator: No
This award does not support any NIH-defined Business Official. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Business Official.

This award is issued in accordance with NIH FY24 Fiscal Policies (see NIH Guide Notice NOT-OD-24-109 at (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-24-109.html), including salary limitations as indicated below.

**SALARY LIMITATION:** None of the funds in this award shall be used to pay the salary of an individual at a rate in excess of the applicable salary cap. Current salary cap levels can be found at https://grants.nih.gov/grants/policy/salcap_summary.htm.

**INFORMATION:** This award includes funds awarded for consortium activity. Consortia are to be established and administered as described in the NIH Grants Policy Statement (see http://grants.nih.gov/grants/policy/policy.htm#gps).

**PRIOR APPROVALS:** In keeping with NIH Guide Notice NOT-OD-06-054 (http://grants.nih.gov/grants/guide/notice-files/NOT-OD-06-054.html), as this grant has multiple Principal Investigators (PIs), although the signatures of the PIs are not required on prior approval requests submitted to the agency, the grant recipient institution must secure and retain the signatures of all PIs following their own internal processes.

**NIAAA DATA ARCHIVE (NIAAADA) DATA SHARING REQUIREMENT:** This award is subject to the data sharing guidance outlined in NOT-AA-23-002 (https://grants.nih.gov/grants/guide/notice-files/NOT-AA-23-002.html).

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 5R01AA0290N -04

**INSTITUTION:** SUNY TY RELRW  DI HVRVEHL3 BTHBAGS

| Budget | Year 4 | Year 5 |
|---|---|---|
| Salaries and Wages | $ 202,148 | $ 199,0N4 |
| Fringe Benefits | $ 54,C10 | $ 5C,C52 |
| Personnel Costs (Subtotal) | $ 25I,958 | $ 252,42I |
| Consultant Services | $ 4,250 | $ 4,250 |
| Travel | $ 5,100 | $ 10,200 |
| Stoer | $ 24,8I C | $ 1N21C |
| Equipment/Consortium/Bo | $ 1C8,88I | $ 140,912 |

| ntra@hauBosts | | |
|---|---|---|
| LSLAU6R#RWAU#B | ) 4C0,05N | ) 425,001 |
| LSLAU6R#RWAU6&A | ) 1N4,N0C | ) 1N0,45C |
| LSLAUBSEL | ) I 04,N I 0 | ) 595,454 |

| 6a@uties and Administrative Bosts | 3ear 4 | 3ear 5 |
|---|---|---|
| 6&A Bost Wate 1 | I 0% | I 0% |
| 6&A Bost Fase 1 | ) 291,1N1 | ) 284,089 |
| 6&A Bosts 1 | ) 1N4,N0C | ) 1N0,45C |

**Recipient Information**

**1. Recipient Name**
7 TChu 6 ULhUC7 S7 IVUCLlh,
833 EOACK Lh
UVA7 LhT7 wO 8020.

**2. Congressional District of Recipient**
09

**3. Payment System Identifier (ID)**
138218#. 1#A1

**4. Employer Identification Number (EIN)**
38218#. 1#

**5. Data Universal Numbering System (DUNS)**
005438. 03

**6. Recipient's Unique Entity Identifier**
KG#86 , U7 O5K1

**7. Project Director or Principal Investigator**
Gregorp OPHINGs Ilw Pu R dEontaJtW
Assistant Professor
gN@2mnortHv estern(edl
312-503-344#

**8. Authorized Official**
hrinitp Ada) seN
L@onsoredCesearJHmnortHv estern(edl
312-503-#955

**Federal Agency Information**

**9. Awarding Agency Contact Information**
EaNz RanieN5 aNNr
Grants Manage) ent L@eJiaNst
7 AhIT7 AOI7 LhlhShU T7 AOETuTO
AFSLU A7 R AOETu TOlLM
JaNz(v aNNrmniH(goy
c301W443-51#3

**10. Program Official Contact Information**
Cozert Yree) an
ueaNHLJientist Ad) inistrator
7 AhIT7 AOI7 LhlhShU T7 AOETuTO
AFSLU A7 R AOETu TOlLM
rfree) anm) aiNniH(goy
301443-. . 20

**Federal Award Information**

**11. Award Number**
5C01AA0290#8-04

**12. Unique Federal Award Identification Number (FAIN)**
C01AA0290#8

**13. Statutory Authority**
42 SLE 241 42 EYC 52

**14. Federal Award Project Title**
ProteJt CeJognixe: l) @oying Measl re) ent of ANoHoNSse and TtHer Ris@arities zp Le$wLe$l aNTrientationand Gender Identitp tHrol gHEo) ) l nitp Ungage) ent

**15. Assistance Listing Number**
93(2#3

**16. Assistance Listing Program Title**
ANoHoNCesearJHProgra) s

**17. Award Action Type**
7 on-Eo) @eting EontinI ation cCUVILURW

**18. Is the Award R&D?**
, es

**Summary Federal Award Financial Information**

| | |
|---|---|
| **19. Budget Period Start Date** 09/01/2024 – **End Date** 03/21/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | j 0 |
|     20 a( RireJt Eost A) ol nt | j 0 |
|     20 z( IndireJt Eost A) ol nt | j 0 |
| **21.** Al tHorixed Earrpoyer | |
| **22.** Tffset | |
| **23.** hotaNA) ol nt of YederaNYl nds Tz}gated tHis zl dget @eriod | j 804#80 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | j 0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | j 804#80 |
| **26. Project Period Start Date** 09/21/2021 – **End Date** 03/21/2025 | |
| **27.** hotaNA) ol nt of tHe YederaNAv ard inJNding A@@royed Eost LHaring or MatJHing tHis ProteJt Period | j 2w#2w0# |

**28. Authorized Treatment of Program Income**
AdditionaNEosts

**29. Grants Management Officer - Signature**
" l dp Yo$

**30. Remarks**

AJJe@tanJe of tHis av ardwinJNding tHe kher) s and ConditionsWis aJqnov Nedged zp tHe reJi@ent v Hen fl nds are drav n dov n or otHerv ise re" l ested fro)  tHe grant @ap) ent spste) (

7 otiJe of Av ard



**RESEARCH**
Re@art) ent of u ealN H and u l ) an LeryiJes
7 ationaNnstitl tes of u ealN H



7 AhlT 7 AOl 7 LhlhShU T 7 AOETu TOAFSLU A 7 R AOETu TOlLM

---

**SECTION I – AWARD DATA – 5R01AA029076-04 REVISED**

**Principal Investigator(s):**
Oal ren Frittanp FeaJHwPu R
Gregorp OPHiNl@s ll cJontaJtWPu R

**Award e-mailed to:** TLC-Av ardsmnortHv estern(edl

Rear Al tHorixed TffiJiaN

hHe 7 ationaNnstitl tes of u ealN H Herezp reyises tHis av ard csee "Av ard EaNl Nation' in LeJtion l and "her) s and Eonditions' in LeJtion lllWto 7 TChu 6 ULhUC7 S7lVUCLlh, EulEAGT in sl @@ort of tHe azoye referenJed @roJeJt( hHis av ard is @l rsl ant to tHe al tHoritp of 42 SLE 241 42 EYC 52 and is sl zJeJt to tHe re" l ire) ents of tHis statl te and regl Nation and of otHer referenJedwinJor@orated or attaJHed ter) s and Jonditions(

AJJe@tanJe of tHis av ardwinJNl ding tHe kher) s and Eonditionswis aJqnov Nedged zp tHe reJi@ient v Hen fl nds are drav n dov n or otHerv ise re" l ested fro) tHe grant @ap) ent spste) (

UaJH @l zNiJationw@ress reNasewor otHer doJl ) ent azol t researJHsl @@orted zp an 7lu av ard ) l st inJNl de an aJqnov Nedg) ent of 7lu av ard sl @@ort and a disJNi) er sl JHas "CesearJHre@orted in tHis @l zNiJation v as sl @@orted zp tHe 7 ationaNnstitl te Tn ANoHoNAzl se And ANoHoNs) of tHe 7 ationaNnstitl tes of u ealNHl nder Av ard 7l ) zer C01AA0290#8(hHe Jontent is soNNp tHe res@onsiziNtp of tHe al tHors and does not neJessariNp re@resent tHe offiJiaNyiev s of tHe 7 ationaNnstitl tes of u ealNH(" Prior to issl ing a @ress reNase JonJerning tHe ol tJo) e of tHis researJHw@Nase notifp tHe 7lu av arding lE in adyanJe to aNNv for Joordination(

Av ard reJi@ients ) l st @ro) ote ozJeJtiyitp in researJHzp estazNsHing standards tHat @royide a reasonazN e$@eJtation tHat tHe designwJondl Jt and re@orting of researJHfl nded l nder 7lu av ards v iNNze free fro) zias resl Nting fro) an Inyestigator$ YinanJiaN EonflNUt of Interest cYETlWin aJJordanJe v itH tHe 2011 reyised regl Nation at 42 EYC Part 50 Ll z@art Y( hHe Institl tion sHaNNl sl z) it aNNYETl re@orts to tHe 7lu tHrol gH tHe eCA Eo ) ) ons YETl Modl N cHHe regl Nation does not a@@Np to PHase l L) aNNBl siness Innoyatiye CesearJHcLFICWand L ) aNNBl siness heJHnoNogp hransfer cLhhCWav ards(Eonsl NttHe 7lu v ezsite Htt@://grants(niH(goy/grants/@oNip/Joi/ for a Nnq to tHe regl Nation and additionaN) @ortant infor) ation(

If pol Haye anp " l estions azol t tHis av ardw@Nase direJt " l estions to tHe YederaNAgenJp JontaJts(

LinJereNp pol rsw

" l dp Yo$
Grants Manage) ent TffiJer
7 AhlT 7 AOl 7 LhlhShU T 7 AOETu TOAFSLU A 7 R AOETu TOlLM

AdditionaNnfor) ation foNNv s

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| Salaries and Wages | j 202w84. |
| Fringe Benefits | j 54w910 |
| Personnel Costs (Subtotal) | j 258w95. |
| Consultant Services | j 4w250 |
| Travel | j 5w400 |
| Other | j 24w83 |
| Subawards/Consortium/Contractual Costs | j 13. w. 8 |
| | |
| Federal Direct Costs | j 430w05# |
| Federal F&A Costs | j 1#4w03 |
| Approved Budget | j 804w80 |
| Total Amount of Federal Funds Authorized (Federal Share) | j 804w80 |
| TOTAL FEDERAL AWARD AMOUNT | j 804w80 |
| | |
| AMOUNT OF THIS ACTION (FEDERAL SHARE) | j 0 |

| SUMMARY TOTAL FEDERAL AWARD AMOUNT YEAR ( 4 ) dor tHs RoJI ) ent 7I ) zerW | |
|---|---|
| **AWARD NUMBER** | **TOTAL FEDERAL AWARD AMOUNT** |
| 5C01AA0290#8-04 | j 804w80 |
| 3C01AA0290#8-04L1 | j 99w. 3 |
| **TOTAL** | **$703,843** |

| SUMMARY TOTALS FOR ALL YEARS dor tHs RoJI ) ent 7I ) zerW | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 4 | j 804w80 | j #03w43 |

**Fiscal Information:**

| | |
|---|---|
| Payment System Identifier: | 138218#. 1#A1 |
| Document Number: | CAA0290#8A |
| PMS Account Type: | P d.I zaJJoI ntW |
| Fiscal Year: | 2024 |

| IE | EA7 | 2024 |
|---|---|---|
| AA | . 4#0415 | j 804w80 |

**NIH Administrative Data:**
**PCC**: AU YR / **OC**: 41025 / **Released**: 03/24/2025
**Award Processed:** 03/25/2025 12:14:23 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 5R01AA029076-04  REVISED**

Yor @ap ) ent and u u L TffiJe of Ins@eJtor GeneraNu otNhe infor) ationwsee tHe 7 lu u o) e Page at
Htt@//grants(niH(goy/grants/@oNUp/av ardJonditions(Ht)

**SECTION III – STANDARD TERMS AND CONDITIONS – 5R01AA029076-04  REVISED**

hHis av ard is zased on tHe a@@aNuation sl z) itted tovand as a@@oyed zpw7 lu on tHe azoye-titNd @oteJt and is sl zbeJt to tHe ter) s and Jonditions inJor@orated eitHer direJtNy or zp referenJe in tHe folNNov ing:

a(   hHe grant @rogra)  NegisNation and @rogra)  regl Nation Jited in tHis 7 otiJe of Av ard(
z(   Eonditions on aJtiyities and e$@enditl re of fl nds in otHer statl torp re" I ire) entsvsl JH as
      tHose inJNl ded in a@@o@iations aJts(
J(   45 EYC Part #5(
d(   7 ationaNPoNUp Ce" I ire) ents and alNNotHer re" I ire) ents desJrized in tHe 7 lu Grants PoNUp
      Ltate)  entwinJNl ding addenda in effeJt as of tHe zeginning date of tHe zl dget @eriod(
e(   YederaNAv ard Perfor)  anJe GoaN: As re" I ired zp tHe @eriodiJ re@ort in tHe CPPC or in tHe finaN
      @ogress re@ort v Hen a@@NUazN(
f(   hHis av ard notiJewU7 EOSRI7 G hu U hUCML A7 R ET7 RIhIT7 L EIhUR FUOT 6 (

dLee 7lu uo) e Page at Htt@//grants(niH(goy/grants/@NUp/av ardJonditions(Ht)  for Jertain referenJes Jited azoye(W

**Research and Development (R&D):** AllNav ards issl ed zp tHe 7ationaNnstitl tes of ueaNHc7lu Wj eet tHe definition of "CesearJHand ReyeN@ ent" at 45 EYC Part§ #5(2. As sl JHwal ditees sHol Nd identifp 7lu av ards as @art of tHe C&R JNster on tHe LJHedl Nd of U$@enditl res of YederaNav ards dLUYAWHHe al ditor sHol Nd test 7lu av ards for Jo) @NanJe as instrl Jted in Part VwENsters of Progra) s(7lu reJognixes tHat so) e av ards) apHaye anotHer JNssifiJation for a@r@oses of indireJt Josts(hHe al ditor is not re" l ired to re@ort tHe disJonneJt di(e(wtHe av ard is JNssified as C&R for YederaNAl dit Ce" l ire) ent @r@oses zl t non-researJHfor indireJt Jost rate @r@oseswl nNss tHe al ditee is JHarging indireJt Josts at a rate otHer tHan tHe ratecsWs@eJified in tHe av ard doJl) entcsW

hHis institl tion is a signatory to tHe YederaNRe) onstration PartnersHi@cYRPWPHase Vll Agree) ent v HJH re" l ires aJtiye institl tionaN@artiJi@ation in nev or ongoing YRP de) onstrations and @Nots(

An l noz@gated zaNanJe) ap ze Jarried oyer into tHe ne$t zl dget @eriod v itHol t Grants Manage) ent TffiJer @ior a@@oyaN

hHis grant is sl zzeJt to Ltrea) Nhed 7onJo) @eting Av ard ProJedl res dL7APW

hHis av ard is sl zzeJt to tHe re" l ire) ents of 2 EYC Part 25 for institl tions to oztain a l ni" l e entitp identifier cSUlWand) aintain an aJtiye registration in tHe Lpste) for Av ard Manage) ent dLAMW LHol Nd a Jonsortil ) /sl zav ard ze issl ed l nder tHis av ardwa SUl re" l ire) ent) l st ze inJNded( Lee Htt@//grants(niH(goy/grants/@NUp/av ardJonditions(Ht)  for tHe fl NN7lu av ard ter) i) @N enting tHis re" l ire) ent and otHer additionaNnfor) ation(

hHis av ard Has zeen assigned tHe YederaNav ard ldentifiJation 7l) zer cYAl7WC01AA0290#8(CeJi@ents ) l st doJl) ent tHe assigned YAl7 on eaJHJonsortil ) /sl zav ard issl ed l nder tHis av ard(

Fased on tHe @oteJt @eriod start date of tHis @oteJtwtHis av ard is NqeNp sl zzeJt to tHe hrans@arenJp AJt sl zav ard and e$eJl tiye Jo) @ensation re@orting re" l ire) ent of 2 EYC Part 1#0(tHere are Jonditions tHat) ap e$JNde tHis av ard; see Htt@//grants(niH(goy/grants/@NUp/av ardJonditions(Ht)  for additionaNav ard a@@NuziNp infor) ation(

In aJJordanJe v itHP(O(110-181wJo) @NanJe v itHtHe 7lu Pl zNU JJess PoNUp is nov ) andatorp(Yor ) ore infor) ationwsee 7Th-TR-0. -033 and tHe Pl zNU JJess v ezsite: Htt@//@l zNUaJJess(niH(goy/(

hHis av ard re@esents tHe finaNpear of tHe Jo) @etitiye seg) ent for tHis grant( Lee tHe 7lu Grants PoNUp Ltate) ent LeJtion ( (8 ENoseol t for Jo) @late JNoseol t re" l ire) ents at: Htt@//grants(niH(goy/grants/@NUp/@oNUp(Ht) Dg@s(

A finaNe$@enditl re YederaNYinanJiaNCe@ort cYYCWLY 425Wj l st ze sl z) itted tHrol gHtHe Pap) ent Manage) ent Lpste) dPMLWv itHin 120 daps of tHe @eriod of @erfor) anJe end date; see tHe 7lu Grants PoNUp Ltate) ent LeJtion . (8(1 YinanJiaNCe@ortswHtt@//grants(niH(goy/grants/@NUp/@oNUp(Ht) Dg@swfor additionaNnfor) ation on tHis sl z) ission re" l ire) ent(hHe finaNYYC) l st indiJate tHe e$aJt zaNanJe of l noz@gated fl nds and) ap not refNeJt anp l nN" l idated ozNigations(tHere) l st ze no disJre@anJies zetv een tHe finaNYYC e$@enditl re data and tHe reaNti) e Jashdraw dov n data in PML(7lu v iNNUNose tHe av ards l sing tHe Nast reJorded Jashdraw dov n NeyeNn PML for av ards tHat do not re" l ire a finaNYYC on e$@enditl res( lt is i) @ortant to note tHat for finanJiaNNUNoseol twif a grantee faiNs to sl z) it a re" l ired finaN e$@enditl re YYCw7lu v iNNUNose tHe grant l sing tHe Nast reJorded Jashdraw dov n NeyeN(

A YinaNnyention Ltate) ent and EertifiJation for) ou u L 58. Wa not a@@NuzaNe to trainingwJonstrl Jtionw JonferenJe or JanJer edl Jation grantsWj l st ze sl z) itted v itHin 120 daps of tHe @eriod of @erfor) anJe end date(hHe u u L 58. for) ) ap ze dov nNaaded at: Htt@//grants(niH(goy/for) s(Ht) ( hHis @aragra@Hdoes not a@@Np to hraining grantsweNNav sHi@swand Jertain otHer @ogra) s_ i(e(waJtiyitp Jodes E08wR42wR43wR#1wRP#wG0#w G0. wG11wK12wK18wK30wP09wP40wP41wP51wC13wC25wC2. wC30wC90wC05wC09wL10wL14wL15wS13wS14wS41w S42wS45wSE8wSE#wSC2w–01w–02(

Snless an a@@NUation for Jo) @etitiye renev aNs sl z) ittedwa YinaNCesearJHPerfor) anJe Progress Ce@ort cYinaNCPPCWj l st aNso ze sl z) itted v itHin 120 daps of tHe @eriod of @erfor) anJe end date(If a Jo) @etitiye renev aNa@@NUation is sl z) itted @ior to tHat datewtHen an Interi) CPPC) l st ze sl z) itted zp tHat date as v eNN(lnstrl Jtions for @e@aring an Interi) or YinaNCPPC are at: Htt@s://grants(niH(goy/grants/r@@/r@@Xinstrl JtionXgl ide(@df(Anp otHer s@eJifiJ re" l ire) ents set fortHin

tHe ter) s and Jonditions of tHe av ard ) l st alNo ze addressed in tHe Interi) or YinaNCPPC( *Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience(*

7 lu re" l ires enJutroniJ sl z) ission of tHe finaNnyention state) ent tHrol gHtHe ENoseol t featl re in tHe Eo) ) ons(

7 ThU:  If tHis is tHe finaNpear of a Jo) @etitiye seg) ent dl e to tHe transfer of tHe grant to anotHer institl tionw tHen a YinaNCPPC is not re" l ired( u ov eyerwa finaNe$@enditl re YYC is re" l ired and ) l st ze sl z) itted enJutroniJaNNp as noted azoye( If not aNNeadp sl z) ittedwtHe YinaNnyention Ltate) ent is re" l ired and sHol Nd ze sent direJtNp to tHe assigned Grants Manage) ent L@eJiaNst(

CeJi@ients ) l st ad) inister tHe @oleJt in Jo) @lianJe v itHfederaNJiyiNriGHts Nav s tHat @roHizit disJri) ination on tHe zasis of raJewJolorwnationaNoriginwdisazilitpwagewand Jo) @l v itHa@@liJazNe JonsJienJe @oteJtions (hHe reJi@ient v itNUo) @l v itHa@@liJazNe Nav s tHat @roHizit disJri) ination on tHe zasis of se$w HiJHinJNdes disJri) ination on tHe zasis of gender identitpwse$l aNorientationwand @egnanJp( Eo) @lianJe v itHtHese Nav s re" l ires taqing reasonazNe ste@s to @royide ) eaningfl NaJJess to @ersons v itHN) ited UngNsH(@rofiJienJp and @royiding @rogra) s tHat are aJJessizNe to and l sazNe zp @ersons v itHdisazilNties (hHe u u L TffiJe for EiyiNCigHts @royides gl idanJe on Jo) @lying v itHJiyiNriGHts Nav s enforJed zp u u L (Lee Htt@s://v v v (HHs(goy/JiyiNriGHts/for-@royiders/@royider-ozNigations/index(Ht) N and Htt@s://v v v (HHs(goy/(

- · CeJi@ients of YYA ) l st ensl re tHat tHeir @rogra) s are aJJessizNe to @ersons v itHN) ited UngNsH @rofiJienJp( Yor gl idanJe on ) eeting tHe NegaNozNigation to taqe reasonazNe ste@s to ensl re ) eaningfl NaJJess to @rogra) s or aJtiyities zp hN) ited UngNsH @rofiJient indiyidl aNsw see Htt@s://v v v (HHs(goy/JiyiNriGHts/for-indiyidl aNs/s@eJiaNto@iJs/N) ited-engNsH-@rofiJienJp/faJt-sHeet-gl idanJe/index(Ht) Nand Htt@s://v v v (Ne@(goy/
- · Yor infor) ation on an institl tionBs s@eJifiJ NegaNozNigations for serying " l aNified indiyidl aNs v itH disaziNtieswin JNNding @royiding @rogra) s aJJesswreasonazNe ) odifiJationswand to @royide effeJtiye Jo) ) l niJationwsee Htt@s://v v v (HHs(goy/oJr/JiyiNriGHts/l nderstanding-disazilitp/index(Ht) N
- · u u L fl nded HeaNtHand edl Jation @rogra) s ) l st ze ad) inistered in an enyiron) ent free of se$l aN Harass) ent( Lee Htt@s://v v v (HHs(goy/JiyiNriGHts/for-indiyidl aNs/se$-disJri) ination/index(Ht) N( Yor infor) ation azol t 7 lu's Jo) ) it) ent to sl @@orting a safe and res@eJtfl Nv orq enyiron) entw v Ho to JontaJt v itH" l estions or JonJernswand v Hat 7 lu's e$@eJtations are for institl tions and tHe indiyidl aNs l @@orted on 7 lu-fl nded av ardswolease see Htt@s://grants(niH(goy/grants/@oNiJp/Harass) ent(Ht) (
- · Yor gl idanJe on ad) inistering @rogra) s in Jo) @lianJe v itHa@@liJazNe federaNNgiol s nondisJri) ination Nav s and a@@liJazNe federaNJonsJienJe @roteJtion and assoJiated anti-disJri) ination Nav swsee Htt@s://v v v (HHs(goy/JonsJienJe/JonsJienJe-@roteJtions/index(Ht) Nand Htt@s://v v v (HHs(goy/JonsJienJe/reNNgiol s-freedo) /index(Ht) N

In aJJordanJe v itHtHe regl Natorp re" l ire) ents @royided at 45 EYC #5(113 and A@@endi$ ─ll to 45 EYC Part #5wreJi@ients tHat Haye Jl rrentNp aJtiye YederaNgrantswloo@erative agree) entswand @roJl re) ent JontraJts v itHJl ) l Natiye totaNyaNe greater tHan j 10w000w000 ) l st re@ort and ) aintain infor) ation in tHe Lpste) for Av ard Manage) ent (LAMwazol t JiyiNJuri) inaNand ad) inistratiye @roJeedings in JonneJtion v itHtHe av ard or @erfor) anJe of a YederaNav ard tHat reaJHed finaNdis@osition v itHin tHe ) ost reJent fiye-pear @eriod( hHe reJi@ient ) l st aNso ) aqe se) iannl aNdisJNosl res regarding sl JH @roJeedings (ProJeedings infor) ation v itNze ) ade @zNiJNp ayaiNazNe in tHe designated integritp @erfor) anJe spste) JUl rrentNp tHe YederaNAv ardee Perfor) anJe and Integritp Infor) ation Lpste) JYAPIILWYI Nhe@orting re" l ire) ents and @roJedl res are fol nd in A@@endi$ ─ll to 45 EYC Part #5 (hHis ter) does not a@@Np to 7 lu felNov sHi@s(

**Treatment of Program Income:**
AdditionaNEosts

---

**SECTION IV – AA SPECIFIC AWARD CONDITIONS – 5R01AA029076-04 REVISED**

ENhiJaNhriaNNndiJator: 7 o
hHis av ard does not sl @@ort anp 7 lu-defined ENhiJaNhriaN( Lee tHe 7 lu Grants PoNiJp Ltate) ent LeJtion 1(2 for 7 lu definition of ENhiJaNhriaN(

**REVISION:** It is the policy of NIH not to prioritize gender identity.  Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans.  Many such studies ignore, rather than seriously examine, biological realities.  Therefore, this project is terminated. The University of Northwestern at Chicago may request funds to support patient safety and orderly closeout of the project. Funds used to support any other research activities will be disallowed and recovered. Please be advised that your organization, as part of the orderly closeout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR), as applicable) within 120 days of the end of this grant.

NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 8.5.2. This revised award represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be dated no later than 30 days after the date of this notice.

*********************************************************************

hHis av ard is issl ed in a JJordanJe v itH7 lu  Y, 24 YisJaNPoNUies csee 7 lu  GI ide 7 otiJe 7 Th-TR-24-109 at d Htt@s://grants(niH(goy/grants/gl ide/notiJe-fiNs/7 Th-TR-24-109(Ht)  W in JN ding saNrp N) itations as indiJated zeNov (

**SALARY LIMITATION**:  7 one of tHe fl nds in tHis av ard sHaNNze l sed to @apt tHe saNrp of an indiyidl aNat a rate in eSJess of tHe a@aNUazNl saNrp Ja@(El rrent saNrp Ja@NayeN Jan ze fol nd at Htt@s://grants(niH(goy/grants/@oNUp/saNa@Xsl )  )  arp(Ht) (

**INFORMATION:**  hHis av ard inJNdes fl nds av arded for Jonsortil )   aJtiyitp(  Eonsortia are to ze estazNsHed and ad) inistered as desJrized in tHe 7 lu  Grants PoNU Ltate)  ent csee Htt@://grants(niH(goy/grants/@oNUp/@oNUp(Ht)  Dg@sW

**PRIOR APPROVALS:**  In qee@ng v itH7 lu  GI ide 7 otiJe 7 Th-TR-08-054 d Htt@://grants(niH(goy/grants/gl ide/notiJe-fiNs/7 Th-TR-08-054(Ht)  N was tHis grant Has )  I N@N PrinJi@aN Inyestigators oPIsWaNl-ol gHtHe signatl res of tHe PIs are not re"l ired on @ior a@@oyaNNe"l ests sl z) itted to tHe agenJpwtHe grant reJi@ent institl ion )  l st seJl re and retain tHe signatl res of aNNPIs foNNov ing tHeir ov n internaN@oJesses(

**NIAAA DATA ARCHIVE (NIAAADA) DATA SHARING REQUIREMENT:** hHis av ard is sl zzeJt to tHe data sHaring gl idanJe ol tNNed in 7 Th-AA-23-002 d Htt@s://grants(niH(goy/grants/gl ide/notiJe-fiNs/7 Th-AA-23-002(Ht)  N W

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 5C01AA0290#8-04 CUVILUR

**INSTITUTION:** 7 TChu 6 ULhUC7 S7 lVUCLlh,  Eul EAGT

| Fl dget | , ear 4 |
|---|---|
| LaNaries and 6 ages | j 202w4. |
| Yringe Fenefits | j 54w310 |
| PersonneNEosts cL l ztotaNW | j 258w95. |
| Eonsl Nant LeryiJes | j 4w250 |
| hrayeN | j 5w000 |
| TtHer | j 24w83 |
| Ll zav ards/Eonsortil )  /EontraJtl aNEosts | j 13. w. 8 |
| hThAOYURUCAORE | j 430w05# |
| hThAOYURUCAOY&A | 1 #4w#03 |
| hThAOETLh | j 804w#80 |

| YaJiNties and Ad) inistratiye Eosts | , ear 4 |
|---|---|
| Y&A Eost Cate 1 | 80% |

Version: 35 - 2/15/2025 4:25:05 AM    A.R.000385    Version: 35 - 2/15/2025 12:14 AM

| Y&A Eost Fase 1 | j 291ꞙ#1 |
|---|---|
| Y&A Eosts 1 | j 1#4ꞙ#03 |

**Department of Health and Human Services**

NATIONAL INSTITUTE ON MINORITY HEALTH AND HEALTH DISPARITIES

**Notice of Award**

FAIN# R01MD019181

**Federal Award Date**
06/12/2024

## Recipient Information

**1. Recipient Name**
THE TRUSTEES OF COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK
630 W 168TH ST FL 4
NEW YORK, NY 10032

**2. Congressional District of Recipient**
13

**3. Payment System Identifier (ID)**
1135598093A1

**4. Employer Identification Number (EIN)**
135598093

**5. Data Universal Numbering System (DUNS)**
621889815

**'. Recipient§ Uni7ue Entity Identifier**
QHF5ZZ114M72

**6. Project Director or Principal Investigator**
Rebecca  Schnall, PHD (Contact)
Professor
rb897@columbia.edu
212-342-6886

**8. Authorized Official**
William Berger

## Federal Agency Information

**9. Awarding Agency Contact Information**
Efren Cazares
Grants Management Specialist
NATIONAL INSTITUTE ON MINORITY
HEALTH AND HEALTH DISPARITIES
efren.cazares@nih.gov
(301) 402-1366

**10. Program Official Contact Information**
ANGELA R Fernandez
Health Scientist Adminsitrator/program
Official
NATIONAL INSTITUTE ON MINORITY
HEALTH AND HEALTH DISPARITIES
angela.fernandez@nih.gov
(301) 451-6950

## Federal Award Information

**11. Award Number**
5R01MD019181-02

**12. Uni7ue Federal Award Identification Number (FAIN)**
R01MD019181

**13. Statutory Authority**
42 USC 241  42 CFR 52

**14. Federal Award Project Title**
MyPEEPS Mobile Plus: A Multi-Level HIV Prevention Intervention for Young MSM

**15. Assistance Listing Number**
93.307

**1'. Assistance Listing Program Title**
Minority Health and Health Disparities Research

**16. Award Action Type**
Non-Competing Continuation (REVISED)

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---:|
| **19. Budget Period Start Date** 04/01/2024 – **End Date** 03/31/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $29,695 |
| 20 a.  Direct Cost Amount | $22,645 |
| 20 b.  Indirect Cost Amount | $7,050 |
| **21.** Authorized Carryover | $0 |
| **22.** Offset | $0 |
| **23.** Total Amount of Federal Funds Obligated this budget period | $989,833 |
| **24.** Total Approved Cost Sharing or Matching, where applicable | $0 |
| **25.** Total Federal and Non-Federal Approved this Budget Period | $989,833 |
| ---------------------------------------------------------------------------- | |
| **2'. Project Period Start Date** 09/21/2023 – **End Date** 03/31/2028 | |
| **26.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $2,154,447 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Priscilla  Grant

## 30. Remarks

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

A.R.000387

Version:15 - 3/15/2024 ... 4/13/2024 12:14 AM

Notice of Award



RESEARCH
Department of Health and Human Services
National Institutes of Health



NATIONAL INSTITUTE ON MINORITY HEALTH AND HEALTH DISPARITIES

---

**SECTION I – AWARD DATA – 5R01MD019181-02 REVISED**

**Principal Investigator(s):**
Robert  Garofalo, MD
Rebecca  Schnall (contact), PHD

**Award e-mailed to:** grants-office@columbia.edu

Dear Authorized Official:

The National Institutes of Health hereby revises this award to reflect an increase in the amount of $29,695 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to COLUMBIA UNIVERSITY HEALTH SCIENCES in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241  42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute On Minority Health And Health Disparities of the National Institutes of Health under Award Number R01MD019181. The content is solely the responsibility of the authors and does not necessarily represent the official views of  the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Priscilla  Grant
Grants Management Officer
NATIONAL INSTITUTE ON MINORITY HEALTH AND HEALTH DISPARITIES

Additional information follows

---

A.R.000388
Version: 35 - 2/15/2024 12:14 AM

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| Salaries and Wages | $168,815 |
| **Fringe Benefits** | $49,463 |
| **Personnel Costs (Subtotal)** | $218,278 |
| **Materials & Supplies** | $2,000 |
| **Travel** | $5,500 |
| **Other** | $119,536 |
| **Subawards/Consortium/Contractual Costs** | $399,993 |
| **Publication Costs** | $3,000 |
| **ADP/Computer Services** | $6,520 |
| | |
| **Federal Direct Costs** | $754,827 |
| **Federal F&A Costs** | $235,006 |
| **Approved Budget** | $989,833 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $989,833 |
| **TOTAL FEDERAL AWARD AMOUNT** | $989,833 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $29,695 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 2 | $989,833 | $989,833 |
| 3 | $983,695 | $983,695 |
| 4 | $983,695 | $983,695 |
| 5 | $1,036,847 | $1,036,847 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**Fiscal Information:**

| | |
|---|---|
| **Payment System Identifier:** | 1135598093A1 |
| **Document Number:** | RMD019181A |
| **PMS Account Type:** | P (Subaccount) |
| **Fiscal Year:** | 2024 |

| IC | CAN | 2024 | 2025 | 2026 | 2027 |
|---|---|---|---|---|---|
| MD | 8019793 | $989,833 | $983,695 | $983,695 | $1,036,847 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**NIH Administrative Data:**
**PCC**: CPS11 / **OC**: 41025 / **Released**: 06/12/2024
**Award Processed:** 06/13/2024 12:14:27 AM

**SECTION II – PAYMENT/HOTLINE INFORMATION – 5R01MD019181-02  REVISED**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

**SECTION III – STANDARD TERMS AND CONDITIONS – 5R01MD019181-02  REVISED**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

    a.   The grant program legislation and program regulation cited in this Notice of Award.
    b.   Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
    c.   45 CFR Part 75.
    d.   National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
    e.   Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.

Version: 35 - 2/15/2024 10:56:16 AM - 6/13/2024 12:14 AM
A.R.000389

f.   This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):**  All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2**.** As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VII Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.   See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R01MD019181. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

This award provides support for one or more clinical trials. By law (Title VIII, Section 801 of Public Law 110-85), the "responsible party" must register "applicable clinical trials" on the ClinicalTrials.gov Protocol Registration System Information Website. NIH encourages registration of all trials whether required under the law or not. For more information, see http://grants.nih.gov/ClinicalTrials_fdaaa/

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual

harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.

- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.
**Treatment of Program Income:**
Additional Costs

---

**SECTION IV –  MD SPECIFIC AWARD CONDITIONS – 5R01MD019181-02  REVISED**

Clinical Trial Indicator: Yes
This award supports one or more NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

<u>**INFORMATION**</u>: This revised award has been issued in accordance with NIMHD's Fiscal Year 2024 funding policy for non-competing awards.

THE FOLLOWING TERMS FROM THE PREVIOUS NOTICE OF AWARD LETTER ISSUED ON 05/30/2024 ALSO APPLY TO THIS AWARD:

<u>**INFORMATION**</u>: This revised award has been issued in accordance with NIMHD's Fiscal Year 2024 funding policy for non-competing awards.

THE FOLLOWING TERMS FROM THE PREVIOUS NOTICE OF AWARD LETTER ISSUED ON 03/26/2024 ALSO APPLY TO THIS AWARD:

<u>**INFORMATIONAL TERM**</u>: <u>Ongoing review of findings in prior single audit report(s)</u> - NIH is conducting a retrospective review of the Columbia University Health Sciences' most recent single audit report based on our identification of findings reported in prior single audits. Based on the outcome of this retrospective review, NIH may unilaterally take administrative action to safeguard NIH funds in accordance with the NIH Grants Policy Statement, Section 8.5.1 "Specific or Special Award Conditions-Modification of the Terms of Award."

<u>**REQUIREMENT**</u>: This award is subject to the conditions set forth in RFA-MD-23-008, Multi-Level HIV Prevention Interventions for Individuals at the Highest Risk of HIV Infection (R01 Clinical Trial Optional), NIH Guide to Grants and Contracts, 02/10/2023, which is hereby incorporated by reference as special terms and conditions of this award.

Copies of this RFA may be accessed at the following internet address: https://grants.nih.gov/grants/guide/rfa-files/RFA-MD-23-008.html

Version: 35  2/15/2024 2:08:47 PM    Generated on: 6/13/2024 12:14 AM

Copies may also be obtained from the Grants Management Contact indicated in the terms of award.

<u>REQUIREMENT</u>: The awardee is required to follow the Data Management and Sharing Plan included in the competing application and may not implement any changes in the plan without the written prior approval of the National Institute on Minority Health and Health Disparities.

<u>REQUIREMENT</u>: The recipient is required to follow the data and safety monitoring plan included in the application and may not implement any changes in the plan without the written prior approval of the NIMHD.

<u>RESTRICTION</u>: The clinical trial(s) supported by this award is subject to the plan dated March 31st, 2023, submitted to NIH and the NIH policy on Dissemination of NIH-Funded Clinical Trial Information. The plan states that the clinical trial(s) funded by this award will be registered in ClinicalTrials.gov not later than 21 calendar days after enrollment of the first participant and primary summary results reported in ClinicalTrials.gov, not later than one year after the completion date. The reporting of summary results is required by this term of award even if the primary completion date occurs after the period of performance.

<u>RESTRICTION</u>: This award is subject to additional certification requirements with each submission of the Annual, Interim, and Final Research Performance Progress Report (RPPR). The recipient must agree to the following annual certification when submitting each RPPR. By submitting the RPPR, the AOR signifies compliance, as follows: In submitting this RPPR, the SO (or PD/PI with delegated authority), certifies to the best of his/her knowledge that, for all clinical trials funded under this NIH award, the recipient and all investigators conducting NIH-funded clinical trials are in compliance with the recipient's plan addressing compliance with the NIH Policy on Dissemination of NIH-Funded Clinical Trial Information. Any clinical trial funded in whole or in part under this award has been registered in ClinicalTrials.gov or will be registered not later than 21 calendar days after enrollment of the first participant. Summary results have been submitted to ClinicalTrials.gov or will be submitted not later than one year after the completion date, even if the completion date occurs after the period of performance.

<u>INFORMATION</u>: This award reflects the NIMHD's acceptance of the certification that all key personnel have completed education on the protection of human subjects, in accordance with NIH policy, "Required Education in the Protection of Human Research Participants," as announced in the June 5, 2000 NIH Guide (revised August 25, 2000) (http://grants.nih.gov/grants/guide/notice-files/NOT-OD-00-039.html).

Any individual involved in the design and conduct of the study that is not included in the certification must satisfy this requirement prior to participating in the project. Failure to comply can result in the suspension and/or termination of this award, withholding of support of the continuation award, audit disallowances, and/or other appropriate action.

<u>INFORMATION</u>:  Unobligated balances may be used by the NIMHD to reduce or offset funding for a subsequent budget period.

Data Management and Sharing Policy: Applicable

A.R.000392
Version: 35   2/15/2...        ...713/2024 12:14 AM

This project is expected to generate scientific data. Therefore, the Final NIH Policy for Data Management and Sharing applies. The approved Data Management and Sharing (DMS) Plan is hereby incorporated as a term and condition of award, and the recipient shall manage and disseminate scientific data in accordance with the approved plan. Any significant changes to the DMS Plan (e.g., new scientific direction, a different data repository, or a timeline revision) require NIH prior approval. Failure to comply with the approved DMS plan may result in suspension and/or termination of this award, withholding of support, audit disallowances, and/or other appropriate action. See NIH Grants Policy Statement Section 8.2.3 for more information on data management and sharing expectations.

| Budget | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|
| DMS Costs | $87,637 | $100,386 | $100,386 | $100,386 |

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 5R01MD019181-02 REVISED

**INSTITUTION:** COLUMBIA UNIVERSITY HEALTH SCIENCES

| Budget | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|
| Salaries and Wages | $168,815 | $168,815 | $168,815 | $168,815 |
| Fringe Benefits | $49,463 | $49,463 | $49,463 | $49,463 |
| Personnel Costs (Subtotal) | $218,278 | $218,278 | $218,278 | $218,278 |
| Materials & Supplies | $2,000 | $2,000 | $2,000 | $2,000 |
| Travel | $5,500 | $5,500 | $5,500 | $5,500 |
| Other | $119,536 | $119,536 | $119,536 | $119,536 |
| Subawards/Consortium/Contractual Costs | $399,993 | $399,993 | $399,993 | $394,465 |
| Publication Costs | $3,000 | $3,000 | $3,000 | $3,000 |
| ADP/Computer Services | $6,520 | $6,520 | $6,520 | $65,200 |
| TOTAL FEDERAL DC | $754,827 | $754,827 | $754,827 | $807,979 |
| TOTAL FEDERAL F&A | $235,006 | $228,868 | $228,868 | $228,868 |
| TOTAL COST | $989,833 | $983,695 | $983,695 | $1,036,847 |

| Facilities and Administrative Costs | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|
| F&A Cost Rate 1 | 64.5% | 64.5% | 64.5% | 64.5% |
| F&A Cost Base 1 | $364,351 | $354,834 | $354,834 | $354,834 |
| F&A Costs 1 | $235,006 | $228,868 | $228,868 | $228,868 |

Version: 35 - 2/15/2024 6:29:06 AM Approved: 2/13/2024 12:14 AM

U01MB019161
**Federal Award Date**
03/20/2025

---

## Recipient Information

**1. Recipient Name**
TH, TURET, , E OS #OLRMKIA RNIV, UEITD
IN TH,  #ITD OS N,  C  DOU8
730 C  176TH ET SL 4
N, C  DOU8JND 10032

**2. Congressional District of Recipient**
13

**3. Payment System Identifier (ID)**
1135596093A1

**4. Employer Identification Number (EIN)**
135596093

**5. Data Universal Numbering System (DUNS)**
721669615

**6. Recipient's Unique Entity Identifier**
Z HS5QQ114Mc2

**j . Pro𝔧ect Director or Principal Investigator**
Ue. e@a  E@nnallJPHB b@onta@m
Professor
r. 69cv  @lup . ia(edu
212-342-7667

**7. Authorized Official**
C illiap  Kerger

---

## Federal Agency Information

**9. Awarding Agency Contact Information**
E) Eha@leford

NATIONAL INETITRT,  ON MINOUITD
H, ALTH ANB H, ALTH BIEPAUITI, E
sha@lefordsv p ail(nih(goY
301-402-1377

**10. Program Official Contact Information**
ANG, LA U Sernande$
Health E@entist Adp insitrator/zrograp
Offi@al
NATIONAL INETITRT,  ON MINOUITD
H, ALTH ANB H, ALTH BIEPAUITI, E
angela(fernande$v nih(goY
ᵬ301m451-7950

---

## Federal Award Information

**11. Award Number**
5U01MB019161-02

**12. Unique Federal Award Identification Number (FAIN)**
U01MB019161

**13. Statutory Authority**
42 RE# 241  42 #SU 52

**14. Federal Award Pro𝔧ect Title**
M) P, , PE Mo. ile Plus: A Multi-LeYel HIV PreYention InterYention for Doung MEM

**15. Assistance Listing Number**
93(30c

**16. Assistance Listing Program Title**
Minorit) Health and Health Biszarities Uesear@n

**1j . Award Action Type**
Non-#op zeting #ontinuation ᵬU, VIE, Bm

**17. Is the Award R&D?**
Des

---

| Summary Federal Award Financial Information | |
|---|---|
| **19. Budget Period Start Date** 04/01/2024 − End Date 03/20/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | w0 |
| 20 a( Bire@ #ost Ap ount | w0 |
| 20 . ( Indire@ #ost Ap ount | w0 |
| **21.** Authori$ed #arr) oYer | |
| **22.** Offset | |
| **23.** Total Ap ount of Sederal Sunds O. ligated this . udget zeriod | w969.ᵬ33 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | w0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | w969.ᵬ33 |
| --------------- | |
| **26. Pro𝔧ect Period Start Date** 09/21/2023 − End Date 03/20/2025 | |
| 2j . Total Ap ount of the Sederal A𝔧 ard in@uding AzzroYed #ost Eharing or Mat@hing this Pro"e@ Period | w2.J54.J4c |

**27. Authorized Treatment of Program Income**
Additional #osts

**29. Grants Management Officer - Signature**
Pris@lla  Grant

---

## 30. Remarks

A@@eztan@e of this a𝔧 ardJin@uding the kTerp s and #onditionsJkis a@noj ledged . ) the re@zient j hen funds are dra𝔧 n doj n or
otherj ise requested frop  the grant za)p ent s)step (

A.R.000394



Noti@ of Aj ard

RESEARCH
Bezartp ent of Health and Hup an EerYi@s
National Institutes of Health



NATIONAL INETITRT, ON MINOUITD H, ALTH ANB H, ALTH BIEPAUITI, E

SECTION I – AWARD DATA – 5R01MD019171-02 REVISED

**Principal Investigator(s):**
Uo. ert GarofaloJMB
Ue. e@a E@nall b@nta@ndPHB

**Award e-mailed to:** grants-offi@ev @olup . ia(edu

Bear Authori$ed Offi@al:

The National Institutes of Health here. ) reYises this aj ard bsee "Aj ard #al@ulation" in Ee@ion I and "Terp s and #onditions" in Ee@ion IIInto #OLRMKIA RNIV, UEITD H, ALTH E#I, N#, E in suzzort of the a. oYe referen@d zro"e@( This aj ard is zursuant to the authorit) of 42 RE# 241 42 #SU 52 and is su. "e@ to the requirep ents of this statute and regulation and of other referen@edJin@orzorato or atta@hed terp s and @nditions(

A@@eztan@e of this aj ardJin@uding the kTerp s and #onditionsJkis a@noj ledged . ) the re@zient j hen funds are draj n doj n or otherj ise requested frop the grant za)p ent s)step (

, a@h zu. li@ationJzress releaseJor other do@up ent a. out resear@h suzzorted . ) an NIH aj ard p ust in@ude an a@noj ledgp ent of NIH aj ard suzzort and a dis@aip er su@h as "Uesear@h rezorted in this zu. li@ation j as suzzorted . ) the National Institute On Minorit) Health And Health Bizarities of the National Institutes of Health under Aj ard Nup . er U01MB019161(The @ntent is solel) the reszonsi. ilit) of the authors and does not ne@@ssaril) rezresent the offi@al Yiej s of the National Institutes of Health(" Prior to issuing a zress release @on@erning the out@op e of this resear@hJzlease notif) the NIH aj arding I# in adYan@e to alloj for @oordination(

Aj ard re@@zients p ust zrop ote o. "e@iYit) in resear@h . ) esta. lishing standards that zroYide a reasona. le exze@ation that the designJ@ondu@ and rezorting of resear@h funded under NIH aj ards j ill . e free frop . ias resulting frop an InYestigator's Sinan@al #onfli@ of Interest bS#OIn din a@@ordan@e j ith the 2011 reYised regulation at 42 #SU Part 50 Eu. zart S( The Institution shall su. p it all S#OI rezorts to the NIH through the eUA #op p ons S#OI Module(The regulation does not azzl) to Phase I Ep all Kusiness InnoYatiYe Uesear@h bEKIUn and Ep all Kusiness Te@hnolog) Transfer bETTUp aj ards( #onsult the NIH j e. site http://grants(nih(goY/grants/zoli@)/@i/ for a liny to the regulation and additional ip zortant inforp ation(

If )ou haYe an) questions a. out this aj ardJzlease dire@ questions to the Sederal Agen@) @onta@s(

Ein@erel) )oursJ

Pris@lla Grant
Grants Managep ent Offi@er
NATIONAL INETITRT, ON MINOUITD H, ALTH ANB H, ALTH BIEPAUITI, E

Additional inforp ation folloj s

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| Salaries and Wages | w176,615 |
| Fringe Benefits | w49,473 |
| Personnel Costs (Subtotal) | w216,2c6 |
| Materials & Supplies | w2,000 |
| Travel | w5,500 |
| Other | w119,537 |
| SubawardsYConsortiumYContractual Costs | w399,993 |
| Publication Costs | w3,000 |
| ADPYComputer Services | w7,520 |
| | |
| Federal Direct Costs | wc54,62c |
| Federal F&A Costs | w235,007 |
| Approved Budget | w969,633 |
| Total Amount of Federal Funds Authorized (Federal Share) | w969,633 |
| TOTAL FEDERAL AWARD AMOUNT | w969,633 |
| | |
| AMOUNT OF THIS ACTION (FEDERAL SHARE) | w0 |

| SUMMAR/ TOTALS FOR ALL /EARS for this Bo@up ent Nup . erm | | |
|---|---|---|
| / R | THIS AWARD | CUMULATIVE TOTALS |
| 2 | w969,633 | w969,633 |

**Fiscal Information:**

| | |
|---|---|
| Payment System Identifier: | 1135596093A1 |
| Document Number: | UMB019161A |
| PMS Account Type: | P bEu. a@@untm |
| Fiscal /ear: | 2024 |

| I# | #AN | 2024 |
|---|---|---|
| MB | 6019c93 | w969,633 |

**NIH Administrative Data:**
**PCC**: #PE11 / **OC**: 41025 / **Released**: 03/20/2025
**Award Processed:** 03/21/2025 12:06:31 AM

---

**SECTION II – PA/ MENTYHOTLINE INFORMATION – 5R01MD019171-02 REVISED**

Sor za)p ent and HHE Offi@e of Insze@or General Hotline inforp ation.see the NIH Hop e Page at
[httz/grants(nih(goY/grants/zoli@/aj ard@nditions(htp](httz/grants(nih(goY/grants/zoli@/aj_ard@nditions(htp)

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 5R01MD019171-02 REVISED**

This aj ard is . ased on the azzli@ation su. p itted toJand as azzroYed . JNIH on the a. oYe-titled zro"e@ and is su. "e@ to the terp s and @nditions in@rzorated either dire@l) or . ) referen@ in the folloj ing:

a( The grant zrogram legislation and zrograp regulation @ted in this Noti@ of Aj ard(
. ( #onditions on a@iYities and exzenditure of funds in other statutor) requirep ents.Jsu@ as those in@uded in azzrozriations a@s(
@( 45 #SU Part c5(
d( National Poli@ Uequirep ents and all other requirep ents des@ri. ed in the NIH Grants Poli@ Etatep ent.Jin@uding addenda in effe@ as of the . eginning date of the . udget zeriod(
e( Sederal Aj ard Perforp an@ Goals: As required . ) the zeriodi@ rezort in the UPPU or in the final zrogress rezort j hen azzli@. le(
f( This aj ard noti@.JIN#LRBING TH, T, UME ANB #ONBITIONE #IT, B K, LOC (

bEee NIH Hop e Page at [httz/grants(nih(goY/grants/zoli@/aj ard@nditions(htp](httz/grants(nih(goY/grants/zoli@/aj_ard@nditions(htp) for @rtain referen@s @ted a. oYe(m

**Research and Development (R&D):** All aj ards issued . ) the National Institutes of Health bNIHmp eet the definition of "Uesear@h and BeYelozp ent" at 45 #SU PartWc5(2. As su@h.Jauditees should identif) NIH

aj ards as zart of the USB @luster on the E@hedule of , xzenditures of Sederal Aj ards tE, SAm(The auditor should test NIH aj ards for @op zlian@e as instru@ed in Part VJ#lusters of Prograp s( NIH re@ogni$es that sop e aj ards p a) haYe another @assifi@ation for zurzoses of indire@ @osts( The auditor is not required to rezort the dis@onne@ti bi(e(Jthe aj ard is @assified as USB for Sederal Audit Uequirep ent zurzoses . ut non-resear@h for indire@ @ost rate zurzosesmunless the auditee is @harging indire@ @osts at a rate other than the ratebsmsze@ified in the aj ard do@up entbsm(

This institution is a signator) to the Sederal Bep onstration Partnershiz tSBPmPhase VII Agreep ent j hi@h requires a@iYe institutional zarti@zation in nej   or ongoing SBP dep onstrations and zilots(

An uno. ligated . alan@e p a) . e @arried oYer into the next . udget zeriod j ithout Grants Managep ent Offi@er zrior azzroYal(

This grant is su. "e@ to Etreap lined Non@op zeting Aj ard Pro@edures tENAPm(

This aj ard is su. "e@ to the requirep ents of 2 #SU Part 25 for institutions to o. tain a unique entit) identifier tR, Imand p aintain an a@iYe registration in the E) step for Aj ard Managep ent tEAMm( Ehould a @onsortiup /su. aj ard . e issued under this aj ardJa R, I requirep ent p ust . e in@uded( Eee http://grants(nih(goY/grants/zoli)/aj_@onditions(htp for the full NIH aj ard terp ip zlep enting this requirep ent and other additional inforp ation(

This aj ard has . een assigned the Sederal Aj ard Identifi@ation Nup . er tSAINmU01MB019161( Ue@zients p ust do@up ent the assigned SAIN on ea@h @onsortiup /su. aj ard issued under this aj ard(

Kased on the zro"e@ zeriod start date of this zro"e@Jthis aj ard is liyel) su. "e@ to the Transzaren@) A@ su. aj ard and exe@utiYe @op zensation rezorting requirep ent of 2 #SU Part 1c0( There are @nditions that p a) ex@ude this aj ard&see http://grants(nih(goY)/grants/zoli)/aj_@ard@nditions(htp for additional aj ard azzli@a. ilit) inforp ation(

In a@@ordan@e j ith P(L( 110-171J@op zlian@e j ith the NIH Pu. li@A@@ess Poli@) is noj p andator) ( Sor p ore inforp ationJsee NOT-OB-06-033 and the Pu. li@A@@ess j e. site: httz://zu. li@a@@ess(nih(goY/(

This aj ard zroYides suzzort for one or p ore @ini@al trials(K) laj bTitle VIIIJEe@ion 601 of Pu. li@Laj_110-65mthe "reszonsi. le zart) " p ust register "azzli@a. le @ini@al trials" on the #@ini@alTrials(goY Proto@ol Uegistration E) step_Inforp ation C e. site( NIH en@ourages registration of all trials j hether required under the laj   or not(Sor p ore inforp ation,Jsee httz://grants(nih(goY/#ini@alTrials; fdaaa/
 This aj ard rezresents the final ) ear of the @op zetitiYe segp ent for this grant( Eee the NIH Grants Poli@ Etatep ent Ee@ion 6(7 #loseout for @op zlete @loseout requirep ents at: httz://grants(nih(goY/grants/zoli)/zoli@.(htp Fgzs(

A final exzenditure Sederal Sinan@al Uezort tSSUmtES 425mp ust . e su. p itted through the Pa) p ent Managep ent E) step j ithin 120 da) s of the zeriod of zerforp an@e end&see the NIH Grants Poli@ Etatep ent Ee@ion 6(7(1 Sinan@al Uezorts.Jhttz://grants(nih(goY/grants/zoli)/zoli@.(htp Fgzs.Jfor additional inforp ation on this su. p ission requirep ent( The final SSU p ust indi@ate the exa@ . alan@e of uno. ligated funds and p a) not refle@ an) unliquidated o. ligations( There p ust . e no dis@ezan@es . etj een the final SSU exzenditure data and the real-tip e @ash draj  doj n data in PME( NIH j ill @ose the aj ards using the last re@orded @ash draj  doj n leYel in PME for aj ards that do not require a final SSU on exzenditures( It is ip zortant to note that for finan@al @loseout,Jif a grantee fails to su. p it a required final exzenditure SSUJNIH j ill @ose the grant using the last re@orded @ash draj  doj n leYel(

A Sinal InYention Etatep ent and #ertifi@ation forp tHHE 576mdnot azzli@a. le to trainingJ@onstru@tionJ @onferen@e or @an@er edu@ation grantsmp ust . e su. p itted j ithin 120 da) s of the exziration date( The HHE 576 forp p a) . e doj nloaded at: http://grants(nih(goY/grants/forp s(htp ( This zaragrazh does not azzl) to Training grantsJSelloj  shizsJand @ertain other zrograp s—i(e(Ja@iYit) )@des #07JB42JB43JBc1JBPc,JG0cJ G06JG11J812J817J830JP09JP40JP41JP51JU13JU25JU26JU30JU90JUL5JUL9JE10JE14JE15JR13JR14JR41J R42JR45JR#7JR#c,JRU2JX01JX02(

Rnless an azzli@ation for @op zetitiYe renej al is su. p ittedJa Sinal Uesear@h Perforp an@e Progress Uezort tSinal UPPUmp ust also . e su. p itted j ithin 120 da) s of the zeriod of zerforp an@e end date( If a @op zetitiYe renej al azzli@ation is su. p itted zrior to that dateJthen an Interip UPPU p ust . e su. p itted . ) that date as j ell( Instru@ions for zrezaring an Interip  or Sinal UPPU are at: httzs://grants(nih(goY/grants/rzzr/rzzr; instru@ion; guide(zdf( An) other sze@ifi@requirep ents set forth in the terp s and @onditions of the aj ard p ust also . e addressed in the Interip  or Sinal UPPU( Note that data

reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience(

NIH requires ele@roni@su. p ission of the final inYention statep ent through the #loseout feature in the #op p ons(

NOT, : If this is the final )ear of a @p zetitiYe segp ent due to the transfer of the grant to another institutionJ then a Sinal UPPU is not required( Hoj eYerJa final exzenditure SSU is required and p ust . e su. p itted ele@roni@all) as noted a. oYe( If not alread) su. p ittedJthe Sinal InYention Etatep ent is required and should . e sent dire@l) to the assigned Grants Managep ent Eze@alist(

Ue@zients p ust adp inister the zro"e@l in @op zlian@e j ith federal @Yil rights laj s that zrohi. it dis@ip ination on the . asis of ra@J@olorJnational originJdisa. ilit) JageJand @op zl) j ith azzli@a. le @ons@en@e zrote@ions( The re@zient j ill @op zl) j ith azzli@a. le laj s that zrohi. it dis@ip ination on the . asis of sexJ j hi@h in@ludes dis@ip ination on the . asis of gender identit) Jsexual orientationJand zregnan@) (#op zlian@e j ith these laj s requires taying reasona. le stezs to zroYide p eaningful a@@ess to zersons j ith lip ited , nglish zrofi@en@ and zroYiding zrograp s that are a@@essi. le to and usa. le . ) zersons j ith disa. ilities( The HHE Offi@e for #iYil Uights zroYides guidan@e on @op zl) ing j ith @Yil rights laj s enfor@ed . ) HHE( Eee httzs://j j j (hhs(goY/@Yil-rights/for-zroYiders/zroYider-o. ligations/index(htp l and httzs://j j j (hhs(goY/(

· Ue@zients of SSA p ust ensure that their zrograp s are a@@essi. le to zersons j ith lip ited , nglish zrofi@en@) (Sor guidan@e on p eeting the legal o. ligation to taye reasona. le stezs to ensure p eaningful a@@ess to zrograp s or a@iYities . ) lip ited , nglish zrofi@ent indiYidualsJ see httzs://j j j (hhs(goY/@Yil-rights/for-indiYiduals/sze@ial-tozi@s/lip ited-english-zrofi@en@)/fa@-sheet-guidan@e/index(htp l and httzs://j j j (lez(goY(
· Sor inforp ation on an institution's sze@ifi@legal o. ligations for serYing qualified indiYiduals j ith disa. ilitiesJin@luding zroYiding zrograp a@@essJreasona. le p odifi@ationsJand to zroYide effe@iYe @op p uni@ationJsee httz://j j j (hhs(goY/o@/@Yilrights/understanding/disa. ilit)/index(htp l(
· HHE funded health and edu@ation zrograp s p ust . e adp inistered in an enYironp ent free of sexual harassp ent&see httzs://j j j (hhs(goY/@Yil-rights/for-indiYiduals/sex-dis@ip ination/index(htp l( Sor inforp ation a. out NIH_s @op p itp ent to suzzorting a safe and rese@ful j ory enYironp entJ j ho to @onta@ j ith questions or @on@ernsJand j hat NIH_s exze@ations are for institutions and the indiYiduals suzzorted on NIH-funded aj ards Jzlease see httzs://grants(nih(goY/grants/zoli@)/harassp ent(htp (
· Sor guidan@e on adp inistering zrograp s in @op zlian@e j ith azzli@a. le federal religious nondis@ip ination laj s and azzli@a. le federal @ons@en@e zrote@ions and asso@iated anti-dis@ip ination laj s Jsee httzs://j j j (hhs(goY/@ons@en@/@ons@en@-zrote@ions/index(htp l and httzs://j j j (hhs(goY/@ons@en@/religious-freedop /index(htp l(

In a@@ordan@e j ith the regulator) requirep ents zroYided at 45 #SU c5(113 and Azzendix XII to 45 #SU Part c5Jre@zients that haYe @urrentl) a@iYe Sederal grantsJ@oozeratiYe agreep entsJand zro@urep ent @ontra@s j ith @up ulatiYe total Yalue greater than w10J000J000 p ust rezort and p aintain inforp ation in the E) step for Aj ard Managep ent tEAMma. out @YilJ@rip inalJand adp inistratiYe zro@eedings in @onne@ion j ith the aj ard or zerforp an@e of a Sederal aj ard that rea@hed final diszosition j ithin the p ost re@ent fiYe-)ear zeriod( The re@zient p ust also p aye sep iannual dis@losures regarding su@h zro@eedings( Pro@eedings inforp ation j ill . e p ade zu. li@l) aYaila. le in the designated integrit) and zerforp an@e s) step b@urrentl) the Sederal Aj ardee Perforp an@e and Integrit) Inforp ation E) step tSAPIIEm(Sull rezorting requirep ents and zro@edures are found in Azzendix XII to 45 #SU Part c5( This terp does not azzl) to NIH felloj shizs(


**Treatment of Program Income:**
Additional #osts


---

**SECTION IV – MD SPECIFIC AWARD CONDITIONS – 5R01MD019171-02 REVISED**


#lini@al Trial Indi@ator: Des
This aj ard suzzorts one or p ore NIH-defined #lini@al Trials( Eee the NIH Grants Poli@) Etatep ent Ee@ion 1(2 for NIH definition of #lini@al Trial(

Version: 35 - 2/15/24   A.R.000598   1/21/2025 12:06 AM

**INFORMATION**: It is the zoli@ of NIH not to zrioriti$e resear@h a@iYities that fo@us on B, I( This aj ard no longer effe@uates agen@ zriorities( Uesear@h zrograp s . ased zrip aril) on artifi@al and non-s@entifi@ @ategories.in@uding ap orzhous equit) o. "e@iYes.are antitheti@al to the s@entifi@inquir).do nothing to exzand our ynoj ledge of liYing s) step s.zroYide loj returns on inYestp ent.and ultip atel) do not enhan@e health.lengthen life.or redu@e illness( C orse.so-@alled diYersit) .equit).and in@usion b"B, I"studies are often used to suzzort unlaj ful dis@ip ination on the . asis of ra@e and other zrote@ed @hara@teristi@s.j hi@h harp s the health of Ap eri@ans( Therefore.this zro"e@ is terp inated( #olup . ia RniYersit) p a) request funds to suzzort zatient safet) and orderl) @oseout of the zro"e@( Sunds used to suzzort an) other resear@h a@iYities j ill . e disalloj ed and re@oYered( Please . e adYised that ) our organi$ation.as zart of the orderl) @oseout zro@ess.j ill need to su. p it the ne@essar) @oseout do@up ents b(e(.Sinal Uesear@h Perforp an@e Progress Uezort.Sinal InYention Etatep ent.and the Sinal Sederal Sinan@al Uezort b.SSUn.**as applicable**.j ithin 120 da) s of the end of this grant(

NIH is taying this enfor@ep ent a@ion in a@@ordan@e j ith 2 #(S(U( W200(340 as ip zlep ented in NIH GPE Ee@ion 6(5(2( This reYised aj ard rezresents the final de@ision of the NIH( It shall . e the final de@ision of the Bezartp ent of Health and Hup an EerYi@es b.HHEn.unless j ithin 30 da) s after re@eiYing this de@ision ) ou p ail or ep ail a j ritten noti@ of azzeal to Br( Matthej Mep oli( Please in@ude a @oz) of this de@ision.j our azzeal "ustifi@ation.total ap ount in diszute.and an) relate. or do@up entation that j ) support ) our zosition( Sinall) .the azzeal p ust . e signed . ) the institutional offi@al authori$ed to sign aj ard azzli@ations and p ust . e dated no later than 30 da) s after the date of this noti@e(

THE FOLLOWING TERMS FROM THE PREVIOUS NOTICE OF AWARD LETTER ISSUED ON 06/12/2024 ALSO APPLY TO THIS AWARD:

**INFORMATION**: This revised award has been issued in accordance with NIMHD's Fiscal Year 2024 funding policy for non-competing awards.

THE FOLLOWING TERMS FROM THE PREVIOUS NOTICE OF AWARD LETTER ISSUED ON 05/30/2024 ALSO APPLY TO THIS AWARD:

**INFORMATION**: This revised award has been issued in accordance with NIMHD's Fiscal Year 2024 funding policy for non-competing awards.

THE FOLLOWING TERMS FROM THE PREVIOUS NOTICE OF AWARD LETTER ISSUED ON 03/26/2024 ALSO APPLY TO THIS AWARD:

**INFORMATIONAL TERM**: Ongoing reYiej of findings in zrior single audit rezorts.m NIH is @ndu@ing a retrosze@iYe reYiej of the #olup . ia RniYersit) Health E@en@es_p ost re@ent single audit rezort . ased on our identifi@ation of findings rezorted in zrior single audits( Kased on the out@op e of this retrosze@iYe reYiej .NIH p a) unilaterall) taye adp inistratiYe a@ion to safeguard NIH funds in a@@ordan@e j ith the NIH Grants Poli@) Etatep ent.bEe@ion 6(5(1 "Eze@ifi@or Eze@al Aj ard #onditions- Modifi@ation of the Terp s of Aj ard("

**REQUIREMENT**: This aj ard is su. "e@ to the @onditions set forth in USA-MB-23-006.JMulti-LeYel HIV PreYention InterYentions for IndiYiduals at the Highest Uisy of HIV Infe@ion b.U01 #lini@al Trial Oztional.nNIH Guide to Grants and #ontra@s.J02/10/2023.j hi@h is here. ) in@rzorated . ) referen@e as sze@al terp s and @onditions of this aj ard(

#ozies of this USA p a) . e a@@essed at the folloj ing internet address: https://grants(nih(goY/grants/guide/rfa-files/USA-MB-23-006(htp l

#ozies p a) also . e o. tained frop the Grants Managep ent #onta@ indi@ated in the terp s of aj ard(

**REQUIREMENT**: The aj ardee is required to folloj the Bata Managep ent and Eharing Plan in@uded in the @op zeting azzli@ation and p a) not ip zlep ent an) @hanges in the zlan j ithout the j ritten zrior azzroYal of the National Institute on Minorit) Health and Health Biszarities(

**REQUIREMENT**: The re@zient is required to folloj the data and safet) p onitoring zlan in@uded in the azzli@ation and p a) not ip zlep ent an) @hanges in the zlan j ithout the j ritten zrior azzroYal of the NIMHB(

**RESTRICTION**: The @ini@al trials@ms@su@@orted . ) this aj ard is su. "e@ to the zlan dated Mar@h 31st J2023 J su. p itted to NIH and the NIH zoli@ on Bissep ination of NIH-Sunded #lini@al Trial Inforp ation( The zlan states that the @ini@al trials@m@funded . ) this aj ard j ill . e registered in #lini@alTrials(goY not later than 21 @alendar da) s after enrollp ent of the first zarti@zant and zrip ar) sup p ar) results rezorted in #lini@alTrials(goY J not later than one ) ear after the @op zletion date( The rezorting of sup p ar) results is required . ) this terp of aj ard eYen if the zrip ar) @op zletion date o@@urs after the zeriod of zerforp an@e(

**RESTRICTION**: This aj ard is su. "e@ to additional @ertifi@ation requirep ents j ith ea@h su. p ission of the AnnualJInterip J and Sinal Uesear@h Perforp an@e Progress Uezort JUPPUm( The re@zient p ust agree to the folloj ing annual @ertifi@ation j hen su. p itting ea@h UPPU( K) su. p itting the UPPU J the AOU signifies @op zlian@eJas folloj s: In su. p itting this UPPU J the EO t or PB/PI j ith delegated authorit) md@ertifies to the . est of his/her ynoj ledge that J for all @lini@al trials funded under this NIH aj ard J the re@zient and all inYestigators @ondu@ing NIH-funded @lini@al trials are in @op zlian@e j ith the re@zient's zlan addressing @op zlian@e j ith the NIH Poli@ on Bissep ination of NIH-Sunded #lini@al Trial Inforp ation( An) @lini@al trial funded in j hole or in zart under this aj ard has . een registered in #lini@alTrials(goY or j ill . e registered not later than 21 @alendar da) s after enrollp ent of the first zarti@zant( Eup p ar) results haYe . een su. p itted to #lini@alTrials(goY or j ill . e su. p itted not later than one ) ear after the @op zletion date J eYen if the @op zletion date o@@urs after the zeriod of zerforp an@e(

**INFORMATION**: This aj ard refle@s the NIMHB's a@@eztan@e of the @ertifi@ation that all ye) zersonnel haYe @op zleted edu@ation on the zrote@ion of hup an su. "e@s J in a@@ordan@e j ith NIH zoli@) J"Uequired , du@ation in the Prote@ion of Hup an Uesear@h Parti@zants J as announ@ed in the ' une 5 J 2000 NIH Guide breYised August 25 J 2000mt http://grants(nih(goY/grants/guide/noti@-files/NOT-OB-00-039(htp lm(

An) indiYidual inYolYed in the design and @ondu@ of the stud) that is not in@uded in the @ertifi@ation p ust satisf) this requirep ent zrior to zarti@zating in the zro"e@( Sailure to @op zl) @an result in the suszension and/or terp ination of this aj ard J j ithholding of suzzort of the @ontinuation aj ardJaudit disalloj an@esJ and/or other azzrozriate a@ion(

**INFORMATION**: Rno. ligated . alan@es p a) . e used . ) the NIMHB to redu@e or offset funding for a su. sequent . udget zeriod(

Bata Managep ent and Eharing Poli@: Azzli@a. le

This zro"e@ is exze@ed to generate s@entifi@data( Therefore J the Sinal NIH Poli@ for Bata Managep ent and Eharing azzlies( The azzroYed Bata Managep ent and Eharing bBMEmPlanJis here. ) in@rzorated as a terp and @ondition of aj ardJand the re@zient shall p anage and dissep inate s@entifi@data in a@@ordan@e j ith the azzroYed zlan( An) signifi@ant @hanges to the BME Plan be(J unej s@entifi@dire@ionJa different data rezositor) J or a tip eline reYisionmrequire NIH zrior azzroYal( Sailure to @op zl) j ith the azzroYed BME zlan p a) result in suszension and/or terp ination of this aj ard J j ithholding of suzzort J audit disalloj an@esJ and/or other azzrozriate a@ion( Eee NIH Grants Poli@ Etatep ent Ee@ion 6(2(3 for p ore inforp ation on data p anagep ent and sharing exze@ations(

| Kudget | Dear 2 |
|--------|--------|
| BME #osts | w6cJ73c |

**SPREADSHEET SUMMAR/**
**AWARD NUMBER:** 5U01MB019161-02 U, VIE, B

**INSTITUTION:** #OLRMKIA RNIV, UEITD H, ALTH E#I, N#, E

| Kudget | Dear 2 |
|--------|--------|
| Ealaries and C ages | wl76J515 |
| Sringe Kenefits | w49J473 |

| Personnel #osts tEu. totalm | w216.2c6 |
| Materials § Euzzlies | w2.000 |
| TraYel | w5.500 |
| Other | wI19.537 |
| Eu. aj ards/#onsortiup /#ontra@ual #osts | w899.993 |
| Pu. li@ation #osts | w8.000 |
| ABP/#op zuter EerYi@es | w7.520 |
| TOTAL S, B, UAL B# | wc54.62c |
| TOTAL S, B, UAL S§A | w235.007 |
| TOTAL #OET | w969.633 |

| Sa@lities and Adp inistratiYe #osts | Dear 2 |
| S§A #ost Uate 1 | 74(5% |
| S§A #ost Kase 1 | w874.351 |
| S§A #osts 1 | w235.007 |

**Department of Health and Human Services**
Case 1:25-cv-01620-LLA    Document 108-1    Filed 01/09/26    Page 407 of 573    5R01NR020#09
NATIONAL INSTITUTE OD NURSING RESEARBH

**Notice of Award**
**Federal Award Date**
03/01/2024

## Recipient Information

**1. Recipient Name**
BENTER DOR INNOVATIVE PU6LIB
HEALTH RESEARBH
170 AVENIWA VIBTORIA
SAN BLEMENTEYBA 92732

**2. Congressional District of Recipient**
49

**3. Payment System Identifier (ID)**
120017593#A1

**4. Employer Identification Number (EIN)**
20017593#

**5. Data Universal Numbering System (DUNS)**
1#327#01#

**' . Recipients Uni7ue Entity Identifier**
H6CHEMLHKUK4

**6. Project Director or Principal Investigator**
Mi, hele L8ckarra YPHW
Beo And Resear, h Wre, tor
b i, hele@innovative. ukli, health8rg
C33-#02-7C5C

**8. Authorized Official**
Bab ille Lakran, he
, ab ille@innovative. ukli, health8rg
540-#59-5430

## Federal Agency Information

**9. Awarding Agency Contact Information**
Susan Toy
Grants Manageb ent S. e, ialist
NATIONAL INSTITUTE OD NURSING
RESEARBH
SusanToy@nih8gow
J#01m594-#507

**10. Program Official Contact Information**
Shalanda A 6ynub
S, ientifi, Rewiep Offi, er
NATIONAL INSTITUTE OD NURSING
RESEARBH
shalanda8kynub @nih8gow
J#01m402-3C57

## Federal Award Information

**11. Award Number**
5R01NR020#09-04

**12. Uni7ue Federal Award Identification Number (FAIN)**
R01NR020#09

**13. Statutory Authority**
42 USB 241  42 BDR 52

**14. Federal Award Project Title**
Harnessing the . op er of te, hnology to develo. a . o. ulation-kased HIV . revention
. rograb for trans girls

**15. Assistance Listing Number**
9#8#71

**1' . Assistance Listing Program Title**
Nursing Resear, h

**16. Award Action Type**
Non-Bob . eting Bontinuation

**18. Is the Award R&D?**
ces

| Summary Federal Award Financial Information | |
|---|---|
| **19. Budget Period Start Date** 03/01/2024 **– End Date** 07/#0/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | v432%0C7 |
| 20 a8 Wre, t Bost Ab ount | v##9Y4#4 |
| 20 k8 Indire, t Bost Ab ount | v1#2%752 |
| 21. Authori7ed Barryover | |
| 22. Offset | |
| **23. Total Ab ount of Dederal Dunds Okligated this kudget . eriod** | v432%0C7 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | v0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | v432%0C7 |
| **2' . Project Period Start Date** 09/0C/2021 **– End Date** 07/#0/2025 | |
| 26. Total Ab ount of the Dederal Ap ard in, luding A. . rowed Bost Sharing or Mat, hing this Proje, t Period | v1%C32Y429 |

**28. Authorized Treatment of Program Income**
Additional Bosts

**29. Grants Management Officer - Signature**
6rian Alkertini

## 30. Remarks

A, . e. tan, e of this ap ard Yin, luding the (Terb s and Bonditions Y is a, ) nop ledged ky the re, i. ient p hen funds are drap n dop n or
otherp ise reSuested frob the grant . ayb ent systeb 8

Noti, e of Ap ard



**RESEARCH**
We. artb ent of Health and Hub an Serwi, es
National Institutes of Health

NATIONAL INSTITUTE OD NURSING RESEARBH



---

**SECTION I – AWARD DATA – 5R01NR020309-04**

**Principal Investigator(s)V**
Mi, hele L8ckarraYPHW

**Award e-mailed toV** Mi, hele@innovative. ukli, health8 ob

Wear Authoriqed Offi, ial:

The National Institutes of Health hereky ap ards a grant in the ab ount of v432Y0C7 Jsee zAp ard Bal, ulationj in Se, tion I and zTerb s and Bonditionsj in Se, tion IIInto BENTER DOR INNOVATIVE PU6LIB HEALTH RESEARBH in su. . ort of the akowe referen, ed . roxe, t8 This ap ard is . ursuant to the authority of 42 USB 241  42 BDR 52  and is sukxe, t to the re$uireb ents of this statute and regulation and of other referen, edY in, or. orated or atta, hed terb s and , onditions8

A, , e. tan, e of this ap ardYin, luding the (Terb s and BonditionsY is a, ) nop ledged ky the re, i. ient p hen funds are drap n dop n or otherp ise re$uested frob  the grant . ayb ent systeb 8

Ea, h . ukli, ationY. ress releaseYor other do, ub ent akout resear, h su. . orted ky an NIH ap ard  b ust in, lude an a, ) nop ledgb ent of NIH ap ard su. . ort and a dis, laib er su, h as zResear, h re. orted in this . ukli, ation p as su. . orted ky the National Institut Of Nursing Resear, h of the National Institutes of Health under Ap ard Nub ker R01NR020#098The , ontent is solely the res. onsikility of the authors and does not ne, essarily re. resent the offi, ial wiep s of  the National Institutes of Health8 Prior to issuing a . ress release , on, erning the out, ob e of this resear, hY. lease notify the NIH ap arding IB in adwan, e to allop for , oordination8

Ap ard re, i. ients b ust . rob ote okxe, tiwity in resear, h ky estaklishing standards that . rowide a reasonakle e" . e, tation that the designY, ondu, t and re. orting of resear, h funded under NIH ap ards p ill ke free frob kias resulting frob  an Investigator's Dinan, ial Bonfli, t of Interest JDBOInzin a, , ordan, e p ith the 2011 rewised regulation at 42 BDR Part 50 Suk. art D8  The Institution shall sukb it all DBOI re. orts to the NIH through the eRA Bob b ons DBOI Module8The regulation does not a. . ly to Phase I Sb all 6usiness Innowatiwe Resear, h JS6IRmand Sb all 6usiness Te, hnology Transfer JSTTRmap ards8Bonsult the NIH p eksite htt. ://grants8nih8gow/grants/. oli, y/, oi/ for a lin) to the regulation and additional ib . ortant inforb ation8

If you hawe any $uestions akout this ap ardY. lease dire, t $uestions to the Dederal Agen, y , onta, ts8

Sin, erely yoursY

6rian  Alkertini
Grants Manageb ent Offi, er
NATIONAL INSTITUTE OD NURSING RESEARBH

Additional inforb ation follop s

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| **Salaries and Wages** | v203ᵥC1 |
| **Fringe Benefits** | v7Cᵥ5#5 |
| **Personnel Costs (Subtotal)** | v237ᵥ217 |
| **Consultant Services** | v19ᵥ200 |
| **Travel** | v3ᵥ500 |
| **Other** | v13ᵥ500 |
| **Subawards:Consortium:Contractual Costs** | v19ᵥ01C |
| | |
| **Federal Direct Costs** | v##9ᵥ4#4 |
| **Federal F&A Costs** | v1#2ᵥ752 |
| **Approved Budget** | v432ᵥ0C7 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | v432ᵥ0C7 |
| **TOTAL FEDERAL AWARD AMOUNT** | v432ᵥ0C7 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | v432ᵥ0C7 |

| SUMMAR/ TOTALS FOR ALL /EARS Jor this Wo, ub ent Nub kerm | | |
|---|---|---|
| **/ R** | **THIS AWARD** | **CUMULATIYE TOTALS** |
| 4 | v432ᵥ0C7 | v432ᵥ0C7 |

**Fiscal InformationV**

| | |
|---|---|
| **Payment System IdentifierV** | 120017593#A1 |
| **Document NumberV** | RNR020#09A |
| **PMS Account TypeV** | P ЈSuka, , ountm |
| **Fiscal /earV** | 2024 |

| IB | BAN | 2024 |
|---|---|---|
| NR | C4344#C | v432ᵥ0C7 |

**NIH Administrative DataV**
**PCC**: BSWᵥ6 / **OC**: 41025 / **Released**: 07/2C/2024
**Award ProcessedV**03/01/2024 12:19:04 AM

---

**SECTION II – PA/ MENT:HOTLINE INFORMATION – 5R01NR020309-04**

Dor . ayb ent and HHS Offi, e of Ins. e, tor General Hotline inforb ationYsee the NIH Hob e Page at
htt. ://grantsᵥih&ᵥow/grants/. oli, y/ap ard, onditionsᵥtb

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 5R01NR020309-04**

This ap ard is kased on the a. . li, ation sukb itted toYand as a. . rowed kyYNIH on the akove-titled . roxe, t and
is sukxe, t to the terb s and , onditions in, or. orated either dire, tly or ky referen, e in the follop ing:

a8   The grant . rograb legislation and . rograb regulation , ited in this Noti, e of Ap ard8
k8   Bonditions on a, ti ities and e" . enditure of funds in other statutory re$uireb entsYsu, h as
     those in, luded in a. . ro. riations a, ts8
, 8   45 BDR Part 358
d8   National Poli, y Re$uireb ents and all other re$uireb ents des, riked in the NIH Grants Poli, y
     Stateb entYin, luding addenda in effe, t as of the keginning date of the kudget . eriod8
e8   Dederal Ap ard Perforb an, e Goals: As re$uired ky the . eriodi, re. ort in the RPPR or in the final
     . rogress re. ort p hen a. . li, akle8
f8   This ap ard noti, eYINBLUWING THE TERMS ANWBONWTIONS BITEW6ELO" 8

ЈSee NIH Hob e Page at htt. ://grantsᵥih&ᵥow/grants/. oli, y/ap ard, onditionsᵥtb for , ertain
referen, es , ited akoveᵥ8

**Research and Development (R&D)V**All ap ards issued ky the National Institutes of Health ЈNIHmb eet the
definition of Иesear, h and Иe elo. b entj at 45 BDR Part˙ 352. As su, hYauditees should identify NIH
ap ards as . art of the R$W, luster on the S, hedule of E" . enditures of Dederal Ap ards ЈSEDArᵥ8The auditor
should test NIH ap ards for , ob . lian, e as instru, ted in Part VYBlusters of Prograb s8NIH re, ogni$es that
sob e ap ards b ay have another , lassifi, ation for . ur. oses of indire, t , osts8The auditor is not re$uired to

re. ort the dis, onne, t J88the ap ard is , lassified as R§Wfor Dederal Audit Re$uireb ent . ur. oses kut non-resear, h for indire, t , ost rate . ur. osesMunless the auditee is , harging indire, t , osts at a rate other than the rateJsms. e, ified in the ap ard do, ub entJsn8

An unokligated kalan, e b ay ke , arried over into the ne"t kudget . eriod p ithout Grants Manageb ent Offi, er . rior a. . rowal8

This grant is sukxe, t to Streab lined Non, ob , eting Ap ard Pro, edures JSNAPn8

This ap ard is sukxe, t to the re$uireb ents of 2 BDR Part 25 for institutions to obtain a uni$ue entity identifier JUEIand b aintain an a, tive registration in the Systeb for Ap ard Manageb ent JSAMn8 Should a , onsortiub /sukap ard ke issued under this ap ardYa UEI re$uireb ent b ust ke in, luded8 See htt. ://grants8nih8gow/grants/. oli, y/ap ard, onditions8ntb for the full NIH ap ard terb ib . leb enting this re$uireb ent and other additional inforb ation8

This ap ard has keen assigned the Dederal Ap ard Identifi, ation Nub ker JDAINmR01NR020#098Re, i. ients b ust do, ub ent the assigned DAIN on ea, h , onsortiub /sukap ard issued under this ap ard8

6ased on the . roxe, t . eriod start date of this . roxe, tYthis ap ard is li)ely sukxe, t to the Trans. aren, y A, t sukap ard and e"e, utive , ob . ensation re, orting re$uireb ent of 2 BDR Part 1308There are , onditions that b ay e", lude this ap ard&see htt. ://grants8nih8gow/grants/. oli, y/ap ard, onditions8ntb for additional ap ard a. . li, ability inforb ation8

In a, , ordan, e p ith P8.8110-171Y, ob . lian, e p ith the NIH Pukli, A, , ess Poli, y is nop b andatory8Dor b ore inforb ationYsee NOT-OW0C-0## and the Pukli, A, , ess p eksite: htt. ://. ukli, a, , ess8nih8gow/8

This ap ard . rowides su. . ort for one or b ore , lini, al trials86y lap JTitle VIIIYSe, tion C01 of Pukli, Lap 110-C5mnthe zres. onsikle . artyj b ust register za. . li, akle , lini, al trialsj on the Blini, alTrials8gowProto, ol Registration Systeb Inforb ation " eksite8NIH en, ourages registration of all trials p hether re$uired under the lap or not8Dor b ore inforb ationYsee htt. ://grants8nih8gow/Blini, alTrials; fdaaa/
 This ap ard re. resents the final year of the , ob . etitive segb ent for this grant8See the NIH Grants Poli, y Stateb ent Se, tion C87 Bloseout for , ob . lete , loseout re$uireb ents at: htt. ://grants8nih8gow/grants/. oli, y/. oli, y8ntb Fig. s8

A final e". enditure Dederal Dinan, ial Re. ort JDDRmSD 425mb ust ke sukb itted through the Payb ent Manageb ent Systeb JPMSmp ithin 120 days of the . eriod of . erforb an, e end date&see the NIH Grants Poli, y Stateb ent Se, tion C878I Dinan, ial Re. ortsYhtt. ://grants8nih8gow/grants/. oli, y/. oli, y8ntb Fig. sYfor additional inforb ation on this sukb ission re$uireb ent8The final DDR b ust indi, ate the e"a, t kalan, e of unokligated funds and b ay not refle, t any unli$uidated okligations8There b ust ke no dis, re. an, ies ketp een the final DDR e". enditure data and the real-tib e , ash drap dop n data in PMS8NIH p ill , lose the ap ards using the last re, orded , ash drap dop n level in PMS for ap ards that do not re$uire a final DDR on e". enditures8 It is ib . ortant to note that for finan, ial , loseoutYif a grantee fails to sukb it a re$uired final e". enditure DDRYNIH p ill , lose the grant using the last re, orded , ash drap dop n level8

A Dinal Inwention Stateb ent and Bertifi, ation forb JHHS 57CmXhot a. . li, akle to trainingY, onstru, tionY , onferen, e or , an, er edu, ation grantsmb ust ke sukb itted p ithin 120 days of the e". iration date8The HHS 57C forb b ay ke dop nloaded at: htt. ://grants8nih8gow/grants/forb s8ntb 8 This . aragra, h does not a. . ly to Training grantsYDellop shi. sYand , ertain other . rograb s—i8e8Ya, tiwity , odes B07YW42YW4#YW81YWP3YG03Y G0CYG11YX12YX17YX#0YP09YP40YP41YP51YR1#YR25YR2CYR#0YR90YRL5YRL9YS10YS14YS15YU1#YU14YU41Y U42YU45YUB7YUB3YUR2Y_01Y_028

Unless an a. . li, ation for , ob . etitive renep al is sukb ittedYa Dinal Resear, h Perforb an, e Progress Re. ort JDinal RPPRmb ust also ke sukb itted p ithin 120 days of the . eriod of . erforb an, e end date8If a , ob . etitive renep al a. . li, ation is sukb itted . rior to that dateYthen an Interib RPPR b ust ke sukb itted ky that date as p ell8Instru, tions for . re. aring an Interib or Dinal RPPR are at: htt. s://grants8nih8gow/grants/r. . r/r. . r; instru, tion; guide8 df8Any other s. e, ifi, re$uireb ents set forth in the terb s and , onditions of the ap ard b ust also ke addressed in the Interib or Dinal RPPR8Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience8

NIH re$uires ele, troni, sukb ission of the final inwention stateb ent through the Bloseout feature in the Bob b ons8

A. R. 000405

Version: 25 - 2/15/2024 9:33:29 AM    3/1/2024 12:19 AM

NOTE:  If this is the final year of a , ob . etitive segb ent due to the transfer of the grant to another institutionY then a Dinal RPPR is not re$uired8 Hop everYa final e" . enditure DDR is re$uired and b ust ke sukb itted ele, troni, ally as noted akove8 If not already sukb ittedYthe Dinal Invention Stateb ent is re$uired and should ke sent dire, tly to the assigned Grants Manageb ent S. e, ialist8

Re, i. ients b ust adb inister the . roxe, t in , ob . lian, e p ith federal , iwil rights lap s that . rohikit dis, rib ination on the kasis of ra, eY, olorYnational originYdisakilityYageYand , or . ly p ith a . li, akle , ons, ien, e . rote, tions8The re, i. ient p ill , ob . ly p ith a . li, akle lap s that . rohikit dis, rib ination on the kasis of se" Yp hi, h in, ludes dis, rib ination on the kasis of gender identityYse" ual orientationYand . regnan, y8Bob . lian, e p ith these lap s re$uires ta) ing reasonakle ste. s to . rowide b eaningful a, , ess to . ersons p ith lib ited English . rofi, ien, y and . rowiding . rograb s that are a, , essikle to and usakle ky . ersons p ith disakilities8The HHS Offi, e for Biwil Rights . rowides guidan, e on , ob . lying p ith , iwil rights lap s enfor, ed ky HHS8See htt. s://p p p 8hhs8gow/, iwil-rights/for-. rowiders/. rowider-okligations/inde" 8htb l and htt. s://p p p 8hhs8gow/8

- Re, i. ients of DDA b ust ensure that their . rograb s are a, , essikle to . ersons p ith lib ited English . rofi, ien, y8Dor guidan, e on b eeting the legal okligation to i, y b reasonakle ste. s to ensure b eaningful a, , ess to . rograb s or a, tiwities ky lib ited English . rofi, ient individualsY see htt. s://p p p 8hhs8gow/, iwil-rights/for-individuals/s. e, ial-to. i, s/lib ited-english-. rofi, ien, y/fa, t-sheet-guidan, e/inde" 8htb l and htt. s://p p p 8e. gow8

- Dor inforb ation on an institution"s s. e, ifi, legal okligations for serwing $ualified individuals p ith disakilitiesYin, luding . rowiding . rograb a, , essYreasonakle b odifi, ationsYand to . rowide effe, tiwe , ob b uni, ationYsee htt. ://p p p 8hhs8gow/o, r/, iwilrights/understanding/disakility/inde" 8htb l8

- HHS funded health and edu, ation . rograb s b ust ke adb inistered in an enwironb ent free of se" ual harassb ent&see htt. s://p p p 8hhs8gow/, iwil-rights/for-individuals/se" -dis, rib ination/inde" 8htb l8 Dor inforb ation akout NIH's , ob b itb ent to su. . orting a safe and res. e, tful p or) enwironb entY p ho to , onta, t p ith $uestions or , on, ernsYand p hat NIH's e" . e, tations are for institutions and the individuals su. . orted on NIH-funded ap ardsY. lease see htt. s://grants8nih8gow/grants/. oli, y/harass8p inde" 8

- Dor guidan, e on adb inistering . rograb s in , ob . lian, e p ith a . li, akle federal religious nondis, rib ination lap s and a. . li, akle federal , ons, ien, e . rote, tion and asso, iated anti-dis, rib ination lap sYsee htt. s://p p p 8hhs8gow/, ons, ien, e/, ons, ien, e-. rote, tions/inde" 8htb l and htt. s://p p p 8hhs8gow/, ons, ien, e/religious-freedob /inde" 8htb l8

In a, , ordan, e p ith the regulatory re$uireb ents . rowided at 45 BDR 358" 1# and A. . endi" _II to 45 BDR Part 35Yre, i. ients that have , urrently a, tive Dederal grantsY, oo. erative agreeb entsYand . ro, ureb ent , ontra, ts p ith , ub ulative total value greater than v10" 000" 000 b ust re. ort and b aintain inforb ation in the Systeb for Ap ard Manageb ent JSAMmakout , iwilY, rib inalYand adb inistrative . ro, eedings in , onne, tion p ith the ap ard or . erforb an, e of a Dederal ap ard that rea, hed final dis. osition p ithin the b ost re, ent fiwe-year . eriod8 The re, i. ient b ust also b a) e seb iannual dis, losures regarding su, h . ro, eedings8Pro, eedings inforb ation p ill ke b ade . ukli, ly awailakle in the designated integrity and . erforb an, e systeb J, urrently the Dederal Ap ardee Perforb an, e and Integrity Inforb ation Systeb JDAPIISmm8Dull re. orting re$uireb ents and . ro, edures are found in A. . endi" _II to 45 BDR Part 358This terb does not a. . ly to NIH fellop shi. s8

**Treatment of Program IncomeV**
Additional Bosts

---

**SECTION IY –  NR SPECIFIC AWARD CONDITIONS – 5R01NR020309-04**

Blini, al Trial Indi, ator: ces
This ap ard su. . orts one or b ore NIH-defined Blini, al Trials8See the NIH Grants Poli, y Stateb ent Se, tion 1& for NIH definition of Blini, al Trial8

## RESTRICTION:

This award includes funds in the amount of $472,086 total costs ($339,434 direct and $132,652 F&A) that are restricted and may not be used for any purpose without the written prior approval of the National Institute of Nursing Research.  An interim progress report including the bulleted items below must be submitted via email to the Grants

Management Specialist and Program Official listed in the Notice of Award by 01/01/2025.

- Updated total cumulative counts of Inclusion Enrollment Reports (IERs) in the Human Subjects System (HSS)
- A summary of activities and data collection
- A summary of challenges, delays and actions to resolve them
- Estimated balance of unexpended funds
- Budget justification for the remaining balance of funds

If these funds are needed before the interim progress report is due, the recipient may submit the report early.

REQUIREMENT:
This award includes a requirement for recruitment enrollment updates in the HSS on 10/01/2024 and 04/01/2025 with email notification to the Program Director and Grants Management Specialist listed in the Notice of Award that the IER(s) have been updated.

REQUIREMENT:  The awardee is required to follow the data and safety monitoring plan included in the JIT dated 07/09/2021 and may not implement any changes in the plan without the written prior approval of the National Institute of Nursing Research.

REQUIREMENT:
The clinical trial(s) supported by this award is subject to the plan submitted with the JIT and the NIH policy on Dissemination of NIH-Funded Clinical Trial Information. The plan states that the clinical trial(s) funded by this award will be registered in ClinicalTrials.gov not later than 21 calendar days after enrollment of the first participant and primary summary results reported in ClinicalTrials.gov, not later than one year after the completion date. The reporting of summary results is required by this term of award even if the primary completion date occurs after the period of performance.

This award is subject to additional certification requirements with each submission of the Annual, Interim, and Final Research Performance Progress Report (RPPR).  The recipient must agree to the following annual certification when submitting each RPPR. By submitting the RPPR, the AOR signifies compliance, as follows:

In submitting this RPPR, the SO (or PD/PI with delegated authority), certifies to the best of his/her knowledge that, for all clinical trials funded under this NIH award, the recipient and all investigators conducting NIH-funded clinical trials are in compliance with the recipient's plan addressing compliance with the NIH Policy on Dissemination of NIH-Funded Clinical Trial Information. Any clinical trial funded in whole or in part under this award has been registered in ClinicalTrials.gov or will be registered not later than 21 calendar days after enrollment of the first participant. Summary results have been submitted to ClinicalTrials.gov or will be submitted not later than one year after the completion date, even if the completion date occurs after the period of performance.

REQUIREMENT: COMMITMENT OVERLAP
A review of Other Support information provided in the 05/14/2024 RPPR indicates that with the award of this project, the effort commitment of Dr. Michele Ybarra may exceed twelve person months of effort. If applicable, the grantee is responsible both for eliminating this over-commitment (and any other over-commitment of effort) and for obtaining appropriate prior approval(s) in accordance with NIH and institutional policy requirements.

A.R.000407

Version: 25 - 2/15/2025 2:04:28 PM    3/1/2024 12:19 AM

**INFORMATION**  As reflected in the 05/25/2022 emails between Joe Schwab, AOR and Kelli Oster, NINR, Dr. Ybarra's (PI) must maintain 3.6 CM effort in yr 4.

**INFORMATION: NINR ADJUSTMENTS FOR SALARY BASED AWARDS:**
Salary funds provided on NINR research grants may be adjusted if investigators receive career-type salary based awards. In the event that such an award is made for an investigator receiving salary support from an NINR grant, the National Institute of Nursing Research must be informed in writing within 30 days from the start date of the award.  The proposed salary compensation will be reviewed and adjusted, if applicable, in accordance with NOT-OD-17-094.

**INFORMATION: HUMAN SUBJECTS EDUCATION CERTIFICATION**
This award reflects the National Institute of Nursing Research acceptance of the certification that all key personnel as defined in the February 29, 2008 NIH Guide announcement (http://grants.nih.gov/grants/guide/notice-files/NOT-OD-08-054.html) have completed education on the protection of human subjects, in accordance with NIH policy requirements.  Any key personnel, as defined in that announcement, must satisfy this requirement prior to participating in the project.  Failure to comply can result in suspension and/or termination of this award or withholding of support of the continuation award.

**INFORMATION: CONSORTIUM/CONTRACTUAL COSTS**
This award includes funds for consortium activity with Ann & Robert H. Lurie Children's Hospital of Chicago.  Each consortium is to be established and administered in accordance with the NIH Grants Policy Statement.  No foreign performance site may be added to this project without the written prior approval of the National Institute of Nursing Research.

**SPREADSHEET SUMMAR/**
**AWARD NUMBERV**5R01NR020#09-04

**INSTITUTIONV**6ENTER DOR INNOVATIVE PU6LIB HEALTH RESEARBH

| 6udget | cear 4 |
|---|---|
| Salaries and ″ages | v203VC1 |
| Dringe 6enefits | v7C%5#5 |
| Personnel Bosts Juktotalm | v237V217 |
| Bonsultant Serwi es | v19V200 |
| Travel | v3Y500 |
| Other | v13Y500 |
| Sukap ards/Bonsortiub /Bontra, tual Bosts | v19Y01C |
| TOTAL DEWERAL WB | v##9Y4#4 |
| TOTAL DEWERAL DSA | v1#2V752 |
| TOTAL BOST | v432Y0C7 |

| Da, ilities and Adb inistrative Bosts | cear 4 |
|---|---|
| DSA Bost Rate 1 | 418% |
| DSA Bost 6ase 1 | v#20Y417 |
| DSA Bosts 1 | v1#2V752 |

## Recipient Information

**1. Recipient Name**
FDI ODB RL B u I L VAOuVD PE6SuF
h DASOh BDUDABFh
170 AVDI uWA VuFOL BuA
UAI F SDMDI ODYFA 927C2

**2. Congressional District of Recipient**
49

**3. Payment System Identifier (ID)**
12001759C3A1

**4. Employer Identification Number (EIN)**
2001759C3

**5. Data Universal Numbering System (DUNS)**
13C273013

**6. Recipient's Unique Entity Identifier**
h 6Nh DMSh KEK4

**7. Project Director or Principal Investigator**
Mi, Tele S8ckarraYPh W
Feo And Besear, T Wre, tor
b i, Tele@innovative. Hkli, TealtT8org
NCC-302-7N5N

**8. Authorized Official**
Fab ille Sakran, Te
, ab ille@innovative. Hkli, TealtT8org
540-359-54C0

## Federal Agency Information

**9. Awarding Agency Contact Information**
Kenna S86riggs
Grants Manageb ent U. e, ialist
I AOuLI AS u UOuOEOD L R I EBUu G
BDUDABFh
yenna8kriggs@niT8gow
301-C71-513C

**10. Program Official Contact Information**
SeigT AndreJ millis

I AOuLI AS u UOuOEOD L R I EBUu G
BDUDABFh
leigT8Jillis@niT8gow
p240v7NC-1734

## Federal Award Information

**11. Award Number**
5B01I B020309-04

**12. Unique Federal Award Identification Number (FAIN)**
B01I B020309

**13. Statutory Authority**
42 EUF 241 42 FRB 52

**14. Federal Award Project Title**
h arnessing tTe . oJ er of te, Tnologq to develo. a . o. Hation-kased h uV . revention
. rograb for trans girls

**15. Assistance Listing Number**
938371

**16. Assistance Listing Program Title**
I Hrsing Besear, T

**17. Award Action Type**
I on-Fob . eting FontinHation pBDVuUDW·

**18. Is the Award R&D?**
c es

### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 0C/01/2024 **– End Date** 03/21/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | x0 |
| 20 a8 Wre, t Fost Ab oHnt | x0 |
| 20 k8 undire, t Fost Ab oHnt | x0 |
| **21.** AHtTori( ed Farrqover | |
| **22.** L ffset | |
| **23.** Ootal Ab oHnt of Rederal RHnds L kligated tTis kHdget . eriod | x4C2Y0N7 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | x0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | x4C2Y0N7 |
| **26. Project Period Start Date** 09/0N/2021 **– End Date** 03/21/2025 | |
| **27.** Ootal Ab oHnt of tTe Rederal AJ ard in, IHding A. . rowed Fost UTaring or Mat, Ting tTis Proye, t Period | x1YNC2Y429 |

**28. Authorized Treatment of Program Income**
Additional Fosts

**29. Grants Management Officer - Signature**
6rian Alkertini

## 30. Remarks

A, . e. tan, e of tTis aJ ardYin, IHding tTe )Oerb s and FonditionsY is a, $noJ ledged kq tTe re, i. ient J Ten fHnds are draJ n doJ n or
otTerJ ise rezHested frob tTe grant . aqb ent sqsteb 8



l oti, e of AJ ard

**RESEARCH**

We. artb ent of h ealtT and h Hb an Uerwi, es
l ational unstitHtes of h ealtT



l AOuLl AS ıl UOuOEOD L R l EBUul G BDUDABFh

---

SECTION I – AWARD DATA – 5R01NR020309-04 REVISED

**Principal Investigator(s):**
Mi, Tele S8ckarraYPh W

**Award e-mailed to:** Mi, Tele@innovative. Hkli, TealtT8; ob

Wear AHtTori( ed L ffi, ial:

OTe l ational unstitHtes of h ealtT Terekq rewises tTis aJ ard  psee jAJ ard Fal, Hlation" in Ue, tion uand jOerb s and Fonditions" in Ue, tion uuu to FDl ODB RL B ıl l LVAOuVD PE6SuF h DASOh BDUDABFh in sH . ort of tTe akowe referen, ed . roye, t8 OTis aJ ard is . HrsHant to tTe aHtToritq of 42 EUF 241  42 FRB 52  and is sHkye, t to tTe rezHreb ents of tTis statHte and regHlation and of otTer referen, edYin, or. orated or atta, Ted terb s and , onditions8

A, , e. tan, e of tTis aJ ardYin, IHding tTe )Oerb s and FonditionsYis a, $noJ ledged kq tTe re, i. ient J Ten fHnds are draJ n doJ n or otTerJ ise rezHested frob  tTe grant . aqb ent sqsteb 8

Da, T . Hkli, ationY. ress releaseYor otTer do, Hb ent akoHt resear, T sH . orted kq an l uh  aJ ard  b Hst in, IHde an a, $noJ ledgb ent of l uh aJ ard sH . ort and a dis, laib er sH, T as jBesear, T re. orted in tTis . Hkli, ation J as sH. orted kq tTe l ational unstitHte L f l Hrsing Besear, T of tTe l ational unstitHtes of h ealtT Hnder AJ ard l Hb ker B01l B02030980Te , ontent is soleIq tTe res. onsikilitq of tTe aHtTors and does not ne, essarilq re. resent tTe offi, ial wieJ s of  tTe l ational unstitHtes of h ealtT8 Prior to issHing a . ress release , on, erning tTe oHt, ob e of tTis resear, TY. lease notifq tTe l uh aJ arding uF in adwan, e to alloJ for , oordination8

AJ ard re, i. ients b Hst . rob ote okye, tiwitq in resear, T kq estaklisTing standards tTat . rowide a reasonakle e". e, tation tTat tTe designY, ondH, t and re. orting of resear, T fHnded Hnder l uh aJ ards J ill ke free frob kias resHlting frob  an unwestigator"s Rinan, ial Fonfli, t of unterest pRFL uYin a, , ordan, e J itT tTe 2011 rewised regHlation at 42 FRB Part 50 UHk. art R8 OTe unstitHtion sTall sHkb it all RFL ure. orts to tTe l uh tTroHgT tTe eBA Fob b ons RFL uModHe8OTe regHlation does not a. . lq to PTase uUb all 6Hsiness innowative Besear, T pU6uBv and Ub all 6Hsiness Oe, Tnologq Oransfer pUOOBv aJ ards8FonsHlt tTe l uh J eksite Ttt. ://grants8niT8gow/grants/. oli, q/, oi/ for a lin$ to tTe regHlation and additional ib . ortant inforb ation8

uf qoH Tawe anq zHestions akoHt tTis aJ ardY. lease dire, t zHestions to tTe Federal Agen, q, onta, ts8

Uin, erelq qoHrsY

6rian Alkertini
Grants Manageb ent L ffi, er
l AOuLl AS ıl UOuOEOD L R l EBUul G BDUDABFh

Additional inforb ation folloJ s

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

Version: 35 - 2/15/... 11/22/2025 12:09AM

A.R.000410

| | |
|---|---|
| Salaries and Wages | x20C7N1 |
| Fringe Benefits | x7N535 |
| Personnel Costs (Subtotal) | x2C7Y217 |
| Consultant Services | x19Y200 |
| Travel | xCY500 |
| Other | x1CY500 |
| Subawards/Consortium/Contractual Costs | x19Y01N |
| | |
| Federal Direct Costs | x339Y434 |
| Federal F&A Costs | x132V752 |
| Approved Budget | x4C2Y0N7 |
| Total Amount of Federal Funds Authorized (Federal Share) | x4C2Y0N7 |
| TOTAL FEDERAL AWARD AMOUNT | x4C2Y0N7 |
| | |
| AMOUNT OF THIS ACTION (FEDERAL SHARE) | x0 |

| SUMMARY TOTALS FOR ALL YEARS ꬹfor tTis Wo, Hꬹ ent l Hꬹ kerv | | |
|---|---|---|
| YR | THIS AWARD | CUMULATIVE TOTALS |
| 4 | x4C2Y0N7 | x4C2Y0N7 |

**Fiscal Information:**
Payment System Identifier:      12001759C3A1
Document Number:                   Bl B020309A
PMS Account Type:                  P ꬹUHꬹka, , oHntv
Fiscal Year:                              2024

| uF | F AI | 2024 |
|---|---|---|
| I B | N4C443N | x4C2Y0N7 |

**NIH Administrative Data:**
**PCC**: 1FSm / **OC**: 41025 / **Released**: 03/21/2025
**Award Processed**: 03/22/2025 12:0N29 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 5R01NR020309-04  REVISED**

Ror . aqb ent and h h U Lffi, e of uns. e, tor General hotline inforb ationYsee tTe l uh hob e Page at
Ttt. ://grantsꬹhiT8ꬹgow/grants/. oli, q/aJ ard, onditions8Ttb

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 5R01NR020309-04  REVISED**

OTis aJ ard is kased on tTe a. . li, ation sHkb itted toYand as a. . rowed kqYl uh on tTe akove-titled . roye, t and
is sHkye, t to tTe terb s and , onditions in, or. orated eitTer dire, tlq or kq referen, e in tTe folloJ ing:

    a8  OTe grant . rograb  legislation and . rograb  regHlation, ited in tTis l oti, e of AJ ard8
    k8  Fonditions on a, tiwities and e". enditHre of fHnds in otTer statHtorq rezHireb entsYsH, T as
        tTose in, lHded in a. . ro. riations a, ts8
    , 8  45 FRB Part C58
    d8  l ational Poli, q BezHireb ents and all otTer rezHireb ents des, riked in tTe l uh Grants Poli, q
        Utateb entYin, lHding addenda in effe, t as of tTe keginning date of tTe kHdget . eriod8
    e8  Rederal AJ ard Perforb an, e Goals: As rezHired kq tTe . eriodi, re. ort in tTe BPPB or in tTe final
        . rogress re. ort J Ten a. . li, akle8
    f8  OTis aJ ard noti, eYl FSEWl G OhD ODBMU Al WF Ll WODLl l U FꬹODW6DSL m8

pUee l uh hob e Page at Ttt. ://grantsꬹhiT8ꬹgow/grants/. oli, q/aJ ard, onditions8Ttb  for , ertain
referen, es , ited akoweꬹ

**Research and Development (R&D):**  All aJ ards issHed kq tTe l ational unstitHtes of healtT ꬹl uh vb eet tTe
definition of j Besear, T and Wewelo. b ent" at 45 FRB Part¨ C582. As sH, TYaHditees sToHld identifq l uh
aJ ards as . art of tTe BꬹW, lHster on tTe U, TedHle of D". enditHres of Rederal AJ ards ꬹUDRAv8OTe aHditor
sToHld test l uh aJ ards for , ob. lian, e as instrH, ted in Part VYFlHsters of Prograb s8l uh re, ogni( es tTat
sob e aJ ards b aq Tawe anotTer, lassifi, ation for . Hr. oses of indire, t , osts8OTe aHditor is not rezHired to

re. ort tTe dis, onne, t pi8&ftTe aJ ard is , lassified as B§Wfor Rederal AHdit BezHreb ent . Hr. oses kHt non-resear, T for indire, t , ost rate . Hr. osesvHnless tTe aHditee is , Targing indire, t , osts at a rate otTer tTan tTe ratepsv s. e, ified in tTe aJ ard do, Ho entpsv8

An Hnokligated kalan, e b aq ke , arried over into tTe ne"t kHdget . eriod J itToHt Grants Manageb ent L ffi, er . rior a. . rowal8

OTis grant is sHkye, t to Utreab lined l on, ob . eting AJ ard Pro, edHres pUl APv8

OTis aJ ard is sHkye, t to tTe rezHreb ents of 2 FRB Part 25 for institHtions to obtain a HnizHe entitq identifier pEDu and b aintain an a, tive registration in tTe Uqsteb for AJ ard Manageb ent pUAMv8 UToHld a , onsortiHb /sHkaJ ard ke issHed Hnder tTis aJ ardYa EDurezHreb ent Ho la in, lHded8 Uee Ttt. ://grants8niT8gow/grants/. oli, q/aJ ard, onditions8Ttb for tTe fHll l uh aJ ard terb ib . leb enting tTis rezHreb ent and otTer additional inforb ation8

OTis aJ ard Tas keen assigned tTe Rederal AJ ard udentifi, ation l Ho ker pRAU v B01l B0203098Be, i. ients b Hst do, Ho ent tTe assigned RAul on ea, T , onsortiHb /sHkaJ ard issHed Hnder tTis aJ ard8

6ased on tTe . roye, t . eriod start date of tTis . roye, tYtTis aJ ard is li$elq sHkye, t to tTe Orans. aren, q A, t sHkaJ ard and e"e, Htive , ob . ensation re. orting rezHreb ent of 2 FRB Part 1C080Tere are , onditions tTat b aq e", lHde tTis aJ ard8&see Ttt. ://grants8niT8gow/grants/. oli, q/aJ ard, onditions8Ttb for additional aJ ard a. . li, akilitq inforb ation8

un a, , ordan, e J itT P8S8110-171Y, ob . lian, e J itT tTe l uh PHkli, A, , ess Poli, q is noJ b andatorq8Ror b ore inforb ationYsee l LO-L W0N-033 and tTe PHkli, A, , ess J eksite: Ttt. ://. Hkli, a, , ess8niT8gow/8

OTis aJ ard . rowides sH. ort for one or b ore , lini, al trials86q laJ pOitle VuuUe, tion N01 of PHkli, SaJ 110-N5VYtTe J res. onsikle . artq' b Hst register ja. . li, akle , lini, al trials" on tTe Flini, alOrials8gowProto, ol Begistration Uqsteb unforb ation meksite8 Ho in, oHrages registration of all trials J TetTer rezHired Hnder tTe laJ or not8Ror b ore inforb ationYsee Ttt. ://grants8niT8gow/Flini, alOrials; fdaaa/
OTis aJ ard re. resents tTe final qear of tTe , ob . etitive segb ent for tTis grant8Uee tTe l uh Grants Poli, q Utateb ent Ue, tion N87 Flosеoнt for , ob . lete , loseoHt rezHreb ents at:
Ttt. ://grants8niT8gow/grants/. oli, q/. oli, q8Ttb #g. s8

A final e". enditHre Rederal Rinan, ial Be. ort pRRBv pUR 425vb Hst ke sHkb itted tTroHgT tTe Paqb ent Manageb ent Uqsteb pPMUv J itTin 120 daqs of tTe . eriod of . erforb an, e end date&see tTe l uh Grants Poli, q Utateb ent Ue, tion N87ll Rinan, ial Be. ortsYTt. ://grants8niT8gow/grants/. oli, q/. oli, q8Ttb #g. sYfor additional inforb ation on tTis sHkb ission rezHreb ent8OTe final RRB b Hst indi, ate tTe e"a, t kalan, e of Hnokligated fHnds and b aq not refle, t anq HnlizHdated okligations8OTere b Hst ke no dis, re. an, ies ketJ een tTe final RRB e". enditHre data and tTe real-tib e , asT draJ doJ n data in PMU8l uh J ill , lose tTe aJ ards Hsing tTe last re, orded , asT draJ doJ n level in PMU for aJ ards tTat do not rezHire a final RRB on e". enditHres8 u t is ib . ortant to note tTat for finan, ial , loseoHYif a grantee fails to sHkb it a rezHired final e". enditHre RRBYl uh J ill , lose tTe grant Hsing tTe last re, orded , asT draJ doJ n level8

A Rinal unwention Utateb ent and Fertifi, ation forb ph h U 57Nvypnot a. . li, akle to trainingY, onstrH, tionY , onferen, e or , an, er edH, ation grantsvb Hst ke sHkb itted J itTin 120 daqs of tTe e". iration date8OTe h h U 57Nforb b aq ke doJ nloaded at: Ttt. ://grants8niT8gow/grants/forb s8Ttb 8 OTis . aragra. T does not a. . lq to Oraining grantsYRelloJ sTi. sYand , ertain otTer. rograb s—i&8Ya, tiwitq, odes F07YW42YW43YWC1YWPCYG0CY G0NYG11YX12YX17YX30YP09YP40YP41YP51YB13YB25YB2NYB30YB90YBS5YBS9YU10YU14YU15YE13YE14YE41Y E42YE45YEF7YEFCYEB2Y_01Y_028

Enless an a. . li, ation for , ob . etitive reneJ al is sHkb ittedYa Rinal Besear, T Perforb an, e Progress Be. ort pRinal BPPBvb Hst also ke sHkb itted J itTin 120 daqs of tTe . eriod of . erforb an, e end date8if a , ob . etitive reneJ al a. . li, ation is sHkb itted . rior to tTat dateYtTen an unterib BPPB b Hst ke sHkb itted kq tTat date as J ell8HnstrH, tions for . re. aring an unterib or Rinal BPPB are at:
Ttt. s://grants8niT8gow/grants/r. . r/r. . r; instrH, tion; gHide8 df8Anq otTer s. e, ifi, rezHreb ents set fortT in tTe terb s and , onditions of tTe aJ ard b Hst also ke addressed in tTe unterib or Rinal BPPB8Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience8

l uh rezHires ele, troni, sHkb ission of tTe final inwention stateb ent tTroHgT tTe FloseoHt featHre in tTe Fob b ons8

I LOD: uf tTis is tTe final qear of a , ob . etitive segb ent dHe to tTe transfer of tTe grant to anotTer institHtionY tTen a Rinal BPPB is not rezHired8 h oJ everYa final e". enditHre RRB is rezHired and b Hst ke sHkb itted ele, troni, allq as noted akove8 uf not alreadq sHkb ittedYtTe Rinal unvention Utateb ent is rezHired and sToHld ke sent dire, tlq to tTe assigned Grants Manageb ent U. e, ialist8

Be, i. ients b Hst adb inister tTe . roye, t in , ob . lian, e J itT federal , iwil rigTts laJ s tTat . roTikit dis, rib ination on tTe kasis of ra, eY, olorYnational originYdisakilitqYageYand , ob . lq J itT a. . li, akle , ons, ien, e. rote, tions8OTe re, i. ient J ill , ob . lq J itT a. . li, akle laJ s tTat . roTikit dis, rib ination on tTe kasis of se"YJ Ti, T in, lHdes dis, rib ination on tTe kasis of gender identitqYse" Hal orientationYand . regnan, q8Fob . lian, e J itT tTese laJ s rezHires ta$ing reasonakle ste. s to . rovide b eaningfHl a, , ess to . ersons J itT lib ited DnglisT . rofi, ien, q and . roviding . rograb s tTat are a, , essikle to and Hsakle kq . ersons J itT disakilities8OTe h h U l ffi, e for Fiwil BigTts . rovides gHidan, e on , ob . lqing J itT , iwil rigTts laJ s enfor, ed kq h h U8Uee [Ttt. s://J J J 8TTs8gow/, iwil-rigTts/for-. rowiders/. rowider-obligations/inde"8tb l](#) and [Ttt. s://J J J 8TTs8gow/8](#)

- Be, i. ients of RRA b Hst ensHre tTat tTeir . rograb s are a, , essikle to . ersons J itT lib ited DnglisT . rofi, ien, q8Ror gHidan, e on b eeting tTe legal okligation to ta$e reasonakle ste. s to ensHre b eaningfHl a, , ess to . rograb s or a, tiwities kq lib ited DnglisT . rofi, ient individHalsY see [Ttt. s://J J J 8TTs8gow/, iwil-rigTts/for-individHals/s. e, ial-to. i, s/lib ited-englisT-. rofi, ien, q/fa, t-sTeet-gHidan, e/inde"8tb l](#) and [Ttt. s://J J J 8e. .gow/8](#)
- Ror inforb ation on an institHtion's s. e, ifi, legal okligations for serving zHalified individHals J itT disakilitiesYin, lHding . roviding . rograb a, , essYreasonakle b odifi, ationsYand to . rovide effe, tive , ob . Hni, ationYsee [Ttt. s://J J J 8TTs8gow/o, r/, iwilrigTts/Hnderstanding/disakilitq/inde"8tb l8](#)
- h h U fHnded TealtT and edH, ation . rograb s b Hst ke adb inistered in an environb ent free of se" Hal Tarassb ent&see [Ttt. s://J J J 8TTs8gow/, iwil-rigTts/for-individHals/se"-dis, rib ination/inde"8tb l8](#) Ror inforb ation akoHt l uh's , ob b itb ent to sH. . orting a safe and res. e, tfHl J or$ environb entY J To to , onta, t J itT zHestions or , on, ernsYand J Tat l uh's e". e, tations are for institHtions and tTe individHals sH. . orted on l uh-fHnded aJ ardsY. lease see [Ttt. s://grants8niT8gow/grants/. oli, q/Tarassb ent8tb l8](#)
- Ror gHidan, e on adb inistering . rograb s in , ob . lian, e J itT a. . li, akle federal religioHs nondis, rib ination laJ s and a. . li, akle federal , ons, ien, e . rote, tion and asso, iated anti-dis, rib ination laJ sYsee [Ttt. s://J J J 8TTs8gow/, ons, ien, e/, ons, ien, e-. rote, tions/inde"8tb l](#) and [Ttt. s://J J J 8TTs8gow/, ons, ien, e/religioHs-freedob /inde"8tb l8](#)

un a, , ordan, e J itT tTe regHatorq rezHireb ents . rovided at 45 FRB C58 13 and A. . endi" _ uto 45 FRB Part C5Yre, i. ients tTat Tawe , Hrrentlq a, tive Rederal grantsY, oo. erative agreeb entsYand . ro, Hreb ent , ontra, ts J itT , Hb Hlative total valHe greater tTan x10Y000Y000 b Hst re. ort and b aintain inforb ation in tTe Uqsteb for AJ ard Manageb ent pUAMv akoHt , iwilY, rib inalYand adb inistrative . ro, eedings in , onne, tion J itT tTe aJ ard or , erforb an, e of a Rederal aJ ard tTat rea, Ted final dis. osition J itTin tTe b ost re, ent five-qear . eriod8 OTe re, i. ient b Hst also b a$e seb iannHal dis, losHres regarding sH, T . ro, eedings8Pro, eedings inforb ation J ill ke b ade . Hkli, lq awailakle in tTe designated integritq and . erforb an, e sqsteb p. Hrrentlq tTe Rederal AJ ardee Perforb an, e and integritq unforb ation Uqsteb pRAPuUvv8RHl re. orting rezHireb ents and . ro, edHres are foHnd in A. . endi" _ uto 45 FRB C58OTis terb does not a. . lq to l uh felloJ sTi. s8

**Treatment of Program Income:**
Additional Costs

---

**SECTION IV – NR SPECIFIC AWARD CONDITIONS – 5R01NR020309-04 REVISED**

F lini, al Orial undi, ator: ces

OTis aJ ard sH. . orts one or b ore l uh-defined F lini, al Orials8Uee tTe l uh Grants Poli, q Utateb ent Ue, tion 18 for l uh definition of F lini, al Orial8

**INFORMATION:** It is the policy of NIH not to prioritize Transgender issues: Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans. Many such studies ignore, rather than seriously examine, biological realities. It is the policy of NIH not to prioritize these research programs. . Therefore, this project is terminated. Center for Innovative Public Health Research may request funds to support patient safety and orderly closeout of the project. Funds used to support any other research activities will be disallowed and recovered. Please be

advised that your organization, as part of the orderly closeout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR), **as applicable**) within 120 days of the end of this grant.

NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 8.5.2. This revised award represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be dated no later than 30 days after the date of this notice.

**INFORMATION:** All of tTe terb s and , onditions frob  tTe l oti, e of Grant AJ ard issHed on 0C/01/2024 tTat still a. . lq are listed keloJ :

## RESTRICTION:

This award includes funds in the amount of $472,086 total costs ($339,434 direct and $132,652 F&A) that are restricted and may not be used for any purpose without the written prior approval of the National Institute of Nursing Research.  An interim progress report including the bulleted items below must be submitted via email to the Grants Management Specialist and Program Official listed in the Notice of Award by 01/01/2025.

· Updated total cumulative counts of Inclusion Enrollment Reports (IERs) in the Human Subjects System (HSS)
· A summary of activities and data collection
· A summary of challenges, delays and actions to resolve them
· Estimated balance of unexpended funds
· Budget justification for the remaining balance of funds

If these funds are needed before the interim progress report is due, the recipient may submit the report early.

**REQUIREMENT:**
This award includes a requirement for recruitment enrollment updates in the HSS on 10/01/2024 and 04/01/2025 with email notification to the Program Director and Grants Management Specialist listed in the Notice of Award that the IER(s) have been updated.

**REQUIREMENT**: OTe aJ ardee is rezHired to folloJ tTe data and safetq b onitoring . lan in, lHded in tTe KuO dated 0C/09/2021 and b aq not ib . leb ent anq , Tanges in tTe . lan J itToHt tTe J ritten . rior a. . roval of tTe l ational unstitHte of l Hrsing Besear, T8

**REQUIREMENT**:
OTe , lini, al trialpsv sH . orted kq tTis aJ ard is sHkye, t to tTe . lan sHkb itted J itT tTe KuO and tTe l . oli, q on Wsseb ination of l uh-RHnded F lini, al Orial unforb ation8OTe . lan states tTat tTe , lini, al trialpsv fHnded kq tTis aJ ard J ill ke registered in F lini, alOrials&gownot later tTan 21 , alendar daqs after enrollb ent of tTe first . arti, i. ant and . rib arq sHb b arq resHlts re. orted in F lini, alOrials&gownot later tTan one qear after tTe , ob . letion date8OTe re. orting of sHb b arq resHlts is rezHired kq tTis terb of aJ ard even if tTe . rib arq , ob . letion date o, , Hrs after tTe . eriod of . erforb an, e8

OTis aJ ard is sHkye, t to additional , ertifi, ation rezHireb ents J itT ea, T sHkb ission of tTe AnnHalYunterib Y and Rinal Besear, T Perforb an, e Progress Be. ort pBPPBv8 OTe re, i. ient b Hst agree to tTe folloJ ing annHal , ertifi, ation J Ten sHkb itting ea, T BPPB86q sHkb itting tTe BPPBYtTe ALB signifies , ob . lian, eYas folloJ s:

un sHkb itting tTis BPPBYtTe UL por PWPuJ itT delegated aHtToritqvY, ertifies to tTe kest of Tis/Ter $noJ ledge tTatYfor all , lini, al trials fHnded Hnder tTis l uh-aJ ardYtTe re, i. ient and all investigators , ondH, ting l uh-fHnded , lini, al trials are in , ob . lian, e J itT tTe l uh Poli, q on Wsseb ination of l uh-RHnded F lini, al Orial unforb ation8Anq , lini, al trial fHnded in J Tole or in . art Hnder tTis aJ ard Tas keen registered in F lini, alOrials&gowor J ill ke registered not later tTan 21

, alendar daqs after enrollb ent of tTe first . arti, i. ant8UHb b arq resHts Tawe keen sHkb itted to Flini, alOrials8qowor J ill ke sHkb itted not later tTan one qear after tTe , ob . letion dateYewen if tTe , ob . letion date o, , Hrs after tTe . eriod of . erforb an, e8

## REQUIREMENT: COMMITMENT OVERLAP

A review of Other Support information provided in the 05/14/2024 RPPR indicates that with the award of this project, the effort commitment of Dr. Michele Ybarra may exceed twelve person months of effort. If applicable, the grantee is responsible both for eliminating this over-commitment (and any other over-commitment of effort) and for obtaining appropriate prior approval(s) in accordance with NIH and institutional policy requirements.

**INFORMATION** As refle, ted in tTe 05/25/2022 eb ails ketJ een Koe U, TJ akYAL B and Xelli L sterYl ul BYWl8 ckarra's pPwb Hst b aintain 38̂ FM effort in qr 48

**INFORMATION: NINR ADJUSTMENTS FOR SALARY BASED AWARDS:**

Ualarq fHnds . rowided on I ul B resear, T grants b aq ke adyHsted if inwestigators re, eiwe , areer-tq. e salarq kased aJ ards8un tTe ewent tTat sH, T an aJ ard is b ade for an inwestigator re, eiwing salarq sH. ort frob an I ul B grantYtTe I ational unstitHte of I Hrsing Besear, T b Hst ke inforb ed in J riting J itTin 30 daqs frob tTe start date of tTe aJ ard8 OTe . ro. osed salarq, ob . ensation J ill ke rewieJ ed and adyHstedYif a. . li, akleYin a, , ordan, e J itT I LO-L W-1C-0948

**INFORMATION: HUMAN SUBJECTS EDUCATION CERTIFICATION**

OTis aJ ard refle, ts tTe I ational unstitHte of I Hrsing Besear, T a,, e. tan, e of tTe , ertifi, ation tTat all $eq . ersonnel as defined in tTe RekrHarq 29Y200N I uh GHide annoHn, eb ent pPtt. ://grants8niT8gow/grants/gHide/noti, e-files/I LO-L W0N-0548Ttb lwTawe , ob . leted edH, ation on tTe . rote, tion of THb an sHkye, tsYin a,, ordan, e J itT I uh . oli, q rezHireb ents8 Anq $eq . ersonnelYas defined in tTat annoHn, eb entYb Hst satisfq tTis rezHireb ent . rior to . arti, i. ating in tTe . roye, t8 RailHre to , ob . lq, an resHt in sHs. ension and/or terb ination of tTis aJ ard or J itTTolding of sH. ort of tTe , ontinHation aJ ard8

**INFORMATION: CONSORTIUM/CONTRACTUAL COSTS**

OTis aJ ard in, lHdes fHnds for , onsortiHb at timitq J itT Ann § Bokert h 8SHrie F Tildren's h os. ital of FTi, ago8 Da, T , onsortiHb is to ke estaklisTed and adb inistered in a, , ordan, e J itT tTe I uh Grants Poli, q Utateb ent8 I o foreign . erforb an, e site b aq ke added to tTis . roye, t J itToHt tTe J ritten . rior a. . rowal of tTe I ational unstitHte of I Hrsing Besear, T8

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 5B01I B020309-04 BDVuJDW

**INSTITUTION:** FDI ODB RL B ul I L VAOuVD PE 6SuF h DASOh BDUDABF h

| 6Hdget | cear 4 |
|---|---|
| Ualaries and mages | x20C7̂N1 |
| Rringe 6enefits | x7N̂535 |
| Personnel Fosts pUHktotalv | x2C7̂217 |
| FonsHltant Uerwi, es | x19Ŷ200 |
| Orawel | xĈ500 |
| L tTer | x1Ĉ500 |
| UHkaJ ards/FonsortiHb /Fontra, tHal Fosts | x19Ŷ01N |
| OL OAS RDWDBAS WF | x339Ŷ434 |
| OL OAS RDWDBAS R§A | x132̂752 |
| OL OAS FL UO | x4C2̂0N7 |

| Ra, ilities and Adb inistratiwe Fosts | cear 4 |
|---|---|
| R§A Fost Bate 1 | 418̂4% |
| R§A Fost 6ase 1 | x320Ŷ417 |
| R§A Fosts 1 | x132̂752 |

**Department of Health and Human Services**
NATIONAL LIBRARY OF MEDICINE

**Notice of Award**
FAIN# R25LM014565
**Federal Award Date**
06/29/2025

---

### Recipient Information

**1. Recipient Name**
7 NIVERITY OF CALIFORNIA IRVINE
1S0 ALDRICH HALL
IRVINE, CA 92S96

**2. Congressional District of Recipient**
46

**3. Payment System Identifier (ID)**
195222S40SA1

**4. Employer Identification Number (EIN)**
95222S40S

**5. Data Universal Numbering System (DUNS)**
04S605849

**6. Recipient's Unique Entity Identifier**
MJC5FCYQTPES

**7. Project Director or Principal Investigator**
Uean Arayasirikul, PHD (Contact)
Assistant Professor
sean.arayasirikul@uci.edu
949-824-2p58

**8. Authorized Official**
Madison Uvina
K svina@uci.edu

---

### Federal Agency Information

**9. Awarding Agency Contact Information**
AK y 3eener

NATIONAL LIBRARY OF MEDICINE
akeener@K ail.nih.gom
p01-49S-S1p1

**10. Program Official Contact Information**
ELIZABETH ANNE Barr

NATIONAL LIBRARY OF MEDICINE
elibaweth.warr@nih.gom

---

### Federal Award Information

**11. Award Number**
5R25LM014565-02

**12. Unique Federal Award Identification Number (FAIN)**
R25LM014565

**13. Statutory Authority**
42 7UC 241   42 CFR 52

**14. Federal Award Project Title**
Advancing Gender and Health Justice Research and Education

**15. Assistance Listing Number**
9p.869

**16. Assistance Listing Program Title**
Medical Liwrary Assistance

**17. Award Action Type**
Non-CoK veting Continuation

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---|
| **19. Budget Period Start Date** 0p/01/2025 **– End Date** 02/28/202S | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $1S1,S14 |
| 20 a. Direct Cost AK ount | $152,468 |
| 20 w. Indirect Cost AK ount | $9,1pS |
| 21. Authoribed Carryover | |
| 22. Offset | |
| **23.** Total AK ount of Federal Funds Owligated this wudget veriod | $1S1,S14 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $1S1,S14 |
| ------------------------------- | |
| **26. Project Period Start Date** 04/19/2024 **– End Date** 02/29/2028 | |
| 27. Total AK ount of the Federal Az ard including Avvroved Cost Uharing or Matching this Project Period | $p28,0p2 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Andrea Culhane

---

### 30. Remarks

Accevtance of this az ard, including the "TerK s and Conditions," is acknoz ledged wy the recivient z hen funds are draz n doz n or otherz ise requested froK the grant vayK ent systeK .

---

Version 25 - 7/15/2025 ... 6/29/2025 12:10 PM

A.R.000416

Notice of Az ard



RESEARCH EDUCATION PROJECT
DevartK ent of Health and HuK an Uernices
National Institutes of Health

NATIONAL LIBRARY OF MEDICINE



---

**SECTION I – AWARD DATA – 5R25LM014575-02**

**Principal Investigator(s)V**
Uean  Arayasirikul (contact), PHD
Melissa Coolidge UK ith
Dallas Tranris Uz endeK an, PHD
7shK a Desai 7vadhyay, PHD
Jennifer Ann WagK an, PHD

**Award e-mailed toV** az ards@research.uci.edu

Dear Authorized Official:

The National Institutes of Health herewy az ards a grant in the aK ount of $1S1,S14 (see "Az ard Calculation" in Uection I and "TerK s and Conditions" in Uection III) to 7NIVERUITY OF CALIFORNIA-IRVINE in suvvort of the awone referenced vroject.  This az ard is vursuant to the authority of 42 7UC 241  42 CFR 52  and is suwject to the requireK ents of this statute and regulation and of other referenced, incorvorated or attached terK s and conditions.

Accevtance of this az ard, including the "TerK s and Conditions," is acknoz ledged wy the recivient z hen funds are draz n doz n or otherz ise requested froK  the grant vayK ent systeK .

Each vuwlication, vress release, or other docuK ent awout research suvvorted wy an NIH az ard  K ust include an acknoz ledgK ent of NIH az ard suvvort and a disclaiK er such as "Research revorted in this vuwlication z as suvvorted wy the National Liwrary Of Medicine of the National Institutes of Health under Az ard NuK wer R25LM014565. The content is solely the resvonsiwility of the authors and does not necessarily revresent the official viez s of  the National Institutes of Health." Prior to issuing a vress release concerning the outcoK e of this research, vlease notify the NIH az arding IC in advance to alloz  for coordination.

Az ard recivients K ust vroK ote owjectivity in research wy estawlishing standards that vrovide a reasonawle exvectation that the design, conduct and revorting of research funded under NIH az ards z ill we free froK  wias resulting froK  an Inrestigator's Financial Conflict of Interest (FCOI), in accordance z ith the 2011 renised regulation at 42 CFR Part 50 Uuwvart F.   The Institution shall suwK it all FCOI revorts to the NIH through the eRA CoK K ons FCOI Module. The regulation does not avvly to Phase I UK all Business Innovatine Research (UBIR) and UK all Business Technology Transfer (UTTR) az ards. Consult the NIH z ewsite http://grants.nih.gom/grants/volicy/coi/ for a link to the regulation and additional iK vortant inforK ation.

If you hane any questions awout this az ard, vlease direct questions to the Federal Agency contacts.

Uincerely yours,

Andrea  Culhane
Grants ManageK ent Officer
NATIONAL LIBRARY OF MEDICINE

Additional inforK ation folloz s

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| Salaries and Wages | $4p,29p |
| Fringe Benefits | $21,696 |
| Personnel Costs (Subtotal) | $S5,090 |
| Materials & Supplies | $851 |
| Travel | $2,500 |
| Other | $2S,000 |
| Subawards:Consortium:Contractual Costs | $58,0p6 |
| | |
| Federal Direct Costs | $152,468 |
| Federal F&A Costs | $9,1pS |
| Approved Budget | $1S1,S14 |
| Total Amount of Federal Funds Authorized (Federal Share) | $1S1,S14 |
| TOTAL FEDERAL AWARD AMOUNT | $1S1,S14 |
| | |
| AMOUNT OF THIS ACTION (FEDERAL SHARE) | $1S1,S14 |

| SUMMAR/ TOTALS FOR ALL / EARS (for this DocuK ent NuK er) | | |
|---|---|---|
| / R | THIS AWARD | CUMULATIYE TOTALS |
| 2 | $1S1,S14 | $1S1,S14 |
| p | $155,45p | $155,45p |
| 4 | $152,209 | $152,209 |

RecoK K ended future year total cost suvvort, suwject to the anailawility of funds and satisfactory vrogress of the vroject

**Fiscal InformationV**

| | |
|---|---|
| Payment System IdentifierV | 195222S40SA1 |
| Document NumberV | RLM014565A |
| PMS Account TypeV | P (Uuvaccount) |
| Fiscal / earV | 2025 |

| IC | CAN | 2025 | 202S | 2026 |
|---|---|---|---|---|
| LM | 802p8Sp | $1 | $1 | $1 |
| OD | 802614p | $1S1,S12 | $155,451 | $152,206 |
| OD | 805568p | $1 | $1 | $1 |

RecoK K ended future year total cost suvvort, suwject to the anailawility of funds and satisfactory vrogress of the vroject

**NIH Administrative DataV**
**PCC**: XXXD / **OC**: 410p2 / **Released**: 06/28/2025
**Award ProcessedV** 06/29/2025 12:10:p1 PM

---

**SECTION II − PA/ MENT:HOTLINE INFORMATION − 5R25LM014575-02**

For vayK ent and HHU Office of Insvector General Hotline inforK ation, see the NIH HoK e Page at
httv://grants.nih.gom/grants/volicy/az ardconditions.htK

---

**SECTION III − STANDARD TERMS AND CONDITIONS − 5R25LM014575-02**

This az ard is wased on the avvlication suwK itted to, and as avvroned wy, NIH on the awone-titled vroject and is suwject to the terK s and conditions incorvorated either directly or wy reference in the folloz ing:

    a.   The grant vrograK legislation and vrograK regulation cited in this Notice of Az ard.

    w.   Conditions on actinities and exvenditur of funds in other statutory requireK ents, such as those included in avvrovriations acts.

    c.   45 CFR Part 65.

    d.   National Policy RequireK ents and all other requireK ents descriwed in the NIH Grants Policy UtateK ent, including addenda in effect as of the weginning date of the wudget veriod.

    e.   Federal Az ard PerforK ance Goals: As required wy the veriodic revort in the RPPR or in the final vrogress revort z hen avvlicawle.

f.   This az ard notice, INCL7DING THE TERMU AND CONDITIONU CITED BELOW.

(Uee NIH HoK e Page at httv://grants.nih.gom/grants/volicy/az ardconditions.htK  for certain references cited aw one.)

**Research and Development (R&D)V** All az ards issued wy the National Institutes of Health (NIH) K eet the definition of "Research and DemelovK ent" at 45 CFR Part§ 65.2. As such, auditees should identify NIH az ards as vart of the R&D cluster on the Uchedule of Exvenditures of Federal Az ards (UEFA). The auditor should test NIH az ards for coK vliance as instructed in Part V, Clusters of PrograK s. NIH recognises that soK e az ards K ay hame another classification for vurvoses of indirect costs. The auditor is not required to revort the disconnect (i.e., the az ard is classified as R&D for Federal Audit RequireK ent vurvoses wut non-research for indirect cost rate vurvoses), unless the auditee is charging indirect costs at a rate other than the rate(s) svecified in the az ard docuK ent(s).

This institution is a signatory to the Federal DeK onstration Partnershiv (FDP) Phase VII AgreeK ent z hich requires actime institutional varticivation in nez  or ongoing FDP deK onstrations and vilots.

An unowligated walance K ay we carried oner into the next wudget veriod z ithout Grants ManageK ent Officer vrior avvromal.

This grant is suwject to UtreaK lined NoncoK veting Az ard Procedures (UNAP).

This az ard is suwject to the requireK ents of 2 CFR Part 25 for institutions to owtain a unique entity identifier (7EI) and K aintain an actime registration in the UysteK  for Az ard ManageK ent (UAM).  Uhould a consortiuK /suwaz ard we issued under this az ard, a 7EI requireK ent K ust we included.  Uee httv://grants.nih.gom/grants/volicy/az ardconditions.htK  for the full NIH az ard terK  iK vleK enting this requireK ent and other additional inforK ation.

This az ard has ween assigned the Federal Az ard Identification NuK wer (FAIN) R25LM014565. Recivients K ust docuK ent the assigned FAIN on each consortiuK /suwaz ard issued under this az ard.

Based on the vroject veriod start date of this vroject, this az ard is likely suwject to the Transvarency Act suwaz ard and executime coK vensation revorting requireK ent of 2 CFR Part 160. There are conditions that K ay exclude this az ard; see httv://grants.nih.gom/grants/volicy/az ardconditions.htK  for additional az ard avvlicawility inforK ation.

In accordance z ith P.L. 110-1S1, coK vliance z ith the NIH Puwlic Access Policy is noz  K andatory. For K ore inforK ation, see NOT-OD-08-0pp and the Puwlic Access z ewsite: httv://vuwlicaccess.nih.gom/.

This az ard is funded wy the folloz ing list of institutes.  Any vavers vuwlished under the ausvices of this az ard K ust cite the funding suvvort of all institutes.

| Office Of The Director, National Institutes Of Health (OD) |
| National Liwrary Of Medicine (NLM) |

Recivients K ust adK inister the vroject in coK vliance z ith federal cimil rights laz s that vrohiwit discriK ination on the wasis of race, color, national origin, disawility, age, and coK vly z ith avvlicawle conscience vrotections. The recivient z ill coK vly z ith avvlicawle laz s that vrohiwit discriK ination on the wasis of sex, z hich includes discriK ination on the wasis of gender identity, sexual orientation, and vregnancy. CoK vliance z ith these laz s requires taking reasonawle stevs to vromide K eaningful access to versons z ith liK ited English vroficiency and vromiding vrograK s that are accessiwle to and usawle wy versons z ith disawilities. The HHU Office for Cimil Rights vromides guidance on coK vlying z ith cimil rights laz s enforced wy HHU. Uee httvs://z z z .hhs.gom/cimil-rights/for-vromiders/vromider-owligations/index.htK l and httvs://z z z .hhs.gom/.

·   Recivients of FFA K ust ensure that their vrograK s are accessiwle to versons z ith liK ited English vroficiency. For guidance on K eeting the legal owligation to take reasonawle stevs to ensure K eaningful access to vrograK s or actimities wy liK ited English vroficient indimiduals, see httvs://z z z .hhs.gom/cimil-rights/for-indimiduals/svecial-tovics/liK ited-english-vroficiency/fact-sheet-guidance/index.htK l and httvs://z z z .lev.gom
·   For inforK ation on an institution's svecific legal owligations for serming qualified indimiduals z ith

disawilities, including vroniding vrograK access, reasonawle K odifications, and to vronide effectine coK K unication, see httv://z z z .hhs.gon/ocr/cinil rights/understanding/disawility/index.htK l.

·    HHU funded health and education vrograK s K ust we adK inistered in an ennironK ent free of sexual harassK ent; see https://z z z .hhs.gon/cinil-rights/for-indiniduals/sex-discriK ination/index.htK l. For inforK ation awout NIH's coK K itK ent to vroniding a safe and resvectful z ork ennironK ent, z ho to contact z ith questions or concerns, and z hat NIH's exvectations are for institutions and the indiniduals suvvorted on NIH-funded az ards, vlease see https://grants.nih.gon/grants/volicy/harassK ent.htK .

·    For guidance on adK inistering vrograK s in coK vliance z ith avvlicawle federal religious nondiscriK ination laz s and avvlicawle federal conscience vrotection and associated anti-discriK ination laz s, see https://z z z .hhs.gon/conscience/conscience-vrotections/index.htK l and https://z z z .hhs.gon/conscience/religious-freedoK /index.htK l.

In accordance z ith the regulatory requireK ents vronided at 45 CFR 65.11p and Avvendix XII to 45 CFR Part 65, recivients that hane currently actine Federal grants, cooveratine agreeK ents, and vrocureK ent contracts z ith cuK ulatine total nalue greater than $10,000,000 K ust revort and K aintain inforK ation in the UysteK for Az ard ManageK ent (UAM) awout cinil, criK inal, and adK inistratine vroceedings in connection z ith the az ard or verforK ance of a Federal az ard that reached final disvosition z ithin the K ost recent fine-year veriod.  The recivient K ust also K ake seK i annual disclosures regarding such vroceedings. Proceedings inforK ation z ill we vuwlicly anailawle in the designated integrity and verforK ance systeK (currently the Federal Az ardee PerforK ance and Integrity InforK ation UysteK (FAPIIU)). Full revorting requireK ents and vrocedures are found in Avvendix XII to 45 CFR Part 65. This terK does not avvly to NIH felloz shivs.

**Treatment of Program IncomeV**
Additional Costs

---

**SECTION IY –  LM SPECIFIC AWARD CONDITIONS – 5R25LM014575-02**

Clinical Trial Indicator: No
This az ard does not suvvort any NIH-defined Clinical Trials. Uee the NIH Grants Policy UtateK ent Uection 1.2 for NIH definition of Clinical Trial.

**NOTICE OF FUNDING OPPORTUNITY (NOFO)**
This award is subject to the conditions set forth in NOFO Number RFA-OD-22-015, which are incorporated by reference as special Terms and Conditions of this award. This NOFO may be accessed at:
https://grants.nih.gov/grants/guide/rfa-files/RFA-OD-22-015.html.

**CONSORTIUM/CONTRACTUAL COSTS**
This award includes funds for subrecipient activity as follows:

   University of California, San Francisco - $14,515 Total Costs ($13,440 Direct Costs + $1,075 Indirect/F&A Costs)
   University of California, Los Angeles - $27,789 Total Costs ($25,731 Direct Costs + $2,058 Indirect/F&A Costs)
   University of California, Santa Barbara - $15,733 Total Costs ($14,568 Direct Costs + $1,165 Indirect/F&A Costs)

Each consortium is to be established and administered in accordance with the NIH Grants Policy Statement: http://grants.nih.gov/grants/policy/nihgps/consortium_agreements. Although a specific amount has been awarded for each consortium, the recipient retains standard re-budgeting authorities. No foreign performance site may be added to this project without prior written approval from the National Library of Medicine.

**PRIOR APPROVAL REQUESTS**
All requests for NLM prior approval must be made in writing to the GMO no later than 30 days before the proposed change, and signed by the AOR. Prior approval requests for change of PD/PI, carryover, or nocost extensions should be submitted electronically via the eRA Commons Prior Approval Module. Please refer to Part II Chapter 8 of the NIH Grants Policy Statement for the activities and/or expenditures that require NIH prior approval: https://grants.nih.gov/grants/policy/nihgps/HTML5/section_8/8.1_changes_in_project_and_budget.htm.

**SPREADSHEET SUMMAR/**

**AWARD NUMBER** 5R25LM014565-02

**INSTITUTION** UNIVERUITY OF CALIFORNIA-IRVINE

| Budget | Year 2 | Year p | Year 4 |
|---|---|---|---|
| Ualaries and Wages | $4p,29p | $4p,29p | $4p,29p |
| Fringe Benefits | $21,696 | $21,696 | $21,696 |
| Personnel Costs (Uuwtotal) | $S5,090 | $S5,090 | $S5,090 |
| Materials & Uuvvlies | $851 | $1,S06 | $S01 |
| Tranel | $2,500 | $2,500 | $2,500 |
| Other | $2S,000 | $21,000 | $19,000 |
| Uuwaz ards/ConsortiuK /Co ntractual Costs | $58,0p6 | $58,040 | $58,04p |
| TOTAL FEDERAL DC | $152,468 | $148,2p6 | $145,2p4 |
| TOTAL FEDERAL F&A | $9,1pS | $6,21S | $S,965 |
| TOTAL COUT | $1S1,S14 | $155,45p | $152,209 |

| Facilities and AdK inistrative Costs | Year 2 | Year p | Year 4 |
|---|---|---|---|
| F&A Cost Rate 1 | 8% | 8% | 8% |
| F&A Cost Base 1 | $114,194 | $90,196 | $86,191 |
| F&A Costs 1 | $9,1pS | $6,21S | $S,965 |

Version: 25 - 2/15/...    6/29/2025 12:10 PM

Department of Health and Human Services
Case 3:25-cv-01620-LJC    Document 108-1    Filed 01/09/26    Page 427 of 573

Notice of Award
FAIN: R25MH119858
Federal Award Date
08/15/2024

NATIONAL INSTITUTE OF MENTAL HEALTH

## Recipient Information

**1. Recipient Name**
PUBLIC HEALTH FOUNDATION ENTERPRISES, INC.
13300 CROSSROADS PKWY N
STE 450
CITY OF INDUSTRY, CA 91746

**2. Congressional District of Recipient**
31

**3. Payment System Identifier (ID)**
1952557063A1

**4. Employer Identification Number (EIN)**
952557063

**5. Data Universal Numbering System (DUNS)**
082199324

**6. Recipient's Unique Entity Identifier**
L4EEW9SQX2F6

**7. Project Director or Principal Investigator**
William  McFarland, MD (Contact)
Professor
willi_mcfarland@hotmail.com
415-533-9882

**8. Authorized Official**
Peter Dale
pdale@phfe.org
562-222-7886

## Federal Agency Information

**9. Awarding Agency Contact Information**
Joyce Tso
Grants Management Specialist
NATIONAL INSTITUTE OF MENTAL HEALTH
joyce.tso@nih.gov

**10. Program Official Contact Information**
Susannah  Allison

NATIONAL INSTITUTE OF MENTAL HEALTH
allisonsu@mail.nih.gov
240-627-3861

## Federal Award Information

**11. Award Number**
5R25MH119858-05

**12. Unique Federal Award Identification Number (FAIN)**
R25MH119858

**13. Statutory Authority**
42 USC 241   42 CFR 52

**14. Federal Award Project Title**
SHINE Strong: Building the pipeline of HIV behavioral scientists with expertise in trans population health

**15. Assistance Listing Number**
93.242

**16. Assistance Listing Program Title**
Mental Health Research Grants

**17. Award Action Type**
Non-Competing Continuation

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---|
| **19. Budget Period Start Date** 08/01/2024 – **End Date** 07/31/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $1 |
| 20 a.  Direct Cost Amount | $1 |
| 20 b.  Indirect Cost Amount | $0 |
| **21.** Authorized Carryover | |
| **22.** Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $1 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $1 |
| **26. Project Period Start Date** 08/17/2020 – **End Date** 07/31/2025 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $1,333,478 |
| **28. Authorized Treatment of Program Income** | |
| Additional Costs | |
| **29. Grants Management Officer - Signature** | |
| Heather  Weiss | |

## 30. Remarks

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Version:15 - 2/15/2024 - NoA Template - 8/15/2024 12:35 AM
A.R.000422

Notice of Award



*RESEARCH EDUCATION AWARD*
Department of Health and Human Services
National Institutes of Health

NATIONAL INSTITUTE OF MENTAL HEALTH



---

**SECTION I – AWARD DATA – 5R25MH119858-05**

**Principal Investigator(s)V**
Sean  Arayasirikul, PHD
William  McFarland (contact), MD

**Award e-mailed toV**pdale@helunahealth.org

Dear Authorized Official:

The National Institutes of Health hereby awards a grant in the amount of $1 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to PUBLIC HEALTH FOUNDATION ENTERPRISES in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241  42 CFR 52 and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute Of Mental Health of the National Institutes of Health under Award Number R25MH119858. The content is solely the responsibility of the authors and does not necessarily represent the official views of  the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Heather  Weiss
Grants Management Officer
NATIONAL INSTITUTE OF MENTAL HEALTH

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| **Federal Direct Costs** | $1 |
| **Approved Budget** | $1 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $1 |
| **TOTAL FEDERAL AWARD AMOUNT** | $1 |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $1 |

| SUMMAR: TOTALS FOR ALL : EARS (for this Document Number) | | |
|---|---|---|
| **: R** | **THIS AWARD** | **CUMULATI/ E TOTALS** |
| 5 | $1 | $1 |

**Fiscal InformationV**
**Payment System IdentifierV**     1952557063A1
**Document NumberV**                RMH119858A
**PMS Account TypeV**               P (Subaccount)
**Fiscal : earV**                   2024

| IC | CAN | 2024 |
|---|---|---|
| MH | 8472616 | $1 |

**NIH Administrative DataV**
**PCC**: 9A-ASH / **OC**: 41032 / **Released**: 08/14/2024
**Award ProcessedV** 08/15/2024 12:35:36 AM

---

**SECTION II – PA: MENT\HOTLINE INFORMATION – 5R25MH119858-05**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 5R25MH119858-05**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

a. The grant program legislation and program regulation cited in this Notice of Award.
b. Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
c. 45 CFR Part 75.
d. National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
e. Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
f. This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D)V** All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2**.** As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

Version: 35 - 8/15/24 Printed 8/15/2024 12:35 AM

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM). Should a consortium/subaward be issued under this award, a UEI requirement must be included. See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R25MH119858. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.


This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section 8.6 Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final expenditure Federal Financial Report (FFR) (SF 425) must be submitted through the Payment Management System (PMS) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section 8.6.1 Financial Reports, http://grants.nih.gov/grants/policy/policy.htm#gps, for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the real-time cash drawdown data in PMS. NIH will close the awards using the last recorded cash drawdown level in PMS for awards that do not require a final FFR on expenditures. It is important to note that for financial closeout, if a grantee fails to submit a required final expenditure FFR, NIH will close the grant using the last recorded cash drawdown level.

A Final Invention Statement and Certification form (HHS 568), (not applicable to training, construction, conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 568 form may be downloaded at: http://grants.nih.gov/grants/forms.htm. This paragraph does not apply to Training grants, Fellowships, and certain other programs—i.e., activity codes C06, D42, D43, D71, DP7, G07, G08, G11, K12, K16, K30, P09, P40, P41, P51, R13, R25, R28, R30, R90, RL5, RL9, S10, S14, S15, U13, U14, U41, U42, U45, UC6, UC7, UR2, X01, X02.

Unless an application for competitive renewal is submitted, a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal application is submitted prior to that date, then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at: https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any specific requirements set forth in the terms and conditions of the award must also be addressed in the Interim or Final RPPR. *Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.*

NIH requires electronic submission of the final invention statement through the Closeout feature in the Commons.

NOTE: If this is the final year of a competitive segment due to the transfer of the grant to another institution, then a Final RPPR is not required. However, a final expenditure FFR is required and must be submitted electronically as noted above. If not already submitted, the Final Invention Statement is required and should be sent directly to the assigned Grants Management Specialist.


Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by

persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program IncomeV**
Additional Costs

---

**SECTION I/  –  MH SPECIFIC AWARD CONDITIONS – 5R25MH119858-05**

---

Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

**AWARD NOTICE:**
This award has been made in response to the application submitted under the Funding Opportunity Announcement **PAR-17-485** which can be referenced at: https://grants.nih.gov/grants/guide/pa-files/PAR-17-485.html.

**KEY PERSONNEL**
In addition to the PI, any absence, replacement, or substantial reduction in effort of the following individual(s) below, requires the written prior approval of the National Institute of Mental Health.

**Erin Meek Wilson**

**CONSORTIUM/CONTRACTUAL COSTS:**
This award includes funds for consortium activity with **City and County of San Francisco (CCSF).**  Each consortium is to be established and administered in accordance with the NIH Grants Policy Statement dated March 31, 2015. No foreign performance site may be added to this project without the written prior approval of the National Institute of Mental Health.

## RESTRICTION PERSONNEL COSTS:

Consistent with the allowable costs guidelines of PAR-17-485, funds for personnel costs on this grant may not exceed 35% of Total Direct Costs. Any rebudgeting from other categories to increase personnel costs to a level in excess of 35% of Total Direct Costs is not permitted without prior approval from the NIMH.

## REPORTING REQUIREMENT:

Successful participation and completion of instruction in **Responsible Conduct of Research** must be documented during the first year for each participant on this award. Full details about this policy requirement can be found in the NIH Guide Notice NOT-OD-10-019 which can be accessed at: http://grants.nih.gov/grants/guide/notice-files/NOT-OD-10-019.html.

## DATA AND SAFETY MONITORING:

This grant is subject to the clinical research policies outlined in NOT-MH-19-027. The recipient will adhere to the NIH (NIH GPS 4.1.15) and NIMH policies (NOT-MH-19-027) including appropriately providing adequate data and safety monitoring and timely reporting of key events as defined in the NIMH Reportable Events Policy. The level and frequency of human subject data and safety monitoring should always be commensurate with the risk and nature of the research.

## INVOLVEMENT OF HUMAN SUBJECTS OR VERTEBRATE ANIMALS:

It is understood that no trainee will be permitted to work on any project involving live vertebrate animals or human subjects that has not been approved by the IACUC and/or IRB, as appropriate, and that is not conducted under a valid Federal-wide Assurance approved by OHRP or Animal Welfare Assurance approved by OLAW/NIH, as appropriate. The grantee is responsible for ensuring that all trainees are appropriately trained prior to working with human subjects and/or vertebrate animals. When submitting the progress report the grantee should provide appropriate IRB and/or IACUC approval dates for the relevant individual protocols under which the trainees are working.

**SPREADSHEET SUMMAR:**
**AWARD NUMBERV**5R25MH119858-05

**INSTITUTIONV**PUBLIC HEALTH FOUNDATION ENTERPRISES

| Facilities and Administrative Costs | Year 5 |
|---|---|
| F&A Cost Rate 1 | 0% |
| F&A Cost Base 1 | $0 |
| F&A Costs 1 | $0 |

Version: 35 - 2/15/ 6/15/2024 12:35 AM

**Department of Health and Human Services**
NATIONAL INSTITUTE OF MENTAL HEALTH

**Notice of Award**
FAIN# R25MH119B5B
**Federal Award Date**
08/24/2025

---

### Recipient Information

**1. Recipient Name**
PUCLID HEALTH FOUN, ATION
ENTERPRISES. INDK
18800 DROSSROA, S PW, 7 N
STE 450
DIT7 OF IN, USTR7. DA 91346

**2. Congressional District of Recipient**
81

**3. Payment System Identifier (ID)**
1952553068A1

**4. Employer Identification Number (EIN)**
952553068

**5. Data Universal Numbering System (DUNS)**
0B2199824

**6. Recipient's Unique Entity Identifier**
L4EEY 9SQX2F6

**7. Project Director or Principal Investigator**
Y illiam  McFarland. M,  (Dontact)
Professor
willi_mcfarland@hotmail.com
415-588-9BB2

**8. Authorized Official**
Peter , ale
pdale@phfe.org
562-222-3BB6

### Federal Agency Information

**9. Awarding Agency Contact Information**
Joyce Tso
Grants Management Specialist
NATIONAL INSTITUTE OF MENTAL
HEALTH
joyce.tso@nih.gov

**10. Program Official Contact Information**
Susannah  Allison

NATIONAL INSTITUTE OF MENTAL
HEALTH
allisonsu@mail.nih.gov
240-623-8B61

### Federal Award Information

**11. Award Number**
5R25MH119B5B-05

**12. Unique Federal Award Identification Number (FAIN)**
R25MH119B5B

**13. Statutory Authority**
42 USD 241  42 DFR 52

**14. Federal Award Project Title**
SHINE Strong: Cuilding the pipeline of HIV behavioral scientists with expertise in trans population health

**15. Assistance Listing Number**
98I242

**16. Assistance Listing Program Title**
Mental Health Research Grants

**17. Award Action Type**
Non-Dompeting Dontinuation (REVISE, )

**18. Is the Award R&D?**
7es

#### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 0B/01/2024 **– End Date** 08/21/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0 |
|    20 aK,  irect Dost Amount | $0 |
|    20 bK Indirect Dost Amount | $0 |
| **21.** Authorized Darryover | |
| **22.** Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $1 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $1 |
| **26. Project Period Start Date** 0B/13/2020 **– End Date** 08/21/2025 | |
| **27.** Total Amount of the Federal Award including Approved Dost Sharing or Matching this Project Period | $1.888.43B |

**28. Authorized Treatment of Program Income**
Additional Dosts

**29. Grants Management Officer - Signature**
Theresa RKJarosi"

### 30. Remarks

Acceptance of this award. including the kTerms and Donditions.kis ac" nowledged by the recipient when funds are drawn down or otherwise requested from the grant payment systemK

A.R.000428

Version15 - 2/15/202...    ...25 12:13 AM



Notice of Award

*RESEARCH EDUCATION AWARD*

, epartment of Health and Human Services
National Institutes of Health



NATIONAL INSTITUTE OF MENTAL HEALTH

---

**SECTION I − AWARD DATA − 5R25MH119858-05 REVISED**

**Principal Investigator(s):**
Sean  Arayasiri" ul. PH,
Y illiam  McFarland (contact). M,

**Award e-mailed to:** pdale@helunahealth‍org

, ear Authorized Official:

The National Institutes of Health hereby revises this award  (see "Award Dalculation" in Section I and "Terms and Donditions" in Section III) to PUCLID HEALTH FOUN,  ATION ENTERPRISES in support of the above referenced project‍ This award is pursuant to the authority of 42 USD 241  42 DFR 52  and is subject to the requirements of this statute and regulation and of other referenced. incorporated or attached terms and conditions‍

Acceptance of this award. including the ‍Terms and Donditions.‍is ac" nowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system‍

Each publication. press release. or other document about research supported by an NIH award  must include an ac" nowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute Of Mental Health of the National Institutes of Health under Award Number R25MH119B5B‍The content is solely the responsibility of the authors and does not necessarily represent the official views of   the National Institutes of Health‍ Prior to issuing a press release concerning the outcome of this research. please notify the NIH awarding ID in advance to allow for coordination‍

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design. conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Donflict of Interest (FDOI). in accordance with the 2011 revised regulation at 42 DFR Part 50 Subpart F‍  The Institution shall submit all FDOI reports to the NIH through the eRA Dommons FDOI Module‍The regulation does not apply to Phase I Small Cusiness Innovative Research (SCIR) and Small Cusiness Technology Transfer (STTR) awards‍Donsult the NIH website http://grants‍nih‍gov/grants/policy/coi/ for a lin"  to the regulation and additional important information‍

If you have any questions about this award. please direct questions to the Federal Agency contacts‍

Sincerely yours.

Theresa R‍Jarosi"
Grants Management Officer
NATIONAL INSTITUTE OF MENTAL HEALTH

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

Version: 35 - 3/15/2025 4:08:04 AM    Generated on: 3/25/2025 12:13 AM

| | |
|---|---|
| Other | $1 |
| | |
| **Federal Direct Costs** | $1 |
| **Approved Budget** | $1 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $1 |
| **TOTAL FEDERAL AWARD AMOUNT** | $1 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $0 |

| SUMMARY TOTALS FOR ALL YEARS (for this , ocument Number) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 5 | $1 | $1 |

**Fiscal Information:**

| | |
|---|---|
| **Payment System Identifier:** | 1952553068A1 |
| **Document Number:** | RMH119B5BA |
| **PMS Account Type:** | P (Subaccount) |
| **Fiscal Year:** | 2024 |

| ID | DAN | 2024 |
|---|---|---|
| MH | B432616 | $1 |

**NIH Administrative Data:**
**PCC**: 9A-ASH / **OC**: 41082 / **Released**: 08/28/2025
**Award Processed:** 08/25/2025 12:13:84 AM

---

**SECTION II − PAYMENT/HOTLINE INFORMATION − 5R25MH119858-05  REVISED**

For payment and HHS Office of Inspector General Hotline information. see the NIH Home Page at http://grantsΚnihΚgov/grants/policy/awardconditionsΚhtm

---

**SECTION III − STANDARD TERMS AND CONDITIONS − 5R25MH119858-05  REVISED**

This award is based on the application submitted to. and as approved by. NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

aΚ The grant program legislation and program regulation cited in this Notice of AwardΚ

bΚ Donditions on activities and expenditure of funds in other statutory requirements. such as those included in appropriations actsΚ

cΚ 45 DFR Part 35Κ

dΚ National Policy Requirements and all other requirements described in the NIH Grants Policy Statement. including addenda in effect as of the beginning date of the budget periodΚ

eΚ Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicableΚ

fΚ This award notice. INDLU, ING THE TERMS AN, DON, ITIONS DITE, CELOY Κ

(See NIH Home Page at http://grantsΚnihΚgov/grants/policy/awardconditionsΚhtm for certain references cited aboveΚ)

**Research and Development (R&D):**  All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and , evelopment" at 45 DFR Part§ 35Κ2. As such. auditees should identify NIH awards as part of the R&, cluster on the Schedule of Expenditures of Federal Awards (SEFA)ΚThe auditor should test NIH awards for compliance as instructed in Part V. Dlusters of ProgramsΚNIH recognizes that some awards may have another classification for purposes of indirect costsΚThe auditor is not required to report the disconnect (iΚeΚ the award is classified as R&, for Federal Audit Requirement purposes but non-research for indirect cost rate purposes). unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s)Κ

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approvalΚ

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 DFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM). Should a consortium/subaward be issued under this award. a UEI requirement must be included. See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R25MH119B5B. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Cased on the project period start date of this project. this award is li"ely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 DFR Part 130. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L.110-161. compliance with the NIH Public Access Policy is now mandatory. For more information. see NOT-O, -0B-088 and the Public Access website: http://publicaccess.nih.gov/.

 This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section B.6 Dloseout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final expenditure Federal Financial Report (FFR) (SF 425) must be submitted through the Payment Management System (PMS) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section B.6. Financial Reports. http://grants.nih.gov/grants/policy/policy.htm#gps. for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the real-time cash drawdown data in PMS. NIH will close the awards using the last recorded cash drawdown level in PMS for awards that do not require a final FFR on expenditures. It is important to note that for financial closeout. if a grantee fails to submit a required final expenditure FFR. NIH will close the grant using the last recorded cash drawdown level.

A Final Invention Statement and Dertification form (HHS 56B). (not applicable to training. construction. conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 56B form may be downloaded at: http://grants.nih.gov/grants/forms.htm. This paragraph does not apply to Training grants. Fellowships. and certain other programs—i.e. activity codes D06.-, 42.-, 48.-, 31.-, P3. G03. G0B. G11. W12. W16. V80. P09. P40. P41. P51. R18. R25. R2B. R80. R90. RL5. RL9. S10. S14. S15. U18. U14. U41. U42. U45. UD6. UD3. UR2. X01. X02K

Unless an application for competitive renewal is submitted. a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal application is submitted prior to that date. then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at: https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any other specific requirements set forth in the terms and conditions of the award must also be addressed in the Interim or Final RPPR. *Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.*

NIH requires electronic submission of the final invention statement through the Dloseout feature in the Dommons.

NOTE:  If this is the final year of a competitive segment due to the transfer of the grant to another institution. then a Final RPPR is not required. However. a final expenditure FFR is required and must be submitted electronically as noted above. If not already submitted. the Final Invention Statement is required and should be sent directly to the assigned Grants Management Specialist.

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race. color. national origin. disability. age. and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex. which includes discrimination on the basis of gender identity. sexual orientation. and pregnancy. Dompliance with these laws requires ta"ing reasonable steps to provide meaningful access to

persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilitiesKThe HHS Office for Divil Rights provides guidance on complying with civil rights laws enforced by HHSKSee https://wwwKhhsKgov/civil-rights/for-providers/provider-obligations/indexKhtml and https://wwwKhhsKgov/K

- · Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiencyKFor guidance on meeting the legal obligation to ta"e reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals. see https://wwwKhhsKgov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/indexKhtml and https://wwwKeplKgovK
- · For information on an institution's specific legal obligations for serving qualified individuals with disabilities. including providing program access. reasonable modifications. and to provide effective communication. see http://wwwKhhsKgov/ocr/civilrights/understanding/disability/indexKhtmlK
- · HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://wwwKhhsKgov/civil-rights/for-individuals/sex-discrimination/indexKhtmlK For information about NIH's commitment to supporting a safe and respectful wor" environment. who to contact with questions or concerns. and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards. please see https://grantsKnihKgov/grants/policy/harassmentKhtmlK
- · For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws. see https://wwwKhhsKgov/conscience/conscience-protections/indexKhtml and https://wwwKhhsKgov/conscience/religious-freedom/indexKhtmlK

In accordance with the regulatory requirements provided at 45 DFR 35K118 and Appendix XII to 45 DFR Part 35. recipients that have currently active Federal grants. cooperative agreements. and procurement contracts with cumulative total value greater than $10.000.000 must report and maintain information in the System for Award Management (SAM) about civil. criminal. and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year periodK The recipient must also ma"e semiannual disclosures regarding such proceedingsKProceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS))KFull reporting requirements and procedures are found in Appendix XII to 45 DFR Part 35KThis term does not apply to NIH fellowshipsK


**Treatment of Program Income:**
Additional Dosts

---

**SECTION IV –  MH SPECIFIC AWARD CONDITIONS – 5R25MH119858-05  REVISED**


Dlinical Trial Indicator: No
This award does not support any NIH-defined Dlinical TrialsKSee the NIH Grants Policy Statement Section 1K2 for NIH definition of Dlinical TrialK

**REVISION - TERMINATION**

It is the policy of NIH not to prioritize research activities based on gender identity no longer effectuates agency prioritiesKTherefore. this project is terminatedKPUCLID HEALTH FOUN, ATION ENTERPRISES may request funds to support patient safety and orderly closeout of the projectKFunds used to support any other research activities will be disallowed and recoveredKPlease be advised that your organization. as part of the orderly closeout process will need to submit the necessary closeout documents (i¾eKFinal Research Performance Progress Report. Final Invention Statement. and the Final Federal Financial Report (FFR). **as applicable**) within 120 days of the end of this grantK

NIH is ta"ing this enforcement action in accordance with 2 DFRKRK§ 200K340 as implemented in NIH GPS Section BK5¾2KThis revised award represents the final decision of the NIHKIt shall be the final decision of the , epartment of Health and Human Services (HHS) unless within 80 days after receiving this decision you mail or email a written notice of appeal to , rKMatthew MemoliKPlease include a copy of this decision. your appeal justification. total amount in dispute. and any material or documentation that will support your positionKFinally. the appeal must be signed by the institutional official authorized to sign award applications and must be dated no later than 80 days after the date of this noticeK

SUPERSE, ES NOTIDE OF AY AR,  ISSUE,  B/15/2024

Version: 35 - 2/15/2025 4:00:00 AM    Creation Date: 2/25/2025 12:13 AM
A. R. 000432

**AWARD NOTICE**:
This award has been made in response to the application submitted under the Funding Opportunity Announcement **PAR-17-485** which can be referenced at: https://grantsḰnihḰgov/grants/guide/pa-files/PAR-13-4B5ḱhtmlḰ

**KEY PERSONNEL**
In addition to the PI. any absence. replacement. or substantial reduction in effort of the following individual(s) below. requires the written prior approval of the National Institute of Mental HealthḰ

**Erin Meek Wilson**

**CONSORTIUM/CONTRACTUAL COSTS:**
This award includes funds for consortium activity with **City and County of San Francisco (CCSF)**. Each consortium is to be established and administered in accordance with the NIH Grants Policy Statement dated March 81. 2015ḰNo foreign performance site may be added to this project without the written prior approval of the National Institute of Mental HealthḰ

**RESTRICTION PERSONNEL COSTS:**
Donsistent with the allowable costs guidelines of PAR-13-4B5. funds for personnel costs on this grant may not exceed 85% of Total , irect DostsḰAny rebudgeting from other categories to increase personnel costs to a level in excess of 85% of Total , irect Dosts is not permitted without prior approval from the NIMHḰ

**REPORTING REQUIREMENT:**
Successful participation and completion of instruction in **Responsible Conduct of Research** must be documented during the first year for each participant on this awardḰFull details about this policy requirement can be found in the NIH Guide Notice NOT-O, -10-019 which can be accessed at: http://grantsḰnihḰgov/grants/guide/notice-files/NOT-O, -10-019ḱhtmlḰ

**DATA AND SAFETY MONITORING:**
This grant is subject to the clinical research policies outlined in NOT-MH-19-023ḰThe recipient will adhere to the NIH (NIH GPS 4Ḱ1Ḱ15) and NIMH policies (NOT-MH-19-023) including appropriately providing adequate data and safety monitoring and timely reporting of ˮey events as defined in the NIMH Reportable Events PolicyḰThe level and frequency of human subject data and safety monitoring should always be commensurate with the risˮ and nature of the researchḰ

**INVOLVEMENT OF HUMAN SUBJECTS OR VERTEBRATE ANIMALS:**
It is understood that no trainee will be permitted to worˮ on any project involving live vertebrate animals or human subjects that has not been approved by the IADUD and/or IRC. as appropriate. and that is not conducted under a valid Federal-wide Assurance approved by OHRP or Animal Y elfare Assurance approved by OLAY /NIH. as appropriateḰThe grantee is responsible for ensuring that all trainees are appropriately trained prior to worˮing with human subjects and/or vertebrate animalsḰY hen submitting the progress report the grantee should provide appropriate IRC and/or IADUD approval dates for the relevant individual protocols under which the trainees are worˮingḰ

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 5R25MH119B5B-05 REVISE,

**INSTITUTION:** PUCLID HEALTH FOUN, ATION ENTERPRISES

| Cudget | 7ear 5 |
|---|---|
| Other | $1 |
| TOTAL FE, ERAL , D | $1 |
| TOTAL FE, ERAL F&A | $0 |
| TOTAL DOST | $1 |

| Facilities and Administrative Dosts | 7ear 5 |
|---|---|
| F&A Dost Rate 1 | 0% |
| F&A Dost Case 1 | $0 |
| F&A Dosts 1 | $0 |

Version: 35 - 3/15/24, 12:00 AM    Version Date: 1/25/2025 12:13 AM

| | |
|---|---|
| **Department of Health and Human Services** | **Notice of Award** |
| I AOLLI AS U UOUOEOD L R MDI OAS h DASOh | 5F25Mh 129290 |
| | **Federal Award Date** |
| | 08/2N/2024 |

**Recipient Information**

**1. Recipient Name**
FDGDl OU L R Oh D El uVDFUUO# L R
6ASuRL Fl uA7UAl  RFAl 6uU6L 70h D
1N55 RL SUL M UO UOD 425
UAl  RFAl 6uU6L 76 A 9410W

**2. Congressional District of Recipient**
11

**3. Payment System Identifier (ID)**
19480W849WA8

**4. Employer Identification Number (EIN)**
9480W849W

**5. Data Universal Numbering System (DUNS)**
094NYNWW

**6. Recipient's Unique Entity Identifier**
3Mh 539VYU51N

**7. Project Director or Principal Investigator**
Ali  MirCaCadeT7MK , 6ontactk

alib@irCaCadeTw Hcsfted H
415-N88-42W4

**8. Authorized Official**
Magdalene 6To
@aggieb cTow Hcsfted H
415-502-NY52

**Federal Agency Information**

**9. Awarding Agency Contact Information**
. oyce Oso
Grants Manage@ent UJecialist
I AOLI AS U UOUOEOD L R MDI OAS
h DASOh
noyceb sow niThgop

**10. Program Official Contact Information**
UHsannaT Allison

I AOLI AS U UOUOEOD L R MDI OAS
h DASOh
allisonsHw @ailbniThgop
240-82Y-WN81

**Federal Award Information**

**11. Award Number**
5F25Mh 129290-0W

**12. Unique Federal Award Identification Number (FAIN)**
F25Mh 129290

**13. Statutory Authority**
42 EU6 241  42 6RF 52

**14. Federal Award Project Title**
UTort Orainings on MetTods for FecrHting7Ua@Jling7and 6oHnting h ard-to-FeacT
PoJHlations: OTe h 2F Oraining Progra@

**15. Assistance Listing Number**
9Wb242

**16. Assistance Listing Program Title**
Mental healtT FesearcT Grants

**17. Award Action Type**
I on-6o@Jeting 6ontinHation

**18. Is the Award R&D?**
#es

**Summary Federal Award Financial Information**

| | |
|---|---|
| **19. Budget Period Start Date** 08/01/2024 – **End Date** 05/W1/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | v218I249 |
| 20 ab Kirect 6ost A@oHnt | v20W010 |
| 20 qb undirect 6ost A@oHnt | v1W2V9 |
| **21.** AHtTori Ced 6arryoper | |
| **22.** L ffset | |
| **23.** Ootal A@oHnt of Rederal RHnds L qligated tTis qHdget Jeriod | v218I249 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | v0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | v218I249 |
| **26. Project Period Start Date** 0N/01/2022 – **End Date** 05/W1/2028 | |
| **27.** Ootal A@oHnt of tTe Rederal Ax ard inclHding AJJroped 6ost UTaring or MatcTing tTis Pronect Period | v851I999 |
| **28. Authorized Treatment of Program Income** Additional 6osts | |
| **29. Grants Management Officer - Signature** h eatTer ( eiss | |

**30. Remarks**
AcceJtance of tTis ax ard7inclHding tTe )Oer@s and 6onditions7J is ac$nox ledged qy tTe reciJient x Ten fHnds are drax n dox n or
otTerx ise rezHested fro@ tTe grant Jay@ent syste@b



Notice of Award

RESEARCH EDUCATION AWARD
Department of healtT and H@an Uerpices
National unstitHtes of healtT



NAOuLI AS ul UOuOEOD L R MDI OAS h DASOh

---

**SECTION I – AWARD DATA – 5R25MH129290-03**

**Principal Investigator(s)V**
Uean  Arayasiri$H7Ph K
OTo@as  h off@ann7Ph K
( illia@ McRarland7MK
Ali  MirCaCadeT , contactk7MK

**Award e-mailed toV** cgrastea@wHcsfbedH

Kear AHtToriCed L fficial:

OTe National unstitHtes of healtT Tereqy ax ards a grant in tTe a@oHnt of v2187249 , see jAx ard 6alcHlation" in Uection uand jOer@s and 6onditions" in Uection uuk to OTe Fegents of tTe E6UR in sHJJort of tTe aqope referenced Jronectb OTis ax ard is JHrsHant to tTe aHtTority of 42 EU6 241  42 6RF 52  and is sHqnect to tTe rezHire@ents of tTis statHte and regHlation and of otTer referenced7incorJorated or attacTed ter@s and conditionsb

AcceJtance of tTis ax ard7inclHding tTe )Oer@s and 6onditions7J is ac$nox ledged qy tTe reciJient x Ten fHnds are drax n dox n or otTerx ise rezHested fro@ tTe grant Jay@ent syste@b

DacT JHqlication7Jress release7or otTer docH@ent aqoHt researcT sHJJorted qy an I uh ax ard  @Hst inclHde an ac$nox ledg@ent of I uh ax ard sHJJort and a disclai@er sHcT as jFesearcT reJorted in tTis JHqlication x as sHJJorted qy tTe L f Mental healtT of tTe National unstitHtes of healtT Hnder Ax ard N H@qer F25Mh129290bOTe content is solely tTe resJonsiqility of tTe aHtTors and does not necessarily reJresent tTe official piex s of  tTe National unstitHtes of healtTb Prior to issHing a Jress release concerning tTe oHtco@e of tTis researcT7Jlease notify tTe I uh ax arding u6 in adpance to allox  for coordinationb

Ax ard reciJients @Hst Jro@ote oqjectipity in researcT qy estaqlisTing standards tTat Jropide a reasonaqle e"Jectation tTat tTe design7condHct and reJorting of researcT fHnded Hnder I uh ax ards x ill qe free fro@ qias resHlting fro@ an unpestigator's Rinancial 6onflict of unterest , R6L uk7in accordance x itT tTe 2011 repised regHlation at 42 6RF Part 50 UHqJart Rb  OTe unstitHtion sTall sHq@it all R6L ureJorts to tTe I uh tTroHgT tTe eFA 6o@@ons R6L uModHleb OTe regHlation does not aJJly to PTase uU@all ' Hsiness unnopatipe FesearcT ,U' uF and U@all ' Hsiness OecTnology Oransfer ,UOOF ax ardsb6onsHlt tTe I uh x eqsite TttJ://grantsbniTbgop/grants/Jolicy/coi/ for a lin$ to tTe regHlation and additional i@Jortant infor@ationb

uf yoH Tape any zHestions aqoHt tTis ax ard7Jlease direct zHestions to tTe Rederal Agency contactsb

Uincerely yoHrs7

h eatTer ( eiss
Grants Manage@ent L fficer
NAOuLI AS ul UOuOEOD L R MDI OAS h DASOh

Additional infor@ation follox s

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| **Salaries and Wages** | v59Z312 |
| **Fringe Benefits** | v21ZYW |
| **Personnel Costs (Subtotal)** | vN1ZN5 |
| **Travel** | v2Z000 |
| **Other** | v59Z0NW |
| **Subawards:Consortium:Contractual Costs** | v40ZB42 |
| **Participant Other** | v20Z000 |
| | |
| **Federal Direct Costs** | v20W010 |
| **Federal F&A Costs** | v1WZWV |
| **Approved Budget** | v218Z249 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | v218Z249 |
| **TOTAL FEDERAL AWARD AMOUNT** | v218Z249 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | v218Z249 |

| SUMMAR/ TOTALS FOR ALL / EARS , for tTis KocH@ent l H@qerk | | |
|---|---|---|
| **/ R** | **THIS AWARD** | **CUMULATIYE TOTALS** |
| W | v218Z249 | v218Z249 |
| 4 | v218Z001 | v218Z001 |

Feco@@ended fHtHre year total cost sHJJort7sHqrect to tTe apailaqility of fHnds and satisfactory Jrogress of tTe Jroract

**Fiscal InformationV**

| | |
|---|---|
| **Payment System IdentifierV** | 19480W849WA8 |
| **Document NumberV** | FMh129290A |
| **PMS Account TypeV** | P ,UHqacco Hntk |
| **Fiscal / earV** | 2024 |

| u6 | 6AI | 2024 | 2025 |
|---|---|---|---|
| L K | N055Y29 | v218Z249 | v218Z001 |

Feco@@ended fHtHre year total cost sHJJort7sHqrect to tTe apailaqility of fHnds and satisfactory Jrogress of tTe Jroract

**NIH Administrative DataV**
**PCC**: 9A-AUh / **OC**: 410WZ / **Released**: 08/2Y/2024
**Award ProcessedV** 08/2N/2024 12:21:19 AM

## SECTION II − PA/ MENT: HOTLINE INFORMATION − 5R25MH129290-03

Ror Jay@ent and h h U Lffice of unsJector General h otline infor@ation7see tTe l uh h o@e Page at
TttJ://grants niTt gop/grants/Jolicy/ax ardconditionsbTt@

## SECTION III − STANDARD TERMS AND CONDITIONS − 5R25MH129290-03

OTis ax ard is qased on tTe aJJlication sHq@itted to7and as aJJroped qy7l uh on tTe aqope-titled Jroract and is sHqract to tTe ter@s and conditions incorJorated eitTer directly or qy reference in tTe follox ing:

ab OTe grant Jrogra@ legislation and Jrogra@ regHlation cited in tTis l otice of Ax ardb

qb 6onditions on actipities and e"JenditHre of fHnds in otTer statHtory rezHire@ents7sHcT as tTose inclHded in aJJroJriations actsb

cb 45 6RF Part Y5b

db l ational Policy FezHire@ents and all otTer rezHire@ents descriqed in tTe l uh Grants Policy Utate@ent7inclHding addenda in effect as of tTe qeginning date of tTe qHdget Jeriodb

eb Rederal Ax ard Perfor@ance Goals: As rezHired qy tTe Jeriodic reJort in tTe FPPF or in tTe final Jrogress reJort x Ten aJJlicaqleb

fb OTis ax ard notice7Ul 6SEKUl G OhD ODFMU AI K 6LI KuOLI U 6uODK ' DSL( b

,Uee l uh h o@e Page at TttJ://grants niTt gop/grants/Jolicy/ax ardconditionsbTt@ for certain references cited aqopeb

**Research and Development (R&D)V** All ax ards issHed qy tTe l ational unstitHtes of h ealtT ,l uh k@eet tTe definition of j FesearcT and KepeloJ@ent" at 45 6RF Part§ Y5l2. As sHcT7aHditees sToHd identify l uh ax ards as Jart of tTe F&K clHster on tTe UcTedHe of D"JenditHres of Rederal Ax ards ,UDRAkbOTe aHditor sToHd test l uh ax ards for co@Jliance as instrHcted in Part V76IHsters of Progra@sbl uh recogniCes tTat so@e ax ards @ay Tape anotTer classification for JHrJoses of indirect costsbOTe aHditor is not rezHired to reJort tTe disconnect ,ite67tTe ax ard is classified as F&K for Rederal AHdit FezHire@ent JHrJoses qHt non-researcT for indirect cost rate JHrJosesk7Hnless tTe aHditee is cTarging indirect costs at a rate otTer tTan tTe rate,sksJecified in tTe ax ard docH@ent,skb

OTis institHtion is a signatory to tTe Rederal Ke@onstration PartnersTiJ ,RKPkPTase VuuAgree@ent x TicT rezHires actipe institHtional JarticiJation in nex or ongoing RKP de@onstrations and Jilotsb

An Hnoqligated qalance @ay qe carried oper into tTe ne"t qHdget Jeriod x itToHt Grants Manage@ent L fficer Jrior aJJropalb

OTis grant is sHqrect to Utrea@lined l onco@Jeting Ax ard ProcedHres ,Ul APKb

OTis ax ard is sHqrect to tTe rezHire@ents of 2 6RF Part 25 for institHtions to oqtain a HnizHe entity identifier ,EDukand @aintain an actipe registration in tTe Uyste@ for Ax ard Manage@ent ,UAMkb UToHd a consortiH@/sHqax ard qe issHed Hnder tTis ax ard7a EDurezHire@ent @Hst qe inclHdedb Uee TttJ://grantsbniTbgop/grants/Jolicy/ax ardconditionsbTt@ for tTe fHll l uh ax ard ter@i@ J@Jle@enting tTis rezHire@ent and otTer additional infor@ationb

OTis ax ard Tas qeen assigned tTe Rederal Ax ard uHentification l H@qer ,RAu kF25MHi 129290bFeciJients @Hst docH@ent tTe assigned RAu on eacT consortiH@/sHqax ard issHed Hnder tTis ax ardb

' ased on tTe Jronect Jeriod start date of tTis Jronect7tTis ax ard is liĵely sHqrect to tTe OransJarency Act sHqax ard and e"ecHtipe co@Jensation reJorting rezHire@ent of 2 6RF Part 1Y0b0Tere are conditions tTat @ay e"clHde tTis ax ard; see TttJ://grantsbniTbgop/grants/Jolicy/ax ardconditionsbTt@ for additional ax ard aJJlicaqility infor@ationb

un accordance x itT PLbb110-1817co@Jliance x itT tTe l uh PHqlic Access Policy is nox @andatorybRor @ore infor@ation7seel LO-L K-0N-0WWand tTe PHqlic Access x eqsite: TttJ://JHqlicaccessbniTbgop/b

OTis ax ard is fHnded qy tTe follox ing list of institHtesb Any JaJers JHqlisTed Hnder tTe aHsJices of tTis ax ard @Hst cite tTe fHnding sHJJort of all institHtesb

| L ffice L f OTe Kirector7l ational unstitHtes L f healtT ,L Kk |
| --- |

FeciJients @Hst ad@inister tTe Jronect in co@Jliance x itT federal cipil rigTts lax s tTat JroTiqit discri@ination on tTe qasis of race7color7national origin7disaqility7age7and co@JlUy x itT aJJlicaqle conscience JrotectionsbOTe reciJient x ill co@JUy x itT aJJlicaqle lax s tTat JroTiqit discri@ination on tTe qasis of se"7x TicT inclHdes discri@ination on tTe qasis of gender identity7se" Hal orientation7and Jregnancyb6 o@Jliance x itT tTese lax s rezHires taŜing reasonaqle steJs to Jropide @eaningfHl access to Jersons x itT li@ited DnglisT Jroficiency and Jropiding Jrogra@s tTat are accessiqle to and Hsaqle qy Jersons x itT disaqilitiesbOTe h U L fficefor 6ipil FigTts Jropides gHidance on co@JUying x itT cipil rigTts lax s enforced qy h h UbUee TttJs://x x x bTTsbgop/cipil-rigTts/for-Jropiders/Jropider-oqligations/inde"bTt@l and TttJs://x x x bTTsbgop/b

- FeciJients of RRA @Hst ensHre tTat tTeir Jrogra@s are accessiqle to Jersons x itT li@ited DnglisT JroficiencybRor gHidance on @eeting tTe legal oqligation to taŜe reasonaqle steJs to ensHre @eaningfHl access to Jrogra@s or actipities qy li@ited DnglisT Jroficient indipidHals7 see TttJs://x x x bTTsbgop/cipil-rigTts/for-indipidHals/sJecial-toJics/li@ited-englisT-Jroficiency/fact-sTeet-gHidance/inde"bTt@l and TttJs://x x x bTTsbgopb
- Ror infor@ation on an institHtion's sJecific legal oqligations for serping zHalified indipidHals x itT disaqilities7inclHding Jropiding Jrogra@ access7reasonaqle @odifications7and to Jropide effectipe co@@Hnication7see TttJs://x x x bTTsbgop/ocr/cipilrigTts/Hnderstanding/disaqility/inde"bTt@lb
- h h U fHnded TealtT and edHcation Jrogra@s @Hst qe ad@inistered in an enpiron@ent free of se" Hal Tarass@ent; see TttJs://x x x bTTsbgop/cipil-rigTts/for-indipidHals/se"-discri@ination/inde"bTt@lb Ror infor@ation aqoHt l uh's co@@it@ent to sHJJorting a safe and resJectfHl x orŜ enpiron@ent7

x To to contact x itT zHestions or concerns7and x Tat l ᶸh's e" Jections are for institHtions and tTe
indipidHals sHJᵨorted on l ᶸh-fHnded ax ards7Jlease see
TttJs://grantsᵢniTᵨgop/grants/Jolicy/Tarass@entbᶠt@b

- Ror gHᵢdance on ad@inistering Jrograᵩs in co@Jliance x itT aJJlicaqle federal religioHs
nondiscri@ination lax s and aJJlicaqle federal conscience Jrotection and associated anti-
discri@ination lax s7see TttJs://x x x bᶠTsᵨgop/conscience/conscience-Jrotections/inde"bᶠt@l and
TttJs://x x x bᶠTsᵨgop/conscience/religioHs-freedo@/inde"bᶠt@lb

un accordance x itT tTe regHatory rezHire@ents Jropided at 45 6RF Y5bl 1Wand AJJendi" XHto 45 6RF Part
Y57reciJients tTat Tape cHrrently actipe Rederal grants7cooJeratipe agree@ents7and JrocHre@ent contracts
x itT cH@Hatipe total palHe greater tTan v107000T000 @Hst reJort and @aintain infor@ation in tTe Uyste@ for
Ax ard Manage@ent ,UAMᵨkaqoHt cipil7cri@inal7and ad@inistratipe Jroceedings in connection x itT tTe
ax ard or Jerfor@ance of a Rederal ax ard tTat reacTed final disJosition x itTin tTe @ost recent fipe-year
Jeriodb OTe reciJient @Hst also @aᶟe se@iannHal disclosHres regarding sHcT JroceedingsbProceedings
infor@ation x ill qe @ade JHqlicly apailaqle in tTe designated integrity and Jerfor@ance syste@ ,cHrrently
tTe Rederal Ax ardee Perfor@ance and untegrity unfor@ation Uyste@ ,RAPUᵨbkᶠbRHl reJorting rezHire@ents
and JrocedHres are foHnd in AJJendi" XHto 45 6RF Part Y5bOTis ter@ does not aJJly to l ᶸh fellox sTiJsb

**Treatment of Program IncomeV**
Additional 6osts

---

**SECTION IY − MH SPECIFIC AWARD CONDITIONS − 5R25MH129290-03**

6linical Orial undicator: l o
OTis ax ard does not sHJᵨort any l ᶸh-defined 6linical OrialsbUee tTe l ᶸh Grants Policy Utate@ent Uection 1ᵦ2
for l ᶸh definition of 6linical Orialb

## AWARD NOTICE:
This award has been made in response to the application submitted under the
Funding Opportunity Announcement  OD21-005 which can be referenced at:
https://grants.nih.gov/grants/guide/rfa-files/RFA-OD-21-005.html.

## CONSORTIUM / CONTRACTUAL COSTS:
This award includes funds for consortium activity with **San Francisco Department of
Public Health** and **Public Health Foundation Enterprises, Inc**. Each consortium is to be
established and administered in accordance with the NIH Grants Policy Statement
(http://grants.nih.gov/grants/policy/nihgps/index.htm). No foreign performance site
may be added to this project without the written prior approval of the National
Institute of Mental Health.

## ELECTRONIC FORMS SUBMISSION:
As outlined in NOT-MH-12-033 (http://grants.nih.gov/grants/guide/notice-files/NOT-
MH-12-033.html) and NOT-OD-11-026 (http://grants.nih.gov/grants/guide/notice-
files/NOT-OD-11-026.html), the recipient is required to use the xTrain Commons
module to electronically prepare and submit the PHS 2271 Statement of Appointment
form and the PHS 416-7 Termination Notice for each participant appointed for eight
weeks or more on NIMH R25 grants. The recipient organization must electronically
submit a completed Statement of Appointment and a completed Termination Notice
using the xTrain system.

## REPORTING REQUIREMENT:
Successful participation and completion of instruction in Responsible Conduct of
Research must be documented during the first year for each participant on this
award. Full details about this policy requirement can be found in the NIH Guide
Notice NOT-OD-22-055 which can be accessed at:
https://grants.nih.gov/grants/guide/notice-files/NOT-OD-22-055.html.

**SPREADSHEET SUMMAR/**
**AWARD NUMBER** V5F25Mh 129290-0W

**INSTITUTION** VOTe Fegents of tTe E6UR

| ' Hdget | #ear W | #ear 4 |
|---|---|---|
| Ualaries and ( ages | v597B12 | v597B09 |
| Rringe ' enefits | v217BYW | v217BY2 |
| Personnel 6osts ,UHqtotalk | vN17ZN5 | vN17ZN1 |
| Orapel | v27000 | v27000 |
| LtTer | v597DNW | v597DNN |
| UHqax ards/6onsortiH@/6o ntractHal 6osts | v407B42 | v407B42 |
| ParticiJant LtTer | v207000 | v207000 |
| OL OAS RDKDFAS K6 | v20W010 | v20W011 |
| OL OAS RDKDFAS R&A | v1WZW9 | v127990 |
| OL OAS 6L UO | v218ZZ49 | v218Z001 |

| Racilities and Ad@inistratipe 6osts | #ear W | #ear 4 |
|---|---|---|
| R&A 6ost Fate 1 | N% | N% |
| R&A 6ost ' ase 1 | v185ZY92 | v182ZY89 |
| R&A 6osts 1 | v1WZW9 | v127990 |

**Department of Health and Human Services**
NATIONAL INSTITUTE ON AGING

Case 3:25-cv-01620-JLR   Document 108-1   Filed 01/09/26   Page 446 of 573

**Notice of Award**
FAIN# R37AG076057
**Federal Award Date**
12/20/2024

## Recipient Information

**1. Recipient Name**
UNIVERSITY OF TEXAS AT AUSTIN
110 INNER CAMPUS DR
AUSTIN, TX 78712

**2. Congressional District of Recipient**
37

**3. Payment System Identifier (ID)**
1746000203A4

**4. Employer Identification Number (EIN)**
746000203

**5. Data Universal Numbering System (DUNS)**
170230239

**6. Recipient's Unique Entity Identifier**
V6AFQPN18437

**7. Project Director or Principal Investigator**
DEBRA J. UMBERSON, PHD
Professor And Director
umberson@prc.utexas.edu
512-762-0113

**8. Authorized Official**
Alyson Frasch
a.gonzales@austin.utexas.edu
512-471-6424

## Federal Agency Information

**9. Awarding Agency Contact Information**
Randi Freundlich
Grants Management Specialist
NATIONAL INSTITUTE ON AGING
freundlichr@mail.nih.gov
(301) 594-5974

**10. Program Official Contact Information**
Melissa S Gerald
Health Science Administrator
NATIONAL INSTITUTE ON AGING
geraldmel@nia.nih.gov
301-402-4156

## Federal Award Information

**11. Award Number**
5R37AG076057-04

**12. Unique Federal Award Identification Number (FAIN)**
R37AG076057

**13. Statutory Authority**
42 USC 241  42 CFR 52

**14. Federal Award Project Title**
How Spouses Influence Each Other's Health in Same- and Different-Sex Marriages: A Dyadic and Longitudinal Assessment from Mid to Later Life

**15. Assistance Listing Number**
93.866

**16. Assistance Listing Program Title**
Aging Research

**17. Award Action Type**
Non-Competing Continuation

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---|
| **19. Budget Period Start Date** 01/01/2025 – **End Date** 12/31/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $329,102 |
| 20 a.  Direct Cost Amount | $221,725 |
| 20 b.  Indirect Cost Amount | $107,377 |
| **21.** Authorized Carryover | |
| **22.** Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $329,102 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $329,102 |
| ------------------------------------------------------------------------- | |
| **26. Project Period Start Date** 01/15/2022 – **End Date** 12/31/2026 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $1,914,178 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Ryan  Blakeney

## 30. Remarks

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Version:25 - 2/15/2023 2:04 PM    Generated on: 12/20/2024 12:27 AM



Notice of Award

*METHOD TO EXTEND RESEARCH IN TIME AWARD*
Department of Health and Human Services
National Institutes of Health

NATIONAL INSTITUTE ON AGING



---

**SECTION I – AWARD DATA – 5R37AG076057-04**

**Principal Investigator(s)∇**
DEBRA J. UMBERSON, PHD

**Award e-mailed to∇**osp@austin.utexas.edu

Dear Authorized Official:

The National Institutes of Health hereby awards a grant in the amount of $329,102 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to The University of Texas at Austin in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241  42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute On Aging of the National Institutes of Health under Award Number R37AG076057. The content is solely the responsibility of the authors and does not necessarily represent the official views of  the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Ryan  Blakeney
Grants Management Officer
NATIONAL INSTITUTE ON AGING

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**
**Salaries and Wages**                                                                $111,543

| | |
|---|---|
| **Fringe Benefits** | $34,133 |
| **Personnel Costs (Subtotal)** | $145,676 |
| **Consultant Services** | $35,424 |
| **Travel** | $4,502 |
| **Other** | $17,542 |
| **Subawards:Consortium:Contractual Costs** | $18,581 |
| | |
| **Federal Direct Costs** | $221,725 |
| **Federal F&A Costs** | $107,377 |
| **Approved Budget** | $329,102 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $329,102 |
| **TOTAL FEDERAL AWARD AMOUNT** | $329,102 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $329,102 |

| SUMMAR/ TOTALS FOR ALL / EARS (for this Document Number) | | |
|---|---|---|
| **/ R** | **THIS AWARD** | **CUMULATIYE TOTALS** |
| 4 | $329,102 | $329,102 |
| 5 | $330,731 | $330,731 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**Fiscal InformationV**

| | |
|---|---|
| **Payment System IdentifierV** | 1746000203A4 |
| **Document NumberV** | RAG076057A |
| **PMS Account TypeV** | P (Subaccount) |
| **Fiscal / earV** | 2025 |

| IC | CAN | 2025 | 2026 |
|---|---|---|---|
| AG | 8470694 | $329,102 | $330,731 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**NIH Administrative DataV**
**PCC**: 2BFAMGE / **OC**: 41025 / **Released**: 12/18/2024
**Award ProcessedV**12/20/2024 12:27:59 AM

**SECTION II – PA/ MENT:HOTLINE INFORMATION – 5R37AG076057-04**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm

**SECTION III – STANDARD TERMS AND CONDITIONS – 5R37AG076057-04**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

a. The grant program legislation and program regulation cited in this Notice of Award.
b. Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
c. 45 CFR Part 75.
d. National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
e. Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
f. This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D)V** All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH

awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VII Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.  See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R37AG076057. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

· Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
· For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
· HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
· For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program IncomeV**
Additional Costs

---

**SECTION IY −  AG SPECIFIC AWARD CONDITIONS − 5R37AG076057-04**

Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

NIH is currently operating under a Continuing Resolution (see NIH Guide Notice NOT-OD-25-010). Therefore, this non-competing award has been made at 90% of the level indicated for this budget period on the prior Notice of Award.  If the final appropriation permits, adjustments may be made up to the FY2025 funding plan level.  All legislative mandates that were in effect in FY 2024 (see NOT-OD-24-110) remain in effect under the CR, as well as the salary limitation set at Executive Level II of the Federal Pay Scale (see NOT-OD-24-104).

This award includes funds awarded for consortium activity with **Ohio State University.**  Consortiums are to be established and administered as described in the NIH Grants Policy Statement (NIH GPS). The referenced section of the NIH Grants Policy Statement is available at:
http://grants.nih.gov/grants/policy/nihgps/HTML5/section_15/15_consortium_agreements.htm.

**SPREADSHEET SUMMAR/**
**AWARD NUMBERV**5R37AG076057-04

**INSTITUTIONV**The University of Texas at Austin

| Budget | Year 4 | Year 5 |
|---|---|---|
| Salaries and Wages | $111,543 | $107,060 |
| Fringe Benefits | $34,133 | $32,760 |
| Personnel Costs (Subtotal) | $145,676 | $139,820 |
| Consultant Services | $35,424 | $39,360 |
| Travel | $4,502 | $5,002 |
| Other | $17,542 | $19,491 |
| Subawards/Consortium/Contractual Costs | $18,581 | $20,645 |
| TOTAL FEDERAL DC | $221,725 | $224,318 |
| TOTAL FEDERAL F&A | $107,377 | $106,413 |
| TOTAL COST | $329,102 | $330,731 |

| Facilities and Administrative Costs | Year 4 | Year 5 |
|---|---|---|
| F&A Cost Rate 1 | 58.5% | 58.5% |
| F&A Cost Base 1 | $183,551 | $181,903 |
| F&A Costs 1 | $107,377 | $106,413 |

Version: 25 - 2/15/2024 12:27 AM    A.R.000445    10/28/2024 12:27 AM

A.R.000446
Version: 25 - 2/15/2...                    ...7/20/2024 13:27 AM

**Department of Health and Human Services**
Case 1:25-cv-01620-LLA    Document 108-1    Filed 01/09/26    Page 452 of 573
NATIONAL INSTITUTE ON AGING

**Notice of Award**
5R83AG03B053
**Federal Award Date**
08/24/2025

## Recipient Information

**1. Recipient Name**
UNIVERSITC OF TEDAS AT AUSTIN
110 INNER , AMPUS . R
AUSTINKTD 3W812

**2. Congressional District of Recipient**
83

**3. Payment System Identifier (ID)**
134B000208A4

**4. Employer Identification Number (EIN)**
34B000208

**5. Data Universal Numbering System (DUNS)**
130280289

**6. Recipient's Unique Entity Identifier**
VBAFYPN1W483

**7. Project Director or Principal Investigator**
. E7RA 6QUM7ERSONKPH.
Professor And . ireXtor
umcerson( ) rXQtewas@du
512-3B2-0118

**8. Authorized Official**
Al_son FrasXh
a@on@ales( austin@tewas@du
512-431-B424

## Federal Agency Information

**9. Awarding Agency Contact Information**
Randi FreundliXh
Grants Management S) eXialist
NATIONAL INSTITUTE ON AGING
freundliXhr( mailQih@op
J801y 594-5934

**10. Program Official Contact Information**
Melissa S Gerald
Health SXienXe Administrator
NATIONAL INSTITUTE ON AGING
geraldmel( nia@ih@op
801-402-415B

## Federal Award Information

**11. Award Number**
5R83AG03B053-04

**12. Unique Federal Award Identification Number (FAIN)**
R83AG03B053

**13. Statutory Authority**
42 US, 241 42 , FR 52

**14. Federal Award Project Title**
Hoj S) ouses InfluenXe EaXh Others Health in Same- and . ifferent-SewMarriages: A
. _adiX and Longitudinal Assessment from Mid to Later Life

**15. Assistance Listing Number**
980VBB

**16. Assistance Listing Program Title**
Aging ResearXh

**17. Award Action Type**
Non-, om) eting , ontinuation JREVISE. y

**18. Is the Award R&D?**
Ces

### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 01/01/2025 **– End Date** 08/21/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | b0 |
| 20 aQ. ireXt , ost Amount | b0 |
| 20 cQIndireXt , ost Amount | b0 |
| **21.** Authori@ed , arr_oper | |
| **22.** Offset | |
| **23. Total Amount of Federal Funds Obligated this budget ) eriod** | b829K02 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | b0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | b829K02 |
| **26. Project Period Start Date** 01/15/2024 **– End Date** 08/21/2025 | |
| **27.** Total Amount of the Federal Aj ard inXluding A) ) roped , ost Sharing or MatXhing this ProjeXt Period | b1K914K3W |

**28. Authorized Treatment of Program Income**
Additional , osts

**29. Grants Management Officer - Signature**
EQ QMelpin

## 30. Remarks

AXXe) tanXe of this aj ardKinXluding the STerms and , onditionsKis aXznoj ledged c_ the reXi) ient j hen funds are draj n doj n or
otherj ise re" uested from the grant ) a_ment s_stemQ

Notiᵡe of Aj ard



**METHOD TO EXTEND RESEARCH IN TIME AWARD**
. e) artment of Health and Human Serpiᵡes
National Institutes of Health



NATIONAL INSTITUTE ON AGING

---

**SECTION I – AWARD DATA – 5R37AG076057-04 REVISED**

**Principal Investigator(s):**
. E7RA 6ႍUM7ᵀERSONKᵖH.

**Award e-mailed to:** os) ( austinၧtewasၧedu

. ear Authori@ed Offiᵡial:

The National Institutes of Health herec_ repises this aj ard �します kAj ard , alᵡulationᵩin Seᵡtion I and kᵀerms
and , onditionsᵩin Seᵡtion IIᏰy to The Unipersit_ of Tewas at Austin in su) ) ort of the aᵡope referenᵡed
) roᵡeᵡtႍ This aj ard is ) ursuant to the authorit_ of 42 US, 241 42 , FR 52 and is suᵡeᵡt to the
re" uirements of this statute and regulation and of other referenᵡedᏰinᵡor) orated or attaᵡhed terms and
ᵡonditionsႍ

AᵡᵡeᏰ tanᵡe of this aj ardᏰinᵡluding the ჴᵀerms and , onditionsᏰᵢis aᵡknoj ledged c_ the reᵡi) ient j hen
funds are draj n doj n or otherj ise re" uested from the grant ) a_ment s_stemႍ

Eaᵡh ) ucliᵡationᏰ) ress releaseᏰor other doᵡument aᵡout researᵡh su) ) orted c_ an NIH aj ard must inᵡlude
an aᵡknoj ledgment of NIH aj ard su) ) ort and a disᵡlaimer suᵡh as kResearᵡh re) orted in this ) ucliᵡation
j as su) ) orted c_ the National Institute On Aging of the National Institutes of Health under Aj ard Numᵡer
R83AG03B053ႍჴThe ᵡontent is solel_ the res) onsicilit_ of the authors and does not neᵡessaril_ re) resent the
offiᵡial piej s of the National Institutes of HealthႍჴPrioNID to issuing a ) ress release ᵡonᵡerning the outᵡome
of this researᵡhᏰᵢlease notif_ the NIH aj arding l, in adpanᵡe to alloj for ᵡoordinationႍ

Aj ard reᵡi) ients must ) romote ocᵢeᵡtipit_ in researᵡh c_ estaclishing standards that ) ropide a reasonacle
ewᏰeᵡtation that the designᏰᵡonduᵡt and re) orting of researᵡh funded under NIH aj ards j ill ce free from
cias resulting from an Inpestigator's Finanᵡial , onfliᵡt of Interest ᏰF, OlyᏰin aᵡᵡordanᵡe j ith the 2011
repised regulation at 42 , FR Part 50 Suc) art Fႍ The Institution shall sucmit all F, OI re) orts to the NIH
through the eRA , ommons F, OI ModuleႍჴThe regulation does not a) ) l_ to Phase I Small 7usiness
Innopatipe Researᵡh ჴ67IRᏰy and Small 7usiness Teᵡhnolog_ Transfer ჴSTTRᏰaj ardsႍ onsult the NIH
j ecsite htt) ://grantsၧihၧop/grants/) oliᵡ_/ᵡoi/ for a linz to the regulation and additional im) ortant
informationႍ

If _ou hape an_ " uestions aᵡout this aj ardᏰᵢlease direᵡt " uestions to the Federal Agenᵡ_ ᵡontaᵡtsႍ

Sinᵡerel_ _oursK

Eႍ ჴႍMelpin
Grants Management Offiᵡer
NATIONAL INSTITUTE ON AGING

Additional information folloj s

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**
**Salaries and Wages** ⸝⸝⸝b111ᶂ⸝548

| | |
|---|---|
| Fringe Benefits | b84K188 |
| Personnel Costs (Subtotal) | b145K33B |
| Consultant Services | b85K424 |
| Travel | b4K502 |
| Other | b13K542 |
| Subawards/Consortium/Contractual Costs | b1W5W1 |
| | |
| Federal Direct Costs | b221K825 |
| Federal F&A Costs | b103K833 |
| Approved Budget | b829K02 |
| Total Amount of Federal Funds Authorized (Federal Share) | b829K02 |
| TOTAL FEDERAL AWARD AMOUNT | b829K02 |
| | |
| AMOUNT OF THIS ACTION (FEDERAL SHARE) | b0 |

| SUMMARY TOTALS FOR ALL YEARS for this . oXument Numcery | | |
|---|---|---|
| YR | THIS AWARD | CUMULATIVE TOTALS |
| 4 | b829K02 | b829K02 |

<u>Fiscal Information:</u>

| | |
|---|---|
| Payment System Identifier: | 134B000208A4 |
| Document Number: | RAG03B053A |
| PMS Account Type: | P .SucaXXounty |
| Fiscal Year: | 2025 |

| I, | , AN | 2025 |
|---|---|---|
| AG | W430B94 | b829K02 |

**NIH Administrative Data:**
PCC: 27FAMGE / **OC:** 41025 / **Released:** 08/21/2025
**Award Processed:** 08/24/2025 12:03:22 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 5R37AG076057-04 REVISED**

For ) a_ment and HHS OffiXe of Ins) eXtor General Hotline informationKsee the NIH Home Page at
htt) ://grants@ih@op/grants/) oliX_/aj_ardXonditions@tm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 5R37AG076057-04 REVISED**

This aj_ard is cased on the a) ) liXation sucmitted toKand as a) ) roped c_KNIH on the acope-titled ) roxeXt and is sucxeXt to the terms and Xonditions inXor) orated either direXtl_ or c_ referenXe in the folloj ing:

a Q   The grant ) rogram legislation and ) rogram regulation Xited in this NotiXe of Aj_ardQ
c Q  , onditions on aXtipities and ew) enditure of funds in other statutor_ re" uirementsKsuXh as those inXluded in a) ) ro) riations aXtsQ
X Q   45 , FR Part 35Q
d Q   National PoliX_ Re" uirements and all other re" uirements desXriced in the NIH Grants PoliX_ StatementKinXluding addenda in effeXt as of the ceginning date of the cudget ) eriodQ
e Q   Federal Aj_ard PerformanXe Goals: As re" uired c_ the ) eriodiX re) ort in the RPPR or in the final ) rogress re) ort j hen a) ) liXacleQ
f Q   This aj_ard notiXeKN, LU. ING THE TERMS AN. , ON. ITIONS, ITE. 7ELO" Q

.See NIH Home Page at htt) ://grants@ih@op/grants/) oliX_/aj_ardXonditions@tm for Xertain referenXes Xited acope@

**Research and Development (R&D):**  All aj_ards issued c_ the National Institutes of Health JNIH_ meet the definition of KResearXh and . epelo) mentqat 45 , FR Part` 35Q2. As suXhKauditees should identif_ NIH aj_ards as ) art of the RS. Xluster on the SXhedule of Ew) enditures of Federal Aj_ards JSEFA_QThe auditor should test NIH aj_ards for Xom) lianXe as instruXted in Part VK, lusters of ProgramsQNIH reXogni@es that some aj_ards ma_ hape another XlassifiXation for ) ur) oses of indireXt XostsQThe auditor is not re" uired to re) ort the disXonneXt J@Q@the aj_ard is Xlassified as RS. for Federal Audit Re" uirement ) ur) oses cut non-

researXh for indireXt Xost rate ) ur) oses、Kunless the auditee is Xharging indireXt Xosts at a rate other than the rate、Jsy s) eXified in the aj ard doXument、JsyQ

This institution is a signator_ to the Federal . emonstration Partnershi) 、JF. PyPhase VII Agreement j hiXh re" uires aXtipe institutional ) artiXi) ation in nej or ongoing F. P demonstrations and ) ilotsQ

An unocligated calanXe ma_ ce Xarried oper into the next cudget ) eriod j ithout Grants Management OffiXer ) rior a) ) ropalQ

This grant is sucxeXt to Streamlined NonXom) eting Aj ard ProXedures 、JSNAPyQ

This aj ard is sucxeXt to the re" irements of 2 , FR Part 25 for institutions to octain a uni" ue entit_ identifier 、JUEly and maintain an aXtipe registration in the S_stem for Aj ard Management 、JSAMyQ、Should a Xonsortium/sucaj ard ce issued under this aj ard、Ka UEI re" uirement must ce inXludedQ See htt) ://grants、iih、gop/grants/) oliX_/aj ardXonditions、htm for the full NIH aj ard term im) lementing this re" uirement and other additional informationQ

This aj ard has ceen assigned the Federal Aj ard IdentifiXation Numcer 、JFAINyR83AG03B053Q、ReXi) ients must doXument the assigned FAIN on eaXh Xonsortium/sucaj ard issued under this aj ardQ

7ased on the ) roxeXt ) eriod start date of this ) roxeXt、Kthis aj ard is lizel_ sucxeXt to the Trans) arenX_ AXt sucaj ard and ewexutipe Xom) ensation re) orting re" uirement of 2 , FR Part 130Q、There are Xonditions that ma_ ewXlude this aj ard&see htt) ://grants、iih、gop/grants/) oliX_/aj ardXonditions、htm for additional aj ard a) ) liXacilit_ informationQ

In aXXordanXe j ith P、Q、Q110-1B1、KXom) lianXe j ith the NIH PucliX AXXess PoliX_ is noj mandator_Q、For more information、Ksee NOT-O. -0W088 and the PucliX AXXess j ecsite: htt) ://) ucliXaXXess、iih、gop/Q

This aj ard re) resents the final _ear of the Xom) etitipe segment for this grantQ、See the NIH Grants PoliX_ Statement SeXtion W、B , loseout for Xom) lete Xloseout re" uirements at: htt) ://grants、iih、gop/grants/) oliX_/) oliX_、htm#g) sQ

A final ew) enditure Federal FinanXial Re) ort 、JFFRy、JSF 425y、must ce sucmitted through the Pa_ment Management S_stem 、JPMSyj ithin 120 da_s of the ) eriod of ) erformanXe end date&see the NIH Grants PoliX_ Statement SeXtion W、BQ、FinanXial Re) orts、Khtt) ://grants、iih、gop/grants/) oliX_/) oliX_、htm#g) s、KFor additional information on this sucmission re" uirementQ、The final FFR must indiXate the ewaXt calanXe of unocligated funds and ma_ not refleXt an_ unli" uidated ocligationsQ、There must ce no disXre) anXies cetj een the final FFR ew) enditure data and the real-time Xash draj doj n data in PMS、QNIH j ill Xlose the aj ards using the last reXorded Xash draj doj n lepel in PMS for aj ards that do not re" uire a final FFR on ew) enditures、QIt is im) ortant to note that for finanXial Xloseout、Kif a grantee fails to sucmit a re" uired final ew) enditure FFR、KNIH j ill Xlose the grant using the last reXorded Xash draj doj n lepelQ

A Final Inpention Statement and _ ertifiXation form 、JHHS 5BWy、Knot a) ) liXacle to training、KXonstruXtion、K XonferenXe or XanXer eduXation grantsy、must ce sucmitted j ithin 120 da_s of the ew) iration dateQ、The HHS 5BWform ma_ ce doj nloaded at: htt) ://grants、iih、gop/grants/forms、htmQ、This ) aragra) h does not a) ) l_ to Training grants、KFelloj shi) s、Kand Xertain other ) rograms: iQ、Qa、Xtipit_ Xodes 、0BK 42K 48K 31K P3KG03K G0WKG11K—12K—1BK—80KP09KP40KP41KP51KR18KR25KR2WKR80KR90KRL5KRL9KS10KS14KS15KU18KU14KU41K U42KU45KU、BKU、3KUR2KD01KD02Q

Unless an a) ) liXation for Xom) etitipe renej al is sucmitted、Ka Final ResearXh PerformanXe Progress Re) ort 、JFinal RPPRy、must also ce sucmitted j ithin 120 da_s of the ) eriod of ) erformanXe end dateQ、If a Xom) etitipe renej al a) ) liXation is sucmitted ) rior to that date、Kthen an Interim RPPR must ce sucmitted c_ that date as j ell、QInstruXtions for ) re) aring an Interim or Final RPPR are at: htt) s://grants、iih、gop/grants/r) ) r/r) ) r/) r' instruX'tion' guide、Q) dfQAn_ other s) eXifiX re" uirements set forth in the terms and Xonditions of the aj ard must also ce addressed in the Interim or Final RPPRQ、Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audienceQ

NIH re" uires eleXtroniX sucmission of the final inpention statement through the , loseout feature in the , ommonsQ

NOTE:  If this is the final _ear of a Xom) etitipe segment due to the transfer of the grant to another institution、K then a Final RPPR is not re" uiredQ、Hoj eper、Ka final ew) enditure FFR is re" uired and must ce sucmitted

eleXtroniXall_ as noted acopeQIf not alread_ sucmittedKthe Final Inpention Statement is re" uired and should ce sent direXtl_ to the assigned Grants Management S) eXialistQ

ReXi) ients must administer the ) roxeXt in Xom) lianXe j ith federal Xipil rights laj s that ) rohicit disXrimination on the casis of raXeKXolorKnational originKdisacilit_KageKand Xom) l_ j ith a) ) liXacle XonsXienXe) roteXtionsQThe reXi) ient j ill Xom) l_ j ith a) ) liXacle laj s that ) rohicit disXrimination on the casis of sewj hiXh inXludes disXrimination on the casis of gender identit_Ksewual orientationKand ) regnanX_Q om) lianXe j ith these laj s re" uires tazing reasonacle ste) s to ) ropide meaningful aXXess to ) ersons j ith limited English ) rofiXienX_ and ) ropiding ) rograms that are aXXessicle to and usacle c_ ) ersons j ith disacilitiesQThe HHS OffiXe for _ ipil Rights ) ropides guidanXe on Xom) l_ing j ith Xipil rights laj s enforXed c_ HHSQSee htt) s://j j j _hhsQgop/Xipil-rights/for-) ropiders/) ropider-ocligations/indewQhtml and htt) s://j j j _hhsQgop/Q

- ReXi) ients of FFA must ensure that their ) rograms are aXXessicle to ) ersons j ith limited English ) rofiXienX_QFor guidanXe on meeting the legal ocligation to taze reasonacle ste) s to ensure meaningful aXXess to ) rograms or aXtipities c_ limited English ) rofiXient indipidualsK see htt) s://j j j _hhsQgop/Xipil-rights/for-indipiduals/s) eXial-to) iXs/limited-english-) rofiXienX_/faXt-sheet-guidanXe/indewQhtml and htt) s://j j j _le) _gop/Q
- For information on an institution"s s) eXifiX legal ocligations for serping " ualified indipiduals j ith disacilitiesKinXluding ) ropiding ) rogram aXXessKreasonacle modifiXationsKand to ) ropide effeXtipe XommuniXationKsee htt) ://j j j _hhsQgop/oXr/Xipilrights/understanding/disacilit_/indewQhtmlQ
- HHS funded health and eduXation ) rograms must ce administered in an enpironment free of sewual harassment&see htt) s://j j j _hhsQgop/Xipil-rights/for-indipiduals/sewdisXrimination/indewQhtmlQ For information acout NIHvs Xommitment to su) ) orting a safe and res) eXtful j orz enpironmentK j ho to XontaXt j ith " uestions or XonXernsKand j hat NIHvs ew) eXtations are for institutions and the indipiduals su) ) orted on NIH-funded aj ardsKj lease see htt) s://j j j _grants@ih@gop/grants/) oliX_/harassmentQhtmQ
- For guidanXe on administering ) rograms in Xom) lianXe j ith a) ) liXacle federal religious nondisXrimination laj s and a) ) liXacle federal XonsXienXe ) roteXtion and assoXiated anti-disXrimination laj sKsee htt) s://j j j _hhsQgop/XonsXienXe/XonsXienXe-) roteXtions/indewQhtml and htt) s://j j j _hhsQgop/XonsXienXe/religious-freedom/indewQhtmlQ

In aXXordanXe j ith the regulator_ re" uirements ) ropided at 45 _ FR 35Q18 and A) ) endiwDII to 45 _ FR Part 35KreXi) ients that hape Xurrentl_ aXtipe Federal grantsKxoo) eratipe agreementsKand j roXurement XontraXts j ith Xumulatipe total palue greater than b10KMMMKMMM must re) ort and maintain information in the S_stem for Aj ard Management _SAMyacout XipilKXriminalKand administratipe ) roXeedings in XonneXtion j ith the aj ard or ) erformanXe of a Federal aj ard that reaXhed final dis) osition j ithin the most reXent fipe-_ear ) eriodQThe reXi) ient must also maze semiannual disXlosures regarding suXh ) roXeedingsQProXeedings information j ill ce made ) uciXl_ apailacle in the designated integrit_ and ) erformanXe s_stem _Xurrentl_ the Federal Aj ardee PerformanXe and Integrit_ Information S_stem _FAPIISyyQFull re) orting re" uirements and ) roXedures are found in A) ) endiwDII to 45 _ FR Part 35QThis term does not a) ) l_ to NIH felloj shi) sQ

## Treatment of Program Income:
Additional _ osts

---

**SECTION IV − _ AG SPECIFIC AWARD CONDITIONS − 5R37AG076057-04  REVISED**

_ liniXal Trial IndiXator: No
This aj ard does not su) ) ort an_ NIH-defined _ liniXal TrialsQSee the NIH Grants PoliX_ Statement SeXtion 1Q2 for NIH definition of _ liniXal TrialQ

It is the policy of NIH not to prioritize DEI: Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans. Therefore, it is the policy of NIH not to prioritize such research programs.. Therefore, this project is terminated. UNIVERSITY OF TEXAS AT AUSTIN may request funds to support patient safety and orderly closeout of the project. Funds used to support any other research activities will be disallowed and recovered. Please be advised that your organization, as part of the orderly closeout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report,

Final Invention Statement, and the Final Federal Financial Report (FFR), as applicable) within 120 days of the end of this grant.

NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 8.5.2. This revised award represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be dated no later than 30 days after the date of this notice.

**Supersedes Notice of Award issued 12/20/2024. Previous terms and conditions apply:**

NIH is currently operating under a Continuing Resolution (see NIH Guide Notice NOT-OD-25-010). Therefore, this non-competing award has been made at 90% of the level indicated for this budget period on the prior Notice of Award.  If the final appropriation permits, adjustments may be made up to the FY2025 funding plan level.  All legislative mandates that were in effect in FY 2024 (see NOT-OD-24-110) remain in effect under the CR, as well as the salary limitation set at Executive Level II of the Federal Pay Scale (see NOT-OD-24-104).

This award includes funds awarded for consortium activity with **Ohio State University.**  Consortiums are to be established and administered as described in the NIH Grants Policy Statement (NIH GPS). The referenced section of the NIH Grants Policy Statement is available at:
http://grants.nih.gov/grants/policy/nihgps/HTML5/section_15/15_consortium_agreements.htm.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 5R83AG03B053-04 REVISE.

**INSTITUTION:** The Unipersit_ of Tewas at Austin

| 7udget | Cear 4 |
|---|---|
| Salaries and ″ ages | b111K548 |
| Fringe 7enefits | b84K88 |
| Personnel , osts Suctotaly | b145K3B |
| , onsultant SerpiXes | b85K424 |
| Trapel | b4K02 |
| Other | b13K542 |
| Sucaj ards/, onsortium/, ontraXtual , osts | b1WKWI |
| TOTAL FE. ERAL . , | b221K25 |
| TOTAL FE. ERAL F§A | b103K33 |
| TOTAL , OST | b829K02 |

| FaXilities and Administratipe , osts | Cear 4 |
|---|---|
| F§A , ost Rate 1 | 5WK5% |
| F§A , ost 7ase 1 | b1WK551 |
| F§A , osts 1 | b103K33 |

**Department of Health and Human Services**

Notice of Award

5001HU103673

TONIL T STNNTUE FHRIVTR NAYIDNAC INFYIYOYT D# L HICU

HTACYH 8 HOMAN UTVTCDPMTNY

**Federal Award Date**
06/12/2024

| | |
|---|---|
| **Recipient Information** | **Federal Award Information** |

**Recipient Information**

**1. Recipient Name**
L TNYTR #DR INNDVAYIVT POKCIL
HTACYH RTFTARL H
1w0 AVTNIUA VILYDRIA
FAN L CTMTNYT. LA 92w62

**2. Congressional District of Recipient**
49

**3. Payment System Identifier (ID)**
12001w5967A1

**4. Employer Identification Number (EIN)**
2001w5967

**5. Data Universal Numbering System (DUNS)**
1762w7017

**’ . Recipients Uni7ue Entity Identifier**
HK3HTMCHpOp4

**j . Pro8ect Director or Principal Investigator**
Mi@nele CcEJarra. PHU
Leo And Resear@n Uire@or
Wi@heleminnovative( uJli@health@org
366-702-w853

**6. Authorized Official**
UrcMi@nele EJarra

**Federal Agency Information**

**9. Awarding Agency Contact Information**
Melinda Ki) Jz

TONIL T STNNTUE FHRIVTR NAYIDNAC
INFYIYOYT D# L HICU HTACYH 8 HOMAN
UTVTCDPMTNY
Windz@Ji) Jzmnih@gov
y701b402-7204

**10. Program Official Contact Information**
Fonia F C@e
PrograW Dffi@er
TONIL T STNNTUE FHRIVTR NAYIDNAC
INFYIYOYT D# L HICU HTACYH 8 HOMAN
UTVTCDPMTNY
leesoniamWail@nih@gov
y701b594-4637

**Federal Award Information**

**11. Award Number**
5001HU103673-07

**12. Uni7ue Federal Award Identification Number (FAIN)**
001HU103673

**13. Statutory Authority**
42 OFL 241  71 OFL w705  42 L #R 52

**14. Federal Award Pro8ect Title**
Harnessing the ( ox er of te)t Wessaging to redu@e HIV in@den@e in adoles@ent Wales
a@oss the Onited Ftates

**15. Assistance Listing Number**
97@3w5

**1’ . Assistance Listing Program Title**
L hild Health and HuWan Uevelo( Went T) traWural Resear@n

**1j . Award Action Type**
Non-LoW( eting Lontinuation yRTVIFTUb

**16. Is the Award R&D?**
Ees

| Summary Federal Award Financial Information | |
|---|---|
| **19. Budget Period Start Date** 09/01/2024 **– End Date** 03/71/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0 |
| 20 ac Uire@ Lost AWount | $0 |
| 20 Jc Indire@ Lost AWount | $0 |
| **21.** Authori ed L arr2over | |
| **22.** Dffset | |
| **23.** Yotal AWount of #ederal #unds DJligated this Judget ( eriod | $2.154.603 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $2.154.603 |
| **2’ . Pro8ect Period Start Date** 09/27/2021 **– End Date** 03/71/2026 | |
| **2j .** Yotal AWount of the #ederal Ax ard in@uding A(( roved Lost Fharing or Mat@ing this Pro"e@ Period | $5.122.426 |
| **26. Authorized Treatment of Program Income** Additional Losts | |
| **29. Grants Management Officer - Signature** Melinda  Ki) Jz | |

**30. Remarks**
A@@( tan@e of this ax ard. in@uding the KYerWs and Londitions.kis a@nox ledged Jz the re@( ient x hen funds are drax n dox n or
otherx ise re" uested froW the grant ( azWent szsteWc

A.R.000453

Version:15 - 2/15/2024    3/17/2024 12:01 AM



Noti@ of Ax ard

RESEARCH PROJECT COOPERATIVE AGREEMENT
Ue( artWent of Health and HuWan Fervi@es
National Institutes of Health



TONIL T STNNTUE FHRIVTR NAYIDNAC INFYIYOYT D# L HICU HTACYH 8 HOMAN UTVTCDPMTNY

**SECTION I – AWARD DATA – 5U01HD106j 36-03 REVISED**

**Principal Investigator(s):**
Mi@hele CcEJarra. PHU

**Award e-mailed to:** Mi@heleminnovative( uJli@health@o@W

Uear Authorij ed Dffi@al:

Yhe National Institutes of Health hereJz revises this ax ard  ysee "Ax ard Lal@ulation' in Fe@ion I and "YerWs and Londitions' in Fe@ion IIIbto L TNYTR #DR INNDVAYIVT POKCIL HTACYH RTFTARLH in su( ( ort of the aJove referen@ed ( ro"e@c Yhis ax ard is ( ursuant to the authoritz of 42 OFL 241 71 OFL w705 42 L #R 52 and is suJ"e@ to the re" uireWents of this statute and regulation and of other referen@ed. in@or( orated or atta@hed terWs and @onditionsc

A@@e( tan@e of this ax ard. in@uding the kYerWs and Londitions.kis a@@nox ledged Jz the re@( ient x hen funds are drax n dox n or otherx ise re" uested froW the grant ( azWent szsteWc

Ta@h ( uJli@ation. ( ress release. or other do@uWent aJout resear@h su( ( orted Jz an NIH ax ard  Wust in@ude an a@@nox ledgWent of NIH ax ard su( ( ort and a dis@aiWer su@h as "Resear@h re( orted in this ( uJli@ation x as su( ( orted Jz the Tuni@ Sennedz Fhriver National Institute Df Lhild Health 8 HuWan Uevelo( Went of the National Institutes of Health under Ax ard NuWJer 001HU103673cYhe @ontent is solelz the res( onsiJilitz of the authors and does not ne@essarilz re( resent the offi@al viex s of  the National Institutes of Health@ Prior to issuing a ( ress release @on@erning the out@oWe of this resear@h. ( lease notifz the NIH ax arding IL in advan@e to allox  for @oordinationc

Ax ard re@( ients Wust ( roWote oJ"e@ivitz in resear@h Jz estaJlishing standards that ( rovide a reasonaJle e) ( e@ation that the design. @ondu@ and re( orting of resear@h funded under NIH ax ards x ill Je free froW Jias resulting froW an InvestigatorB #inan@al Lonfli@ of Interest y#LDIb in a@@ordan@e x ith the 2011 revised regulation at 42 L #R Part 50 FuJ( art #c  Yhe Institution shall suJWit all #LDI re( orts to the NIH through the eRA LoWWons #LDI Modulec Yhe regulation does not a( ( lz to Phase I FWall Kusiness Innovative Resear@h yFKIRband FWall Kusiness Ye@hnologz Yransfer yFYYRbax ardscLonsult the NIH x eJsite htt( ://grants@nih@gov/grants/( oli@z/@oi/ for a linq to the regulation and additional iW( ortant inforWationc

If zou have anz " uestions aJout this ax ard. ( lease dire@ " uestions to the #ederal Agen@z @onta@tsc

Fin@erelz zours.

Melinda  Ki) Jz
Grants ManageWent Dffi@er
TONIL T STNNTUE FHRIVTR NAYIDNAC INFYIYOYT D# L HICU HTACYH 8 HOMAN UTVTCDPMTNY

Additional inforWation follox s

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| Salaries and Wages | $294.w90 |
| Fringe Benefits | $15w932 |
| Personnel Costs (Subtotal) | $451.w62 |
| Consultant Services | $11.200 |
| Travel | $5.000 |
| Other | $96w711 |
| Subawards/Consortium/Contractual Costs | $111.672 |
| | |
| Federal Direct Costs | $1.555.915 |
| Federal F&A Costs | $593.697 |
| Approved Budget | $2.154.603 |
| Total Amount of Federal Funds Authorized (Federal Share) | $2.154.603 |
| TOTAL FEDERAL AWARD AMOUNT | $2.154.603 |
| | |
| AMOUNT OF THIS ACTION (FEDERAL SHARE) | $0 |

| SUMMARY TOTALS FOR ALL YEARS yfor this Uo@Went NuWJerb | | |
|---|---|---|
| YR | THIS AWARD | CUMULATIVE TOTALS |
| 7 | $2.154.603 | $2.154.603 |
| 4 | $1.755.296 | $1.755.296 |
| 5 | $1.045.266 | $1.045.266 |

Re@WWended future zear total @st su(( ort. suJ"e@ to the availaJilitz of funds and satisfa@orz ( rogress of the ( ro"e@

**Fiscal Information:**

| | |
|---|---|
| Payment System Identifier: | 12001w5967A1 |
| Document Number: | OHU103673A |
| PMS Account Type: | P yFuJa@@untb |
| Fiscal Year: | 2027 |

| IL | L AN | 2027 | 2025 | 202w |
|---|---|---|---|---|
| HU | 3014610 | $2.154.603 | $1.755.296 | $1.045.266 |

Re@WWended future zear total @st su(( ort. suJ"e@ to the availaJilitz of funds and satisfa@orz ( rogress of the ( ro"e@

**NIH Administrative Data:**
PCC: MPIUK-FC / OC: 41029 / **Released:** 06/12/2024
**Award Processed:** 06/17/2024 12:01:14 AM

---

**SECTION II − PAYMENT/HOTLINE INFORMATION − 5U01HD106j 36-03  REVISED**

#or ( azWent and HHF Dffi@e of Ins( e@or General Hotline inforWation. see the NIH HoWe Page at
htt(://grantsₒnihₒgov/grants/( oli@z/ax ardⓢ@nditionsₒhtW

---

**SECTION III − STANDARD TERMS AND CONDITIONS − 5U01HD106j 36-03  REVISED**

Yhis ax ard is Jased on the a(( li@ation suJWitted to. and as a(( roved Jz. NIH on the aJove-titled ( ro"e@ and is suJ"e@ to the terWs and @nditions in@r( orated either dire@lz or Jz referen@ in the follox ing:

    ac   Yhe grant ( rograW legislation and ( rograW regulation @ted in this Noti@ of Ax ardc

    Jc   L onditions on a@ivities and e)( enditure of funds in other statutorz re" uireWents. su@ as those in@uded in a(( ro( riations a@sc

    @   45 L I#R Part 65c

    dc   National Poli@ Re" uireWents and all other re" uireWents des@iJed in the NIH Grants Poli@ FtateWent. in@uding addenda in effe@ as of the Jeginning date of the Judget ( eriodc

    ec   #ederal Ax ard PerforWan@ Goals: As re" uired Jz the ( eriodi@re( ort in the RPPR or in the final ( rogress re( ort x hen a( ( li@aJlec

    fc   Yhis ax ard noti@. INLCOUING YHT YTRMF ANU LDNUIYIDNF LIYTU KTCD§ c

yFee NIH HoWe Page at htt(://grantsₒnihₒgov/grants/( oli@z/ax ard@nditionsₒhtW for @ertain referen@s @ted aJove�ⓑ

**Research and Development (R&D):**  All ax ards issued Jz the National Institutes of Health yNIHbWeet the definition of "Resear@h and Uevelo( Went' at 45 L #R Part& 65@. As su@h. auditees should identifz NIH ax ards as ( art of the R8U @uster on the F@hedule of T) ( enditures of #ederal Ax ards yFT#Ab@Yhe auditor should test NIH ax ards for @W( lian@e as instru@ed in Part V. Llusters of PrograWscNIH re@gnij es that soWe ax ards Waz have another @assifi@ation for ( ur( oses of indire@ @stscYhe auditor is not re" uired to re( ort the dis@nne@ yie@ the ax ard is @assified as R8U for #ederal Audit Re" uireWent ( ur( oses Jut non-resear@h for indire@ @st rate ( ur( osesb unless the auditee is @harging indire@ @sts at a rate other than the ratesysb( e@fied in the ax ard do@uWentysb@

Larrz over of an unoJligated Jalan@ into the ne)t Judget ( eriod re" uires Grants ManageWent Dffi@er ( rior a( ( roval@

Yhis grant is e)@uded froW FtreaWlined Non-@W( eting Ax ard Pro@edures yFNAPb@

Yhis ax ard is suJ"e@t to the re" uireWents of 2 L #R Part 25 for institutions to oJtain a uni" ue entitz identifier yOTIband Waintain an a@ive registration in the FzsteW for Ax ard ManageWent yFAMb@ Fhould a @nsortiuW/suJax ard Je issued under this ax ard. a OTI re" uireWent Wust Je in@udedc  Fee htt( ://grants@nih@gov/grants/( oli@/ax ard@nditions@htW for the full NIH ax ardterW iW( leWenting this re" uireWent and other additional inforWationc

Yhis ax ard has Jeen assigned the #ederal Ax ard Identifi@ation NuWJer y#AINbO01HU103673cRe@( ients Wust do@uWent the assigned #AIN on ea@h @nsortiuW/suJax ard issued under this ax ardc

Kased on the ( ro"e@t ( eriod start date of this ( ro"e@t. this ax ard is iqelz suJ"e@t to the Yrans( aren@ A@ suJax ard and e)e@utive @W( ensation re( orting re" uireWent of 2 L #R Part 160cYhere are @nditions that Waz e)@ude this ax ard; see htt( ://grants@nih@gov/grants/( oli@/ax ard@nditions@htW for additional ax ard a( ( li@Jilitz inforWationc

In a@@ordan@e x ith P@c110-1w1. @W( lian@e x ith the NIH PuJli@A@@ess Poli@z is now  Wandatorzc#or Wore inforWation. see NDY-DU-03-077 and the PuJli@A@@ess x eJsite: htt( ://( uJli@a@@ess@nih@gov/c

Yhis ax ard ( rovides su( ( ort for one or Wore @lini@al trialscKz law  yYitle VIII. Fe@ion 301 of PuJli@Cax _110-35b the "res( onsiJle ( artz' Wust register "a( ( li@Jle @lini@al trials' on the Llini@alYrials@gov Proto@l Registration FzsteW InforWation § eJsite@NIH en@ourages registration of all trials x hether re" uired under the law  or notc#or Wore inforWation. see htt( ://grants@nih@gov/Llini@lYrials_fdaaa/

Re@( ients Wust adWinister the ( ro"e@ in @W( lian@e x ith federal @vil rights law s that ( rohiJit dis@iWination on the Jasis of ra@e. @olor. national origin. disaJilitz. age. and @W( lz x ith a( ( li@Jle @ns@en@e ( rote@ionscYhe re@( ient x ill @W( lz x ith a( ( li@Jle law s that ( rohiJit dis@iWination on the Jasis of se) . x hi@h in@udes dis@iWination on the Jasis of gender identitz. se) ual orientation. and ( regnan@cLoW( lian@e x ith these law s re" uires taqing reasonaJle ste( s to ( rovide Weaningful a@@ess to ( ersons x ith liWited Tnglish ( rofi@en@ and ( roviding ( rograWs that are a@@essiJle to and usaJle Jz ( ersons x ith disaJilitiescYhe HHF Dffi@e for Livil Rights ( rovides guidan@e on @W( lzing x ith @vil rights law s enfor@ed Jz HHFcFee htt( s://x x x @hhs@gov/@vil-rights/for-( roviders/( rovider-oJligations/inde) @htW and htt( s://x x x @hhs@gov/c

*   Re@( ients of ##A Wust ensure that their ( rograWs are a@@essiJle to ( ersons x ith liWited Tnglish ( rofi@en@c#or guidan@e on Weeting the legal oJligation to taqe reasonaJle ste( s to ensure Weaningful a@@ess to ( rograWs or a@ivities Jz liWited Tnglish ( rofi@ent individuals. see htt( s://x x x @hhs@gov/@vil-rights/for-individuals/s( e@al-to( i@s/liWited-english-( rofi@en@z/fa@-sheet-guidan@e/inde) @htW and htt( s://x x x @de( @gov@

*   #or inforWation on an institution's ( e@fi@ legal oJligations for serving " ualified individuals x ith disaJilities. in@uding ( roviding ( rograW a@@ess. reasonaJle Wodifi@ations. and to ( rovide effe@ive @WWuni@ation. see htt( ://x x x @hhs@gov/o@/@vilrights/understanding/disaJilitz/inde) @htW@

*   HHF funded health and edu@ation ( rograWs Wust Je adWinistered in an environWent free of se) ual harassWent; see htt( s://x x x @hhs@gov/@vil-rights/for-individuals/se) -dis@iWination/inde) @htW@ #or inforWation aJout NIH's @WWitWent to su( ( orting a safe and res( e@aful x orq environWent. x ho to @nta@ x ith " uestions or @n@erns. and x hat NIH's e) ( e@ations are for institutions and the individuals su( ( orted on NIH-funded ax ards. ( lease see htt( s://grants@nih@gov/grants/( oli@/harassWent@htW@

*   #or guidan@e on adWinistering ( rograWs in @W( lian@e x ith a( ( li@Jle federal religious nondis@iWination law s and a( ( li@Jle federal @ns@en@e ( rote@ion and asso@ated anti-dis@iWination law s. see htt( s://x x x @hhs@gov/@ns@en@e/@ns@en@e-( rote@ions/inde) @htW and

htt(s://x x x dhhs gov/@ns@en@/religious-freedoW/inde)dntWlc

In a@@rdan@ x ith the regulatorz re"uireWents (rovided at 45 L #R 65d17 and A((endi) XII to 45 L #R Part 65. re@(ients that have @urrentlz a@ive #ederal grants. @o(erative agreeWents. and (ro@ureWent @ntra@s x ith @uWulative total value greater than $10.000.000 Wust re(ort and Waintain inforWation in the FzsteW for Ax ard ManageWent yFAMbaJout @vil. @iWinal. and adWinistrative (ro@eedings in @onne@ion x ith the ax ard or (erforWan@e of a #ederal ax ard that rea@hed final dis(osition x ithin the Wost re@ent five-zear (eriodc Yhe re@(ient Wust also Waqe seWiannual dis@losures regarding su@h (ro@eedingscPro@eedings inforWation x ill Je Wade (uJli@z availaJle in the designated integritz and (erforWan@e szsteW y@urrentlz the #ederal Ax ardee PerforWan@e and Integritz InforWation FzsteW y#APIIFbbc#ull re(orting re"uireWents and (ro@edures are found in A((endi) XII to 45 L #R Part 65cYhis terW does not a((lz to NIH fellox shi(sc

**Treatment of Program Income:**
Additional Losts

---

**SECTION IV –  HD SPECIFIC AWARD CONDITIONS – 5U01HD106j 36-03  REVISED**

Llini@al Yrial Indi@ator: Ees
Yhis ax ard su((orts one or Wore NIH-defined Llini@al YrialscFee the NIH Grants Poli@z FtateWent Fe@ion 1c2 for NIH definition of Llini@al Yrialc

## Mid-Project Extension

**REVISION**:  Based on the recipient's concurrence with a mid-project extension, this revised award extends the budget and project end dates for 12 months without additional funds. Noncompeting continuation awards will cycle on 9/1. The recipient is responsible for ensuring that all necessary human subjects and/or vertebrate animal reviews are performed as required during the extension period.

Prior to the end of the extension period, an automated notification will be sent through eRA Commons requesting submission of a Research Performance Progress Report (RPPR) See Section 3.1 of the RPPR Instruction Guide for information on reporting due dates.

**The following will be required of the grantee:**

Mid-Project Extension: 12 months

### Frequency of Reporting

Reports to NICHD every 6 months

- Statement from grantee detailing the status of project scientific milestones.

- Statement from grantee detailing unobligated balance during Mid-Project Extension, and adherence to spending plans submitted 4/5/2024.

**Expected outcome of MPE:**

Spending down the carryover of $3,250,322 conducting and completing the following activities according to the below timeline set forth and agreed upon by MPIDB program officer and grantee:

**By the beginning of the MPE (9/1/2024)**

- Randomize 250 youth, for a total sample size of 250 youth

**At the end of 6 months of the MPE (02/28/2025)**

- Randomize 500 youth, for a total sample size of 750 youth

**At the end of 12 months of the MPE (8/31/2025)**

- Randomize 750 youth for a total sample size of 1500 youth

Additionally, PI will continue to hold monthly calls with the project officer and project scientist to discuss any ongoing issues with the project or recruiting, as well as initiate ad hoc meetings or send emails if any urgent concerns arise.

The following spending plan will be monitored. An unobligated balance in excess of more than 25 percent in the spending plan will trigger a Corrective and Preventative Action (CAPA) for this project.

The report must be emailed by an institutional Signing Official to the NICHD Grants Management Specialist and Program Official indicated on this Notice of Award via pdf attachment. Based on the project dates, these reports are due on 09/01/2024; 02/28/2025; 08/31/2025.

If this project involves Human Subjects research, updated inclusion data must also be provided through the eRA Human Subjects System (HSS) accessible through the eRA Commons.

Failure to comply with the above requirements can result in suspension and/or termination of this award, withholding of support, audit disallowances, and/or other appropriate action.

The previous terms and conditions of award remain in effect as stated below.

*******************************************************************************************************************

**REPORTING REQUIREMENT**:   NICHD requires biannual reporting for this project. The report should include the following:

- Provide active and pending support information for all individuals serving as senior/key personnel—those devoting measurable effort to a project. Other support includes all financial resources, whether Federal, non-Federal, commercial or institutional, available in direct support of an individual's research endeavors, including but not limited to research grants, cooperative agreements, contracts, and/or institutional awards. Training awards, prizes or gifts are not included. https://grants.nih.gov/grants/forms/othersupport.htm ;

- Provide current estimated unobligated balance detailed by budget category

The report must be submitted by an institutional Signing Official to the NICHD Grants Management Specialist and Program Official indicated on this Notice of Award via pdf attachment. Based on the project dates, these reports are due on March 1.

Failure to comply with the above requirements can result in suspension and/or termination of this award, withholding of support, audit disallowances, and/or other appropriate action.

**CLINICAL TRIALS: DISSEMINATION POLICY**

*The clinical trial(s) supported by this award are subject to the Dissemination Plan specified in the application dated 3/20/2020 and the NIH policy on Dissemination of NIH-Funded Clinical Trial Information. The policy states that the clinical trial(s) funded by this award will be registered in ClinicalTrials.gov not later than 21 calendar days after enrollment of the first participant and that primary summary results will be reported in ClinicalTrials.gov not later than one year after the trial completion date. The reporting of*

*summary results is required even if the primary trial completion date occurs after the period of performance.*

*This award is subject to additional certification requirements with submission of the Annual, Interim and Final Research Performance Progress Reports (RPPR).*

*The recipient must agree to the following annual certification when submitting each RPPR. By submitting the RPPR, the Signing Official (SO) signifies compliance, as follows:*

*In submitting this RPPR, the SO (or PD/PI with delegated authority), certifies to the best of his/her knowledge that, for all clinical trials funded under this NIH award, the recipient and all investigators conducting NIH-funded clinical trials are in compliance with the recipient's plan addressing compliance with the NIH Policy on Dissemination of NIH-Funded Clinical Trial Information. Any clinical trial funded in whole or in part under this award has been registered in ClinicalTrials.gov or will be registered not later than 21 calendar days after enrollment of the first participant. Summary results have been submitted to ClinicalTrials.gov or will be submitted not later than one year after the trial completion date, even if the trial completion date occurs after the period of performance.*

**CLINICAL TRIALS: RISK ASSESSMENT**

*Clinical Trial Study Number: 326207*

The Clinical Trial Study or Studies listed above have been determined by NICHD to be considered MEDIUM risk requiring increased oversight by NICHD.  An update on the status of the milestones included in Section 6 of the eRA Human Subjects System (HSS) and any additional agreed-upon milestones will be due once a year (generally halfway through the budget period) as well as being included in the annual RPPR. The update cycle due date is based on the budget period start date referenced in this Notice of Award. Information and procedures concerning these requirements are available at  https://www.nichd.nih.gov/grants-contracts/process-strategies/policies/clinical-research. Updates must be provided through the eRA HSS accessible through the eRA Commons.

HUMAN SUBJECTS

For all competing applications or new protocols, the NICHD expects investigators for ALL NICHD Clinical Trials to abide by the requirements stated in NIH Guide Notice NOT-HD-20-036 "NICHD Data Safety Monitoring Guidelines for Extramural Clinical Trials and Clinical Research". All NICHD applications which include Clinical Trials must include a Data Safety Monitoring Plan. All NIH-sponsored multi-site clinical trials, NIH-defined Phase III clinical trials and some single site clinical trials that pose potential risk to participants require Data and Safety Monitoring Board (DSMB) oversight. Applicants are expected to establish an independent, external DSMB when required by this policy.

For all competing applications or new protocols, the NICHD expects investigators for ALL human subject research to abide by the requirements stated in NIH Guide Notice NOT-HD-20-035 "NICHD Serious Adverse Event, Unanticipated Problem, and Serious Adverse Event Reporting Guidance".

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 5O01HU103673-07 RTVIFTU

**INSTITUTION:** L TNYTR #DR INNDVAYIVT POKᴄIL HTACYH RTFTARL H

| Kudget | Eear 7 | Eear 4 | Eear 5 |
|---|---|---|---|
| Falaries and § ages | $294.w90 | $294.w90 | $727.369 |
| #ringe Kenefits | $15w932 | $15w932 | $163.417 |
| Personnel Losts yFuJtotalb | $451.w62 | $451.w62 | $502.292 |
| Lonsultant Fervi@es | $11.200 | $11.200 | $4.300 |
| Yravel | $5.000 | $5.000 | $10.000 |
| Dther | $96w711 | $411.594 | $92.965 |
| FuJax ards/LonsortiuW/Lo ntra@ual Losts | $111.672 | $111.672 | $165.611 |
| PuJli@ation Losts | | | $5.000 |
| YDYAC #TUTRAC UL | $1.555.915 | $991.193 | $690.663 |
| YDYAC #TUTRAC #8A | $593.697 | $7w4.099 | $254.499 |
| YDYAC LDFY | $2.154.603 | $1.755.296 | $1.045.266 |

| #a@lities and AdWinistrative Losts | Eear 7 | Eear 4 | Eear 5 |
|---|---|---|---|
| #8A Lost Rate 1 | 41o4% | 41o4% | 41o4% |
| #8A Lost Kase 1 | $1.44w7wl | $369.4ww | $wl4.671 |
| #8A Losts 1 | $593.697 | $7w4.099 | $254.499 |

**Department of Health and Human Services**
Case 3:25-cv-01620-LB Document 108-1 Filed 01/09/26 Page 466 of 573
5001HU107, 37

**Notice of Award**
TONIL T STNNTUE FHRIVTR NAYIDNAC INFYIYOYT D# L HICU
HTACYH 8 HOMAN UTVTCDPMTNY

**Federal Award Date**
03/2, /2025

## Recipient Information

**1. Recipient Name**
L TNYTR #DR INNDVAYIVT POKCIL
HTACYH RTFTARL H
1w0 AVTNIUA VILYDRIA
FAN L CTMTNYT. LA 92w, 2

**2. Congressional District of Recipient**
49

**3. Payment System Identifier (ID)**
12001w59, 3A1

**4. Employer Identification Number (EIN)**
2001w59, 3

**5. Data Universal Numbering System (DUNS)**
13, 2w8013

**'. Recipient's Uni7ue Entity Identifier**
HK7HTMCHpOp4

**j. Pro8ect Director or Principal Investigator**
Mi@nele CcEJarra. PHU
Leo And Resear@h Uire@or
Wi@neleminnovative( uJli@health.org
7, , -302-w757

**z. Authori0ed 9fficial**
UrcMi@nele EJarra

## Federal Agency Information

**0. Awarding Agency Contact Information**
Melinda Ki) Jz

TONIL T STNNTUE FHRIVTR NAYIDNAC
INFYIYOYT D# L HICU HTACYH 8 HOMAN
UTVTCDPMTNY
Windz@Ji) Jzmnih@gov
y301b402-3204

**16. Program 9fficial Contact Information**
#RANSCIN x ICCTM Eates

TONIL T STNNTUE FHRIVTR NAYIDNAC
INFYIYOYT D# L HICU HTACYH 8 HOMAN
UTVTCDPMTNY
fran$lin@atesmnih@gov
240-790-3w, 9

## Federal Award Information

**11. Award Number**
5001HU107, 37-03

**12. Uni7ue Federal Award Identification Number (FAIN)**
O01HU107, 37

**13. Statutory Authority**
42 OFL 241  31 OFL w305  42 L #R 52

**14. Federal Award Pro8ect Title**
Harnessing the ( oj  er of te)t Wessaging to redu@ HIV in@den@ in adoles@ent Wales
a@oss the Onited Ftates

**15. Assistance Listing Number**
93.7w5

**1'. Assistance Listing Program Title**
L hild Health and HuWan Uevelo( Went T) traWural Resear@h

**1j. Award Action Type**
Non-LoW( eting Lontinuation yRTVIFTUb

**1z. Is the Award R&D?**
Ees

| Summary Federal Award Financial Information | |
|---|---|
| **10. Budget Period Start Date** 09/01/2023 **– End Date** 03/21/2025 | |
| **26. Total Amount of Federal Funds 9bligated by this Action** | " 0 |
| 20 ac Uire@ L Lost AWount | " 0 |
| 20 Jc Indire@ L Lost AWount | " 0 |
| **21.** Authoriked Larrzover | |
| **22.** Dffset | |
| **23.** Yotal AWount of #ederal #unds DJligated this Judget ( eriod | " 2.154., 07 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | " 0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | " 2.154., 07 |
| **2'. Pro8ect Period Start Date** 09/23/2021 **– End Date** 03/21/2025 | |
| **2j.** Yotal AWount of the #ederal Aj  ard in@uding A(( roved Lost Fharing or Mat@ing this Pro@ Period | " 5.122.42, |
| **2z. Authori0ed Treatment of Program Income** | |
| Additional Losts | |
| **20. Grants Management 9fficer - Signature** | |
| Margaret AcEoung | |

## 36. Remarks

A@@ tan@ of this aj  ard. in@uding the "YerWs and Londitions." is a@Snoj  ledged Jz the re@( ient j  hen funds are draj n doj n or other j  ise re" uested froW the grant ( azWent szsteWc

Noti@e of Aj ard



RESEARCH PROJECT COOPERATIVE AGREEMENT
Ue( artWent of Health and HuWan Fervi@es
National Institutes of Health



TONIL T STNNTUE FHRIVTR NAYIDNAC INFYIYOYT D# L HICU HTACYH 8 HOMAN UTVTCDPMTNY

---

**SECTI9N I – AWARD DATA – 5U61HD16zj 3z-63 REVISED**

**Principal Investigator(s):**
Mi@hele CcEJarra. PHU

**Award e-mailed to:** Mi@heleminnovative( uJli@health@@W

Uear Authoriked Dffi@al:

Yhe National Institutes of Health hereJz revises this aj ard ysee ' Aj ard Lal@ulationBin Fe@ion I and ' YerWs and LonditionsBin Fe@ion IIIbto L TNYTR #DR INNDVAYIVT POKCIL HTACYH RTFTARLH in su(( ort of the aJove referen@ed ( ro@e@c Yhis aj ard is ( ursuant to the authoritz of 42 OFL 241 31 OFL w805 42 L #R 52 and is suJ@e@t to the re" uireWents of this statute and regulation and of other referen@ed. in@or( orated or atta@hed terWs and @onditionsc

A@@e( tan@e of this aj ard. in@uding the "YerWs and Londitions." is a@$noj ledged Jz the re@( ient j hen funds are draj n doj n or otherj ise re" uested froW the grant ( azWent szsteWc

Ta@h ( uJli@ation. ( ress release. or other do@uWent aJout resear@h su(( orted Jz an NIH aj ard Wust in@ude an a@$noj ledgWent of NIH aj ard su(( ort and a dis@laiWer su@h as ' Resear@h re( orted in this ( uJli@ation j as su(( orted Jz the Tuni@ Sennedz Fhriver National Institute Df Lhild Health 8 HuWan Uevelo( Went of the National Institutes of Health under Aj ard NuWJer 001HU107, 37cYhe @ontent is solelz the res( onsiJilitz of the authors and does not ne@essarilz re( resent the offi@al viej s of the National Institutes of HealthcBPrior to issuing a ( ress release @on@erning the out@oWe of this resear@h. ( lease notifz the NIH aj arding IL in advan@e to alloj for @oordinationc

Aj ard re@( ients Wust ( roWote oJ@e@ivitz in resear@h Jz estaJlishing standards that ( rovide a reasonaJle e) ( e@ation that the design. @ndu@ and re( orting of resear@h funded under NIH aj ards j ill Je free froW Jias resulting froW an Investigator§ #inan@al Lonfli@ of Interest y#LDIb in a@@ordan@e j ith the 2011 revised regulation at 42 L #R Part 50 FuJ( art @c Yhe Institution shall suJWit all #LDI re( orts to the NIH through the eRA LoWWons #LDI ModulecYhe regulation does not a(( lz to Phase I FWall Kusiness Innovative Resear@h yFKIRband FWall Kusiness Ye@hnologz Yransfer yFYYRbaj ardscLonsult the NIH j eJsite htt( ://grants@nih@gov/grants/( oli@/@i/ for a lin$ to the regulation and additional iW( ortant inforWationc

If zou have anz " uestions aJout this aj ard. ( lease dire@ " uestions to the #ederal Agen@z @onta@tsc

Fin@erelz zours.

Margaret AcEoung
Grants ManageWent Dffi@er
TONIL T STNNTUE FHRIVTR NAYIDNAC INFYIYOYT D# L HICU HTACYH 8 HOMAN UTVTCDPMTNY

Additional inforWation folloj s

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

Version: 35 - 2/15/24 ... 2/27/2025 12:04 AM

A.R.000462

| | |
|---|---|
| Salaries and Wages | " 294.ѡ90 |
| Fringe Benefits | " 15ѡ972 |
| Personnel Costs (Subtotal) | " 451.ѡ 2 |
| Consultant Services | " 11.200 |
| Travel | " 5.000 |
| 9ther | " 9, ѡ311 |
| Subawards/Consortium/Contractual Costs | " 111., 32 |
| | |
| Federal Direct Costs | " 1.555.915 |
| Federal F&A Costs | " 597., 93 |
| Approved Budget | " 2.154., 07 |
| Total Amount of Federal Funds Authori℃ed (Federal Share) | " 2.154., 07 |
| T9TAL FEDERAL AWARD AM9UNT | " 2.154., 07 |
| | |
| AM9UNT 9F THIS ACTI9N (FEDERAL SHARE) | " 0 |

| SUMMARY T9TALS F9R ALL YEARS yfor this Uo@Went NuѠJerb | | |
|---|---|---|
| YR | THIS AWARD | CUMULATIVE T9TALS |
| 3 | " 2.154., 07 | " 2.154., 07 |

<u>Fiscal Information:</u>
Payment System Identifier:   12001ѡ59, 3A1
Document Number:             OHU107, 37A
PMS Account Type:            P yFuJa@@untb
Fiscal Year:                 2023

| IL | LAN | 2023 |
|---|---|---|
| HU | 7014, 10 | " 2.154., 07 |

**NIH Administrative Data:**
**PCC**: MPIUK-#E / **9C**: 41029 / **Released**: 03/2, /2025
**Award Processed:** 03/27/2025 12:04:05 AM

---

**SECTI9N II – PAYMENT/H9TLINE INF9RMATI9N – 5U61HD16zj 3z-63 REVISED**

#or ( az₩ent and HHF Dffi@e of Ins(e@or General Hotline inforWation. see the NIH HoѠe Page at
htt(://grants₍nih₎gov/grants/(oli@z/aj_ard@nditions₍htW

---

**SECTI9N III – STANDARD TERMS AND C9NDITI9NS – 5U61HD16zj 3z-63 REVISED**

Yhis aj ard is Jased on the a((li@ation suJWitted to. and as a(( roved Jz. NIH on the aJove-titled ( ro@e@ and is suJ@e@ to the terWs and @nditions in@or@ orated either dire@lz or Jz referen@ in the folloj ing:

ac   Yhe grant ( rograW legislation and ( rograW regulation @ted in this Noti@ of Aj ardc
Jc   Londitions on a@ivities and e) ( enditure of funds in other statutorz re" uireWents. su@ as
     those in@uded in a((ro( riations a@sc
@    45 L #R Part , 5c
dc   National Poli@ Re" uireWents and all other re" uireWents des@iJed in the NIH Grants Poli@
     FtateWent. in@uding addenda in effe@ as of the Jeginning date of the Judget ( eriodc
ec   #ederal Aj ard PerforWan@ Goals: As re" uired Jz the ( eriodi@re@ ort in the RPPR or in the final
     ( rogress re( ort j hen a( ( li@aJlec
fc   Yhis aj ard noti@. INLCOUING YHT YTRMF ANU LDNUIYIDNF LIYTU KTCDx c

yFee NIH HoѠe Page at htt(://grants₍nih₎gov/grants/(oli@z/aj_ard@nditions₍htW for @ertain
referen@es @ted aJove₍

**Research and Development (R&D):** All aj ards issued Jz the National Institutes of Health yNIHbWeet the definition of 'Resear@ and Uevelo( WentBat 45 L #R Part&, 5₂. As su@. auditees should identifz NIH aj ards as ( art of the R8U @uster on the F@edule of T) ( enditures of #ederal Aj ards yFT#A₍Yhe auditor should test NIH aj ards for @W( lian@e as instru@ed in Part V. Llusters of PrograWscNIH re@gni℠es that soWe aj ards Waz have another @assifi@ation for ( ur( oses of indire@ @stscYhe auditor is not re" uired to

report the disconnect (i.e. the award is classified as R&U for Federal Audit Requirement purposes but non-research for indirect cost rate purposes unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s)).

Carry over of an unobligated balance into the next budget period requires Grants Management Officer prior approval.

This grant is excluded from Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM). Should a consortium/subaward be issued under this award, a UEI requirement must be included. See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) OD001HU107,37. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L.110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-07-033 and the Public Access website: http://publicaccess.nih.gov/

This award provides support for one or more clinical trials by law (Title VIII, Section 701 of Public Law 110-85), the 'responsible party' must register 'applicable clinical trials' on the ClinicalTrials.gov Protocol Registration System Information website whether required under the law or not. For more information, see http://grants.nih.gov/ClinicalTrials_fdaaa/

This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section 7 Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps

A final expenditure Federal Financial Report (FFR/SF 425) must be submitted through the Payment Management System (PMS) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section 7 Closeout for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the real-time cash draw down data in PMS. NIH will close the awards using the last recorded cash draw down level in PMS for awards that do not require a final FFR on expenditures. It is important to note that for financial closeout, if a grantee fails to submit a required final expenditure FFR, NIH will close the grant using the last recorded cash draw down level.

A Final Invention Statement and Certification form (HHS 568) (not applicable to training, construction, conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 568 form may be downloaded at: http://grants.nih.gov/grants/forms.htm. This paragraph does not apply to Training grants, Fellowships, and certain other programs—i.e., activity codes C06, U42, U43, U41, UP, G0, G07, G11, S12, S16, S30, P09, P40, P41, P51, R13, R25, R27, R30, R90, RC5, RC9, F10, F14, F15, O13, O14, O41, O42, O45, OC6, OC, OR2, X01, X02.

Unless an application for competitive renewal is submitted, a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal is submitted prior to that date, then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at: https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any other specific requirements set forth in the terms and conditions of the award must also be addressed in the Interim or Final RPPR. Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.

NIH requires electronic submission of the final invention statement through the Closeout feature in the Commons.

Version: 35 - 2/15/... 9/27/2025 12:04 AM
A.R.000464

NDYT:  If this is the final zear of a @oW( etitive segWent due to the transfer of the grant to another institution. then a #inal RPPR is not re" uiredc Hoj  ever. a final e) ( enditure ##R is re" uired and Wust Je suJWitted ele@roni@allz as noted aJovec If not alreadz suJWitted. the #inal Invention FtateWent is re" uired and should Je sent dire@lz to the assigned Grants ManageWent F( e@alistc

Re@( ients Wust adWinister the ( ro@e@( in @oW( lian@e j  ith federal @vil rights laj  s that ( rohiJit dis@iWination on the Jasis of ra@e. @olor. national origin. disaJilitz. age. and @oW( lz j  ith a( ( li@aJle @ns@en@e ( rote@tionscYhe re@( ient j  ill @oW( lz j  ith a( ( li@aJle laj  s that ( rohiJit dis@iWination on the Jasis of se). j  hi@h in@ludes dis@iWination on the Jasis of gender identitz. se) ual orientation. and ( regnan@cLoW( lian@e j  ith these laj  s re" uires ta$ing reasonaJle ste( s to ( rovide Weaningful a@@ess to ( ersons j  ith liWited Tnglish ( rofi@en@ and ( roviding ( rograWs that are a@@essiJle to and usaJle Jz ( ersons j  ith disaJilitiescYhe HHF Dffi@e for Livil Rights ( rovides guidan@e on @oW( lzing j  ith @vil rights laj  s enfor@ed Jz HHFcFee htt( s://j  j  j  dhhsagov/@vil-rights/for-( roviders/( rovider-oJligations/inde) ahtWl and htt( s://j  j  j  dhhsagov/c

·   Re@( ients of ##A Wust ensure that their ( rograWs are a@@essiJle to ( ersons j  ith liWited Tnglish ( rofi@en@zc#or guidan@e on Weeting these o Jligation to ta$e reasonaJle ste( s to ensure Weaningful a@@ess to ( rograWs or a@tivities Jz liWited Tnglish ( rofi@ent individuals. see htt( s://j  j  j  dhhsagov/@vil-rights/for-individuals/s( e@al-to( i@s/liWited-english-( rofi@en@z/fa@t-sheet-guidan@e/inde) ahtWl and htt( s://j  j  j  de( cgovc
·   #or inforWation on an institution§ s( e@fi@legal oJligations for serving " ualified individuals j  ith disaJilities. in@uding ( roviding ( rograW a@@ess. reasonaJle Wodifi@ations. and to ( rovide effe@ive @oWWuni@ation. see htt( ://j  j  j  dhhsagov/o@r/@vilrights/understanding/disaJilitz/inde) ahtWlc
·   HHF funded health and edu@ation ( rograWs Wust Je adWinistered in an environWent free of se) ual harassWent; see htt( s://j  j  j  dhhsagov/@vil-rights/for-individuals/se) -dis@iWination/inde) ahtWlc #or inforWation aJout NIH's @oWWitWent to su( ( orting a safe and res( e@@ful j  or$ environWent. j  ho to @onta@t j  ith " uestions or @on@erns. and j  hat NIH's e) ( e@ations are for institutions and the individuals su( ( orted on NIH-funded aj  ards. ( lease see htt( s://grants@nih@gov/grants/( oli@/harassWentdhtWc
·   #or guidan@e on adWinistering ( rograWs in @oW( lian@e j  ith a( ( li@aJle federal religious nondis@iWination laj  s and a( ( li@aJle federal @ons@en@e ( rote@tion and asso@ated anti-dis@iWination laj  s. see htt( s://j  j  j  dhhsagov/@ons@en@e/@ons@en@e-( rote@tions/inde) ahtWl and htt( s://j  j  j  dhhsagov/@ons@en@e/religious-freedoW/inde) ahtWlc

In a@@ordan@e j  ith the regulatorz re" uireWents ( rovided at 45 L #R , 5d 13 and A( ( endi) XII to 45 L #R Part , 5. re@( ients that have @urrentlz a@ive #ederal grants. @oo( erative agreeWents. and ( ro@ureWent @ontra@ts j  ith @uWulative total value greater than " 10.000.000 Wust re( ort and Waintain inforWation in the FzsteW for Aj  ard ManageWent yFAMbaJout @vil. @iWinal. and adWinistrative ( ro@eedings in @onne@ion j  ith the aj  ard or ( erforWan@e of a #ederal aj  ard that rea@hed final dis( osition j  ithin the Wost re@ent five-zear ( eriodc Yhe re@( ient Wust also Wa$e seWiannual dis@osures regarding su@h ( ro@eedingscPro@eedings inforWation j  ill Je Wade ( uJli@lz availaJle in the designated integritz and ( erforWan@e szsteW y@urrentlz the #ederal Aj  ardee PerforWan@e and Integritz InforWation FzsteW y#APIIFbc@ull re( orting re" uireWents and ( ro@edures are found in A( ( endi) XII to 45 L #R Part , 5cYhis terW does not a( ( lz to NIH felloj  shi( sc

**Treatment of Program Income:**
Additional Losts

---

**SECTI9N IV −  HD SPECIFIC AWARD C9NDITI9NS − 5U61HD16zj 3z-63  REVISED**

Llini@al Yrial Indi@ator: Ees
Yhis aj  ard su( ( orts one or Wore NIH-defined Llini@al YrialscFee the NIH Grants Poli@z FtateWent Fe@ion 1@2 for NIH definition of Llini@al Yrialc

**TERMINATI9N**

Yhis aj  ard no longer effe@uates agen@( rioritiescResear@h ( rograWs Jased ( riWarilz on artifi@al and non-s@entifi@@ategories. in@uding aWor( hous e" uitz oJje@ives. are antitheti@al to the s@entifi@in" uirz. do nothing to e) ( and our $noj  ledge of living szsteWs. ( rovide loj   returns on investWent. and ultiWatelz do not enhan@ health. lengthen life. or redu@ illnessc x  orse. so-@alled diversitz. e" uitz. and in@usion y UTIb

Version: 35 - 2/15/2025 ... 3/27/2025 12:04 AM

A.R.000465

studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans. Therefore, it is the policy of NIH not to prioritize such research programs.

**CLOSEOUT**

'Recipient Institution may request funds to support patient safety and orderly closeout of the project. Funds used to support any other research activities will be disallowed and recovered. Please be advised that your organization, as part of the orderly closeout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR)) as applicable within 120 days of the end of this grant.

The Closeout procedures should occur as expeditiously as possible while maintaining the safety of human subjects. There must be an orderly process to ensure the safety and welfare of participants. The grant close-out must occur within 120 days. The closeout will include:

- Informing all enrolled study participants of the study's termination and what study closure means for them:
    - Options pertaining to receiving further intervention, continuing follow-up, if required
    - Recognition of the value of their data and contribution to research
- If there remain participants that are actively participating in the research, the process and responsibilities will differ depending on the nature of the research.
    - If there is a prospect of direct benefit of the intervention and/or the intervention requires ongoing monitoring for safety and welfare there must be a plan to address these needs.
    - If there are no participants actively participating, or there is no need for ongoing monitoring or care, the protocol may be closed.
- Conduct any necessary final study visits or data collection procedures for enrolled participants.
- Notifying the IRB, USMK, FDA, and/or other monitoring bodies of the study's closure.
- Assure all consent forms, case report forms, and source documentation for the study are completed as necessary and are present in the study files.
- Complete all adverse event reporting and reconciliation as per protocol.
- Perform any appropriate statistical analyses of the study data collected to date.
- Prepare a comprehensive final study report summarizing findings, including any deviations from the protocol and GLP compliance.
- Review and clean collected data for accuracy and completeness resulting in a locked dataset, suitable for sharing, as required.
- Confirm final disposition of investigational product(s) and devices. Plan for removal of any implanted devices, if applicable.
- Handle any biospecimens collected and prepare them for sharing, if required.
- Update the study record and status to terminated in ClinicalTrials.gov as appropriate.

**APPEALS**

NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 7.5.2. This revised award represents the final decision of the NIH. It shall be the final decision of the

Version: 35 - 2/15/... A.R.0000466 ... 1/27/2025 12:04 AM

Ue( artWent of Health and HuWan Fervi@es yHHFbunless j  ithin 30 dazs after re@eiving this de@sion zou

Wail or eWail a j  ritten noti@e of a( ( eal to UrcMatthej   MeWolicPlease in@ude a @o( z of this de@sion. zour

a( ( eal qustifi@ation. total aWount in dis( ute. and anz Waterial or do@uWentation that j  ill su( ( ort zour

( ositionc#inallz. the a( ( eal Wust Je signed Jz the institutional offi@al authoriked to sign aj  ard a( ( li@ations

and Wust Je dated no later than 30 dazs after the date of this noti@ec

\*\*\*\*\*\*\*\*

**Mid-Project Extension**

**REVISION**:  Based on the recipient's concurrence with a mid-project extension, this revised award extends the budget and project end dates for 12 months without additional funds. Noncompeting continuation awards will cycle on 9/1. The recipient is responsible for ensuring that all necessary human subjects and/or vertebrate animal reviews are performed as required during the extension period.

Prior to the end of the extension period, an automated notification will be sent through eRA Commons requesting submission of a Research Performance Progress Report (RPPR) See Section 3.1 of the RPPR Instruction Guide for information on reporting due dates.

**The following will be required of the grantee:**

Mid-Project Extension: 12 months

 **Frequency of Reporting**

Reports to NICHD every 6 months

- Statement from grantee detailing the status of project scientific milestones.

- Statement from grantee detailing unobligated balance during Mid-Project Extension, and adherence to spending plans submitted 4/5/2024.

**Expected outcome of MPE:**

Spending down the carryover of $3,250,322 conducting and completing the following activities according to the below timeline set forth and agreed upon by MPIDB program officer and grantee:

**By the beginning of the MPE (9/1/2024)**

- Randomize 250 youth, for a total sample size of 250 youth

**At the end of 6 months of the MPE (02/28/2025)**

- Randomize 500 youth, for a total sample size of 750 youth

**At the end of 12 months of the MPE (8/31/2025)**

- Randomize 750 youth for a total sample size of 1500 youth

Additionally, PI will continue to hold monthly calls with the project officer and project scientist to discuss any ongoing issues with the project or recruiting, as well as initiate ad hoc meetings or send emails if any urgent concerns arise.

The following spending plan will be monitored. An unobligated balance in excess of more than 25 percent in the spending plan will trigger a Corrective and Preventative Action (CAPA) for this project.

The report must be emailed by an institutional Signing Official to the NICHD Grants Management Specialist and Program Official indicated on this Notice of Award via pdf attachment. Based on the project dates, these reports are due on 09/01/2024; 02/28/2025; 08/31/2025.

If this project involves Human Subjects research, updated inclusion data must also be provided through the eRA Human Subjects System (HSS) accessible through the eRA Commons.

Failure to comply with the above requirements can result in suspension and/or termination of this award, withholding of support, audit disallowances, and/or other appropriate action.

The previous terms and conditions of award remain in effect as stated below.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**REPORTING REQUIREMENT**:   NICHD requires biannual reporting for this project. The report should include the following:

- Provide active and pending support information for all individuals serving as senior/key personnel—those devoting measurable effort to a project. Other support includes all financial resources, whether Federal, non-Federal, commercial or institutional, available in direct support of an individual's research endeavors, including but not limited to research grants, cooperative agreements, contracts, and/or institutional awards. Training awards, prizes or gifts are not included. https://grants.nih.gov/grants/forms/othersupport.htm ;
- Provide current estimated unobligated balance detailed by budget category

The report must be submitted by an institutional Signing Official to the NICHD Grants Management Specialist and Program Official indicated on this Notice of Award via pdf attachment. Based on the project dates, these reports are due on March 1.

Failure to comply with the above requirements can result in suspension and/or termination of this award, withholding of support, audit disallowances, and/or other appropriate action.

**CLINICAL TRIALS: DISSEMINATION POLICY**

*The clinical trial(s) supported by this award are subject to the Dissemination Plan specified in the application dated 3/20/2020 and the NIH policy on Dissemination of NIH-Funded Clinical Trial Information. The policy states that the clinical trial(s) funded by this award will be registered in ClinicalTrials.gov not later than 21 calendar days after enrollment of the first participant and that primary summary results will be reported in ClinicalTrials.gov not later than one year after the trial completion date. The reporting of summary results is required even if the primary trial completion date occurs after the period of performance.*

*This award is subject to additional certification requirements with submission of the Annual, Interim and Final Research Performance Progress Reports (RPPR).*

*The recipient must agree to the following annual certification when submitting each RPPR. By submitting the RPPR, the Signing Official (SO) signifies compliance, as follows:*

*In submitting this RPPR, the SO (or PD/PI with delegated authority), certifies to the best of his/her knowledge that, for all clinical trials funded under this NIH award, the recipient and all investigators conducting NIH-funded clinical trials are in compliance with the*

A.R.0000468
Version: 35 - 3/15/2021 12:19:00 AM printed on 3/27/2025 12:04 AM

*recipient's plan addressing compliance with the NIH Policy on Dissemination of NIH-Funded Clinical Trial Information. Any clinical trial funded in whole or in part under this award has been registered in ClinicalTrials.gov or will be registered not later than 21 calendar days after enrollment of the first participant. Summary results have been submitted to ClinicalTrials.gov or will be submitted not later than one year after the trial completion date, even if the trial completion date occurs after the period of performance.*

**CLINICAL TRIALS: RISK ASSESSMENT**

*Clinical Trial Study Number: 326207*

The Clinical Trial Study or Studies listed above have been determined by NICHD to be considered MEDIUM risk requiring increased oversight by NICHD.  An update on the status of the milestones included in Section 6 of the eRA Human Subjects System (HSS) and any additional agreed-upon milestones will be due once a year (generally halfway through the budget period) as well as being included in the annual RPPR. The update cycle due date is based on the budget period start date referenced in this Notice of Award. Information and procedures concerning these requirements are available at  https://www.nichd.nih.gov/grants-contracts/process-strategies/policies/clinical-research. Updates must be provided through the eRA HSS accessible through the eRA Commons.

HUMAN SUBJECTS

For all competing applications or new protocols, the NICHD expects investigators for ALL NICHD Clinical Trials to abide by the requirements stated in NIH Guide Notice NOT-HD-20-036 "NICHD Data Safety Monitoring Guidelines for Extramural Clinical Trials and Clinical Research". All NICHD applications which include Clinical Trials must include a Data Safety Monitoring Plan. All NIH-sponsored multi-site clinical trials, NIH-defined Phase III clinical trials and some single site clinical trials that pose potential risk to participants require Data and Safety Monitoring Board (DSMB) oversight. Applicants are expected to establish an independent, external DSMB when required by this policy.

For all competing applications or new protocols, the NICHD expects investigators for ALL human subject research to abide by the requirements stated in NIH Guide Notice NOT-HD-20-035 "NICHD Serious Adverse Event, Unanticipated Problem, and Serious Adverse Event Reporting Guidance".

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 5O01HU107, 37-03 RTVIFTU

**INSTITUTI9 N:** L TNYTR #DR INNDVAYIVT POKCIL  HTACYH RTFTARL H

| Kudget | Eear 3 |
|---|---|
| Falaries and x  ages | " 294.w90 |
| #ringe Kenefits | " 15w972 |
| Personnel Losts yFuJtotalb | " 451.w 2 |
| Lonsultant Fervi@es | " 11.200 |
| Yravel | " 5.000 |
| Dther | " 9, w311 |
| FuJaj  ards/LonsortiuW/Lontra@ual Losts | " 111., 32 |
| YDYAC #TUTRAC UL | " 1.555.915 |
| YDYAC #TUTRAC #8A | " 597., 93 |
| YDYAC L DFY | " 2.154., 07 |

| #a@lities and AdWinistrative Losts | Eear 3 |
|---|---|
| #8A Lost Rate 1 | 41o4% |
| #8A Lost Kase 1 | " 1.44w3wl |
| #8A Losts 1 | " 597., 93 |

Version: 35 - 2/15/2... ...8/27/2025 12:04 AM

**Department of Health and Human Services**
Case 3:25-cv-01620-LAB Document 108-1 Filed 01/09/26 Page 476 of 573
7 AhIT7 AOI7 LhlhShU T7 EFSG ARSLU

**Notice of Award**
5S54EA0C0049
**Federal Award Date**
01/15/2025

## Recipient Information

**1. Recipient Name**
S7IVUFLlh# TY 7 TFhu 8AFTOI7 A Ah
8u APUOuIOO
104 AIFPTFh EF LhU 2200
8u APUOuIOO, 7 8 26599

**2. Congressional District of Recipient**
04

**3. Payment System Identifier (ID)**
15CC001393A1

**4. Employer Identification Number (EIN)**
5CC001393

**5. Data Universal Numbering System (DUNS)**
C0K195266

**'. Recipients Uni7ue Entity Identifier**
E3OuSCCwROE5

**6. Project Director or Principal Investigator**
wSFh M. FIRILO, Pu E
Professor
pl rt@icisN I nWedI
919-K43-K042

**8. Authorized Official**
maWpuartNv
grantsJ I nWedI
919-K43-KK5K

## Federal Agency Information

**9. Awarding Agency Contact Information**
A( v M RI WHei( er

7 AhIT7 AOI7 LhlhShU T7 EFSG ARSLU
cI WHei( eraJ ( aiNhiH.go)
301-K26-CC94

**10. Program Official Contact Information**
AOUz A FShu Fo( cerg

7 AhIT7 AOI7 LhlhShU T7 EFSG ARSLU
aNya.ro( cergJ niH.go)
301-435-02C4

## Federal Award Information

**11. Award Number**
5S54EA0C0049-02

**12. Uni7ue Federal Award Identification Number (FAIN)**
S54EA0C0049

**13. Statutory Authority**
42 SL8 241 31 SL8 C305 42 8YF 52

**14. Federal Award Project Title**
Ad) anWing hocaWo Fegl Ntorv LWenWe to FedI Ve u eaNH Eisbarities

**15. Assistance Listing Number**
93.066

**1'. Assistance Listing Program Title**
Ya( iN L( oping Pre)ention and hocaWo 8ontroNAWf FegI Ntorv FesearWH

**16. Award Action Type**
7 on-8o( beting 8ontinl ation xFUVILUE$

**18. Is the Award R&D?**
#es

| Summary Federal Award Financial Information | |
|---|---|
| **19. Budget Period Start Date** 09/01/2024 – End Date 0K/31/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | j 0 |
| 20 a. EireW 8ost A( oI nt | j 0 |
| 20 c. IndireW 8ost A( oI nt | j 0 |
| **21.** AI tHori" ed 8arrvo) er | |
| **22.** Tffset | |
| **23.** hotaNA( oI nt of YederaNYI nds TcN)gated tHis cI dget beriod | j 3,K55,64C |
| **24. Total Approved Cost Sharing or Matching, where applicable** | j 0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | j 3,K55,64C |
| **2'. Project Period Start Date** 09/30/2023 – End Date 0K/31/202K | |
| **26.** hotaNA( oI nt of tHe YederaNNAk ard inWWding Abbro) ed 8ost LHaring or MatWHing tHis ProeW Period | j 6,665,6K0 |

**28. Authorized Treatment of Program Income**
AdditionaNB osts

**29. Grants Management Officer - Signature**
A( v M RI WHei( er

## 30. Remarks
AWWebtanWe of tHis ak ard, inWWding tHe "her( s and 8onditions," is aWpnok Nedged cv tHe reWWbient k Hen fI nds are drak n dok n or otHerk ise re" I ested fro( tHe grant bav( ent svste( .



7 otiVe of Ak ard
*SPECIALIZED CENTER COOPERATIVE AGREEMENTS*
Eebart( ent of u eaNH and u l I ( an Ler) iVes
7 ationa Nnstitl tes of u ealN H



7 AhlT7 AOI7 LhlhShU T7 EFSG ARSLU

---

### SECTION I – AWARD DATA – 5U54DA0' 0049-02 REVISED

**Principal Investigator(s):**
wSFh M. FIRILQ, Pu E

**Award e-mailed to:** LbonsoredProgra( sJ I nWedl

Eear Al tHori" ed TffiWaN

hHe 7 ationa Nnstitl tes of u eaNH Herecv re) ises tHis ak ard xsee ' Ak ard 8aNW NationBin LeWfion I and 'her( s and 8onditionsBin LeWfion IllSto S7IV TY 7 TFhu 8AFT0l7 A 8u APUO u IOO in sl bport of tHe aco) e referenWd broqeW. hHis ak ard is bl rsl ant to tHe al tHoritv of 42 SL8 241 31 SL8 C305 42 8YF 52 and is sl cqeW to tHe re" l ire( ents of tHis statl te and regl Nation and of otHer referenWd, inVorborated or attaWHed ter( s and Wonditions.

AWWebtanWe of tHis ak ard, inWl lding tHe "her( s and 8onditions," is aWpnok Nedged cv tHe reWbient k Hen fl nds are drak n dok n or otHerk ise re" l ested fro( tHe grant bav( ent svste( .

UaWHbl cN Vation, bress reNease, or otHer doW( ent acol t researWHsl bborted cv an 7l u ak ard ( l st inW Nude an aWpnok Nedg( ent of 7l u ak ard sl bbort and a disWNai( er sl WHas 'FesearWH reborted in tHis bl cNVation k as sl bborted cv tHe 7 ationa Nnstitl te Tn Erl g AcI se of tHe 7 ationa Nnstitl tes of u eaNH I nder Ak ard 7I ( cer S54EA0C0049. hHe Wontent is soNN tHe resbonsiciNtv of tHe al tHors and does not neWessariN represent tHe offiWaN iek s of  tHe 7 ationa Nnstitl tes of u eaNHBPrior to issl ing a bress reNase WonVerning tHe ol tWo( e of tHis researWH, bNase notifv tHe 7l u ak arding l8 in ad) anVe to aNok for Woordination.

Ak ard reWbients ( l st bro( ote ocqeWi) itv in researWH cv estacNisHing standards tHat bro) ide a reasonaN eybeWVation tHat tHe design, Wondl W and reborting of researWHfl nded I nder 7l u ak ards k iNNce free fro( cias resl Ning fro( an In) estigatorS YinanWaN ConfNW of Interest xY8TIS in aWWordanW k itHtHe 2011 re) ised regl Nation at 42 8YF Part 50 LI cbart Y.  hHe Institl tion sHaNsl c( it aNN Y8TI reborts to tHe 7l u tHrol gHtHe eFA 8o( ( ons Y8TI Modl N. hHe regl Nation does not abbN to PHase I L ( aNNRI siness Inno) ati) e FesearWHxLRIFSand L( aNNRI siness heWHnoNgv Hransfer xLhhFSak ards. 8onsl NttHe 7l u k ecsite Http://grants.niH go) /grants/boNW WoNV/V6i/ for a Nhp to tHe regl Nation and additionaN( bortant infor( ation.

If vol Ha) e anv " l estions acol t tHis ak ard, bNase direWt " l estions to tHe YederaN AgenW WontaWs.

LinWereN vol rs,

A( v M RI WHei( er
Grants Manage( ent TffiWr
7 AhlT7 AOI7 LhlhShU T7 EFSG ARSLU

AdditionaNnnfor( ation foNNk s

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**
**Salaries and Wages**                                                                 j 1,535,1K6

| | |
|---|---|
| **Fringe Benefits** | ⌐449,3C0 |
| **Personnel Costs (Subtotal)** | ⌐1,9K4,546 |
| **Consultant Services** | ⌐45,000 |
| **Materials & Supplies** | ⌐10,C04 |
| **Travel** | ⌐62,600 |
| **Other** | ⌐252,K93 |
| **Subawards/Consortium/Contractual Costs** | ⌐94,620 |
| **Publication Costs** | ⌐13,500 |
| **ADP/Computer Services** | ⌐3,0K5 |
| **Tuition Remission** | ⌐5C,3K6 |
| | |
| **Federal Direct Costs** | ⌐2,533,43C |
| **Federal F&A Costs** | ⌐1,322,310 |
| **Approved Budget** | ⌐3,K55,64C |
| **Total Amount of Federal Funds Authorized (Federal Share)** | ⌐3,K55,64C |
| **TOTAL FEDERAL AWARD AMOUNT** | ⌐3,K55,64C |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | ⌐0 |

| SUMMARY TOTALS FOR ALL YEARS xfor tHis EoW( ent 7l ( cer$ | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 2 | ⌐3,K55,64C | ⌐3,K55,64C |
| 3 | ⌐3,655,C00 | ⌐3,655,C00 |
| 4 | ⌐3,C00,62C | ⌐3,C00,62C |
| 5 | ⌐3,510,240 | ⌐3,510,240 |

FeW6( ( ended fl tl re vear totaNvost sl bbort, sl c⌐W to tHe a) aiNciNtv of fl nds and satisfaWorv brogress of tHe bro⌐W(

**Fiscal Information:**

| | |
|---|---|
| **Payment System Identifier:** | 15CC001393A1 |
| **Document Number:** | SEA0C0049A |
| **PMS Account Type:** | P xLl caWWol nt$ |
| **Fiscal Year:** | 2024 |

| I8 | 8A7 | 2024 | 2025 | 202C | 2026 |
|---|---|---|---|---|---|
| TE | K0CC3C9 | ⌐3,K55,64C | ⌐3,655,C00 | ⌐3,C00,62C | ⌐3,510,240 |

FeW6( ( ended fl tl re vear totaNvost sl bbort, sl c⌐W to tHe a) aiNciNtv of fl nds and satisfaWorv brogress of tHe bro⌐W(

**NIH Administrative Data:**
**PCC**: 8V/AFF / **OC**: 41029 / **Released**: 01/14/2025
**Award Processed:** 01/15/2025 12:06:39 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 5U54DA0' 0049-02 REVISED**

Yor bav( ent and u u L Tffi\e of InsbeWor GeneraNuotNhe infor( ation, see tHe 7lu u o( e Page at Httb://grants.niHgo)/grants/boNW/ak ardWonditions.Ht(

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 5U54DA0' 0049-02 REVISED**

hHis ak ard is cased on tHe abbNWation sl c( itted to, and as abbro) ed cv, 7lu on tHe aco)e-titNd bro⌐W( and is sl c⌐W to tHe ter( s and Wonditions inWorborated eitHer direWN or cv referenWe in tHe foNNk ing:

    a.   hHe grant brogra( NagisNation and progra( regl Nation Wited in tHis 7otiWe of Ak ard.

    c.   8onditions on aWi)ities and eybenditl re of fl nds in otHer statl torv re" I ire( ents, sl WH as tHose inWNded in abbrobriations aWs.

    W   45 8YF Wart 65.

    d.   7 ationaNoNWW Fe" I ire( ents and aNNbtHer re" I ire( ents desWriced in tHe 7lu Grants PoNW Ltate( ent, inWNding addenda in effeWW as of tHe ceginning date of tHe cl dget beriod.

    e.   YederaNAk ard Perfor( anWe GoaNs: As re" I ired cv tHe beriodiWrebort in tHe FPPF or in tHe finaN brogress rebort k Hen abbNWaAe.

    f.   hHis ak ard notiWe, l7 8OSEl7 G hu U hUFML A7 E 8T 7 ElhlT 7 L 8IhUE RUOT & .

xLee 7 lu u o( e Page at Http://grants.nih.go)/grants/boNW/ak ardWonditions.Ht( for Wertain referenWes Wited aco)e.$

**Research and Development (R&D):** ANNak ards issl ed cv tHe 7 ationaNnstitl tes of ueaNHx7 lu $( eet tHe definition of 'FesearWHand Ee)eNob( entBat 45 8 YF Part; 65:2. As sl WH( al ditees sHol Nd identifv 7 lu ak ards as bart of tHe F_E WNlster on tHe LWHedl N( of Uybenditl res of YederaNak ards xLUYA$ hHe al ditor sHol Nd test 7 lu ak ards for Wo( bNanNW as instrl Wed in Part V, 8 Nlsters of Progra( s. 7 lu reWogni( es tHat so( e ak ards ( av Ha)e anotHer NlassifiWation for bl rboses of indireWt Wosts. hHe al ditor is not re" l ired to rebort tHe disWonneWt x)e., tHe ak ard is WNassified as F_E for YederaNAl dit Fe" l ire( ent bl rboses cl t non-researWH for indireWt Wost rate bl rboses$ l nNess tHe al ditee is WHarging indireWt Wosts at a rate otHer tHan tHe ratexs$sbeWified in tHe ak ard doW( entxs$

hHis institl tion is a signatorv to tHe YederaNEe( onstration PartnersHib xYEP$PHase VII Agree( ent k HiWH re" l ires aWti)e institl tionaNbartiWibation in nek or ongoing YEP de( onstrations and bilNts.

8arrv o)er of an l nocNigated caNanWe into tHe neyt cl dget beriod re" l ires Grants Manage( ent TffiWer brior abbro)aN

hHis ak ard is sl coeWt to tHe re" l ire( ents of 2 8YF Part 25 for institl tions to octain a l ni" l e entitv identifier xSUI$and ( aintain an aWti)e registration in tHe Lvste( for Ak ard Manage( ent xLAM$ LHol Nd a Wonsortil ( /sl cak ard ce issl ed l nder tHis ak ard, a SUI re" l ire( ent ( l st ce inWNl ded. Lee Http://grants.nih.go)/grants/boNW/ak ardWonditions.Ht( for tHe fl NN7 lu ak ard ter( i( bNe( enting tHis re" l ire( ent and otHer additionaNnfor( ation.

hHis ak ard Has ceen assigned tHe YederaNak ard IdentifiWation 7 l ( cer xYAl7 $S54EA0C0049. FeWbients ( l st doW( ent tHe assigned YAl7 on eaWH Wonsortil ( /sl cak ard issl ed l nder tHis ak ard.

Rased on tHe broeWt beriod start date of tHis broeWt, tHis ak ard is NbeN sl coeWt to tHe transbarenWv AWt sl cak ard and eyeWti)e Wo( bensation reborting re" l ire( ent of 2 8YF Part 160. hHere are Wonditions tHat ( av eyWNl de tHis ak ard' see Http://grants.nih.go)/grants/boNW/ak ardWonditions.Ht( for additionaNak ard abbNWaciNtv infor( ation.

In aWWordanWe k itHP.Q. 110-1C1, Wo( bNanWe k itHtHe 7 lu Pl cNWAWWess PoNWW is nok ( andatorv. Yor ( ore infor( ation, see 7 Th-TE-0K-033 and tHe Pl cNWAWWess k ecsite: Http://bl cNWAWWess.nih.go)/.

hHis ak ard bro)ides sl bbort for one or ( ore WNiniWaNtriaNs. Rv Nak x hitHe VIII, LeWtion K01 of Pl cNWLWoak 110-K5$ tHe 'resbonsicN bartvVb( l st register 'abbNWacWNe WNiniWaNtriaNsBon tHe 8NiniWaNtriaNs.go) ProtoWoN Fegistration Lvste( l nfor( ation & ecsite. 7 l enWol rages registration of aNtriaNs k HetHer re" l ired l nder tHe Nak or not. Yor ( ore infor( ation, see Http://grants.nih.go)/8NiniWaNtriaNs@faaa/

hHis ak ard is fl nded cv tHe folNk ing Nist of institl tes. Anv babers bl cNisHed l nder tHe al sbiWes of tHis ak ard ( l st Wite tHe fl nding sl bbort of aNNinstitl tes.

| TffiWe T f tHe EireWtor, 7 ationaNnstitl tes T f ueaNHxTE$ |
|---|

FeWbients ( l st ad( inister tHe broeWt in Wo( bNanWe k itHfederaNW( i)iNigHts Nak s tHat broHicit disWi( ination on tHe casis of ra)e, WoNor, nationaNorigin, disaciNtv, age, and Wo( bN k itHabbNWacN WonsWenWe broteWtions. hHe reWbient k itWo( bN k itHabbNWacN Nak s tHat broHicit disWi( ination on tHe casis of sey, k HiWHinWNl des disWi( ination on tHe casis of gender identitv, seyl aNorientation, and bregnanW. 8o( bNanWe k itHtHese Nak s re" l ires taping reasonacN stebs to bro)ide ( eaningfl NaWWess to bersons k itHN( ited UngNisHbrofiWienW and bro)iding brogra( s tHat are aWWessicN to and l sacN cv bersons k itHdisaciNities. hHe u uL TffiWe for 8i)iNFigHts bro)ides gl idanWe on Wo( bNing k itHW( i)iNigHts Nak s enforWed cv u uL. Lee Https://k k k .HHs.go)/W( i)iNigHts/for-bro)iders/bro)ider-ocNigations/indey.Ht( N and Https://k k k .HHs.go)/.

· FeWbients of YYA ( l st ensl re tHat tHeir brogra( s are aWWessicN to bersons k itHN( ited UngNisH brofiWienW. Yor gl idanWe on ( eeting tHe NegaNocNigation to tape reasonacN stebs to ensl re ( eaningfl NaWWess to brogra( s or a)Wi)ities cv N( ited UngNisHbrofiWent indi)idl aNs, see Https://k k k .HHs.go)/W( i)iNigHts/for-indi)idl aNs/sbeWaNobiWs/N( ited-engNisHbrofiWienW/faWt-sHeet-gl idanWe/indey.Ht( N and Https://k k k .Nb.go).
· Yor infor( ation on an institl tionS sbeWfiWoNigations for ser)ing " l aNfied indi)idl aNs k itH disaciNities, inWNl ding bro)iding brogra( ( a)Wess, reasonacN ( odifiWations, and to bro)ide effeWti)e

- Wo(  (  niWation, see Http://k k k .HHs.go)/oW/W) iNiGHts/I nderstanding/disaciNtv/indey.Ht(_N

· uuL fl nded HealtH and edl Wation brogra(  s ( I st ce ad( inistered in an en)iron( ent free of seyl aN Harass(' ent' see Https://k k k .HHs.go)/W) iNiGHts/for-indi)idl aN/sey-disWi(_ination/indey.Ht(_N
  Yor infor( ation acol t 7 lu X Wo(  ( it(' ent to sl bborting a safe and resbeWtfl Nk orp en)iron(' ent, k Ho to WontaW k itH"l estions or WonWerns, and k Hat 7 lu X eybeWtations are for institl tions and tHe indi)idl aN sl bborted on 7 lu-fl nded ak ards, bNease see
  Httbs://grants.niH.go)/grants/boNW/Harass(_ ent.Ht( .

· Yor gl idanW e on ad( inistering brogra(  s in Wo(  bNianW e k itHabbNWacN federaNreNigiol s nondisWi(' ination Nak s and abbNWacN federaNWonsWienW e broteWtion and assoW iated anti-disWi(' ination Nak s, see Https://k k k .HHs.go)/WonsWienW e/WonsWienW e-broteWtions/indey.Ht(_N and
  Httbs://k k k .HHs.go)/WonsWienW e/reNigiol s-freedo(_/indey.Ht(_N

In aWWordanW e k itHtHe regl Natorv re"l ire(' ents bro)ided at 45 8YF 65.113 and Abbendiy z ll to 45 8YF Part 65, reWbients tHat Ha)e W l rrentN a Wfi)e YederaN grants, Wooberati)e agree(' ents, and broW l re(' ent WontraWts k itHW (  l Nati)e totaN )aNl e greater tHan ( I 10,000,000 (  I st rebort and (  aintain infor(  ation in tHe Lvste(  for Ak ard Manage(  ent yLAMX acol t W) iNWi(  inaN and ad(  inistrati)e broWeedings in WonneWtion k itHtHe ak ard or berfor(  anW e of a YederaN ak ard tHat reaWfied finaN disbosition k itHin tHe (  ost reW ent fi)e-vear beriod. hHe reWbient ( I st a Nso (  ape se( iannl aN disWNosl res regarding sl WH broWeedings. ProW eedings infor( ation k iNNbe (  ade bl bNiWNv a)aiNabNcN in tHe designated integritv and berfor(  anW e svste(  yW l rrentN tHe YederaN Ak ardee Perfor(  anW e and Integritv Infor(  ation Lvste(  yXAPIILX .X YI NXreborting re"l ire(  ents and broW edl res are fol nd in Abbendiy z ll to 45 8YF Part 65. hHis ter(  does not abbN to 7 lu feNNk sHibs.

**Treatment of Program Income:**
AdditionaN Bosts

---

**SECTION IV – DA SPECIFIC AWARD CONDITIONS – 5U54DA0' 0049-02  REVISED**

8 NhiW e N hrian N ndiW ator: #es
hHis ak ard sl bborts one or (  ore 7 lu-defined 8NhiW e N hrian N. Lee tHe 7 lu Grants PoNW Y Ltate(  ent LeW tion 1.2 for 7 lu definition of 8NhiW e N hrian N

**This award contains grant-specific restrictions.  These restrictions may only be lifted by a revised Notice of Award (NoA).**

**Restricted Carryover**
This grant is excluded from Streamlined Noncompeting Award Procedures (SNAP). Carryover of an unobligated balance into the next budget period requires FDA and NIDA approval. The annual RPPR is due 60 days before the beginning date of the next budget period. The annual FFR is due 90 days after the end of the calendar quarter in which the budget period ends. Please see the following link for information regarding the RPPR, and related resources, definitions, etc.: https://grants.nih.gov/grants/rppr/index.htm

**REVISION #1: TRSP TERMS UPDATE (MID-PERIOD REQUIREMENT REMOVED)**

**FDA AWARD REQUIREMENTS**
**Use and Reporting of TRSP Funds**
The funds for this award come from the Family Smoking Prevention and Tobacco Control Act (Public Law 111-31).  As such, this award is subject to special terms and conditions unique to these awards.

CTP funds can only be used for CTP-approved research activities that fall within CTP's regulatory authority. Non-CTP funds (e.g., NIH, institutional, or other funds) cannot be used in conjunction with CTP funds to support work on a CTP-approved project/aim. However, non-CTP funds for additional work not commissioned by CTP can be used, as long as the funds are kept separate from CTP funds and tracked separately from CTP funds.

All participants at TRSP grantee meetings will be required to sign a non-disclosure agreement of non-public information presented and discussed. Additionally, all participants will be required to provide financial disclosure that will be included in participant information.

**Publications**
For each publication that results from research supported under this award, the grantee must include an acknowledgement of FDA and NIH grant support and a disclaimer stating the following: "Research reported in this publication was supported by NIDA and FDA Center for Tobacco Products (CTP).  The content is

solely the responsibility of the authors and does not necessarily represent the official views of the NIH or the Food and Drug Administration."  Additionally, prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

**Public Availability of Data**
The research findings generated from this NOFO may be used to provide scientific evidence informing the regulation of the manufacture, distribution, and marketing of tobacco products to protect public health.  If the research data are cited publicly in support of regulation, institutions of higher education, hospitals, and other non-profit organizations are subject to the Freedom of Information Act (FOIA) as outlined in 2 CFR Part 200 and section 2.3.11.2.3 Access to Research Data of the NIH Grants Policy Statement.

**NIH Salary Cap**
None of the funds in this award shall be used to pay the salary of an individual at a rate in excess of the current salary cap. Therefore, this award and/or future years are adjusted accordingly, if applicable. Current salary cap levels can be found at the following: http://grants2.nih.gov/grants/policy/salcap_summary.htm.

This revision supersedes Notice of Award (NoA) issued 08/09/2024.  All other terms below remain applicable:


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**COOPERATIVE AGREEMENT**
This award is issued as a Cooperative Agreement, a financial assistance mechanism in which substantial NIH scientific and/or programmatic involvement is anticipated in the performance of the activity. This award is subject to the Cooperative Agreement Terms and Conditions of Award as set forth in RFA-OD-22-004, entitled "Tobacco Centers of Regulatory Science (TCORS) for Research Relevant to the Family Smoking Prevention and Tobacco Control Act (U54 Clinical Trial Optional)," posted on March 8, 2022 which are incorporated by reference as special terms and conditions of this award.

This RFA may be accessed at RFA-OD-22-004

The NIH Project Scientist for this Cooperative Agreement is: MeLisa Creamer PhD
Email: melisa.creamer@nih.gov
Phone: 301-402-1933

**DATA AND SAFETY MONITORING PLAN**
This award is subject to the current Data and Safety Monitoring Plan (DSMP) submitted and previously approved by NIDA. Any changes in the DSMP must be reviewed and approved by the NIDA Program Official. If changes are approved, the approval will be reflected on the Notice of Award (NoA) via revision. If changes are not approved, the Principal Investigator must revise the DSMP to the satisfaction of the NIDA Program Official. The Principal Investigator must provide a DSMP for any new trial that is to be conducted under this grant.

**GRADUATE STUDENT CAP**
The maximum amount NIH will award for the support of a graduate student on a research grant or a cooperative agreement is tied to the National Research Service Award (NRSA) zero-level stipend in effect at the time the grant award is issued on the Federal award date.  The schedule for NRSA stipends can be found at  http://grants.nih.gov/training/nrsa.htm.  Consistent with cost principles for Institutions of Higher Education (IHEs) described in 45 CFR 75.43145and 45 CFR 75.466, the compensation of graduate students supported by research grants must be reasonable.  These operating principles associated with the compensation of students performing necessary work on NIH funded research projects are described in detail in the *NIH Grants Policy Statement* at  http://grants.nih.gov/policy/nihgps/index.htm.  The amount provided for compensation includes salary or wages, fringe benefits, and tuition remission.

**NIDA TERMS**
In conjunction with the Acknowledgment of Federal Funding Requirement (as specified in the NIH Grants Policy Statement, Appropriation Mandates Http://grants.nih.gov/policy/nihgps/index.htm), in order to most effectively disseminate research results, advance notice should be given to NIDA that research findings are about to be published so that we may coordinate accurate and timely release to the media. This information will be embargoed until the publication date. Please see the NIDA Special Considerations Page for guidance on coordination with the NIDA Press Office at https://www.drugabuse.gov/funding/special-considerations-for-nida-funding, or contact the NIDA Press Office at media@nida.nih.gov.

Please see Special Considerations for NIDA Funding Opportunities and Awards at https://www.drugabuse.gov/funding/special-considerations-for-nida-funding.

A.R.000476

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 5S54EA0C0049-02 FUVILUE

**INSTITUTION:** S7IV TY 7 TFhu 8AFTOi7A 8u APUOu lOO

| RI dget | #ear 2 | #ear 3 | #ear 4 | #ear 5 |
|---|---|---|---|---|
| LaNries and & ages | j 1,535,1K6 | j 1,446,26C | j 1,423,K20 | j 1,419,310 |
| Yringe Renefits | j 449,3C0 | j 423,612 | j 414,555 | j 391,069 |
| PersonneNBosts xLI ctotalN | j 1,9K4,546 | j 1,K60,9KK | j 1,K3K,365 | j 1,K10,3K9 |
| 8onsl Nant Ler)iWes | j 45,000 | j 3C,500 | j 23,000 | j 36,000 |
| U" I ib( ent | | j 12,150 | | |
| MateriaN_ LI bbNes | j 10,C04 | j 2C,502 | j 14,0K9 | j 9,K39 |
| hra)eN | j 62,600 | j CK,600 | j 62,600 | j 62,600 |
| TtHer | j 252,K93 | j 161,645 | j K3,102 | j 50,555 |
| LI cak ards/8onsortil ( /8o ntraWl aNBosts | j 94,620 | j 24C,C14 | j 3C3,2CC | j 351,046 |
| PI cNWvtion 8osts | j 13,500 | j 20,500 | j 20,500 | j 24,500 |
| AEP/8o( bI ter Ler)iWes | j 3,0K5 | j 3,0K5 | j 3,0K5 | j 3,0K5 |
| U" I ib( ent or YaWNtv FentaNSser Yees | | j 6,200 | j 3,C00 | |
| hI ition Fe( ission | j 5C,3K6 | j 39,9C9 | j 3C,5C9 | j 3C,C46 |
| hThAOYUEUFAOE8 | j 2,533,43C | j 2,503,953 | j 2,45K,2KC | j 2,395,6C2 |
| hThAOYUEUFAOY_A | j 1,322,310 | j 1,251,C46 | j 1,142,440 | j 1,114,46K |
| hThAO8TLh | j 3,K55,64C | j 3,655,C00 | j 3,C00,62C | j 3,510,240 |

| YaWNties and Ad( inistrati)e 8osts | #ear 2 | #ear 3 | #ear 4 | #ear 5 |
|---|---|---|---|---|
| Y_A 8ost Fate 1 | 55.5% | 55.5% | 55.5% | 55.5% |
| Y_A 8ost Rase 1 | j 2,3K2,540 | j 2,255,220 | j 2,05K,451 | j 2,00K,0CK |
| Y_A 8osts 1 | j 1,322,310 | j 1,251,C46 | j 1,142,440 | j 1,114,46K |

**Department of Health and Human Services**  **Notice of Award**
Case 1:25-cv-01620-LLA    Document 108-1    Filed 01/09/26    Page 483 of 573  5U54DA060049
NATIONAL INSTITUTE ON DRUG ABUSE    **Federal Award Date**
03/24/2025

## Recipient Information

**1. Recipient Name**
UNIVERSIT7 OF NORTH WAROLINA AT WHAPEL HILL
104 AIRPORT DR STE 2200
WHAPEL HILLYNW2C599

**2. Congressional District of Recipient**
04

**3. Payment System Identifier (ID)**
1566001393A1

**4. Employer Identification Number (EIN)**
566001393

**5. Data Universal Numbering System (DUNS)**
60K1952CC

**6. Recipient's Unique Entity Identifier**
D3LHU66, BLD5

**7. Project Director or Principal Investigator**
, URT M8RIBISLYPHD
Professor
curtkribisl@unw8edu
919-K43-K042

**8. Authorized Official**
. awc Hartley
grants@unw8edu
919-K43-KK5K

## Federal Agency Information

**9. Awarding Agency Contact Information**
PaJ ela G8FleJ ing
Grants ManageJ ent Offiwer
NATIONAL INSTITUTE ON DRUG ABUSE
mfleJ ing@J ail8nih8gop
301-4K0-1159

**10. Program Official Contact Information**
ALEv A RUTH RoJ berg

NATIONAL INSTITUTE ON DRUG ABUSE
aleqa8roJ berg@nih8gop
301-435-0264

## Federal Award Information

**11. Award Number**
5U54DA060049-02

**12. Unique Federal Award Identification Number (FAIN)**
U54DA060049

**13. Statutory Authority**
42 USW241 31 USW6305 42 WFR 52

**14. Federal Award Project Title**
Adpanwing Tobawwo Regulatory Swienwe to Reduwe Health Dismarities

**15. Assistance Listing Number**
9380CC

**16. Assistance Listing Program Title**
FaJ ily SJ ocing Prepention and Tobawwo Wontrol Awt Regulatory Researwh

**17. Award Action Type**
Non-WoJ meting Wontinuation xREVISED(

**18. Is the Award R&D?**
7es

| Summary Federal Award Financial Information | |
|---|---|
| **19. Budget Period Start Date** 09/01/2024 – End Date 03/21/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | ) 0 |
| 20 a8 Direwt Wost AJ ount | ) 0 |
| 20 b8 Indirewt Wost AJ ount | ) 0 |
| **21.** Authori$ed Warryoper | |
| **22.** Offset | |
| **23.** Total AJ ount of Federal Funds Obligated this budget meriod | ) 3YK55YC46 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | ) 0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | ) 3YK55YC46 |
| **26. Project Period Start Date** 09/30/2023 – End Date 03/21/2025 | |
| **27.** Total AJ ount of the Federal Az ard inwluding Ammroped Wost Sharing or Matwhing this Projewt Period | ) CYCC5YCK0 |

**28. Authorized Treatment of Program Income**
Additional Wosts

**29. Grants Management Officer - Signature**
PaJ ela G8FleJ ing

## 30. Remarks

Awwemtanwe of this az ardYinwluding the "TerJ s and Wonditions" is awwnoz ledged by the rewimient z hen funds are draz n doz n or otherz ise re" uested froJ  the grant mayJ ent systeJ 8



Notiwe of Az ard

*SPECIALIZED CENTER COOPERATIVE AGREEMENTS*
DemartJ ent of Health and HuJ an Serpiwes
National Institutes of Health



**NATIONAL INSTITUTE ON DRUG ABUSE**

---

**SECTION I – AWARD DATA – 5U54DA060049-02 REVISED**

**Principal Investigator(s):**
, URT M8RIBISLYPHD

**Award e-mailed to:** SmonsoredPrograJ s@unwⱾedu

Dear AuthoriⱾed Offiwial:

The National Institutes of Health hereby repises this az ard  xsee "Az ard Walwulation' in Sewtion I and "TerJ s and Wonditions' in Sewtion III( to UNIV OF NORTH WAROLINA WHAPEL HILL in surmort of the abope referenwed mrojewt8 This az ard is mursuant to the authority of 42 USW241  31 USW6305  42 WFR 52  and is subjewt to the re"uireJ ents of this statute and regulation and of other referenwedYinwor」orated or attawhed terJ s and wonditions8

Awwemtanwe of this az ardYinwluding the "TerJ s and WonditionsY is awwnoz ledged by the rewimient z hen funds are draz n doz n or otherz ise re"uested froJ  the grant mayJ ent systeJ 8

Eawh mubliwationYmress releaseYor other dowuJ ent about researwh summorted by an NIH az ard  J ust inwlude an awwnoz ledgJ ent of NIH az ard summort and a diswlaiJ er suwh as "Researwh reported in this mubliwation z as summorted by the National Institute On Drug Abuse of the National Institutes of Health under Az ard NuJ ber U54DA0600498The wontent is solely the resmonsibility of the authors and does not newessarily remresent the offiwial piez s of  the National Institutes of Health8 Prior to issuing a mress release wonwerning the outwoJ e of this researwhMlease notify the NIH az arding IWin adpanwe to alloz  for woordination8

Az ard rewimients J ust mroJ ote objewtipity in researwh by establishing standards that mropide a reasonable exmewtation that the designYwonduwt and remorting of researwh funded under NIH az ards z ill be free froJ  bias resulting froJ  an Inpestigatorᴝ Finanwial Wonflint of Interest xFWOI(Yin awwordanwe z ith the 2011 repised regulation at 42 WFR Part 50 Submart F8  The Institution shall subJ it all FWOI remorts to the NIH through the eRA WoJ J ons FWOI Module8The regulation does not armly to Phase I SJ all Business Innopatipe Researwh xSBIR( and SJ all Business Tewhnology Transfer xSTTR( az ards8Wonsult the NIH z ebsite http//grants8nih8gop/grants/moliwy/woi/ for a linc to the regulation and additional iJ mortant inforJ ation8

If you hape any "uestions about this az ardYmlease direwt "uestions to the Federal Agenwy wontawts8

Sinwerely yoursY

PaJ ela G8FleJ ing
Grants ManageJ ent Offiwer
NATIONAL INSTITUTE ON DRUG ABUSE

Additional inforJ ation folloz s

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**
**Salaries and Wages**                                                                ) 1ᴝ535YKC

A.R.000479

| | |
|---|---|
| **Fringe Benefits** | ) 449,860 |
| **Personnel Costs (Subtotal)** | ) 1,9K4,54C |
| Consultant Services | ) 45,000 |
| Materials & Supplies | ) 10,604 |
| Travel | ) C2,C00 |
| Other | ) 252,K93 |
| Subawards/Consortium/Contractual Costs | ) 94,C20 |
| Publication Costs | ) 13,500 |
| ADP/Computer Services | ) 3,0K5 |
| Tuition Remission | ) 56,8KC |
| | |
| **Federal Direct Costs** | ) 2,533,Y36 |
| **Federal F&A Costs** | ) 1,822,810 |
| **Approved Budget** | ) 3,K55,C46 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | ) 3,K55,C46 |
| **TOTAL FEDERAL AWARD AMOUNT** | ) 3,K55,C46 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | ) 0 |

| SUMMARY TOTALS FOR ALL YEARS xfor this Docu,J ent NuJ ber( | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 2 | ) 3,K55,C46 | ) 3,K55,C46 |

**Fiscal Information:**
Payment System Identifier:    1566001393A1
Document Number:              UDA060049A
PMS Account Type:             P xSubaward ount(
Fiscal Year:                  2024

| IW | WAN | 2024 |
|---|---|---|
| OD | K066369 | ) 3,K55,C46 |

**NIH Administrative Data:**
**PCC:** WW/ARR / **OC:** 41029 / **Released:** 03/24/2025
**Award Processed:** 03/25/2025 12:15:55 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 5U54DA060049-02 REVISED**

For payJ ent and HHS Offiwe of InsmewUor General Hotline inforJ ation,see the NIH HoJ e Page at
http://grants,nih,gop/grants/moliwy/az ardwonditions,htJ

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 5U54DA060049-02 REVISED**

This az ard is based on the amnliwation subJ itted to,and as amnroped by,NIH on the apobe-titled mrojewt and is subjewt to the terJ s and wonditions inworporated either direwtly or by referenwe in the folloz ing:

a8  The grant mrograJ legislation and mrograJ regulation wited in this Notiwe of Az ard8
b8  Wonditions on awtipities and eqmenditure of funds in other statutory re" uireJ ents,suwh as those inwluded in amnromriations awts8
w8  45 WFR Part C58
d8  National Poliwy Re" uireJ ents and all other re" uireJ ents deswribed in the NIH Grants Poliwy StateJ ent,inwluding addenda in effewt as of the beginning date of the budget meriod8
e8  Federal Az ard PerforJ anwe Goals: As re" uired by the meriodiwremort in the RPPR or in the final mrogress remort z hen amnliwable8
f8  This az ard notiwe,INWLUDING THE TERMS AND WONDITIONS WITED BELO& 8

xSee NIH HoJ e Page at http://grants,nih,gop/grants/moliwy/az ardwonditions,htJ for wertain referenwes wited abope(

**Research and Development (R&D):** All az ards issued by the National Institutes of Health xNIH( J eet the definition of "Researwh and DepeloMJ ent" at 45 WFR Part; C58. As suwh,auditees should identify NIH

az ards as mart of the R—D wluster on the Swhedule of Eqmenditures of Federal Az ards xSEFA(8The auditor should test NIH az ards for woJ mianwe as instruwted in Part VYWlusters of PrograJ s8NIH rewogni$es that soJ e az ards J ay hape another wlassifiwation for murmoses of indirewt wosts8The auditor is not re" uired to remort the diswonnewt x8&8the az ard is wlassified as R—D for Federal Audit Re" uireJ ent murmoses but non-researwh for indirewt wost rate murmoses(Yunless the auditee is wharging indirewt wosts at a rate other than the ratexs( smewified in the az ard dowuJ entxs(8

This institution is a signatory to the Federal DeJ onstration PartnershimxFDP( Phase VII AgreeJ ent z hiwh re" uires awtipe institutional martiwimation in nez or ongoing FDP deJ onstrations and milots8

Warry oper of an unobligated balanwe into the neqt budget meriod re" uires Grants ManageJ ent Offiwer mrior ammropal8

This az ard is subjewt to the re" uireJ ents of 2 WFR Part 25 for institutions to obtain a uni" ue entity identifier xUEI( and J aintain an awtipe registration in the SysteJ for Az ard ManageJ ent xSAM(8 Should a wonsortiuJ /subaz ard be issued under this az ardYa UEI re" uireJ ent J ust be inwluded8 See http://grants8nih8gop/grants/moliwy/az ardwonditions8htJ for the full NIH az ard terJ iJ mleJ enting this re" uireJ ent and other additional inforJ ation8

This az ard has been assigned the Federal Az ard Identifiwation NuJ ber xFAIN( U54DA0600498Rewimients J ust dowuJ ent the assigned FAIN on eawh wonsortiuJ /subaz ard issued under this az ard8

Based on the mrojewt meriod start date of this mrojewtYthis az ard is licely subjewt to the Transmarenwy Awt subaz ard and eqewutipe woJ mensation remorting re" uireJ ent of 2 WFR Part 1C08There are wonditions that J ay eqwlude this az ardYsee http://grants8nih8gop/grants/moliwy/az ardwonditions8htJ for additional az ard awmliwability inforJ ation8

In awwordanwe z ith P8L8110-161YwoJ mlianwe z ith the NIH PubliwAwwess Poliwy is noz J andatory8For J ore inforJ ationYsee NOT-OD-0K-033 and the PubliwAwwess z ebsite: http://mubliwawwess8nih8gop/8

This az ard mropides summort for one or J ore wliniwal trials8By laz xTitle VIIIYSewtion K01 of PubliwLaz 110-K5(Ythe "resmonsible marty' J ust register "awmliwable wliniwal trials' on the WliniwalTrials8gop Protowol Registration SysteJ InforJ ation & ebsite8NIH enwourages registration of all trials z hether re" uired under the laz or not8For J ore inforJ ationYsee http://grants8nih8gop/WliniwalTrialskfdaaa/ This az ard remresents the final year of the woJ metitipe segJ ent for this grant8See the NIH Grants Poliwy StateJ ent Sewtion K86 Wloseout for woJ mlete wloseout re" uireJ ents at: http://grants8nih8gop/grants/moliwy/moliwy8htJ _#gms8

A final eqmenditure Federal Finanwial Remort xFFR( xSF 425( J ust be subJ itted through the PayJ ent ManageJ ent SysteJ xPMS( z ithin 120 days of the meriod of merforJ anwe end dateXsee the NIH Grants Poliwy StateJ ent Sewtion K858l Finanwial RemortsYhttp://grants8nih8gop/grants/moliwy/moliwy8htJ _#gms8Yfor additional inforJ ation on this subJ ission re" uireJ ent8The final FFR J ust indiwate the eqawt balanwe of unobligated funds and J ay not reflewt any unli" uidated obligations8There J ust be no diswremanwies betz een the final FFR eqmenditure data and the real-tiJ e wash draz doz n data in PMS8NIH z ill wlose the az ards using the last reworded wash draz doz n lepel in PMS for az ards that do not re" uire a final FFR on eqmenditures8 It is iJ mortant to note that for finanwial wloseoutYif a grantee fails to subJ it a re" uired final eqmenditure FFRYNIH z ill wlose the grant using the last reworded wash draz doz n lepel8

A Final Inpention StateJ ent and Wertifiwation forJ xHHS 56K(Yxnot awmliwable to trainingYwonstruwtionY wonferenwe or wanwer eduwation grants( J ust be subJ itted z ithin 120 days of the eqmiration date8The HHS 56K forJ J ay be doz nloaded at: http://grants8nih8gop/grants/forJ s8htJ 8 This maragramh does not awmly to Training grantsYFelloz shimsYand wertain other mrograJ s_ i8e8Yawtipity wodes W06YD42YD43YDC1YDPCYG0CY G0KYG11Y, 12Y, 16Y, 30YP09YP40YP41YP51YR13YR25YR2KYR30YR90YRL5YRL9YS10YS14YS15YU13YU14YU41Y U42YU45YUW6YUWCYUR2Yv 01Yv 028

Unless an awmliwation for woJ metitipe renez al is subJ ittedYa Final Researwh PerforJ anwe Progress Remort xFinal RPPR( J ust also be subJ itted z ithin 120 days of the meriod of merforJ anwe end date8If a woJ metitipe renez al awmliwation is subJ itted mrior to that dateYthen an InteriJ RPPR J ust be subJ itted by that date as z ell8Instruwtions for mremaring an InteriJ or Final RPPR are at: https://grants8nih8gop/grants/rmmr/rmmrkinstruwtionkguide8mdf8Any other smewifiwre" uireJ ents set forth in the terJ s and wonditions of the az ard J ust also be addressed in the InteriJ or Final RPPR8*Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience*8

NIH re" uires elewtroniwsubJ ission of the final inpention stateJ ent through the Wloseout feature in the WbJ J ons8

NOTE:  If this is the final year of a woJ metitipe segJ ent due to the transfer of the grant to another institutionY then a Final RPPR is not re" uired8 Hoz eperYa final eqmenditure FFR is re" uired and J ust be subJ itted elewtronically as noted abope8 If not already subJ ittedYthe Final Inpention StateJ ent is re" uired and should be sent direwtly to the assigned Grants ManageJ ent Smewialist8

This az ard is funded by the folloz ing list of institutes8 Any mamers mublished under the auswiwes of this az ard J ust wite the funding summort of all institutes8

| Offiwe Of The DirewtorYNational Institutes Of Health xOD( |
| --- |

Rewiments J ust adJ inister the mrojewt in woJ mlianwe z ith federal wipil rights laz s that mrohibit diswriJ ination on the basis of rawe YwolorYnational originYdisabilityYageYand woJ mly z ith ammliwable wonswienwe mrotewtions8The rewiment z ill woJ mly z ith ammliwable laz s that mrohibit diswriJ ination on the basis of seqYz hiwh inwludes diswriJ ination on the basis of gender identityYsequal orientationYand mregnanwy8WbJ mlianwe z ith these laz s re" uires tacing reasonable stems to mropide J eaningful awwess to mersons z ith liJ ited English mrofiwienwy and mropiding mrograJ s that are awwessible to and usable by mersons z ith disabilities8The HHS Offiwe for Wipil Rights mropides guidanwe on woJ mlying z ith wipil rights laz s enforwed by HHS8See https://z z z 8hhs8gop/wipil-rights/for-mropiders/mropider-obligations/indeq8htJ l and https://z z z 8hhs8gop/8

· Rewiments of FFA J ust ensure that their mrograJ s are awwessible to mersons z ith liJ ited English mrofiwienwy8For guidanwe on J eeting the legal obligation to tace reasonable stems to ensure J eaningful awwess to mrograJ s or awtipities by liJ ited English mrofiwient indipidualsY see https://z z z 8hhs8gop/wipil-rights/for-indipiduals/smewial-tomiws/liJ ited-english-mrofiwienwy/fawt-sheet-guidanwe/indeq8htJ l and https://z z z 8ens8gop8

· For inforJ ation on an institution6s smewifiwlegal obligations for serping " ualified indipiduals z ith disabilitiesYinwluding mropiding mrograJ awwessYreasonable J odifiwationsYand to mropide effewtipe woJ J uniwationYsee http//z z z 8hhs8gop/owr/wipilrights/understanding/disability/indeq8htJ l8

· HHS funded health and eduwation mrograJ s J ust be adJ inistered in an enpironJ ent free of sequal harassJ entXsee https://z z z 8hhs8gop/wipil-rights/for-indipiduals/seq-diswriJ ination/indeq8htJ l8 For inforJ ation about NIH's woJ J itJ ent to summorting a safe and resmewtful z orc enpironJ entY z ho to wontawt z ith " uestions or wonwernsYand z hat NIH's eqmewtations are for institutions and the indipiduals summorted on NIH-funded az ardsYmlease see https://grants8nih8gop/grants/moliwy/harassJ ent8htJ 8

· For guidanwe on adJ inistering mrograJ s in woJ mlianwe z ith ammliwable federal religious nondiswriJ ination laz s and ammliwable federal wonswienwe mrotewtion and associated anti-diswriJ ination laz sYsee https://z z z 8hhs8gop/wonswienwe/wonswienwe-mrotewtions/indeq8htJ l and https://z z z 8hhs8gop/wonswienwe/religious-freedoJ /indeq8htJ l8

In awwordanwe z ith the regulatory re" uireJ ents mropided at 45 WFR C58 13 and Ammendiq v II to 45 WFR Part C5Yrewiments that hape wurrently awtipe Federal grantsYwoomeratipe agreeJ entsYand mrowureJ ent wontrawts z ith woJ ulatipe total palue greater than ) 10Y000Y000 J ust remort and J aintain inforJ ation in the SysteJ for Az ard ManageJ ent xSAM( about wipilYwriJ inalYand adJ inistratipe mroweedings in wonnewtion z ith the az ard or merforJ anwe of a Federal az ard that reawhed final dismosition z ithin the J ost rewent fipe-year meriod8 The rewiment J ust also J ace seJ iannual diswlosures regarding suwh mroweedings8Proweedings inforJ ation z ill be J ade mubliwly apailable in the designated integrity and merforJ anwe systeJ _xwurrently the Federal Az ardee PerforJ anwe and Integrity InforJ ation SysteJ xFAPIIS((8Full remorting re" uireJ ents and mrowedures are found in Ammendiq v II to 45 WFR Part C58This terJ does not ammly to NIH felloz shims8

**Treatment of Program Income:**
Additional Wosts

---

**SECTION IV − DA SPECIFIC AWARD CONDITIONS − 5U54DA060049-02  REVISED**

Winiwal Trial Indiwator: 7es
This az ard summorts one or J ore NIH-defined Winiwal Trials8See the NIH Grants Poliwy StateJ ent Sewtion 18 for NIH definition of Winiwal Trial8

**REVISION #2 - TERMINATION**

It is the moliwy of NIH not to further mrioriti$e researwh mrograJ s based mriJ arily on artifiwial and non-swientifiwwategoriesYinwluding aJ ornhous e"uity objewtipesYare antithetiwal to the swientifiwin" uiryYdo nothing to eqmand our cnoz ledge of liping systeJ sYmropide loz  returns on inpestJ entYand ultiJ ately do not enhanwe healthYlengthen lifeYor reduwe illness8 & orseYso-walled dipersityYe" uityYand inwlusion x'DEI' ( studies are often used to summort unlaz ful diswriJ ination sinwe rawe and other mrotewted wharawteristiwsY z hiwh harJ s the health of AJ eriwans8

ThereforeYthis mrojewt is terJ inated8

Unipersity of North Warolina at Whamel Hill J ay re" uest funds to summort matient safety and orderly wloseout of the mrojewt8Funds used to summort any other researwh awtipities z ill be disalloz ed and rewopered8

Please be adpised that your organi$ationYas mart of the orderly wloseout mrowessYz ill need to subJ it the newessary wloseout dowuJ ents x&8Final Researwh PerforJ anwe PrograJ  Remort xF-RPPR(YFinal Inpention StateJ ent xFIS(Yand the Final Finanwial Remort xFFR(( z ithin 120 days of the end date of this grant to apoid unilateral wloseout8

NIH is tacing this enforweJ ent awtion in awwordanwe z ith 2 WFR 8;  200&40 as iJ nleJ ented in NIH GPS Sewtion K5&28This repised az ard remresents the final dewision of the NIH8It shall be the final dewision of the DemartJ ent of Health and HuJ an Serpiwes xHHS( unless z ithin 30 days after rewejiping this dewision you J ail or eJ ail a z ritten notiwe of amneal to Dr8Matthez  MeJ oli8Please inwlude a wony of this dewisionYour amneal justifiwationYtotal aJ ount in dismuteYand any J aterial or dowuJ entation that z ill summort your mosition8FinallyYthe amneal J ust be signed by the institutional offiwial authori$ed to sign az ard amnliwations and J ust be dated no later than 30 days after the date of this notiwe8

This repision sumersedes Notiwe of Az ard xNoA( issued 1/15/20258

kkkkkkkkkkkkkkkkkkkkk

**Restricted Carryover**
This grant is excluded from Streamlined Noncompeting Award Procedures (SNAP). Carryover of an unobligated balance into the next budget period requires FDA and NIDA approval. The annual RPPR is due 60 days before the beginning date of the next budget period. The annual FFR is due 90 days after the end of the calendar quarter in which the budget period ends. Please see the following link for information regarding the RPPR, and related resources, definitions, etc.: https://grants.nih.gov/grants/rppr/index.htm

**REVISION #1: TRSP TERMS UPDATE (MID-PERIOD REQUIREMENT REMOVED)**

**FDA AWARD REQUIREMENTS**
**Use and Reporting of TRSP Funds**
The funds for this award come from the Family Smoking Prevention and Tobacco Control Act (Public Law 111-31).  As such, this award is subject to special terms and conditions unique to these awards.

CTP funds can only be used for CTP-approved research activities that fall within CTP's regulatory authority. Non-CTP funds (e.g., NIH, institutional, or other funds) cannot be used in conjunction with CTP funds to support work on a CTP-approved project/aim. However, non-CTP funds for additional work not commissioned by CTP can be used, as long as the funds are kept separate from CTP funds and tracked separately from CTP funds.

All participants at TRSP grantee meetings will be required to sign a non-disclosure agreement of non-public information presented and discussed. Additionally, all participants will be required to provide financial disclosure that will be included in participant information.

**Publications**
For each publication that results from research supported under this award, the grantee must include an acknowledgement of FDA and NIH grant support and a disclaimer stating the following: "Research reported in this publication was supported by NIDA and FDA Center for Tobacco Products (CTP).  The content is solely the responsibility of the authors and does not necessarily represent the official views of the NIH or the Food and Drug Administration."  Additionally, prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

**Public Availability of Data**
The research findings generated from this NOFO may be used to provide scientific evidence informing the regulation of the manufacture, distribution, and marketing of tobacco products to protect public health.  If the research data are cited publicly in support of regulation, institutions of higher education, hospitals, and other

non-profit organizations are subject to the Freedom of Information Act (FOIA) as outlined in 2 CFR Part 200 and section 2.3.11.2.3 Access to Research Data of the NIH Grants Policy Statement.

**NIH Salary Cap**
None of the funds in this award shall be used to pay the salary of an individual at a rate in excess of the current salary cap. Therefore, this award and/or future years are adjusted accordingly, if applicable. Current salary cap levels can be found at the following: http://grants2.nih.gov/grants/policy/salcap_summary.htm.

This revision supersedes Notice of Award (NoA) issued 08/09/2024.  All other terms below remain applicable:


**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**COOPERATIVE AGREEMENT**
This award is issued as a Cooperative Agreement, a financial assistance mechanism in which substantial NIH scientific and/or programmatic involvement is anticipated in the performance of the activity. This award is subject to the Cooperative Agreement Terms and Conditions of Award as set forth in RFA-OD-22-004, entitled "Tobacco Centers of Regulatory Science (TCORS) for Research Relevant to the Family Smoking Prevention and Tobacco Control Act (U54 Clinical Trial Optional)," posted on March 8, 2022 which are incorporated by reference as special terms and conditions of this award.

This RFA may be accessed at RFA-OD-22-004

The NIH Project Scientist for this Cooperative Agreement is: MeLisa Creamer PhD
Email: melisa.creamer@nih.gov
Phone: 301-402-1933

**DATA AND SAFETY MONITORING PLAN**
This award is subject to the current Data and Safety Monitoring Plan (DSMP) submitted and previously approved by NIDA. Any changes in the DSMP must be reviewed and approved by the NIDA Program Official. If changes are approved, the approval will be reflected on the Notice of Award (NoA) via revision. If changes are not approved, the Principal Investigator must revise the DSMP to the satisfaction of the NIDA Program Official. The Principal Investigator must provide a DSMP for any new trial that is to be conducted under this grant.

**GRADUATE STUDENT CAP**
The maximum amount NIH will award for the support of a graduate student on a research grant or a cooperative agreement is tied to the National Research Service Award (NRSA) zero-level stipend in effect at the time the grant award is issued on the Federal award date.  The schedule for NRSA stipends can be found at  http://grants.nih.gov/training/nrsa.htm.  Consistent with cost principles for Institutions of Higher Education (IHEs) described in 45 CFR 75.43145 and 45 CFR 75.466, the compensation of graduate students supported by research grants must be reasonable.  These operating principles associated with the compensation of students performing necessary work on NIH funded research projects are described in detail in the *NIH Grants Policy Statement* at  http://grants.nih.gov/policy/nihgps/index.htm.  The amount provided for compensation includes salary or wages, fringe benefits, and tuition remission.

**NIDA TERMS**
In conjunction with the Acknowledgment of Federal Funding Requirement (as specified in the NIH Grants Policy Statement, Appropriation Mandates http://grants.nih.gov/policy/nihgps/index.htm), in order to most effectively disseminate research results, advance notice should be given to NIDA that research findings are about to be published so that we may coordinate accurate and timely release to the media. This information will be embargoed until the publication date. Please see the NIDA Special Considerations Page for guidance on coordination with the NIDA Press Office at https://www.drugabuse.gov/funding/special-considerations-for-nida-funding, or contact the NIDA Press Office at media@nida.nih.gov.

Please see Special Considerations for NIDA Funding Opportunities and Awards at https://www.drugabuse.gov/funding/special-considerations-for-nida-funding.


**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 5U54DA060049-02 REVISED

**INSTITUTION:** UNIV OF NORTH CAROLINA CHAPEL HILL

Version: 35 - 2/15/2024 ... 2/25/2025 12:15 AM
A. R. 000484

| Budget | Year 2 |
| --- | --- |
| Salaries and Wages | ) 1,535,100 |
| Fringe Benefits | ) 449,860 |
| Personnel Costs (Subtotal( | ) 1,984,540 |
| Consultant Services | ) 45,000 |
| Materials — Supplies | ) 10,604 |
| Travel | ) 2,000 |
| Other | ) 252,893 |
| Subawards/Consortium /Contractual Costs | ) 94,020 |
| Publication Costs | ) 13,500 |
| ADP/Computer Services | ) 3,005 |
| Tuition Remission | ) 56,800 |
| TOTAL FEDERAL DW | ) 2,533,436 |
| TOTAL FEDERAL F—A | ) 1,822,810 |
| TOTAL COST | ) 3,155,046 |

| Facilities and Administrative Costs | Year 2 |
| --- | --- |
| F—A Cost Rate 1 | 55.5% |
| F—A Cost Base 1 | ) 2,832,540 |
| F—A Costs 1 | ) 1,822,810 |

**Department of Health and Human Services**

EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD HEALTH & HUMAN DEVELOPMENT

**Notice of Award**

FAIN# UG1HD113160

**Federal Award Date**
08/06/2024

---

## Recipient Information

**1. Recipient Name**
NORTHWESTERN UNIVERSITY
633 CLARK ST
EVANSTON, IL 60208

**2. Congressional District of Recipient**
09

**3. Payment System Identifier (ID)**
1362167817A1

**4. Employer Identification Number (EIN)**
362167817

**5. Data Universal Numbering System (DUNS)**
005436803

**' . Recipients Uni7ue Entity Identifier**
KG76WYENL5K1

**6. Project Director or Principal Investigator**
Robert  Garofalo, MD
Professor
rgarofalo@luriechildrens.org
773-880-4551

**8. Authorized Official**
Andrea Zakrzewski

## Federal Agency Information

**9. Awarding Agency Contact Information**
Sarah M Lee
Grants Management Specialist
EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD HEALTH & HUMAN DEVELOPMENT
SARAH.LEE@NIH.GOV
(240) 276-6280

**10. Program Official Contact Information**
Denise  Russo
Program Officer
EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD HEALTH & HUMAN DEVELOPMENT
drusso1@mail.nih.gov
301-435-6871

## Federal Award Information

**11. Award Number**
5UG1HD113160-02

**12. Uni7ue Federal Award Identification Number (FAIN)**
UG1HD113160

**13. Statutory Authority**
42 USC 241 31 USC 6305 42 CFR 52

**14. Federal Award Project Title**
Intensive Combination Approach to Rollback the HIV Epidemic in Nigerian Youth (iCARE) Plus Effectiveness / Implementation Hybrid Study

**15. Assistance Listing Number**
93.865

**1'. Assistance Listing Program Title**
Child Health and Human Development Extramural Research

**16. Award Action Type**
Non-Competing Continuation

**18. Is the Award R&D?**
Yes

### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 09/01/2024 **– End Date** 08/31/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $1,244,010 |
| 20 a.  Direct Cost Amount | $1,073,603 |
| 20 b.  Indirect Cost Amount | $170,407 |
| **21.** Authorized Carryover | |
| **22.** Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $1,244,010 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $1,244,010 |
| **2'. Project Period Start Date** 09/08/2023 **– End Date** 08/31/2028 | |
| **26.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $2,654,230 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Sarah M Lee

## 30. Remarks

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Version 35 - 2/15/2022    8/6/2024 12:22 AM
A.R.000486



Notice of Award

*Cooperative Agreement*
Department of Health and Human Services
National Institutes of Health



EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD HEALTH & HUMAN DEVELOPMENT

---

**SECTION I – AWARD DATA – 5UG1HD1131' 0-02**

**Principal Investigator(s)▼**
Robert  Garofalo, MD

**Award e-mailed to▼**OSR-Awards@northwestern.edu

Dear Authorized Official:

The National Institutes of Health hereby awards a grant in the amount of $1,244,010 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to NORTHWESTERN UNIVERSITY CHICAGO in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241 31 USC 6305 42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the Eunice Kennedy Shriver National Institute Of Child Health & Human Development of the National Institutes of Health under Award Number UG1HD113160. The content is solely the responsibility of the authors and does not necessarily represent the official views of  the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Sarah M Lee
Grants Management Officer
EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD HEALTH & HUMAN DEVELOPMENT

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

A.R.000487
Version: 25 - 2/15/2022 12:33:14 PM    Generated on: 3/6/2024 12:22 AM

| | |
|---|---|
| Salaries and Wages | $138,732 |
| Fringe Benefits | $36,070 |
| Personnel Costs (Subtotal) | $174,802 |
| Consultant Services | $34,000 |
| Travel | $49,738 |
| Other | $23,471 |
| Subawards:Consortium:Contractual Costs | $789,592 |
| Publication Costs | $2,000 |
| | |
| Federal Direct Costs | $1,073,603 |
| Federal F&A Costs | $170,407 |
| Approved Budget | $1,244,010 |
| Total Amount of Federal Funds Authorized (Federal Share) | $1,244,010 |
| TOTAL FEDERAL AWARD AMOUNT | $1,244,010 |
| | |
| AMOUNT OF THIS ACTION (FEDERAL SHARE) | $1,244,010 |

| SUMMAR/ TOTALS FOR ALL / EARS (for this Document Number) | | |
|---|---|---|
| / R | THIS AWARD | CUMULATIYE TOTALS |
| 2 | $1,244,010 | $1,244,010 |
| 3 | $1,244,010 | $1,244,010 |
| 4 | $1,244,010 | $1,244,010 |
| 5 | $1,244,010 | $1,244,010 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**Fiscal InformationV**
| | |
|---|---|
| Payment System IdentifierV | 1362167817A1 |
| Document NumberV | UHD113160A |
| PMS Account TypeV | P (Subaccount) |
| Fiscal / earV | 2024 |

| IC | CAN | 2024 | 2025 | 2026 | 2027 |
|---|---|---|---|---|---|
| HD | 8014714 | $1,044,010 | $1,044,010 | $1,044,010 | $1,044,010 |
| MH | 8472612 | $150,000 | $150,000 | $150,000 | $150,000 |
| TW | 8476359 | $50,000 | $50,000 | $50,000 | $50,000 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**NIH Administrative DataV**
**PCC**: MPIDB-DR / **OC**: 41029 / **Released**: 08/05/2024
**Award ProcessedV** 08/06/2024 12:22:08 AM

---

**SECTION II – PA/ MENT:HOTLINE INFORMATION – 5UG1HD1131' 0-02**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 5UG1HD1131' 0-02**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

a.  The grant program legislation and program regulation cited in this Notice of Award.
b.  Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
c.  45 CFR Part 75.
d.  National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
e.  Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
f.  This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

A. R. 000488
Version: 25 – 2/15/20            08/06/2024 12:22 AM

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D)V** All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VII Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

Carry over of an unobligated balance into the next budget period requires Grants Management Officer prior approval.

This grant is excluded from Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.   See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) UG1HD113160. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

This award provides support for one or more clinical trials. By law (Title VIII, Section 801 of Public Law 110-85), the "responsible party" must register "applicable clinical trials" on the ClinicalTrials.gov Protocol Registration System Information Website. NIH encourages registration of all trials whether required under the law or not. For more information, see http://grants.nih.gov/ClinicalTrials_fdaaa/
This award provides support for one or more NIH defined Phase III Clinical Trials.  The NIH Policy for research supported as an NIH Phase III Clinical Trial has been amended in Section II.B. of the NIH Guidelines on the Inclusion of Women and Minorities as Subjects in Clinical Research – Amended October 2001 (see http://grants.nih.gov/grants/funding/women_min/guidelines_amended_10_2001.htm).

A description of plans to conduct analyses, as appropriate, by sex/gender and racial/ethnic groups must be included in clinical trial protocols.  Cumulative subject accrual and progress in conducting subset analyses must be reported to NIH in the annual Progress Reports.  Final analyses of sex/gender and racial/ethnic differences must be reported in the required Final Progress Report or Competitive Renewal Applications (or Contract Renewals/Extensions) as stated in Section II.B. of the Guidelines.
This award is funded by the following list of institutes.  Any papers published under the auspices of this award must cite the funding support of all institutes.

| |
|---|
| Eunice Kennedy Shriver National Institute Of Child Health & Human Development (NICHD) |
| National Institute Of Mental Health (NIMH) |
| Fogarty International Center (FIC) |

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and

pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program IncomeV**
Additional Costs

---

**SECTION IY –  HD SPECIFIC AWARD CONDITIONS – 5UG1HD1131' 0-02**

Clinical Trial Indicator: Yes
This award supports one or more NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

**<u>Cooperative Agreement</u>**
This award is issued as a cooperative agreement, a financial assistance mechanism in which substantial NIH scientific and/or programmatic involvement is anticipated in the performance of the activity.

This award is subject to the terms and conditions of award as set forth in **RFA-HD-23-013**, **"Prevention and Treatment through a Comprehensive Care Continuum for HIV-affected Adolescents in Resource Constrained Settings Implementation Science Network (PATC H-IN) Clinical Research Centers (UG1 Clinical Trial Optional,"** posted **July 22, 2022**, which are hereby incorporated by reference as special terms and conditions of award.

These special terms and conditions of award are in addition to, and not in lieu of, otherwise applicable OMB administrative guidelines; Federal Regulations including HHS Grant Administration Regulations at 45 CFR Part 75; other HHS regulations; and the NIH Grants Policy Statement (rev. 4/24).

A.R.000490
Version: 25 - 2/15/24 ... 1/6/2024 12:22 AM

Project Scientist Contact Information:
**Project Scientist**:  Dr. Allanah Esber
**Email**:  allahna.esber@nih.gov
**Phone**: 301.827.4560

**REVISION**:  This revised award reflects NICHD approval of the change to a **single** PD/PI model and designates **Dr. Robert Garofalo** as principal investigator as indicated in the prior approval request dated **7/08/2024**. Per the request, **Dr. Robert Garofalo** has been designated the Contact PI/PD.

### Clinical Trials: Dissemination Policy
The clinical trial(s) supported by this award are subject to the Dissemination Plan specified in the **application** dated **12/06/2022** and the NIH policy on Dissemination of NIH-Funded Clinical Trial Information. The policy states that the clinical trial(s) funded by this award will be registered in ClinicalTrials.gov not later than 21 calendar days after enrollment of the first participant and that primary summary results will be reported in ClinicalTrials.gov not later than one year after the trial completion date. The reporting of summary results is required even if the primary trial completion date occurs after the period of performance.

This award is subject to additional certification requirements with submission of the Annual, Interim and Final Research Performance Progress Reports (RPPR). The recipient must agree to the following annual certification when submitting each RPPR. By submitting the RPPR, the Signing Official (SO) signifies compliance, as follows:

In submitting this RPPR, the SO (or PD/PI with delegated authority), certifies to the best of their knowledge that, for all clinical trials funded under this NIH award, the recipient and all investigators conducting NIH-funded clinical trials comply with the recipient's plan addressing compliance with the Dissemination of NIH-Funded Clinical Trial Information policy. Any clinical trial funded in whole or in part under this award has been registered in ClinicalTrials.gov or will be registered not later than 21 calendar days after enrollment of the first participant. Summary results have been submitted to ClinicalTrials.gov or will be submitted not later than one year after the trial completion date, even if the trial completion date occurs after the period of performance.

### Clinical Trials: Risk Assessment
Clinical Trial Study/Studies:
**STUDY NUMBER(S) 444341**

Other reporting expectations:
**Additional reporting (DSMB, adverse events, etc) required by PO not indicated in HSS**

This Clinical Trial Study or Studies listed above have been determined by NICHD to be considered **LOW** risk. Oversight by NICHD will occur in the standard manner through the annual RPPR. An annual update (no additional reports) on the status of the milestones included in Section 6 of the eRA HSS and any additional agreed-upon milestones are due in the RPPR. Information and procedures concerning these requirements are available on the NICHD Policies on Clinical Research site.

### Humans
For all competing applications or new protocols, the NICHD expects investigators for ALL NICHD Clinical Trials to abide by the requirements stated in NIH Guide Notice NOT-HD-20-036 "NICHD Data Safety Monitoring Guidelines for Extramural Clinical Trials and Clinical Research". All NICHD applications which include Clinical Trials must include a Data Safety Monitoring Plan. All NIH-sponsored multi-site clinical trials, NIH-defined Phase III clinical trials and some single site clinical trials that pose potential risk to participants require Data and Safety Monitoring Board (DSMB) oversight. Applicants are expected to establish an independent, external DSMB when required by this policy.

A.R.000491
Version: 25 - 2/15/ - 6/6/2024 12:22 AM

For all competing applications or new protocols, the NICHD expects investigators for ALL human subject research to abide by the requirements stated in NIH Guide Notice NOT-HD-20-035 "NICHD Serious Adverse Event, Unanticipated Problem, and Serious Adverse Event Reporting Guidance".

**Foreign Component**
This award includes foreign component at the following sites: **University of Lagos, Aminu Kano Teaching Hospital, University of Nigeria Teaching Hospital, University of Uyo Teaching Hospital and University of Ibadan** in **Nigeria**

**Non-SNAP**
NIH staff has determined that the submitted Research Performance Progress Report is within the approved scope of work.

SPREADSHEET SUMMAR/
**AWARD NUMBERV**5UG1HD113160-02

**INSTITUTIONV**NORTHWESTERN UNIVERSITY CHICAGO

| Budget | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|
| Salaries and Wages | $138,732 | $138,732 | $138,732 | $138,732 |
| Fringe Benefits | $36,070 | $36,070 | $36,070 | $36,070 |
| Personnel Costs (Subtotal) | $174,802 | $174,802 | $174,802 | $174,802 |
| Consultant Services | $34,000 | $34,000 | $34,000 | $34,000 |
| Travel | $49,738 | $49,738 | $49,738 | $49,738 |
| Other | $23,471 | $23,471 | $23,471 | $23,471 |
| Subawards/Consortium/Contractual Costs | $789,592 | $789,592 | $789,592 | $789,592 |
| Publication Costs | $2,000 | $2,000 | $2,000 | $2,000 |
| TOTAL FEDERAL DC | $1,073,603 | $1,073,603 | $1,073,603 | $1,073,603 |
| TOTAL FEDERAL F&A | $170,407 | $170,407 | $170,407 | $170,407 |
| TOTAL COST | $1,244,010 | $1,244,010 | $1,244,010 | $1,244,010 |

| Facilities and Administrative Costs | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|
| F&A Cost Rate 1 | 60% | 60% | 60% | 60% |
| F&A Cost Base 1 | $284,011 | $284,011 | $284,011 | $284,011 |
| F&A Costs 1 | $170,407 | $170,407 | $170,407 | $170,407 |

A.R.000492
Version: 23 - 2/15/2024 12:32 PM Generated on: 2/15/2024 12:32 AM

**Department of Health and Human Services**

EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD HEALTH & HUMAN DEVELOPMENT

**Notice of Award**

5UG1HD113160

**Federal Award Date**
03/25/2025

---

## Recipient Information

**1. Recipient Name**
NORTHWESTERN UNIVERSITY
633 CLARK ST
EVANSTON, IL 60208

**2. Congressional District of Recipient**
09

**3. Payment System Identifier (ID)**
1362167817A1

**4. Employer Identification Number (EIN)**
362167817

**5. Data Universal Numbering System (DUNS)**
005436803

**6. Recipients Unique Entity Identifier**
KG76WYENL5K1

**7. Project Director or Principal Investigator**
Robert Garofalo, MD
Professor
rgarofalo@luriechildrens.org
773-880-4551

**8. Authorized Official**
Andrea Zakrzewski

## Federal Agency Information

**6. Awarding Agency Contact Information**
Sarah M Lee
Grants Management Specialist
EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD HEALTH & HUMAN DEVELOPMENT
SARAH.LEE@NIH.GOV
(240) 276-6280

**10. Program Official Contact Information**
Denise Russo
Program Officer
EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD HEALTH & HUMAN DEVELOPMENT
drusso1@mail.nih.gov
301-435-6871

## Federal Award Information

**11. Award Number**
5UG1HD113160-02

**12. Unique Federal Award Identification Number (FAIN)**
UG1HD113160

**13. Statutory Authority**
42 USC 241 31 USC 6305 42 CFR 52

**14. Federal Award Project Title**
Intensive Combination Approach to Rollback the HIV Epidemic in Nigerian Youth (iCARE) Plus Effectiveness / Implementation Hybrid Study

**15. Assistance Listing Number**
93.865

**16. Assistance Listing Program Title**
Child Health and Human Development Extramural Research

**17. Award Action Type**
Non-Competing Continuation (REVISED)

**18. Is the Award R&D?**
Yes

### Summary Federal Award Financial Information

| | |
|---|---|
| **16. Budget Period Start Date** 09/01/2024 – **End Date** 03/21/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0 |
| 20 a.  Direct Cost Amount | $0 |
| 20 b.  Indirect Cost Amount | $0 |
| **21.** Authorized Carryover | |
| **22.** Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $1,244,010 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $1,244,010 |
| --------------------------------------------------- | |
| **27. Project Period Start Date** 09/08/2023 – **End Date** 03/21/2025 | |
| **28.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $2,654,230 |

**29. Authorized Treatment of Program Income**
Additional Costs

**26. Grants Management Officer - Signature**
Margaret A. Young

---

**30. Remarks**

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Version:15 - 3/15/2025   3/26/2025 12:08 AM
A.R.000493

Notice of Award



*Cooperative Agreement*
Department of Health and Human Services
National Institutes of Health



EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD HEALTH & HUMAN DEVELOPMENT

---

**SECTI9 N I – AWARD DATA – 5UG1HD1131' 0-02 REVISED**

**Principal Investigator(s):**
Robert  Garofalo, MD

**Award e-mailed to:** OSR-Awards@northwestern.edu

Dear Authorized Official:

The National Institutes of Health hereby revises this award  (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to NORTHWESTERN UNIVERSITY CHICAGO in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241 31 USC 6305 42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the Eunice Kennedy Shriver National Institute Of Child Health & Human Development of the National Institutes of Health under Award Number UG1HD113160. The content is solely the responsibility of the authors and does not necessarily represent the official views of  the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Margaret A. Young
Grants Management Officer
EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD HEALTH & HUMAN DEVELOPMENT

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

A.R.000494
Version: 35 - 3/15/202... 12:00 AM   ... 3/26/2025 12:08 AM

| | |
|---|---|
| Salaries and Wages | $138,732 |
| Fringe Benefits | $36,070 |
| Personnel Costs (Subtotal) | $174,802 |
| Consultant Services | $34,000 |
| Travel | $49,738 |
| 9ther | $23,471 |
| Subawards/Consortium/Contractual Costs | $789,592 |
| Publication Costs | $2,000 |
| | |
| Federal Direct Costs | $1,073,603 |
| Federal F&A Costs | $170,407 |
| Approved Budget | $1,244,010 |
| Total Amount of Federal Funds Authori0ed (Federal Share) | $1,244,010 |
| T9TAL FEDERAL AWARD AM9UNT | $1,244,010 |
| | |
| AM9UNT 9F THIS ACTI9N (FEDERAL SHARE) | $0 |

| SUMMARY T9TALS F9R ALL YEARS (for this Document Number) | | |
|---|---|---|
| YR | THIS AWARD | CUMULATIVE T9TALS |
| 2 | $1,244,010 | $1,244,010 |

Fiscal Information:
| | |
|---|---|
| Payment System Identifier: | 1362167817A1 |
| Document Number: | UHD113160A |
| PMS Account Type: | P (Subaccount) |
| Fiscal Year: | 2024 |

| IC | CAN | 2024 |
|---|---|---|
| HD | 8014714 | $1,044,010 |
| MH | 8472612 | $150,000 |
| TW | 8476359 | $50,000 |

NIH Administrative Data:
**PCC**: MPIDB-DR / **9C**: 41029 / **Released**: 03/25/2025
**Award Processed**: 03/26/2025 12:08:14 AM

---

**SECTI9N II – PAYMENT/H9TLINE INF9RMATI9N – 5UG1HD1131'0-02 REVISED**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTI9N III – STANDARD TERMS AND C9NDITI9NS – 5UG1HD1131'0-02 REVISED**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

a.  The grant program legislation and program regulation cited in this Notice of Award.
b.  Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
c.  45 CFR Part 75.
d.  National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
e.  Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
f.  This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):** All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH

awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VII Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

Carry over of an unobligated balance into the next budget period requires Grants Management Officer prior approval.

This grant is excluded from Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.  See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) UG1HD113160. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

This award provides support for one or more clinical trials. By law (Title VIII, Section 801 of Public Law 110-85), the "responsible party" must register "applicable clinical trials" on the ClinicalTrials.gov Protocol Registration System Information Website. NIH encourages registration of all trials whether required under the law or not. For more information, see http://grants.nih.gov/ClinicalTrials_fdaaa/
This award provides support for one or more NIH defined Phase III Clinical Trials.  The NIH Policy for research supported as an NIH Phase III Clinical Trial has been amended in Section II.B. of the NIH Guidelines on the Inclusion of Women and Minorities as Subjects in Clinical Research – Amended October 2001 (see http://grants.nih.gov/grants/funding/women_min/guidelines_amended_10_2001.htm).

A description of plans to conduct analyses, as appropriate, by sex/gender and racial/ethnic groups must be included in clinical trial protocols.  Cumulative subject accrual and progress in conducting subset analyses must be reported to NIH in the annual Progress Reports.  Final analyses of sex/gender and racial/ethnic differences must be reported in the required Final Progress Report or Competitive Renewal Applications (or Contract Renewals/Extensions) as stated in Section II.B. of the Guidelines. This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section 8.6 Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final expenditure Federal Financial Report (FFR) (SF 425) must be submitted through the Payment Management System (PMS) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section 8.6.1 Financial Reports, http://grants.nih.gov/grants/policy/policy.htm#gps, for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the real-time cash drawdown data in PMS. NIH will close the awards using the last recorded cash drawdown level in PMS for awards that do not require a final FFR on expenditures. It is important to note that for financial closeout, if a grantee fails to submit a required final expenditure FFR, NIH will close the grant using the last recorded cash drawdown level.

A Final Invention Statement and Certification form (HHS 568), (not applicable to training, construction, conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 568 form may be downloaded at: http://grants.nih.gov/grants/forms.htm.  This paragraph does not apply to Training grants, Fellowships, and certain other programs—i.e., activity codes C06, D42, D43, D71, DP7, G07,

G08, G11, K12, K16, K30, P09, P40, P41, P51, R13, R25, R28, R30, R90, RL5, RL9, S10, S14, S15, U13, U14, U41, U42, U45, UC6, UC7, UR2, X01, X02.

Unless an application for competitive renewal is submitted, a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal application is submitted prior to that date, then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at: https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any other specific requirements set forth in the terms and conditions of the award must also be addressed in the Interim or Final RPPR. *Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.*

NIH requires electronic submission of the final invention statement through the Closeout feature in the Commons.

NOTE:  If this is the final year of a competitive segment due to the transfer of the grant to another institution, then a Final RPPR is not required.  However, a final expenditure FFR is required and must be submitted electronically as noted above.  If not already submitted, the Final Invention Statement is required and should be sent directly to the assigned Grants Management Specialist.

This award is funded by the following list of institutes.  Any papers published under the auspices of this award must cite the funding support of all institutes.

| |
|---|
| Eunice Kennedy Shriver National Institute Of Child Health & Human Development (NICHD) National Institute Of Mental Health (NIMH) Fogarty International Center (FIC) |

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

· Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
· For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
· HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
· For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently

Version: 35 - 3/15/2022 2:59:51 AM
3/26/2025 12:08 AM

the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

---

**SECTI9N IV – HD SPECIFIC AWARD C9NDITI9NS – 5UG1HD1131′ 0-02 REVISED**

Clinical Trial Indicator: Yes
This award supports one or more NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

**TERMINATI9N**

This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness.  Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans.  Therefore, it is the policy of NIH not to prioritize such research programs.

**CL9SE9UT**

"Recipient Institution" may request funds to support patient safety and orderly closeout of the project. Funds used to support any other research activities will be disallowed and recovered. Please be advised that your organization, as part of the orderly closeout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR), as applicable within 120 days of the end of this grant.

The Closeout procedures should occur as expeditiously as possible while maintaining the safety of human subjects.  There must be an orderly process to ensure the safety and welfare of participants. The grant close-out must occur within 120 days.    The closeout will include:

- Informing all enrolled study participants of the study's termination and what study closure means for them:
  - Options pertaining to receiving further intervention, continuing follow-up, if required
  - Recognition of the value of their data and contribution to research
- If there remain participants that are actively participating in the research, the process and responsibilities will differ depending on the nature of the research.
  - If there is a prospect of direct benefit of the intervention and/or the intervention requires ongoing monitoring for safety and welfare there must be a plan to address these needs.
  - If there are no participants actively participating, or there is no need for ongoing monitoring or care, the protocol may be closed.
- Conduct any necessary final study visits or data collection procedures for enrolled participants.
- Notifying the IRB, DSMB, FDA, and/or other monitoring bodies of the study's closure.

· Assure all consent forms, case report forms, and source documentation for the study are completed as necessary and are present in the study files.

· Complete all adverse event reporting and reconciliation as per protocol.

· Perform any appropriate statistical analyses of the study data collected to date.

· Prepare a comprehensive final study report summarizing findings, including any deviations from the protocol and GCP compliance.

· Review and clean collected data for accuracy and completeness resulting in a locked dataset, suitable for sharing, as required.

· Confirm final disposition of investigational product(s) and devices. Plan for removal of any implanted devices, if applicable.

· Handle any biospecimens collected and prepare them for sharing, if required.

· Update the study record and status to terminated in ClinicalTrials.gov as appropriate.


**APPEALS**

NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 8.5.2. This revised award represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be dated no later than 30 days after the date of this notice.


********


**Cooperative Agreement**
This award is issued as a cooperative agreement, a financial assistance mechanism in which substantial NIH scientific and/or programmatic involvement is anticipated in the performance of the activity.

This award is subject to the terms and conditions of award as set forth in **RFA-HD-23-013**, **"Prevention and Treatment through a Comprehensive Care Continuum for HIV-affected Adolescents in Resource Constrained Settings Implementation Science Network (PATC H-IN) Clinical Research Centers (UG1 Clinical Trial Optional,"** posted **July 22, 2022**, which are hereby incorporated by reference as special terms and conditions of award.

These special terms and conditions of award are in addition to, and not in lieu of, otherwise applicable OMB administrative guidelines; Federal Regulations including HHS Grant Administration Regulations at 45 CFR Part 75; other HHS regulations; and the NIH Grants Policy Statement (rev. 4/24).

Project Scientist Contact Information:
**Project Scientist**: Dr. Allanah Esber
**Email**: allahna.esber@nih.gov
**Phone**: 301.827.4560

**REVISION**: This revised award reflects NICHD approval of the change to a **single** PD/PI model and designates **Dr. Robert Garofalo** as principal investigator as indicated in the prior

approval request dated **7/08/2024**. Per the request, **Dr. Robert Garofalo** has been designated the Contact PI/PD.

**Clinical Trials: Dissemination Policy**
The clinical trial(s) supported by this award are subject to the Dissemination Plan specified in the **application** dated **12/06/2022** and the NIH policy on Dissemination of NIH-Funded Clinical Trial Information. The policy states that the clinical trial(s) funded by this award will be registered in ClinicalTrials.gov not later than 21 calendar days after enrollment of the first participant and that primary summary results will be reported in ClinicalTrials.gov not later than one year after the trial completion date. The reporting of summary results is required even if the primary trial completion date occurs after the period of performance.

This award is subject to additional certification requirements with submission of the Annual, Interim and Final Research Performance Progress Reports (RPPR). The recipient must agree to the following annual certification when submitting each RPPR. By submitting the RPPR, the Signing Official (SO) signifies compliance, as follows:

In submitting this RPPR, the SO (or PD/PI with delegated authority), certifies to the best of their knowledge that, for all clinical trials funded under this NIH award, the recipient and all investigators conducting NIH-funded clinical trials comply with the recipient's plan addressing compliance with the Dissemination of NIH-Funded Clinical Trial Information policy. Any clinical trial funded in whole or in part under this award has been registered in ClinicalTrials.gov or will be registered not later than 21 calendar days after enrollment of the first participant. Summary results have been submitted to ClinicalTrials.gov or will be submitted not later than one year after the trial completion date, even if the trial completion date occurs after the period of performance.

**Clinical Trials: Risk Assessment**
Clinical Trial Study/Studies:
**STUDY NUMBER(S) 444341**

Other reporting expectations:
**Additional reporting (DSMB, adverse events, etc) required by PO not indicated in HSS**

This Clinical Trial Study or Studies listed above have been determined by NICHD to be considered **LOW** risk. Oversight by NICHD will occur in the standard manner through the annual RPPR. An annual update (no additional reports) on the status of the milestones included in Section 6 of the eRA HSS and any additional agreed-upon milestones are due in the RPPR. Information and procedures concerning these requirements are available on the NICHD Policies on Clinical Research site.

**Humans**
For all competing applications or new protocols, the NICHD expects investigators for ALL NICHD Clinical Trials to abide by the requirements stated in NIH Guide Notice NOT-HD-20-036 "NICHD Data Safety Monitoring Guidelines for Extramural Clinical Trials and Clinical Research". All NICHD applications which include Clinical Trials must include a Data Safety Monitoring Plan. All NIH-sponsored multi-site clinical trials, NIH-defined Phase III clinical trials and some single site clinical trials that pose potential risk to participants require Data and Safety Monitoring Board (DSMB) oversight. Applicants are expected to establish an independent, external DSMB when required by this policy.

For all competing applications or new protocols, the NICHD expects investigators for ALL human subject research to abide by the requirements stated in NIH Guide Notice NOT-HD-20-035 "NICHD Serious Adverse Event, Unanticipated Problem, and Serious Adverse Event Reporting Guidance".

**Foreign Component**

This award includes foreign component at the following sites: **University of Lagos, Aminu Kano Teaching Hospital, University of Nigeria Teaching Hospital, University of Uyo Teaching Hospital and University of Ibadan** in **Nigeria**

### Non-SNAP

NIH staff has determined that the submitted Research Performance Progress Report is within the approved scope of work.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 5UG1HD113160-02 REVISED

**INSTITUTI9 N:** NORTHWESTERN UNIVERSITY CHICAGO

| Budget | Year 2 |
|---|---|
| Salaries and Wages | $138,732 |
| Fringe Benefits | $36,070 |
| Personnel Costs (Subtotal) | $174,802 |
| Consultant Services | $34,000 |
| Travel | $49,738 |
| Other | $23,471 |
| Subawards/Consortium/Contractual Costs | $789,592 |
| Publication Costs | $2,000 |
| TOTAL FEDERAL DC | $1,073,603 |
| TOTAL FEDERAL F&A | $170,407 |
| TOTAL COST | $1,244,010 |

| Facilities and Administrative Costs | Year 2 |
|---|---|
| F&A Cost Rate 1 | 60% |
| F&A Cost Base 1 | $284,011 |
| F&A Costs 1 | $170,407 |

Version: 35 - 2/15/2024, 12:47:49 PM  3/26/2025 12:08 AM

**Department of Health and Human Services**
NATIONAL INSTITUTE OF MENTAL HEALTH

Case 1:25-cv-01620-LLA   Document 108-1   Filed 01/09/26   Page 507 of 573

**Notice of Award**
FAIN# K23MH137389
**Federal Award Date**
07/22/2024

## Recipient Information

**1. Recipient Name**
RESEARCH FOUNDATION OF THE CITY
UNIVERSITY OF NEW YORK
695 PARK AVE
NEW YORK, NY 10065

**2. Congressional District of Recipient**
12

**3. Payment System Identifier (ID)**
1131988190A1

**4. Employer Identification Number (EIN)**
131988190

**5. Data Universal Numbering System (DUNS)**
620127915

**' . Recipients Uni7ue Entity Identifier**
EK93EZLLBSC4

**6. Project Director or Principal Investigator**
Laura  Graham Holmes, PHD

laura.f.graham@gmail.com
850-510-2504

**8. Authorized Official**
Mr. Robert J. Buckley
rbuckley@hunter.cuny.edu
212-772-4020

## Federal Agency Information

**9. Awarding Agency Contact Information**
NICHOLAS Dunson

NATIONAL INSTITUTE OF MENTAL
HEALTH
nick.dunson@nih.gov

**10. Program Official Contact Information**
Maggie  Sweeney

NATIONAL INSTITUTE OF MENTAL
HEALTH
maggie.sweeney@nih.gov
301-480-1582

## Federal Award Information

**11. Award Number**
1K23MH137389-01

**12. Uni7ue Federal Award Identification Number (FAIN)**
K23MH137389

**13. Statutory Authority**
42 USC 241   42 CFR 52

**14. Federal Award Project Title**
ALIVE: Development and feasibility of a psychosocial intervention for sexual and gender minority autistic adults

**15. Assistance Listing Number**
93.242

**1' . Assistance Listing Program Title**
Mental Health Research Grants

**16. Award Action Type**
New Competing

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---:|
| **19. Budget Period Start Date** 08/01/2024 – **End Date** 07/31/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $211,103 |
| 20 a.  Direct Cost Amount | $195,466 |
| 20 b.  Indirect Cost Amount | $15,637 |
| **21.** Authorized Carryover | |
| **22.** Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $211,103 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $211,103 |
| **2' . Project Period Start Date** 08/01/2024 – **End Date** 07/31/2028 | |
| **26.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $211,103 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Tamara A. Kees

## 30. Remarks

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Version 25 - 2/15/2023, 7/22/2024 7:17 AM
A.R.000502

Notice of Award



*MENTORED PATIENT-ORIENTED RESEARCH*
Department of Health and Human Services
National Institutes of Health



NATIONAL INSTITUTE OF MENTAL HEALTH

---

**SECTION I – AWARD DATA – 1K23MH136389-01**

**Principal Investigator(s):**
Laura  Graham Holmes, PHD

**Award e-mailed to:** nih@rfcuny.org

Dear Authorized Official:

The National Institutes of Health hereby awards a grant in the amount of $211,103 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to HUNTER COLLEGE in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241   42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute Of Mental Health of the National Institutes of Health under Award Number K23MH137389. The content is solely the responsibility of the authors and does not necessarily represent the official views of   the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Tamara A. Kees
Grants Management Officer
NATIONAL INSTITUTE OF MENTAL HEALTH

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**
**Salaries and Wages**                                                          $99,532

A.R.000503
Version: 25 - 2/15/2024 Generated on: 2/22/2024 7:17 AM

| | |
|---|---|
| **Fringe Benefits** | $45,934 |
| **Personnel Costs (Subtotal)** | $145,466 |
| **Other** | $50,000 |
| | |
| **Federal Direct Costs** | $195,466 |
| **Federal F&A Costs** | $15,637 |
| **Approved Budget** | $211,103 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $211,103 |
| **TOTAL FEDERAL AWARD AMOUNT** | $211,103 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $211,103 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| YR | THIS AWARD | CUMULATIVE TOTALS |
| 1 | $211,103 | $211,103 |
| 2 | $211,103 | $211,103 |
| 3 | $211,103 | $211,103 |
| 4 | $211,102 | $211,102 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**Fiscal Information:**

| | |
|---|---|
| **Payment System Identifier:** | 1131988190A1 |
| **Document Number:** | KMH137389A |
| **PMS Account Type:** | P (Subaccount) |
| **Fiscal Year:** | 2024 |

| IC | CAN | 2024 | 2025 | 2026 | 2027 |
|---|---|---|---|---|---|
| MH | 8472598 | $211,103 | $211,103 | $211,103 | $211,102 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**NIH Administrative Data:**
**PCC**: 8K-RTTTA / **OC**: 41033 / **Released**: 07/15/2024
**Award Processed:** 07/22/2024 07:17:55 AM

**SECTION II – PAYMENT/HOTLINE INFORMATION – 1K23MH136389-01**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

**SECTION III – STANDARD TERMS AND CONDITIONS – 1K23MH136389-01**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

  a.   The grant program legislation and program regulation cited in this Notice of Award.
  b.   Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
  c.   45 CFR Part 75.
  d.   National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
  e.   Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
  f.   This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):**  All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor

A.R.000504
Version: 25 - 2/15-4 8/15/24 07/22/2024 7:17 AM

should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.   See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) K23MH137389. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

This award provides support for one or more clinical trials. By law (Title VIII, Section 801 of Public Law 110-85), the "responsible party" must register "applicable clinical trials" on the ClinicalTrials.gov Protocol Registration System Information Website. NIH encourages registration of all trials whether required under the law or not. For more information, see http://grants.nih.gov/ClinicalTrials_fdaaa/

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

---

**SECTION IV –  MH SPECIFIC AWARD CONDITIONS – 1K23MH136389-01**

Clinical Trial Indicator: Yes
This award supports one or more NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

**RESTRICTION - HUMAN SUBJECTS:**
This award is issued subject to the following special condition:

NOTICE: Under governing regulations, Federal funds administered by the Department of Health and Human Services shall not be expended for and individuals shall not be enrolled in research unless the institution has an approved Assurance of Compliance with 45 CFR 46 on file in the Office for Human Research Protections (OHRP) and the project has been reviewed and approved by the Institutional Review Board (IRB) in accordance with the requirements in 45 CFR 46.

The present award is being made without currently valid certification of IRB approval for the activities proposed with the following restriction: Only activities which do not directly involve human subjects (i.e., are clearly severable and independent from those activities that do involve human subjects) may be conducted pending acceptance by the National Institute of Mental Health (NIMH) of certification of IRB approval. The certification of IRB approval must be received no later than October 10, 2024, via email attachment to: nick.dunson@nih.gov.

Failure to comply can result in suspension and/or termination of this award or withholding of support of the continuation award. No funds may be drawn down from the Payment Management System and no obligations may be made against Federal funds for any research involving human subjects in this project until NIMH has accepted the certification of IRB.

Please note that this restriction remains in effect until the Notice of Grant Award has been revised to remove this restriction.

**AWARD NOTICE:**
This award has been made in response to the application submitted under the Notice of Funding Opportunity Announcement PA-20-206 which can be referenced at: grants.nih.gov/grants/guide/pa-files/PA-20-206.html

**PARTICIPANT RECRUITMENT - MILESTONES:**
Future NIMH support for this study is contingent upon adequate participant recruitment based on projected milestones as approved in the Recruitment Milestone Reporting system (RMR) on 06/26/2024. It is expected that 0 of the 52 total projected participants will be recruited by April 1, 2025. This tri-yearly recruitment report should be submitted electronically to NIMH after each milestone period of April 1, August 1 and December 1 at: http://wwwapps.nimh.nih.gov/rmr/displayHome.action. In the event that actual

recruitment falls significantly below projected milestones, NIMH may consider withholding future support and/or negotiating an orderly phase-out of this study. Information regarding the NIMH Policy for the Recruitment of Participants in Clinical Research is available at: https://grants.nih.gov/grants/guide/notice-files/NOT-MH-19-027.html.

## HUMAN SUBJECTS RESEARCH:

This award includes human subject research studies and must conform to the DHHS policies for the Protection of Human Subjects research, which are a term and condition of award. Human subjects research is covered by the 2018 Common Rule, and may not be initiated until the associated protocols have received IRB approval as specified in 45 CFR 46. Failure to comply with the terms and conditions of award may result in the disallowance of costs and collected data and/or additional enforcement actions as outlined in Section 8.5 of the NIH Grants Policy Statement.

## GCP TRAINING:

NIH expects that all NIH-funded investigators and staff who are involved in the conduct, oversight, or management of clinical trials should be trained in Good Clinical Practice (GCP), consistent with principles of the International Conference on Harmonization (ICH) as stated in NOT-OD-16-148.

## CLINICAL TRIAL DISSEMINATION PLAN:

The clinical trial(s) supported by this award is subject to the plan within the competing application dated 10/12/2023 submitted to NIH and the NIH policy on Dissemination of NIH-Funded Clinical Trial Information. It's required that the clinical trial(s) funded by this award will be registered in ClinicalTrials.gov not later than 21 calendar days after enrollment of the first participant and primary summary results reported in ClinicalTrials.gov, not later than one year after the completion date. The reporting of summary results is required by this term of award even if the primary completion date occurs after the period of performance.

## CLINICAL TRIAL REQUIREMENTS:

This award is subject to additional certification requirements with each submission of the Annual, Interim, and Final Research Performance Progress Report (RPPR). The recipient must agree to the following annual certification when submitting each RPPR. By submitting the RPPR, the AOR signifies compliance, as follows:
In submitting this RPPR, the SO (or PD/PI with delegated authority), certifies to the best of his/her knowledge that, for all clinical trials funded under this NIH award, the recipient and all investigators conducting NIH-funded clinical trials are in compliance with the recipient's plan addressing compliance with the NIH Policy on Dissemination of NIH-Funded Clinical Trial Information. Any clinical trial funded in whole or in part under this award has been registered in ClinicalTrials.gov or will be registered not later than 21 calendar days after enrollment of the first participant. Summary results have been submitted to ClinicalTrials.gov or will be submitted not later than one year after the completion date, even if the completion date occurs after the period of performance.

## DATA AND SAFETY MONITORING:

This grant is subject to the clinical research policies outlined in NOT-MH-19-027. The recipient will adhere to the NIH (NIH GPS 4.1.15) and NIMH policies (NOT-MH-19-027) including appropriately providing adequate data and safety monitoring and timely reporting of key events as defined in the NIMH Reportable Events Policy. The level and frequency of human subject data and safety monitoring should always be commensurate with the risk and nature of the research.

Each RPPR submitted is expected to include, in Section G.1 SPECIAL NOTICE OF AWARD TERMS AND FUNDING OPPORTUNITIES ANNOUNCEMENT REPORTING REQUIREMENTS, a summary of key safety indices (e.g., cumulative rates of AEs/SAEs) during the reporting period and cumulatively over the course of the project; and a

A.R.000507
Version: 25 - 2/15/2024 11:57:56 AM     Printed: 2/22/2024 7:17 AM

summary of any safety recommendations from the IRB reviews and any actions taken based on the recommendations.

## DIRECT COSTS:

Please note that the direct costs recommended in all years are based on the NIMH Policy for Career (K) Awards as outlined in: http://www.nimh.nih.gov/funding/training/career-development-programs-k-series.shtml.

## REPORTING REQUIREMENT:

Successful completion of instruction in Responsible Conduct of Research is required during Year 01 of this award (see http://www.nimh.nih.gov/funding/training/career-development-programs-k-series.shtml). Instructional details must be reported in the Year 02 Progress Report. Full details about this policy requirement can be found in the NIH Guide Notice NOT-OD-22-055 which can be accessed at: https://grants.nih.gov/grants/guide/notice-files/NOT-OD-22-055.html.

Data Management and Sharing Policy: Applicable

This project is expected to generate scientific data. Therefore, the Final NIH Policy for Data Management and Sharing applies. The approved Data Management and Sharing (DMS) Plan is hereby incorporated as a term and condition of award, and the recipient shall manage and disseminate scientific data in accordance with the approved plan. Any significant changes to the DMS Plan (e.g., new scientific direction, a different data repository, or a timeline revision) require NIH prior approval. Failure to comply with the approved DMS plan may result in suspension and/or termination of this award, withholding of support, audit disallowances, and/or other appropriate action. See NIH Grants Policy Statement Section 8.2.3 for more information on data management and sharing expectations.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 1K23MH137389-01

**INSTITUTION:** HUNTER COLLEGE

| Budget | Year 1 | Year 2 | Year 3 | Year 4 |
|---|---|---|---|---|
| Salaries and Wages | $99,532 | $99,532 | $99,532 | $99,532 |
| Fringe Benefits | $45,934 | $45,934 | $45,934 | $45,934 |
| Personnel Costs (Subtotal) | $145,466 | $145,466 | $145,466 | $145,466 |
| Other | $50,000 | $50,000 | $50,000 | $49,999 |
| TOTAL FEDERAL DC | $195,466 | $195,466 | $195,466 | $195,465 |
| TOTAL FEDERAL F&A | $15,637 | $15,637 | $15,637 | $15,637 |
| TOTAL COST | $211,103 | $211,103 | $211,103 | $211,102 |

| Facilities and Administrative Costs | Year 1 | Year 2 | Year 3 | Year 4 |
|---|---|---|---|---|
| F&A Cost Rate 1 | 8% | 8% | 8% | 8% |
| F&A Cost Base 1 | $195,466 | $195,466 | $195,466 | $195,465 |
| F&A Costs 1 | $15,637 | $15,637 | $15,637 | $15,637 |

Version: 25 - 2/15/2024 A.R.000508 /22/2024 7:17 AM

**Department of Health and Human Services**
Case 1:25-cv-01620-LLA   Document 108-1   Filed 01/09/26   Page 514 of 573
NATIONAL INETITRT, OU M, NTAL H, ALTH

**Notice of Award**
MH13S3F9
**Federal Award Date**
03/19/2025

## Recipient Information

**1. Recipient Name**
#, E, A#KH UORNCATION OU TH, KIT8
RNIV, #EIT8 OU N, 7 8O#B
695 PA#B AV,
N, 7 8O#BJN8 10065

**2. Congressional District of Recipient**
12

**3. Payment System Identifier (ID)**
11319FF190A1

**4. Employer Identification Number (EIN)**
1319FF190

**5. Data Universal Numbering System (DUNS)**
62012S915

**6. Recipient's Unique Entity Identifier**
, B93, ZLLQEK4

**7. Project Director or Principal Investigator**
Laura Grahac Holc es JPHC

laura.f.grahac @gc ail.boc
F50-510-2504

**8. Authorized Official**
Mr. #omert v. Qubple(
rmubple(@hunter.bun(.edu
212-SS2-4020

## Federal Agency Information

**9. Awarding Agency Contact Information**
Nibholas Cunson

NATIONAL INETITRT, OU M, NTAL
H, ALTH
nibp.dunson@nih.go)

**10. Program Official Contact Information**
Maggie Ey eene(

NATIONAL INETITRT, OU M, NTAL
H, ALTH
c aggie.sy eene(@nih.go)
301-4F0-15F2

## Federal Award Information

**11. Award Number**
1B23MH13S3F9-01

**12. Unique Federal Award Identification Number (FAIN)**
B23MH13S3F9

**13. Statutory Authority**
42 REK 241   42 KU# 52

**14. Federal Award Project Title**
ALIV, : Ce) eloYc ent and feasimilit( of a Ys(bhosobial inter)ention for seSual and gender c inorit( autistib adults

**15. Assistance Listing Number**
93.242

**16. Assistance Listing Program Title**
Mental Health #esearbh Grants

**17. Award Action Type**
Ney Koc Yeting z#, VIE, Cw

**18. Is the Award R&D?**
8es

### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 0F/01/2024 – **End Date** 03/1F/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | j 0 |
|     20 a.  Cirebt Kost Ac ount | j 0 |
|     20 m  Indirebt Kost Ac ount | j 0 |
| **21.** Authori" ed Karr(o) er | |
| **22.** Offset | |
| **23.** Total Ac ount of Uederal Uunds Omligated this mudget Yeriod | j 211J 03 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | j 0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | j 211J 03 |
| **26. Project Period Start Date** 0F/1/2024 – **End Date** 03/1/2025 | |
| **27.** Total Ac ount of the Uederal Ay ard inbluding AYYro) ed Kost Eharing or Matbhing this Prolebt Period | j 211J 03 |

**28. Authorized Treatment of Program Income**
Additional Kosts

**29. Grants Management Officer - Signature**
Theresa #. varosip

## 30. Remarks

AbbeYtanbe of this ay ard Jinbluding the qTerc s and Konditions,J is abpnoy ledged m( the rebiYient y hen funds are dray n doy n or othery ise re" uested froc  the grant Ya(c ent s(stec .

Version:15 - 3/15/20     2/20/2025 12:06 AM

Notibe of Ay ard



*MENTORED PATIENT-ORIENTED RESEARCH*
CeYartc ent of Health and Huc an Eer) ibes
National Institutes of Health

NATIONAL INETITRT, OU M, NTAL H, ALTH

---

**SECTION I – AWARD DATA – 1K23MH137389-01 REVISED**

**Principal Investigator(s):**
Laura Grahac Holc es JPHC

**Award e-mailed to:** nih@rfbun(.org

Cear Authori" ed Offibial:

The National Institutes of Health herem( re) ises this ay ard zsee "Ay ard Kalbulationx in Eebtion I and "Terc s and Konditionsx in Eebtion IIIwto HRNT, # KOLL, G, in suYYort of the amo) e referenbed Yrolebt. This ay ard is Yursuant to the authorit( of 42 REK 241  42 KU# 52 and is sunlebt to the re" uirec ents of this statute and regulation and of other referenbed JinborYorated or attabhed terc s and bonditions.

AbbeYtanbe of this ay ardJinbluding the qTerc s and Konditionsuis abpnoy ledged m( the rebiYient y hen funds are dray n doy n or othery ise re" uested froc the grant Ya(c ent s(stec .

, abh Yumlibation JYress release Jor other dobuc ent amout researbh suYYorted m( an NIH ay ard c ust inblude an abpnoy ledgc ent of NIH ay ard suYYort and a disblaic er subh as "#esearbh reYorted in this Yumlibation y as suYYorted m( the National Institute Of Mental Health of the National Institutes of Health under Ay ard Nuc mer B23MH13S3F9. The bontent is solel( the resYonsimilit( of the authors and does not nebessaril( reYresent the offibial ) iey s of the National Institutes of Health.x Prior to issuing a Yress release bonberning the outboc e of this researbhJYlease notif( the NIH ay arding IK in ad) anbe to alloy for boordination.

Ay ard rebiYients c ust Yroc ote omlebti) it( in researbh m( establishing standards that Yro) ide a reasonamle eSYebtation that the designJbondubt and reYorting of researbh funded under NIH ay ards y ill me free froc mias resulting froc an In) estigator's Uinanbial Konflibt of Interest zUKOIwin abbordanbe y ith the 2011 re) ised regulation at 42 KU# Part 50 EunYart U. The Institution shall sumc it all UKOI reYorts to the NIH through the e#A Koc c ons UKOI Module. The regulation does not aYYl( to Phase I Ec all Qusiness Inno) ati( e #esearbh zEQI#wand Ec all Qusiness Tebhnolog( Transfer zETT#way ards. Konsult the NIH y emsite http://grants.nih.go) /grants/Yolib(/boi/ for a linp to the regulation and additional ic Yortant inforc ation.

If ( ou ha) e an( " uestions amout this ay ardJYlease direbt " uestions to the Uederal Agenb( bontabts.

Einberel( ( oursJ

Theresa #. varosip
Grants Managec ent Offiber
NATIONAL INETITRT, OU M, NTAL H, ALTH

Additional inforc ation folloy s

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| **Salaries and Wages** | j 99.532 |
| **Fringe Benefits** | j 45.934 |

| | |
|---|---|
| **Personnel Costs (Subtotal)** | j 145.466 |
| **Other** | j 50.000 |
| | |
| **Federal Direct Costs** | j 195.466 |
| **Federal F&A Costs** | j 15.63S |
| **Approved Budget** | j 211.103 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | j 211.103 |
| **TOTAL FEDERAL AWARD AMOUNT** | j 211.103 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | j 0 |

| SUMMARY TOTALS FOR ALL YEARS zfor this Cobuc ent Nuc merw | | |
|---|---|---|
| YR | THIS AWARD | CUMULATIVE TOTALS |
| 1 | j 211.103 | j 211.103 |

**Fiscal Information:**
Payment System Identifier:    11319FF190A1
Document Number:             BMH13S3F9A
PMS Account Type:            P zEurnabbountw
Fiscal Year:                 2024

| IK | KAN | 2024 |
|---|---|---|
| MH | F4S259F | j 211.103 |

**NIH Administrative Data:**
**PCC**: FB-#TTTA / **OC**: 41033 / **Released**: 03/19/2025
**Award Processed:** 03/20/2025 12:06:00 AM

**SECTION II − PAYMENT/HOTLINE INFORMATION − 1K23MH137389-01 REVISED**

Uor Ya(c ent and HHE Offibe of InsYebtor General Hotline inforc ationJsee the NIH Hoc e Page at httY://grants.nih.go)/grants/Yolib(/ay ardbonditions.htc

**SECTION III − STANDARD TERMS AND CONDITIONS − 1K23MH137389-01 REVISED**

This ay ard is mased on the aYYlibation sumc itted toJand as aYYro) ed m( JNIH on the amo)e-titled Yrokebt and is sumebt to the terc s and bonditions inborYorated either direbtl( or m( referenbe in the folloy ing:

    a.  The grant Yrograc legislation and Yrograc regulation bited in this Notibe of Ay ard.
    m  Konditions on abti( ities and e$Yenditure of funds in other statutor( re" uirec entsJsubh as those inbluded in aYYroYriations abts.
    b.  45 KU# Part S5.
    d.  National Polib( #e" uirec ents and all other re" uirec ents desbrimed in the NIH Grants Polib( Etatec entJinbluding addenda in effebt as of the meginning date of the mudget Yeriod.
    e.  Uederal Ay ard Perforc anbe Goals: As re" uired m( the Yeriodib reYort in the #PP# or in the final Yrogress reYort y hen aYYlibamle.
    f.  This ay ard notibeJINKLRCING TH, T, #ME ANC KONCITIONE KIT, C Q, LO7 .

zEee NIH Hoc e Page at httY://grants.nih.go)/grants/Yolib(/ay ardbonditions.htc for bertain referenbes bited amo) e.w

**Research and Development (R&D):** All ay ards issued m( the National Institutes of Health zNIHwc eet the definition of "#esearbh and Ce)eloYc entx at 45 KU# PartWS5.2. As subhJauditees should identif( NIH ay ards as Yart of the #§C bluster on the Ebhedule of , $Yenditures of Uederal Ay ards zE, UAw The auditor should test NIH ay ards for boc Ylianbe as instrubted in Part VJKlusters of Prograc s. NIH rebogni"es that soc e ay ards c a( ha) e another blassifibation for YurYoses of indirebt bosts. The auditor is not re" uired to reYort the disbonnebt z.i.e.Jthe ay ard is blassified as #§C for Uederal Audit #e" uirec ent YurYoses mut non-researbh for indirebt bost rate YurYoseswunless the auditee is bharging indirebt bosts at a rate other than the ratezswsYebified in the ay ard dobuc entzsw

An unomligated malanbe c a( me barried o) er into the ne$t mudget Yeriod y ithout Grants Managec ent Offiber Yrior aYYro) al.

This grant is sumlebt to Etreac lined Nonboc Yeting Ay ard Probedures zENAPw

This ay ard is sumlebt to the re" uirec ents of 2 KU# Part 25 for institutions to omtain a uni" ue entit( identifier zR, Iwand c aintain an abti) e registration in the E(stec for Ay ard Managec ent zEAMw Ehould a bonsortiuc /sumay ard me issued under this ay ardJa R, I re" uirec ent c ust me inbluded. Eee httY://grants.nih.go) /grants/Yolib(/ay ardbonditions.htc for the full NIH ay ard terc ic Ylec enting this re" uirec ent and other additional inforc ation.

This ay ard has meen assigned the Uederal Ay ard Identifibation Nuc mer zUAINwB23MH13S3F9. #ebiYients c ust dobuc ent the assigned UAIN on eabh bonsortiuc /sumay ard issued under this ay ard.

Qased on the Yrolebt Yeriod start date of this YrolebtJthis ay ard is lipel( sumlebt to the TransYarenb( Abt sumay ard and e$ebuti) e boc Yensation reYorting re" uirec ent of 2 KU# Part 1S0. There are bonditions that c a( e$blude this ay ard&see httY://grants.nih.go) /grants/Yolib(/ay ardbonditions.htc for additional ay ard aYYlibamilit( inforc ation.

In abbordanbe y ith P.L. 110-161Jboc Ylianbe y ith the NIH Pumlib Abbess Polib( is noy c andator(. Uor c ore inforc ationJsee NOT-OC-0F-033 and the Pumlib Abbess y emsite: httY://Yumlibabbess.nih.go) /.

This ay ard Yro) ides suYYort for one or c ore blinibal trials. Q( lay zTitle VIIIJEebtion F01 of Pumlib Lay 110-F5wthe "resYonsimle Yart( x c ust register "aYYlibamle blinibal trialsx on the KlinibalTrials.go) Protobol #egistration E(stec Inforc ation 7 emsite. NIH enbourages registration of all trials y hether re" uired under the lay or not. Uor c ore inforc ationJsee httY://grants.nih.go) /KlinibalTrials; fdaaa/
This ay ard reYresents the final (ear of the boc Yetiti) e segc ent for this grant. Eee the NIH Grants Polib( Etatec ent Eebtion F.6 Kloseout for boc Ylete bloseout re" uirec ents at: httY://grants.nih.go) /Yolib(/Yolib(.htc DgYs.

A final e$Yenditure Uederal Uinanbial #eYort zUU#wzEU 425wc ust me sumc itted through the Pa(c ent Managec ent E(stec zPMEwy ithin 120 da( s of the Yeriod of Yerforc anbe end date&see the NIH Grants Polib( Etatec ent Eebtion F.6.1 Uinanbial #eYortsJhttY://grants.nih.go) /grants/Yolib(/Yolib(.htc DgYsJfor additional inforc ation on this sumc ission re" uirec ent. The final UU# c ust indibate the e$abt malanbe of unomligated funds and c a( not reflebt an( unli" uidated omligations. There c ust me no disbreYanbies mety een the final UU# e$Yenditure data and the real-tic e bash dray doy n data in PME. NIH y ill blose the ay ards using the last reborded bash dray doy n le) el in PME for ay ards that do not re" uire a final UU# on e$Yenditures. It is ic Yortant to note that for finanbial bloseoutJif a grantee fails to sumc it a re" uired final e$Yenditure UU#JNIH y ill blose the grant using the last reborded bash dray doy n le) el.

A Uinal In) ention Etatec ent and Kertifibation forc zHHE 56Fwznot aYYlibamle to trainingJbonstrubtionJ bonferenbe or banber edubation grantswc ust me sumc itted y ithin 120 da( s of the e$Yiration date. The HHE 56F forc c a( me doy nloaded at: httY://grants.nih.go) /grants/forc s.htc . This YaragraYh does not aYYl( to Training grantsJUelloy shiYsJand bertain other Yrograc s—i.e.Jabti) it( bodes K06JC42JC43JCS1JCPSJG0SJ G0FJG11JB12JB16JB30JP09JP40JP41JP51J#13J#25J#2FJ#30J#90J#L5J#L9JE10JE14JE15JR13JR14JR41J R42JR45JRK6JRKSJR#2JX01JX02.

Rnless an aYYlibation for boc Yetiti) e reney al is sumc ittedJa Uinal #esearbh Perforc anbe Progress #eYort zUinal #PP#wc ust also me sumc itted y ithin 120 da( s of the Yeriod of Yerforc anbe end date. If a boc Yetiti) e reney al aYYlibation is sumc itted Yrior to that dateJthen an Interic #PP# c ust me sumc itted m( that date as y ell. Instrubtions for YreYaring an Interic or Uinal #PP# are at: httYs://grants.nih.go) /grants/rYYr/rYYr; instrubtion; guide.Ydf. An( other sYebifib re" uirec ents set forth in the terc s and bonditions of the ay ard c ust also me addressed in the Interic or Uinal #PP#. *Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.*

NIH re" uires elebtronib sumc ission of the final in) ention statec ent through the Kloseout feature in the Koc c ons.

NOT, : If this is the final (ear of a boc Yetiti) e segc ent due to the transfer of the grant to another institutionJ then a Uinal #PP# is not re" uired. Hoy e) erJa final e$Yenditure UU# is re" uired and c ust me sumc itted elebtroniball( as noted amo) e. If not alread( sumc ittedJthe Uinal In) ention Etatec ent is re" uired and should me sent direbtl( to the assigned Grants Managec ent EYebialist.

#ebiYients c ust adc inister the Yrolebt in boc Ylianbe y ith federal bi) il rights lay s that Yrohimit disbric ination on the masis of rabe,Jbolor,Jnational origin,Jdisamilit( ,Jage,Jand boc Yl( y ith aYYlibamle bonsbienbe Yrotebtions. The rebiYient y ill boc Yl( y ith aYYlibamle lay s that Yrohimit disbric ination on the masis of se$,Jy hibh inbludes disbric ination on the masis of gender identit( ,Jse$ual orientation,Jand Yregnanb(. Koc Ylianbe y ith these lay s re" uires taping reasonamle steYs to Yro) ide c eaningful abbess to Yersons y ith lic ited , nglish Yrofibienb( and Yro) iding Yrograc s that are abbessimle to and usamle m( Yersons y ith disamilities. The HHE Offibe for Ki) il #ights Yro) ides guidanbe on boc Yl( ing y ith bi) il rights lay s enforbed m( HHE. Eee httYs://y y y .hhs.go) /bi) il-rights/for-Yro) iders/Yro) ider-onligations/inde$.htc l and httYs://y y y .hhs.go) /.

· #ebiYients of UUA c ust ensure that their Yrograc s are abbessimle to Yersons y ith lic ited , nglish Yrofibienb(. Uor guidanbe on c eeting the legal onligation to tape reasonamle steYs to ensure c eaningful abbess to Yrograc s or abti) ities m( lic ited , nglish Yrofibient indi) iduals,J see httYs://y y y .hhs.go) /bi) il-rights/for-indi) iduals/sYebial-toYibs/lic ited-english-Yrofibienb( /fabt-sheet-guidanbe/inde$.htc l and httYs://y y y .leY.go) .

· Uor inforc ation on an institution's sYebifib legal onligations for ser) ing " ualified indi) iduals y ith disamilities,Jinbluding Yro) iding Yrograc abbess,Jreasonamle c odifibations,Jand so) ide effebti) e boc c unibation,Jsee httY://y y y .hhs.go) /obr/bi) ilrights/understanding/disamilit( /inde$.htc l.

· HHE funded health and edubation Yrograc s c ust me adc inistered in an en) ironc ent free of se$ual harassc ent,Jsee httYs://y y y .hhs.go) /bi) il-rights/for-indi) iduals/se$-disbric ination/inde$.htc l. Uor inforc ation amout NIH_s boc c itc ent to suYYorting a safe and res Yebtful y orp en) ironc ent,J y ho to bontabt y ith " uestions or bonberns,Jand y hat NIH_s e$Yebtations are for institutions and the indi) iduals suYYorted on NIH-funded ay ards,Jlease see httYs://grants.nih.go) /grants/Yolib( /harassc ent.htc .

· Uor guidanbe on adc inistering Yrograc s in boc Ylianbe y ith aYYlibamle federal religious nondisbric ination lay s and aYYlibamle federal bonsbienbe Yrotebtion and assobiated anti-disbric ination lay s,Jsee httYs://y y y .hhs.go) /bonsbienbe/bonsbienbe-Yrotebtions/inde$.htc l and httYs://y y y .hhs.go) /bonsbienbe/religious-freedoc /inde$.htc l.

In abbordanbe y ith the regulator( re" uirec ents Yro) ided at 45 KU# S.113 and AYYendi$ XII to 45 KU# Part S5,Jrebi Yients that ha) e burrentl( abti) e Uederal grants,Jbo) erati) e agreec ents,Jand Yroburec ent bontrabts y ith buc ulati) e total ) alue greater than j 10,J000,J000 c ust reYort and c aintain inforc ation in the E(stec for Ay ard Managec ent z EAM,J amout bi) il,Jbric inal,Jand adc inistrati) e Yrobeedings in bonnebtion y ith the ay ard or Yerforc anbe of a Uederal ay ard that reabhed final disYosition y ithin the c ost rebent fi) e-( ear Yeriod. The rebiYient c ust also c ape sec iannual disblosures regarding subh Yrobeedings. Probeedings inforc ation y ill me c ade Yumlibl( a) ailamle in the designated integrit( and Yerforc anbe s( stec z burrentl( the Uederal Ay ardee Perforc anbe and Integrit( Inforc ation E(stec z UAPII,Ew,U ull reYorting re" uirec ents and Yrobedures are found in AYYendi$ XII to 45 KU# Part S5. This terc does not aYYl( to NIH felloy shiYs.

**Treatment of Program Income:**
Additional Kosts

---

**SECTION IV – MH SPECIFIC AWARD CONDITIONS – 1K23MH137389-01 REVISED**

Klinibal Trial Indibator: 8es
This ay ard suYYorts one or c ore NIH-defined Klinibal Trials. Eee the NIH Grants Polib( Etatec ent Eebtion 1.2 for NIH definition of Klinibal Trial.

**REVISION #1**
**TERMINATION**
It is the Yolib( of NIH not to Yriooriti" e researbh abti) ities mased on gender identit( no longer effebtuates agenb( Yriorities. Therefore,Jthis Yrolebt is terc inated. #esearbh Uoundation of the Kit( Rni) ersit( of Ney 8orp c a( re" uest funds to suYYort Yatient safet( and orderl( bloseout of the Yrolebt. Uunds used to suYYort an( other researbh abti) ities y ill me disalloy ed and rebo) ered. Please me ad) ised that ( our organi" ation,Jas Yart of the orderl( bloseout Yrobess y ill need to sumc it the nebessar( bloseout dobuc ents zi.e.JUinal #esearbh Perforc anbe Progress #eYort,JUinal In) ention Etatec ent,Jand the Uinal Uederal Uinanbial #eYort z UU#,Ew within 120 da( s of the end of this grant.

NIH is taping this enforbec ent abtion in abbordanbe y ith 2 K.U.#. W200.340 as ic Ylec ented in NIH GPE Eebtion F.5.2. This re) ised ay ard reYresents the final debision of the NIH. It shall me the final debision of the CeYartc ent of Health and Huc an Eer) ibes z HHE,w unless y ithin 30 da( s after rebei) ing this debision ( ou

c ail or ec ail a y ritten notibe of aYYeal to Cr. Matthey Mec oli. Please inblude a boY( of this debision J( our aYYeal kustifibation J total ac ount in disYute J and an( c aterial or dobuc entation that y ill suYYort ( our Yosition. Uinall( J the aYYeal c ust me signed m( the institutional offibial authori" ed to sign ay ard aYYlibations and c ust me dated no later than 30 da( s after the date of this notibe.

ERP, #E, C, E NOTIK,  OU A7 A#C IEER, C S/22/2024.

**RESTRICTION - HUMAN SUBJECTS:**

This ay ard is issued sumlebt to the folloy ing sYebial bondition:

NOTIK, : Rnder go) erning regulations J Uederal funds adc inistered m( the CeYartc ent of Health and Huc an Eer) ibes shall not me eSYended for and indi) iduals shall not me enrolled in researbh unless the institution has an aYYro) ed Assuranbe of Koc Ylianbe y ith 45 KU# 46 on file in the Offibe for Huc an #esearbh Protebtions zOH#Pw and the Yrolebt has meen re) iey ed and aYYro) ed m( the Institutional #e) iey Qoard zl#Qw in abbordanbe y ith the re" uirec ents in 45 KU# 46.

The Yresent ay ard is meing c ade y ithout burrentl( ) alid bertifibation of I#Q aYYro) al for the abti) ities YroYosed y ith the folloy ing restribtion: Onl( abti) ities y hibh do not direbtl( in) ol) e huc an sumlebts z.i.e. J are blearl( se) eramle and indeYendent froc those abti) ities that do in) ol) e huc an sumlebtsw c a( me bondubted Yending abbeYtanbe m( the National Institute of Mental Health zNIMHw of bertifibation of I#Q aYYro) al. The bertifibation of I#Q aYYro) al c ust me rebei) ed no later than Obtomer 10 J 2024 J ) ia ec ail attabhc ent to: nibp.dunson@nih.go) .

Uailure to boc Yl( ban result in susYension and/or terc ination of this ay ard or y ithholding of suYYort of the bontinuation ay ard. No funds c a( me dray n doy n froc the Pa( c ent Managec ent E( stec and no omligations c a( me c ade against Uederal funds for an( researbh in) ol) ing huc an sumlebts in this Yrolebt until NIMH has abbeYted the bertifibation of I#Q.

Please note that this restribtion rec ains in effebt until the Notibe of Grant Ay ard has meen re) ised to rec o) e this restribtion.

**AWARD NOTICE:**

This ay ard has meen c ade in resYonse to the aYYlibation sumc itted under the Notibe of Uunding OYYortunit( Announbec ent PA-20-206 y hibh ban me referenbed at: grants.nih.go) /grants/guide/Ya-files/PA-20-206.htc l

# PARTICIPANT RECRUITMENT - MILESTONES:

Future NIMH support for this study is contingent upon adequate participant recruitment based on projected milestones as approved in the Recruitment Milestone Reporting system (RMR) on 06/26/2024. It is expected that 0 of the 52 total projected participants will be recruited by April 1, 2025. This tri-yearly recruitment report should be submitted electronically to NIMH after each milestone period of April 1, August 1 and December 1 at: http://wwwapps.nimh.nih.gov/rmr/displayHome.action. In the event that actual recruitment falls significantly below projected milestones, NIMH may consider withholding future support and/or negotiating an orderly phase-out of this study. Information regarding the NIMH Policy for the Recruitment of Participants in Clinical Research is available at: https://grants.nih.gov/grants/guide/notice-files/NOT-MH-19-027.html.

**HUMAN SUBJECTS RESEARCH:**

This ay ard inbludes huc an sumlebt researbh studies and c ust bonforc to the CHHE Yolibies for the Protebtion of Huc an Eurlebts researbh J y hibh are a terc and bondition of ay ard. Huc an sumlebts researbh is bo) ered m( the 201F Koc c on #ule J and c a( not me initiated until the assobiated Yrotobols ha) e rebei) ed I#Q aYYro) al as sYebified in 45 KU# 46. Uailure to boc Yl( y ith the terc s and bonditions of ay ard c a( result in the disalloy anbe of bosts and bollebted data and/or additional enforbec ent abtions as outlined in Eebtion F.5 of the NIH Grants Polib( Etatec ent.

**GCP TRAINING:**

NIH eSYebts that all NIH-funded in) estigators and staff y ho are in) ol) ed in the bondubt J o) ersight J or c anagec ent of blinibal trials should me trained in Good Klinibal Prabtibe zGKPw bonsistent y ith YrinbiYles of the International Konferenbe on Harc oni" ation zlKHw as stated in NOT-OC-16-14F.

**CLINICAL TRIAL DISSEMINATION PLAN:**

The clinical trial is subject to the plan within the document meeting application dated 10/12/2023 submitted to NIH and the NIH Policy on Dissemination of NIH-Funded Clinical Trial Information. It's required that the clinical trial is funded by this award will be registered in ClinicalTrials.gov not later than 21 calendar days after enrollment of the first participant and trial arm. Such arm results reported in ClinicalTrials.gov not later than one year after the completion date. The reporting of such arm results is required by this term of award even if the trial arm completion date occurs after the period of performance.

**CLINICAL TRIAL REQUIREMENTS:**

This award is subject to additional certification requirements with each submission of the Annual Interim and Final Research Performance Progress Report (RPPR). The recipient must agree to the following annual certification when submitting each RPPR. By submitting the RPPR, the AOR signifies compliance as follows: In submitting this RPPR, the EO or PC/PI with delegated authority certifies to the best of his/her knowledge that for all clinical trials funded under this NIH award, the recipient and all investigators conducting NIH-funded clinical trials are in compliance with the recipient's plan addressing compliance with the NIH Policy on Dissemination of NIH-Funded Clinical Trial Information. Any clinical trial funded in whole or in part under this award has been registered in ClinicalTrials.gov or will be registered not later than 21 calendar days after enrollment of the first participant. Such trial results have been submitted to ClinicalTrials.gov or will be submitted not later than one year after the completion date, even if the completion date occurs after the period of performance.

**DATA AND SAFETY MONITORING:**

This grant is subject to the clinical research policies outlined in NOT-MH-19-025. The recipient will adhere to the NIH NIH GPE 4.1.15 and NIMH policies NOT-MH-19-025 including appropriate(ly) providing adequate data and safety monitoring and timely reporting of participants as defined in the NIMH experiments, events policy. The level and frequency of human subject data and safety monitoring should always assure that the subject completes with the risk and nature of the research.

, each RPPR submitted is expected to include, in Section G.1 EP, Trial Notice, OUTREACH, ME AND RECRUITING OPPORTUNITY, ENROLLMENT, NOT #, POSTING #, 'RI#, M, NTE, such arm of participant indices e.g. subject rates of A, s/EA, such during the reporting period and cumulatively over the course of the project and a such arm of any safety reports endations from the IRQ review s and any actions taken based on the recommendations.

**DIRECT COSTS:**

Please note that the direct costs recommended in all years are based on the NIMH policy for Career Award Awards as outlined in: http://www.nimh.nih.gov/funding/training/career-development/career-development-p-series.shtml.

**REPORTING REQUIREMENT:**

Successful completion of instruction in responsible conduct of research is required during year 01 of this award see http://www.nimh.nih.gov/funding/training/career-development/career-development-p-series.shtml. Instructional details must be reported in the year 02 Progress Report. Full details about this policy requirement can be found in the NIH Guide Notice NOT-OC-22-055 which can be accessed at: https://grants.nih.gov/grants/guide/notice-files/NOT-OC-22-055.html.

Data Management and Sharing Policy: Applicable

This project is expected to generate scientific data. Therefore, the Final NIH Policy for Data Management and Sharing applies. The approved Data Management and Sharing (DMS) Plan is herein incorporated as a term and condition of the award, and the recipient shall manage and disseminate scientific data in accordance with the approved Plan. Any significant changes to the DMS Plan, e.g., they scientific direction, a different data repository, or a timeline revision, will require NIH Prior approval. Failure to comply with the approved DMS Plan may result in suspension and/or termination of this award, withholding of support, audit disallowances, and/or other appropriate action. See NIH Grants Policy Statement Section Exhibit F.2.3 for more information on data management and sharing expectations.

**SPREADSHEET SUMMARY**

**AWARD NUMBER:** 1B23MH13S3F9-01 #, VIE, C

**INSTITUTION:** HRNT, # KOLL, G,

| Qudget | 8ear 1 |
|---|---|
| Ealaries and 7 ages | j 99.532 |
| Uringe Qenefits | j 45.934 |
| Personnel Kosts zEuntotalw | j 145.466 |
| Other | j 50.000 |
| TOTAL U, C, #AL CK | j 195.466 |
| TOTAL U, C, #AL USA | j 15.63S |
| TOTAL KOET | j 211.103 |

| Uabilities and Adc inistrati)e Kosts | 8ear 1 |
|---|---|
| USA Kost #ate 1 | F% |
| USA Kost Qase 1 | j 195.466 |
| USA Kosts 1 | j 15.63S |

A.R.000516
Version: 35 - 2/15/2 /20/2025 12:06 AM

**From:** Ta, Kristin (NIH/OD) [E] on behalf of Bulls, Michelle G. (NIH/OD) [E]
**To:** Fox, Judy (NIH/NIAAA) [E]
**Subject:** FW: Grant Termination Notification 1R34AA030662-01A1 GENDER IDENTITY
**Date:** Friday, March 21, 2025 1:30:01 PM
**Attachments:** image001.jpg
image002.png

---

**From:** Bulls, Michelle G. (NIH/OD) [E]
**Sent:** Friday, March 21, 2025 12:34 PM
**To:** msander3@uccs.edu
**Subject:** Grant Termination Notification



3/21/2025

Michael Sanderson
University Of Colorado
msander3@uccs.edu

Dear Michael Sanderson:

Effective with the date of this letter, funding for Project Number 1R34AA030662-01A1 is hereby terminated pursuant to the Fiscal Year 2023 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2023 Policy Statement applies to your project because NIH approved your grant on 9/1/2023, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2023 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans.  Many such studies ignore, rather than seriously examine, biological realities.  It is the policy of NIH not to prioritize these research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow

A.R.000517

the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

Sincerely,



Michelle G. Bulls, on behalf of Judy Fox, Chief Grants Management Officer, NIAAA Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373

[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).

[4] NIH Grants Policy Statement at IIA-1.

[5] *Id.* at IIA-155.

[6] NIH Grants Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

**From:** Ta, Kristin (NIH/OD) [E] on behalf of Bulls, Michelle G. (NIH/OD) [E]
**To:** Fox, Judy (NIH/NIAAA) [E]
**Subject:** FW: Grant Termination Notification 3R01AA029076-04S1 Gender Identity
**Date:** Friday, March 21, 2025 1:31:31 PM
**Attachments:** image001.jpg
image002.png

---

**From:** Bulls, Michelle G. (NIH/OD) [E]        3R01AA029076-04S1 Gender Identity
**Sent:** Friday, March 21, 2025 12:34 PM
**To:** SponsoredResearch@northwestern.edu
**Subject:** Grant Termination Notification



3/21/2025

Andrea Zakrzewski
Northwestern University At Chicago
SponsoredResearch@northwestern.edu

Dear Andrea Zakrzewski:

Effective with the date of this letter, funding for Project Number 3R01AA029076-04S1 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 9/1/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans. Many such studies ignore, rather than seriously examine, biological realities. It is the policy of NIH not to prioritize these research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow

the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

Sincerely,

Michelle G. Bulls, on behalf of Judy Fox, Chief Grants Management Officer, NIAAA
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373

[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).

[4] NIH Grants Policy Statement at IIA-1.

[5] *Id.* at IIA-155.

[6] NIH Grants Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

**From:** Ta, Kristin (NIH/OD) [E] on behalf of Bulls, Michelle G. (NIH/OD) [E]
**To:** Fox, Judy (NIH/NIAAA) [E]
**Subject:** FW: Grant Termination Notification 4R00AA030601-03 Gender Identity
**Date:** Friday, March 21, 2025 1:30:09 PM
**Attachments:** image001.jpg
image002.png

---

**From:** Bulls, Michelle G. (NIH/OD) [E]
**Sent:** Friday, March 21, 2025 12:34 PM
**To:** ospera@bu.edu
**Subject:** Grant Termination Notification



3/21/2025

Diane Baldwin
Boston University Medical Campus
ospera@bu.edu

Dear Diane Baldwin:

Effective with the date of this letter, funding for Project Number 4R00AA030601-03 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 9/1/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans.  Many such studies ignore, rather than seriously examine, biological realities.  It is the policy of NIH not to prioritize these research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow

A.R.000523

the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

Sincerely,



Michelle G. Bulls, on behalf of Judy Fox, Chief Grants Management Officer, NIAAA
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373

[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).

[4] NIH Grants Policy Statement at IIA-1.

[5] *Id.* at IIA-155.

[6] NIH Grants Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

**From:**     Ta, Kristin (NIH/OD) [E] on behalf of Bulls, Michelle G. (NIH/OD) [E]
**To:**        Linde, Emily (NIH/NIAID) [E]
**Subject:**   FW: Grant Termination Notification
**Date:**      Friday, March 21, 2025 1:27:25 PM
**Attachments:** image002.png

---

**From:** Bulls, Michelle G. (NIH/OD) [E]
**Sent:** Friday, March 21, 2025 12:34 PM
**To:** grants-office@columbia.edu
**Subject:** Grant Termination Notification



3/21/2025

William Berger
Columbia University Health Sciences
grants-office@columbia.edu

Dear William Berger:

Effective with the date of this letter, funding for Project Number 4UH3AI169658-03 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 8/1/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans.  Many such studies ignore, rather than seriously examine, biological realities.  It is the policy of NIH not to prioritize these research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow

the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must contain a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]


Sincerely,




Michelle G. Bulls, on behalf of Emily Linde, Chief Grants Management Officer, NIAID
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373

[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).

[4] NIH Grants Policy Statement at IIA-1.

[5] *Id.* at IIA-155.

[6] NIH Grants Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

| | |
|---|---|
| **From:** | Ta, Kristin (NIH/OD) [E] on behalf of Bulls, Michelle G. (NIH/OD) [E] |
| **To:** | Fox, Judy (NIH/NIAAA) [E] |
| **Subject:** | FW: Grant Termination Notification 5R01AA029076-04 Gender Identity |
| **Date:** | Friday, March 21, 2025 1:31:22 PM |
| **Attachments:** | image001.jpg |
| | image002.png |

**From:** Bulls, Michelle G. (NIH/OD) [E]      5R01AA029076-04 Gender Identity
**Sent:** Friday, March 21, 2025 12:34 PM
**To:** SponsoredResearch@northwestern.edu
**Subject:** Grant Termination Notification



3/21/2025

Andrea Zakrzewski
Northwestern University At Chicago
SponsoredResearch@northwestern.edu

Dear Andrea Zakrzewski:

Effective with the date of this letter, funding for Project Number 5R01AA029076-04 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 9/1/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans. Many such studies ignore, rather than seriously examine, biological realities. It is the policy of NIH not to prioritize these research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow

A.R.000529

the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov*.[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

Sincerely,

Michelle G. Bulls, on behalf of Judy Fox, Chief Grants Management Officer, NIAAA
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373

[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).

[4] NIH Grants Policy Statement at IIA-1.

[5] *Id.* at IIA-155.

[6] NIH Grants Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

**From:** Ta, Kristin (NIH/OD) [E] on behalf of Bulls, Michelle G. (NIH/OD) [E]
**To:** Young, Margaret (NIH/NICHD) [E]
**Subject:** FW: Grant Termination Notification
**Date:** Friday, March 21, 2025 1:48:39 PM
**Attachments:** image002.png

---

**From:** Bulls, Michelle G. (NIH/OD) [E]
**Sent:** Friday, March 21, 2025 12:30 PM
**To:** michele@innovativepublichealth.org
**Subject:** Grant Termination Notification

 

3/21/2025

Dr. Ybarra, Michele
Center For Innovative Public Health Research
michele@innovativepublichealth.org

Dear Dr. Ybarra, Michele:

Effective with the date of this letter, funding for Project Number 5U01HD108738-03 is hereby terminated pursuant to the Fiscal Year 2023 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2023 Policy Statement applies to your project because NIH approved your grant on 9/1/2023, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2023 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms

the health of Americans. Therefore, it is the policy of NIH not to prioritize such research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]


Sincerely,

Michelle G. Bulls -S    Digitally signed by Michelle G. Bulls -S

Michelle G. Bulls, on behalf of Margaret Young, Chief Grants Management Officer, NICHD Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373

[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).

[4] NIH Grants Policy Statement at IIA-1.

[5] *Id.* at IIA-155.

[6] NIH Grants Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

**From:** Ta, Kristin (NIH/OD) [E] on behalf of Bulls, Michelle G. (NIH/OD) [E]
**To:** Fleming, Pamela (NIH/NIDA) [E]
**Subject:** FW: Grant Termination Notification
**Date:** Friday, March 21, 2025 1:51:38 PM
**Attachments:** image002.png

---

**From:** Bulls, Michelle G. (NIH/OD) [E]
**Sent:** Friday, March 21, 2025 12:30 PM
**To:** sponsoredprograms@unc.edu
**Subject:** Grant Termination Notification



3/21/2025

R. David Paul
Univ Of North Carolina Chapel Hill
sponsoredprograms@unc.edu

Dear R. David Paul:

Effective with the date of this letter, funding for Project Number 5U54DA060049-02 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 9/1/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms

the health of Americans. Therefore, it is the policy of NIH not to prioritize such research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]


Sincerely,

Michelle G. Bulls -S

Digitally signed by Michelle G. Bulls -S

Michelle G. Bulls, on behalf of Pamela Fleming, Chief Grants Management Officer, NIDA Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373

[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).

[4] NIH Grants Policy Statement at IIA-1.

[5] *Id.* at IIA-155.

[6] NIH Grants Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

**From:** Ta, Kristin (NIH/OD) [E] on behalf of Bulls, Michelle G. (NIH/OD) [E]
**To:** Young, Margaret (NIH/NICHD) [E]
**Subject:** FW: Grant Termination Notification
**Date:** Friday, March 21, 2025 1:47:40 PM
**Attachments:** image002.png

---

**From:** Bulls, Michelle G. (NIH/OD) [E]
**Sent:** Friday, March 21, 2025 12:30 PM
**To:** SponsoredResearch@northwestern.edu
**Subject:** Grant Termination Notification

 

3/21/2025

Zakrzewski, Andrea
Northwestern University At Chicago
SponsoredResearch@northwestern.edu

Dear Zakrzewski, Andrea:

Effective with the date of this letter, funding for Project Number 5UG1HD113160-02 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 9/1/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms

the health of Americans. Therefore, it is the policy of NIH not to prioritize such research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]


Sincerely,

Michelle G. Bulls -S    Digitally signed by Michelle G. Bulls -S

Michelle G. Bulls, on behalf of Margaret Young, Chief Grants Management Officer, NICHD Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373

[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).

[4] NIH Grants Policy Statement at IIA-1.

[5] *Id.* at IIA-155.

[6] NIH Grants Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

**From:** Ta, Kristin (NIH/OD) [E] on behalf of Bulls, Michelle G. (NIH/OD) [E]
**To:** Jarosik, Theresa (NIH/NIMH) [E]
**Subject:** FW: Grant Termination Notification
**Date:** Friday, March 21, 2025 1:37:13 PM
**Attachments:** image001.jpg
image002.png

**From:** Bulls, Michelle G. (NIH/OD) [E]
**Sent:** Friday, March 21, 2025 12:31 PM
**To:** bao.sit@ucsf.edu
**Subject:** Grant Termination Notification



3/21/2025

Bao Sit
University Of California, San Francisco
bao.sit@ucsf.edu

Dear Bao Sit:

Effective with the date of this letter, funding for Project Number 5R25MH129290-03 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 6/1/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support

unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans.  Therefore, it is the policy of NIH not to prioritize such research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]


Sincerely,



Michelle G. Bulls, on behalf of Theresa Jarosik, Chief Grants Management Officer, NIMH Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373

[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).

[4]

NIH Grants Policy Statement at IIA-1.

[5] *Id.* at IIA-155.

[6] NIH Grants Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

**From:** Ta, Kristin (NIH/OD) [E] on behalf of Bulls, Michelle G. (NIH/OD) [E]
**To:** Militano, Jeni (NIH/NIA/ERP) [E]
**Subject:** FW: Grant Termination Notification
**Date:** Friday, March 21, 2025 1:55:51 PM
**Attachments:** image002.png

---

**From:** Bulls, Michelle G. (NIH/OD) [E]
**Sent:** Friday, March 21, 2025 12:28 PM
**To:** a.gonzales@austin.utexas.edu
**Subject:** Grant Termination Notification

 

3/21/2025

Alyson Frasch
University Of Texas At Austin
a.gonzales@austin.utexas.edu

Dear Alyson Frasch:

Effective with the date of this letter, funding for Project Number 5R37AG076057-04 is hereby terminated pursuant to the Fiscal Year 2025 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2025 Policy Statement applies to your project because NIH approved your grant on 1/1/2025, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2025 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms

the health of Americans. Therefore, it is the policy of NIH not to prioritize such research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.[8]*

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]


Sincerely,

Michelle
G. Bulls -S

Digitally signed
by Michelle G.
Bulls -S

Michelle G. Bulls, on behalf of Jeni Militano (Acting), Chief Grants Management Officer, NIA
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373

[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).

[4]

NIH Grants Policy Statement at IIA-1.

[5] *Id.* at IIA-155.

[6] NIH Grants Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

**From:** Bulls, Michelle G. (NIH/OD) [E]
**To:** maria.chitsaz@bmc.org
**Subject:** Grant Termination Notification
**Date:** Friday, March 21, 2025 12:34:00 PM
**Attachments:** image002.png

 

3/21/2025

Maria Chitsaz
Boston Medical Center
maria.chitsaz@bmc.org

Dear Maria Chitsaz:

Effective with the date of this letter, funding for Project Number 3K01HL151902-04S1 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 6/15/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans.  Many such studies ignore, rather than seriously examine, biological realities.  It is the policy of NIH not to prioritize these research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7]

Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov*.[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

Sincerely,

Michelle G. Bulls -S    Digitally signed by Michelle G. Bulls -S

Michelle G. Bulls, on behalf of Anthony Agresti, Chief Grants Management Officer, NHLBI Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373

[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).

[4] NIH Grants Policy Statement at IIA-1.

[5] *Id.* at IIA-155.

[6] NIH Grants Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10]

See 42 C.F.R. Part 50, Subpart D

[11]

11 *Id.* § 50.406(a)

[12]

12 *Id.* § 50.406(b)

| From: | Bulls, Michelle G. (NIH/OD) [E] |
|---|---|
| To: | osp@childrens.harvard.edu |
| Subject: | Grant Termination Notification |
| Date: | Friday, March 21, 2025 12:34:00 PM |
| Attachments: | image002.png |

 

3/21/2025

Chan, Jamie
Boston Children'S Hospital
osp@childrens.harvard.edu

Dear Chan, Jamie:

Effective with the date of this letter, funding for Project Number 5F32MD017452-03 is hereby terminated pursuant to the Fiscal Year 2025 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2025 Policy Statement applies to your project because NIH approved your grant on 12/1/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2025 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans. Many such studies ignore, rather than seriously examine, biological realities. It is the policy of NIH not to prioritize these research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7]

Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov*.[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]


Sincerely,

Michelle G. Bulls -S     Digitally signed by Michelle G. Bulls -S

Michelle G. Bulls, on behalf of Priscilla Grant, Chief Grants Management Officer, NIMHD Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373

[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).

[4] NIH Grants Policy Statement at IIA-1.

[5] *Id.* at IIA-155.

[6] NIH Grants Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10]

See 42 C.F.R. Part 50, Subpart D

[11]

11 *Id.* § 50.406(a)

[12]

12 *Id.* § 50.406(b)

**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Public Health Service

National Institutes of Health
National Institute of Allergy
and Infectious Diseases
Bethesda, Maryland 20892

February 28, 2025

Maria G. Diaz
The Regents of the University of California, Irvine
160 Aldrich Hall
Irvine, CA 92697-7600

Dear Ms. Diaz,

Funding for Project Number 5DP2AI164315-04 is hereby terminated pursuant to the 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2) (2024).  This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 08/06/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards."[4]  According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340."[5]  At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities.  NIH is obligated to carefully steward grant awards to ensure taxpayer dollars are used in ways that benefit the American people and improve their quality of life.  Your project does not satisfy these criteria.  Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans.  Many such studies ignore, rather than seriously examine, biological realities.  It is the policy of NIH not to prioritize these research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here.  The premise of Project Number 5DP2AI164315-04 is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7]  Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390.  NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov*.[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9]  NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.
[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373.
[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).
[4] 2024 Policy Statement at IIA-1.
[5] *Id.* at IIA-155.
[6] 2024 Policy Statement at IIA-156.
[7] *See* 2 C.F.R. § 200.343 (2024).
[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)
[9] *See* 45 C.F.R. § 75.374.
[10] See 42 C.F.R. Part 50, Subpart D.

A.R.000553

You must submit a request for such review to Dr. Matthew J. Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Matthew J. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

Sincerely,


Emily Linde

Director, Grants Management Program
National Institutes of Allergy and Infectious Diseases

---

[11] *Id.* § 50.406(a).
[12] *Id.* § 50.406(b).

**From:** Ta, Kristin (NIH/OD) [E] on behalf of Bulls, Michelle G. (NIH/OD) [E]
**To:** Jarosik, Theresa (NIH/NIMH) [E]
**Subject:** FW: Grant Termination Notification
**Date:** Friday, March 21, 2025 1:15:02 PM
**Attachments:** image002.png

---

**From:** Bulls, Michelle G. (NIH/OD) [E]
**Sent:** Friday, March 21, 2025 12:35 PM
**To:** pdale@phfe.org
**Subject:** Grant Termination Notification



3/21/2025

Peter David Dale
Public Health Foundation Enterprises
pdale@phfe.org

Dear Peter David Dale:

Effective with the date of this letter, funding for Project Number 5R25MH119858-05 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 8/1/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans. Many such studies ignore, rather than seriously examine, biological realities. It is the policy of NIH not to prioritize these research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow

the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision," [6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable. [7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.* [8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination. [9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board. [10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time. [11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim. [12]

Sincerely,



Michelle G. Bulls, on behalf of Theresa Jarosik, Chief Grants Management Officer, NIMH
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373

[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).

[4] NIH Grants Policy Statement at IIA-1.

[5] *Id.* at IIA-155.

[6] NIH Grants Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)



March 18, 2025

Julie C. Tang
The Regents of the University of California, San Francisco
julie.tang@ucsf.edu


Dear Julie C. Tang:

Effective with the date of this letter, funding for Project Number 1R01 AI186641-01 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on August 14, 2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans.  Many such studies ignore, rather than seriously examine, biological realities.  It is the policy of NIH not to prioritize these research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.
[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373
[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).
[4] 2024 Policy Statement at IIA-1.
[5] *Id.* at IIA-155.
[6] 2024 Policy Statement at IIA-156.

1

agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]


Sincerely,



Michelle G. Bulls, on behalf Emily Linde, Chief Grants Management Officer, National Institute of Allergy and Infectious Diseases
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)



03/20/2025

William Berger
COLUMBIA UNIVERSITY HEALTH SCIENCES
grants-office@columbia.edu

Dear William Berger:

Effective with the date of this letter, funding for Project Number 5R01MD019181-02 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 04/01/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans. Therefore, it is the policy of NIH not to prioritize such research programs. Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.
[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373
[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).
[4] 2024 Policy Statement at IIA-1.
[5] *Id.* at IIA-155.

1

an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.[8]*

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]


Sincerely,



Michelle G. Bulls, on behalf of Priscilla Grant, Chief Grants Management Officer, National Institute on Minority Health and Health Disparities
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[6] 2024 Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

 

3/21/2025

Nino N Campos
Northwestern University At Chicago
SponsoredResearch@northwestern.edu

Dear Nino N Campos:

Effective with the date of this letter, funding for Project Number 5R01AA029044-04 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 9/1/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness.  Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans.  Therefore, it is the policy of NIH not to prioritize such research programs.

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.
[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373
[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).
[4] NIH Grants Policy Statement at IIA-1.
[5] *Id.* at IIA-155.

A.R.000562

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]


Sincerely,

Michelle G. Bulls -S

Digitally signed by Michelle G. Bulls -S

Michelle G. Bulls, on behalf of Judy Fox, Chief Grants Management Officer, NIAAA

---

[6] NIH Grants Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

 

March 12, 2025

Trinity J Adamsel
Northwestern University
SponsoredResearch@northwestern.edu

Dear Trinity Adamsel:

Funding for Project Number 1R01DA061247-01  is hereby terminated pursuant to the 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on August 1,2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness.  Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans.  Therefore, it is the policy of NIH not to prioritize such research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.
[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373
[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).
[4] 2024 Policy Statement at IIA-1.
[5] *Id.* at IIA-155.

A.R.000565

decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]


Sincerely,



Michelle G. Bulls, on behalf Pam Fleming, Chief Grants Management Officer, NIDA
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[6] 2024 Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

 

March 18, 2025

Robert J. Buckley
Research Foundation of the City University of New York
rbuckley@hunter.cuny.edu

Dear Robert J. Buckley:

Effective with the date of this letter, funding for Project Number 1K23 MH137389-01 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on August 1, 2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans.  Many such studies ignore, rather than seriously examine, biological realities.  It is the policy of NIH not to prioritize these research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.
[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373
[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).
[4] 2024 Policy Statement at IIA-1.
[5] *Id.* at IIA-155.
[6] 2024 Policy Statement at IIA-156.

1

agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]


Sincerely,



Michelle G. Bulls, on behalf Theresa Jarosik, Chief Grants Management Officer, National Institute of Mental Health
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

A.R.000568