**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN RIGHTS, INC., *et al.*, ) ) ) ) | Civil Action No. 25-cv-01620-LKG |
| Plaintiffs, ) | Dated:  March 4, 2026 |
| v. ) | |
| NATIONAL INSTITUTES OF HEALTH, *et al.*, ) ) | |
| Defendants. ) | |

**<u>AMENDED SCHEDULING ORDER</u>**

On March 3, 2026, the parties filed a consent motion, proposing a schedule for discovery in the above-captioned civil matter.  ECF No. 109.  In light of the foregoing, the Court enters the following deadlines for discovery:

| | |
|---|---|
| Motions to amend the pleadings or for joinder of additional parties | **March 24, 2026** |
| Plaintiffs' Rule 26(a)(2) expert disclosures | **March 31, 2026** |
| Defendants' Rule 26(a)(2) expert disclosures | **May 29, 2026** |
| Plaintiffs' rebuttal Rule 26(a)(2) expert disclosures | **June 26, 2026** |
| Completion of Discovery; submission of Post-Discovery Joint Status Report | **July 24, 2026** |

Notice of Intent to File Pretrial
Dispositive Motion                                    **August 26, 2026**

**IT IS SO ORDERED.**


<u>s/ Lydia Kay Griggsby</u>
LYDIA KAY GRIGGSBY
United States District Judge