**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Southern Division: Montgomery County)**

| | |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN RIGHTS, INC. d/b/a GLMA: HEALTH PROFESSIONALS ADVANCING LGBTQ+ EQUALITY; *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> NATIONAL INSTITUTES OF HEALTH; *et al.*, <br><br> *Defendants.* | Civil Action No. 8:25-cv-01620-LKG |

**CONSENT MOTION TO AMEND SCHEDULING ORDER**

Pursuant to Federal Rule of Civil Procedure 7(b) and Local Civil Rule 105(9), Plaintiffs American Association of Physicians for Human Rights, Inc. d/b/a GLMA: Health Professionals Advancing LGBTQ+ Equality, *et al.*, ("Plaintiffs") respectfully move to amend the Scheduling Order (Dkt. 106) by extending the fact discovery and other deadlines set forth in the Scheduling Order by three months, as set forth below. In support thereof, Plaintiffs state as follows:

In accordance with the Scheduling Order, Plaintiffs propounded upon Defendants requests for production of documents and interrogatories on March 30, 2026, and their initial expert disclosures on March 31, 2026. Once the deadline for Defendants' responses to Plaintiffs' discovery requests elapsed, the parties met and conferred on May 5, 2026 to discuss possible limitations to the discovery requests as well as alternatives such as stipulations or admissions in lieu of some of the discovery requests.

The parties have since been working diligently to conduct discovery and by engaging in ongoing negotiations regarding the discovery requests, as noted above. However, finalizing these

negotiations requires the coordination and consent of many stakeholders and the process is running over some of the initial discovery deadlines. Rather than extend each discovery deadline piecemeal, and to preserve the parties' ability to conduct and complete thorough and efficient discovery, the parties have agreed to extend the outstanding deadlines set forth in the Scheduling Order.

Plaintiffs' counsel has conferred with counsel for Defendants who consent to resetting the dates in the Scheduling Order for Completion of Discovery; Submission of Post-Discovery Joint Status Report; and Notices of Intent to File Pretrial Dispositive Motion, by three months each. The new dates under the Scheduling Order for Completion of Discovery and Submission of Post-Discovery Joint Status Report would be **October 30, 2026**, and for Notices of Intent to File Pretrial Dispositive Motion would be **December 4, 2026**.

A proposed amended scheduling order is attached hereto.

Dated: June 29, 2026                                    Respectfully submitted,

*/s/ Omar Gonzalez-Pagan*

Justin D. Kingsolver*                                    Omar Gonzalez-Pagan (D. Md. Bar 31739)
**Bryan Cave Leighton Paisner LLP**          **Lambda Legal Defense**
1155 F St. NW, Suite 700                              **and Education Fund, Inc.**
Washington, DC 20004                               120 Wall Street, 19th Floor
Telephone: (202) 508-6000                         New York, NY 10005
Facsimile: (202) 508-6200                           Telephone: (212) 809-8585
justin.kingsolver@bclplaw.com                  Facsimile:  (855) 535-2236
                                                                   ogonzalez-pagan@lambdalegal.org

Elizabeth P. Hecker*
Ruben F. Reyna (D. Md. Bar 14949)           Karen L. Loewy*
Heather Sanborn*                                       **Lambda Legal Defense**
Tai Williams*                                               **and Education Fund, Inc.**
**Crowell & Moring LLP**                           815 16th Street NW, Suite 4140
1001 Pennsylvania Ave. NW                       Washington, DC 20006
Washington, DC 20004                               Telephone: (202) 804-6245
Telephone: (202) 624-2500                         Facsimile:  (855) 535-2236
Facsimile: (202) 628-5116                           kloewy@lambdalegal.org
ehecker@crowell.com

2

rreyna@crowell.com
hsanborn@crowell.com
taiwilliams@crowell.com

Alexis Ward*
**Crowell & Moring LLP**
515 South Flower Street, 41st Floor
Los Angeles, CA 90071
Telephone: (213) 622-4750
Facsimile: (213) 622-2690
award@crowell.com

Michael Vine*
**Crowell & Moring LLP**
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone: (949) 263-8400
Facsimile: (949) 263-8414
mvine@crowell.com

Alexander Rosen*
Jacob Zucker*
**Crowell & Moring LLP**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 223-4000
Facsimile: (212) 223-4134
arosen@crowell.com
jzucker@crowell.com

* Admitted *pro hac vice*.

† Mailing Address Only

Nathan Maxwell*
**Lambda Legal Defense
  and Education Fund, Inc.**
65 E. Wacker Pl., Suite 2000
Chicago, IL 60601
Telephone: (312) 663-4413
Facsimile:  (855) 535-2236
nmaxwell@lambdalegal.org

Pelecanos* †
**Lambda Legal Defense
  and Education Fund, Inc.**
800 South Figueroa Street, Suite 1260
Los Angeles, CA 90017
Telephone: (213) 351-6051
Facsimile:  (855) 535-2236
pelecanos@lambdalegal.org

K. Lee Marshall*
Carlie Tenenbaum*
**Bryan Cave Leighton Paisner LLP**
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
lee.marshall@bclplaw.com
carlie.tenenbaum@bclplaw.com

Matthew Stanford*
**Bryan Cave Leighton Paisner LLP**
Two North Central Avenue, Suite 2100
Phoenix, AZ 85004-4406
Telephone: (602) 364-7068
Facsimile: (602) 364-7070
matt.stanford@bclplaw.com