**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN RIGHTS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 25-cv-01620-LKG<br><br>Dated:  June 30, 2026 |

## AMENDED SCHEDULING ORDER

On June 29, 2026, the parties filed a consent motion to amend scheduling order, stating, among other things, that: (1) the parties have been engaging in ongoing negotiations regarding discovery requests and (2) the parties need additional time to finalize these negotiations.  ECF No. 111.  And so, the parties propose a modified schedule for discovery in the above-captioned civil matter, extending the discovery deadlines by 90 days.  *Id.*

In light of the foregoing, and for good cause shown, the Court:

(1) **GRANTS** the parties' consent motion to amend scheduling order (ECF No. 111); and

(2) **MODIFIES** the Court's March 4, 2026, Amended Scheduling Order as follows:

| | |
|---|---|
| Completion of Discovery; submission of Post-Discovery Joint Status Report | **October 30, 2026** |

Notice of Intent to File Pretrial
Dispositive Motion                                                **December 4, 2026**

**IT IS SO ORDERED.**


                                                      s/ Lydia Kay Griggsby
                                                      LYDIA KAY GRIGGSBY
                                                      United States District Judge