**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Southern Division: Montgomery County)**

AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN RIGHTS, INC. d/b/a GLMA: HEALTH PROFESSIONALS ADVANCING LGBTQ+ EQUALITY; *et al*.,

*Plaintiffs*,

v.

NATIONAL INSTITUTES OF HEALTH; *et al*.,

*Defendants*.

Civil Action No. 8:25-cv-01620-LKG

**JOINT MOTION TO EXTEND DISCOVERY AND AMEND SCHEDULING ORDER**

Pursuant to Federal Rule of Civil Procedure 7(b) and Local Civil Rule 105(9), Plaintiffs American Association of Physicians for Human Rights, Inc. d/b/a GLMA: Health Professionals Advancing LGBTQ+ Equality, *et al.* ("Plaintiffs"), and Defendants National Institutes of Health, *et al.* ("Defendants") (together, "the Parties") respectfully move to amend the operative Amended Scheduling Order (Dkt. 113) by extending the fact discovery and other deadlines set forth in the Amended Scheduling Order, as set forth below. In support thereof, the Parties state as follows:

In accordance with the initial Scheduling Order (Dkt. 106, as amended on March 4, 2026, Dkt. 110) and the Amended Scheduling Order (Dkt. 112), the Parties have worked collaboratively to complete discovery in this matter. To date, this has encompassed the completion of expert disclosures; service of written discovery requests for documents, interrogatories, and requests for admissions; and responses to the written discovery requests. In addition, the Parties have begun conversations involving the noticing and scheduling of depositions.

However, given the need to schedule these depositions while accommodating the schedules of witnesses and the Parties' counsel, including trial and oral argument in other matters, the Parties believe that an extension of the existing discovery deadline is necessary. Accordingly, the Parties jointly request that the deadline for Completion of Discovery and Submission of Post-Discovery Joint Status Report be extended to **Friday, February 26, 2027**, and that the deadline for Notices of Intent to File Pretrial Dispositive Motion be similarly extended to **Friday, April 2, 2027**.

A proposed amended scheduling order is attached hereto.

Dated: October 22, 2026

Respectfully submitted,

**For Plaintiffs:**

/s/ Omar Gonzalez-Pagan
Omar Gonzalez-Pagan (D. Md. Bar 31739)
**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY 10005
Telephone: (212) 809-8585
Facsimile: (855) 535-2236
ogonzalez-pagan@lambdalegal.org

Karen L. Loewy*
**Lambda Legal Defense and Education Fund, Inc.**
815 16th Street NW, Suite 4140
Washington, DC 20006
Telephone: (202) 804-6245
Facsimile: (855) 535-2236
kloewy@lambdalegal.org

Nathan Maxwell*
**Lambda Legal Defense and Education Fund, Inc.**
65 E. Wacker Pl., Suite 2000
Chicago, IL 60601
Telephone: (312) 663-4413
Facsimile: (855) 535-2236
nmaxwell@lambdalegal.org

Elizabeth P. Hecker*
Ruben F. Reyna (D. Md. Bar 14949)
Heather Sanborn*
Tai Williams*
**Crowell & Moring LLP**
1001 Pennsylvania Ave. NW
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
ehecker@crowell.com
rreyna@crowell.com
hsanborn@crowell.com
taiwilliams@crowell.com

Alexander Rosen*
**Crowell & Moring LLP**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 223-4000
Facsimile: (212) 223-4134
arosen@crowell.com

Justin D. Kingsolver*
**Bryan Cave Leighton Paisner LLP**
1155 F St. NW, Suite 700

Washington, DC 20004
Telephone: (202) 508-6000
Facsimile: (202) 508-6200
justin.kingsolver@bclplaw.com

K. Lee Marshall*
Carlie Tenenbaum*
**Bryan Cave Leighton Paisner LLP**
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
lee.marshall@bclplaw.com
carlie.tenenbaum@bclplaw.com

Pelecanos* †
**Lambda Legal Defense and Education Fund, Inc.**
800 South Figueroa Street, Suite 1260
Los Angeles, CA 90017
Telephone: (213) 351-6051
Facsimile: (855) 535-2236
pelecanos@lambdalegal.org

* Admitted *pro hac vice*.

† Mailing Address Only

**For Defendants:**

KELLY O. HAYES
United States Attorney

*/s/ Michael J. Wilson*
(signed with permission of Michael J. Wilson)
Tarra DeShields (Bar No. 07749)
Michael J. Wilson (Bar No. 18970)
Assistant United States Attorneys
U.S. Attorney's Office
District of Maryland
36 S. Charles Street, 4th Floor
Baltimore, MD 21201
(410) 209-4941
Tarra.Deshields@usdoj.gov
Michael.Wilson4@usdoj.gov

*Attorneys for Defendants*