**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN RIGHTS, INC., *et al.*,

Plaintiffs,

v.

NATIONAL INSTITUTES OF HEALTH, *et al.*,

Defendants.

Civil Action No. 25-cv-01620-LKG

Dated: October 22, 2026

**AMENDED SCHEDULING ORDER**

On October 22, 2026, the parties filed a joint motion to extend discovery and amend the Court's June 30, 2026, Amended Scheduling Order, stating, among other things, that: (1) the parties have begun conversations regarding the scheduling of depositions and (2) the parties request additional time to schedule these depositions while accommodating the schedules of the witnesses and counsel. ECF No. 119. And so, the parties propose a modified schedule for discovery in the above-captioned civil matter. *Id.*

In light of the foregoing, and for good cause shown, the Court:

(1) **GRANTS** the parties' joint motion to extend discovery and amend scheduling order (ECF No. 119); and

(2) **MODIFIES** the Court's June 30, 2026, Amended Scheduling Order as follows:

| | |
|---|---|
| Completion of Discovery; submission of Post-Discovery Joint Status Report | **February 26, 2027** |

| | |
|---|---|
| Notice of Intent to File Pretrial Dispositive Motion | **April 2, 2027** |

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge